CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00975-HB
# Internal Use Only

| | |
|---|---|
| Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Nuvelo, Inc. et al<br>Assigned to: Judge Harold Baer<br>Related Cases: 1:07-cv-01229-HB<br>1:07-cv-01953-HB<br>1:07-cv-01777-HB<br>Cause: 15:78m(a) Securities Exchange Act | Date Filed: 02/09/2007<br>Date Terminated: 07/20/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities/Commodities<br>Jurisdiction: Federal Question |

**Lead Plaintiff**

**Juan Pablo Cabrera**    represented by    **Mario Alba, Jr**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: malba@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Electrical Workers Pension Fund, Local 103, I.B.E.W.**
*On Behalf of itself and all others similarly situated*
    represented by    **David Avi Rosenfeld**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@lerachlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Samuel Howard Rudman**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: srudman@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Nuvelo, Inc.   represented by   **Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
212 479-6204
Fax: 212 479 6275
Email: mseifan@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
Cooley Godward Kronish, LLP ( Palo Alto )
5 Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306
(650)-843-5458
Fax: (650)-857-0663
Email: gfondo@cooley.com
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
Cooley, Godward Kronish, LLP
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000
Fax: (650) 857-0663
Email: sdevereaux@cooley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

Ted W. Love   represented by   **Marisa Megur Seifan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary S. Titus**  represented by  **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly D. Guyer**  represented by  **Marisa Megur Seifan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grant P. Fondo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Davis Devereaux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**The Lidard Group**  represented by  **Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
516-741-4977
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **The Petronis Group** | represented by | **Christopher J. Keller**<br>Labaton Rudoff & Sucharow LLP<br>100 Park Avenue<br>12th Floor<br>New York, NY 10017<br>(212) 907-0853<br>Fax: (212) 883-7053<br>Email: ckeller@labaton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2007 | 1 | COMPLAINT against Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Filing Fee $ 350.00, Receipt Number 605492)Document filed by Electrical Workers Pension Fund, Local 103, I.B.E.W..(tro) (Entered: 02/13/2007) |
| 02/09/2007 |  | SUMMONS ISSUED as to Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (tro) (Entered: 02/13/2007) |
| 02/09/2007 |  | Magistrate Judge Henry B. Pitman is so designated. (tro) (Entered: 02/13/2007) |
| 02/09/2007 |  | Case Designated ECF. (tro) (Entered: 02/13/2007) |
| 02/09/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Electrical Workers Pension Fund, Local 103, I.B.E.W..(tro) (Entered: 02/13/2007) |
| 03/07/2007 | 3 | LETTER addressed to Mr. Rosenfeld from The Chambers of the Honorable Harold Baer dated 3/2/07 re: Pre-Trial Conference in this case set for 4/19/07 at 4:15PM, room 2230. (tro) (Entered: 03/07/2007) |
| 03/07/2007 |  | Set Deadlines/Hearings: Pretrial Conference set for 4/19/2007 04:15 PM before Judge Harold Baer. (tro) (Entered: 03/07/2007) |
| 04/10/2007 | 4 | MOTION to Appoint Juan Pablo Cabrera to serve as lead plaintiff(s). Document filed by Juan Pablo Cabrera. (Attachments: # 1 Text of Proposed Order)(Alba, Mario) (Entered: 04/10/2007) |
| 04/10/2007 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION to Appoint Juan Pablo Cabrera to serve as lead plaintiff(s).. Document filed by Juan Pablo Cabrera. (Alba, Mario) (Entered: 04/10/2007) |
| 04/10/2007 | 6 | DECLARATION of Mario Alba Jr. in Support re: 4 MOTION to Appoint Juan Pablo Cabrera to serve as lead plaintiff(s).. Document filed by Juan Pablo Cabrera. (Attachments: # 1 Exhibit A - first notice# 2 Exhibit B - loss chart# 3 Exhibit C - certification# 4 Exhibit D - LC firm resume# 5 Exhibit E - SN firm resume)(Alba, Mario) (Entered: 04/10/2007) |
| 04/10/2007 | 7 | MOTION to Consolidate Cases 07-1229, 07-1777, 07-1953, *and to* |

