UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

August 10, 2007

CASE TITLE:   JUAN PABLO CABRERA-v-NUVELO INC.  
RECEIVED FROM: Southern District of New York

CASE NUMBER:   **CV 07-04056 MJJ**

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /Sheila Rash  
Case Systems Administrator

o:\mrg\civil\transin.mrg