LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
dennish@lerachlaw.com
    – and –
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@lerachlaw.com
drosenfeld@lerachlaw.com
malba@lerachlaw.com

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone: 860/493-6292
860/493-6290 (fax)
aschatz@snlaw.com
jnobel@snlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>NUVELO, INC., et al.,<br><br>                    Defendants. | No. 3:07-cv-04056-MMJ<br><br>CLASS ACTION<br><br>NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL<br><br>DATE: October 2, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: The Hon. Martin J. Jenkins |

1    PLEASE TAKE NOTICE that on October 2, 2007, at 9:30 a.m., or as soon thereafter as the
2 matter may be heard, in the Courtroom of the Honorable Martin J. Jenkins, United States District
3 Court, Northern District of California, 450 Golden Gate Ave., San Francisco, California 94102, class
4 member Juan Pablo Cabrera ("Cabrera") will, and hereby does, move this Court pursuant to
5 §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-
6 4(a)(3)(B), for an order consolidating the four related actions and granting Cabrera's motion for
7 appointment as Lead Plaintiff in this action and to approve his selection of the law firms of Lerach
8 Coughlin Stoia Geller Rudman & Robbins LLP and Schatz Nobel Izard, P.C. as Co-Lead Counsel.

9    Cabrera timely filed his motion for appointment as lead plaintiff on April 10, 2007, in the
10 United States District Court for the Southern District of New York. *See* Exhibits A-E hereto. The
11 Honorable Harold Baer stayed the resolution of the three pending motions for appointment as lead
12 plaintiff until resolution of the Motion to Transfer. This action was transferred to this Court on
13 August 8, 2007.

14    This motion is made on the grounds that Cabrera is the "most adequate plaintiff" pursuant to
15 the Exchange Act. *See* 15 U.S.C. §78u-4(a)(3)(B). In addition, Cabrera meets the requirements of
16 Federal Rule of Civil Procedure 23(a) because his claims are typical of the class members' claims
17 and because he will fairly and adequately represent the class. Further, Cabrera has selected and
18 retained counsel with vast experience in prosecuting securities class actions to serve as Co-Lead
19 Counsel.

20    This Notice of Motion is based upon this previously-filed Motion, the Memorandum of
21 Points and Authorities in support thereof, the Declaration of Mario Alba, Jr. in support thereof, the
22 pleadings and files herein, and such other written or oral argument as may be presented to the Court.
23 *See* Exhibits B-E hereto.

24 DATED: August 14, 2007               LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
25                                      DENNIS J. HERMAN
26
27                                                s/ Dennis J. Herman
                                              DENNIS J. HERMAN
28

NOTICE OF MOTION RE: CONSOLIDATION, LEAD PLAINTIFF - 3:07-cv-04056-MMJ            - 1 -

1
2   100 Pine Street, Suite 2600
    San Francisco, CA 94111
3   Telephone: 415/288-4545
    415/288-4534 (fax)
4
    LERACH COUGHLIN STOIA GELLER
5     RUDMAN & ROBBINS LLP
    SAMUEL H. RUDMAN
6   DAVID A. ROSENFELD
    MARIO ALBA, JR.
7   58 South Service Road, Suite 200
    Melville, NY 11747
8   Telephone: 631/367-7100
    631/367-1173 (fax)
9
    SCHATZ NOBEL IZARD, P.C.
10  ANDREW M. SCHATZ
    JEFFREY S. NOBEL
11  One Corporate Center
    20 Church Street, Suite 1700
12  Hartford, CT 06103
    Telephone: 860/493-6292
13  860/493-6290 (fax)

14  [Proposed] Co-Lead Counsel for Plaintiffs

S:\CasesSD\Nuvelo\NOT00044640.doc

15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION RE: CONSOLIDATION, LEAD PLAINTIFF - 3:07-cv-04056-MMJ                    - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 14, 2007.

    s/ Dennis J. Herman
    DENNIS J. HERMAN

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    100 Pine Street, 26th Floor
    San Francisco, CA 94111
    Telephone: 415/288-4545
    415/288-4534 (fax)

    E-mail:DennisH@lerachlaw.com

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,sholloway@cooley.com,mcintoshjc@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

Marisa Megur Seifan
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

Evan J. Smith
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

Nicolette Tropiano
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```