UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
ELECTRICAL WORKERS PENSION FUND, : Civil Action No. 1:07-cv-00975-HB
LOCAL 103, I.B.E.W., On Behalf of Itself and :
All Others Similarly Situated, : CLASS ACTION
:
                    Plaintiff, :
:
    vs. :
:
NUVELO, INC., et al., :
:
                    Defendants. :
---------------------------------------------------------:
BARRY LOGAN, Individually and On Behalf : Civil Action No. 1:07-CV-01229-HB
of All Others Similarly Situated, :
: CLASS ACTION
                    Plaintiff, :
:
    vs. :
:
NUVELO, INC., et al., :
:
                    Defendants. :
---------------------------------------------------------x

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ARNOLD GILES, Individually and On Behalf of All Others Similarly Situated, : : : : Plaintiff, : : vs. : : NUVELO, INC., et al., : : Defendants. : : | Civil Action No. 1:07-cv-01777-HB <br><br> CLASS ACTION |
| HERBERT BRAKER, On Behalf of Himself and All Others Similarly Situated, : : : : Plaintiff, : : vs. : : NUVELO, INC., et al., : : Defendants. : | Civil Action No. 1:07-CV-01953-HB <br><br> CLASS ACTION |

PLEASE TAKE NOTICE that class member Juan Pablo Cabrera ("Cabrera") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Mr. Cabrera as Lead Plaintiffs; (iii) approving Mr. Cabrera's selection of the law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schatz Nobel Izard, P.C. to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Mr. Cabrera submits herewith a Memorandum of Law and Declaration of Mario Alba, Jr., dated April 10, 2007.

DATED:  April 10, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


              /s/ *Mario Alba, Jr.*
                MARIO ALBA, JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  860/493-6292
860/493-6290 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I:\Nuvelo\LP Motion\LP Motion.doc

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr, hereby certify that on April 10, 2007, I caused a true and correct copy of the attached:

Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

Declaration Of Mario Alba, Jr. In Support Of The Motion Of Juan Pablo Cabrera For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

Memorandum Of Law In Support Of Motion to Appoint Juan Pablo Cabrera as Lead Plaintiff, To Approve Lead Plaintiffs' Choice of Lead Counsel and to Consolidate Related Actions

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

  */s/Mario Alba, Jr.*  
Mario Alba, Jr.

NUVELO

Service List - 4/10/2007    (07-0035)

Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
Nuvelo, Inc.
201 Industrial Road, Suite 310
San Carlos, CA  94070

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

David A.P. Brower
Elizabeth A. Schmid
Brower Piven, P.C.
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/501-9000
   212/501-0300 (Fax)

Charles J. Piven
Marshall N. Perkins
Brower Piven, P.C.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/986-0036
   410/685-1300 (Fax)

Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
   215/561-3600
   215/561-3000 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)