UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NUVELO, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:07-cv-00975-HB<br><br>CLASS ACTION |
| BARRY LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NUVELO, INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:07-CV-01229-HB<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

```
─────────────────────────────────── x
ARNOLD GILES, Individually and On Behalf   :   Civil Action No. 1:07-cv-01777-HB
of All Others Similarly Situated,          :
                                           :   CLASS ACTION
                           Plaintiff,      :
                                           :
     vs.                                   :
                                           :
NUVELO, INC., et al.,                      :
                                           :
                           Defendants.     :
─────────────────────────────────          :
HERBERT BRAKER, On Behalf of Himself       :
and All Others Similarly Situated,         :   Civil Action No. 1:07-CV-01953-HB
                                           :
                           Plaintiff,      :   CLASS ACTION
                                           :
     vs.                                   :
                                           :
NUVELO, INC., et al.,                      :
                                           :
                           Defendants.     :
─────────────────────────────────── x
```

Having considered the motion of Juan Pablo Cabrera ("Cabrera") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba, Jr., in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Mr. Cabrera is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schatz Nobel Izard, P.C. are hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE HAROLD BAER
UNITED STATES DISTRICT JUDGE

I:\Nuvelo\LP Motion\LP Order.doc