UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>NUVELO, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-00975-HB<br><br><u>CLASS ACTION</u> |
| BARRY LOGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>NUVELO, INC., et al.,<br><br>    Defendants. | Civil Action No. 1:07-CV-01229-HB<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF MARIO ALBA, JR. IN SUPPORT OF THE MOTION OF JUAN PABLO
CABRERA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR
APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ──────────────────────────── x<br>ARNOLD GILES, Individually and On Behalf :<br>of All Others Similarly Situated,               :<br>                                                      :<br>                     Plaintiff,       :<br>                                                    :<br>   vs.                                                        :<br>                                                       :<br>NUVELO, INC., et al.,                          :<br>                                                       :<br>                   Defendants.    :<br>────────────────────────────<br>HERBERT BRAKER, On Behalf of Himself :<br>and All Others Similarly Situated,              :<br>                                                     :<br>                   Plaintiff,       :<br>                                                    :<br>   vs.                                                        :<br>                                                       :<br>NUVELO, INC., et al.,                        :<br>                                                       :<br>                   Defendants.    :<br>────────────────────────── x | Civil Action No. 1:07-cv-01777-HB<br><br><u>CLASS ACTION</u><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:07-CV-01953-HB<br><br><u>CLASS ACTION</u> |

Mario Alba, Jr., declares, under penalty of perjury:

1. I am an associate of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the action entitled, *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Nuvelo, Inc., et al.*, Civil Action No. 1:07-cv-00975-HB (the "*Electrical Workers* Action"). I submit this Declaration in support of the motion of Juan Pablo Cabrera ("Cabrera") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the *Electrical Workers* Action on *Business Wire*, a national, business-oriented newswire service, on February 9, 2007.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Mr. Cabrera at $1,659,915.67, in connection with his purchases of Nuvelo, Inc. shares.

4. Attached hereto as Exhibit C is the certification of Mr. Cabrera.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Lerach Coughlin.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Schatz Nobel Izard, P.C.

DATED: April 10, 2007

/s/ *Mario Alba, Jr.*
MARIO ALBA, JR. (MA-7240)

I:\Nuvelo\LP Motion\LP Decl.doc

- 1 -

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr, hereby certify that on April 10, 2007, I caused a true and correct copy of the attached:

Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;

Declaration Of Mario Alba, Jr. In Support Of The Motion Of Juan Pablo Cabrera For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and

Memorandum Of Law In Support Of Motion to Appoint Juan Pablo Cabrera as Lead Plaintiff, To Approve Lead Plaintiffs' Choice of Lead Counsel and to Consolidate Related Actions

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

                                                          */s/Mario Alba, Jr.*
                                                          Mario Alba, Jr.

NUVELO

Service List - 4/10/2007    (07-0035)

Page 1 of 1

**Counsel For Defendant(s)**

Legal Department
Nuvelo, Inc.
201 Industrial Road, Suite 310
San Carlos, CA  94070

**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

David A.P. Brower
Elizabeth A. Schmid
Brower Piven, P.C.
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/501-9000
   212/501-0300 (Fax)

Charles J. Piven
Marshall N. Perkins
Brower Piven, P.C.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD  21202
   410/986-0036
   410/685-1300 (Fax)

Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA  19107
   215/561-3600
   215/561-3000 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)