# SCHATZ NOBEL IZARD, P.C.

ATTORNEYS AT LAW

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

Phone:  (860) 493-6292
Fax:  (860) 493-6290

Email: firm@snlaw.net
Web Site:  SNLAW.net

## RESUME OF SCHATZ NOBEL IZARD, P.C.

Schatz Nobel Izard, P.C. is one of the premier firms engaged in class action litigation on behalf of investors alleging misrepresentations in connection with the purchase or sale of securities.  We are currently lead or primary counsel in many large securities or ERISA class actions, including cases against AT&T, AOL Time Warner, JDS Uniphase, Cable & Wireless, Sprint, and Tyco International.  In the securities fraud class action against Campbell Soup Company, we represented the pension funds of the State of Connecticut as lead plaintiff.  We recently settled the securities fraud class action on behalf of investors in Smallworldwide plc, for over 85% of the total losses claimed by class members.

Schatz Nobel Izard, P.C. has been formally appointed by many courts as lead counsel or co-lead counsel for investors in securities class actions, including  Papanikolaou v. Value-Added Communications, et al., No. 3-95CV0346-H (N.D. Tex.), Gorga v. Uniroyal Chemical Corporation et al., No. CV-96-0132014-S (Conn. Super.); David v. Simware, Inc. et al., No. 96/602143 (N.Y. Sup.), Butler et al. v. Northstar Health Services, Inc. et al., No. 96-701 (W.D. Pa.), Allen, et al v. Johansson, et al., 397CV02172 (RNC) (D. Conn.), Feiner v. SS&C Technologies, Inc. et al., 397CV0656 (D. Conn.), Berti, et al. v. Videolan Technologies, Inc., et al., No.3:97CV296H (W.D. Ky.), Ganino, et al v. Citizens Utilities Company, et al., No. 398CV00480 (JBA) (D. Conn.), Bunting, et al v. HealthCor Holdings, Inc., et al., No. 398CV0744-D (N.D. Tex.), Hirsch, et al. v. PSS World Medical, Inc., et al., No. 98 502 Civ. J20A (M.D. Fla.), Kenneth Blau, et al v. Douglas Murphy, et al., No. H 99 0535 (S.D. Tex.),

SCHATZ NOBEL IZARD, P.C.

Angres v. Smallworldwide plc, No. 99-K-1254 (D. Colo.), In re Complete Management, Inc. Sec. Litig., No. 99 Civ. 1454 (S.D.N.Y.), Allain Roy v. dElia*s, Inc., et al., No. 99 Civ. 3951 (JES) (S.D.N.Y.), Russo, et al v. KTI, Inc., et al., No. 99-1780 (JAG) (D.N.J.); Laborers Local 1298 Pension Fund v. Campbell Soup Company, et al., No. 00-152 (JEI) (D.N.J.); Hart v. Internet Wire, et al., No. 00 Civ. 6571 (S.D.N.Y.), Ottmann v. Hanger Orthopedic Group, Inc., et al., Civil Action No. AW 00CV3508 (D. Md.), In re PolyMedica Corp. Sec. Litig., No. 00-12426-REK (D. Mass.), Karl L. Kapps, et al. v. Torch Offshore, Inc., et al., Case No. 02-CV-0582 (E.D. La), In re Cable and Wireless, PLC, Sec. Litig., Civil Action No. 02-1860 (E.D. Va), In re Alloy, Inc. Sec. Litig., Case No. 03-CV-1597 (S.D.N.Y.), In re Surebeam Corporation Sec. Litig., Case No. 03-CV-1721 (S.D. Cal); In re Primus Telecommunications Group, Inc. Sec. Litig., Master Case No. 04-970-A (E.D. Va.); In re Netopia Sec. Litig., Case No. C 04-3364 (N.D. Cal); Malasky v. IAC/InterActive Corp., et al., Case No. 04-CV-7447 (S.D.N.Y.); In re Supportsoft, Inc. Sec. Litig., C 04-5222 SI (N.D.Cal.); Berson v. Applied Signal Technology Inc. et al, 4:05-cv-01027-SBA (N.D.Cal.); The Cornelia I.. Crowell GST Trust v. Pemstar, Inc. et al., 05-CV-1182 (D. MN); UFCW Local 880 Retail Food Employers Joint Pension Fund v. Newmont Mining Corp. et al., No. 05-CV-01046 (D. Colo.); and Aviva Partners v. Exide Technologies et al., 3:05-CV-03098 (D. NJ).

