Sherrie R. Savett (*Pro Hac Vice* Application pending)
Barbara A. Podell (*Pro Hac Vice* Application pending)
Phyllis M. Parker (*Pro Hac Vice* Application pending)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: bpodell@bm.net
Email: pparker@bm.net

*Proposed Lead Counsel for Plaintiffs*

Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California St., Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Proposed Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On behalf of Itself and All Others Similar Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVELO, INC., et al.,<br><br>Defendants. | Case No. 3:07-cv-04056-MJJ<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Date: October 2, 2007<br>TIME: 9:30 a.m.<br>CTRM: Hon. Martin J. Jenkins |

[3:07-cv-04056-MJJ] NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that on October 2, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Martin J. Jenkins, United States District Court, Northern District of California, 450 Golden Gate Ave., San Francisco, California 94102, Class Members Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group") will, and hereby does, move this Court pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), for an order consolidating the four related actions and granting the Petronis Group's motion for appointment as Lead Plaintiff in this action and to approve its selection of the law firm of Berger & Montague, P.C. as Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel for the Class.

The Petronis Group timely filed its motion for appointment as Lead Plaintiff on April 10, 2007, in the United States District Court for the Southern District of New York. *See* Exhibits A-E hereto. The Honorable Harold Baer stayed the resolution of the three pending motions for appointment as Lead Plaintiffs until resolution of the Motion to Transfer. This action was transferred to this Court on August 8, 2007.

This motion is made on the grounds that the Petronis Group is the "most adequate plaintiff" pursuant to the Exchange Act. *See* 15 U.S.C. §78u-4(a)(3)(B). In addition, the Petronis Group meets the requirements of Federal Rule of Civil Procedure 23(a) because its claims are typical of the other Class Members' claims and because it will fairly and adequately represent the class. Further, the Petronis Group has selected and retained counsel with extensive experience in the area of securities litigation who have successfully prosecuted numerous securities fraud actions on behalf of injured investors.

This Notice of Motion is based upon this previously-filed Motion of the Petronis Group for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel, the

///
///
///
///

Memorandum of Law in support thereof, the Declaration of Christopher J. Keller in support thereof, the pleadings and files herein, and such other written or oral argument as may be presented to the Court. *See* Exhibits A – E hereto.

DATED: August 16, 2007

Respectfully submitted,

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

By: _____
Nicole Lavallee

425 California St., Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Proposed Liaison Counsel for Plaintiffs*

Sherrie R. Savett
Barbara A. Podell
Phyllis M. Parker
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Proposed Lead Counsel for Plaintiffs*