**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
ELECTRICAL WORKERS PENSION FUND, :
LOCAL 103, I.B.E.W. on Behalf of Itself and :
All Others Similarly Situated, :    Electronically Filed
                                   :
                 Plaintiff, :    Civil Action No.: 1:07-cv-00975-HB
                                   :
     vs. :    (ECF Case)
                                   :
NUVELO, INC., TED W. LOVE, GARY S. :    Hon. Harold Baer, Jr.
TITUS and SHELLY D. GUYER, :
                                   :
             Defendants. :
--------------------------------------------------------- x
BARRY LOGAN, Individually and on Behalf of :
All Others Similarly Situated :
                                   :    Civil Action No.: 1:07-cv-01229-HB
                 Plaintiff, :
                                   :    (ECF Case)
     vs. :
                                   :
NUVELO, INC., TED W. LOVE, GARY S. :
TITUS and SHELLY D. GUYER, :
                                   :
             Defendants. :
--------------------------------------------------------- x

*(caption continues on next page)*

## MOTION OF THE PETRONIS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

```
-------------------------------------------------- x
ARNOLD GILES, Individually and on Behalf of :
All Others Similarly Situated                    :
                                                 :
                              Plaintiff,         :   Civil Action No.: 1:07-cv-01777-HB
                                                 :
               vs.                               :   (ECF Case)
                                                 :
NUVELO, INC., TED W. LOVE, GARY S.               :
TITUS and SHELLY D. GUYER,                       :
                                                 :
                              Defendants.        :
-------------------------------------------------- x
HERBERT BRAKER, Individually and on              :
Behalf of All Others Similarly Situated          :
                                                 :
                              Plaintiff,         :   Civil Action No.: 1:07-cv-01953-HB
                                                 :
               vs.                               :   (ECF Case)
                                                 :
NUVELO, INC., TED W. LOVE, GARY S.               :
TITUS and SHELLY D. GUYER,                       :
                                                 :
                              Defendants.        :
-------------------------------------------------- x
```

PLEASE TAKE NOTICE that Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group" or "Movant"), by and through its undersigned counsel, hereby moves this Court for an Order:

(a)    Consolidating all of the previously filed actions for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure;

(b)    Appointing the Petronis Group as Lead Plaintiff for the Class pursuant to §21D(a)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and

(c)    Approving the Petronis Group's selection of Berger & Montague, P.C. to serve as Lead Counsel and Labaton Sucharow & Rudoff LLP as Liaison Counsel for the Class pursuant to §21D(a)(3)(B)(v) of the PSLRA.

In support of the Motion, Movant submits herewith (a) the accompanying Memorandum of Law; and (b) the Declaration of Christopher J. Keller dated April 10, 2007.

Dated: April 10, 2007

By:    _/s/ Christopher J. Keller_
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
**Labaton Sucharow & Rudoff LLP**
100 Park Avenue
New York, NY 10017
(212) 907-0700
(212) 818-0477 (Fax)

***Proposed Liaison Counsel***

**Berger & Montague, P.C.**
Sherrie R. Savett
Barbara A. Podell
Phyllis M. Parker
Douglas M. Risen

1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

***Proposed Lead Counsel***