**EXHIBIT B**

```
―――――――――――――――――――――――x
ARNOLD GILES, Individually and on Behalf of   :
All Others Similarly Situated                  :      Civil Action No.: 1:07-cv-01777-UA
                                               :
                    Plaintiff,                 :
                                               :
   vs.                                         :
                                               :
NUVELO, INC., TED W. LOVE, GARY S.             :
TITUS and SHELLY D. GUYER,                     :
                                               :
                    Defendants.                :
―――――――――――――――――――――――x


―――――――――――――――――――――――x
HERBERT BRAKER, Individually and on Behalf    :
of All Others Similarly Situated               :      Civil Action No.: 1:07-cv-01953-UA
                                               :
                    Plaintiff,                 :
                                               :
   vs.                                         :
                                               :
NUVELO, INC., TED W. LOVE, GARY S.             :
TITUS and SHELLY D. GUYER,                     :
                                               :
                    Defendants.                :
―――――――――――――――――――――――x
```

**PROPOSED ORDER CONSOLIDATING ALL ACTIONS
FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND
<u>APPROVING SELECTION OF LEAD COUNSEL</u>**

## CONSOLIDATION FOR ALL PURPOSES

1.  The Court hereby consolidates the actions set forth above for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under the following caption:

| | | |
|---|---|---|
| **IN RE NUVELO, INC.** <br> **SECURITIES LITIGATION** | : <br> : | **Master File No. 1:07-cv-00975-HB** |

2.  Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

3.  Upon consideration and review of Movants' motion, the Court hereby appoints Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group") as Lead Plaintiffs. Lead Plaintiffs satisfy the requirements for Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), §21D(a)(3)(B)(iii).

4.  The Petronis Group, pursuant to §21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firm of Berger & Montague, P.C. as its lead counsel and Labaton Sucharow & Rudoff LLP as its liaison counsel in this consolidated action. The Court approves the selection of

Berger & Montague, P.C. to serve as Plaintiffs' Lead Counsel and Labaton Sucharow & Rudoff LLP as Plaintiffs' Liaison Counsel.

5. Plaintiffs' Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

  (a) to coordinate the briefing and argument of motions;

  (b) to coordinate the conduct of discovery proceedings;

  (c) to coordinate the examination of witnesses in depositions;

  (d) to coordinate the selection of counsel to act as spokesperson at pretrial conferences;

  (e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

  (f) to coordinate all settlement negotiations with counsel for defendants;

  (g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

  (h) to supervise any other matters concerning the prosecution, resolution or settlement of the Consolidated Action.

6. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

7. Counsel in any related action that is consolidated with the Consolidated Action shall

be bound by this organization of plaintiffs' counsel.

Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

Defendants shall effect service of papers on plaintiffs by serving a copy of such papers on Lead Counsel by overnight mail service, e-mail or hand delivery. Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, e-mail or hand delivery.

During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, which contain information that is relevant to the subject matter of the pending litigation.

## CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

8.  The Court hereby orders that Lead Plaintiff may file a consolidated amended class action complaint within 60 days of this Order.


SO ORDERED, this _____ day of _____, 2007.


_____
United States District Judge