**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
ELECTRICAL WORKERS PENSION FUND, :
LOCAL 103, I.B.E.W. on Behalf of Itself and : Electronically Filed
All Others Similarly Situated, :
: Civil Action No.: 1:07-cv-00975-HB
               Plaintiff, :
: (ECF Case)
vs. :
: Hon. Harold Baer, Jr.
NUVELO, INC., TED W. LOVE, GARY S. :
TITUS and SHELLY D. GUYER, :
:
               Defendants. :
------------------------------------------------------------ x
BARRY LOGAN, Individually and on Behalf of :
All Others Similarly Situated :
: Civil Action No.: 1:07-cv-01229-HB
             Plaintiff, :
: (ECF Case)
vs. :
:
NUVELO, INC., TED W. LOVE, GARY S. :
TITUS and SHELLY D. GUYER, :
:
             Defendants. :
------------------------------------------------------------ x
ARNOLD GILES, Individually and on Behalf of :
All Others Similarly Situated :
: Civil Action No.: 1:07-cv-01777-HB
             Plaintiff, :
: (ECF Case)
vs. :
:
NUVELO, INC., TED W. LOVE, GARY S. :
TITUS and SHELLY D. GUYER, :
:
             Defendants. :
------------------------------------------------------------ x

*(caption continues on next page)*

**L.R. 7.1 DISCLOSURE STATEMENT**

```
------------------------------------------------------------- x
HERBERT BRAKER, Individually and on          :
Behalf of All Others Similarly Situated      :
                                             :   Civil Action No.: 1:07-cv-01953-HB
                   Plaintiff,                :
                                             :   (ECF Case)
       vs.                                   :
                                             :
NUVELO, INC., TED W. LOVE, GARY S.           :
TITUS and SHELLY D. GUYER,                   :
                                             :
                   Defendants.               :
------------------------------------------------------------- x
```

Pursuant to L.R. 7.1, Plaintiffs Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia hereby state that there is no parent corporation or any other publicly held corporation that owns 10% or more of plaintiffs' stock, because the plaintiffs are individuals.

Dated: April 10, 2007              By:     /s/ Christopher J. Keller
                                           Christopher J. Keller (CK-2347)
                                           Andrei V. Rado (AR-3724)
                                           Alan I. Ellman (AE-7347)
                                           Labaton Sucharow & Rudoff LLP
                                           100 Park Avenue
                                           New York, NY 10017
                                           (212) 907-0700
                                           (212) 818-0477 (Fax)

                                           *Proposed Liaison Counsel*

                                           Berger & Montague, P.C.
                                           Sherrie R. Savett, Esq.
                                           Barbara A. Podell, Esq.
                                           Phyllis M. Parker, Esq.
                                           1622 Locust Street
                                           Philadelphia, PA 19103
                                           (215) 875-3000
                                           (215) 875-4604 (Fax)

                                           *Proposed Lead Counsel*