| | | |
|---|---|---|
| | | *Appoint Lead Plaintiff and Lead and Liaison Counsel.* Document filed by The Lidard Group. (Attachments: # 1 Exhibit A)(Smith, Evan) (Entered: 04/10/2007) |
| 04/10/2007 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Consolidate Cases 07-1229, 07-1777, 07-1953, *and to Appoint Lead Plaintiff and Lead and Liaison Counsel.*. Document filed by The Lidard Group. (Smith, Evan) (Entered: 04/10/2007) |
| 04/10/2007 | 9 | DECLARATION of Evan J. Smith, Esquire in Support re: 7 MOTION to Consolidate Cases 07-1229, 07-1777, 07-1953, *and to Appoint Lead Plaintiff and Lead and Liaison Counsel.*. Document filed by The Lidard Group. (Attachments: # 1 Echibits A-C# 2 Exhibit D# 3 Exhibit E) (Smith, Evan) (Entered: 04/10/2007) |
| 04/10/2007 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Petronis Group.(Keller, Christopher) (Entered: 04/10/2007) |
| 04/10/2007 | 11 | CERTIFICATE OF SERVICE of Notice of Motion to Consolidate and Appoint Lead Plaintiff and Lead and Liaison Counsel, Memorandum of Law in Support Thereof, Declaration of Evan J. Smith, Esquire, Proposed Order and Proof of Mailing served on All Counsel of Record on April 10, 2007. Service was made by ECF. Document filed by The Lidard Group. (Smith, Evan) (Entered: 04/10/2007) |
| 04/10/2007 | 12 | MOTION For Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. Document filed by The Petronis Group.(Keller, Christopher) (Entered: 04/10/2007) |
| 04/10/2007 | 13 | MEMORANDUM OF LAW in Support re: 12 MOTION For Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.. Document filed by The Petronis Group. (Keller, Christopher) (Entered: 04/10/2007) |
| 04/10/2007 | 14 | DECLARATION of Christopher J. Keller in Support re: 12 MOTION For Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.. Document filed by The Petronis Group. (Attachments: # 1 Exhibit A.# 2 Exhibit B.# 3 Exhibit C.# 4 Exhibit D.# 5 Exhibit E.# 6 Exhibit F.# 7 Exhibit G.)(Keller, Christopher) (Entered: 04/10/2007) |
| 04/10/2007 | 15 | CERTIFICATE OF SERVICE. Document filed by The Petronis Group. (Keller, Christopher) (Entered: 04/10/2007) |
| 04/16/2007 | 23 | MOTION for Scott D. Devereaux to Appear Pro Hac Vice. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/19/2007) |
| 04/16/2007 | 24 | MOTION for Grant P. Fondo to Appear Pro Hac Vice. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/19/2007) |
| 04/17/2007 | 25 | MOTION for Scott D. Devereaux to Appear Pro Hac Vice. Document |

| | | |
|---|---|---|
| | | filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/23/2007) |
| 04/17/2007 | 26 | MOTION for Grant P. Fondo to Appear Pro Hac Vice. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(jco) (Entered: 04/23/2007) |
| 04/18/2007 | 16 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. NO Corporate Parent. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer.(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 17 | MOTION to Transfer Case *to the Northern District of California*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Affidavit Certificate of Service of ALL Documents)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 18 | AFFIDAVIT of Gary S. Titus in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C, Part 1# 4 Exhibit C, Part 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 19 | AFFIDAVIT of Shelly D. Guyer in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 20 | AFFIDAVIT of Ted W. Love in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 21 | DECLARATION of Grant Fondo in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Seifan, Marisa) (Entered: 04/18/2007) |
| 04/18/2007 | 22 | MEMORANDUM OF LAW in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc., Ted W. Love, Gary S. Titus, Shelly D. Guyer. (Seifan, Marisa) (Entered: 04/18/2007) |
| 04/23/2007 | | CASHIERS OFFICE REMARK on 24 Motion to Appear Pro Hac Vice, 23 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 04/16/2007, Receipt Number 611812. (jd) (Entered: 04/23/2007) |
| 04/23/2007 | | CASHIERS OFFICE REMARK on 25 Motion to Appear Pro Hac Vice, 26 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 04/17/2007, Receipt Number 611880. (jd) (Entered: 04/23/2007) |
| 04/30/2007 | 27 | ORDER granting 25 Motion for Scott D. Devereaux to Appear Pro Hac |