We have also been responsible for many important decisions which have advanced the cause of shareholder protection through the federal securities laws, including in Ganino, et al v. Citizens Utilities Company, et al, 228 F.3d 154 (2d Cir. 2000), In re Campbell Soup Sec. Litig., 145 F. Supp.2d 574 (D.N.J. 2001), In re Complete Management, Inc. Sec. Litig., 153 F.Supp. 2d 314 (S.D.N.Y. 2001), Angres v. Smallworldwide, plc, 94 F. Supp.2d 1167 (D. Colo. 2000), and Feiner v.S&C Technologies, Inc., 47 F. Supp.2d 250 (D. Conn. 1999).

SCHATZ NOBEL IZARD, P.C.

In ERISA cases, Schatz Nobel Izard has been formally appointed as sole or co-lead counsel in Overby v. Tyco International, Ltd., No. 02-CV-1357-B (D.N.H.); In re Reliant Energy ERISA Litig., No. H-02-2051 (S.D. Tex.); In re AOL Time Warner, Inc. Sec. and ERISA Litig., MDL Docket No. 1500 (S.D.N.Y.); Furstenau v. AT&T, Case No. 02 CV 8853 (D.N.J.); In re AEP ERISA Litig., Case No. C2-03-67 (S.D.Ohio); Pettit v. JDS Uniphase Corporation, Civil Action No. 03-4743-CW (N.D.Cal.); In re Sprint Corporation ERISA Litig., Master File No. 2:03-cv-02202-JWL (D.Kan.); In re Cardinal Health, Inc. ERISA Litig., Case No. C 2-04-642 (S.D.Ohio); Spear v. Hartford Fin. Svcs Group. Inc., No. 04-1790 (D.Conn.); and In re Merck & Co., Inc. Securities, Derivative and ERISA Litig., MDL No. 1658 (D.N.J.); and to the Steering Committee in Tittle v. Enron Corp., No. H-01-3913 (S.D. Tex.); In re Electronic Data Systems ERISA Litig., 3:02-cv-1323 (E.D.Tex.); and In re Marsh ERISA Litig., Master File No. 04 cv 8157 (S.D.N.Y.). We are responsible for the seminal decision in Vivien v. Worldcom, Civil Action No. 2-01329 (N.D.Cal.), in which the Court in denying a motion to dismiss affirmed the legal theory upon which these cases are based.

PARTNERS

Andrew M. Schatz is a graduate of Cornell University, with honors, and graduated from Harvard Law School (J.D., *cum laude*) in 1976.  Mr. Schatz joined the Chicago firm now known as Sachnoff & Weaver, and he became a partner of that firm in 1979. While at Sachnoff & Weaver, Mr. Schatz primarily handled plaintiffs class action litigation and was involved in the prosecution of major securities class actions, including cases against Equity Funding Corp. of America and the Washington Public Power Supply System.

In 1987, Mr. Schatz joined Schatz & Schatz, Ribicoff & Kotkin in Hartford, Connecticut, where he headed that firm's corporate and securities litigation practice. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Schatz represented publicly-held corporations and their directors and

SCHATZ NOBEL IZARD, P.C.

officers as defendants in securities class actions, including North American Holding Corporation, Gateway Financial Corporation, Ames Department Stores and All For A Dollar.

Mr. Schatz is a member of the Securities Advisory Council to the Connecticut Department of Banking, a member of the Connecticut and American Bar Associations and a speaker on panels relating to the duties of directors of publicly held corporations.