| | | |
|---|---|---|
| | | Vice. (Signed by Judge Harold Baer on 4/27/2007) (jmi) (Entered: 05/01/2007) |
| 04/30/2007 | 28 | ORDER granting 26 Motion for Grant P. Fondo to Appear Pro Hac Vice. (Signed by Judge Harold Baer on 4/27/2007) (jmi) (Entered: 05/01/2007) |
| 04/30/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 27 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 05/01/2007) |
| 04/30/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 28 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (jmi) (Entered: 05/01/2007) |
| 05/04/2007 | 29 | MEMORANDUM OF LAW in Opposition re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Juan Pablo Cabrera, The Lidard Group, The Petronis Group. (Alba, Mario) (Entered: 05/04/2007) |
| 05/04/2007 | 30 | DECLARATION of David A. Rosenfeld in Opposition re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Juan Pablo Cabrera, The Lidard Group, The Petronis Group. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Alba, Mario) (Entered: 05/04/2007) |
| 05/10/2007 | 31 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc.. (Seifan, Marisa) (Entered: 05/10/2007) |
| 05/10/2007 | 32 | AFFIDAVIT of Shelly D. Guyer in Support re: 17 MOTION to Transfer Case *to the Northern District of California.*. Document filed by Nuvelo, Inc.. (Seifan, Marisa) (Entered: 05/10/2007) |
| 05/17/2007 | 33 | MOTION for Nicolette Tropiano to Appear Pro Hac Vice. Document filed by Juan Pablo Cabrera.(jco) (Entered: 05/22/2007) |
| 05/18/2007 | | Minute Entry for proceedings held before Judge Harold Baer : Oral Argument held on 5/18/2007 re: 17 MOTION to Transfer Case to the Northern District of California. filed by Gary S. Titus, Ted W. Love, Shelly D. Guyer, Nuvelo, Inc.. (mbe) (Entered: 05/22/2007) |
| 05/25/2007 | | CASHIERS OFFICE REMARK on 33 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 05/17/2007, Receipt Number 615949. (jd) (Entered: 05/25/2007) |
| 07/02/2007 | 34 | TRANSCRIPT of proceedings held on 5/18/2007 before Judge Harold Baer. (jp) (Entered: 07/02/2007) |
| 07/20/2007 | 35 | ORDER granting 17 Motion to Transfer Case. Because the majority of factors favor transfer, defendants' motion to transfer venue for these four actions-- Electrical Workers v. Nuvelo, 07-cv-975 (S.D.N.Y); Logan v. Nuvelo, 07-cv-1229 (S.D.N.Y.); Giles v. Nuvelo, 07-cv-1777(S.D.N.Y.); and Braker v. Nuvelo, 07-cv-1953 (S.D.N.Y.) - is GRANTED. The Clerk of the Court is instructed to transfer these four actions to the Northern |

| | | |
|---|---|---|
| | | District of California and remove them from my docket. So Ordered. (Signed by Judge Harold Baer on 7/19/07) (jco) (Entered: 07/23/2007) |
| 07/20/2007 | 🌐 | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California. Sent original file along with documents numbered 1-35, certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1003 on 7/25/07. (jco) (Entered: 07/25/2007) |