Jeffrey S. Nobel graduated from Albany Law School in 1989, where he was Associate Editor of its Law Review.  Following his graduation from law school, Mr. Nobel joined Schatz & Schatz, Ribicoff & Kotkin.  While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Nobel represented the officer defendants in the Ames Department Stores class actions and also represented corporations and their officers and directors in other federal securities fraud litigation.

Robert A. Izard, former chair of the Commercial and Business Litigation Committee of the Litigation Section of the American Bar Association, received his B.A. from Yale University and his J.D., with honors, from Emory University, where he was elected to the Order of the Coif, and was an editor of the *Emory Law Journal*.  From 1987 until 2001, Mr. Izard practiced law with the firm of Robinson & Cole, primarily in the areas of securities and corporate litigation, representing issuers, brokers, law firms and underwriters in a wide range of actions under both federal and state securities laws and RICO, as well as representing shareholders and directors in proxy contests and intracorporate disputes.  He has also represented clients in investigations and enforcement actions by the Securities and Exchange Commission and the State of Connecticut Department of Banking, and in various arbitration and disciplinary actions.

Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury trial in federal district court.  He is experienced in various forms of alternative dispute resolution, including mediation and arbitration, and is also a Distinguished Neutral for the CPR Institute for

SCHATZ NOBEL IZARD, P.C.

Dispute Resolution. Mr. Izard is the author of *Lawyers and Lawsuits: A Guide to Litigation* published by Simon and Schuster.

COUNSEL

Barbara F. Wolf graduated from the University of Chicago with a B.A. with honors in Economics, and from Northwestern Law School in 1979, where she was a member of the Law Review. Formerly a partner at Sachnoff & Weaver in Chicago, Illinois, Ms. Wolf is experienced in antitrust, securities and other complex litigation.

Mark P. Kindall is a 1988 graduate of the University of California at Berkeley's Boalt Hall School of Law, where he served as Book Review Editor of the *California Law Review* and was elected to the Order of the Coif. Prior to joining Schatz Nobel Izard as counsel in 2005, he was an associate at Covington & Burling in Washington, D.C. (1988-1990), an Attorney Advisor at the United States Environmental Protection Agency (1990-1994), and an Assistant Attorney General for the State of Connecticut (1994-2005). He has been lead counsel in numerous cases in federal and state court, and has taught courses in appellate advocacy and administrative law at the University of Connecticut School of Law.

ASSOCIATES

William Bernarduci received a Bachelor of Science in Business Administration from Bucknell University and graduated *magna cum laude* from New York Law School in 1995, where he was a member of the *New York Law School Law Review*. Upon graduation, he served as a law clerk for the Honorable Nina Gershon, District Judge, United States District Court Eastern District of New York. Prior to joining the firm, he represented numerous clients in complex securities litigation at the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Dornbush

SCHATZ NOBEL IZARD, P.C.

Mensch Mandelstam & Schaeffer, LLP. Mr. Bernarduci is admitted to the Connecticut and New York bars.

Seth R. Klein graduated *cum laude* from both Yale University and, in 1996, from the University of Michigan Law School, where he was a member of the *Michigan Law Review* and the Moot Court Board and where he was elected to the Order of the Coif. After clerking for the Hon. David M. Borden of the Connecticut Supreme Court, Mr. Klein served as an Assistant Attorney General for the State of Connecticut, where he focused on consumer protection matters, and as an associate with the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP in New York.

Wayne T. Boulton graduated *cum laude* from Colgate University in 1993 and from the University of Connecticut School of Law, with honors, in 1997. Mr. Boulton has focused his practice on litigating complex commercial cases.

Eric L. Palmquist graduated from Cornell Law School *magna cum laude* in 1999, where he was a member of the Cornell Law Review and was elected Order of the Coif. Before joining Schatz Nobel Izard in 2004, Mr. Palmquist worked at Dewey Ballantine LLP in New York and at Axinn Veltrop & Harkrider LLP in Hartford.

Nancy A. Kulesa graduated from Fordham University with a B.A. with honors in International Politics, and from the University of Connecticut School of Law in 2001. Ms. Kulesa also studied International Law at the University of London.