**EXHIBIT E**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x
ELECTRICAL WORKERS PENSION FUND,   :Civil Action No.: 1:07-cv-00975-HB
LOCAL 103, I.B.E.W. on Behalf of Itself and   :
All Others Similarly Situated,   :
                                 :
                    Plaintiff,   :
                                 :
          vs.                    :
                                 :
NUVELO, INC., TED W. LOVE, GARY S.   :
TITUS and SHELLY D. GUYER,   :
                                 :
                    Defendants.   :
—————————————————————————x


—————————————————————————x
BARRY LOGAN, Individually and on Behalf of   :
All Others Similarly Situated   :Civil Action No.: 1:07-cv-01229-HB
                                 :
                    Plaintiff,   :
                                 :
          vs.                    :
                                 :
NUVELO, INC., TED W. LOVE, GARY S.   :
TITUS and SHELLY D. GUYER,   :
                                 :
                    Defendants.   :
—————————————————————————x


[Captions continued on the following page]


## DECLARATION OF CHRISTOPHER J. KELLER IN SUPPORT OF THE MOTION OF THE PETRONIS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

```
_____x
ARNOLD GILES, Individually and on Behalf of      :
All Others Similarly Situated                    :Civil Action No.: 1:07-cv-01777-HB
                                                 :
                            Plaintiff,           :
                                                 :
        vs.                                      :
                                                 :
NUVELO, INC., TED W. LOVE, GARY S.               :
TITUS and SHELLY D. GUYER,                       :
                                                 :
                            Defendants.          :
_____x
```

```
_____x
HERBERT BRAKER, Individually and on Behalf       :
of All Others Similarly Situated                 :Civil Action No.: 1:07-cv-01953-HB
                                                 :
                            Plaintiff,           :
                                                 :
        vs.                                      :
                                                 :
NUVELO, INC., TED W. LOVE, GARY S.               :
TITUS and SHELLY D. GUYER,                       :
                                                 :
                            Defendants.          :
_____x
```

Christopher J. Keller, hereby declares as follows:

1.      I am a partner in Labaton Sucharow & Rudoff LLP and am admitted to practice before this Court. I make this Declaration in Support of the Motion of  Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group") for Consolidation, for Its Appointment as Lead Plaintiffs, and for Approval of Lead Plaintiffs' Selection of Lead Counsel and Liaison Counsel.

2.    Attached hereto as Exhibits are true and correct copies of the following:

**Exhibit No.**                                    **Description**

A      Certification of Movant Frank C. Petronis and Patricia A. Petronis ("Petronis").

B      Certification of Movant Todd A. Stephens and Amy Stephens ("Stephens").

C      Certification of Movant Vincent E. DiFrancia and Candace L. DiFrancia. ("DiFrancia").

D      Chart detailing The Petronis Groups' losses during the Class Period of January 5, 2006 through December 8, 2006.

E      Notice to members of the Class published via *Business Wire* on February 9, 2007.

F      Firm Resume of Berger & Montague, P.C.

G      Firm Resume of Labaton Sucharow & Rudoff LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of April, 2007.

_____
CHRISTOPHER J. KELLER (CK-2347)

**Exhibit A**

## NUVELO, INC.
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Frank C. and Patricia A. Petronis ("Plaintiffs"), duly swear and say, as to the claims asserted under the federal securities laws, that:

1.    Plaintiffs have reviewed a complaint against Nuvelo, Inc. and certain of its officers, and Plaintiffs approve of its contents, and authorize their selected counsel, Berger & Montague, P.C. to file a complaint and/or lead plaintiff papers on their behalf.

2.    Plaintiffs did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3.    Plaintiffs are willing to serve as representative plaintiffs on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiffs' transactions in the securities of Nuvelo, Inc. between and including January 5, 2006 through December 8, 2006, inclusive (the "Class Period"), are as follows:

| Securities Purchased/Sold | Date of Purchase/Sale | Price per Security |
|---|---|---|
| *See* attached schedule | | |

5.    Plaintiffs have not sought to serve as class representatives in any other action filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed.

6.    Plaintiffs have not accepted and will not accept any payment for serving as representative plaintiffs on behalf of the class beyond their pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _9_ day of _MARCH_, 2007.

By: _Frank C Petronis_
Frank C. Petronis

By: _Patricia A. Petronis_
Patricia A. Petronis
2151 E. Boulevard
Bethlehem, PA 18107
Tel. (610) 691-0804

413507_03.wpd

**Patricia Petronis A/C #1 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| CDQGC | 04/03/06 | 2 | $3.6075 | $ 722 | | | |
| CDQGC | 04/03/06 | 3 | $3.6075 | $ 1,082 | | | |
| CDQGC | 04/21/06 | 1 | $3.5075 | $ 351 | | | |
| CDQGC | 04/21/06 | 3 | $3.1075 | $ 932 | | | |
| CDQGC | 04/21/06 | 4 | $3.5075 | $ 1,403 | | | |
| CDQGC | 04/27/06 | 3 | $2.3075 | $ 692 | | | |
| CDQAW | 05/05/06 | 5 | $3.0000 | $ 1,500 | | | |
| CDQAW | 05/05/06 | 5 | $3.0000 | $ 1,500 | | | |
| ZZCAD | 06/02/06 | 2 | $7.0275 | $ 1,406 | | | |
| ZZCAD | 06/02/06 | 3 | $5.2408 | $ 1,572 | | | |
| ZZCAD | 06/02/06 | 3 | $5.2408 | $ 1,572 | | | |
| ZZCAD | 06/02/06 | 5 | $4.7275 | $ 2,364 | | | |
| ZZCAD | 06/14/06 | 3 | $7.0275 | $ 2,108 | | | |
| ZZCAD | 06/14/06 | 7 | $7.0175 | $ 4,912 | | | |
| ZZCAD | 07/03/06 | | | | 5 | $5.0000 | $ 0 * |
| CDQJV | 07/03/06 | 1 | $4.9000 | $ 490 | | | |
| ZZCAD | 07/03/06 | 3 | $7.0175 | $ 2,105 | | | |
| ZZCAD | 07/03/06 | 7 | $6.8175 | $ 4,772 | | | |
| CDQJV | 07/03/06 | 5 | $4.9175 | $ 2,459 | | | |
| ZZCAD | 07/03/06 | | | | 2 | $5.0000 | $ 1,000 |
| ZZCAD | 07/03/06 | | | | 3 | $5.0000 | $ 1,500 |
| CDQAW | 07/03/06 | | | | 5 | $3.4924 | $ 1,746 |
| ZZCAD | 07/06/06 | 2 | $6.5275 | $ 1,306 | | | |
| ZZCAD | 07/06/06 | 3 | $6.8175 | $ 2,045 | | | |
| CDQGC | 07/06/06 | | | | 3 | $2.5000 | $ 750 |
| ZZCAD | 07/06/06 | | | | 2 | $5.3000 | $ 1,060 |
| ZZCAD | 07/06/06 | | | | 3 | $5.3000 | $ 1,590 |
| CDQAW | 07/06/06 | | | | 5 | $3.4924 | $ 1,746 |
| CDQHC | 07/07/06 | 1 | $2.5500 | $ 255 | | | |
| CDQHC | 07/07/06 | 2 | $2.4000 | $ 480 | | | |
| CDQHC | 07/07/06 | 4 | $2.5500 | $ 1,020 | | | |
| CDQHC | 07/07/06 | 5 | $2.6000 | $ 1,300 | | | |
| CDQGC | 07/10/06 | | | | 1 | $2.0000 | $ 200 |
| CDQGC | 07/10/06 | | | | 2 | $2.0000 | $ 400 |
| CDQGC | 07/11/06 | | | | 4 | $2.5000 | $ 1,000 |
| CDQJC | 07/14/06 | 10 | $4.0175 | $ 4,018 | | | |
| CDQGC | 07/19/06 | | | | 3 | $2.0000 | $ 600 |
| CDQGC | 07/19/06 | | | | 3 | $2.0000 | $ 600 |
| CDQJV | 07/20/06 | 2 | $4.9575 | $ 992 | | | |
| ZZCAW | 07/27/06 | | | | 5 | $5.5000 | $ 0 * |
| ZZCAW | 07/27/06 | 5 | $1.0494 | EXERCISED | | | |
| ZZCAW | 07/27/06 | 5 | $1.0494 | EXERCISED | | | |
| ZZCAD | 07/27/06 | 5 | $4.7000 | $ 2,350 | | | |
| ZZCAW | 07/27/06 | 7 | $6.5000 | $ 4,550 | | | |
| ZZCAW | 07/27/06 | 7 | $6.5218 | $ 4,565 | | | |
| ZZCAW | 07/27/06 | 8 | $7.8745 | $ 6,300 | | | |
| ZZCAD | 07/27/06 | | | | 5 | $5.9823 | $ 2,991 |
| ZZCAW | 07/27/06 | | | | 10 | $5.4000 | $ 5,400 |
| ZZCAW | 07/28/06 | 2 | $1.1394 | EXERCISED | | | |
| ZZCAW | 07/28/06 | 2 | $1.1394 | EXERCISED | | | |
| ZZCAW | 07/28/06 | 3 | $1.8363 | EXERCISED | | | |
| ZZCAW | 07/28/06 | 3 | $1.8363 | EXERCISED | | | |
| CDQJV | 07/28/06 | 5 | $4.7000 | EXERCISED | | | |
| CDQJV | 07/28/06 | 8 | $4.8000 | EXERCISED | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CDQJV | 07/28/06 | 1 | $4.8200 | $ | 482 | | | |
| ZZCAW | 07/28/06 | 1 | $8.3580 | $ | 836 | | | |
| ZZCAW | 07/28/06 | 1 | $8.3580 | $ | 836 | | | |
| ZZCAW | 07/28/06 | 1 | $8.6468 | $ | 865 | | | |
| ZZCAW | 07/28/06 | 1 | $8.6468 | $ | 865 | | | |
| ZZCAW | 07/28/06 | 3 | $9.1538 | $ | 2,746 | | | |
| ZZCAW | 07/28/06 | 3 | $9.1538 | $ | 2,746 | | | |
| CDQJV | 07/28/06 | 3 | $4.8200 | $ | 1,446 | | | |
| ZZCAW | 07/28/06 | | | | | 5 | $5.5000 | $ | 2,750 |
| CDQJV | 08/03/06 | 6 | $4.2000 | $ | 2,520 | | | |
| CDQJV | 08/03/06 | 4 | $4.2000 | $ | 1,680 | | | |
| ZZCAW | 08/08/06 | 5 | $2.8857 | | EXERCISED | | | |
| ZZCAW | 08/08/06 | 5 | $2.8857 | | EXERCISED | | | |
| CDQIC | 08/08/06 | 5 | $1.8000 | $ | 900 | | | |
| ZZCAW | 08/08/06 | 5 | $10.2032 | $ | 5,102 | | | |
| CDQIC | 08/08/06 | 5 | $1.8000 | $ | 900 | | | |
| ZZCAW | 08/08/06 | | | | | 1 | $5.0000 | $ | 500 |
| ZZCAW | 08/08/06 | | | | | 4 | $5.0000 | $ | 2,000 |
| ZZCAW | 08/10/06 | | | | | 2 | $4.8000 | | $ 0 * |
| ZZCAW | 08/10/06 | 1 | $2.8857 | | EXERCISED | | | |
| ZZCAW | 08/10/06 | 1 | $2.8857 | | EXERCISED | | | |
| ZZCAW | 08/10/06 | 1 | $3.1744 | | EXERCISED | | | |
| ZZCAW | 08/10/06 | 2 | $10.3476 | $ | 2,070 | | | |
| CDQIC | 08/14/06 | 5 | $2.0500 | $ | 1,025 | | | |
| CDQHC | 08/15/06 | | | | | 1 | $2.0000 | $ | 200 |
| CDQHC | 08/15/06 | | | | | 2 | $2.0500 | $ | 410 |
| CDQHC | 08/15/06 | | | | | 4 | $2.0500 | $ | 820 |
| CDQHC | 08/15/06 | | | | | 5 | $2.0000 | $ | 1,000 |
| ZZCAD | 08/17/06 | 2 | $1.0452 | | EXERCISED | | | |
| ZZCAD | 08/17/06 | 3 | $2.2451 | | EXERCISED | | | |
| ZZCAD | 08/17/06 | 3 | $2.2351 | | EXERCISED | | | |
| ZZCAD | 08/17/06 | 1 | $8.7726 | $ | 877 | | | |
| ZZCAD | 08/17/06 | 2 | $7.5727 | $ | 1,515 | | | |
| ZZCAD | 08/17/06 | 3 | $5.2000 | $ | 1,560 | | | |
| ZZCAD | 08/17/06 | | | | | 3 | $5.9823 | $ | 1,795 |
| ZZCAD | 08/17/06 | | | | | 3 | $5.9823 | $ | 1,795 |
| ZZCAW | 08/17/06 | | | | | 7 | $5.4466 | $ | 3,813 |
| ZZCAW | 08/17/06 | | | | | 7 | $5.4466 | $ | 3,813 |
| ZZCAD | 08/17/06 | | | | | 8 | $5.4000 | $ | 4,320 |
| ZZCAD | 08/18/06 | 4 | $2.2351 | | EXERCISED | | | |
| ZZCAD | 08/18/06 | 1 | $2.0351 | | EXERCISED | | | |
| ZZCAD | 08/18/06 | 1 | $7.9600 | $ | 796 | | | |
| CDQJD | 08/18/06 | 10 | $1.0000 | $ | 1,000 | | | |
| CDQJW | 08/18/06 | 10 | $2.8000 | $ | 2,800 | | | |
| CDQJW | 08/18/06 | 10 | $2.8000 | $ | 2,800 | | | |
| ZZCAD | 08/18/06 | 4 | $8.1625 | $ | 3,265 | | | |
| CDQJC | 08/18/06 | | | | | 10 | $2.0824 | $ | 2,082 |
| ZZCAD | 08/18/06 | | | | | 5 | $5.5000 | $ | 2,750 |
| CDQJD | 08/22/06 | 10 | $1.4000 | $ | 1,400 | | | |
| CDQJW | 08/22/06 | | | | | 10 | $2.0500 | $ | 2,050 |
| CDQJW | 08/22/06 | | | | | 10 | $2.1000 | $ | 2,100 |
| CDQDD | 08/22/06 | | | | | 10 | $3.5000 | $ | 3,500 |
| ZZCAD | 08/23/06 | 9 | $2.0800 | | $ 0 ** | | | |
| ZZCAD | 08/23/06 | 1 | $1.7500 | | $ 0 ** | | | |
| ZZCAD | 08/23/06 | 2 | $2.0352 | | EXERCISED | | | |
| ZZCAD | 08/23/06 | 7 | $1.8351 | | EXERCISED | | | |
| ZZCAD | 08/23/06 | 1 | $1.5452 | | EXERCISED | | | |
| CDQJD | 08/23/06 | 5 | $1.1000 | $ | 550 | | | |
| ZZCAW | 08/23/06 | 4 | $7.2000 | $ | 2,880 | | | |

| Symbol | Date | Qty | Price | Amount | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| ZZCAW | 08/23/06 | 5 | $7.2000 | $    3,600 | | | |
| CDQDD | 08/23/06 | 10 | $3.3000 | $    3,300 | | | |
| ZZCAW | 08/23/06 | | | | 1 | $5.4723 | $    547 |
| ZZCAW | 08/23/06 | | | | 1 | $5.4723 | $    547 |
| ZZCAD | 08/23/06 | | | | 5 | $6.0000 | $    3,000 |
| ZZCAD | 08/23/06 | | | | 5 | $6.0000 | $    3,000 |
| ZZCAW | 08/23/06 | | | | 8 | $5.3823 | $    4,306 |
| ZZCAD | 08/24/06 | 2 | $2.3950 | $ 0 ** | | | |
| ZZCAD | 08/24/06 | 1 | $3.5900 | $ 0 ** | | | |
| ZZCAD | 08/24/06 | 4 | $1.6000 | $ 0 ** | | | |
| ZZCAD | 08/24/06 | 3 | $0.2000 | $ 0 ** | | | |
| ZZCAD | 08/24/06 | 2 | $2.1928 | EXERCISED | | | |
| ZZCAD | 08/24/06 | 1 | $3.3928 | EXERCISED | | | |
| ZZCAD | 08/24/06 | 4 | $1.4002 | EXERCISED | | | |
| ZZCAW | 08/24/06 | 1 | $7.4000 | $    740 | | | |
| ZZCAW | 08/24/06 | 10 | $7.3000 | $    7,300 | | | |
| ZZCAW | 08/24/06 | | | | 1 | $5.4724 | $    547 |
| ZZCAW | 08/24/06 | | | | 1 | $5.4724 | $    547 |
| ZZCAW | 08/24/06 | | | | 2 | $4.7424 | $    948 |
| ZZCAW | 08/24/06 | | | | 3 | $5.4723 | $    1,642 |
| ZZCAW | 08/24/06 | | | | 3 | $5.4723 | $    1,642 |
| CDQIC | 08/24/06 | | | | 5 | $4.4000 | $    2,200 |
| ZZCAW | 08/24/06 | | | | 5 | $4.9724 | $    2,486 |
| ZZCAD | 08/24/06 | | | | 5 | $6.0000 | $    3,000 |
| ZZCAD | 08/24/06 | | | | 5 | $6.0000 | $    3,000 |
| CDQDX | 08/29/06 | 3 | $2.9000 | $    870 | | | |
| CDQDX | 08/29/06 | 7 | $2.9000 | $    2,030 | | | |
| CDQJC | 08/29/06 | 5 | $5.4000 | $    2,700 | | | |
| CDQJV | 08/29/06 | | | | 1 | $7.7000 | $    770 |
| CDQJV | 08/29/06 | | | | 4 | $7.7000 | $    3,080 |
| CDQJV | 08/29/06 | | | | 5 | $7.7000 | $    3,850 |
| ZZCAD | 08/31/06 | 2 | $7.0000 | $    1,400 | | | |
| CDQDX | 08/31/06 | 5 | $3.2000 | $    1,600 | | | |
| ZZCAD | 08/31/06 | 3 | $7.0000 | $    2,100 | | | |
| ZZCAD | 08/31/06 | | | | 2 | $5.9823 | $    1,196 |
| ZZCAD | 08/31/06 | | | | 3 | $4.7824 | $    1,435 |
| ZZCAD | 09/01/06 | 2 | $7.0000 | $    1,400 | | | |
| CDQDX | 09/01/06 | 8 | $2.0000 | $    1,600 | | | |
| ZZCAD | 09/01/06 | 8 | $7.0000 | $    5,600 | | | |
| ZZCAD | 09/01/06 | | | | 3 | $4.9824 | $    1,495 |
| CDQIC | 09/01/06 | | | | 5 | $5.6000 | $    2,800 |
| CDQIC | 09/01/06 | | | | 5 | $5.6000 | $    2,800 |
| ZZCAD | 09/01/06 | | | | 7 | $4.7824 | $    3,348 |
| ZZCAD | 09/06/06 | 5 | $6.8000 | $    3,400 | | | |
| ZZCAD | 09/06/06 | 5 | $6.8000 | $    3,400 | | | |
| ZZCAD | 09/06/06 | 5 | $6.5000 | $    3,250 | | | |
| ZZCAD | 09/06/06 | | | | 1 | $5.3798 | $    538 |
| ZZCAD | 09/06/06 | | | | 2 | $5.2724 | $    1,054 |
| ZZCAD | 09/06/06 | | | | 2 | $5.3799 | $    1,076 |
| CDQJV | 09/06/06 | | | | 2 | $7.0000 | $    1,400 |
| ZZCAD | 09/06/06 | | | | 3 | $5.2723 | $    1,582 |
| CDQJV | 09/06/06 | | | | 3 | $7.0000 | $    2,100 |
| ZZCAD | 09/06/06 | | | | 7 | $4.9823 | $    3,488 |
| ZZCAX | 09/11/06 | | | | 6 | $5.0000 | $ 0 * |
| ZZCAX | 09/11/06 | 6 | $0.2000 | $    120 | | | |
| CDQJD | 09/11/06 | | | | 5 | $0.9500 | $    475 |
| CDQDX | 09/11/06 | | | | 3 | $2.9000 | $    870 |
| CDQJD | 09/11/06 | | | | 10 | $0.9500 | $    950 |
| CDQJD | 09/11/06 | | | | 10 | $0.9500 | $    950 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CDQJC** | 09/15/06 | | | | 5 | $4.2000 | $ | 2,100 |
| **CDQDX** | 09/18/06 | | | | 5 | $2.0000 | $ | 1,000 |
| **CDQDX** | 09/18/06 | | | | 7 | $2.0000 | $ | 1,400 |
| **CDQDX** | 09/18/06 | | | | 8 | $2.0000 | $ | 1,600 |
| **CDQJC** | 09/21/06 | 5 | $3.4000 | EXERCISED | | | | |
| **CDQJV** | 09/22/06 | | | | 1 | $5.0000 | $ | 500 |
| **CDQLC** | 11/09/06 | 5 | $3.4280 | $  1,714 | | | | |
| **ZZCAD** | 11/29/06 | 5 | $5.9000 | $  2,950 | | | | |
| **ZZCAD** | 11/29/06 | | | | 1 | $5.4700 | $ | 547 |
| **ZZCAD** | 11/29/06 | | | | 4 | $5.4725 | $ | 2,189 |
| **TOTAL** | | | $ | 154,656 | | | $ | 128,286 |

**Excess of Cost of Purchases Over Proceeds from Sales = $  (26,370)**

**TOTAL LOSS = $  (26,370)**

---

\* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 18 contracts purchased at earlier dates.)
\*\* Indicates sale of contracts after the end of the class period.

**Frank Petronis A/C #2  - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| **ZZCAD** | 07/27/06 | 5 | $4.7000 | $ 2,350 | | | |
| **ZZCAW** | 07/27/06 | | | | 10 | $5.4000 | $ 0 * |
| **ZZCAW** | 07/27/06 | | | | 5 | $5.5000 | $ 0 * |
| **TOTAL** | | | | $ 2,350 | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $　　(2,350)

TOTAL LOSS = $　　(2,350)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 15 contracts purchased at earlier dates.)

**Frank Petronis A/C #3 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| ZZCAD | 08/18/06 | | | | 5 | $5.5000 | $ 0 * |
| ZZCAD | 08/18/06 | | | | 5 | $5.5000 | $ 0 * |
| CDQJW | 08/18/06 | | | | 10 | $2.0500 | $ 2,050 |
| CDQJW | 08/18/06 | | | | 10 | $2.0500 | $ 2,050 |
| CDQJC | 08/18/06 | 10 | $4.0000 | $ 4,000 | | | |
| CDQJC | 08/18/06 | 20 | $4.0000 | $ 8,000 | | | |
| ZZCAW | 08/18/06 | 10 | $6.7000 | $ 6,700 | | | |
| ZZCAW | 08/18/06 | 10 | $6.9000 | $ 6,900 | | | |
| ZZCAW | 08/18/06 | 10 | $6.8000 | $ 6,800 | | | |
| CDQDD | 08/22/06 | | | | 10 | $3.5000 | $ 0 * |
| CDQDD | 08/22/06 | | | | 10 | $3.1000 | $ 0 * |
| ZZCAD | 08/22/06 | | | | 10 | $5.9000 | $ 0 * |
| ZZCAD | 08/22/06 | | | | 4 | $5.8000 | $ 0 * |
| ZZCAD | 08/22/06 | | | | 6 | $5.8000 | $ 0 * |
| CDQJW | 08/22/06 | | | | 5 | $2.3000 | $ 1,150 |
| CDQJW | 08/22/06 | | | | 5 | $2.3000 | $ 1,150 |
| CDQAD | 08/22/06 | 10 | $2.6000 | $ 2,600 | | | |
| CDQJC | 08/22/06 | 15 | $4.7000 | $ 7,050 | | | |
| CDQJC | 08/22/06 | 10 | $4.4000 | $ 4,400 | | | |
| ZZCAW | 08/22/06 | 5 | $7.3000 | $ 3,650 | | | |
| ZZCAW | 08/22/06 | 10 | $7.0000 | $ 7,000 | | | |
| CDQAV | 08/23/06 | | | | 10 | $7.5000 | $ 0 * |
| CDQIW | 08/23/06 | | | | 10 | $2.2500 | $ 0 * |
| ZZCAD | 08/23/06 | | | | 1 | $5.9000 | $ 0 * |
| ZZCAD | 08/23/06 | | | | 7 | $5.9000 | $ 0 * |
| ZZCAD | 08/23/06 | | | | 2 | $5.9000 | $ 0 * |
| ZZCAD | 08/23/06 | | | | 2 | $6.1000 | $ 0 * |
| CDQDC | 08/23/06 | 10 | $6.4000 | $ 6,400 | | | |
| CDQJC | 08/23/06 | 15 | $4.7000 | $ 7,050 | | | |
| ZZCAW | 08/23/06 | 1 | $7.4000 | $ 740 | | | |
| ZZCAW | 08/23/06 | 4 | $7.4000 | $ 2,960 | | | |
| ZZCAW | 08/23/06 | 10 | $7.4000 | $ 7,400 | | | |
| ZZCAD | 08/24/06 | | | | 3 | $6.0000 | $ 1,800 |
| ZZCAD | 08/24/06 | | | | 2 | $6.0000 | $ 1,200 |
| ZZCAD | 08/24/06 | | | | 5 | $6.0000 | $ 3,000 |
| ZZCAW | 08/24/06 | 5 | $7.5000 | $ 3,750 | | | |
| ZZCAW | 08/24/06 | 10 | $7.4000 | $ 7,400 | | | |
| CDQJW | 10/10/06 | 10 | $1.7500 | $ 1,750 | | | |
| CDQJW | 10/10/06 | 10 | $1.7500 | $ 1,750 | | | |
| CDQJW | 10/10/06 | 5 | $1.7500 | $ 875 | | | |
| CDQJW | 10/10/06 | 5 | $1.9000 | $ 950 | | | |
| ZZCAD | 10/10/06 | 3 | $5.8000 | $ 1,740 | | | |
| ZZCAD | 10/10/06 | 2 | $5.8000 | $ 1,160 | | | |
| ZZCAD | 10/10/06 | 5 | $5.8000 | $ 2,900 | | | |
| CDQKC | 10/10/06 | 10 | $4.5000 | $ 4,500 | | | |
| CDQKC | 10/10/06 | 10 | $4.6000 | $ 4,600 | | | |
| CDQKC | 10/10/06 | 10 | $4.9000 | $ 4,900 | | | |
| CDQKC | 10/10/06 | 10 | $4.9000 | $ 4,900 | | | |
| CDQKC | 10/10/06 | 10 | $5.0000 | $ 5,000 | | | |
| CDQKD | 10/10/06 | 20 | $0.9500 | $ 1,900 | | | |
| CDQJW | 10/10/06 | 20 | $1.9000 | $ 3,800 | | | |
| **TOTAL** | | | | **$ 133,525** | | | **$ 12,400** |

**Excess of Cost of Purchases Over Proceeds from Sales = $    (121,125)**

**TOTAL LOSS = $    (121,125)**

---

\* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 82 contracts purchased at earlier dates.)

**Frank Petronis A/C #4 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale | |
|---|---|---|---|---|---|---|---|---|---|
| CDQAB | 01/05/06 | | | | | 1 | $2.3873 | $ 0 * | |
| CDQAB | 01/05/06 | | | | | 6 | $2.3874 | $ 0 * | |
| CDQAB | 01/05/06 | | | | | 10 | $2.3874 | $ 0 * | |
| CDQAB | 01/05/06 | | | | | 11 | $2.3810 | $ 0 * | |
| CDQAB | 01/05/06 | | | | | 22 | $2.3874 | $ 0 * | |
| CDQDV | 01/05/06 | | | | | 3 | $1.2641 | $ | 379 |
| CDQDV | 01/05/06 | | | | | 3 | $1.2774 | $ | 383 |
| CDQDV | 01/05/06 | | | | | 4 | $1.2774 | $ | 511 |
| CDQDV | 01/05/06 | | | | | 6 | $1.2874 | $ | 772 |
| CDQDV | 01/05/06 | | | | | 1 | $1.2874 | $ | 129 |
| CDQDV | 01/05/06 | | | | | 9 | $1.4820 | $ | 1,334 |
| CDQDV | 01/05/06 | | | | | 4 | $1.4820 | $ | 593 |
| CDQDV | 01/05/06 | | | | | 10 | $1.3351 | $ | 1,335 |
| CDQDV | 01/05/06 | | | | | 20 | $1.3351 | $ | 2,670 |
| CDQGC | 01/05/06 | | | | | 10 | $1.0740 | $ | 1,074 |
| CDQGC | 01/05/06 | | | | | 10 | $1.0740 | $ | 1,074 |
| CDQGB | 01/05/06 | 10 | $3.6195 | $ | 3,620 | | | | |
| CDQGU | 01/05/06 | 10 | $5.2195 | $ | 5,220 | | | | |
| CDQGU | 01/05/06 | 37 | $5.4144 | $ | 20,033 | | | | |
| CDQDV | 01/06/06 | 3 | $1.7625 | $ | 529 | | | | |
| CDQDV | 01/06/06 | 3 | $1.7625 | $ | 529 | | | | |
| CDQDV | 01/06/06 | 4 | $1.7125 | $ | 685 | | | | |
| CDQDV | 01/06/06 | 6 | $1.7125 | $ | 1,028 | | | | |
| CDQDV | 01/06/06 | 1 | $1.7195 | $ | 172 | | | | |
| CDQDV | 01/06/06 | 9 | $1.7195 | $ | 1,548 | | | | |
| CDQDV | 01/06/06 | 4 | $1.8175 | $ | 727 | | | | |
| CDQDV | 01/06/06 | 10 | $1.8175 | $ | 1,818 | | | | |
| CDQDV | 01/06/06 | 20 | $1.7660 | $ | 3,532 | | | | |
| CDQGC | 01/06/06 | | | | | 10 | $1.1338 | $ | 1,134 |
| CDQGC | 01/06/06 | | | | | 9 | $1.1338 | $ | 1,020 |
| CDQGC | 01/06/06 | | | | | 6 | $1.0857 | $ | 651 |
| CDQGC | 01/06/06 | | | | | 15 | $1.0857 | $ | 1,629 |
| CDQGC | 01/06/06 | | | | | 19 | $1.0857 | $ | 2,063 |
| CDQGV | 01/06/06 | | | | | 5 | $2.0804 | $ | 1,040 |
| CDQGV | 01/06/06 | | | | | 5 | $2.0804 | $ | 1,040 |
| CDQGC | 01/09/06 | | | | | 1 | $1.5374 | $ | 154 |
| CDQGC | 01/09/06 | | | | | 10 | $1.5305 | $ | 1,531 |
| CDQGC | 01/09/06 | | | | | 10 | $1.5375 | $ | 1,538 |
| CDQBV | 01/10/06 | 5 | $2.8153 | $ | 1,408 | | | | |
| CDQBV | 01/10/06 | 5 | $2.8153 | $ | 1,408 | | | | |
| CDQBV | 01/10/06 | 5 | $2.8153 | $ | 1,408 | | | | |
| CDQBV | 01/10/06 | 10 | $2.8153 | $ | 2,815 | | | | |
| LWVAC | 01/10/06 | | | | | 10 | $4.1804 | $ | 4,180 |
| CDQGW | 01/11/06 | | | | | 20 | $1.9499 | $ 0 * | |
| CDQGW | 01/11/06 | | | | | 30 | $1.9499 | $ 0 * | |
| LWVAW | 01/11/06 | | | | | 5 | $4.4734 | $ 0 * | |
| LWVAW | 01/11/06 | | | | | 10 | $4.3804 | $ 0 * | |
| CDQGC | 01/11/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| CDQGC | 01/11/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| CDQGC | 01/11/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| CDQGC | 01/11/06 | 9 | $3.0000 | $ | 2,700 | | | | |
| CDQGC | 01/11/06 | 6 | $3.0000 | $ | 1,800 | | | | |

| Symbol | Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CDQGC | 01/11/06 | 15 | $3.0000 | $ | 4,500 | | | | |
| CDQGC | 01/11/06 | 19 | $3.0000 | $ | 5,700 | | | | |
| CDQGV | 01/11/06 | 5 | $4.1265 | $ | 2,063 | | | | |
| CDQGC | 01/11/06 | 1 | $3.0000 | $ | 300 | | | | |
| CDQGC | 01/11/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| CDQGC | 01/11/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| LWVAC | 01/11/06 | 10 | $5.4195 | $ | 5,420 | | | | |
| CDQBV | 01/11/06 | 10 | $3.0195 | $ | 3,020 | | | | |
| CDQDW | 01/11/06 | | | | | 2 | $1.1351 | $ | 227 |
| CDQDW | 01/11/06 | | | | | 3 | $1.1351 | $ | 341 |
| CDQDW | 01/11/06 | | | | | 10 | $1.1351 | $ | 1,135 |
| CDQDW | 01/11/06 | | | | | 15 | $1.1351 | $ | 1,703 |
| CDQGW | 01/12/06 | | | | | 5 | $1.7234 | | $ 0 * |
| CDQGW | 01/12/06 | | | | | 10 | $1.8304 | | $ 0 * |
| CDQGW | 01/12/06 | | | | | 20 | $1.7374 | | $ 0 * |
| CDQGW | 01/12/06 | | | | | 40 | $1.7857 | | $ 0 * |
| LWVAW | 01/12/06 | | | | | 5 | $4.4734 | | $ 0 * |
| CDQBV | 01/12/06 | 5 | $3.2125 | $ | 1,606 | | | | |
| CDQBV | 01/12/06 | 10 | $3.2195 | $ | 3,220 | | | | |
| CDQGV | 01/17/06 | 5 | $4.1265 | $ | 2,063 | | | | |
| CDQDW | 01/17/06 | 2 | $1.1475 | $ | 230 | | | | |
| CDQDW | 01/17/06 | 3 | $1.1125 | $ | 334 | | | | |
| CDQDW | 01/17/06 | 10 | $1.1125 | $ | 1,113 | | | | |
| CDQGW | 01/18/06 | | | | | 20 | $1.5840 | | $ 0 * |
| CDQGW | 01/19/06 | | | | | 5 | $2.2499 | | $ 0 * |
| CDQDW | 01/19/06 | 15 | $1.1000 | $ | 1,650 | | | | |
| CDQGW | 01/19/06 | | | | | 5 | $2.2499 | $ | 1,125 |
| CDQGW | 01/19/06 | | | | | 5 | $2.2499 | $ | 1,125 |
| CDQGW | 01/20/06 | | | | | 5 | $2.0374 | $ | 1,019 |
| CDQGW | 01/20/06 | | | | | 10 | $2.0304 | $ | 2,030 |
| CDQDV | 01/20/06 | 7 | $4.0225 | $ | 2,816 | | | | |
| CDQDV | 01/20/06 | 15 | $4.0172 | $ | 6,026 | | | | |
| LWVAW | 01/24/06 | | | | | 5 | $4.1734 | | $ 0 * |
| CDQGW | 01/24/06 | 5 | $1.7625 | $ | 881 | | | | |
| CDQGW | 01/24/06 | 5 | $1.7195 | $ | 860 | | | | |
| CDQGW | 01/24/06 | 5 | $1.7195 | $ | 860 | | | | |
| CDQGW | 01/24/06 | 10 | $1.7625 | $ | 1,763 | | | | |
| CDQGW | 01/24/06 | 15 | $1.8653 | $ | 2,798 | | | | |
| CDQGW | 01/24/06 | 10 | $1.8653 | $ | 1,865 | | | | |
| CDQGW | 01/24/06 | | | | | 15 | $1.7828 | $ | 2,674 |
| CDQGW | 01/25/06 | | | | | 10 | $1.9304 | $ | 1,930 |
| CDQGW | 01/25/06 | | | | | 10 | $1.8828 | $ | 1,883 |
| CDQGW | 01/25/06 | | | | | 5 | $1.8828 | $ | 941 |
| CDQGW | 01/26/06 | | | | | 10 | $1.7804 | $ | 1,780 |
| CDQDV | 01/26/06 | 7 | $3.6225 | $ | 2,536 | | | | |
| CDQDV | 01/26/06 | 8 | $3.8213 | $ | 3,057 | | | | |
| CDQCV | 01/30/06 | 1 | $4.1265 | $ | 413 | | | | |
| CDQCV | 01/30/06 | 4 | $4.1265 | $ | 1,651 | | | | |
| CDQCV | 01/30/06 | 10 | $3.8195 | $ | 3,820 | | | | |
| CDQCV | 01/30/06 | 7 | $3.8195 | $ | 2,674 | | | | |
| CDQBV | 01/30/06 | | | | | 5 | $3.3874 | $ | 1,694 |
| CDQBV | 01/30/06 | | | | | 5 | $3.4734 | $ | 1,737 |
| CDQBV | 01/30/06 | | | | | 5 | $3.4874 | $ | 1,744 |
| CDQBV | 01/30/06 | | | | | 10 | $3.3804 | $ | 3,380 |
| CDQBV | 01/30/06 | | | | | 10 | $3.3874 | $ | 3,387 |
| CDQBV | 01/30/06 | | | | | 5 | $3.4874 | $ | 1,744 |
| CDQBV | 01/30/06 | | | | | 10 | $3.4874 | $ | 3,487 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CDQCV** | 01/30/06 | 3 | $3.8195 | $ | 1,146 | | | |
| **CDQCV** | 01/30/06 | 10 | $3.8195 | $ | 3,820 | | | |
| **CDQCV** | 01/30/06 | 10 | $3.9125 | $ | 3,913 | | | |
| **CDQCV** | 01/30/06 | 10 | $3.9195 | $ | 3,920 | | | |
| **CDQCV** | 02/01/06 | 10 | $4.7195 | $ | 4,720 | | | |
| **CDQCV** | 02/01/06 | 10 | $4.5195 | $ | 4,520 | | | |
| **LWVAW** | 02/14/06 | | | | | 10 | $6.0803 | $ 0 * |
| **CDQGW** | 02/14/06 | 10 | $2.6195 | $ | 2,620 | | | |
| **CDQCV** | 02/14/06 | | | | | 1 | $4.9873 | $   499 |
| **CDQCV** | 02/14/06 | | | | | 4 | $4.9873 | $  1,995 |
| **CDQCV** | 02/14/06 | | | | | 10 | $4.9803 | $  4,980 |
| **CDQGD** | 02/15/06 | | | | | 15 | $1.8328 | $ 0 * |
| **CDQGW** | 02/15/06 | 5 | $3.1125 | $ | 1,556 | | | |
| **CDQGW** | 02/15/06 | 10 | $3.1195 | $ | 3,120 | | | |
| **CDQCV** | 02/15/06 | | | | | 7 | $5.6773 | $  3,974 |
| **TOTAL** | | | | $ | **158,542** | | $ | **72,769** |

Excess of Cost of Purchases Over Proceeds from Sales = $    (85,774)

TOTAL LOSS = $    (85,774)

---

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 250 contracts purchased at earlier dates.)

**Frank Petronis A/C #5 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|---|
| CDQJC | 09/20/06 | | | | | 6 | $3.4700 | $ 0 * |
| CDQJV | 09/20/06 | | | | | 20 | $3.4700 | $ 0 * |
| CDQJC | 09/21/06 | | | | | 6 | $3.4700 | $ 0 * |
| CDQJC | 09/21/06 | | | | | 6 | $3.4700 | $ 0 * |
| CDQJV | 09/21/06 | | | | | 20 | $3.4700 | $ 0 * |
| CDQJV | 09/21/06 | | | | | 20 | $3.4700 | $ 0 * |
| ZZCAD | 10/31/06 | 20 | $3.4700 | $ 6,940 | | | | |
| **TOTAL** | | | | **$ 6,940** | | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $    (6,940)

TOTAL LOSS = $    (6,940)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 78 contracts purchased at earlier dates.)

**Frank Petronis A/C #6 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale | |
|---|---|---|---|---|---|---|---|---|---|
| CDQGC | 01/06/06 | | | | | 10 | $1.0739 | $ | 1,074 |
| CDQGC | 01/06/06 | | | | | 5 | $1.0739 | $ | 537 |
| CDQGC | 01/06/06 | | | | | 5 | $1.0739 | $ | 537 |
| CDQBV | 01/10/06 | 10 | $3.2195 | $ | 3,220 | | | | |
| CDQBV | 01/10/06 | 5 | $3.1195 | $ | 1,560 | | | | |
| CDQBV | 01/10/06 | 5 | $3.1195 | $ | 1,560 | | | | |
| CDQGC | 01/11/06 | 5 | $2.8765 | $ | 1,438 | | | | |
| CDQGC | 01/11/06 | 10 | $3.0195 | $ | 3,020 | | | | |
| CDQGC | 01/11/06 | 5 | $3.1195 | $ | 1,560 | | | | |
| CDQGC | 01/11/06 | 5 | $3.1195 | $ | 1,560 | | | | |
| CDQGW | 01/12/06 | | | | | 5 | $1.8804 | | $ 0 * |
| CDQGW | 01/12/06 | | | | | 5 | $1.8804 | $ | 940 |
| CDQCV | 01/23/06 | 5 | $3.6265 | $ | 1,813 | | | | |
| CDQBV | 01/30/06 | | | | | 5 | $3.5873 | $ | 1,794 |
| CDQBV | 01/30/06 | | | | | 5 | $3.5733 | $ | 1,787 |
| CDQGC | 01/30/06 | | | | | 5 | $3.2733 | $ | 1,637 |
| CDQCV | 01/30/06 | 5 | $4.1265 | $ | 2,063 | | | | |
| CDQCV | 01/31/06 | 5 | $4.8265 | $ | 2,413 | | | | |
| CDQGW | 01/31/06 | 5 | $2.8265 | $ | 1,413 | | | | |
| CDQGW | 01/31/06 | 5 | $2.8265 | $ | 1,413 | | | | |
| CDQGW | 02/01/06 | | | | | 5 | $2.5304 | $ | 1,265 |
| CDQGW | 02/01/06 | | | | | 5 | $2.5304 | $ | 1,265 |
| CDQCV | 02/02/06 | 5 | $4.3265 | $ | 2,163 | | | | |
| LWVAW | 02/14/06 | | | | | 5 | $6.0733 | | $ 0 * |
| LWVAW | 02/14/06 | | | | | 9 | $5.9873 | | $ 0 * |
| CDQGW | 02/14/06 | 5 | $2.6265 | $ | 1,313 | | | | |
| **TOTAL** | | | | **$** | **26,509** | | | **$** | **10,835** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (15,674)

TOTAL LOSS = $ (15,674)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 19 contracts purchased at earlier dates.)

**Frank & Patricia Petronis A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|------|
| 03/02/06 | 200 | $17.5700 | $ | 3,514 | | | |
| 03/02/06 | 500 | $17.5700 | $ | 8,785 | | | |
| 03/02/06 | 300 | $17.5700 | $ | 5,271 | | | |
| 03/03/06 | 200 | $17.4599 | $ | 3,492 | | | |
| 03/03/06 | 500 | $17.4599 | $ | 8,730 | | | |
| 03/03/06 | 300 | $17.4599 | $ | 5,238 | | | |
| 03/15/06 | 200 | $17.0700 | $ | 3,414 | | | |
| 03/15/06 | 500 | $17.0700 | $ | 8,535 | | | |
| 03/15/06 | 300 | $17.0700 | $ | 5,121 | | | |
| 03/27/06 | | | | | 290 | $15.9995 | $ 0 * |
| 03/27/06 | | | | | 10 | $16.0000 | $ 0 * |
| 03/27/06 | | | | | 274 | $16.0397 | $ 0 * |
| 03/27/06 | | | | | 426 | $16.0095 | $ 0 * |
| 04/19/06 | 200 | $17.3456 | $ | 3,469 | | | |
| 04/19/06 | 500 | $17.3456 | $ | 8,673 | | | |
| 04/19/06 | 300 | $17.3456 | $ | 5,204 | | | |
| 04/20/06 | 200 | $17.4437 | $ | 3,489 | | | |
| 04/20/06 | 500 | $17.4437 | $ | 8,722 | | | |
| 04/20/06 | 100 | $17.4437 | $ | 1,744 | | | |
| 04/20/06 | 200 | $17.4550 | $ | 3,491 | | | |
| 04/25/06 | | | | | 500 | $16.4795 | $ 0 * |
| 04/26/06 | | | | | 500 | $16.2195 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.1595 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.1995 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.3395 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.3539 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.2795 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.3295 | $ 0 * |
| 04/27/06 | | | | | 1,000 | $16.5595 | $ 0 * |
| 04/27/06 | | | | | 500 | $16.4895 | $ 0 * |
| 04/27/06 | | | | | 161 | $16.3734 | $ 0 * |
| 04/27/06 | | | | | 339 | $16.3500 | $ 0 * |
| 04/28/06 | | | | | 178 | $16.2634 | $ 0 * |
| 04/28/06 | | | | | 622 | $16.3834 | $ 0 * |
| 04/28/06 | | | | | 200 | $16.3495 | $ 0 * |
| 05/02/06 | | | | | 1,000 | $15.5895 | $ 0 * |
| 05/02/06 | | | | | 2,000 | $15.6845 | $ 0 * |
| 05/02/06 | | | | | 1,000 | $15.6831 | $ 0 * |
| 05/02/06 | | | | | 1,000 | $15.6895 | $ 0 * |
| 05/02/06 | | | | | 1,000 | $15.7095 | $ 0 * |
| 05/02/06 | | | | | 500 | $15.7295 | $ 0 * |
| 05/02/06 | 268 | $15.9173 | $ | 4,266 | | | |
| 05/02/06 | 432 | $15.7700 | $ | 6,813 | | | |
| 05/02/06 | 420 | $15.7700 | $ | 6,623 | | | |
| 05/02/06 | 148 | $15.7700 | $ | 2,334 | | | |
| 05/02/06 | 432 | $15.6000 | $ | 6,739 | | | |
| 05/02/06 | 300 | $15.6000 | $ | 4,680 | | | |
| 05/02/06 | 268 | $15.6000 | $ | 4,181 | | | |
| 05/02/06 | 232 | $15.8258 | $ | 3,672 | | | |
| 05/02/06 | 400 | $15.8258 | $ | 6,330 | | | |
| 05/02/06 | 100 | $15.9199 | $ | 1,592 | | | |
| 05/03/06 | | | | | 500 | $15.9095 | $ 0 * |
| 05/03/06 | | | | | 500 | $16.0195 | $ 0 * |
| 05/03/06 | | | | | 500 | $16.0795 | $ 0 * |
| 05/03/06 | | | | | 500 | $16.1096 | $ 0 * |
| 05/03/06 | | | | | 500 | $16.0595 | $ 0 * |
| 05/03/06 | | | | | 200 | $15.9496 | $ 0 * |
| 05/03/06 | 400 | $15.7450 | $ | 6,298 | | | |
| 05/03/06 | 500 | $15.7600 | $ | 7,880 | | | |
| 05/03/06 | 100 | $15.7100 | $ | 1,571 | | | |
| 05/03/06 | 200 | $15.7100 | $ | 3,142 | | | |
| 05/03/06 | 200 | $15.7100 | $ | 3,142 | | | |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/03/06 | 500 | $15.9143 | $ | 7,957 | | | | |
| 05/03/06 | 200 | $15.9143 | $ | 3,183 | | | | |
| 05/03/06 | 200 | $15.7500 | $ | 3,150 | | | | |
| 05/03/06 | 100 | $15.7650 | $ | 1,576 | | | | |
| 05/03/06 | 300 | $15.7650 | $ | 4,729 | | | | |
| 05/04/06 | | | | | 500 | $15.8935 | $ 0 * | |
| 05/04/06 | | | | | 132 | $15.9225 | $ 0 * | |
| 05/04/06 | | | | | 368 | $15.9123 | $ 0 * | |
| 05/04/06 | | | | | 400 | $15.8825 | $ 0 * | |
| 05/04/06 | | | | | 100 | $15.7996 | $ 0 * | |
| 05/04/06 | | | | | 1,000 | $15.8725 | $ 0 * | |
| 05/04/06 | 600 | $16.1067 | $ | 9,664 | | | | |
| 05/04/06 | 100 | $15.8950 | $ | 1,589 | | | | |
| 05/04/06 | 300 | $15.8950 | $ | 4,768 | | | | |
| 05/04/06 | 500 | $15.8100 | $ | 7,905 | | | | |
| 05/04/06 | 100 | $15.7200 | $ | 1,572 | | | | |
| 05/04/06 | 100 | $15.7200 | $ | 1,572 | | | | |
| 05/04/06 | 300 | $15.7200 | $ | 4,716 | | | | |
| 05/04/06 | 400 | $15.9450 | $ | 6,378 | | | | |
| 05/04/06 | 100 | $16.0899 | $ | 1,609 | | | | |
| 05/05/06 | | | | | 1,500 | $15.8928 | $ 0 * | |
| 05/05/06 | | | | | 1,000 | $16.4595 | $ 0 * | |
| 05/05/06 | | | | | 1,000 | $16.4395 | $ 0 * | |
| 05/05/06 | 200 | $17.8382 | $ | 3,568 | | | | |
| 05/05/06 | 500 | $17.8382 | $ | 8,919 | | | | |
| 05/05/06 | 300 | $17.8382 | $ | 5,351 | | | | |
| 05/05/06 | 700 | $17.9890 | $ | 12,592 | | | | |
| 05/05/06 | 300 | $17.9890 | $ | 5,397 | | | | |
| 05/05/06 | 1,000 | $17.8100 | $ | 17,810 | | | | |
| 05/05/06 | 200 | $17.7500 | $ | 3,550 | | | | |
| 05/05/06 | 800 | $17.7500 | $ | 14,200 | | | | |
| 05/08/06 | | | | | 300 | $16.7495 | $ 0 * | |
| 05/08/06 | | | | | 200 | $16.7195 | $ 0 * | |
| 05/08/06 | | | | | 500 | $16.7495 | $ 0 * | |
| 05/08/06 | | | | | 500 | $16.7517 | $ 0 * | |
| 05/08/06 | | | | | 2,000 | $16.7845 | $ 0 * | |
| 05/08/06 | 100 | $17.1500 | $ | 1,715 | | | | |
| 05/08/06 | 100 | $17.1500 | $ | 1,715 | | | | |
| 05/08/06 | 500 | $17.1500 | $ | 8,575 | | | | |
| 05/08/06 | 300 | $17.1500 | $ | 5,145 | | | | |
| 05/08/06 | 200 | $17.0100 | $ | 3,402 | | | | |
| 05/08/06 | 500 | $17.0100 | $ | 8,505 | | | | |
| 05/08/06 | 62 | $17.0100 | $ | 1,055 | | | | |
| 05/08/06 | 238 | $17.0100 | $ | 4,048 | | | | |
| 05/08/06 | 700 | $17.0300 | $ | 11,921 | | | | |
| 05/08/06 | 300 | $17.0300 | $ | 5,109 | | | | |
| 05/08/06 | 700 | $17.1300 | $ | 11,991 | | | | |
| 05/08/06 | 300 | $17.1300 | $ | 5,139 | | | | |
| 05/08/06 | 300 | $16.8533 | $ | 5,056 | | | | |
| 05/08/06 | 300 | $16.8333 | $ | 5,050 | | | | |
| 05/08/06 | 100 | $16.8450 | $ | 1,684 | | | | |
| 05/08/06 | 300 | $16.8450 | $ | 5,053 | | | | |
| 05/09/06 | | | | | 500 | $16.7195 | $ 0 * | |
| 05/09/06 | | | | | 500 | $16.6395 | $ 0 * | |
| 05/09/06 | | | | | 500 | $16.5939 | $ 0 * | |
| 05/09/06 | | | | | 500 | $16.5939 | $ 0 * | |
| 05/09/06 | | | | | 1,000 | $16.6015 | $ 0 * | |
| 05/09/06 | 700 | $16.6225 | $ | 11,636 | | | | |
| 05/09/06 | 100 | $16.6225 | $ | 1,662 | | | | |
| 05/09/06 | 500 | $16.6000 | $ | 8,300 | | | | |
| 05/09/06 | 400 | $16.6000 | $ | 6,640 | | | | |
| 05/09/06 | 100 | $16.6000 | $ | 1,660 | | | | |
| 05/09/06 | 500 | $16.5900 | $ | 8,295 | | | | |
| 05/09/06 | 200 | $16.6500 | $ | 3,330 | | | | |
| 05/10/06 | | | | | 500 | $16.6995 | $ 0 * | |
| 05/10/06 | 200 | $16.5967 | $ | 3,319 | | | | |
| 05/10/06 | 400 | $16.5967 | $ | 6,639 | | | | |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/10/06 | 500 | $16.5800 | $ | 8,290 | | | | |
| 05/10/06 | 100 | $16.5850 | $ | 1,658 | | | | |
| 05/10/06 | 300 | $16.5850 | $ | 4,975 | | | | |
| 05/11/06 | | | | | 500 | $16.2795 | | $ 0 * |
| 05/11/06 | | | | | 500 | $16.2795 | | $ 0 * |
| 05/11/06 | | | | | 500 | $16.2917 | | $ 0 * |
| 05/11/06 | | | | | 500 | $16.2815 | | $ 0 * |
| 05/11/06 | | | | | 500 | $16.0615 | | $ 0 * |
| 05/11/06 | | | | | 300 | $15.9795 | | $ 0 * |
| 05/11/06 | 700 | $16.5000 | $ | 11,550 | | | | |
| 05/11/06 | 300 | $16.5000 | $ | 4,950 | | | | |
| 05/11/06 | 500 | $16.1600 | $ | 8,080 | | | | |
| 05/11/06 | 200 | $16.2000 | $ | 3,240 | | | | |
| 05/11/06 | 300 | $16.2000 | $ | 4,860 | | | | |
| 05/11/06 | 500 | $16.1900 | $ | 8,095 | | | | |
| 05/11/06 | | | | | 200 | $15.9795 | $ | 3,196 |
| 05/11/06 | | | | | 500 | $15.9325 | $ | 7,966 |
| 05/11/06 | | | | | 300 | $15.9209 | $ | 4,776 |
| 05/11/06 | | | | | 200 | $15.9209 | $ | 3,184 |
| 05/12/06 | | | | | 500 | $15.8795 | $ | 7,940 |
| 05/12/06 | | | | | 300 | $15.9317 | $ | 4,780 |
| 05/12/06 | | | | | 200 | $15.9317 | $ | 3,186 |
| 05/12/06 | | | | | 500 | $15.9295 | $ | 7,965 |
| 05/12/06 | | | | | 300 | $15.8795 | $ | 4,764 |
| 05/12/06 | | | | | 200 | $15.8795 | $ | 3,176 |
| 05/12/06 | | | | | 500 | $15.8795 | $ | 7,940 |
| 05/12/06 | | | | | 300 | $15.9095 | $ | 4,773 |
| 05/12/06 | | | | | 200 | $15.9095 | $ | 3,182 |
| 05/12/06 | | | | | 500 | $15.9095 | $ | 7,955 |
| 05/15/06 | 800 | $15.2100 | $ | 12,168 | | | | |
| 05/15/06 | 200 | $15.2100 | $ | 3,042 | | | | |
| 05/15/06 | | | | | 100 | $15.6395 | $ | 1,564 |
| 05/15/06 | | | | | 200 | $15.6395 | $ | 3,128 |
| 05/15/06 | | | | | 268 | $15.6395 | $ | 4,191 |
| 05/15/06 | | | | | 432 | $15.6395 | $ | 6,756 |
| 05/16/06 | | | | | 420 | $15.5817 | $ | 6,544 |
| 05/17/06 | | | | | 148 | $15.4123 | $ | 2,281 |
| 05/17/06 | | | | | 432 | $15.4123 | $ | 6,658 |
| 05/18/06 | 300 | $16.0100 | $ | 4,803 | | | | |
| 05/18/06 | 200 | $16.0100 | $ | 3,202 | | | | |
| 05/18/06 | 500 | $16.0100 | $ | 8,005 | | | | |
| 05/18/06 | 500 | $15.9600 | $ | 7,980 | | | | |
| 05/18/06 | 500 | $15.8700 | $ | 7,935 | | | | |
| 05/18/06 | 300 | $15.8933 | $ | 4,768 | | | | |
| 05/18/06 | 200 | $15.9033 | $ | 3,181 | | | | |
| 05/18/06 | 100 | $15.9033 | $ | 1,590 | | | | |
| 05/18/06 | 458 | $15.9300 | $ | 7,296 | | | | |
| 05/18/06 | 42 | $15.9300 | $ | 669 | | | | |
| 05/18/06 | 400 | $15.8950 | $ | 6,358 | | | | |
| 05/18/06 | | | | | 300 | $15.5162 | $ | 4,655 |
| 05/18/06 | | | | | 268 | $16.0295 | $ | 4,296 |
| 05/18/06 | | | | | 232 | $16.0295 | $ | 3,719 |
| 05/18/06 | | | | | 400 | $16.0339 | $ | 6,414 |
| 05/18/06 | | | | | 100 | $16.0339 | $ | 1,603 |
| 05/18/06 | | | | | 400 | $16.0395 | $ | 6,416 |
| 05/18/06 | | | | | 500 | $16.0395 | $ | 8,020 |
| 05/18/06 | | | | | 100 | $16.0395 | $ | 1,604 |
| 05/18/06 | | | | | 200 | $15.9759 | $ | 3,195 |
| 05/18/06 | | | | | 200 | $15.1553 | $ | 3,031 |
| 05/18/06 | | | | | 500 | $15.1553 | $ | 7,578 |
| 05/18/06 | | | | | 200 | $15.1483 | $ | 3,030 |
| 05/18/06 | | | | | 200 | $15.1483 | $ | 3,030 |
| 05/18/06 | | | | | 100 | $15.1483 | $ | 1,515 |
| 05/19/06 | 58 | $15.2500 | $ | 884 | | | | |
| 05/19/06 | 500 | $15.2500 | $ | 7,625 | | | | |
| 05/19/06 | 442 | $15.2500 | $ | 6,740 | | | | |
| 05/19/06 | 58 | $15.1843 | $ | 881 | | | | |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/19/06 | 200 | $15.1843 | $ | 3,037 | | | | |
| 05/19/06 | 300 | $15.1843 | $ | 4,555 | | | | |
| 05/19/06 | 100 | $15.1843 | $ | 1,518 | | | | |
| 05/19/06 | 42 | $15.1843 | $ | 638 | | | | |
| 05/19/06 | 158 | $15.1200 | $ | 2,389 | | | | |
| 05/19/06 | 342 | $15.1200 | $ | 5,171 | | | | |
| 05/19/06 | 158 | $14.7250 | $ | 2,327 | | | | |
| 05/19/06 | 242 | $14.7250 | $ | 3,563 | | | | |
| 05/19/06 | 100 | $14.7200 | $ | 1,472 | | | | |
| 05/19/06 | 158 | $14.6400 | $ | 2,313 | | | | |
| 05/19/06 | 342 | $14.6400 | $ | 5,007 | | | | |
| 05/19/06 | | | | | 300 | $14.8997 | $ | 4,470 |
| 05/19/06 | | | | | 600 | $14.8997 | $ | 8,940 |
| 05/19/06 | | | | | 100 | $14.8997 | $ | 1,490 |
| 05/19/06 | | | | | 300 | $14.9395 | $ | 4,482 |
| 05/19/06 | | | | | 500 | $14.9395 | $ | 7,470 |
| 05/19/06 | | | | | 100 | $14.9395 | $ | 1,494 |
| 05/19/06 | | | | | 100 | $14.8496 | $ | 1,485 |
| 05/19/06 | | | | | 300 | $14.8816 | $ | 4,464 |
| 05/19/06 | | | | | 400 | $14.8816 | $ | 5,953 |
| 05/19/06 | | | | | 100 | $14.8816 | $ | 1,488 |
| 05/19/06 | | | | | 200 | $14.8816 | $ | 2,976 |
| 05/22/06 | 158 | $14.7500 | $ | 2,330 | | | | |
| 05/22/06 | 842 | $14.7500 | $ | 12,419 | | | | |
| 05/22/06 | | | | | 500 | $14.8496 | $ | 7,425 |
| 05/22/06 | | | | | 300 | $14.8276 | $ | 4,448 |
| 05/22/06 | | | | | 700 | $14.8276 | $ | 10,379 |
| 05/22/06 | | | | | 300 | $14.8275 | $ | 4,448 |
| 05/22/06 | | | | | 1,000 | $14.8275 | $ | 14,827 |
| 05/22/06 | | | | | 200 | $14.8275 | $ | 2,965 |
| 05/22/06 | | | | | 800 | $14.7495 | $ | 11,800 |
| 05/22/06 | | | | | 100 | $14.7495 | $ | 1,475 |
| 05/22/06 | | | | | 100 | $14.6596 | $ | 1,466 |
| 05/22/06 | | | | | 500 | $14.7496 | $ | 7,375 |
| 05/23/06 | 158 | $15.0700 | $ | 2,381 | | | | |
| 05/23/06 | 342 | $15.0700 | $ | 5,154 | | | | |
| 05/23/06 | 500 | $15.1900 | $ | 7,595 | | | | |
| 05/23/06 | 158 | $15.1400 | $ | 2,392 | | | | |
| 05/23/06 | 342 | $15.1400 | $ | 5,178 | | | | |
| 05/23/06 | 500 | $15.1200 | $ | 7,560 | | | | |
| 05/23/06 | | | | | 300 | $15.3995 | $ | 4,620 |
| 05/23/06 | | | | | 200 | $15.3995 | $ | 3,080 |
| 05/23/06 | | | | | 500 | $14.9795 | $ | 7,490 |
| 05/23/06 | | | | | 62 | $14.8395 | $ | 920 |
| 05/23/06 | | | | | 238 | $15.0089 | $ | 3,572 |
| 05/23/06 | | | | | 700 | $15.0089 | $ | 10,506 |
| 05/24/06 | 158 | $14.6600 | $ | 2,316 | | | | |
| 05/24/06 | 842 | $14.6600 | $ | 12,344 | | | | |
| 05/24/06 | 1,000 | $14.6600 | $ | 14,660 | | | | |
| 05/24/06 | 158 | $14.5768 | $ | 2,303 | | | | |
| 05/24/06 | 842 | $14.5768 | $ | 12,274 | | | | |
| 05/24/06 | | | | | 300 | $15.0395 | $ | 4,512 |
| 05/24/06 | | | | | 700 | $15.0395 | $ | 10,528 |
| 05/24/06 | | | | | 300 | $14.6896 | $ | 4,407 |
| 05/24/06 | | | | | 300 | $14.6896 | $ | 4,407 |
| 05/24/06 | | | | | 300 | $14.6896 | $ | 4,407 |
| 05/24/06 | | | | | 100 | $14.6896 | $ | 1,469 |
| 05/24/06 | | | | | 300 | $14.7596 | $ | 4,428 |
| 05/24/06 | | | | | 700 | $14.7596 | $ | 10,332 |
| 05/26/06 | 158 | $15.3590 | $ | 2,427 | | | | |
| 05/26/06 | 842 | $15.3590 | $ | 12,932 | | | | |
| 05/26/06 | | | | | 100 | $15.8895 | $ | 1,589 |
| 05/26/06 | | | | | 500 | $15.8895 | $ | 7,945 |
| 05/26/06 | | | | | 400 | $15.8895 | $ | 6,356 |
| 05/31/06 | 158 | $15.9811 | $ | 2,525 | | | | |
| 05/31/06 | 842 | $15.9811 | $ | 13,456 | | | | |
| 05/31/06 | 158 | $15.9600 | $ | 2,522 | | | | |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|------|-----|-------|--|--------|-----|-------|--|--------|
| 05/31/06 | 500 | $15.9600 | $ | 7,980 | | | | |
| 05/31/06 | 342 | $15.9600 | $ | 5,458 | | | | |
| 05/31/06 | 158 | $15.7999 | $ | 2,496 | | | | |
| 05/31/06 | 500 | $15.7999 | $ | 7,900 | | | | |
| 05/31/06 | 342 | $15.7999 | $ | 5,404 | | | | |
| 05/31/06 | | | | | 100 | $16.0035 | $ | 1,600 |
| 05/31/06 | | | | | 500 | $16.0035 | $ | 8,002 |
| 05/31/06 | | | | | 200 | $16.0035 | $ | 3,201 |
| 05/31/06 | | | | | 200 | $15.9596 | $ | 3,192 |
| 05/31/06 | | | | | 400 | $16.0849 | $ | 6,434 |
| 05/31/06 | | | | | 500 | $16.0849 | $ | 8,042 |
| 05/31/06 | | | | | 100 | $16.0849 | $ | 1,608 |
| 05/31/06 | | | | | 300 | $16.3391 | $ | 4,902 |
| 05/31/06 | | | | | 700 | $16.3391 | $ | 11,437 |
| 05/31/06 | | | | | 300 | $16.4895 | $ | 4,947 |
| 05/31/06 | | | | | 500 | $16.4895 | $ | 8,245 |
| 05/31/06 | | | | | 200 | $16.4895 | $ | 3,298 |
| 06/01/06 | 500 | $16.4200 | $ | 8,210 | | | | |
| 06/01/06 | 158 | $16.4200 | $ | 2,594 | | | | |
| 06/01/06 | 342 | $16.4200 | $ | 5,616 | | | | |
| 06/01/06 | 500 | $16.2800 | $ | 8,140 | | | | |
| 06/01/06 | 158 | $16.2200 | $ | 2,563 | | | | |
| 06/01/06 | 342 | $16.2200 | $ | 5,547 | | | | |
| 06/01/06 | 658 | $16.0900 | $ | 10,587 | | | | |
| 06/01/06 | 342 | $16.0900 | $ | 5,503 | | | | |
| 06/05/06 | 658 | $16.7600 | $ | 11,028 | | | | |
| 06/05/06 | 342 | $16.7600 | $ | 5,732 | | | | |
| 06/06/06 | 400 | $16.2350 | $ | 6,494 | | | | |
| 06/06/06 | 258 | $16.2400 | $ | 4,190 | | | | |
| 06/06/06 | 342 | $16.2400 | $ | 5,554 | | | | |
| 06/06/06 | 15 | $16.7360 | $ | 251 | | | | |
| 06/06/06 | 143 | $16.0720 | $ | 2,298 | | | | |
| 06/06/06 | 100 | $16.0720 | $ | 1,607 | | | | |
| 06/06/06 | 242 | $16.0720 | $ | 3,889 | | | | |
| 06/06/06 | 17 | $16.7265 | $ | 284 | | | | |
| 06/06/06 | 141 | $16.1353 | $ | 2,275 | | | | |
| 06/06/06 | 142 | $16.1353 | $ | 2,291 | | | | |
| 06/06/06 | | | | | 300 | $16.4480 | $ | 4,934 |
| 06/06/06 | | | | | 500 | $16.4480 | $ | 8,224 |
| 06/06/06 | | | | | 800 | $16.3602 | $ | 13,088 |
| 06/06/06 | | | | | 200 | $16.3995 | $ | 3,280 |
| 06/06/06 | | | | | 300 | $16.3995 | $ | 4,920 |
| 06/06/06 | | | | | 200 | $16.3895 | $ | 3,278 |
| 06/06/06 | | | | | 500 | $16.4495 | $ | 8,225 |
| 06/07/06 | 500 | $16.4656 | $ | 8,233 | | | | |
| 06/07/06 | 268 | $17.0000 | $ | 4,556 | | | | |
| 06/07/06 | 90 | $17.0036 | $ | 1,530 | | | | |
| 06/07/06 | 500 | $17.0036 | $ | 8,502 | | | | |
| 06/07/06 | 100 | $17.0036 | $ | 1,700 | | | | |
| 06/07/06 | 42 | $17.0036 | $ | 714 | | | | |
| 06/07/06 | 358 | $16.3100 | $ | 5,839 | | | | |
| 06/07/06 | 500 | $16.3100 | $ | 8,155 | | | | |
| 06/07/06 | 142 | $16.3100 | $ | 2,316 | | | | |
| 06/07/06 | | | | | 500 | $17.0283 | $ | 8,514 |
| 06/07/06 | | | | | 500 | $16.3195 | $ | 8,160 |
| 06/07/06 | | | | | 300 | $16.3195 | $ | 4,896 |
| 06/07/06 | | | | | 200 | $16.3195 | $ | 3,264 |
| 06/08/06 | 258 | $16.0800 | $ | 4,149 | | | | |
| 06/08/06 | 100 | $16.0800 | $ | 1,608 | | | | |
| 06/08/06 | 500 | $16.0800 | $ | 8,040 | | | | |
| 06/08/06 | 142 | $16.0800 | $ | 2,283 | | | | |
| 06/08/06 | 358 | $16.0679 | $ | 5,752 | | | | |
| 06/08/06 | 200 | $16.0679 | $ | 3,214 | | | | |
| 06/08/06 | | | | | 100 | $16.0816 | $ | 1,608 |
| 06/08/06 | | | | | 458 | $16.0816 | $ | 7,365 |
| 06/08/06 | | | | | 42 | $16.2639 | $ | 683 |
| 06/08/06 | | | | | 400 | $16.2639 | $ | 6,506 |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/08/06 | | | | | 58 | $16.2639 | $ | 943 |
| 06/08/06 | | | | | 500 | $16.2795 | $ | 8,140 |
| 06/09/06 | 400 | $16.3700 | $ | 6,548 | | | | |
| 06/09/06 | 100 | $16.3700 | $ | 1,637 | | | | |
| 06/09/06 | 400 | $16.0391 | $ | 6,416 | | | | |
| 06/09/06 | 400 | $16.0391 | $ | 6,416 | | | | |
| 06/09/06 | 300 | $16.0391 | $ | 4,812 | | | | |
| 06/09/06 | 500 | $15.8900 | $ | 7,945 | | | | |
| 06/09/06 | 200 | $16.3550 | $ | 3,271 | | | | |
| 06/09/06 | 200 | $16.3550 | $ | 3,271 | | | | |
| 06/09/06 | | | | | 442 | $16.1295 | $ | 7,129 |
| 06/09/06 | | | | | 58 | $16.1295 | $ | 936 |
| 06/09/06 | | | | | 200 | $15.8595 | $ | 3,172 |
| 06/09/06 | | | | | 300 | $15.8432 | $ | 4,753 |
| 06/09/06 | | | | | 100 | $15.7496 | $ | 1,575 |
| 06/09/06 | | | | | 42 | $15.8595 | $ | 666 |
| 06/09/06 | | | | | 158 | $15.8595 | $ | 2,506 |
| 06/12/06 | 300 | $15.6800 | $ | 4,704 | | | | |
| 06/12/06 | 500 | $15.6800 | $ | 7,840 | | | | |
| 06/12/06 | 200 | $15.6800 | $ | 3,136 | | | | |
| 06/12/06 | 600 | $15.6900 | $ | 9,414 | | | | |
| 06/12/06 | 200 | $15.6900 | $ | 3,138 | | | | |
| 06/12/06 | 200 | $15.6900 | $ | 3,138 | | | | |
| 06/12/06 | 200 | $15.7200 | $ | 3,144 | | | | |
| 06/12/06 | 100 | $15.6800 | $ | 1,568 | | | | |
| 06/12/06 | 300 | $15.7000 | $ | 4,710 | | | | |
| 06/12/06 | 400 | $15.7000 | $ | 6,280 | | | | |
| 06/12/06 | 300 | $15.5566 | $ | 4,667 | | | | |
| 06/12/06 | | | | | 342 | $15.1095 | $ | 5,167 |
| 06/12/06 | | | | | 158 | $15.1095 | $ | 2,387 |
| 06/12/06 | | | | | 242 | $15.1335 | $ | 3,662 |
| 06/12/06 | | | | | 100 | $15.1335 | $ | 1,513 |
| 06/12/06 | | | | | 158 | $15.1335 | $ | 2,391 |
| 06/12/06 | | | | | 342 | $15.1861 | $ | 5,194 |
| 06/12/06 | | | | | 158 | $15.1861 | $ | 2,399 |
| 06/13/06 | 100 | $15.2000 | $ | 1,520 | | | | |
| 06/13/06 | 700 | $15.2000 | $ | 10,640 | | | | |
| 06/13/06 | 100 | $15.2000 | $ | 1,520 | | | | |
| 06/13/06 | 100 | $15.2000 | $ | 1,520 | | | | |
| 06/13/06 | | | | | 842 | $15.0095 | $ | 12,638 |
| 06/13/06 | | | | | 158 | $15.0095 | $ | 2,372 |
| 06/13/06 | | | | | 342 | $15.0075 | $ | 5,133 |
| 06/13/06 | | | | | 500 | $15.0075 | $ | 7,504 |
| 06/13/06 | | | | | 158 | $15.0075 | $ | 2,371 |
| 06/13/06 | | | | | 342 | $14.8796 | $ | 5,089 |
| 06/13/06 | | | | | 500 | $14.8796 | $ | 7,440 |
| 06/13/06 | | | | | 158 | $14.8796 | $ | 2,351 |
| 06/13/06 | | | | | 842 | $14.8845 | $ | 12,533 |
| 06/13/06 | | | | | 1,000 | $14.8845 | $ | 14,885 |
| 06/13/06 | | | | | 158 | $14.8845 | $ | 2,352 |
| 06/14/06 | | | | | 842 | $15.4195 | $ | 12,983 |
| 06/14/06 | | | | | 158 | $15.4195 | $ | 2,436 |
| 06/14/06 | | | | | 842 | $15.3713 | $ | 12,943 |
| 06/14/06 | | | | | 158 | $15.3713 | $ | 2,429 |
| 06/14/06 | | | | | 842 | $15.4895 | $ | 13,042 |
| 06/14/06 | | | | | 158 | $15.4895 | $ | 2,447 |
| 06/15/06 | 200 | $15.5500 | $ | 3,110 | | | | |
| 06/15/06 | 500 | $15.5100 | $ | 7,755 | | | | |
| 06/15/06 | 53 | $15.5100 | $ | 822 | | | | |
| 06/15/06 | 247 | $15.5100 | $ | 3,831 | | | | |
| 06/16/06 | 200 | $16.3328 | $ | 3,267 | | | | |
| 06/16/06 | 500 | $16.3328 | $ | 8,166 | | | | |
| 06/16/06 | 300 | $16.3328 | $ | 4,900 | | | | |
| 06/16/06 | 200 | $16.1200 | $ | 3,224 | | | | |
| 06/16/06 | 300 | $16.1200 | $ | 4,836 | | | | |
| 06/16/06 | 100 | $16.0792 | $ | 1,608 | | | | |
| 06/16/06 | 100 | $16.0792 | $ | 1,608 | | | | |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/16/06 | 200 | $16.1133 | $ | 3,223 | | | | |
| 06/16/06 | 100 | $16.1133 | $ | 1,611 | | | | |
| 06/16/06 | 200 | $15.9800 | $ | 3,196 | | | | |
| 06/16/06 | 100 | $15.9800 | $ | 1,598 | | | | |
| 06/16/06 | 200 | $15.9800 | $ | 3,196 | | | | |
| 06/16/06 | | | | | 500 | $15.7795 | $ | 7,890 |
| 06/16/06 | | | | | 342 | $15.7795 | $ | 5,397 |
| 06/16/06 | | | | | 158 | $15.7795 | $ | 2,493 |
| 06/16/06 | | | | | 500 | $15.7795 | $ | 7,890 |
| 06/16/06 | | | | | 342 | $15.7895 | $ | 5,400 |
| 06/16/06 | | | | | 500 | $15.7895 | $ | 7,895 |
| 06/16/06 | | | | | 158 | $15.7895 | $ | 2,495 |
| 06/19/06 | 300 | $15.8142 | $ | 4,744 | | | | |
| 06/19/06 | 365 | $15.8142 | $ | 5,772 | | | | |
| 06/19/06 | 35 | $15.8142 | $ | 553 | | | | |
| 06/19/06 | 300 | $15.5597 | $ | 4,668 | | | | |
| 06/19/06 | 165 | $15.8833 | $ | 2,621 | | | | |
| 06/19/06 | 135 | $15.8833 | $ | 2,144 | | | | |
| 06/19/06 | 200 | $15.9100 | $ | 3,182 | | | | |
| 06/19/06 | | | | | 342 | $15.4695 | $ | 5,291 |
| 06/19/06 | | | | | 500 | $15.4695 | $ | 7,735 |
| 06/19/06 | | | | | 158 | $15.4695 | $ | 2,444 |
| 06/19/06 | | | | | 342 | $15.4635 | $ | 5,289 |
| 06/19/06 | | | | | 658 | $15.4635 | $ | 10,175 |
| 06/21/06 | 300 | $15.6900 | $ | 4,707 | | | | |
| 06/21/06 | 700 | $15.6900 | $ | 10,983 | | | | |
| 06/21/06 | 301 | $15.7370 | $ | 4,737 | | | | |
| 06/21/06 | 299 | $15.7500 | $ | 4,709 | | | | |
| 06/21/06 | 200 | $15.7500 | $ | 3,150 | | | | |
| 06/21/06 | 500 | $15.7500 | $ | 7,875 | | | | |
| 06/21/06 | 1 | $15.7500 | $ | 16 | | | | |
| 06/21/06 | 699 | $15.6643 | $ | 10,949 | | | | |
| 06/21/06 | | | | | 342 | $15.6813 | $ | 5,363 |
| 06/21/06 | | | | | 658 | $15.6813 | $ | 10,318 |
| 06/21/06 | | | | | 342 | $15.7013 | $ | 5,370 |
| 06/21/06 | | | | | 400 | $15.7013 | $ | 6,281 |
| 06/21/06 | | | | | 258 | $15.7013 | $ | 4,051 |
| 06/21/06 | | | | | 342 | $15.6695 | $ | 5,359 |
| 06/21/06 | | | | | 15 | $15.6695 | $ | 235 |
| 06/21/06 | | | | | 143 | $15.6695 | $ | 2,241 |
| 06/21/06 | | | | | 100 | $15.6795 | $ | 1,568 |
| 06/21/06 | | | | | 242 | $15.6546 | $ | 3,788 |
| 06/21/06 | | | | | 17 | $15.6546 | $ | 266 |
| 06/21/06 | | | | | 141 | $15.6546 | $ | 2,207 |
| 06/22/06 | 300 | $15.5900 | $ | 4,677 | | | | |
| 06/22/06 | 500 | $15.5900 | $ | 7,795 | | | | |
| 06/22/06 | 200 | $15.5900 | $ | 3,118 | | | | |
| 06/22/06 | 300 | $15.5250 | $ | 4,657 | | | | |
| 06/22/06 | 100 | $15.5250 | $ | 1,552 | | | | |
| 06/22/06 | | | | | 142 | $15.3195 | $ | 2,175 |
| 06/22/06 | | | | | 500 | $15.3195 | $ | 7,660 |
| 06/22/06 | | | | | 268 | $15.3195 | $ | 4,106 |
| 06/22/06 | | | | | 90 | $15.3195 | $ | 1,379 |
| 06/22/06 | | | | | 500 | $15.3017 | $ | 7,651 |
| 06/23/06 | 400 | $15.3200 | $ | 6,128 | | | | |
| 06/23/06 | 100 | $15.3200 | $ | 1,532 | | | | |
| 06/23/06 | 400 | $15.2700 | $ | 6,108 | | | | |
| 06/23/06 | 100 | $15.2700 | $ | 1,527 | | | | |
| 06/23/06 | 600 | $15.2367 | $ | 9,142 | | | | |
| 06/23/06 | | | | | 100 | $15.4615 | $ | 1,546 |
| 06/23/06 | | | | | 42 | $15.4446 | $ | 649 |
| 06/23/06 | | | | | 358 | $15.4446 | $ | 5,529 |
| 06/23/06 | | | | | 500 | $15.5461 | $ | 7,773 |
| 06/23/06 | | | | | 142 | $15.7045 | $ | 2,230 |
| 06/23/06 | | | | | 258 | $15.7045 | $ | 4,052 |
| 06/23/06 | | | | | 100 | $15.7305 | $ | 1,573 |
| 06/23/06 | | | | | 500 | $15.6795 | $ | 7,840 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/26/06 | 300 | $15.7000 | $ | 4,710 | | | | |
| 06/26/06 | 300 | $15.7000 | $ | 4,710 | | | | |
| 06/26/06 | 200 | $15.7000 | $ | 3,140 | | | | |
| 06/26/06 | 200 | $15.7000 | $ | 3,140 | | | | |
| 06/26/06 | | | | | 142 | $16.0239 | $ | 2,275 |
| 06/26/06 | | | | | 358 | $16.0239 | $ | 5,737 |
| 06/27/06 | 800 | $15.9100 | $ | 12,728 | | | | |
| 06/27/06 | 200 | $15.9100 | $ | 3,182 | | | | |
| 06/27/06 | | | | | 200 | $15.1044 | $ | 3,021 |
| 06/27/06 | | | | | 400 | $15.1044 | $ | 6,042 |
| 06/29/06 | | | | | 100 | $15.5295 | $ | 1,553 |
| 06/29/06 | | | | | 400 | $15.5295 | $ | 6,212 |
| 06/29/06 | | | | | 400 | $15.5629 | $ | 6,225 |
| 07/03/06 | 200 | $16.7500 | $ | 3,350 | | | | |
| 07/03/06 | 600 | $16.7500 | $ | 10,050 | | | | |
| 07/03/06 | 200 | $16.7500 | $ | 3,350 | | | | |
| 07/03/06 | | | | | 300 | $16.9613 | $ | 5,088 |
| 07/03/06 | | | | | 500 | $16.9613 | $ | 8,481 |
| 07/03/06 | | | | | 200 | $16.9613 | $ | 3,392 |
| 07/06/06 | 200 | $16.9928 | $ | 3,399 | | | | |
| 07/06/06 | 100 | $16.9928 | $ | 1,699 | | | | |
| 07/06/06 | 700 | $16.9928 | $ | 11,895 | | | | |
| 07/06/06 | | | | | 200 | $17.5039 | $ | 3,501 |
| 07/06/06 | | | | | 300 | $17.5039 | $ | 5,251 |
| 07/06/06 | | | | | 500 | $17.4839 | $ | 8,742 |
| 07/07/06 | 500 | $17.1510 | $ | 8,575 | | | | |
| 07/07/06 | 500 | $17.1510 | $ | 8,575 | | | | |
| 07/07/06 | 200 | $17.2092 | $ | 3,442 | | | | |
| 07/07/06 | 800 | $17.2225 | $ | 13,778 | | | | |
| 07/07/06 | 200 | $17.3100 | $ | 3,462 | | | | |
| 07/07/06 | 300 | $17.3100 | $ | 5,193 | | | | |
| 07/07/06 | 300 | $17.3100 | $ | 5,193 | | | | |
| 07/07/06 | 200 | $17.3100 | $ | 3,462 | | | | |
| 07/07/06 | | | | | 200 | $17.1740 | $ | 3,435 |
| 07/07/06 | | | | | 600 | $17.1740 | $ | 10,304 |
| 07/07/06 | | | | | 200 | $17.1495 | $ | 3,430 |
| 07/07/06 | | | | | 200 | $17.1995 | $ | 3,440 |
| 07/07/06 | | | | | 200 | $17.1995 | $ | 3,440 |
| 07/07/06 | | | | | 100 | $17.1995 | $ | 1,720 |
| 07/07/06 | | | | | 300 | $17.1610 | $ | 5,148 |
| 07/10/06 | 500 | $16.9925 | $ | 8,496 | | | | |
| 07/10/06 | 300 | $16.9925 | $ | 5,098 | | | | |
| 07/10/06 | 200 | $16.5525 | $ | 3,310 | | | | |
| 07/10/06 | 500 | $16.5525 | $ | 8,276 | | | | |
| 07/10/06 | 100 | $16.5525 | $ | 1,655 | | | | |
| 07/10/06 | 100 | $16.7799 | $ | 1,678 | | | | |
| 07/10/06 | | | | | 400 | $17.0270 | $ | 6,811 |
| 07/10/06 | | | | | 300 | $17.0270 | $ | 5,108 |
| 07/10/06 | | | | | 100 | $17.0270 | $ | 1,703 |
| 07/10/06 | | | | | 700 | $16.4755 | $ | 11,533 |
| 07/10/06 | | | | | 100 | $16.3795 | $ | 1,638 |
| 07/10/06 | | | | | 100 | $16.4614 | $ | 1,646 |
| 07/10/06 | | | | | 200 | $16.4614 | $ | 3,292 |
| 07/10/06 | | | | | 500 | $16.4614 | $ | 8,231 |
| 07/12/06 | 300 | $17.5612 | $ | 5,268 | | | | |
| 07/12/06 | 200 | $17.5612 | $ | 3,512 | | | | |
| 07/12/06 | 300 | $17.5300 | $ | 5,259 | | | | |
| 07/12/06 | 200 | $17.5300 | $ | 3,506 | | | | |
| 07/12/06 | 300 | $17.3203 | $ | 5,196 | | | | |
| 07/12/06 | 200 | $17.3203 | $ | 3,464 | | | | |
| 07/12/06 | 300 | $17.2900 | $ | 5,187 | | | | |
| 07/12/06 | 200 | $17.2900 | $ | 3,458 | | | | |
| 07/12/06 | 300 | $17.0600 | $ | 5,118 | | | | |
| 07/12/06 | 200 | $17.0600 | $ | 3,412 | | | | |
| 07/12/06 | | | | | 53 | $16.8109 | $ | 891 |
| 07/12/06 | | | | | 247 | $17.0095 | $ | 4,201 |
| 07/12/06 | | | | | 200 | $17.0095 | $ | 3,402 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/12/06 | | | | | 500 | $16.9795 | $ | 8,490 |
| 07/12/06 | | | | | 300 | $16.9795 | $ | 5,094 |
| 07/12/06 | | | | | 200 | $16.9795 | $ | 3,396 |
| 07/12/06 | | | | | 300 | $16.9881 | $ | 5,096 |
| 07/12/06 | | | | | 100 | $16.9881 | $ | 1,699 |
| 07/13/06 | 500 | $16.7700 | $ | 8,385 | | | | |
| 07/13/06 | 300 | $16.6200 | $ | 4,986 | | | | |
| 07/13/06 | 200 | $16.6200 | $ | 3,324 | | | | |
| 07/13/06 | | | | | 100 | $16.1595 | $ | 1,616 |
| 07/13/06 | | | | | 200 | $16.1595 | $ | 3,232 |
| 07/13/06 | | | | | 100 | $16.1695 | $ | 1,617 |
| 07/13/06 | | | | | 200 | $16.1695 | $ | 3,234 |
| 07/13/06 | | | | | 100 | $16.0796 | $ | 1,608 |
| 07/14/06 | 300 | $16.0267 | $ | 4,808 | | | | |
| 07/14/06 | 300 | $16.0267 | $ | 4,808 | | | | |
| 07/14/06 | 200 | $15.6368 | $ | 3,127 | | | | |
| 07/14/06 | 300 | $15.6733 | $ | 4,702 | | | | |
| 07/14/06 | | | | | 200 | $15.7795 | $ | 3,156 |
| 07/14/06 | | | | | 300 | $15.7795 | $ | 4,734 |
| 07/14/06 | | | | | 365 | $15.7821 | $ | 5,760 |
| 07/14/06 | | | | | 35 | $15.7595 | $ | 552 |
| 07/14/06 | | | | | 300 | $15.7595 | $ | 4,728 |
| 07/14/06 | | | | | 165 | $15.7595 | $ | 2,600 |
| 07/14/06 | | | | | 135 | $15.7655 | $ | 2,128 |
| 07/17/06 | 400 | $15.2778 | $ | 6,111 | | | | |
| 07/17/06 | 100 | $15.2778 | $ | 1,528 | | | | |
| 07/17/06 | 300 | $15.2678 | $ | 4,580 | | | | |
| 07/17/06 | 200 | $15.2678 | $ | 3,054 | | | | |
| 07/17/06 | 100 | $15.1920 | $ | 1,519 | | | | |
| 07/17/06 | 100 | $15.1920 | $ | 1,519 | | | | |
| 07/17/06 | 300 | $15.1920 | $ | 4,558 | | | | |
| 07/17/06 | | | | | 200 | $15.5561 | $ | 3,111 |
| 07/17/06 | | | | | 300 | $15.5561 | $ | 4,667 |
| 07/17/06 | | | | | 700 | $15.5495 | $ | 10,885 |
| 07/17/06 | | | | | 301 | $15.5495 | $ | 4,680 |
| 07/17/06 | | | | | 299 | $15.5495 | $ | 4,649 |
| 07/17/06 | | | | | 200 | $15.5096 | $ | 3,102 |
| 07/17/06 | | | | | 500 | $15.5695 | $ | 7,785 |
| 07/18/06 | 500 | $15.7178 | $ | 7,859 | | | | |
| 07/18/06 | 500 | $15.6634 | $ | 7,832 | | | | |
| 07/18/06 | | | | | 1 | $15.9895 | $ | 16 |
| 07/18/06 | | | | | 699 | $15.9895 | $ | 11,177 |
| 07/18/06 | | | | | 300 | $15.9895 | $ | 4,797 |
| 07/20/06 | 200 | $17.1600 | $ | 3,432 | | | | |
| 07/20/06 | 300 | $17.1360 | $ | 5,141 | | | | |
| 07/20/06 | 500 | $17.1360 | $ | 8,568 | | | | |
| 07/20/06 | 1,000 | $17.0000 | $ | 17,000 | | | | |
| 07/20/06 | 1,000 | $16.8700 | $ | 16,870 | | | | |
| 07/20/06 | | | | | 500 | $16.8895 | $ | 8,445 |
| 07/20/06 | | | | | 200 | $16.9095 | $ | 3,382 |
| 07/20/06 | | | | | 300 | $16.9095 | $ | 5,073 |
| 07/20/06 | | | | | 100 | $16.8795 | $ | 1,688 |
| 07/20/06 | | | | | 400 | $16.8795 | $ | 6,752 |
| 07/20/06 | | | | | 100 | $16.8095 | $ | 1,681 |
| 07/20/06 | | | | | 400 | $16.8095 | $ | 6,724 |
| 07/21/06 | 500 | $16.5370 | $ | 8,268 | | | | |
| 07/21/06 | 500 | $16.5370 | $ | 8,268 | | | | |
| 07/21/06 | 500 | $16.4768 | $ | 8,238 | | | | |
| 07/21/06 | 500 | $16.2990 | $ | 8,149 | | | | |
| 07/21/06 | 100 | $16.3212 | $ | 1,632 | | | | |
| 07/21/06 | 300 | $16.3212 | $ | 4,896 | | | | |
| 07/21/06 | 100 | $16.3212 | $ | 1,632 | | | | |
| 07/21/06 | | | | | 100 | $16.8131 | $ | 1,681 |
| 07/21/06 | | | | | 600 | $16.8131 | $ | 10,088 |
| 07/21/06 | | | | | 300 | $16.8131 | $ | 5,044 |
| 07/21/06 | | | | | 300 | $16.8435 | $ | 5,053 |
| 07/21/06 | | | | | 200 | $16.7995 | $ | 3,360 |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|------|-----|-------|---|--------|-----|-------|---|--------|
| 07/21/06 | | | | | 200 | $16.7095 | $ | 3,342 |
| 07/21/06 | | | | | 800 | $16.7095 | $ | 13,368 |
| 07/21/06 | | | | | 200 | $16.7945 | $ | 3,359 |
| 07/21/06 | | | | | 200 | $16.7945 | $ | 3,359 |
| 07/21/06 | | | | | 600 | $16.8225 | $ | 10,093 |
| 07/24/06 | 100 | $16.9800 | $ | 1,698 | | | | |
| 07/24/06 | 500 | $16.9800 | $ | 8,490 | | | | |
| 07/24/06 | 400 | $16.9800 | $ | 6,792 | | | | |
| 07/24/06 | 500 | $17.0099 | $ | 8,505 | | | | |
| 07/24/06 | 200 | $17.0099 | $ | 3,402 | | | | |
| 07/24/06 | 500 | $16.8570 | $ | 8,428 | | | | |
| 07/24/06 | | | | | 200 | $16.9295 | $ | 3,386 |
| 07/24/06 | | | | | 200 | $16.9295 | $ | 3,386 |
| 07/24/06 | | | | | 100 | $16.8395 | $ | 1,684 |
| 07/24/06 | | | | | 700 | $16.9774 | $ | 11,884 |
| 07/24/06 | | | | | 500 | $16.9295 | $ | 8,465 |
| 07/25/06 | 300 | $17.0000 | $ | 5,100 | | | | |
| 07/25/06 | 700 | $17.0000 | $ | 11,900 | | | | |
| 07/25/06 | 300 | $16.9000 | $ | 5,070 | | | | |
| 07/25/06 | 200 | $16.9000 | $ | 3,380 | | | | |
| 07/25/06 | 500 | $16.9200 | $ | 8,460 | | | | |
| 07/25/06 | | | | | 500 | $17.0152 | $ | 8,508 |
| 07/25/06 | | | | | 200 | $17.0152 | $ | 3,403 |
| 07/25/06 | | | | | 800 | $17.1295 | $ | 13,704 |
| 07/25/06 | | | | | 200 | $17.1295 | $ | 3,426 |
| 07/25/06 | | | | | 300 | $17.0162 | $ | 5,105 |
| 07/26/06 | 200 | $16.6968 | $ | 3,339 | | | | |
| 07/26/06 | 100 | $16.7142 | $ | 1,671 | | | | |
| 07/26/06 | 600 | $16.7142 | $ | 10,029 | | | | |
| 07/26/06 | 2 | $16.7142 | $ | 33 | | | | |
| 07/26/06 | 270 | $16.7370 | $ | 4,519 | | | | |
| 07/26/06 | 99 | $16.6400 | $ | 1,647 | | | | |
| 07/26/06 | 229 | $16.6637 | $ | 3,816 | | | | |
| 07/26/06 | 500 | $16.6637 | $ | 8,332 | | | | |
| 07/26/06 | | | | | 300 | $16.9062 | $ | 5,072 |
| 07/26/06 | | | | | 200 | $16.9411 | $ | 3,388 |
| 07/26/06 | | | | | 500 | $16.9895 | $ | 8,495 |
| 07/26/06 | | | | | 300 | $17.0395 | $ | 5,112 |
| 07/26/06 | | | | | 200 | $17.0395 | $ | 3,408 |
| 07/26/06 | | | | | 500 | $16.9095 | $ | 8,455 |
| 07/27/06 | 500 | $16.8110 | $ | 8,405 | | | | |
| 07/27/06 | 500 | $16.8110 | $ | 8,405 | | | | |
| 07/27/06 | | | | | 100 | $16.9761 | $ | 1,698 |
| 07/27/06 | | | | | 100 | $16.9761 | $ | 1,698 |
| 07/27/06 | | | | | 300 | $16.9761 | $ | 5,093 |
| 07/28/06 | 500 | $16.6600 | $ | 8,330 | | | | |
| 07/28/06 | 500 | $16.6600 | $ | 8,330 | | | | |
| 07/28/06 | 500 | $16.7547 | $ | 8,377 | | | | |
| 07/28/06 | 200 | $16.7976 | $ | 3,360 | | | | |
| 07/28/06 | 200 | $16.8333 | $ | 3,367 | | | | |
| 07/28/06 | 100 | $16.8333 | $ | 1,683 | | | | |
| 07/28/06 | 300 | $16.9300 | $ | 5,079 | | | | |
| 07/28/06 | 400 | $16.9300 | $ | 6,772 | | | | |
| 07/28/06 | 300 | $16.9300 | $ | 5,079 | | | | |
| 07/28/06 | 200 | $16.9659 | $ | 3,393 | | | | |
| 07/28/06 | 185 | $16.9659 | $ | 3,139 | | | | |
| 07/28/06 | 315 | $16.9300 | $ | 5,333 | | | | |
| 07/28/06 | 185 | $16.9300 | $ | 3,132 | | | | |
| 07/28/06 | 315 | $16.9162 | $ | 5,329 | | | | |
| 07/28/06 | 300 | $16.9162 | $ | 5,075 | | | | |
| 07/28/06 | | | | | 200 | $16.9817 | $ | 3,396 |
| 07/28/06 | | | | | 300 | $16.9817 | $ | 5,095 |
| 07/28/06 | | | | | 200 | $17.0195 | $ | 3,404 |
| 07/28/06 | | | | | 300 | $17.0195 | $ | 5,106 |
| 07/28/06 | | | | | 200 | $17.0495 | $ | 3,410 |
| 07/28/06 | | | | | 300 | $17.0495 | $ | 5,115 |
| 07/28/06 | | | | | 200 | $16.8939 | $ | 3,379 |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 07/28/06 | | | | | 300 | $16.8939 | $ | 5,068 |
| 07/28/06 | | | | | 200 | $16.8849 | $ | 3,377 |
| 07/28/06 | | | | | 500 | $16.8849 | $ | 8,442 |
| 07/28/06 | | | | | 300 | $16.8849 | $ | 5,065 |
| 07/28/06 | | | | | 200 | $16.8295 | $ | 3,366 |
| 07/28/06 | | | | | 300 | $16.8295 | $ | 5,049 |
| 07/31/06 | 200 | $16.7000 | $ | 3,340 | | | | |
| 07/31/06 | 300 | $16.7000 | $ | 5,010 | | | | |
| 07/31/06 | 226 | $16.6200 | $ | 3,756 | | | | |
| 07/31/06 | 274 | $16.6200 | $ | 4,554 | | | | |
| 07/31/06 | | | | | 300 | $16.8486 | $ | 5,055 |
| 07/31/06 | | | | | 200 | $16.8995 | $ | 3,380 |
| 07/31/06 | | | | | 300 | $16.8995 | $ | 5,070 |
| 07/31/06 | | | | | 400 | $16.9457 | $ | 6,778 |
| 07/31/06 | | | | | 100 | $16.9345 | $ | 1,693 |
| 07/31/06 | | | | | 300 | $16.9345 | $ | 5,080 |
| 07/31/06 | | | | | 200 | $16.8662 | $ | 3,373 |
| 07/31/06 | | | | | 100 | $16.8662 | $ | 1,687 |
| 07/31/06 | | | | | 100 | $16.8695 | $ | 1,687 |
| 08/01/06 | 200 | $16.7035 | $ | 3,341 | | | | |
| 08/01/06 | 93 | $16.7035 | $ | 1,553 | | | | |
| 08/01/06 | 207 | $16.7035 | $ | 3,458 | | | | |
| 08/01/06 | 500 | $16.7600 | $ | 8,380 | | | | |
| 08/01/06 | 93 | $16.6900 | $ | 1,552 | | | | |
| 08/01/06 | 107 | $16.6900 | $ | 1,786 | | | | |
| 08/01/06 | 300 | $16.6900 | $ | 5,007 | | | | |
| 08/01/06 | 200 | $16.7200 | $ | 3,344 | | | | |
| 08/01/06 | 300 | $16.7200 | $ | 5,016 | | | | |
| 08/01/06 | 85 | $16.6333 | $ | 1,414 | | | | |
| 08/01/06 | 215 | $16.6333 | $ | 3,576 | | | | |
| 08/01/06 | | | | | 300 | $16.7710 | $ | 5,031 |
| 08/01/06 | | | | | 500 | $16.7795 | $ | 8,390 |
| 08/01/06 | | | | | 500 | $16.8195 | $ | 8,410 |
| 08/01/06 | | | | | 200 | $16.7795 | $ | 3,356 |
| 08/01/06 | | | | | 300 | $16.7795 | $ | 5,034 |
| 08/02/06 | 38 | $16.9050 | $ | 642 | | | | |
| 08/02/06 | 247 | $16.9050 | $ | 4,176 | | | | |
| 08/02/06 | 115 | $16.9050 | $ | 1,944 | | | | |
| 08/02/06 | 600 | $16.9050 | $ | 10,143 | | | | |
| 08/02/06 | 400 | $16.9050 | $ | 6,762 | | | | |
| 08/02/06 | 200 | $16.9050 | $ | 3,381 | | | | |
| 08/02/06 | 300 | $16.9050 | $ | 5,071 | | | | |
| 08/02/06 | 100 | $16.9050 | $ | 1,690 | | | | |
| 08/02/06 | 300 | $16.7464 | $ | 5,024 | | | | |
| 08/02/06 | 100 | $16.7464 | $ | 1,675 | | | | |
| 08/02/06 | 500 | $16.7464 | $ | 8,373 | | | | |
| 08/02/06 | 100 | $16.7464 | $ | 1,675 | | | | |
| 08/02/06 | 400 | $16.7100 | $ | 6,684 | | | | |
| 08/02/06 | 100 | $16.7100 | $ | 1,671 | | | | |
| 08/02/06 | | | | | 500 | $16.4525 | $ | 8,226 |
| 08/02/06 | | | | | 1,000 | $16.4231 | $ | 16,423 |
| 08/03/06 | 200 | $16.4435 | $ | 3,289 | | | | |
| 08/03/06 | 200 | $16.4435 | $ | 3,289 | | | | |
| 08/03/06 | 100 | $16.4435 | $ | 1,644 | | | | |
| 08/03/06 | 100 | $16.2556 | $ | 1,626 | | | | |
| 08/03/06 | 200 | $16.2556 | $ | 3,251 | | | | |
| 08/03/06 | 100 | $16.2556 | $ | 1,626 | | | | |
| 08/03/06 | 100 | $16.2556 | $ | 1,626 | | | | |
| 08/03/06 | 500 | $16.3100 | $ | 8,155 | | | | |
| 08/03/06 | | | | | 1,000 | $16.2495 | $ | 16,250 |
| 08/03/06 | | | | | 500 | $16.5375 | $ | 8,269 |
| 08/03/06 | | | | | 500 | $16.5295 | $ | 8,265 |
| 08/03/06 | | | | | 500 | $16.6235 | $ | 8,312 |
| 08/03/06 | | | | | 500 | $16.5828 | $ | 8,291 |
| 08/03/06 | | | | | 100 | $16.5828 | $ | 1,658 |
| 08/03/06 | | | | | 300 | $16.5562 | $ | 4,967 |
| 08/03/06 | | | | | 100 | $16.5903 | $ | 1,659 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|------|--------|-------|--|--------|--------|-------|--|--------|
| 08/03/06 | | | | | 100 | $16.5903 | $ | 1,659 |
| 08/03/06 | | | | | 500 | $16.5395 | $ | 8,270 |
| 08/03/06 | | | | | 400 | $16.6145 | $ | 6,646 |
| 08/03/06 | | | | | 500 | $16.5595 | $ | 8,280 |
| 08/04/06 | 100 | $16.5162 | $ | 1,652 | | | | |
| 08/04/06 | 100 | $16.5162 | $ | 1,652 | | | | |
| 08/04/06 | 200 | $16.5162 | $ | 3,303 | | | | |
| 08/04/06 | 400 | $16.5162 | $ | 6,606 | | | | |
| 08/04/06 | 100 | $16.5400 | $ | 1,654 | | | | |
| 08/04/06 | 100 | $16.5400 | $ | 1,654 | | | | |
| 08/04/06 | 500 | $16.7400 | $ | 8,370 | | | | |
| 08/04/06 | 200 | $16.7400 | $ | 3,348 | | | | |
| 08/04/06 | 300 | $16.7400 | $ | 5,022 | | | | |
| 08/04/06 | 500 | $16.6500 | $ | 8,325 | | | | |
| 08/04/06 | 200 | $16.6000 | $ | 3,320 | | | | |
| 08/04/06 | 300 | $16.6000 | $ | 4,980 | | | | |
| 08/04/06 | 500 | $16.2200 | $ | 8,110 | | | | |
| 08/04/06 | 200 | $16.0500 | $ | 3,210 | | | | |
| 08/04/06 | 100 | $16.0500 | $ | 1,605 | | | | |
| 08/04/06 | 200 | $16.0500 | $ | 3,210 | | | | |
| 08/04/06 | 400 | $16.1100 | $ | 6,444 | | | | |
| 08/04/06 | 200 | $16.1100 | $ | 3,222 | | | | |
| 08/04/06 | 200 | $16.1100 | $ | 3,222 | | | | |
| 08/04/06 | 200 | $16.1100 | $ | 3,222 | | | | |
| 08/04/06 | | | | | 200 | $16.2095 | $ | 3,242 |
| 08/04/06 | | | | | 500 | $16.2095 | $ | 8,105 |
| 08/04/06 | | | | | 300 | $16.2095 | $ | 4,863 |
| 08/04/06 | | | | | 700 | $16.1613 | $ | 11,313 |
| 08/04/06 | | | | | 300 | $16.1613 | $ | 4,848 |
| 08/04/06 | | | | | 200 | $16.1413 | $ | 3,228 |
| 08/04/06 | | | | | 500 | $16.1413 | $ | 8,071 |
| 08/04/06 | | | | | 200 | $16.1413 | $ | 3,228 |
| 08/04/06 | | | | | 100 | $16.1413 | $ | 1,614 |
| 08/04/06 | | | | | 600 | $16.1429 | $ | 9,686 |
| 08/07/06 | | | | | 2 | $16.1329 | $ | 32 |
| 08/07/06 | | | | | 270 | $16.1329 | $ | 4,356 |
| 08/07/06 | | | | | 99 | $16.1329 | $ | 1,597 |
| 08/07/06 | | | | | 229 | $16.1329 | $ | 3,694 |
| 08/07/06 | | | | | 500 | $16.1895 | $ | 8,095 |
| 08/07/06 | | | | | 500 | $16.1895 | $ | 8,095 |
| 08/07/06 | | | | | 500 | $16.2395 | $ | 8,120 |
| 08/07/06 | | | | | 500 | $16.2395 | $ | 8,120 |
| 08/07/06 | | | | | 500 | $16.2395 | $ | 8,120 |
| 08/07/06 | | | | | 500 | $16.2395 | $ | 8,120 |
| 08/07/06 | | | | | 200 | $16.1108 | $ | 3,222 |
| 08/07/06 | | | | | 200 | $16.1108 | $ | 3,222 |
| 08/08/06 | 300 | $16.2000 | $ | 4,860 | | | | |
| 08/08/06 | 200 | $16.2000 | $ | 3,240 | | | | |
| 08/08/06 | 400 | $16.1500 | $ | 6,460 | | | | |
| 08/08/06 | 100 | $16.1500 | $ | 1,615 | | | | |
| 08/08/06 | 300 | $16.2333 | $ | 4,870 | | | | |
| 08/08/06 | 99 | $16.2100 | $ | 1,605 | | | | |
| 08/08/06 | 1 | $16.2100 | $ | 16 | | | | |
| 08/08/06 | 500 | $16.2100 | $ | 8,105 | | | | |
| 08/08/06 | 400 | $16.2100 | $ | 6,484 | | | | |
| 08/08/06 | 400 | $16.1992 | $ | 6,480 | | | | |
| 08/08/06 | 100 | $16.1992 | $ | 1,620 | | | | |
| 08/08/06 | 100 | $16.2099 | $ | 1,621 | | | | |
| 08/08/06 | | | | | 100 | $16.5245 | $ | 1,652 |
| 08/08/06 | | | | | 300 | $16.5245 | $ | 4,957 |
| 08/08/06 | | | | | 400 | $16.3866 | $ | 6,555 |
| 08/08/06 | | | | | 300 | $16.1061 | $ | 4,832 |
| 08/08/06 | | | | | 200 | $16.1061 | $ | 3,221 |
| 08/08/06 | | | | | 185 | $16.1335 | $ | 2,985 |
| 08/08/06 | | | | | 315 | $16.1335 | $ | 5,082 |
| 08/08/06 | | | | | 185 | $16.1327 | $ | 2,985 |
| 08/08/06 | | | | | 315 | $16.1327 | $ | 5,082 |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|------|-----|-------|---|--------|-----|-------|---|--------|
| 08/08/06 | | | | | 300 | $16.1411 | $ | 4,842 |
| 08/08/06 | | | | | 200 | $16.1411 | $ | 3,228 |
| 08/09/06 | 500 | $16.2100 | $ | 8,105 | | | | |
| 08/09/06 | 500 | $16.2100 | $ | 8,105 | | | | |
| 08/09/06 | 1,000 | $16.2700 | $ | 16,270 | | | | |
| 08/09/06 | | | | | 300 | $16.3995 | $ | 4,920 |
| 08/09/06 | | | | | 226 | $16.3995 | $ | 3,706 |
| 08/09/06 | | | | | 274 | $16.4084 | $ | 4,496 |
| 08/09/06 | | | | | 200 | $16.4084 | $ | 3,282 |
| 08/09/06 | | | | | 93 | $16.3395 | $ | 1,520 |
| 08/09/06 | | | | | 207 | $16.3295 | $ | 3,380 |
| 08/09/06 | | | | | 500 | $16.3295 | $ | 8,165 |
| 08/09/06 | | | | | 93 | $16.3295 | $ | 1,519 |
| 08/09/06 | | | | | 107 | $16.3061 | $ | 1,745 |
| 08/11/06 | 216 | $16.4743 | $ | 3,558 | | | | |
| 08/11/06 | 400 | $16.4350 | $ | 6,574 | | | | |
| 08/11/06 | 384 | $16.4227 | $ | 6,306 | | | | |
| 08/11/06 | 400 | $16.4227 | $ | 6,569 | | | | |
| 08/11/06 | 100 | $16.4799 | $ | 1,648 | | | | |
| 08/11/06 | | | | | 300 | $16.5295 | $ | 4,959 |
| 08/11/06 | | | | | 200 | $16.5295 | $ | 3,306 |
| 08/11/06 | | | | | 300 | $16.5735 | $ | 4,972 |
| 08/11/06 | | | | | 85 | $16.5735 | $ | 1,409 |
| 08/11/06 | | | | | 215 | $16.5095 | $ | 3,550 |
| 08/11/06 | | | | | 38 | $16.5095 | $ | 627 |
| 08/11/06 | | | | | 247 | $16.4890 | $ | 4,073 |
| 08/11/06 | | | | | 115 | $16.5126 | $ | 1,899 |
| 08/14/06 | 41 | $16.9037 | $ | 693 | | | | |
| 08/14/06 | 400 | $16.5950 | $ | 6,638 | | | | |
| 08/14/06 | 59 | $16.6700 | $ | 984 | | | | |
| 08/14/06 | 441 | $16.6700 | $ | 7,351 | | | | |
| 08/14/06 | 200 | $16.7100 | $ | 3,342 | | | | |
| 08/14/06 | 300 | $16.6700 | $ | 5,001 | | | | |
| 08/14/06 | 59 | $16.6179 | $ | 980 | | | | |
| 08/14/06 | 500 | $16.6179 | $ | 8,309 | | | | |
| 08/14/06 | | | | | 600 | $16.7628 | $ | 10,058 |
| 08/14/06 | | | | | 400 | $16.7545 | $ | 6,702 |
| 08/14/06 | | | | | 200 | $16.5595 | $ | 3,312 |
| 08/14/06 | | | | | 300 | $16.5362 | $ | 4,961 |
| 08/14/06 | | | | | 100 | $16.4895 | $ | 1,649 |
| 08/14/06 | | | | | 300 | $16.4895 | $ | 4,947 |
| 08/14/06 | | | | | 100 | $16.3995 | $ | 1,640 |
| 08/15/06 | 500 | $16.7200 | $ | 8,360 | | | | |
| 08/15/06 | 300 | $16.6700 | $ | 5,001 | | | | |
| 08/15/06 | 200 | $16.6700 | $ | 3,334 | | | | |
| 08/15/06 | 300 | $16.6700 | $ | 5,001 | | | | |
| 08/15/06 | 200 | $16.6700 | $ | 3,334 | | | | |
| 08/15/06 | 300 | $16.8400 | $ | 5,052 | | | | |
| 08/15/06 | 135 | $16.8400 | $ | 2,273 | | | | |
| 08/15/06 | 65 | $16.8400 | $ | 1,095 | | | | |
| 08/15/06 | | | | | 500 | $16.9817 | $ | 8,491 |
| 08/15/06 | | | | | 100 | $17.0195 | $ | 1,702 |
| 08/15/06 | | | | | 400 | $17.0195 | $ | 6,808 |
| 08/15/06 | | | | | 100 | $16.9762 | $ | 1,698 |
| 08/15/06 | | | | | 200 | $16.9762 | $ | 3,395 |
| 08/15/06 | | | | | 200 | $17.0111 | $ | 3,402 |
| 08/15/06 | | | | | 100 | $16.9995 | $ | 1,700 |
| 08/15/06 | | | | | 100 | $16.9995 | $ | 1,700 |
| 08/15/06 | | | | | 200 | $17.0019 | $ | 3,400 |
| 08/15/06 | | | | | 100 | $16.9095 | $ | 1,691 |
| 08/16/06 | 135 | $17.6468 | $ | 2,382 | | | | |
| 08/16/06 | 65 | $17.6468 | $ | 1,147 | | | | |
| 08/16/06 | 184 | $17.6833 | $ | 3,254 | | | | |
| 08/16/06 | 116 | $17.6833 | $ | 2,051 | | | | |
| 08/18/06 | 800 | $18.5100 | $ | 14,808 | | | | |
| 08/18/06 | 200 | $18.5100 | $ | 3,702 | | | | |
| 08/18/06 | | | | | 100 | $18.6994 | $ | 1,870 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/18/06 | | | | | 500 | $18.6994 | $ | 9,350 |
| 08/18/06 | | | | | 100 | $18.6994 | $ | 1,870 |
| 08/18/06 | | | | | 100 | $18.6095 | $ | 1,861 |
| 08/22/06 | | | | | 200 | $18.7795 | $ | 3,756 |
| 08/22/06 | | | | | 400 | $19.3995 | $ | 7,760 |
| 08/22/06 | | | | | 100 | $19.3995 | $ | 1,940 |
| 08/23/06 | 500 | $19.2399 | $ | 9,620 | | | | |
| 08/23/06 | 200 | $19.2400 | $ | 3,848 | | | | |
| 08/23/06 | 100 | $19.2400 | $ | 1,924 | | | | |
| 08/23/06 | 200 | $19.2400 | $ | 3,848 | | | | |
| 08/23/06 | 500 | $19.1800 | $ | 9,590 | | | | |
| 08/23/06 | 500 | $19.0600 | $ | 9,530 | | | | |
| 08/23/06 | 500 | $19.0100 | $ | 9,505 | | | | |
| 08/23/06 | | | | | 100 | $19.2328 | $ | 1,923 |
| 08/23/06 | | | | | 500 | $19.2328 | $ | 9,616 |
| 08/23/06 | | | | | 200 | $19.2502 | $ | 3,850 |
| 08/23/06 | | | | | 300 | $19.1894 | $ | 5,757 |
| 08/23/06 | | | | | 500 | $19.1894 | $ | 9,595 |
| 08/23/06 | | | | | 200 | $19.1894 | $ | 3,838 |
| 08/23/06 | | | | | 300 | $19.1869 | $ | 5,756 |
| 08/23/06 | | | | | 500 | $19.1869 | $ | 9,593 |
| 08/23/06 | | | | | 200 | $19.2095 | $ | 3,842 |
| 08/23/06 | | | | | 100 | $19.1095 | $ | 1,911 |
| 08/24/06 | 100 | $19.1400 | $ | 1,914 | | | | |
| 08/24/06 | 900 | $19.1400 | $ | 17,226 | | | | |
| 08/24/06 | 300 | $19.0933 | $ | 5,728 | | | | |
| 08/24/06 | 700 | $19.0700 | $ | 13,349 | | | | |
| 08/24/06 | 500 | $19.1200 | $ | 9,560 | | | | |
| 08/24/06 | | | | | 200 | $19.4295 | $ | 3,886 |
| 08/24/06 | | | | | 400 | $19.4894 | $ | 7,796 |
| 08/24/06 | | | | | 200 | $19.4926 | $ | 3,899 |
| 08/24/06 | | | | | 200 | $19.4994 | $ | 3,900 |
| 08/24/06 | | | | | 200 | $19.5194 | $ | 3,904 |
| 08/24/06 | | | | | 300 | $19.5194 | $ | 5,856 |
| 08/24/06 | | | | | 200 | $19.5277 | $ | 3,906 |
| 08/24/06 | | | | | 400 | $19.5277 | $ | 7,811 |
| 08/24/06 | | | | | 100 | $19.3595 | $ | 1,936 |
| 08/25/06 | | | | | 300 | $19.4944 | $ | 5,848 |
| 08/25/06 | | | | | 99 | $19.4944 | $ | 1,930 |
| 08/25/06 | | | | | 1 | $19.5900 | $ | 20 |
| 09/01/06 | | | | | 500 | $20.6494 | $ | 10,325 |
| 09/01/06 | | | | | 400 | $20.5969 | $ | 8,239 |
| 09/01/06 | | | | | 400 | $20.5969 | $ | 8,239 |
| 09/01/06 | | | | | 100 | $20.5594 | $ | 2,056 |
| 09/01/06 | | | | | 100 | $20.5594 | $ | 2,056 |
| 09/06/06 | | | | | 500 | $19.5794 | $ | 9,790 |
| 09/06/06 | | | | | 500 | $19.5927 | $ | 9,796 |
| 09/06/06 | | | | | 1,000 | $19.5927 | $ | 19,593 |
| 09/07/06 | 200 | $19.1584 | $ | 3,832 | | | | |
| 09/07/06 | 300 | $19.1725 | $ | 5,752 | | | | |
| 09/07/06 | 200 | $19.1725 | $ | 3,834 | | | | |
| 09/07/06 | 300 | $19.1725 | $ | 5,752 | | | | |
| 09/07/06 | | | | | 216 | $19.4894 | $ | 4,210 |
| 09/07/06 | | | | | 400 | $19.4894 | $ | 7,796 |
| 09/07/06 | | | | | 384 | $19.4894 | $ | 7,484 |
| 09/07/06 | | | | | 400 | $19.4294 | $ | 7,772 |
| 09/07/06 | | | | | 100 | $19.4294 | $ | 1,943 |
| 09/07/06 | | | | | 41 | $19.4294 | $ | 797 |
| 09/07/06 | | | | | 400 | $19.4294 | $ | 7,772 |
| 09/07/06 | | | | | 59 | $19.4294 | $ | 1,146 |
| 09/07/06 | | | | | 441 | $19.4394 | $ | 8,573 |
| 09/07/06 | | | | | 200 | $19.4394 | $ | 3,888 |
| 09/07/06 | | | | | 300 | $19.4394 | $ | 5,832 |
| 09/07/06 | | | | | 59 | $19.4394 | $ | 1,147 |
| 09/07/06 | | | | | 500 | $19.4894 | $ | 9,745 |
| 09/07/06 | | | | | 500 | $19.4894 | $ | 9,745 |
| 09/11/06 | 500 | $19.2700 | $ | 9,635 | | | | |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/11/06 | 500 | $19.2700 | $ | 9,635 | | | | |
| 09/11/06 | 300 | $19.2200 | $ | 5,766 | | | | |
| 09/11/06 | 200 | $19.2200 | $ | 3,844 | | | | |
| 09/11/06 | 500 | $19.2200 | $ | 9,610 | | | | |
| 09/11/06 | | | | | 300 | $19.4861 | $ | 5,846 |
| 09/11/06 | | | | | 200 | $19.5218 | $ | 3,904 |
| 09/11/06 | | | | | 300 | $19.4661 | $ | 5,840 |
| 09/11/06 | | | | | 200 | $19.2994 | $ | 3,860 |
| 09/11/06 | | | | | 300 | $19.2994 | $ | 5,790 |
| 09/11/06 | | | | | 135 | $19.1754 | $ | 2,589 |
| 09/11/06 | | | | | 65 | $19.4795 | $ | 1,266 |
| 09/11/06 | | | | | 135 | $19.4795 | $ | 2,630 |
| 09/11/06 | | | | | 65 | $19.3094 | $ | 1,255 |
| 09/11/06 | | | | | 184 | $19.3094 | $ | 3,553 |
| 09/11/06 | | | | | 116 | $19.2333 | $ | 2,231 |
| 09/12/06 | | | | | 800 | $19.7169 | $ | 15,774 |
| 09/13/06 | 300 | $19.8533 | $ | 5,956 | | | | |
| 09/13/06 | 200 | $19.6892 | $ | 3,938 | | | | |
| 09/13/06 | 300 | $19.7233 | $ | 5,917 | | | | |
| 09/13/06 | 200 | $19.7100 | $ | 3,942 | | | | |
| 09/13/06 | 300 | $19.7533 | $ | 5,926 | | | | |
| 09/13/06 | | | | | 200 | $19.6149 | $ | 3,923 |
| 09/13/06 | | | | | 500 | $19.6149 | $ | 9,807 |
| 09/13/06 | | | | | 200 | $19.6149 | $ | 3,923 |
| 09/14/06 | 200 | $19.2500 | $ | 3,850 | | | | |
| 09/14/06 | 500 | $19.2100 | $ | 9,605 | | | | |
| 09/14/06 | 300 | $19.2100 | $ | 5,763 | | | | |
| 09/14/06 | | | | | 100 | $19.4094 | $ | 1,941 |
| 09/14/06 | | | | | 200 | $19.4051 | $ | 3,881 |
| 09/14/06 | | | | | 500 | $19.4051 | $ | 9,703 |
| 09/15/06 | 700 | $19.1800 | $ | 13,426 | | | | |
| 09/15/06 | 300 | $19.1800 | $ | 5,754 | | | | |
| 09/15/06 | 200 | $19.1592 | $ | 3,832 | | | | |
| 09/15/06 | 300 | $19.1933 | $ | 5,758 | | | | |
| 09/15/06 | 200 | $19.0292 | $ | 3,806 | | | | |
| 09/15/06 | 300 | $19.0633 | $ | 5,719 | | | | |
| 09/15/06 | 200 | $18.8384 | $ | 3,768 | | | | |
| 09/15/06 | 300 | $18.8733 | $ | 5,662 | | | | |
| 09/15/06 | 200 | $18.8576 | $ | 3,772 | | | | |
| 09/15/06 | | | | | 500 | $18.9194 | $ | 9,460 |
| 09/15/06 | | | | | 500 | $18.9194 | $ | 9,460 |
| 09/15/06 | | | | | 100 | $18.5795 | $ | 1,858 |
| 09/15/06 | | | | | 900 | $18.6804 | $ | 16,812 |
| 09/15/06 | | | | | 300 | $18.6030 | $ | 5,581 |
| 09/15/06 | | | | | 700 | $18.6030 | $ | 13,022 |
| 09/18/06 | 500 | $18.6600 | $ | 9,330 | | | | |
| 09/18/06 | 200 | $18.8168 | $ | 3,763 | | | | |
| 09/18/06 | 300 | $18.8533 | $ | 5,656 | | | | |
| 09/18/06 | 200 | $18.8376 | $ | 3,768 | | | | |
| 09/18/06 | 300 | $18.8733 | $ | 5,662 | | | | |
| 09/18/06 | | | | | 500 | $18.4499 | $ | 9,225 |
| 09/18/06 | | | | | 200 | $18.4499 | $ | 3,690 |
| 09/18/06 | | | | | 300 | $18.4499 | $ | 5,535 |
| 09/18/06 | | | | | 200 | $18.4194 | $ | 3,684 |
| 09/18/06 | | | | | 300 | $18.4269 | $ | 5,528 |
| 09/18/06 | | | | | 500 | $18.4269 | $ | 9,213 |
| 09/18/06 | | | | | 500 | $18.4313 | $ | 9,216 |
| 09/18/06 | | | | | 300 | $18.4313 | $ | 5,529 |
| 09/18/06 | | | | | 200 | $18.3995 | $ | 3,680 |
| 09/19/06 | | | | | 500 | $18.2260 | $ | 9,113 |
| 09/19/06 | | | | | 300 | $18.2802 | $ | 5,484 |
| 09/19/06 | | | | | 200 | $18.2802 | $ | 3,656 |
| 09/20/06 | 500 | $18.6046 | $ | 9,302 | | | | |
| 09/20/06 | 500 | $18.6046 | $ | 9,302 | | | | |
| 09/20/06 | 500 | $18.5000 | $ | 9,250 | | | | |
| 09/20/06 | 300 | $18.4900 | $ | 5,547 | | | | |
| 09/20/06 | 200 | $18.4900 | $ | 3,698 | | | | |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/20/06 | 300 | $18.3300 | $ | 5,499 | | | | |
| 09/20/06 | 200 | $18.3300 | $ | 3,666 | | | | |
| 09/20/06 | | | | | 300 | $18.1517 | $ | 5,445 |
| 09/20/06 | | | | | 200 | $18.1517 | $ | 3,630 |
| 09/20/06 | | | | | 300 | $18.1649 | $ | 5,449 |
| 09/20/06 | | | | | 200 | $18.1649 | $ | 3,633 |
| 09/20/06 | | | | | 500 | $18.1649 | $ | 9,082 |
| 09/20/06 | | | | | 300 | $18.1767 | $ | 5,453 |
| 09/20/06 | | | | | 700 | $18.1767 | $ | 12,724 |
| 09/21/06 | 500 | $18.3025 | $ | 9,151 | | | | |
| 09/21/06 | 300 | $18.3025 | $ | 5,491 | | | | |
| 09/21/06 | 200 | $18.2892 | $ | 3,658 | | | | |
| 09/21/06 | 300 | $18.2930 | $ | 5,488 | | | | |
| 09/21/06 | 200 | $18.2930 | $ | 3,659 | | | | |
| 09/21/06 | 270 | $18.2930 | $ | 4,939 | | | | |
| 09/21/06 | 172 | $18.2768 | $ | 3,144 | | | | |
| 09/21/06 | 58 | $18.2768 | $ | 1,060 | | | | |
| 09/21/06 | 442 | $18.3800 | $ | 8,124 | | | | |
| 09/21/06 | 58 | $18.3800 | $ | 1,066 | | | | |
| 09/21/06 | | | | | 300 | $18.0217 | $ | 5,406 |
| 09/21/06 | | | | | 200 | $18.0217 | $ | 3,604 |
| 09/21/06 | | | | | 300 | $18.0161 | $ | 5,405 |
| 09/21/06 | | | | | 200 | $18.0502 | $ | 3,610 |
| 09/21/06 | | | | | 300 | $17.9839 | $ | 5,395 |
| 09/21/06 | | | | | 200 | $17.9839 | $ | 3,597 |
| 09/21/06 | | | | | 300 | $17.9961 | $ | 5,399 |
| 09/21/06 | | | | | 200 | $17.9961 | $ | 3,599 |
| 09/22/06 | 400 | $17.7200 | $ | 7,088 | | | | |
| 09/22/06 | 100 | $17.7200 | $ | 1,772 | | | | |
| 09/22/06 | 500 | $17.7468 | $ | 8,873 | | | | |
| 09/22/06 | 500 | $17.7500 | $ | 8,875 | | | | |
| 09/22/06 | 500 | $17.7500 | $ | 8,875 | | | | |
| 09/22/06 | | | | | 500 | $17.6306 | $ | 8,815 |
| 09/22/06 | | | | | 200 | $17.6395 | $ | 3,528 |
| 09/22/06 | | | | | 300 | $17.6395 | $ | 5,292 |
| 09/22/06 | | | | | 200 | $17.6395 | $ | 3,528 |
| 09/22/06 | | | | | 300 | $17.6395 | $ | 5,292 |
| 09/22/06 | | | | | 500 | $17.5995 | $ | 8,800 |
| 09/22/06 | | | | | 500 | $17.6795 | $ | 8,840 |
| 09/22/06 | | | | | 500 | $17.6817 | $ | 8,841 |
| 09/25/06 | 500 | $17.8111 | $ | 8,906 | | | | |
| 09/25/06 | 300 | $17.8111 | $ | 5,343 | | | | |
| 09/25/06 | 100 | $17.8111 | $ | 1,781 | | | | |
| 09/25/06 | 100 | $17.7600 | $ | 1,776 | | | | |
| 09/25/06 | 400 | $17.7600 | $ | 7,104 | | | | |
| 09/25/06 | 500 | $17.5400 | $ | 8,770 | | | | |
| 09/25/06 | 100 | $17.4969 | $ | 1,750 | | | | |
| 09/25/06 | 113 | $17.4969 | $ | 1,977 | | | | |
| 09/25/06 | 100 | $17.9799 | $ | 1,798 | | | | |
| 09/25/06 | 287 | $17.5448 | $ | 5,035 | | | | |
| 09/25/06 | | | | | 300 | $17.6261 | $ | 5,288 |
| 09/25/06 | | | | | 200 | $17.6611 | $ | 3,532 |
| 09/25/06 | | | | | 300 | $17.7161 | $ | 5,315 |
| 09/25/06 | | | | | 200 | $17.7511 | $ | 3,550 |
| 09/25/06 | | | | | 500 | $17.8583 | $ | 8,929 |
| 09/25/06 | | | | | 300 | $17.8695 | $ | 5,361 |
| 09/25/06 | | | | | 200 | $17.8695 | $ | 3,574 |
| 09/25/06 | | | | | 300 | $17.8161 | $ | 5,345 |
| 09/25/06 | | | | | 200 | $17.8511 | $ | 3,570 |
| 09/25/06 | | | | | 270 | $17.7801 | $ | 4,801 |
| 09/25/06 | | | | | 172 | $17.7801 | $ | 3,058 |
| 09/25/06 | | | | | 58 | $17.8195 | $ | 1,034 |
| 09/25/06 | | | | | 442 | $17.8195 | $ | 7,876 |
| 09/25/06 | | | | | 58 | $17.8189 | $ | 1,033 |
| 09/25/06 | | | | | 400 | $17.8189 | $ | 7,128 |
| 09/25/06 | | | | | 100 | $17.8394 | $ | 1,784 |
| 09/28/06 | 100 | $18.3499 | $ | 1,835 | | | | |

| Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/28/06 | 100 | $18.3000 | $ | 1,830 | | | | |
| 09/28/06 | 300 | $18.3300 | $ | 5,499 | | | | |
| 09/28/06 | 500 | $18.3300 | $ | 9,165 | | | | |
| 09/28/06 | 500 | $18.2200 | $ | 9,110 | | | | |
| 09/28/06 | 300 | $18.0900 | $ | 5,427 | | | | |
| 09/28/06 | 200 | $18.0900 | $ | 3,618 | | | | |
| 09/28/06 | 500 | $17.9500 | $ | 8,975 | | | | |
| 09/28/06 | | | | | 500 | $17.9903 | $ | 8,995 |
| 09/28/06 | | | | | 500 | $17.9917 | $ | 8,996 |
| 09/28/06 | | | | | 500 | $17.9817 | $ | 8,991 |
| 09/29/06 | | | | | 500 | $18.4260 | $ | 9,213 |
| 09/29/06 | | | | | 300 | $18.3161 | $ | 5,495 |
| 09/29/06 | | | | | 100 | $18.3510 | $ | 1,835 |
| 09/29/06 | | | | | 100 | $18.3510 | $ | 1,835 |
| 10/02/06 | 500 | $17.7047 | $ | 8,852 | | | | |
| 10/02/06 | 500 | $17.7047 | $ | 8,852 | | | | |
| 10/02/06 | | | | | 400 | $17.8231 | $ | 7,129 |
| 10/02/06 | | | | | 500 | $17.8231 | $ | 8,912 |
| 10/02/06 | | | | | 100 | $17.8231 | $ | 1,782 |
| 10/03/06 | 500 | $17.5800 | $ | 8,790 | | | | |
| 10/03/06 | 500 | $17.5800 | $ | 8,790 | | | | |
| 10/04/06 | | | | | 113 | $18.1121 | $ | 2,047 |
| 10/04/06 | | | | | 100 | $18.1121 | $ | 1,811 |
| 10/04/06 | | | | | 287 | $18.1121 | $ | 5,198 |
| 10/04/06 | | | | | 100 | $18.1121 | $ | 1,811 |
| 10/04/06 | | | | | 100 | $18.1121 | $ | 1,811 |
| 10/04/06 | | | | | 300 | $18.1121 | $ | 5,434 |
| 10/05/06 | 500 | $18.4400 | $ | 9,220 | | | | |
| 10/05/06 | 500 | $18.4400 | $ | 9,220 | | | | |
| 10/05/06 | 500 | $18.4600 | $ | 9,230 | | | | |
| 10/05/06 | | | | | 500 | $18.4494 | $ | 9,225 |
| 10/05/06 | | | | | 500 | $18.5869 | $ | 9,293 |
| 10/05/06 | | | | | 300 | $18.5869 | $ | 5,576 |
| 10/05/06 | | | | | 200 | $18.5794 | $ | 3,716 |
| 10/10/06 | 500 | $19.2555 | $ | 9,628 | | | | |
| 10/10/06 | 58 | $19.2555 | $ | 1,117 | | | | |
| 10/10/06 | 442 | $19.1800 | $ | 8,478 | | | | |
| 10/10/06 | 58 | $19.1800 | $ | 1,112 | | | | |
| 10/10/06 | 442 | $19.2200 | $ | 8,495 | | | | |
| 10/10/06 | 58 | $19.2200 | $ | 1,115 | | | | |
| 10/10/06 | 442 | $19.2726 | $ | 8,518 | | | | |
| 10/10/06 | | | | | 500 | $19.2604 | $ | 9,630 |
| 10/10/06 | | | | | 500 | $19.2604 | $ | 9,630 |
| 10/10/06 | | | | | 500 | $19.2830 | $ | 9,642 |
| 10/10/06 | | | | | 500 | $19.2830 | $ | 9,642 |
| 10/10/06 | | | | | 500 | $19.2794 | $ | 9,640 |
| 10/10/06 | | | | | 500 | $19.2794 | $ | 9,640 |
| 10/11/06 | 500 | $19.1100 | $ | 9,555 | | | | |
| 10/11/06 | 500 | $19.1100 | $ | 9,555 | | | | |
| 10/11/06 | 500 | $18.8200 | $ | 9,410 | | | | |
| 10/12/06 | 300 | $19.1578 | $ | 5,747 | | | | |
| 10/12/06 | 200 | $19.1578 | $ | 3,832 | | | | |
| 10/12/06 | | | | | 500 | $18.9394 | $ | 9,470 |
| 10/12/06 | | | | | 500 | $19.0094 | $ | 9,505 |
| 10/12/06 | | | | | 500 | $19.0094 | $ | 9,505 |
| 10/12/06 | | | | | 58 | $19.1038 | $ | 1,108 |
| 10/12/06 | | | | | 442 | $19.1038 | $ | 8,444 |
| 10/12/06 | | | | | 58 | $19.1694 | $ | 1,112 |
| 10/12/06 | | | | | 442 | $19.1694 | $ | 8,473 |
| 10/13/06 | 500 | $19.1600 | $ | 9,580 | | | | |
| 10/13/06 | 200 | $19.1600 | $ | 3,832 | | | | |
| 10/13/06 | 300 | $19.1600 | $ | 5,748 | | | | |
| 10/13/06 | 300 | $19.1033 | $ | 5,731 | | | | |
| 10/13/06 | 200 | $19.0692 | $ | 3,814 | | | | |
| 10/13/06 | | | | | 58 | $18.9816 | $ | 1,101 |
| 10/13/06 | | | | | 442 | $18.9816 | $ | 8,390 |
| 10/13/06 | | | | | 500 | $18.9738 | $ | 9,487 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/16/06 | | | | | 500 | $18.9538 | $ | 9,477 |
| 10/17/06 | 500 | $18.9400 | $ | 9,470 | | | | |
| 10/17/06 | 500 | $18.9400 | $ | 9,470 | | | | |
| 10/17/06 | 100 | $19.0499 | $ | 1,905 | | | | |
| 10/17/06 | 200 | $18.9600 | $ | 3,792 | | | | |
| 10/17/06 | 200 | $18.9584 | $ | 3,792 | | | | |
| 10/17/06 | | | | | 500 | $19.0438 | $ | 9,522 |
| 10/17/06 | | | | | 300 | $19.0561 | $ | 5,717 |
| 10/17/06 | | | | | 200 | $19.0794 | $ | 3,816 |
| 10/17/06 | | | | | 500 | $19.1060 | $ | 9,553 |
| 10/17/06 | | | | | 200 | $19.0695 | $ | 3,814 |
| 10/17/06 | | | | | 300 | $19.0994 | $ | 5,730 |
| 10/17/06 | | | | | 300 | $19.0761 | $ | 5,723 |
| 10/17/06 | | | | | 200 | $19.1110 | $ | 3,822 |
| 10/17/06 | | | | | 500 | $19.1738 | $ | 9,587 |
| 10/25/06 | 500 | $18.8899 | $ | 9,445 | | | | |
| 10/25/06 | | | | | 500 | $18.6695 | $ | 9,335 |
| 10/25/06 | | | | | 100 | $18.6594 | $ | 1,866 |
| 10/25/06 | | | | | 200 | $18.6594 | $ | 3,732 |
| 10/25/06 | | | | | 200 | $18.6594 | $ | 3,732 |
| 10/26/06 | 500 | $18.5100 | $ | 9,255 | | | | |
| 10/26/06 | 500 | $18.5100 | $ | 9,255 | | | | |
| 10/26/06 | | | | | 500 | $18.7795 | $ | 9,390 |
| 10/26/06 | | | | | 500 | $18.7894 | $ | 9,395 |
| 10/26/06 | | | | | 500 | $18.6895 | $ | 9,345 |
| **TOTAL** | | | $ | 2,882,344 | | | $ | 2,895,651 |

Excess of Cost of Purchases Over Proceeds from Sales = $    13,307

TOTAL LOSS = $    13,307

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 33,000 shares purchased at earlier dates.)

**Patricia Petronis A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|---------|----------|----------|---|----------|----------|----------|
| 03/27/06 | | | | | 100 | $16.2019 | $ 0 * |
| 03/27/06 | | | | | 100 | $16.1995 | $ 0 * |
| 04/03/06 | | | | | 200 | $17.5094 | $ 0 * |
| 04/03/06 | 200 | $17.5188 | $ | 3,504 | | | |
| 04/26/06 | | | | | 100 | $16.2267 | $ 0 * |
| 04/27/06 | | | | | 500 | $15.9127 | $ 0 * |
| 04/27/06 | | | | | 200 | $16.6494 | $ 0 * |
| 05/01/06 | | | | | 300 | $16.0495 | $ 0 * |
| 05/02/06 | | | | | 200 | $15.5495 | $ 0 * |
| 05/12/06 | | | | | 400 | $15.9095 | $ 0 * |
| 05/18/06 | | | | | 200 | $15.5495 | $ 0 * |
| 05/18/06 | | | | | 200 | $15.3595 | $ 0 * |
| 05/19/06 | | | | | 300 | $14.6662 | $ 0 * |
| 05/19/06 | | | | | 200 | $14.8995 | $ 0 * |
| 06/05/06 | | | | | 300 | $16.4697 | $ 0 * |
| 06/14/06 | | | | | 300 | $15.2222 | $ 0 * |
| 07/07/06 | 176 | $17.1275 | $ | 3,014 | | | |
| 07/07/06 | 24 | $17.1275 | $ | 411 | | | |
| 07/20/06 | 103 | $17.1033 | $ | 1,762 | | | |
| 07/20/06 | 173 | $17.1033 | $ | 2,959 | | | |
| 07/20/06 | 24 | $17.1033 | $ | 410 | | | |
| 07/21/06 | | | | | 200 | $16.6495 | $ 0 * |
| 07/25/06 | | | | | 500 | $17.1294 | $ 0 * |
| 07/25/06 | | | | | 500 | $16.9794 | $ 0 * |
| 07/25/06 | 76 | $17.1199 | $ | 1,301 | | | |
| 07/25/06 | 2 | $17.1199 | $ | 34 | | | |
| 07/25/06 | 200 | $17.1199 | $ | 3,424 | | | |
| 07/25/06 | 100 | $17.1199 | $ | 1,712 | | | |
| 07/25/06 | 50 | $17.1199 | $ | 856 | | | |
| 07/25/06 | 72 | $17.1199 | $ | 1,233 | | | |
| 07/25/06 | 428 | $16.8999 | $ | 7,233 | | | |
| 07/25/06 | 72 | $16.8999 | $ | 1,217 | | | |
| 07/26/06 | | | | | 500 | $17.0294 | $ 0 * |
| 07/26/06 | 428 | $16.7599 | $ | 7,173 | | | |
| 07/26/06 | 72 | $16.7599 | $ | 1,207 | | | |
| 07/26/06 | 76 | $16.7314 | $ | 1,272 | | | |
| 07/27/06 | | | | | 500 | $16.5295 | $ 0 * |
| 07/27/06 | | | | | 500 | $16.5795 | $ 0 * |
| 07/27/06 | | | | | 100 | $16.5995 | $ 0 * |
| 07/27/06 | 167 | $17.0598 | $ | 2,849 | | | |
| 07/27/06 | 135 | $17.0300 | $ | 2,299 | | | |
| 07/27/06 | 100 | $17.0300 | $ | 1,703 | | | |
| 07/27/06 | 98 | $17.0300 | $ | 1,669 | | | |
| 07/27/06 | 2 | $17.0599 | $ | 34 | | | |
| 07/27/06 | 98 | $17.0599 | $ | 1,672 | | | |
| 07/27/06 | 2 | $16.9700 | $ | 34 | | | |
| 07/27/06 | 100 | $16.9700 | $ | 1,697 | | | |
| 07/27/06 | 298 | $16.9700 | $ | 5,057 | | | |
| 07/27/06 | 202 | $16.8430 | $ | 3,402 | | | |
| 07/27/06 | 231 | $16.8430 | $ | 3,891 | | | |
| 07/27/06 | 269 | $16.5667 | $ | 4,456 | | | |
| 07/27/06 | 231 | $16.5667 | $ | 3,827 | | | |
| 07/27/06 | 200 | $16.8499 | $ | 3,370 | | | |
| 07/27/06 | 69 | $16.8393 | $ | 1,162 | | | |
| 07/27/06 | 271 | $16.8393 | $ | 4,563 | | | |
| 07/27/06 | 227 | $16.8940 | $ | 3,835 | | | |
| 07/28/06 | | | | | 500 | $17.0394 | $ 0 * |
| 07/28/06 | | | | | 500 | $17.0594 | $ 0 * |
| 07/28/06 | | | | | 476 | $16.9284 | $ 0 * |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/06 | | | | | 500 | $16.6795 | | $ 0 * |
| 08/01/06 | 500 | $16.6899 | $ | 8,345 | | | | |
| 08/02/06 | | | | | 500 | $16.3717 | | $ 0 * |
| 08/02/06 | | | | | 500 | $16.4795 | | $ 0 * |
| 08/02/06 | 2 | $16.9199 | $ | 34 | | | | |
| 08/02/06 | 400 | $16.9199 | $ | 6,768 | | | | |
| 08/02/06 | 98 | $16.9199 | $ | 1,658 | | | | |
| 08/02/06 | 102 | $16.6776 | $ | 1,701 | | | | |
| 08/02/06 | 98 | $16.6776 | $ | 1,634 | | | | |
| 08/02/06 | 102 | $16.7133 | $ | 1,705 | | | | |
| 08/02/06 | 198 | $16.7133 | $ | 3,309 | | | | |
| 08/03/06 | | | | | 300 | $16.6124 | | $ 0 * |
| 08/03/06 | | | | | 100 | $16.3894 | | $ 0 * |
| 08/03/06 | | | | | 100 | $16.3195 | | $ 0 * |
| 08/03/06 | | | | | 200 | $16.3395 | | $ 0 * |
| 08/03/06 | | | | | 300 | $16.3073 | | $ 0 * |
| 08/03/06 | 102 | $16.3179 | $ | 1,664 | | | | |
| 08/03/06 | 398 | $16.3179 | $ | 6,495 | | | | |
| 08/04/06 | | | | | 500 | $16.1795 | | $ 0 * |
| 08/04/06 | | | | | 500 | $16.1295 | | $ 0 * |
| 08/04/06 | | | | | 500 | $16.1595 | | $ 0 * |
| 08/04/06 | | | | | 100 | $16.0717 | | $ 0 * |
| 08/04/06 | 102 | $16.5404 | $ | 1,687 | | | | |
| 08/04/06 | 96 | $16.5404 | $ | 1,588 | | | | |
| 08/04/06 | 302 | $16.5000 | $ | 4,983 | | | | |
| 08/04/06 | 102 | $16.2199 | $ | 1,654 | | | | |
| 08/04/06 | 200 | $16.2199 | $ | 3,244 | | | | |
| 08/04/06 | 198 | $16.2199 | $ | 3,212 | | | | |
| 08/04/06 | 200 | $16.0292 | $ | 3,206 | | | | |
| 08/04/06 | 102 | $16.0633 | $ | 1,638 | | | | |
| 08/04/06 | 198 | $16.0633 | $ | 3,181 | | | | |
| 08/08/06 | | | | | 300 | $16.2362 | | $ 0 * |
| 08/08/06 | | | | | 200 | $16.2711 | | $ 0 * |
| 08/08/06 | | | | | 300 | $16.1862 | | $ 0 * |
| 08/08/06 | | | | | 100 | $16.1196 | | $ 0 * |
| 08/08/06 | 302 | $16.1711 | $ | 4,884 | | | | |
| 08/08/06 | 198 | $16.1711 | $ | 3,202 | | | | |
| 08/08/06 | 2 | $16.1192 | $ | 32 | | | | |
| 08/08/06 | 198 | $16.1192 | $ | 3,192 | | | | |
| 08/08/06 | 102 | $16.1533 | $ | 1,648 | | | | |
| 08/08/06 | 100 | $16.1533 | $ | 1,615 | | | | |
| 08/08/06 | 98 | $16.1533 | $ | 1,583 | | | | |
| 08/16/06 | 102 | $17.8275 | $ | 1,818 | | | | |
| 08/16/06 | 98 | $17.8275 | $ | 1,747 | | | | |
| 08/16/06 | 300 | $17.6333 | $ | 5,290 | | | | |
| 08/18/06 | | | | | 24 | $18.6845 | | $ 0 * |
| 08/18/06 | | | | | 200 | $18.6845 | $ | 3,737 |
| 08/18/06 | | | | | 176 | $18.6845 | $ | 3,288 |
| 08/18/06 | | | | | 24 | $18.8207 | $ | 452 |
| 08/18/06 | | | | | 103 | $18.8207 | $ | 1,939 |
| 08/18/06 | 2 | $19.1399 | $ | 38 | | | | |
| 08/18/06 | 498 | $19.1399 | $ | 9,532 | | | | |
| 08/18/06 | 102 | $18.8399 | $ | 1,922 | | | | |
| 08/18/06 | 398 | $18.8399 | $ | 7,498 | | | | |
| 08/18/06 | 102 | $18.5199 | $ | 1,889 | | | | |
| 08/18/06 | 398 | $18.5199 | $ | 7,371 | | | | |
| 08/21/06 | | | | | 173 | $18.4416 | $ | 3,190 |
| 08/21/06 | | | | | 24 | $18.3995 | $ | 442 |
| 08/21/06 | | | | | 76 | $18.3995 | $ | 1,398 |
| 08/21/06 | | | | | 2 | $13.5100 | $ | 27 |
| 08/22/06 | 2 | $23.8500 | $ | 48 | | | | |
| 08/24/06 | | | | | 200 | $19.3995 | $ | 3,880 |
| 09/01/06 | | | | | 100 | $20.4794 | $ | 2,048 |
| 09/01/06 | | | | | 50 | $20.3930 | $ | 1,020 |

| Date | Shares | Price | | Amount | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/06/06 | | | | | 72 | $19.4994 | $ | 1,404 |
| 09/06/06 | | | | | 428 | $19.4994 | $ | 8,346 |
| 09/06/06 | | | | | 72 | $19.5216 | $ | 1,406 |
| 09/06/06 | | | | | 428 | $19.5216 | $ | 8,355 |
| 09/06/06 | 100 | $20.1899 | $ | 2,019 | | | | |
| 09/06/06 | 300 | $20.1899 | $ | 6,057 | | | | |
| 09/06/06 | 100 | $20.1899 | $ | 2,019 | | | | |
| 09/06/06 | 100 | $19.7375 | $ | 1,974 | | | | |
| 09/06/06 | 400 | $19.7375 | $ | 7,895 | | | | |
| 09/07/06 | | | | | 72 | $19.3872 | $ | 1,396 |
| 09/07/06 | | | | | 76 | $19.3872 | $ | 1,473 |
| 09/07/06 | | | | | 167 | $19.3872 | $ | 3,238 |
| 09/07/06 | | | | | 135 | $19.3872 | $ | 2,617 |
| 09/07/06 | | | | | 100 | $19.3895 | $ | 1,939 |
| 09/07/06 | | | | | 98 | $19.3995 | $ | 1,901 |
| 09/07/06 | | | | | 2 | $19.3995 | $ | 39 |
| 09/07/06 | | | | | 98 | $19.4994 | $ | 1,911 |
| 09/07/06 | | | | | 2 | $19.4994 | $ | 39 |
| 09/08/06 | | | | | 100 | $19.7494 | $ | 1,975 |
| 09/13/06 | | | | | 298 | $19.5302 | $ | 5,820 |
| 09/13/06 | | | | | 202 | $19.5302 | $ | 3,945 |
| 09/13/06 | | | | | 231 | $19.5738 | $ | 4,522 |
| 09/13/06 | | | | | 269 | $19.5738 | $ | 5,265 |
| 09/13/06 | 500 | $19.8311 | $ | 9,916 | | | | |
| 09/13/06 | 100 | $19.7599 | $ | 1,976 | | | | |
| 09/13/06 | 100 | $19.7599 | $ | 1,976 | | | | |
| 09/13/06 | 300 | $19.7599 | $ | 5,928 | | | | |
| 09/15/06 | | | | | 231 | $18.8794 | $ | 4,361 |
| 09/15/06 | | | | | 200 | $18.8794 | $ | 3,776 |
| 09/15/06 | | | | | 69 | $18.8794 | $ | 1,303 |
| 09/15/06 | | | | | 271 | $18.6148 | $ | 5,045 |
| 09/15/06 | | | | | 227 | $18.6148 | $ | 4,226 |
| 09/15/06 | | | | | 500 | $18.6148 | $ | 9,307 |
| 09/15/06 | | | | | 2 | $18.6148 | $ | 37 |
| 09/15/06 | 200 | $19.1499 | $ | 3,830 | | | | |
| 09/15/06 | 100 | $19.1499 | $ | 1,915 | | | | |
| 09/15/06 | 500 | $19.1499 | $ | 9,575 | | | | |
| 09/15/06 | 200 | $19.1499 | $ | 3,830 | | | | |
| 09/15/06 | 200 | $18.7992 | $ | 3,760 | | | | |
| 09/15/06 | 100 | $18.8333 | $ | 1,883 | | | | |
| 09/15/06 | 200 | $18.8333 | $ | 3,767 | | | | |
| 09/18/06 | | | | | 400 | $18.4265 | $ | 7,371 |
| 09/18/06 | | | | | 98 | $18.4106 | $ | 1,804 |
| 09/18/06 | | | | | 102 | $18.4106 | $ | 1,878 |
| 09/18/06 | | | | | 98 | $18.3894 | $ | 1,802 |
| 09/18/06 | | | | | 102 | $18.3894 | $ | 1,876 |
| 09/21/06 | | | | | 198 | $17.9861 | $ | 3,561 |
| 09/21/06 | | | | | 102 | $17.9861 | $ | 1,835 |
| 09/28/06 | | | | | 398 | $17.9816 | $ | 7,157 |
| 09/28/06 | | | | | 102 | $17.9816 | $ | 1,834 |
| 09/28/06 | 120 | $18.2199 | $ | 2,186 | | | | |
| 09/28/06 | 380 | $18.2199 | $ | 6,924 | | | | |
| 10/10/06 | | | | | 96 | $19.2794 | $ | 1,851 |
| 10/10/06 | | | | | 302 | $19.2794 | $ | 5,822 |
| 10/10/06 | | | | | 102 | $19.2794 | $ | 1,966 |
| 10/10/06 | 500 | $19.1834 | $ | 9,592 | | | | |
| 10/12/06 | | | | | 200 | $18.9694 | $ | 3,794 |
| 10/18/06 | | | | | 198 | $19.2294 | $ | 3,807 |
| 10/18/06 | | | | | 200 | $19.2294 | $ | 3,846 |
| 10/18/06 | | | | | 102 | $19.2294 | $ | 1,961 |
| 10/18/06 | 500 | $19.2698 | $ | 9,635 | | | | |
| 10/24/06 | 1,000 | $18.7498 | $ | 18,750 | | | | |
| 10/24/06 | 100 | $18.8199 | $ | 1,882 | | | | |
| 10/25/06 | | | | | 198 | $18.6794 | $ | 3,699 |

| Date | Shares | Price | | $ | Shares | Price | | $ |
|---|---|---|---|---|---|---|---|---|
| 10/25/06 | | | | | 302 | $18.6794 | $ | 5,641 |
| 10/26/06 | | | | | 198 | $18.7994 | $ | 3,722 |
| 10/26/06 | | | | | 2 | $18.7994 | $ | 38 |
| 10/26/06 | | | | | 198 | $18.6961 | $ | 3,702 |
| 10/26/06 | | | | | 102 | $18.6961 | $ | 1,907 |
| 10/27/06 | | | | | 100 | $18.4795 | $ | 1,848 |
| 10/30/06 | | | | | 98 | $18.5294 | $ | 1,816 |
| 10/30/06 | | | | | 102 | $18.5294 | $ | 1,890 |
| 10/30/06 | | | | | 98 | $18.5594 | $ | 1,819 |
| 10/30/06 | | | | | 300 | $18.5594 | $ | 5,568 |
| 10/30/06 | | | | | 2 | $18.5594 | $ | 37 |
| 11/03/06 | | | | | 498 | $17.5829 | $ | 8,756 |
| 11/03/06 | | | | | 102 | $17.5829 | $ | 1,793 |
| 11/03/06 | 400 | $17.5749 | $ | 7,030 | | | | |
| 11/14/06 | | | | | 398 | $19.7294 | $ | 7,852 |
| 11/14/06 | | | | | 102 | $19.7294 | $ | 2,012 |
| 11/14/06 | | | | | 398 | $19.7794 | $ | 7,872 |
| 11/14/06 | | | | | 2 | $19.7794 | $ | 40 |
| 11/14/06 | | | | | 100 | $19.7794 | $ | 1,978 |
| 11/14/06 | 500 | $19.6399 | $ | 9,820 | | | | |
| 11/14/06 | 500 | $19.4199 | $ | 9,710 | | | | |
| 11/15/06 | 500 | $20.1898 | $ | 10,095 | | | | |
| 11/20/06 | | | | | 300 | $19.6760 | $ | 5,903 |
| 11/20/06 | | | | | 100 | $19.7494 | $ | 1,975 |
| 11/20/06 | | | | | 100 | $19.7494 | $ | 1,975 |
| 11/20/06 | 300 | $19.7532 | $ | 5,926 | | | | |
| 11/20/06 | 200 | $19.7200 | $ | 3,944 | | | | |
| 11/21/06 | | | | | 400 | $19.7294 | $ | 7,892 |
| 11/21/06 | | | | | 500 | $19.7294 | $ | 9,865 |
| 11/21/06 | | | | | 100 | $19.7294 | $ | 1,973 |
| 11/21/06 | 500 | $19.9299 | $ | 9,965 | | | | |
| 11/21/06 | 500 | $19.8099 | $ | 9,905 | | | | |
| 11/28/06 | | | | | 100 | $18.9495 | $ | 1,895 |
| 11/29/06 | | | | | 300 | $19.4994 | $ | 5,850 |
| 11/29/06 | | | | | 200 | $19.4994 | $ | 3,900 |
| 11/29/06 | | | | | 100 | $19.4794 | $ | 1,948 |
| 11/29/06 | 500 | $19.1599 | $ | 9,580 | | | | |
| 11/30/06 | | | | | 500 | $19.1895 | $ | 9,595 |
| 11/30/06 | | | | | 200 | $19.1895 | $ | 3,838 |
| 11/30/06 | | | | | 200 | $19.1895 | $ | 3,838 |
| 11/30/06 | | | | | 100 | $19.1895 | $ | 1,919 |
| 11/30/06 | 500 | $19.5799 | $ | 9,790 | | | | |
| 11/30/06 | 500 | $19.3999 | $ | 9,700 | | | | |
| **TOTAL** | | | **$** | **408,009** | | | **$** | **281,585** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (126,423)

Less Settle-Out Value** of 7,700 shares held at End of Class Period = $ 27,732

TOTAL LOSS = $ (98,692)

---

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 12,900 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Frank Petronis A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|---|---|---|---|---|---|---|
| 11/01/06 | | | | 100 | $17.8394 | $ 0 * |
| 11/01/06 | | | | 400 | $17.8395 | $ 0 * |
| 11/01/06 | | | | 500 | $17.8194 | $ 0 * |
| 11/01/06 | 200 | $18.5699 | $ 3,714 | | | |
| 11/01/06 | 200 | $18.5700 | $ 3,714 | | | |
| 11/01/06 | 600 | $18.3499 | $ 11,010 | | | |
| 11/01/06 | 1,000 | $18.3500 | $ 18,350 | | | |
| 11/01/06 | 500 | $18.3100 | $ 9,155 | | | |
| 11/02/06 | | | | 500 | $18.0095 | $ 0 * |
| 11/02/06 | | | | 500 | $18.0395 | $ 0 * |
| 11/02/06 | | | | 500 | $18.0694 | $ 0 * |
| 11/02/06 | | | | 700 | $17.9795 | $ 0 * |
| 11/02/06 | 100 | $17.7400 | $ 1,774 | | | |
| 11/02/06 | 300 | $17.7500 | $ 5,325 | | | |
| 11/02/06 | 100 | $17.7500 | $ 1,775 | | | |
| 11/02/06 | 383 | $17.7200 | $ 6,787 | | | |
| 11/02/06 | 117 | $17.6600 | $ 2,066 | | | |
| 11/03/06 | | | | 300 | $17.9095 | $ 0 * |
| 11/03/06 | | | | 500 | $17.5595 | $ 0 * |
| 11/03/06 | | | | 300 | $17.5995 | $ 0 * |
| 11/03/06 | 500 | $17.6499 | $ 8,825 | | | |
| 11/03/06 | 500 | $17.5499 | $ 8,775 | | | |
| 11/06/06 | | | | 493 | $17.3494 | $ 0 * |
| 11/06/06 | | | | 507 | $17.3495 | $ 0 * |
| 11/06/06 | | | | 700 | $17.2394 | $ 0 * |
| 11/06/06 | | | | 300 | $17.2294 | $ 0 * |
| 11/06/06 | | | | 500 | $17.2294 | $ 0 * |
| 11/06/06 | 500 | $17.1399 | $ 8,570 | | | |
| 11/06/06 | 300 | $17.1400 | $ 5,142 | | | |
| 11/06/06 | 400 | $17.2400 | $ 6,896 | | | |
| 11/06/06 | 100 | $17.1600 | $ 1,716 | | | |
| 11/07/06 | | | | 500 | $17.8695 | $ 0 * |
| 11/07/06 | | | | 500 | $17.8895 | $ 0 * |
| 11/14/06 | | | | 500 | $19.4794 | $ 0 * |
| 11/14/06 | | | | 500 | $19.5594 | $ 0 * |
| 11/14/06 | 1,000 | $19.5199 | $ 19,520 | | | |
| 11/14/06 | 500 | $19.3999 | $ 9,700 | | | |
| 11/14/06 | 500 | $19.2999 | $ 9,650 | | | |
| 11/16/06 | | | | 100 | $19.9693 | $ 0 * |
| 11/16/06 | 800 | $20.1699 | $ 16,136 | | | |
| 11/16/06 | 200 | $20.1499 | $ 4,030 | | | |
| 11/16/06 | 650 | $20.1499 | $ 13,097 | | | |
| 11/16/06 | 150 | $20.1499 | $ 3,022 | | | |
| 11/16/06 | 300 | $20.1500 | $ 6,045 | | | |
| 11/17/06 | | | | 1,000 | $19.8794 | $ 0 * |
| 11/21/06 | | | | 500 | $19.7394 | $ 0 * |
| 11/21/06 | 137 | $19.9399 | $ 2,732 | | | |
| 11/21/06 | 500 | $19.9200 | $ 9,960 | | | |
| 11/21/06 | 863 | $19.9100 | $ 17,182 | | | |
| 11/22/06 | | | | 1,000 | $19.5594 | $ 0 * |
| 11/22/06 | | | | 1,000 | $19.5594 | $ 0 * |
| 11/22/06 | | | | 500 | $19.5395 | $ 0 * |
| 11/22/06 | 50 | $19.5900 | $ 980 | | | |
| 11/22/06 | 550 | $19.5900 | $ 10,775 | | | |
| 11/22/06 | 489 | $19.4400 | $ 9,506 | | | |
| 11/22/06 | 400 | $19.4700 | $ 7,788 | | | |
| 11/22/06 | 11 | $19.5300 | $ 215 | | | |
| **TOTAL** | | | **$ 243,931** | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (243,931)

Less Settle-Out Value** of 53,675 shares held at End of Class Period = $ 46,459

TOTAL LOSS = $ (197,472)

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 17,000 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Patricia Petronis A/C #2 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|------|
| 01/19/06 | 200 | $15.8797 | $ | 3,176 | | | |
| 01/19/06 | 50 | $16.4390 | $ | 822 | | | |
| 02/15/06 | 165 | $18.2448 | $ | 3,010 | | | |
| 02/15/06 | 100 | $18.2449 | $ | 1,824 | | | |
| 02/15/06 | 100 | $18.2449 | $ | 1,824 | | | |
| 02/15/06 | 35 | $18.2448 | $ | 639 | | | |
| 02/15/06 | 75 | $18.0498 | $ | 1,354 | | | |
| 02/15/06 | 100 | $18.0499 | $ | 1,805 | | | |
| 02/15/06 | 400 | $18.0499 | $ | 7,220 | | | |
| 02/15/06 | 25 | $18.0500 | $ | 451 | | | |
| 03/23/06 | 100 | $15.9548 | $ | 1,595 | | | |
| 03/23/06 | 100 | $15.9549 | $ | 1,595 | | | |
| 03/23/06 | 100 | $15.9749 | $ | 1,597 | | | |
| 03/23/06 | 100 | $15.9749 | $ | 1,597 | | | |
| 05/23/06 | 200 | $15.2431 | $ | 3,049 | | | |
| 05/23/06 | 25 | $15.2632 | $ | 382 | | | |
| 08/22/06 | | | | | 475 | $18.0500 | $ 0 * |
| **TOTAL** | | | **$** | **31,942** | | | **$        -** |

Excess of Cost of Purchases Over Proceeds from Sales = $     (31,942)

Less Settle-Out Value** of 1,875 shares held at End of Class Period = $     6,753

TOTAL LOSS = $     (25,189)

\* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 2,900 shares purchased at earlier dates.)
\*\* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Frank Petronis A/C #2 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 07/27/06 |     |           |           | 100 | $16.7000 | $ 0 * |
| 07/27/06 |     |           |           | 500 | $16.6000 | $ 0 * |
| 07/27/06 |     |           |           | 400 | $16.5500 | $ 0 * |
| 07/27/06 |     |           |           | 100 | $16.5500 | $ 0 * |
| 07/27/06 | 500 | $16.5468 | $   8,273 |     |           |       |
| 07/27/06 | 33  | $16.8200 | $     555 |     |           |       |
| 07/27/06 | 100 | $16.8200 | $   1,682 |     |           |       |
| 07/27/06 | 200 | $16.8200 | $   3,364 |     |           |       |
| 07/27/06 | 100 | $16.8200 | $   1,682 |     |           |       |
| 07/27/06 | 100 | $16.8500 | $   1,685 |     |           |       |
| 07/27/06 | 27  | $16.8500 | $     455 |     |           |       |
| **TOTAL** |   |           | **$  17,696** |   |           | **$        -** |

Excess of Cost of Purchases Over Proceeds from Sales = $    (17,696)

Less Settle-Out Value** of 1,060 shares held at End of Class Period = $    3,818

TOTAL LOSS = $    (13,879)

---

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 12,040 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Frank Petronis A/C #3 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 07/27/06 | 100 | $16.8500 | $ 1,685 | | | |
| 07/27/06 | 270 | $16.8100 | $ 4,539 | | | |
| 07/27/06 | 70 | $16.8100 | $ 1,177 | | | |
| 07/27/06 | 200 | $16.8000 | $ 3,360 | | | |
| 07/27/06 | 200 | $16.9700 | $ 3,394 | | | |
| 07/27/06 | 200 | $16.9700 | $ 3,394 | | | |
| 07/27/06 | 100 | $16.9600 | $ 1,696 | | | |
| 07/27/06 | 133 | $17.0300 | $ 2,265 | | | |
| 07/27/06 | 33 | $17.0300 | $ 562 | | | |
| 07/27/06 | 67 | $17.0300 | $ 1,141 | | | |
| 07/27/06 | 100 | $17.0300 | $ 1,703 | | | |
| 07/27/06 | 167 | $17.0000 | $ 2,839 | | | |
| 08/22/06 | | | | 200 | $18.8300 | $ 0 * |
| 08/23/06 | 200 | $19.1600 | $ 3,832 | | | |
| 08/23/06 | 300 | $19.1600 | $ 5,748 | | | |
| 08/23/06 | 500 | $19.2200 | $ 9,610 | | | |
| 08/23/06 | 200 | $19.2199 | $ 3,844 | | | |
| 08/23/06 | 300 | $19.2199 | $ 5,766 | | | |
| 08/23/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 08/24/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 08/24/06 | 400 | $19.1000 | $ 7,640 | | | |
| 08/24/06 | 100 | $19.1000 | $ 1,910 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0700 | $ 1,907 | | | |
| 08/24/06 | 100 | $19.0600 | $ 1,906 | | | |
| 08/24/06 | 100 | $19.0600 | $ 1,906 | | | |
| 08/24/06 | 100 | $19.0600 | $ 1,906 | | | |
| 08/24/06 | 200 | $19.1300 | $ 3,826 | | | |
| 08/24/06 | 200 | $19.1300 | $ 3,826 | | | |
| 08/24/06 | 200 | $19.1300 | $ 3,826 | | | |
| 08/24/06 | 200 | $19.1300 | $ 3,826 | | | |
| 08/24/06 | 100 | $19.1300 | $ 1,913 | | | |
| 08/24/06 | 100 | $19.1300 | $ 1,913 | | | |
| 10/13/06 | | | | 78 | $19.2900 | $ 0 * |
| 10/13/06 | | | | 22 | $19.2900 | $ 0 * |
| 10/13/06 | | | | 900 | $19.2900 | $ 0 * |
| 10/13/06 | | | | 1,000 | $19.2936 | $ 0 * |
| 10/13/06 | | | | 1,000 | $19.2710 | $ 0 * |
| 10/13/06 | 500 | $19.2000 | $ 9,600 | | | |
| 10/13/06 | 34 | $19.1600 | $ 651 | | | |
| 10/13/06 | 366 | $19.1600 | $ 7,013 | | | |
| 10/13/06 | 100 | $19.1600 | $ 1,916 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/13/06 | 558 | $19.2376 | $ | 10,735 | | |
| 10/13/06 | 442 | $19.2500 | $ | 8,509 | | |
| **TOTAL** | | | **$** | **167,724** | **$** | **-** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (167,724)

Less Settle-Out Value** of 9,640 shares held at End of Class Period = $ 34,718

TOTAL LOSS = $ (133,006)

---

\* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 25,000 shares purchased at earlier dates.)
\*\* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Frank Petronis A/C #4 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/05/06 | 241 | $7.5085 | $ 1,810 | | | |
| 01/05/06 | 259 | $7.5085 | $ 1,945 | | | |
| 01/05/06 | 400 | $7.5085 | $ 3,003 | | | |
| 01/05/06 | 500 | $7.5085 | $ 3,754 | | | |
| 01/05/06 | 600 | $7.5085 | $ 4,505 | | | |
| 01/06/06 | 2,900 | $7.5058 | $ 21,767 | | | |
| 01/09/06 | 3,100 | $7.5054 | $ 23,267 | | | |
| 01/10/06 | 700 | $7.5242 | $ 5,267 | | | |
| 01/10/06 | 967 | $14.1468 | $ 13,680 | | | |
| 01/10/06 | 1,000 | $14.6070 | $ 14,607 | | | |
| 01/10/06 | 2,000 | $7.5085 | $ 15,017 | | | |
| 01/13/06 | 3,000 | $7.5056 | $ 22,517 | | | |
| 01/17/06 | 100 | $15.2500 | $ 1,525 | | | |
| 01/17/06 | 1,000 | $14.9470 | $ 14,947 | | | |
| 01/20/06 | 200 | $15.8700 | $ 3,174 | | | |
| 01/20/06 | 533 | $15.8690 | $ 8,458 | | | |
| 01/24/06 | | | | 241 | $15.0804 | $ 3,634 |
| 01/24/06 | | | | 259 | $15.0695 | $ 3,903 |
| 01/24/06 | | | | 400 | $15.1221 | $ 6,049 |
| 01/24/06 | | | | 500 | $15.0365 | $ 7,518 |
| **TOTAL** | | | **$ 159,242** | | | **$ 21,104** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (138,138)

Less Settle-Out Value* of 16,100 shares held at End of Class Period = $ 57,984

TOTAL LOSS = $ (80,154)

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

Frank Petronis A/C #5 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|---|---|---|---|---|---|---|
| 10/31/06 | | | | 3,000 | $12.4000 | $ 0 * |
| 10/31/06 | 1,000 | $18.6000 | $   18,600 | | | |
| **TOTAL** | | | **$   18,600** | | | **$         -** |

Excess of Cost of Purchases Over Proceeds from Sales = $    (18,600)

Less Settle-Out Value** of 1,000 shares held at End of Class Period = $     3,602

TOTAL LOSS = $    (14,999)

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 3,000 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Frank Petronis A/C #6 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/06/06 | 1,000 | $7.5170 | $ 7,517 | | | |
| 01/09/06 | 400 | $13.6374 | $ 5,455 | | | |
| 01/30/06 | 600 | $7.5283 | $ 4,517 | | | |
| 02/01/06 | 1,000 | $12.5170 | $ 12,517 | | | |
| 02/02/06 | 400 | $16.7175 | $ 6,687 | | | |
| **TOTAL** | | | $ 36,693 | | | $        - |

Excess of Cost of Purchases Over Proceeds from Sales = $    (36,693)

Less Settle-Out Value* of 3,400 shares held at End of Class Period = $    12,245

TOTAL LOSS = $    (24,448)

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Exhibit B**

# NUVELO, INC.
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Todd A. and Amy Stephens ("Plaintiffs"), duly swear and say, as to the claims asserted under the federal securities laws, that:

1.     Plaintiffs have reviewed a complaint against Nuvelo, Inc. and certain of its officers, and Plaintiffs approve of its contents, and authorize their selected counsel, Berger & Montague, P.C. to file a complaint and/or lead plaintiff papers on their behalf.

2.     Plaintiffs did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3.     Plaintiffs are willing to serve as representative plaintiffs on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiffs' transactions in the securities of Nuvelo, Inc. between and including January 5, 2006 through December 8, 2006, inclusive (the "Class Period"), are as follows:

| Securities Purchased/Sold | Date of Purchase/Sale | Price per Security |
|---|---|---|

*See* attached schedule

5.     Plaintiffs have not sought to serve as class representatives in any other action filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed.

6.     Plaintiffs have not accepted and will not accept any payment for serving as representative plaintiffs on behalf of the class beyond their pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13 day of March , 2007.

By:     _Todd A Stephens_
        Todd A. Stephens

By:     _Amy A Stephens_
        Amy A. Stephens
        1901 Hamilton Street
        Allentown, PA 18104
        Tel. (610) 432-4155

413507_03.wpd

**Todd Stephens A/C #1 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| ZZCAW | 03/21/06 | | | | 10 | $4.1000 | $ 0 * |
| CDQGD | 03/21/06 | 10 | $1.1500 | $ 1,150 | | | |
| CDQDC | 03/21/06 | 10 | $2.4500 | $ 2,450 | | | |
| CDQGD | 03/21/06 | 10 | $1.1500 | $ 1,150 | | | |
| CDQJD | 03/21/06 | 10 | $1.9000 | $ 1,900 | | | |
| CDQJD | 03/21/06 | 10 | $1.9000 | $ 1,900 | | | |
| ZZCAW | 03/24/06 | | | | 25 | $3.4000 | $ 0 * |
| CDQEC | 03/28/06 | 5 | $2.0500 | $ 1,025 | | | |
| CDQEC | 04/06/06 | 10 | $3.2000 | $ 3,200 | | | |
| CDQGW | 04/06/06 | 10 | $2.1000 | $ 2,100 | | | |
| CDQDC | 04/06/06 | | | | 10 | $2.9500 | $ 2,950 |
| CDQGW | 04/17/06 | 5 | $1.4500 | $ 725 | | | |
| CDQGW | 04/17/06 | 5 | $1.4500 | $ 725 | | | |
| ZZCAW | 04/19/06 | | | | 10 | $4.1000 | $ 0 * |
| ZZCAW | 04/20/06 | | | | 25 | $4.0000 | $ 0 * |
| ZZCAW | 04/20/06 | | | | 10 | $4.0000 | $ 0 * |
| ZZCAW | 04/21/06 | | | | 5 | $3.9000 | $ 0 * |
| CDQGC | 04/21/06 | 10 | $3.6000 | $ 3,600 | | | |
| CDQGV | 04/27/06 | 5 | $4.6000 | $ 2,300 | | | |
| CDQJD | 04/27/06 | 20 | $1.4500 | $ 2,900 | | | |
| CDQFC | 04/27/06 | 10 | $2.4500 | $ 2,450 | | | |
| ZZCAW | 04/27/06 | | | | 5 | $3.4000 | $ 1,700 |
| ZZCAW | 04/27/06 | | | | 5 | $3.4000 | $ 1,700 |
| ZZCAW | 04/27/06 | | | | 5 | $3.5000 | $ 1,750 |
| CDQGV | 04/28/06 | 20 | $4.4000 | $ 8,800 | | | |
| CDQFC | 05/01/06 | 10 | $2.1500 | $ 2,150 | | | |
| ZZCAW | 05/04/06 | 5 | $3.2000 | $ 1,600 | | | |
| CDQEC | 05/04/06 | | | | 5 | $1.2000 | $ 600 |
| CDQGV | 05/05/06 | 5 | $5.2000 | $ 2,600 | | | |
| CDQEC | 05/05/06 | | | | 10 | $1.4000 | $ 1,400 |
| CDQGW | 05/05/06 | | | | 10 | $1.4500 | $ 1,450 |
| CDQGW | 05/05/06 | | | | 5 | $1.6000 | $ 800 |
| CDQFC | 05/05/06 | | | | 10 | $2.0000 | $ 2,000 |
| CDQFC | 05/05/06 | | | | 10 | $2.5000 | $ 2,500 |
| CDQGV | 05/08/06 | 10 | $4.8000 | $ 4,800 | | | |
| CDQGV | 05/08/06 | 5 | $4.8000 | $ 2,400 | | | |
| CDQGW | 05/08/06 | | | | 5 | $1.2500 | $ 625 |
| CDQGW | 05/08/06 | | | | 5 | $1.2500 | $ 625 |
| CDQGV | 05/09/06 | 5 | $4.6000 | $ 2,300 | | | |
| ZZCAW | 05/09/06 | 5 | $3.7000 | $ 1,850 | | | |
| ZZCAW | 05/11/06 | | | | 5 | $3.5000 | $ 1,750 |
| ZZCAW | 05/12/06 | 5 | $3.3000 | $ 1,650 | | | |
| ZZCAW | 05/12/06 | 5 | $3.3000 | $ 1,650 | | | |
| CDQAW | 05/19/06 | 20 | $2.7500 | $ 5,500 | | | |
| CDQAW | 05/19/06 | 10 | $2.6500 | $ 2,650 | | | |
| CDQGW | 05/19/06 | 20 | $0.5000 | $ 1,000 | | | |
| CDQGW | 05/19/06 | 5 | $0.5000 | $ 250 | | | |
| CDQAW | 05/19/06 | 5 | $2.9500 | $ 1,475 | | | |
| CDQAW | 05/19/06 | 5 | $2.8000 | $ 1,400 | | | |
| CDQAW | 05/19/06 | 5 | $2.8000 | $ 1,400 | | | |
| LWVAW | 05/19/06 | | | | 9 | $4.3000 | $ 3,870 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LWVAW | 05/19/06 | | | | | 1 | $4.3000 | $ | 430 |
| LWVAW | 05/19/06 | | | | | 4 | $4.5000 | $ | 1,800 |
| LWVAW | 05/19/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| LWVAW | 05/19/06 | | | | | 1 | $4.5000 | $ | 450 |
| LWVAW | 05/22/06 | | | | | 4 | $4.3000 | $ | 1,720 |
| CDQGC | 05/31/06 | | | | | 10 | $2.1500 | $ | 2,150 |
| ZZCAD | 05/31/06 | | | | | 5 | $5.9000 | $ | 2,950 |
| ZZCAD | 05/31/06 | | | | | 10 | $5.9000 | $ | 5,900 |
| ZZCAD | 05/31/06 | | | | | 5 | $5.7000 | $ | 2,850 |
| LWVAW | 06/02/06 | 9 | $6.0000 | $ | 5,400 | | | | |
| LWVAW | 06/02/06 | 1 | $6.0000 | $ | 600 | | | | |
| LWVAW | 06/02/06 | 4 | $6.0000 | $ | 2,400 | | | | |
| CDQGD | 06/02/06 | | | | | 10 | $0.3000 | $ | 300 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.1000 | $ | 3,050 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.1000 | $ | 3,050 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.0000 | $ | 3,000 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.0000 | $ | 3,000 |
| ZZCAD | 06/02/06 | | | | | 10 | $6.0000 | $ | 6,000 |
| CDQAW | 06/05/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQJV | 06/09/06 | 10 | $5.0000 | $ | 5,000 | | | | |
| CDQAW | 06/09/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| CDQAW | 06/09/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| LWVAW | 06/09/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| LWVAW | 06/16/06 | 5 | $4.7000 | $ | 2,350 | | | | |
| ZZCAW | 06/16/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| ZZCAW | 06/16/06 | | | | | 1 | $5.4000 | $ | 540 |
| ZZCAW | 06/16/06 | | | | | 2 | $5.4000 | $ | 1,080 |
| ZZCAD | 06/21/06 | | | | | 5 | $4.4000 | $ | 2,200 |
| ZZCAD | 06/23/06 | 5 | $4.6000 | $ | 2,300 | | | | |
| ZZCAW | 06/23/06 | | | | | 5 | $5.2000 | $ | 2,600 |
| CDQHV | 07/06/06 | 10 | $4.9000 | $ | 4,900 | | | | |
| ZZCAD | 07/07/06 | | | | | 20 | $5.2000 | | $ 0 ** |
| CDQAW | 07/07/06 | 20 | $3.2000 | $ | 6,400 | | | | |
| LWVAW | 07/07/06 | 1 | $5.5000 | $ | 550 | | | | |
| LWVAW | 07/07/06 | 4 | $5.5000 | $ | 2,200 | | | | |
| LWVAW | 07/07/06 | 5 | $5.5000 | $ | 2,750 | | | | |
| ZZCAD | 07/12/06 | | | | | 10 | $5.0000 | | $ 0 ** |
| CDQAW | 07/12/06 | 10 | $3.0000 | $ | 3,000 | | | | |
| CDQJV | 07/12/06 | 10 | $5.1000 | $ | 5,100 | | | | |
| ZZCAD | 07/14/06 | | | | | 10 | $4.0000 | | $ 0 ** |
| CDQJC | 07/14/06 | | | | | 10 | $2.1000 | $ | 2,100 |
| CDQJW | 07/19/06 | | | | | 10 | $1.5000 | $ | 1,500 |
| CDQHC | 07/20/06 | 9 | $2.2000 | $ | 1,980 | | | | |
| CDQHC | 07/20/06 | 6 | $2.2000 | $ | 1,320 | | | | |
| ZZCAW | 07/21/06 | | | | | 2 | $5.5000 | $ | 1,100 |
| ZZCAW | 07/21/06 | | | | | 5 | $5.5000 | $ | 2,750 |
| ZZCAW | 07/27/06 | | | | | 10 | $5.4000 | | $ 0 ** |
| CDQAW | 07/27/06 | 30 | $2.7000 | $ | 8,100 | | | | |
| CDQJV | 07/27/06 | 10 | $4.8000 | $ | 4,800 | | | | |
| ZZCAW | 07/27/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| CDQJC | 07/28/06 | 10 | $2.8000 | $ | 2,800 | | | | |
| CDQJW | 07/28/06 | | | | | 10 | $1.4500 | $ | 1,450 |
| ZZCAD | 08/03/06 | | | | | 10 | $4.5000 | | $ 0 ** |
| CDQIC | 08/03/06 | 7 | $2.1500 | $ | 1,505 | | | | |
| ZZCAD | 08/04/06 | | | | | 10 | $4.1000 | | $ 0 ** |
| CDQJW | 08/04/06 | 10 | $1.0000 | $ | 1,000 | | | | |

| Symbol | Date | Qty | Price | Amount | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|
| CDQJW | 08/04/06 | 10 | $1.0000 | $ 1,000 | | | |
| CDQIC | 08/14/06 | 3 | $2.0500 | $ 615 | | | |
| CDQIC | 08/14/06 | 10 | $2.0500 | $ 2,050 | | | |
| CDQIC | 08/15/06 | 10 | $2.3500 | $ 2,350 | | | |
| CDQIC | 08/15/06 | 10 | $2.3500 | $ 2,350 | | | |
| CDQHC | 08/15/06 | | | | 9 | $2.0000 | $ 1,800 |
| CDQHC | 08/15/06 | | | | 6 | $2.0500 | $ 1,230 |
| CDQHV | 08/15/06 | | | | 10 | $4.5000 | $ 4,500 |
| CDQAW | 08/16/06 | | | | 5 | $2.7000 | $ 1,350 |
| CDQIW | 08/16/06 | | | | 10 | $1.1000 | $ 1,100 |
| CDQIW | 08/16/06 | | | | 10 | $1.1000 | $ 1,100 |
| CDQJV | 08/17/06 | 10 | $6.3000 | $ 6,300 | | | |
| CDQJV | 08/17/06 | 10 | $6.4000 | $ 6,400 | | | |
| CDQIC | 08/17/06 | | | | 7 | $3.7000 | $ 2,590 |
| CDQIC | 08/17/06 | | | | 3 | $3.7000 | $ 1,110 |
| CDQJW | 08/17/06 | | | | 10 | $2.1000 | $ 2,100 |
| CDQJW | 08/17/06 | | | | 10 | $2.1500 | $ 2,150 |
| ZZCAW | 08/18/06 | | | | 10 | $6.5000 | $ 0 ** |
| ZZCAD | 08/18/06 | 10 | $5.7000 | $ 5,700 | | | |
| ZZCAD | 08/18/06 | 5 | $5.6000 | $ 2,800 | | | |
| ZZCAD | 08/18/06 | 5 | $5.6000 | $ 2,800 | | | |
| CDQIC | 08/18/06 | 5 | $3.8000 | $ 1,900 | | | |
| CDQIC | 08/18/06 | 5 | $3.8000 | $ 1,900 | | | |
| CDQIC | 08/18/06 | 10 | $3.8000 | $ 3,800 | | | |
| CDQJW | 08/18/06 | | | | 10 | $2.1000 | $ 2,100 |
| CDQIW | 08/18/06 | | | | 10 | $1.6000 | $ 1,600 |
| ZZCAW | 08/22/06 | | | | 5 | $7.2000 | $ 0 ** |
| ZZCAW | 08/22/06 | | | | 5 | $7.3000 | $ 0 ** |
| ZZCAW | 08/22/06 | 5 | $7.3000 | $ 3,650 | | | |
| CDQJW | 08/22/06 | 10 | $2.8000 | $ 2,800 | | | |
| CDQJD | 08/22/06 | | | | 10 | $1.3500 | $ 1,350 |
| ZZCAW | 08/23/06 | | | | 5 | $6.8000 | $ 0 ** |
| CDQDC | 08/23/06 | 10 | $6.1000 | $ 6,100 | | | |
| CDQDD | 08/23/06 | | | | 5 | $3.3000 | $ 1,650 |
| CDQDD | 08/23/06 | | | | 5 | $3.3000 | $ 1,650 |
| CDQIW | 08/24/06 | 10 | $2.1000 | $ 2,100 | | | |
| ZZCAD | 08/25/06 | 5 | $6.2000 | $ 3,100 | | | |
| ZZCAD | 08/25/06 | 5 | $6.2000 | $ 3,100 | | | |
| CDQJW | 08/25/06 | 10 | $3.1000 | $ 3,100 | | | |
| CDQJD | 08/25/06 | | | | 10 | $1.4500 | $ 1,450 |
| CDQDX | 08/25/06 | | | | 10 | $2.6000 | $ 2,600 |
| CDQJC | 08/28/06 | 5 | $5.3000 | $ 2,650 | | | |
| CDQJD | 08/29/06 | 15 | $1.6000 | $ 2,400 | | | |
| CDQJW | 08/29/06 | 10 | $3.5000 | $ 3,500 | | | |
| CDQIC | 08/29/06 | | | | 10 | $5.5000 | $ 5,500 |
| ZZCAX | 08/31/06 | | | | 5 | $5.6000 | $ 0 ** |
| ZZCAX | 08/31/06 | | | | 5 | $5.6000 | $ 0 ** |
| ZZCAX | 08/31/06 | | | | 10 | $5.7000 | $ 0 ** |
| CDQAW | 08/31/06 | 5 | $4.7000 | $ 2,350 | | | |
| ZZCAW | 08/31/06 | 1 | $8.5000 | $ 850 | | | |
| ZZCAW | 08/31/06 | 2 | $8.4000 | $ 1,680 | | | |
| ZZCAW | 08/31/06 | 5 | $8.4000 | $ 4,200 | | | |
| ZZCAW | 08/31/06 | 2 | $8.4000 | $ 1,680 | | | |
| CDQJC | 08/31/06 | 7 | $6.1000 | $ 4,270 | | | |
| CDQJC | 08/31/06 | 3 | $6.1000 | $ 1,830 | | | |
| CDQIC | 08/31/06 | | | | 10 | $5.5000 | $ 5,500 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CDQIC | 08/31/06 | | | | | 10 | $5.8000 | $ | 5,800 |
| CDQIC | 08/31/06 | | | | | 5 | $5.8000 | $ | 2,900 |
| CDQIW | 09/01/06 | 10 | $3.3000 | $ | 3,300 | | | | |
| CDQIW | 09/01/06 | 10 | $3.3000 | $ | 3,300 | | | | |
| CDQJC | 09/01/06 | 5 | $5.8000 | $ | 2,900 | | | | |
| CDQDX | 09/01/06 | | | | | 10 | $3.0000 | $ | 3,000 |
| CDQJD | 09/08/06 | 5 | $1.1000 | $ | 550 | | | | |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQIC | 09/08/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQDX | 09/11/06 | 10 | $2.5000 | $ | 2,500 | | | | |
| ZZCAD | 09/14/06 | 5 | $6.0000 | $ | 3,000 | | | | |
| ZZCAD | 09/18/06 | | | | | 10 | $5.4000 | | $ 0 ** |
| ZZCAX | 09/21/06 | | | | | 5 | $4.0000 | | $ 0 ** |
| ZZCAW | 09/22/06 | | | | | 5 | $5.8000 | | $ 0 ** |
| ZZCAW | 09/22/06 | | | | | 5 | $5.9000 | | $ 0 ** |
| ZZCAX | 09/22/06 | 5 | $4.2000 | $ | 2,100 | | | | |
| CDQDX | 09/22/06 | 10 | $1.8000 | $ | 1,800 | | | | |
| ZZCAX | 09/26/06 | | | | | 5 | $4.1000 | | $ 0 ** |
| CDQJC | 09/26/06 | 2 | $3.2000 | $ | 640 | | | | |
| ZZCAX | 10/04/06 | | | | | 10 | $4.2000 | | $ 0 ** |
| CDQJC | 10/04/06 | | | | | 5 | $3.4000 | $ | 1,700 |
| CDQJC | 10/04/06 | | | | | 7 | $3.4000 | $ | 2,380 |
| CDQKC | 10/05/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQKC | 10/05/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQJC | 10/09/06 | | | | | 3 | $4.5000 | $ | 1,350 |
| CDQJC | 10/09/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQJC | 10/09/06 | | | | | 2 | $4.5000 | $ | 900 |
| ZZCAD | 10/10/06 | | | | | 10 | $5.8000 | | $ 0 ** |
| CDQKC | 10/10/06 | 5 | $4.9000 | $ | 2,450 | | | | |
| CDQKC | 10/10/06 | 5 | $4.9000 | $ | 2,450 | | | | |
| CDQKC | 10/10/06 | 10 | $4.5000 | $ | 4,500 | | | | |
| ZZCAX | 10/13/06 | | | | | 5 | $4.9000 | $ | 2,450 |
| ZZCAD | 10/13/06 | | | | | 5 | $5.8000 | | $ 0 ** |
| CDQDD | 10/24/06 | 5 | $3.3000 | $ | 1,650 | | | | |
| CDQDX | 10/30/06 | | | | | 5 | $2.1500 | | $ 0 * |
| ZZCAD | 11/03/06 | 10 | $5.1000 | $ | 5,100 | | | | |
| ZZCAD | 11/03/06 | 5 | $5.0000 | $ | 2,500 | | | | |
| ZZCAW | 11/06/06 | 5 | $6.1000 | $ | 3,050 | | | | |
| ZZCAW | 11/06/06 | 5 | $6.1000 | $ | 3,050 | | | | |
| CDQKC | 11/06/06 | | | | | 10 | $2.4000 | $ | 2,400 |
| CDQLC | 11/08/06 | 10 | $3.2000 | $ | 3,200 | | | | |
| CDQLC | 11/09/06 | 10 | $3.5000 | $ | 3,500 | | | | |
| CDQKC | 11/09/06 | | | | | 10 | $3.0000 | $ | 3,000 |
| CDQKC | 11/09/06 | | | | | 5 | $3.0000 | $ | 1,500 |
| CDQKC | 11/10/06 | | | | | 5 | $3.1000 | $ | 1,550 |
| CDQKC | 11/10/06 | | | | | 10 | $3.1000 | $ | 3,100 |
| CDQLC | 11/13/06 | 5 | $4.7000 | $ | 2,350 | | | | |
| CDQAC | 11/16/06 | 10 | $5.9000 | $ | 5,900 | | | | |
| CDQDX | 12/08/06 | | | | | 5 | $2.2000 | | $ 0 * |
| CDQAV | 12/08/06 | 10 | $7.8000 | $ | 7,800 | | | | |
| CDQDD | 12/08/06 | 5 | $3.6000 | $ | 1,800 | | | | |
| CDQLC | 12/08/06 | | | | | 10 | $4.4000 | $ | 4,400 |
| CDQLC | 12/08/06 | | | | | 10 | $4.4000 | $ | 4,400 |
| CDQLC | 12/08/06 | | | | | 5 | $4.4000 | $ | 2,200 |
| CDQAC | 12/08/06 | | | | | 10 | $5.6000 | $ | 5,600 |
| **TOTAL** | | | | $ | 305,620 | | | $ | 189,400 |

**Excess of Cost of Purchases Over Proceeds from Sales = $  (116,220)**

**TOTAL LOSS = $  (116,220)**

---

\* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 95 contracts purchased at earlier dates.)
\*\* Indicates the covering purchase was made after the end of the class period.

**Todd A Stephens A/C #2 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale | |
|---|---|---|---|---|---|---|---|---|---|
| CDQGV | 05/31/06 | 10 | $4.1000 | $ | 4,100 | | | | |
| ZZCAD | 05/31/06 | | | | | 9 | $5.6000 | | $ 0 * |
| CDQAW | 05/31/06 | | | | | 3 | $3.2000 | $ | 960 |
| ZZCAD | 06/02/06 | | | | | 11 | $6.0000 | | $ 0 * |
| CDQGV | 06/02/06 | | | | | 10 | $4.8000 | $ | 4,800 |
| CDQAW | 06/16/06 | 3 | $2.5500 | $ | 765 | | | | |
| CDQAW | 06/16/06 | 7 | $2.5500 | $ | 1,785 | | | | |
| ZZCAD | 06/21/06 | | | | | 5 | $4.4000 | | $ 0 * |
| CDQJV | 06/26/06 | 8 | $4.0000 | $ | 3,200 | | | | |
| ZZCAD | 06/30/06 | | | | | 5 | $4.7000 | $ | 2,350 |
| CDQHV | 07/05/06 | 5 | $4.2000 | $ | 2,100 | | | | |
| CDQJV | 07/06/06 | | | | | 8 | $5.3000 | $ | 4,240 |
| CDQHV | 07/06/06 | | | | | 5 | $5.0000 | $ | 2,500 |
| CDQHC | 07/07/06 | 5 | $2.8500 | $ | 1,425 | | | | |
| CDQJV | 07/07/06 | 2 | $5.3000 | $ | 1,060 | | | | |
| CDQJV | 07/07/06 | 3 | $5.3000 | $ | 1,590 | | | | |
| CDQJV | 07/07/06 | 5 | $5.3000 | $ | 2,650 | | | | |
| CDQIC | 08/14/06 | 10 | $2.0500 | $ | 2,050 | | | | |
| ZZCAD | 08/14/06 | | | | | 5 | $4.3000 | $ | 2,150 |
| CDQHC | 08/15/06 | | | | | 5 | $2.0000 | $ | 1,000 |
| CDQJV | 08/17/06 | 2 | $6.5000 | | EXERCISED | | | | |
| CDQIC | 08/22/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQJC | 08/25/06 | 8 | $5.2000 | $ | 4,160 | | | | |
| ZZCAD | 08/31/06 | 5 | $7.2000 | $ | 3,600 | | | | |
| ZZCAD | 08/31/06 | 5 | $7.1000 | $ | 3,550 | | | | |
| ZZCAX | 08/31/06 | | | | | 5 | $5.6000 | | $ 0 * |
| ZZCAX | 08/31/06 | | | | | 5 | $5.5000 | | $ 0 * |
| CDQJV | 08/31/06 | | | | | 2 | $8.3000 | $ | 1,660 |
| ZZCAX | 10/04/06 | | | | | 2 | $4.1000 | | $ 0 * |
| CDQJC | 10/04/06 | | | | | 8 | $3.4000 | $ | 2,720 |
| CDQJV | 10/09/06 | | | | | 3 | $7.1000 | $ | 2,130 |
| CDQKC | 10/10/06 | 6 | $4.9000 | $ | 2,940 | | | | |
| CDQKC | 10/20/06 | 1 | $4.2000 | $ | 420 | | | | |
| CDQKC | 10/20/06 | 7 | $4.2000 | $ | 2,940 | | | | |
| CDQJV | 10/20/06 | | | | | 5 | $6.4000 | $ | 3,200 |
| CDQLC | 11/09/06 | 6 | $3.6000 | $ | 2,160 | | | | |
| CDQKC | 11/09/06 | | | | | 6 | $3.1000 | $ | 1,860 |
| CDQKC | 11/09/06 | | | | | 1 | $3.1000 | $ | 310 |
| CDQKC | 11/09/06 | | | | | 7 | $3.1000 | $ | 2,170 |
| CDQLC | 12/08/06 | | | | | 6 | $4.5000 | $ | 2,700 |
| **TOTAL** | | | | $ | 40,495 | | | $ | 39,250 |

Excess of Cost of Purchases Over Proceeds from Sales = $ __(1,245)__

TOTAL LOSS = $ __(1,245)__

---

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 37 contracts purchased at earlier dates.)

**Todd Stephens A/C #3 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| CDQGW | 02/02/06 | | | | 1 | $2.3304 | $ 233 |
| CDQGW | 02/02/06 | | | | 9 | $2.3304 | $ 2,097 |
| CDQGW | 02/02/06 | | | | 11 | $2.2333 | $ 2,457 |
| CDQGW | 02/08/06 | | | | 3 | $2.2141 | $ 664 |
| CDQGW | 02/08/06 | | | | 6 | $2.2333 | $ 1,340 |
| LWVAW | 02/14/06 | | | | 5 | $5.8815 | $ 2,941 |
| LWVAW | 02/14/06 | | | | 5 | $5.8815 | $ 2,941 |
| LWVAW | 02/14/06 | | | | 2 | $5.8815 | $ 1,176 |
| CDQGW | 02/17/06 | 9 | $3.0203 | $ 2,718 | | | |
| CDQGD | 02/17/06 | | | | 10 | $1.8333 | $ 1,833 |
| CDQGD | 02/17/06 | | | | 7 | $1.8333 | $ 1,283 |
| CDQGD | 03/01/06 | 10 | $1.5195 | $ 1,520 | | | |
| CDQGD | 03/01/06 | 7 | $1.5725 | $ 1,101 | | | |
| CDQJD | 03/01/06 | | | | 8 | $2.1804 | $ 1,744 |
| CDQJD | 03/01/06 | | | | 2 | $2.1804 | $ 436 |
| CDQJD | 03/01/06 | | | | 7 | $2.2274 | $ 1,559 |
| CDQGW | 03/06/06 | 1 | $2.4195 | $ 242 | | | |
| CDQGW | 03/06/06 | 11 | $2.4189 | $ 2,661 | | | |
| CDQGW | 03/06/06 | 3 | $2.4195 | $ 726 | | | |
| CDQGW | 03/06/06 | 6 | $2.4195 | $ 1,452 | | | |
| CDQJW | 03/06/06 | | | | 10 | $3.0804 | $ 3,080 |
| ZZCAW | 03/10/06 | | | | 4 | $3.8699 | $ 0 * |
| ZZCAW | 03/14/06 | | | | 6 | $4.3757 | $ 0 * |
| CDQEC | 03/28/06 | 2 | $2.0625 | $ 413 | | | |
| CDQEC | 03/28/06 | 5 | $2.0765 | $ 1,038 | | | |
| CDQJD | 04/19/06 | 7 | $1.8725 | $ 1,311 | | | |
| CDQJD | 04/27/06 | 8 | $1.4125 | $ 1,130 | | | |
| CDQJD | 04/27/06 | 2 | $1.4475 | $ 290 | | | |
| CDQFC | 04/27/06 | 5 | $2.4765 | $ 1,238 | | | |
| ZZCAW | 04/27/06 | | | | 7 | $3.4774 | $ 0 * |
| CDQEC | 04/27/06 | | | | 2 | $1.9274 | $ 385 |
| CDQEC | 04/27/06 | | | | 5 | $1.9274 | $ 964 |
| CDQGV | 05/01/06 | 5 | $4.4242 | $ 2,212 | | | |
| CDQGV | 05/01/06 | 1 | $4.4242 | $ 442 | | | |
| ZZCAW | 05/01/06 | | | | 6 | $3.3757 | $ 0 * |
| ZZCAW | 05/02/06 | 3 | $3.1358 | $ 941 | | | |
| LWVAW | 05/02/06 | | | | 3 | $4.4640 | $ 1,339 |
| CDQGV | 05/04/06 | 2 | $4.0475 | $ 810 | | | |
| ZZCAW | 05/04/06 | | | | 2 | $2.9524 | $ 0 * |
| ZZCAW | 05/04/06 | | | | 3 | $2.9641 | $ 0 * |
| CDQJW | 05/05/06 | 10 | $2.6195 | $ 2,620 | | | |
| ZZCAW | 05/05/06 | | | | 7 | $3.7804 | $ 0 * |
| CDQFC | 05/05/06 | | | | 5 | $2.0534 | $ 1,027 |
| ZZCAW | 05/05/06 | | | | 3 | $3.7804 | $ 1,134 |
| CDQGV | 05/08/06 | 2 | $5.0475 | $ 1,010 | | | |
| CDQAW | 05/19/06 | 4 | $2.7765 | $ 1,111 | | | |
| CDQAW | 05/19/06 | 10 | $2.7195 | $ 2,720 | | | |
| CDQAW | 05/19/06 | 1 | $2.7765 | $ 278 | | | |
| CDQAW | 05/19/06 | 10 | $2.8695 | $ 2,870 | | | |
| LWVAW | 05/19/06 | | | | 2 | $4.2815 | $ 856 |
| LWVAW | 05/19/06 | | | | 10 | $4.2815 | $ 4,282 |
| CDQAW | 05/23/06 | | | | 4 | $2.5699 | $ 1,028 |
| LWVAW | 06/02/06 | 2 | $5.9475 | $ 1,190 | | | |
| CDQAW | 06/02/06 | 14 | $4.0175 | $ 5,625 | | | |
| ZZCAD | 06/02/06 | | | | 1 | $5.9873 | $ 0 * |
| ZZCAD | 06/02/06 | | | | 9 | $5.9795 | $ 0 * |
| ZZCAD | 06/02/06 | | | | 10 | $5.8803 | $ 0 * |
| CDQJV | 06/09/06 | 1 | $4.6125 | $ 461 | | | |
| CDQJV | 06/09/06 | 4 | $4.6203 | $ 1,848 | | | |
| CDQJV | 06/09/06 | 5 | $4.6203 | $ 2,310 | | | |
| ZZCAD | 06/09/06 | | | | 5 | $5.0733 | $ 0 * |
| LWVAW | 06/16/06 | 5 | $4.7265 | $ 2,363 | | | |
| CDQGV | 06/21/06 | | | | 5 | $2.9734 | $ 1,487 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CDQHV | 07/05/06 | 5 | $4.2265 | $ | 2,113 | | | |
| CDQGV | 07/05/06 | | | | | 2 | $4.1734 | $ 835 |
| CDQGV | 07/05/06 | | | | | 1 | $4.1734 | $ 417 |
| CDQGV | 07/05/06 | | | | | 2 | $4.1734 | $ 835 |
| ZZCAD | 07/06/06 | | | | | 5 | $4.9733 | $ 0 * |
| CDQHV | 07/06/06 | | | | | 5 | $4.8733 | $ 2,437 |
| CDQJV | 07/06/06 | | | | | 1 | $5.1733 | $ 517 |
| CDQJV | 07/06/06 | | | | | 4 | $5.1733 | $ 2,069 |
| LWVAW | 07/07/06 | 5 | $5.4195 | $ | 2,710 | | | |
| LWVAW | 07/07/06 | 3 | $5.4195 | $ | 1,626 | | | |
| LWVAW | 07/07/06 | 2 | $5.4195 | $ | 1,084 | | | |
| LWVAW | 07/07/06 | 10 | $5.5195 | $ | 5,520 | | | |
| ZZCAD | 07/14/06 | | | | | 10 | $3.9804 | $ 0 * |
| CDQJW | 07/14/06 | | | | | 5 | $1.0735 | $ 537 |
| CDQJW | 08/08/06 | 5 | $1.0265 | $ | 513 | | | |
| CDQIC | 08/08/06 | 5 | $1.8695 | $ | 935 | | | |
| CDQIC | 08/08/06 | 5 | $1.8695 | $ | 935 | | | |
| CDQIC | 08/14/06 | 5 | $2.1765 | $ | 1,088 | | | |
| ZZCAD | 08/16/06 | | | | | 5 | $4.6804 | $ 0 * |
| ZZCAD | 08/16/06 | | | | | 5 | $4.6804 | $ 2,340 |
| CDQJV | 08/17/06 | 10 | $6.5195 | $ | 6,520 | | | |
| CDQIC | 08/18/06 | 10 | $3.7195 | $ | 3,720 | | | |
| CDQIC | 08/18/06 | | | | | 5 | $3.8734 | $ 1,937 |
| CDQJC | 08/22/06 | 7 | $4.7225 | $ | 3,306 | | | |
| CDQIC | 08/22/06 | | | | | 5 | $4.3804 | $ 2,190 |
| CDQIC | 08/22/06 | | | | | 5 | $4.3804 | $ 2,190 |
| CDQIC | 08/23/06 | 5 | $4.2195 | $ | 2,110 | | | |
| CDQIC | 08/23/06 | 5 | $4.2195 | $ | 2,110 | | | |
| CDQJC | 08/25/06 | 1 | $5.3825 | $ | 538 | | | |
| CDQJC | 08/25/06 | 2 | $5.2475 | $ | 1,050 | | | |
| CDQIC | 09/05/06 | | | | | 10 | $5.8000 | $ 5,800 |
| CDQJC | 09/08/06 | 10 | $4.7000 | $ | 4,700 | | | |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ 2,250 |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ 2,250 |
| CDQJC | 09/21/06 | | | | | 7 | $3.0787 | $ 2,155 |
| CDQJC | 09/21/06 | | | | | 1 | $3.0787 | $ 308 |
| CDQJC | 09/26/06 | | | | | 2 | $3.1524 | $ 630 |
| ZZCAX | 10/09/06 | | | | | 10 | $4.4000 | $ 0 * |
| ZZCAX | 10/09/06 | | | | | 5 | $4.7000 | $ 2,350 |
| ZZCAD | 11/03/06 | 5 | $4.9000 | $ | 2,450 | | | |
| ZZCAX | 11/06/06 | 5 | $4.3000 | $ | 2,150 | | | |
| CDQLC | 11/09/06 | 10 | $3.6000 | $ | 3,600 | | | |
| CDQLC | 11/13/06 | 5 | $4.7000 | $ | 2,350 | | | |
| CDQLC | 12/08/06 | | | | | 10 | $4.5000 | $ 4,500 |
| CDQLC | 12/08/06 | | | | | 5 | $4.5000 | $ 2,250 |
| **TOTAL** | | | | **$** | **95,771** | | | **$ 75,085** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (20,686)

TOTAL LOSS = $ (20,686)

---

\* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 90 contracts purchased at earlier dates.)

Todd Stephens A/C #4 - Transactions in Nuvelo Options 1/5/06 through 12/8/06

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale | |
|---|---|---|---|---|---|---|---|---|---|
| CDQGW | 02/02/06 | | | | | 10 | $2.3804 | $ 0 * | |
| CDQGW | 02/07/06 | | | | | 10 | $2.0851 | $ 0 * | |
| CDQGW | 02/07/06 | | | | | 10 | $2.0851 | $ | 2,085 |
| CDQGW | 02/07/06 | | | | | 10 | $2.0851 | $ | 2,085 |
| CDQGW | 02/09/06 | | | | | 10 | $2.5874 | $ | 2,587 |
| CDQGW | 02/09/06 | | | | | 10 | $2.5851 | $ | 2,585 |
| CDQGW | 02/09/06 | | | | | 9 | $2.5851 | $ | 2,327 |
| CDQGW | 02/09/06 | | | | | 1 | $2.5851 | $ | 259 |
| CDQGW | 02/09/06 | | | | | 10 | $2.5851 | $ | 2,585 |
| CDQGD | 02/17/06 | | | | | 2 | $1.8374 | $ 0 * | |
| CDQGD | 02/17/06 | | | | | 8 | $1.8287 | $ 0 * | |
| CDQGD | 02/17/06 | | | | | 10 | $1.8357 | $ 0 * | |
| CDQGW | 02/17/06 | 10 | $3.0195 | $ | 3,020 | | | | |
| CDQGW | 02/17/06 | 10 | $3.1125 | $ | 3,113 | | | | |
| CDQGW | 02/17/06 | 10 | $3.1125 | $ | 3,113 | | | | |
| CDQGW | 02/17/06 | 10 | $3.1195 | $ | 3,120 | | | | |
| CDQGD | 02/17/06 | | | | | 1 | $1.8357 | $ | 184 |
| CDQGD | 02/17/06 | | | | | 4 | $1.8357 | $ | 734 |
| CDQGD | 02/17/06 | | | | | 10 | $1.8357 | $ | 1,836 |
| CDQGD | 02/17/06 | | | | | 15 | $1.8357 | $ | 2,754 |
| CDQGD | 02/28/06 | 1 | $1.1625 | $ | 116 | | | | |
| CDQGD | 02/28/06 | 4 | $1.1625 | $ | 465 | | | | |
| CDQGD | 02/28/06 | 10 | $1.1695 | $ | 1,170 | | | | |
| CDQJD | 03/01/06 | | | | | 5 | $2.1734 | $ 0 * | |
| CDQJD | 03/01/06 | | | | | 10 | $2.2304 | $ 0 * | |
| CDQJD | 03/01/06 | | | | | 10 | $2.2804 | $ 0 * | |
| CDQJD | 03/06/06 | | | | | 10 | $2.0304 | $ 0 * | |
| CDQGW | 03/06/06 | 9 | $2.4203 | $ | 2,178 | | | | |
| ZZCAW | 03/10/06 | | | | | 10 | $3.8804 | $ 0 * | |
| ZZCAW | 03/14/06 | | | | | 10 | $4.3804 | $ 0 * | |
| CDQJD | 03/14/06 | | | | | 5 | $1.9734 | $ 0 * | |
| CDQGD | 03/14/06 | 15 | $1.3000 | $ | 1,950 | | | | |
| CDQGW | 03/14/06 | 1 | $2.1625 | $ | 216 | | | | |
| CDQGW | 03/14/06 | 10 | $2.1695 | $ | 2,170 | | | | |
| TOTAL | | | | $ | 20,629 | | | $ | 20,020 |

Excess of Cost of Purchases Over Proceeds from Sales =  $         (609)

TOTAL LOSS =  $         (609)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 100 contracts purchased at earlier dates.)

Todd & Amy Stephens A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|---------------------|-----------------|-----------------|-----------------|-----------------|------------------|
| 10/09/06 | 500 | $12.5000 | $ 6,250 | | | |
| 10/09/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 11/03/06 | | | | 500 | $17.3201 | $ 0 * |
| 11/06/06 | | | | 500 | $17.2400 | $ 0 * |
| **TOTAL** | | | $ 18,750 | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $ (18,750)

Less Settle-Out Value** of 1,500 shares held at End of Class Period = $ 5,402

TOTAL LOSS = $ (13,348)

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 5,000 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|---|---|---|---|---|---|---|
| 04/20/06 | 700 | $17.4300 | $ 12,201 | | | |
| 04/20/06 | 200 | $17.5000 | $ 3,500 | | | |
| 04/20/06 | 100 | $17.5200 | $ 1,752 | | | |
| 04/21/06 | 500 | $17.2800 | $ 8,640 | | | |
| 04/27/06 | | | | 500 | $16.4095 | $ 0 * |
| 04/28/06 | | | | 1,000 | $16.4595 | $ 0 * |
| 05/04/06 | | | | 500 | $15.9339 | $ 0 * |
| 05/12/06 | | | | 300 | $15.5686 | $ 0 * |
| 05/12/06 | | | | 500 | $15.5795 | $ 0 * |
| 05/17/06 | | | | 200 | $15.3508 | $ 0 * |
| 05/22/06 | | | | 85 | $14.6220 | $ 0 * |
| 05/22/06 | | | | 100 | $14.6396 | $ 0 * |
| 05/22/06 | | | | 415 | $14.8755 | $ 0 * |
| 05/23/06 | | | | 400 | $14.9646 | $ 0 * |
| 05/31/06 | 500 | $12.5000 | $ 6,280 | | | |
| 05/31/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 06/02/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/02/06 | 500 | $12.5000 | $ 6,280 | | | |
| 06/07/06 | 500 | $16.2084 | $ 8,104 | | | |
| 06/07/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/09/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/19/06 | | | | 170 | $15.3387 | $ 0 * |
| 06/23/06 | | | | 330 | $15.5816 | $ 0 * |
| 07/06/06 | 500 | $17.4879 | $ 8,744 | | | |
| 07/14/06 | | | | 400 | $15.8087 | $ 0 * |
| 07/27/06 | 100 | $17.0899 | $ 1,709 | | | |
| 08/16/06 | 100 | $17.7775 | $ 1,778 | | | |
| 08/16/06 | 200 | $17.7100 | $ 3,542 | | | |
| 08/31/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 09/01/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 09/14/06 | | | | 300 | $19.4561 | $ 0 * |
| 09/19/06 | | | | 100 | $18.3094 | $ 0 * |
| 09/19/06 | | | | 100 | $18.2195 | $ 0 * |
| 09/25/06 | | | | 500 | $17.7295 | $ 0 * |
| 09/25/06 | 500 | $12.5000 | $ 6,280 | | | |
| 10/04/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 10/09/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 10/10/06 | 500 | $12.5000 | $ 6,280 | | | |
| 10/17/06 | 400 | $18.9226 | $ 7,569 | | | |
| 10/18/06 | 100 | $19.5516 | $ 1,955 | | | |
| 11/03/06 | | | | 15 | $17.3393 | $ 0 * |
| 11/03/06 | | | | 485 | $17.3189 | $ 0 * |
| 11/03/06 | | | | 1,000 | $17.5596 | $ 0 * |
| 11/06/06 | | | | 1,000 | $17.3296 | $ 0 * |
| **TOTAL** | | | **$ 184,824** | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (184,824)

Less Settle-Out Value** of 13,400 shares held at End of Class Period = $ 48,260

TOTAL LOSS = $ (136,564)

---

\* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 21,500 shares purchased at earlier dates.)
\*\* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #2 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|---|---|---|---|---|---|---|
| 01/27/06 | 100 | $15.2700 | $ 1,527 | | | |
| 01/27/06 | 200 | $15.2875 | $ 3,058 | | | |
| 01/27/06 | 200 | $15.2875 | $ 3,058 | | | |
| 01/27/06 | 1,000 | $15.2699 | $ 15,270 | | | |
| 01/30/06 | 100 | $16.2000 | $ 1,620 | | | |
| 01/30/06 | 100 | $16.2700 | $ 1,627 | | | |
| 01/30/06 | 300 | $16.2000 | $ 4,860 | | | |
| 01/30/06 | 500 | $15.9140 | $ 7,957 | | | |
| 01/31/06 | 500 | $17.1640 | $ 8,582 | | | |
| 02/02/06 | 700 | $16.7790 | $ 11,745 | | | |
| 02/08/06 | 300 | $16.8932 | $ 5,068 | | | |
| 05/19/06 | | | | 100 | $14.6963 | $ 1,470 |
| 05/19/06 | | | | 200 | $14.6963 | $ 2,939 |
| 06/02/06 | 300 | $17.3132 | $ 5,194 | | | |
| **TOTAL** | | | **$ 69,565** | | | **$ 4,409** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (65,156)

Less Settle-Out Value* of 4,000 shares held at End of Class Period = $ 14,406

TOTAL LOSS = $ (50,750)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #3 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/26/06 | 475 | $15.4390 | $ 7,334 | | | |
| 01/31/06 | 475 | $17.2300 | $ 8,184 | | | |
| 02/01/06 | 50 | $16.8300 | $ 842 | | | |
| 02/09/06 | 378 | $17.4690 | $ 6,603 | | | |
| 02/09/06 | 222 | $17.4000 | $ 3,863 | | | |
| 02/10/06 | 900 | $17.0700 | $ 15,363 | | | |
| **TOTAL** | | | $ 42,188 | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $ (42,188)

Less Settle-Out Value* of 2,500 shares held at End of Class Period = $ 9,004

TOTAL LOSS = $ (33,185)

* Settle-out value (average closing price 12/11/06 – 03/08/07) = $3.6015

**Todd Stephens A/C #4 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/26/06 | 7 | $15.4400 | $ 108 | | | |
| 01/26/06 | 20 | $15.4300 | $ 309 | | | |
| 01/26/06 | 22 | $15.4400 | $ 340 | | | |
| 01/26/06 | 56 | $15.4900 | $ 867 | | | |
| 01/26/06 | 67 | $15.5345 | $ 1,041 | | | |
| 01/26/06 | 83 | $15.5043 | $ 1,287 | | | |
| 01/26/06 | 100 | $15.3500 | $ 1,535 | | | |
| 01/26/06 | 100 | $15.4300 | $ 1,543 | | | |
| 01/26/06 | 100 | $15.4400 | $ 1,544 | | | |
| 01/26/06 | 100 | $15.4400 | $ 1,544 | | | |
| 01/26/06 | 100 | $15.4700 | $ 1,547 | | | |
| 01/26/06 | 100 | $15.5000 | $ 1,550 | | | |
| 01/26/06 | 200 | $15.3600 | $ 3,072 | | | |
| 01/26/06 | 317 | $15.4300 | $ 4,891 | | | |
| 01/26/06 | 344 | $15.3500 | $ 5,280 | | | |
| 01/26/06 | 500 | $15.4600 | $ 7,730 | | | |
| 01/26/06 | 600 | $15.5100 | $ 9,306 | | | |
| 01/26/06 | 684 | $15.4400 | $ 10,561 | | | |
| 01/30/06 | 500 | $15.8640 | $ 7,932 | | | |
| 02/02/06 | 700 | $16.7290 | $ 11,710 | | | |
| 02/06/06 | 74 | $16.6000 | $ 1,228 | | | |
| 02/06/06 | 100 | $16.2200 | $ 1,622 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6500 | $ 1,665 | | | |
| 02/06/06 | 200 | $16.6000 | $ 3,320 | | | |
| 02/06/06 | 500 | $16.3040 | $ 8,152 | | | |
| 02/06/06 | 526 | $16.6000 | $ 8,732 | | | |
| 02/06/06 | 900 | $16.1500 | $ 14,535 | | | |
| 02/06/06 | 1,000 | $16.5570 | $ 16,557 | | | |
| 02/07/06 | 100 | $16.1500 | $ 1,615 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.4200 | $ 1,642 | | | |
| 02/07/06 | 300 | $16.3500 | $ 4,905 | | | |
| 02/07/06 | 400 | $16.1675 | $ 6,467 | | | |
| 02/08/06 | 1,000 | $16.9569 | $ 16,957 | | | |
| 02/15/06 | 100 | $18.0600 | $ 1,806 | | | |
| 02/15/06 | 100 | $18.0600 | $ 1,806 | | | |
| 02/15/06 | 800 | $18.0688 | $ 14,455 | | | |
| **TOTAL** | | | **$ 195,611** | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (195,611)

Less Settle-Out Value* of 12,000 shares held at End of Class Period = $ 43,218

TOTAL LOSS = $ (152,393)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #5 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares | Price per Share | Cost of Purchase | | No. Shares | Price per Share | Proceeds of Sale |
|------|-----------|-----------------|------------------|---|-----------|-----------------|------------------|
| 05/31/06 | 100 | $16.3000 | $ | 1,640 | | | |
| 06/02/06 | 175 | $17.2464 | $ | 3,028 | | | |
| 06/02/06 | 125 | $17.2000 | $ | 2,160 | | | |
| 06/08/06 | 200 | $16.3817 | $ | 3,286 | | | |
| 10/04/06 | 200 | $12.5000 | $ | 2,530 | | | |
| **TOTAL** | | | $ | **12,644** | | | $          - |

Excess of Cost of Purchases Over Proceeds from Sales = $    (12,644)

Less Settle-Out Value* of 800 shares held at End of Class Period = $    2,881

TOTAL LOSS = $    (9,763)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Exhibit C**

## NUVELO, INC.
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Vincent E. DiFrancia and Candace L. DiFrancia ("Plaintiffs"), duly swear and say, as to the claims asserted under the federal securities laws, that:

1.      Plaintiffs have reviewed a complaint against Nuvelo, Inc. and certain of its officers, and Plaintiffs approve of its contents, and authorize their selected counsel, Berger & Montague, P.C. to file a complaint and/or lead plaintiff papers on their behalf.

2.      Plaintiffs did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3.      Plaintiffs are willing to serve as representative plaintiffs on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiffs' transactions in the securities of Nuvelo, Inc. between and including January 5, 2006 through December 8, 2006, inclusive (the "Class Period"), are as follows:

| Securities Purchased/Sold | Date of Purchase/Sale | Price per Security |
|---|---|---|

*See* attached schedule

5.      Plaintiffs have not sought to serve as class representatives in any other action filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed.

6.      Plaintiffs have not accepted and will not accept any payment for serving as representative plaintiffs on behalf of the class beyond their pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25 day of MARCH , 2007.

By: _____
    Vincent E. DiFrancia

By: _____
    Candace L. DiFrancia
    16 Angela Drive
    Tuckerton, NJ 08087

414423_01.wpd

**Vincent & Candace DiFrancia A/C #1 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| CDQGC | 01/20/06 | 10 | $3.3910 | $ 3,391 | | | |
| CDQGC | 07/18/06 | | | | 10 | $0.6090 | $ 609 |
| CDQAD | 07/18/06 | 20 | $1.3045 | $ 2,609 | | | |
| **TOTAL** | | | | $ 6,000 | | | $ 609 |

Excess of Cost of Purchases Over Proceeds from Sales = $    (5,391)

TOTAL LOSS = $    (5,391)

<u>Vincent & Candace DiFrancia A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06</u>

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|---------------------|-----------------|---|---|-----------------|-----------------|------------------|
| 01/25/06 | 300 | $15.5993 | $ | 4,680 | | | |
| 02/17/06 | 302 | $18.5253 | $ | 5,595 | | | |
| 03/22/06 | 300 | $17.3828 | $ | 5,215 | | | |
| 03/27/06 | 269 | $16.4043 | $ | 4,413 | | | |
| 03/27/06 | 31 | $16.4042 | $ | 509 | | | |
| 04/11/06 | 63 | $17.2556 | $ | 1,087 | | | |
| 04/11/06 | 74 | $17.2555 | $ | 1,277 | | | |
| **TOTAL** | | | $ | **22,775** | | | $          - |

Excess of Cost of Purchases Over Proceeds from Sales = $    (22,775)

Less Settle-Out Value* of 1,339 shares held at End of Class Period = $    4,822

TOTAL LOSS = $    (17,952)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Exhibit D**

NUVELO, INC.
Class Period:  **January 5, 2006 through December 8, 2006**

**Frank & Patricia Petronis**

| | | |
|---|---|---:|
| **Common Stock Loss:** | $ | **(574,532)** |
| **Call Option Loss:** | $ | **(258,233)** |
| **Total Loss:** | $ | **(832,765)** |

**Todd & Amy Stephens**

| | | |
|---|---|---:|
| **Common Stock Loss:** | $ | **(396,003)** |
| **Call Option Loss:** | $ | **(148,850)** |
| **Total Loss:** | $ | **(544,853)** |

**Vincent & Candace DiFrancia**

| | | |
|---|---|---:|
| **Common Stock Loss:** | $ | **(17,952)** |
| **Call Option Loss:** | $ | **(5,391)** |
| **Total Loss:** | $ | **(23,343)** |

| | | |
|---|---|---:|
| **Total Common Stock Loss:** | $ | **(988,487)** |
| **Total Call Option Loss:** | $ | **(412,474)** |
| **Grand Total Loss:** | $ | **(1,400,961)** |

# EXHIBIT E

ATT9603299
Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class
2007-02-09 19:46 (New York)

Action Suit Against Nuvelo, Inc.


SAN DIEGO--(BUSINESS WIRE)--February 10, 2007
Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach
Coughlin") (http://www.lerachlaw.com/cases/nuvelo/) today announced
that a class action has been commenced on behalf of an institutional
investor in the United States District Court for the Southern District
of New York on behalf of purchasers of Nuvelo, Inc. ("Nuvelo")
(NASDAQ:NUVO) publicly traded securities during the period between
January 5, 2006 and December 8, 2006 (the "Class Period").

    If you wish to serve as lead plaintiff, you must move the Court no
later than 60 days from today. If you wish to discuss this action or
have any questions concerning this notice or your rights or interests,
please contact plaintiff's counsel, William Lerach or Darren Robbins
of Lerach Coughlin at 800/449-4900 or 619/231-1058, or via e-mail at
wsl@lerachlaw.com. If you are a member of this class, you can view a
copy of the complaint as filed or join this class action online at
http://www.lerachlaw.com/cases/nuvelo/. Any member of the purported
class may move the Court to serve as lead plaintiff through counsel of
their choice, or may choose to do nothing and remain an absent class
member.

    The complaint charges Nuvelo and certain of its officers and
directors with violations of the Securities Exchange Act of 1934.
Nuvelo is a biopharmaceutical company engaged in the development and
commercialization of acute cardiovascular and cancer therapies.

    The complaint alleges that Nuvelo misrepresented its chances of
obtaining Food and Drug Administration ("FDA") approval of a purported
new blood clot dissolver, alfimeprase. The complaint alleges that
despite the fact that 80% of Nuvelo's value was attributed to this
drug, the Company's top officers concealed that their own clinical
data demonstrated alfimeprase was ineffective in dissolving blood
clots.

    On December 14, 2005, the Company announced it had received a
Special Protocol Assessment ("SPA") agreement from the FDA, claiming
that the SPA would solidify the regulatory pathway to approval for
alfimeprase. Defendants also stated their "power calculations"
demonstrated alfimeprase's efficacy as a drug candidate. During a
January 5, 2006 conference call, defendants confirmed they believed
alfimeprase would reach the U.S. consumer market by 2008 and that
alfimeprase would generate $500 million in annual sales in the U.S.
alone. The complaint alleges Nuvelo's stock price surged on this news
and remained inflated throughout the Class Period while Nuvelo issued
and sold 7.5 million shares of its common stock in an underwritten
offering on January 30, 2006, receiving over $119 million in proceeds.

    Then on December 11, 2006, Nuvelo disclosed that alfimeprase had
completely failed its clinical trials. During the conference call
following the announcement, Nuvelo's CEO admitted that alfimeprase
failed to perform better than placebos and that previously reported
positive results were due to drug injections washing clots away rather
than dissolving them. On this news the Company's stock fell 80%,
erasing over $800 million in market capitalization.

ATT9603299

According to the complaint, the true facts, which were known by each of the defendants but concealed from the investing public during the Class Period, were that: (i) Nuvelo had no reliable clinical data suggesting that alfimeprase "dissolved" blood clots when applied to them through a catheter, other than physically washing them away; (ii) Nuvelo had no "power calculations" suggesting alfimeprase would out-perform a placebo as required to demonstrate the efficacy the FDA would demand; and (iii) defendants knew the decision of Amgen, the drug's original developer, to walk away in December 2004 was based on Amgen's educated suspicion (based on clinical data also known to defendants) that alfimeprase would likely not pass FDA muster and thus was not a commercially viable drug candidate.

Plaintiff seeks to recover damages on behalf of all purchasers of Nuvelo publicly traded securities during the Class Period (the "Class"). The plaintiff is represented by Lerach Coughlin, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Lerach Coughlin, a 180-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston, Philadelphia and Seattle, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Lerach Coughlin lawyers have been responsible for more than $20 billion in aggregate recoveries. The Lerach Coughlin Web site (http://www.lerachlaw.com) has more information about the firm.

CONTACT:
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
William Lerach or Darren Robbins
800-449-4900 or 619-231-1058
wsl@lerachlaw.com

-0- Feb/10/2007  0:46 GMT

**EXHIBIT F**

# BERGER & MONTAGUE, P.C.

# BERGER & MONTAGUE, P.C.

## THE FIRM:

Berger & Montague has been engaged in the practice of complex and class action litigation from its Center City Philadelphia office for over 35 years. The firm has been recognized by courts throughout the country for its ability and experience in handling major complex litigation, particularly in the fields of securities, antitrust, mass torts, and civil and human rights. In numerous precedent-setting cases, the Berger firm has played a principal or lead role. The firm has achieved the highest possible rating by its peers and opponents as reported in Martindale-Hubbell. Currently, the firm consists of 66 lawyers, approximately half of whom are engaged full-time in securities litigation; 18 paralegals; several professional investigators; and an experienced support staff.

Berger & Montague was founded in 1970 by David Berger to concentrate on the representation of plaintiffs in a series of antitrust class actions. David Berger pioneered the use of class actions in antitrust litigation and was instrumental in extending the use of the class action procedure to other litigation areas, including securities, employment discrimination, civil and human rights, and mass torts. The firm's complement of nationally recognized lawyers has represented both plaintiffs and defendants in these and other areas, and has recovered billions of dollars for its clients. In complex litigation, particularly in areas of class action litigation, Berger & Montague has established new law and forged the path for recovery for victims of fraud and other wrongdoing.

The firm has been involved in a series of notable cases, some of them among the most important in the last 35 years of civil litigation. For example, the firm was one of the principal counsel for plaintiffs in the Drexel Burnham Lambert/Michael Milken securities and bankruptcy litigation. Claimants in these cases recovered approximately $2 billion in the aftermath of the collapse of the junk bond market and the bankruptcy of Drexel in the late 1980's. The firm was also among the principal counsel engaged in the trial of the Exxon Valdez Oil Spill in Anchorage, Alaska, a trial resulting in a record punitive damages award of $5 billion against Exxon. Berger & Montague was lead counsel in the School Asbestos Litigation, in which a national class of secondary and elementary schools recovered in excess of $300 million to defray the costs of asbestos abatement. The case was the first mass tort property damage class action certified on a national basis.

In the area of securities litigation, the firm has represented public institutional investors - such as the retirement funds for the States of Pennsylvania, Connecticut, New Hampshire, New Jersey and

Louisiana, as well as the City of Philadelphia and numerous individual investors and private institutional investors.  The firm was co-lead counsel in the Melridge Securities Litigation in the Federal District Court in Oregon, in which an $88.2 million jury verdict was obtained.  Berger and Montague has served as lead counsel in numerous other major class action cases, including those against Waste Management (settlement for investors of $220 million) and Rite Aid (settlements totalling  $334 million), to name only two of the most notable successes.

In addition to its distinction in securities litigation, the firm has served as lead or co-lead counsel on many of the most significant civil antitrust cases over the last 30 years, including In re Corrugated Container Antitrust Litigation (recovery in excess of $366 million), the Infant Formula case (recovery of $125 million), and the Retail Drug price fixing case (settlement of more than $700 million). More recently, the firm, through its membership on the litigation Executive Committee, helped to achieve a $1.25 billion settlement with the largest Swiss banks on behalf of victims of Nazi aggression whose deposits were not returned after the Second World War.  The firm has also played an instrumental role in bringing about a $4.37 billion settlement with German industry and government for the use of slave and forced labor during the Holocaust.

The *National Law Journal* in October, 2005 selected Berger & Montague as one of the 12 top plaintiffs' litigation firms in the U.S. based on its most recent performance and its track record of successes in the last 3-to-5 year period.

# PROMINENT JUDGMENTS AND SETTLEMENTS

The success of Berger & Montague in prosecuting class actions and other complex litigation is best demonstrated by the firm's significant results for its clients. The following is a partial list of some of the more notable judgments and settlements from the past few years:

### *Securities Litigation*

***In re Cigna Corp. Securities Litigation:*** The firm, as co-lead counsel, obtained a settlement of $93 million for the benefit of the class. (Master File No. 2:02-CV-8088 (E.D.Pa.)).

***In re Fleming Companies, Inc. Securities Litigation:*** The firm, as lead counsel, obtained a class settlement of $94 million for the benefit of the class. (Civil Action No. 5-03-MD-1530 (TJW) (E.D.Tex.)).

***In re Xcel Energy Inc. Securities, Derivative & "ERISA" Litigation:*** The firm, as co-lead counsel in the Securities Actions, obtained a cash settlement of $80 million on behalf of investors against Xcel Energy and certain of its officers and directors in 2005. (Civil Action No. 02-2677 (DSD/FLN) (D.Minn.)).

***In re Campbell Soup Co. Securities Litigation:*** The firm, as co-lead counsel, obtained a settlement of $35 million for the benefit of the class. (Civil Action No. 00 152 (JEI) (D.N.J.)).

***In re Premiere Technologies, Inc. Securities Litigation:*** The firm, as co-lead counsel, obtained a class settlement of over $20 million in combination of cash and common stock. (Civil Action No.1:98-CV-1804-JOF (N.D.Ga.)).

***In re: PSINet, Inc., Securities Litigation:*** The firm, as co-lead counsel, obtained a settlement of $17.83 million on behalf of investors. (Civ. No. 00-1850-A (E.D.Va.)).

***In re Safety Kleen Corp. Securities Litigation :*** The firm, as co-lead counsel, obtained a class settlement in the amount of $45 million against Safety-Kleen's outside accounting firm and certain of the Company's officers and directors. The final settlement was obtained 2 business days before the trial was to commence. (C.A. No. 3:00-CV-736-17 (D.S.C.)).

4

***Emil Rossdeutscher and Dennis Kelly v. Viacom:***  The firm, as lead counsel, obtained a settlement resulting in a fund of $14.25 million for the class (C.A. No. 98C-03-091 (JEB) (Sup. Ct. Del.)).

***Silver v. UICI:***  The firm, as co-lead counsel, obtained a settlement resulting in a fund of $16 million for the class. (No. 3:99 CV 2860-L (N.D. Tex.)).

***In re Alcatel Alsthom Securities Litigation:***  In 2001, the firm, as co-lead counsel, obtained a class settlement for investors of $75 million cash.  (MDL Docket No. 1263 (PNB)).

***In re Rite Aid Corp.. Securities Litigation:***  The firm, as co-lead counsel, has obtained settlements totalling $334 million against Rite Aid's outside accounting firm and certain of the company's former officers (99 CV 1349 (E.D. Pa. 2001).

***In re Sunbeam Inc. Securities Litigation:***  As co-lead counsel, the firm obtained a settlement on behalf of investors of $141 million in the action against Sunbeam's outside accounting firm and Sunbeam's officers.   (98 CV 8258 (S.D. Fla. 2001)).

***In re Waste Management, Inc. Securities Litigation:***  In 1999, the firm, as co-lead counsel, obtained a class settlement for investors of $220 million cash which included a settlement against Waste Management's outside accountants.  (97CV 7709 (N.D. Il. 2000)).

***In re IKON Office Solutions Inc. Securities Litigation:***  The firm, serving as both co-lead and liaison counsel, obtained a cash settlement of $111 million in an action on behalf of investors against IKON and certain of its officers in 2000.  (MDL Dkt. No. 1318 (E.D. Pa. 2000)).

***In re Melridge Securities Litigation:***  The firm served as lead counsel and co-trial counsel for a class of purchasers of Melridge common stock and convertible debentures. A four-month jury trial yielded a verdict in plaintiffs' favor for $88.2 million, and judgment was entered on RICO claims against certain defendants for $239 million. The court approved settlements totaling $55.4 million.  (CV-87-1426FR (D. Or. 1998)).

***Walco Investments, Inc. et al. v. Kenneth Thenen, et al. (Premium Sales):*** The firm, as a member of the Plaintiffs' Steering Committee, obtained settlements of $141 million for

investors victimized by a ponzi scheme.  (Reported at: 881 F. Supp. 1576 (S.D. Fla. 1995);168 F.R.D. 315 (S.D. Fla. 1996); 947 F. Supp. 491 (S.D. Fla. 1996)).

***In re The Drexel Burnham Lambert Group, Inc.:***  The firm was appointed co-counsel for a mandatory non-opt-out class consisting of all claimants who had filed billions of dollars in securities litigation-related proofs of claim against The Drexel Burnham Lambert Group, Inc. and/or its subsidiaries. Settlements in excess of $2.0 billion were approved in August 1991 and became effective upon consummation of Drexel's Plan of Reorganization on April 30, 1992. (90 Civ. 6954 (MP), Chapter 11, Case No. 90 B 10421 (FGC), Jointly Administered, reported at, *inter alia*, 960 F.2d 285 (2d Cir. 1992), *cert. dismissed*, 506 U.S. 1088 (1993) ("Drexel I") and 995 F.2d 1138 (2d Cir. 1993) ("Drexel II")).

***In re Michael Milken and Associates Securities Litigation:*** As court-appointed liaison counsel, the firm was one of four lead counsel who structured the $1.3 billion "global" settlement of all claims pending against Michael R. Milken, over 200 present and former officers and directors of Drexel Burnham Lambert, and more than 350 Drexel/Milken-related entities. (MDL Dkt. No. 924, M21-62-MP (S.D. N.Y.1993)).

***RJR Nabisco Securities Litigation:***  In this action, Berger & Montague represented individuals who sold RJR Nabisco securities prior to the announcement of a corporate change of control. This securities case settled for $72 million. (88 Civ. 7905 MBM (S.D. N.Y. 1992)).

## *Antitrust Litigation*

***In re High Fructose Corn Syrup:*** Berger & Montague was one of three co-lead counsel in this nationwide class action alleging a conspiracy to allocate volumes and customers and to price-fix among five producers of high fructose corn syrup.  After nine years of litigation, including four appeals, the case was settled on the eve of trial for $531 million.

***In re Linerboard Antitrust Litigation:*** Berger & Montague was one of a small group of court-appointed executive committee members who led this nationwide class action against producers of linerboard.  The complaint alleged that the defendants conspired to reduce production of linerboard in order to increase the price of linerboard and corrugated boxes made therefrom.  At the close of discovery, the case was settled for more than $200 million.

***In re Relafen Antitrust Litigation:***  Berger & Montague was one of a small group of firms who prepared for the trial of this nationwide class action against GlaxoSmithKline, which was alleged to have used fraudulently-procured patents to block competitors from marketing less-expensive generic versions of its popular nonsteroidal anti-inflammatory drug, Relafen (nabumetone).  Just before trial, the case was settled for $175 million.  (No. 01-12239-WGY, D. Mass. 2003).

***State of Connecticut Tobacco Litigation:***  Berger & Montague was one of three firms to represent the State of Connecticut in a separate action in state court against the tobacco companies.  The case was litigated separate from the coordinated nationwide actions.  Although eventually Connecticut joined the national settlement, its counsel's contributions were recognized by being awarded the fifth largest award among the states from the fifty states' Strategic Contribution Fund.

***In re Graphite Electrodes Antitrust Litigation:***  Berger & Montague was one of the four co-lead counsel in a nationwide class action price-fixing case.  The case eventually settled in excess of $130 million.

***In re Buspirone Antitrust Litigation:***  The firm served on the court-appointed steering committee in this class action, representing a class of primarily pharmaceutical wholesalers and resellers.  The Buspirone class action alleged that pharmaceutical manufacturer BMS engaged in a pattern of illegal conduct surrounding its popular anti-anxiety medication, Buspar, namely, paying a competitor to refrain from marketing a generic version of Buspar; improperly listing a patent with the FDA; and wrongfully prosecuting patent infringement actions against generic competitors to Buspar.  On April 11, 2003, the Court finally approved a $220 million settlement.  (MDL No. 1410 (S.D.N.Y. 2003)).

***In re Cardizem CD Antitrust Litigation:***  Berger & Montague served on the Executive Committee of firms appointed to represent the class of direct purchasers of Cardizem CD.  The suit charged that Aventis (the brand-name drug manufacturer of Cardizem CD) entered into an illegal agreement to pay Andrx (the maker of a generic substitute to Cardizem CD) millions of dollars to delay the entry of the less expensive generic product.  On November 26, 2002, the district court approved a final settlement against both defendants for $110 million.  (No. 99-MD-1278, MDL No. 1278 (E.D. Mich. 2002)).

7

***In re Brand Name Prescription Drugs Antitrust Litigation***:  The firm served as co-lead counsel in this antitrust price-fixing class action on behalf of a class of purchasers of brand name prescription drugs.  Following certification of the class by the district court, settlements exceeded $717 million.  (No. 94 C 897 (M.D. Ill. 2000)).

**North Shore Hematology-Oncology Assoc., Inc. v. Bristol-Myers Squibb Co.:**  The firm was one of several prosecuting an action complaining of Bristol Myers's use of invalid patents to block competitors from marketing more affordable generic versions of its life-saving cancer drug, Platinol (cisplatin).  The case settled for $50 million. (No. 1:04CV248 (EGS) (D. D.C. 2004))

***In re Catfish Antitrust Litig.***:  The firm was co-trial counsel in this action (by Mr. Twersky) which settled with the last defendant a week before trial, for total settlements approximating $27 million.  (No. 2:92CV073-D-O, MDL No. 928 (N.D. Miss. 1995)).

***In re Carbon Dioxide Antitrust Litigation:*** The firm was co-trial counsel in this antitrust class action which settled with the last defendant days prior to trial for total settlements approximating $53 million, plus injunctive relief.  (MDL No. 940 (M.D. Fla. 1995)).

***In re Infant Formula Antitrust Litigation***:  The firm served as co-lead counsel in an antitrust class action where settlement was achieved two days prior to trial, bringing the total settlement proceeds to $125 million.  (MDL No. 878 (N.D. Fla. 1992)).

***Red Eagle Resources Corp., Inc., v. Baker Hughes, Inc.:*** The firm was a member of the plaintiffs' executive committee in this antitrust class action which yielded a settlement of $52.5 million.  (C.A. No. H-91-627 (S.D. Tex. 1991)).

***In re Corrugated Container Antitrust Litigation:*** The firm, led by H. Laddie Montague, was co-trial counsel in an antitrust class action which yielded a settlement of $366 million, plus interest, following a trial. (MDL No. 310 (S.D. Tex. 1981)).

***Bogosian v. Gulf Oil Corp.:***  With Berger & Montague as sole lead counsel, this landmark action on behalf of a national class of more than 100,000 gasoline dealers against 13

major oil companies lead to settlements of over $35 million plus equitable relief on the eve of trial.  (No. 71-1137 (E.D. Pa. 1977)).

**In re Master Key Antitrust Litigation:**  The firm served as co-lead counsel in antitrust class action that yielded a settlement of $21 million during trial.  (MDL No. 45 (D. Conn. 1977)).

## Environmental/Mass Tort Litigation

**In re Exxon Valdez Oil Spill Litigation:** On September 16, 1994, a jury trial of several months duration resulted in a record punitive damages award of $5 billion against the Exxon defendants as a consequence of one of the largest oil spills in U.S. history.  David Berger was co-chair of the Plaintiffs' Discovery Committee (appointed by both the federal and state courts).  H. Laddie Montague was specifically appointed by the federal court as one of the four designated trial counsel.  Both Mr. Montague and Peter Kahana shared (with the entire trial team) in the 1995 "Trial Lawyer of the Year Award" given by the Trial Lawyers for Public Justice.  (No. A89-0095-CVCHRH (D. Ala. 1996)).

**In re Ashland Oil Spill Litigation:**  The firm served as co-lead counsel and obtained a $30 million settlement for damages resulting from a very large oil spill. (Master File No. M-14670 (W.D. Pa. 1990)).

**In re School Asbestos Litigation:**  As co-lead counsel, the firm successfully litigated a case in which a nationwide class of elementary and secondary schools and school districts suffering property damage as a result of asbestos in their buildings were provided relief. Pursuant to an approved settlement, the class received $70 million in cash and $145 million in discounts toward replacement building materials. (No. 83-0268 (E.D. Pa. 1986)).

## Health Care/ERISA Litigation

**In re Unisys Corp. Retiree Medical Benefits:**  The firm, as co-lead counsel, handled the presentation of over 70 witnesses, 30 depositions, and over 700 trial exhibits in this action that has resulted in partial settlements of over $110 million for retirees whose health benefits were terminated. (MDL No. 969 (E.D. Pa.)).

9

***Local 56 U.F.C.W. v. Campbell Soup Co.*:** The firm represented a class of retired Campbell Soup employees in an ERISA class action to preserve and restore retiree medical benefits. A settlement yielded benefits to the class valued at $114.5 million. (No. 93-MC-276 (SSB) (D. N.J. 1984)).

## *Civil/Human Rights*

***In re Holocaust Victim Assets Litigation*:** Through Stephen A. Whinston's membership on the Executive Committee in cases brought by Holocaust survivors against the three largest Switzerland-based banks, this litigation was settled for $1.25 billion. (105 F. Supp.2d 139 (E.D. N.Y. 2000)).

***In re Nazi Era Cases Against German Defendants Litigation*:** Through the firm's co-lead counsel role, cases against German industry and banks for the use of slave and forced labor during the Nazi era were ultimately settled in the context of international negotiations which created a fund for victims of $4.5 billion. (198 F.R.D. 429 (D. N.J. 2000)).

## JUDICIAL PRAISE FOR BERGER & MONTAGUE ATTORNEYS

Berger & Montague's record of successful prosecution of class-actions and other complex litigation has been recognized and commended by judges and arbitrators across the country. Some remarks on the skill, efficiency, and expertise of the firm's attorneys are excerpted below.

### *Securities Litigation*

From **Judge Stewart Dalzell**, of the U.S. District Court for the Eastern District of Pennsylvania:

> "Thanks to the nimble class counsel, this sum, which once included securities worth $149.5 million is now all cash. Seizing on an opportunity Rite Aid presented class counsel first renegotiated what had been stock consideration into Rite Aid Notes and then this year monetized those Notes. Thus, on February 11, 2003, Rite Aid redeemed those Notes from the class, which then received $145,754,922.00. The class also received $14,435,104 in interest on the Notes.

> Co-lead counsel ... here were extraordinarily deft and efficient in handling this most complex matter... they were at least eighteen months ahead of the United States Department of Justice in ferreting out the conduct that ultimately resulted in the write down of over $1.6 billion in previously reported Rite Aid earnings. In short, it would be hard to equal the skill class counsel demonstrated here."

> Praising the work of Berger & Montague attorneys including Securities Department Chair, Sherrie R. Savett and partners Carole Broderick and Robin Switzenbaum *In re Rite Aid Corp. Securities Litigation*, 269 F. Supp. 2d 603 (E.D. Pa. 2003)

From **Judge Clarence C. Newcomer**, of the U.S. District Court for the Eastern District of Pennsylvania:

> "...[C]ounsel has conducted this litigation with skill, professionalism and extraordinary efficiency."

11

Praising the work of Sherrie R. Savett, Securities Department Chair, and Arthur Stock, *In Re: Unisys Corporation Securities Litigation*, Civil Action No. 99-5333 (E.D. Pa. 1999).

From **Judge Stewart Dalzell**, of the U.S. District Court for the Eastern District of Pennsylvania:

"As to 'the skill and efficiency of the attorneys involved,' we can only echo what we said about some of the same lawyers in *U.S. Bioscience*.  The results here are outstanding in a litigation that was far ahead of public agencies like the Securities and Exchange Commission and the United States Department of Justice. . . .  At the same time, these attorneys have, through the division of their labors, represented the class most efficiently[.]"

Praising the work of Berger & Montague attorneys including Securities Department Chair, Sherrie R. Savett, in achieving settlements of over $190 million in ***In re Rite Aid Inc. Securities Litigation***, 146 F. Supp.2d 706 (E.D. Pa. June 8, 2001).

From **Judge Marvin Katz**, of the U.S. District Court for the Eastern District of Pennsylvania:

"Class counsel did a remarkable job in representing the class interests."

Commenting on the work of Berger & Montague attorneys Merrill G. Davidoff, Todd S. Collins and Douglas M. Risen, on the partial settlement for $111 million approved May, 2000, *In Re: IKON Offices Solutions Securities Litigation*, Civil Action No. 98-4286 (E.D. Pa. 2000).

From Judge **Wayne R. Andersen**, of the U.S. District Court for the Northern District of Illinois:

"...[Y]ou have acted the way lawyers at their best ought to act. And I have had a lot of cases...in 15 years now as a judge and I cannot recall a significant case where I felt people were better represented than they are here ... I would say this has been the best representation that I have seen."

12

Praising the work of Sherrie R. Savett and Carole A. Broderick, in *In Re: Waste Management, Inc. Securities Litigation*, Civil Action No. 97-C 7709 (N.D. Ill. 1999).

From **Judge Stewart Dalzell**, of the U.S. District Court for the Eastern District of Pennsylvania:

"The quality of lawyering on both sides, but I am going to stress now on the plaintiffs' side, simply has not been exceeded in any case, and we have had some marvelous counsel appear before us and make superb arguments, but they really don't come any better than Mrs. Savett . . . , and the arguments we had on the motion to dismiss [Mrs. Savett argued the motion], both sides were fabulous, but plaintiffs' counsel were as good as they come."

Commenting on the settlement of a securities case litigated by Sherrie R. Savett and Carole A. Broderick, *In re U.S. Bioscience Securities Litigation*, Civil Action No. 92-0678, (E.D. Pa. 1994).

From **Judge Joseph F. Anderson, Jr.**, of the U.S. District Court for the District of South Carolina:

"I don't have a problem at all approving the settlement.   In light of what you've said today and your submission to the Court and I am familiar with the case ... it was a sharply litigated case, with good lawyers on both sides and I think it's an ideal case for settlement.  It's the largest settlement I've been called upon to approve in my eight years as a judge."

Praising the work of Sherrie R. Savett, Securities Department Chair, in achieving a $32 million settlement in *In Re: Policy Management Systems Corporation,* Civil Action No. 3:93-0807-17 (D.S.C. 1993).

From **Judge Harry R. McCue**, of the U.S. District Court for the Southern District of California:

"There can be no doubt that the public good was fully served by the attorneys for the plaintiffs in this case, because they invested their own time, their own money, they invested their special skills and knowledge to vindicate the rights and interests of the thousands of

investors who invested their money and placed their trust in the integrity of the securities market. . . .  I conclude that the achievement of plaintiffs' counsel under any of those tests was superior. "

Concerning the work of Berger & Montague in achieving a $33 million settlement in *In re Oak Securities Litigation*, 1986 U.S. Dist. LEXIS 20942 (S.D. Cal. 1986).

From **Judge John F. Keenan**, of the U.S. District Court for the Southern District of New York:

"The quality of work of plaintiffs' counsel on this case is also demonstrated by the efficient manner of prosecution. . . . At the settlement hearing, defense counsel conceded that plaintiffs' counsel constitute the 'cream of the plaintiffs' bar.'  The court cannot find fault with that characterization."

Regarding the work of Sherrie R. Savett and Stephen A. Whinston, *In re Warner Communications Securities Litigation*, 618 F. Supp. 735 (S.D.N.Y. 1985).

### *Antitrust Litigation*

From **Judge Charles P. Kocoras**, of the U.S. District Court for the Northern District of Illinois:

"The stakes were high here, with the result that most matters of consequence were contested. There were numerous trips to the courthouse, and the path to the trial court and the Court of Appeals frequently traveled.  The efforts of counsel for the class has [sic] produced a substantial recovery, and it is represented that the cash settlement alone is the second largest in the history of class action litigation. . . . There is no question that the results achieved by class counsel were extraordinary[.]"

Regarding the work of Berger & Montague shareholders H. Laddie Montague and Peter R. Kahana, among others, in achieving a more than $700 million settlement with some of the defendants in *In Re Brand Name Prescription Drugs Antitrust Litigation*, 2000 U.S. Dist. LEXIS 1734, *5-6 (N.D. Ill. February 9, 2000).

14

From **Judge Peter J. Messitte**, of the U.S. District Court for the District of Maryland:

"The experience and ability of the attorneys I have mentioned earlier, in my view in reviewing the documents, which I have no reason to doubt, the plaintiffs' counsel are at the top of the profession in this regard and certainly have used their expertise to craft an extremely favorable settlement for their clients, and to that extent they deserve to be rewarded."

Concerning the work of senior member, Merrill G. Davidoff, as stated in a Settlement Approval Hearing, Oct. 28, 1994. *Spawd, Inc. and General Generics v. Bolar Pharmaceutical Co., Inc.*, CA No. PJM-92-3624.

From **Judge Donald W. Van Artsdalen**, of the U.S. District Court for the Eastern District of Pennsylvania:

"As to the quality of the work performed, although that would normally be reflected in the not immodest hourly rates of all attorneys, for which one would expect to obtain excellent quality work at all times, the results of the settlements speak for themselves. Despite the extreme uncertainties of trial, plaintiffs' counsel were able to negotiate a cash settlement of a not insubstantial sum, and in addition, by way of equitable relief, substantial concessions by the defendants which, subject to various condition, will afford the right, at least, to lessee-dealers to obtain gasoline supply product from major oil companies and suppliers other than from their respective lessors. The additional benefits obtained for the classes by way of equitable relief  would, in and of itself, justify some upward adjustment of the lodestar figure."

Commending the skills of firm chairman David Berger, shareholder Martin Twersky, and other Berger & Montague attorneys, in *Bogosian v. Gulf Oil Corp*, 621 F. Supp. 27 (E.D. Pa. 1985).

From **Judge Joseph Blumenfeld**, of the U.S. District Court of Connecticut:

"The work of the Berger firm showed a high degree of efficiency and imagination, particularly in the maintenance and management of the national class actions."

15

Referencing the leadership of managing partner H. Laddie Montague, co-lead counsel, in *In re Master Key Antitrust Litigation*, 1977 U.S. Dist LEXIS 12948 (Nov. 4, 1977).

### *Civil/Human Rights Cases*

From **Deputy Treasury Secretary Stuart E. Eizenstat**:

"We must be frank.  It was the American lawyers, through the lawsuits they brought in U.S. courts, who placed the long-forgotten wrongs by German companies during the Nazi era on the international agenda.  It was their research and their work which highlighted these old injustices and forced us to confront them.  Without question, we would not be here without them. . . .  For this dedication and commitment to the victims, we should always be grateful to these lawyers."

In his remarks at the July 17, 2000, signing ceremony for the international agreements which established the German Foundation to act as a funding vehicle for the payment of claims to Holocaust survivors.  Among the lawyers specifically mentioned for special recognition were Stephen A. Whinston and Edward W. Millstein, both shareholders of the firm.

### *Customer/Broker Arbitrations*

**From Robert E. Conner**, Public Arbitrator with the National Association of Securities Dealers, Inc.:

". . . [H]aving participated over the last 17 years in 400 arbitrations and trials in various settings, . . . the professionalism and the detail and generally the civility of everyone involved has been not just a cause for commentary at the end of these proceedings but between ourselves [the arbitration panel] during the course of them, and . . . the detail and the intellectual rigor that went into the documents was fully reflective of the effort that was made in general.  I wanted to make that known to everyone and to express my particular respect and admiration."

16

About the efforts of Berger & Montague shareholders Merrill G. Davidoff and Eric L. Cramer, who achieved a $1.1 million award for their client, in *Steinman v. LMP Hedge Fund, et al.*, NASD Case No. 98-04152, at Closing Argument, June 13, 2000.

## THE SHAREHOLDERS:

### David Berger

David Berger is the founder and Chairman of Berger & Montague. He received his A.B. *cum laude* in 1932 and his LL.B. *cum laude* in 1936, both from the University of Pennsylvania. He is a member of The Order of the Coif and was an editor of the *University of Pennsylvania Law Review*. He had a distinguished scholastic career including being Assistant to Professor Francis H. Bohlen and Dr. William Draper Lewis, Director of the American Law Institute, participating in the drafting of the first Restatement of Torts. He also served as a Special Assistant Dean of the University of Pennsylvania Law School. He is now a member of the Board of Overseers of the Law School and Associate Trustee of the University of Pennsylvania. In honor of his many contributions, the Law School established the David Berger Chair of Law for the Improvement of the Administration of Justice.

David Berger was a law clerk for the Pennsylvania Supreme Court. He served as a deputy assistant to Director of Enemy Alien Identification Program of the United States Justice Department during World War II.

Thereafter he was appointed Lt.j.g. in the U.S. Naval Reserve and he served in the South Pacific aboard three aircraft carriers during World War II. He is a survivor of the sinking of the U.S.S. Hornet in the Battle of Santa Cruz, October 26, 1942. After the sinking of the Hornet, Admiral Halsey appointed him a member of his personal staff when the Admiral became Commander of the South Pacific. Mr. Berger was ultimately promoted to Commander. He was awarded the Silver Star and Presidential Unit Citation.

After World War II, he was a law clerk in the United States Court of Appeals. The United States Supreme Court appointed David Berger a member of the committee to draft the Federal Rules of Evidence, the basic evidentiary rules employed in federal courts throughout the United States. David Berger is a fellow of the American College of Trial Lawyers, the International Society of Barristers, and the International Academy of Trial Lawyers, of which he is a former Dean. He is a Life Member of the Judicial Conference of the Third Circuit and the American Law Institute.

A former Chancellor (President) of the Philadelphia Bar Association, he has served on numerous committees of the American Bar Association and is a lecturer and author on various legal subjects, particularly in the areas of antitrust, securities litigation, and evidence.

David Berger served as a member of President John F. Kennedy's small committee which designed high speed rail lines between Washington and Boston. He drafted and activated legislation in the Congress of the United States which resulted in the use of federal funds to assure the continuance of freight and passenger lines throughout the United States. When the merger of the Pennsylvania Railroad and the New York Central Railroad, which created the Penn Central Transportation Company, crashed into Chapter 11, David Berger was counsel for Penn Central and a proponent of its reorganization. Through this work, Mr. Berger ensured the survival of the major railroads in the Northeastern section of the United States including Penn Central, New Jersey Central, and others.

Mr. Berger's private practice includes clients in London, Paris, Dusseldorf, as well as in Philadelphia, Washington, New York City, Florida, and other parts of the United States. David Berger instituted the first class action in the antitrust field, and for over 30 years he and the Berger firm have been lead counsel and/or co-lead counsel in countless class actions brought to successful conclusions, including antitrust, securities, toxic tort and other cases. He served as one of the chief counsel in the litigation surrounding the demise of Drexel Burnham Lambert, in which over $2.6 billion was recovered for various violations of the securities laws during the 1980s. The recoveries benefitted such federal entities as the FDIC and RTC, as well as thousands of victimized investors.

In addition, Mr. Berger was principal counsel in a case regarding the Three Mile Island accident near Harrisburg, Pennsylvania, achieving the first legal recovery of millions of dollars for economic harm caused by the nation's most serious nuclear accident. As part of the award in the case, David Berger established a committee of internationally renowned scientists to determine the effects on human beings of emissions of low level radiation. Several important studies have issued from this committee, some which were used in connection with the Chernobyl disaster.

In addition, as lead counsel in *In re Asbestos School Litigation*, he has brought about settlement of this long and vigorously fought action spanning over 13 years for an amount in excess of $300 million.

David Berger has been active in Democratic politics. President Clinton appointed David Berger a member of the United States Holocaust Memorial Council, in which capacity he served from 1994-

2004.  In addition to his having served for seven years as the chief legal officer of Philadelphia, he has been a candidate for District Attorney of Philadelphia, and was a Carter delegate in the Convention which nominated President Carter.

Over his lengthy career David Berger has been prominent in a great many philanthropic and charitable enterprises some of which are as follows:  He is the Chairman of the David Berger Foundation and a long time honorary member of the National Commission of the Anti-Defamation League.  He has been on the Board of the Jewish Federation of Philadelphia and, at his present place of residence, Palm Beach, he has been Honorary Chairman of the American Heart Association, Trustee of the American Cancer Society, a member of the Board of Directors of the American Red Cross, and active in the Jewish Federation of Palm Beach County.  Among other distinguished entities, David Berger is a member of the Foundation for Art and Preservation in Embassies.

David Berger's principal hobby is tennis, a sport in which he has competed for over 60 years and in which he is actively engaged at present.  He has been a member of the Board of Directors of the International Tennis Hall of Fame and other related organizations for assisting young people in tennis on a world wide basis.

### Harold Berger

Harold Berger, a former Judge of the Court of Common Pleas of Philadelphia, is a graduate of the University of Pennsylvania School of Electrical Engineering (B.S.E.E. 1948) and the University of Pennsylvania Law School (J.D. 1951).  He is a senior partner and managing principal of the firm and serves on its Executive Committee.

He currently serves as a member of the Board of Overseers of the School of Engineering and Applied Science of the University of Pennsylvania.  He has served as Chair of the Third Circuit Class Action and Complex Litigation Committee of the Federal Bar Association and is past Chair of the FBA's National Committee on the Federal and State Judiciary.  He is the author of numerous law review articles and has lectured extensively before bar associations and at universities.  His biography appears in Who's Who in America, Who's Who in American Law and Who's Who in the World.  He has been given the highest rating for legal ability as well as the highest rating for ethical standards by the *Martindale-Hubbell* American legal directory.

Harold Berger has participated in many national litigation and class action matters of a complex nature, including the *Exxon Valdez Oil Spill Litigation*, C.A. No. A89-095, which resulted in a record punitive damage award of $5 billion against Exxon after Trial and in which he served on the case management team and as Co-Chair of the national discovery team. He also participated in the *In re Three Mile Island Litigation,* C.A. No. 79-0432 (M.D. Pa.), where he acted as liaison counsel, and in the nationwide school asbestos property damage class action, *In re Asbestos School Litigation*, Master File No. 83-0268 (E.D. Pa.), where the firm was co-lead counsel. The case was settled for an amount in excess of $300 million. He also served as co-lead counsel in the *Ashland Oil Spill Litigation*, Master File No. M-14670, as co-lead counsel in the *Chrysler Motors Corp. Odometer Litigation*, MDL Docket No. 740, and as lead counsel in the *Collins & Aikman Product Liability class action,* C.A. No. 87-2529.

Harold Berger is a former member of the State and Federal Court Relations Committee of the National Conference of State Trial Judges and is the recipient of numerous awards including a Special American Bar Association Presidential Program Award and Medal and the Special Service Award of the Pennsylvania Conference of State Trial Judges. He is the recipient of the Federal Bar Association's National Service Award for distinguished service to the Federal and State Judiciary. He is a permanent member of the Judicial Conference of the Third Circuit Court of Appeals and served as National Chair of the FBA's Alternate Dispute Resolution Committee.

Recipient of the Alumnus of the Year Award of the Thomas McKean Law Club of the University of Pennsylvania Law School, Harold Berger was honored by the University of Pennsylvania School of Engineering and Applied Science by the dedication of the Honorable Harold Berger Annual Lecture and Award to a technical innovator who has made a lasting contribution to the quality of our lives. He was further honored by the University by the dedication of a student award in his name for engineering excellence.

Harold Berger has served as Chair of the International Conferences on Global Interdependence held at Princeton University. He has served as Chair of the Aerospace Law Committees of the American, Federal and Inter-American Bar Associations and, in recognition of the importance and impact of his scholarly work, was elected to the International Academy of Astronautics in Paris. He is active in law and engineering alumni affairs at Penn, serving on the University of Pennsylvania's Biddle Law Library Advisory Board and as Chair of Friends of Biddle National Campaign. He is a past President of the Eastern District Chapter of the Federal Bar Association and currently serves as

Chair of the Chapter's Class Action and Complex Litigation Committees in addition to serving as Chair of the Bench-Bar Liaison Committee.

Long active in diverse, philanthropic, charitable, community and inter-faith endeavors, Harold Berger currently serves as a Trustee of The Federation of Jewish Charities of Greater Philadelphia, as a Director of the National Museum of Jewish History, as a National Director of the Hebrew Immigrant Aid Society in its endeavors to assist refugees and indigent souls of all faiths, as a Charter Fellow of the Foundation of the Federal Bar Association and as a member of the Hamilton Circle of the Philadelphia Bar Foundation.

## H. Laddie Montague, Jr.

H. Laddie Montague, Jr. is a graduate of the University of Pennsylvania (B.A. 1960) and the Dickinson School of Law (L.L.B. 1963) where he was a member of the Board of Editors of the *Dickinson Law Review*. He is currently Chairman of the Board of Governors for Dickinson School of Law of Penn State University. He is a member of the Executive Committee of the firm having joined its predecessor David Berger, P.A. at its inception in 1970. He is a managing principal and shareholder of the firm and is Chairman of the Antitrust Department.

In addition to being one of the courtroom trial counsel for plaintiffs in the mandatory punitive damage class action in the *Exxon Valdez Oil Spill Litigation*, Mr. Montague has served as lead or co-lead counsel in many class actions, including *In re Infant Formula Antitrust Litigation* (1993) and *Bogosian v. Gulf Oil Corp.*, a nationwide class action against thirteen major oil companies (1984). Mr. Montague is co-lead counsel for the State of Connecticut in its litigation against the tobacco industry.

Mr. Montague was one of four co-lead counsel in *In re Brand Name Prescription Drugs Antitrust Litigation, M.D.L.* 997 (N.D. Ill.) and was one of three co-lead counsel in *In Re High Fructose Corn Syrup Antitrust Litigation*, M.D.L. No. 1087 (C.D. Ill.). In addition to the *Exxon Valdez Litigation*, he has tried several complex, protracted cases to jury, including two class actions: *In re Master Key Antitrust Litigation*, (1977) and *In re Corrugated Container Antitrust Litigation* (1980). For his work as trial counsel in the *Exxon Valdez Oil Spill Litigation*, Mr. Montague shared the Trial Lawyers for Public Justice 1995 Trial Lawyer of the Year Award.

Mr. Montague has frequently lectured on class action litigation for the Practicing Law Institute, the Pennsylvania Bar Institute and before other associations. He has taught a Complex Litigation Course at Temple University Law School and has been a panelist at the Federal Bench-Bar Conference for the Eastern District of Pennsylvania. Mr. Montague was a member of the 1984 faculty of the Columbia Law School Continuing Legal Educational Program entitled "The Trial of an Antitrust Case." Mr. Montague has testified before Congress with respect to antitrust and business fraud legislation, including the Racketeer Influenced and Corrupt Organizations Act ("RICO"). He is currently a member of the Advisory Board of the Antitrust & Trade Regulation Report published by the Bureau of National Affairs.

### Sherrie R. Savett

**Summary**

Sherrie R. Savett, Chair of the Securities Litigation Department, and member of the Management Committee of the law firm of Berger & Montague, has practiced in the area of securities litigation and class actions since 1975. Seven securities class actions in which Ms. Savett served as lead counsel, are among the 100 largest securities class actions settled in the United States in the last 10 years. She has advanced investor protection by helping to establish several significant legal precedents. Ms. Savett speaks and writes often on professional topics, and is also a business and community leader.

**Securities Litigation**

Ms. Savett serves or has served as lead or co-lead counsel or as a member of the executive committee in a large number of important securities and consumer class actions in federal and state courts across the country, including:

> **Advanced Micro Devices** (class settlement of $11.5 million);
> ***Alcatel Alsthom*** (class settlement of $75 million);
> ***BankAmerica*** (derivative settlement of $39.25 million);
> ***Boston Chicken*** (class settlement of $21.5 million);
> ***Bristol-Myers Squibb*** (class settlement of $20 million);
> ***Cephalon*** (class settlement of $17 million);
> ****Cigna*** (class settlement of $93 million);

23

***Coastal Physician Group*** (class settlement of $8.15 million);

***Crocker Bank*** (class settlement of $35 million);

***Employee Solutions*** (class settlement valued at $15 million);

***Fidelity/Micron*** (class settlement of $10 million);

***\*Fleming Companies*** (class settlement of $94 million);

**Genentech** (class settlement of $29 million);

***Global Crossing*** (class settlement of $444 million (partial));

***Home Shopping Network*** (class settlement of $18.2 million);

***Long Island Lighting*** (class settlement of $48.5 million);

***Marconi*** (class settlement of $7.1 million);

***\*Medaphis/Deloitte & Touche*** (class settlement of $96.5 million);

***MicroWarehouse*** (class settlement valued at $30 million);

***Motorola*** (class settlement of $15 million);

***Oak Industries*** (class settlement in excess of $35 million);

***Plains All American Pipeline LP*** (class settlement of $24.1 million);

***Policy Management*** (class settlement of $32 million);

***Policy Management II*** (class settlement of $7.75 million);

***Public Service Company of New Mexico*** (class and derivative settlements of $33 million);

***Raychem*** (class settlement of $19.5 million);

***\*Rite Aid*** (class settlement of $334 million);

***Safety-Kleen*** (class settlement of $44.5 million achieved two days before trial);

***Shopko Stores*** (class settlement of $4.9 million);

***SmithKline Beckman*** (class settlement of $22 million);

***\*Sotheby's Holdings*** (class settlement of $70 million);

***Summit Technology*** (class settlement of $10 million);

***Sunrise Medical*** (class settlement of $20 million);

***Subaru*** (class settlement of $70 million);

***Synergen*** (class settlement of $28 million);

***U.S. Bioscience*** (class settlement valued at $15.25 million);

***United HealthCare*** (class settlement of $20.1 million);

***United Telecommunications*** (class settlement of $28 million);

***Valujet*** (class settlement of $5 million);

***W.R. Grace*** (derivative settlement of $8.5 million);

***Waste Management*** (class settlement of $220 million); and

***\*Xcel Energy*** (class settlement of $80 million).

\* Listed among the 100 largest securities class actions settled in the United States during the last 10 years (1996-2006).

## Investor Protection

Ms. Savett has helped establish several significant precedents. Among them is the holding (the first ever in a federal appellate court) that municipalities are subject to the anti-fraud provisions of SEC Rule 10b-5 under § 10(b) of the Securities Exchange Act of 1934, and that municipalities that issue bonds are not acting as an arm of the state and therefore are not entitled to immunity from suit in the federal courts under the Eleventh Amendment. *Sonnenfeld v. City and County of Denver*, 100 F.3d 744 (10th Cir.1996)

In the *U.S. Bioscience* securities class action, a biotechnology case where critical discovery was needed from the federal Food and Drug Administration, the court ruled that the FDA may not automatically assert its administrative privilege to block a subpoena and may be subject to discovery depending on the facts of the case. *In re U.S. Bioscience Secur. Litig.*, 150 F.R.D. 80 (E.D. Pa. 1993)

In the *CIGNA Corp. Securities Litigation*, the Court denied defendants' motion for summary judgment, holding that a plaintiff has a right to recover for losses on shares held at the time of a corrective disclosure and his gains on a stock should not offset his losses in determining legally recoverable damages. *In re CIGNA Corp. Securities Litigation*, 459 F. Supp. 2d 338 (E.D. Pa. 2006).

## Professional Leadership

Ms. Savett is active in her profession, and is a frequent author and lecturer on prosecuting shareholder and consumer class actions. She was formerly on the board of the Philadelphia Bar Foundation.

She has lectured at the Wharton School of the University of Pennsylvania and at the Stanford Law School on prosecuting shareholder class actions. She is frequently invited to present and serve as panelist in American Bar Association, American Law Institute/American Bar Association and Practicing Law Institute (PLI) conferences on securities class action litigation and the use of class actions in consumer litigation. She has been a presenter and panelist at PLI's Securities Litigation

and Enforcement Institute annually since 1995. She has also spoken at major institutional investor and insurance industry conferences, and DRI -- the Voice of the Defense Bar.

She has written numerous articles on securities and complex litigation issues, including:

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," 1557 *PLI*, September 2006

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," 1505 *PLI*, September 2005

"Recent Developments in the Lead Plaintiff and Lead Counsel Provisions of the Private Securities Litigation Reform Act (PSLRA)," 1 *Securities Litigation Report*, (Glasser LegalWorks) December 2004-January 2005

"Primary Liability of 'Secondary' Actors under the PSLRA," 1 *Securities Litigation Report*, (Glasser) November 2004

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," 1442 *PLI/Corp.13*, September-October 2004

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," SJ084 ALI-ABA 399, May 13-14, 2004

"The 'Indispensable Tool' of Shareholder Suits," *Directors & Boards*, Vol. 28, February 18, 2004

"Plaintiff's Perspective on How to Obtain Class Certification in Federal Court in a Non-Federal Question Case"*, 679 PLI*, August 2002

"Hurdles in Securities Class Actions: The Impact of Sarbanes-Oxley from a Plaintiff's Perspective," 9 *Securities Litigation and Regulation Reporter* (Andrews), December 23, 2003

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," SG091 ALI-

ABA, May 2-3, 2002

"Securities Class Actions Since the 1995 Reform Act: A Plaintiff's Perspective," SF86 ALI-ABA 1023, May 10, 2001

"Greetings from the Plaintiffs' Class Action Bar: We'll Be Watching," SE082 ALI-ABA739, May 11, 2000

"Preventing Financial Fraud," B0-00E3 *PLI* BO-00E3 April-May 1999

"Shareholders Class Actions in the Post Reform Act Era," SD79 ALI-ABA 893, April 30, 1999

"What to Plead and How to Plead the Defendant's State of Mind in a Federal Securities Class Action," with Arthur Stock, *PLI*, ALI/ABA 7239, November 1998

"The Merits Matter Most: Observations on a Changing Landscape under the Private Securities Litigation Reform Act of 1995," 39 *Arizona Law Review* 525, 1997

"Everything David Needs to Know to Battle Goliath," ABA Tort & Insurance Practice Section, *The Brief*, Vol. 20, No.3, Spring 1991

"The Derivative Action: An Important Shareholder Vehicle for Insuring Corporate Accountability in Jeopardy*," PLI* H4-0528, September 1, 1987

"Prosecution of Derivative Actions: A Plaintiff's Perspective," *PLI* H4-5003, September 1, 1986

**Honors**

Ms. Savett is widely recognized as a leading litigator and a top female leader in the profession by local and national legal rating organizations.

*The Legal Intelligencer* and *Pennsylvania Law Weekly* named her one of the "56 Women Leaders in the Profession" in 2004.

In 2004 and 2005, Berger & Montague was named to the *National Law Journal's* "Hot List" of 12-20 law firms nationally "who specialize in plaintiffs' side litigation and have excelled in their achievements".   Ms. Savett's achievements were mentioned, among others.

Ms. Savett was named a "Pennsylvania Top 50 Female Super Lawyer" and a "Pennsylvania Super Lawyer" from 2004 through 2006 by *Philadelphia Magazine* after an extensive nomination and polling process among Pennsylvania lawyers.

In 2006 and 2007, she was named one of the 500 leading litigators and leading plaintiffs' litigators in the United States by *Lawdragon*.

**Business and Community Leadership**

A business leader, Ms. Savett is on the Board of Directors of Pennsylvania Business Bank, and is a member of The Forum of Executive Women.

Ms. Savett is active in community affairs, serving for decades on the Board of Trustees of The Jewish Federation of Philadelphia. She is on the Board of the National Liberty Museum, and is Chairperson of the Southeastern Pennsylvania State of Israel Bonds and is a member of the National Cabinet of Israel Bonds.  In 2005, she received The Spirit of Jerusalem Medallion, the State of Israel Bonds' highest honor. She is a former board member of the Philadelphia Chapter of the Weizman Institute, and the American Jewish Committee.

**Education**

She earned her J.D. from the University of Pennsylvania Law School, and a B.A. *summa cum laude* from the University of Pennsylvania.

**Personal**

Ms. Savett and her husband have five children and four grandchildren. In addition to her family, she enjoys tennis, physical training, travel and collecting art, especially glass and sculpture.

### Merrill G. Davidoff

Merrill G. Davidoff, a Senior Shareholder in the firm, received a B.A. degree from the University of Pennsylvania in 1969, and a J.D. from the University of Pennsylvania Law School (*cum laude*) in 1973. He is admitted to practice law in the Commonwealth of Pennsylvania, the State of New York, the United States Supreme Court, and numerous federal Courts of Appeal. Mr. Davidoff is Co-Chairman of the Antitrust Department with Mr. Montague, Chairs the Environmental Group, and has litigated a wide range of securities, antitrust, and environmental class actions.

During a legal career spanning over thirty-two years, Mr. Davidoff has represented diverse clients, including Burger King Corporation; John I. Haas, Inc.; Joh. Barth & Sohn, A.G.; Karhu, Inc.; Rexroth Corporation/Rexroth GmbH; ADVO System, Inc.; the LeFrak Organization; Mannesmann A.G.; Championship Auto Racing Teams, Inc.; Cascade Steel Rolling Mills, Inc.; Carpenter Technology Corp. He has also represented many other large and small companies, sports teams, professional organizations, individuals and professional firms. He has acted as lead counsel and trial counsel in numerous antitrust, commercial, environmental, and securities cases. He represented Championship Auto Racing Teams ("CART"), the major Indy-car race-sanctioning organization, in a series of antitrust cases against Indianapolis Motor Speedway and others.

Mr. Davidoff has been a speaker at American Trial Lawyers Association meetings and seminars, and has addressed the Environmental and Toxic Torts Section at the National Convention of ATLA. He is also a member of the Antitrust and Business Law Sections of the American Bar Association, and served on the subcommittee of the American Bar Association Antitrust Section which prepared the 1985 supplement to the "Antitrust Civil Jury Instructions."

Mr. Davidoff served as co-lead and trial counsel for a plaintiff class in the first mass tort class action trial in federal court which resulted in a precedent-setting settlement for class members, *In re Louisville Explosions Litigation*. In the Canadian Radio-Television and Telecommunications Commission ("CRTC") Decisions (*Challenge Communications, Ltd. v. Bell Canada*), Mr. Davidoff was lead counsel for Applicant (plaintiff) in three evidentiary hearings before the CRTC. The hearings resulted in the first precedent breaking Bell Canada's monopoly over the telecommunications equipment which was connected to its telephone network. He was lead counsel in the *Revco Securities Litigation*, an innovative "junk bond" class action, which settled for $36 million. Mr. Davidoff was lead counsel and lead trial counsel in *In re Melridge Securities Litigation*, tried to jury verdicts for $88 million (securities fraud) and $240 million (RICO). He is

29

co-lead counsel for the class in the *In re Graphite Electrodes Antitrust Litigation*, an international price-fixing case which has thus far yielded settlements ranging from 18% to 32% of the plaintiffs' and class' purchases from the defendants (aggregate partial settlements exceed $80 million). He was one of co-lead counsel in the *Ikon Securities Litigation*, in which a settlement of $111 million was obtained. He was co-lead counsel and designated lead trial counsel in the *In Re Sunbeam Securities Litigation*, where settlements of $110 million were reached with the auditors and an additional $32 million with the individual defendants and the insurers. One of his areas of concentration is representation in commodities futures and options matters, and expertise in derivatives. He has represented market-makers on the Philadelphia Stock Exchange, where he owned a member firm in the early 1990s, as well as broker-dealers and market-makers on other exchanges.

In the Rocky Flats Nuclear Weapons Plant class action where Mr. Davidoff is lead counsel, the Court held the United States Department of Energy in contempt of court after a one week trial in November, 1995 (reported at 907 F. Supp. 1460 (D. Colo. 1995)). In 2005-2006, this class action finally went to trial (with Mr. Davidoff as lead trial counsel) and, in February 2006, the jury returned a special verdict for the plaintiffs for $554 million, the largest property damage class action jury verdict ever.

### **Daniel Berger**

Daniel Berger graduated with honors from Princeton University (Class of 1969) and Columbia Law School (1974) where he was a Harlan Fiske Stone academic scholar. He is presently a senior member and shareholder of the firm, for which he serves as Managing Shareholder. Over the last 15 years, he has been involved in a number of complicated commercial cases including class action securities, antitrust, mass tort and bankruptcy cases. In the antitrust area, he has headed up the Firm's involvement in highly successful litigation against brand and generic prescription drug manufacturers in which the Berger Firm has been co-lead counsel, a member of various executive committees or otherwise played a key role including, *inter alia*, the following cases: Duane Reede Co. v. Aventis *et. al.* ($110 million settlement involving prescription drug Hytrin); Louisiana Wholesale Drug Co. V. Bristol Myers Squibb ($220 million settlement involving prescription drug Buspar); Valley Drug Co. v. Abbott Laboratories *et. al.*, (pending case involving agreements by brand and generic drug companies to delay generic entry). Louisiana Wholesale Drug Co. v. Schering Plough (pending case involving agreements by brand and generic drug companies to delay generic entry); and Louisiana Wholesale Drug Co. v. Glaxo SmithKline Co. (pending case involving fraud on the US. Patent Office and improper FDA listing by a brand prescription drug manufacturer

which delayed generic entry. In the civil rights area, he has been counsel in informed consent cases involving biomedical research and human experimentation by federal and state governmental entities.

Daniel Berger also has a background in the study of economics having done graduate level work in applied micro-economics and macro-economic theory, the business cycle and economic history. He has published law review articles in the *Yale Law Journal*, the Duke University's *Journal of Law and Contemporary Problems* and the New York Law School *Law Review* and worked with the American Law Institute /American Bar Association program on continuing legal education. He has been affiliated with the Kennedy School of Government through the Shorenstein center of Media and Public Policy at Harvard University.

Mr. Berger has been active in city government in Philadelphia and was a member of the Mayor's Cultural Advisory Council, advising the Mayor of Philadelphia on arts policy and the Philadelphia Cultural Fund, which is responsible for all city grants to arts organizations. Mr. Berger was also a member of the Pennsylvania Humanities Council, one of the State organizations through which the NEA makes grants.

Mr. Berger is also an author and journalist and has published in the *Nation* magazine and reviewed books for the *Philadelphia Inquirer*.

### Todd S. Collins

Todd S. Collins is a graduate of the University of Pennsylvania (B.A. 1973) and the University of Pennsylvania Law School (J.D. 1978), where he won the 1978 Henry C. Laughlin Prize for Legal Ethics. He is a member of the Pennsylvania and Delaware Bars. Since joining Berger & Montague in 1982, following litigation and corporate experience in Wilmington, Delaware and Philadelphia, he has concentrated on complex class litigation, including cases on behalf of securities purchasers, shareholders, trust beneficiaries, and retirement plan participants and beneficiaries.

Mr. Collins has served as lead counsel or co-lead counsel in numerous cases that have achieved significant benefits on behalf of the Class. These cases include: *In re AMF Bowling Securities Litigation*, 99 Civ. 3023 (PKC) (S.D.N.Y.) ($20 million recovery, principally against investment banks, where defendants asserted that c lass suffered no damages); *Ashworth Securities Litigation*; Master File No. 99 CV 0121- L (JFS) (S.D. Cal.) ($15.25 million recovery, coupled with substantial

corporate therapeutic relief); *In re Aero Systems, Inc. Securities Litigation*, Case No. 90-0083-CIV-PAINE (S.D. Fla.) (settlement equal to 90 percent or more of Class members' estimated damages); *Price v. Wilmington Trust Company,* Case No. 12476, (Del. Chancery) (in litigation against bank trustee for breach of fiduciary duty, settlement equal to 70% of the losses of the Class of trust beneficiaries); *In re Telematics International, Inc. Securities Litigation*, Case No. 89-6015-CIV-PAINE (S.D. Fla.) (settlements achieved, after extensive litigation, following 11th Circuit reversal of dismissal below); *In re Ex-Cell-O Securities Litigation*, Case Nos. 86 CV 73442 DT and 86 CV 75335 DT (E.D. Mich.); *In re Sequoia Systems, Inc.* Case No. 92-11431-WD (D. Mass.)*; In re Sapiens International, Inc. Securities Litigation*, Case No. 94 Civ. 3315 (RPP) (S.D. N.Y.); *In re Datastream Securities Litigation*, Case No. 9-99-0088-13 (D.S.C.); *Copland v. Tolson (*Fischer & Porter Corporate Litigation), Case No. 93008366-09-5 (C.P. Bucks County, Pa.) (on eve of trial, in case against corporate principals for breach of fiduciary duty, settlement reached that represented 65% or more of claimants' losses, with settlement funded entirely from individual defendants' personal funds); and *In re IKON Office Solutions, Inc. Securities Litigation,* Case No. 98-CV-5483 (E.D. Pa.). In *IKON,* where Mr. Collins was co-lead counsel as well as chief spokesman for plaintiffs and the Class before the Court, plaintiffs' counsel created a fund of $111 million for the benefit of the Class.

In addition, Mr. Collins has served as lead or co-lead counsel in several of the leading cases asserting the ERISA rights of 401(k) plan participants. Mr. Collins currently serves as co-lead counsel in *In re Lucent Technologies, Inc. ERISA Litigation,* No. 01-CV-3491 (D. N.J.); *In re Nortel Networks Corp. ERISA Litigation*, No. 03-MD-1537 (M.D. Tenn.); and *In re SPX Corporation ERISA Litigation,* Master File No. 04-CV-192 (W.D. N.C.). In *Lucent*, in the past year, Mr. Collins and his team achieved an excellent result, consisting of $69 million for the benefit of plan participants as well as substantial injunctive relieve with respect to the operation of the 401(k) plans.

Mr. Collins is at the forefront of litigation designed to achieve meaningful corporate governance reform. Recently, he brought to a successful conclusion two landmark cases in which corporate therapeutics are at the core of the relief obtained. In *Oorbeek v. FPL Group, Inc.* (S.D. Fla.)*,* a corporate derivative action brought on behalf of the shareholders of FPL Group, plaintiffs challenged excessive "change of control" payments made to top executives. In settlement, plaintiffs recovered not only a substantial cash amount, but also a range of improvements in FPL's corporate governance structure intended to promote the independence of the outsider directors.

Similarly, in *Ashworth Securities Litigation* (S.D. Cal.), a Section 10(b) fraud case, in which Mr. Collins was co-lead counsel, plaintiffs again have been successful in recovering millions of dollars and also securing important governance changes. The goal is to compensate the victims of wrongdoing and also, where appropriate, to make those structural changes necessary to make sure that such wrongdoing will never recur.

### Abbott A. Leban

Abbott A. Leban joined the firm in 2004 as Senior Counsel and is a member of the Securities Litigation Department. In the previous seven years of his 47-year career, he held the position of Senior Counsel in Grant & Eisenhofer, P.A., of Wilmington, Delaware, where he participated in that firm's securities litigation and corporate governance practice, most notably in the *Oxford Health Plans, Inc. Securities Litigation* in the Southern District of New York and the *DaimlerChrysler Securities Litigation* in the Delaware federal court. In those cases, in each of which his firm served as co-lead counsel and achieved a settlement of $300 million, the settlements ranked at the time among the "top ten" since the enactment of the Private Securities Litigation Reform Act of 1995 (PSLRA).

Mr. Leban heads the firm's office in Wilmington, Delaware, where he is principally based to further develop its corporate and securities litigation practice.

Mr. Leban is admitted to the practice of law in the District of Columbia, New York, Pennsylvania, and Delaware. He is also admitted in the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia Circuit and the Fifth Circuit, and the U.S. District Courts for Delaware and the Southern District of New York. He is a member of the American and the Delaware State Bar Associations and was an original member of the National Association of Public Pension Attorneys, in which he served for a time as chairman of its Committee on Federal Legislation.

Mr. Leban received his B.A. from Columbia College in 1955 (Honors with Distinction in Government, Phi Beta Kappa) and the J.D. degree from Yale Law School in 1958, where in his third year he was employed as one of six instructors to teach the first-semester course, Introduction to Legal Research. Between his second and third years, he was employed by the American Law Institute as Research Assistant to Professor Willis L. M. Reese (Columbia Law School) in his role as Reporter for the Restatement (Second) of the Conflict of Laws.

Mr. Leban held a judicial clerkship in the U.S. Court of Appeals for the District of Columbia Circuit. He continued in federal government service in Washington in the Office of General Counsel of the now-defunct U.S. Civil Aeronautics Board and as an Assistant U. S. Attorney for D.C. during the Eisenhower and Kennedy administrations, in both the appellate and civil trial sections of that office. In 1962, still a New Yorker at the time, he accepted a position on the staff of U.S. Sen. Kenneth B. Keating (R.-N.Y.), ending as his Executive Assistant and Counsel, with responsibility for managing 40-plus professional and clerical aides in the Senator's office, and participated as counsel to several subcommittees of the Senate Judiciary Committee in hearings on the steel, drug, insurance and funeral industries, and on bills that led to the Civil Rights Act of 1964 and, in the wake of the Kennedy assassination, the 25th Amendment on presidential succession and inability.

In 1965, Mr. Leban returned to New York and began a 17-year career in the "FIRE" sector: finance, insurance, and real estate.  In-house with the Law Department of the Equitable Life Assurance Society of the U.S., he was, successively, a member of its securities and governmental relations divisions and in 1967 was elected to an officership as the Equitable's first-time Counsel for Federal Relations.  In 1970, Colonial Penn Group, Inc., of Philadelphia, recruited him to be President/COO of its recently acquired New York-based life insurance subsidiary in what was essentially a turnaround situation.  When Colonial Penn became one of the first insurance groups to be listed on the New York Stock Exchange, Mr. Leban was promoted to the parent company in Philadelphia as Senior V.P. and Corporate Secretary, with responsibilities for the legal, government relations, human resources, and corporate and public affairs departments.  With the taking effect of ERISA in 1974, he also served as the chairman of the company's pension and profit-sharing plan trusts and supervised these plans' compliance programs in the early years of the ERISA regime.

During a period in which Colonial Penn was forced to "downsize" as a result of its losing its key customer, AARP, to the Prudential, Mr. Leban left and marked time in his own Pennsylvania practice and as "of counsel" to a Washington, D.C. firm in largely legislative and regulatory matters. For one of his clients, American Homestead, Inc., of Mt. Laurel, New Jersey, he was successful in gaining provisions of the Garn-St Germain Depository Institutions Reform Act of 1982 which enabled that company to begin to pioneer in offering reverse mortgage products to the "house-rich, cash-poor" segment of the senior population, beginning in New Jersey and Pennsylvania and later expanding to other states.  Mr. Leban then joined American Homestead full-time as V.P., General Counsel & Secretary. In the mid-1980s, Congress put an end to that company's growth prospects when it authorized the Federal Housing Administration to insure a legislatively prescribed "home

equity conversion mortgage" in a "demonstration" program which soon became, *de facto*, permanent.

In 1987, the incoming administration of Governor Robert P. Casey in Pennsylvania appointed Mr. Leban as the chief counsel of each of the Commonwealth's retirement systems for state, public school, and municipal employees, with then combined assets of approximately $20 billion. On the litigation side, Mr. Leban initiated retirement board proceedings and ultimately briefed and argued to the Commonwealth and Supreme Courts the high-profile "roofers' union" cases involving the State board's pension forfeiture orders against certain members of the state judiciary whom the Supreme Court had removed from office. On the investment side, in addition to corporate governance initiatives on behalf of the state and public school employee funds, Mr. Leban achieved national recognition for his representation of the public school fund, PSERS, as an *ex officio* member, along with CalPERS, on the official equity committee in Chapter 11 proceedings, *In re Texaco, Inc.*, 81 B.R. 806 (Bankr. S.D.N.Y. 1988). Observers credited that committee with playing a key role in the settlement of the Pennzoil-Texaco lawsuit judgment and the inclusion of important governance provisions in Texaco's reorganization plan.

Mr. Leban left state government after the first term of the Casey administration to join the Philadelphia law firm now known as Blank Rome. As a member of the firm's Corporate Department and chair of the firm's Public Pension Fund Practice Group, he concentrated his work on varied corporate, tax, fiduciary, litigation, and legislative matters on behalf of both in-state and sister-state public pension funds, and provided counseling to a wide range of the firm's corporate clients. His colleagues, Stuart Grant and Jay Eisenhofer in Blank Rome's Wilmington office, formed their own firm in 1997, and Mr. Leban joined them soon after they commenced business.

From 1973 to 1978, Mr. Leban was a member of the Pennsylvania Humanities Council and served as its elected chairman from 1976 to 1978. He is currently a member of the Delaware Center for Justice, Inc. and the American Civil Liberties Union.

### Gary E. Cantor

Gary E. Cantor is a graduate of Rutgers College (B.A. with high honors 1974) where he was a member of Phi Beta Kappa, and the University of Pennsylvania Law School (J.D. 1977), where he was a member of the Moot Court Board and the author of a law review comment on computer-generated evidence. He was admitted to the Pennsylvania bar in 1977. Since joining the

Berger firm in 1977, he has concentrated on complex litigation, particularly securities litigation and securities valuations. Among other cases, Mr. Cantor has served as co-lead counsel in *Steiner v. Phillips, et al.* (Southmark Securities), Consolidated C.A. No. 3-89-1387-X (N.D. Tex.), which resulted in several payments to the Settlement Fund of $82.5 million, and *In re Kenbee Limited Partnerships Litigation*, Civil Action No. 91-2174 (GEB), a class action involving 119 separate limited partnerships resulting in cash settlement and debt restructuring (with as much as $100 million in wrap mortgage reductions). In addition, he played a major role in: *In re Marconi, Plc, Securities Litigation*, Civil Action No. 2:01-CV-1259 (W.D. Pa.)($7.1 million settlement approved January 16, 2004); *In re Sotheby's Holding, Inc. Securities Litigation*, No. 00 Civ. 1041 (DLC) (S.D.N.Y.)($70 million class settlement); *In re Fidelity/Micron Securities Litigation*, Civil Action No. 95-12676-RGS (D. Mass.) ($10 million class settlement); *In re Tucson Electric Power Company Securities Litigation*, C.A. No. 89-1274 PHX (WPC C.D. Ariz.) ($30 million settlement of class and derivative actions). He was also actively involved in the *Waste Management Securities Litigation* (class settlement of $220 million).

Mr. Cantor has been active in numerous community service activities, including serving as treasurer, president and board chairman of a private school.

### Stephen A. Whinston

Stephen A. Whinston is a graduate of Colgate University (B.A. 1970) and Case Western Reserve University (J.D. 1973). Prior to joining the Berger firm in 1983, he was with the Special Litigation Section in the Civil Rights Division of the U.S. Department of Justice for nine years, completing his government career as a Senior Trial Attorney. Mr. Whinston was lead trial counsel for the government in complex litigation asserting constitutional rights of persons confined in criminal and civil institutions, including the well-known Alabama Prison System cases of the 1970's and 1980's. *Newman v. Alabama*, 559 F.2d 283 (5th Cir. 1977), *cert. denied*, 438 U.S. 915 (1978), *on remand*, 466 F.2d 628 (M.D. Ala. 1979); *Adams v. Mathis*, 458 F. Supp. 302 (M.D. Ala. 1978), *aff'd*, 614 F.2d 42 (5th Cir. 1980).

Upon joining the Berger firm, Mr. Whinston initially concentrated his practice on class actions in securities fraud and related fields. Mr. Whinston played a lead role on behalf of the firm in cases resulting in significant recoveries for investors, including:

36

A $170 million settlement going to purchasers of annuities from affiliates of Baldwin-United Corp., *In re Baldwin-United Corp. Litigation*, 105 F.R.D. 475 (S.D.N.Y. 1984);

A $140 million settlement for purchasers of securities issued by Premium Sales Corp., *Walco Investments, Inc. v. Thenen*, 881 F. Supp. 1576 (S.D. Fla. 1995), 168 F.R.D. 315 (S.D. Fla. 1996);

A $71 million judgment for customers of Blinder Robinson & Co., *Hoxworth v. Blinder Robinson & Co., Inc.*, 903 F.2d 182 (3d Cir. 1990), 980 F.2d 912 (3d Cir. 1992);

A $22 million settlement on behalf of purchasers of US Healthcare common stock, *J/H Real Estate, Inc. v. Abramson*, 901 F. Supp. 952 (E.D. Pa. 1995).

During the past six years, Mr. Whinston has spent the majority of his time litigating civil and human rights cases. Mr. Whinston was appointed to the Executive Committee in consolidated class actions filed against the three largest banks in Switzerland on behalf of Holocaust survivors whose family members had opened up Swiss bank accounts but had been denied access to them for over 50 years. The case also developed to include claims against the Swiss banks for acting as money launderers for the Nazis with regard to gold and other valuables stolen from victims of the Holocaust. Mr. Whinston participated in the negotiations which resulted in a $1.25 billion settlement of those cases. *In re Holocaust Victim Assets Litigation*, 105 F. Supp.2d 139 (E.D.N.Y.), *aff'd*, 225 F.3d 191 (2d Cir. 2000).

Mr. Whinston was also lead counsel in cases filed against 14 German industrial companies and banks arising out of the use of slave labor and the Aryanization of Jewish assets during the Holocaust. *Burger-Fisher v. Degussa*, 65 F. Supp.2d 248 (D.N.J. 1999)(appeal withdrawn). He was among a small group of American lawyers who participated in international negotiations sponsored by the Governments of the United States and Germany which resulted in the creation of a German Foundation with assets of $4.5 billion for distribution to victims of slave labor and Aryanization, as well as other wrongs from the Nazi era. *In re Nazi Era Cases Against German Defendants Litigation*, 198 F.R.D. 429 (D.N.J. 2000); *Duveen v. U.S. District Court*, 250 F.3d 156 (2d Cir. 2001). He is currently litigating a case against the Government of Poland arising out of the post-War campaign of murder, harassment and the discriminatory taking of property belonging to Polish Jews who survived the Holocaust.

In the field of civil rights, Mr. Whinston represented a class of Pennsylvania prison inmates who were Vietnam veterans in an action which established a statewide treatment program for class members who were suffering from post-traumatic stress disorder as a result of their Vietnam service, *Carter v. Jeffes* (E.D. Pa. 1987), and represented one of the class members in a habeas corpus action.

*Glass v. Vaughn*, 860 F. Supp. 201 (E.D. Pa. 1994), *rev'd*, 65 F.3d 13 (3d Cir. 1995), *cert. denied*, 116 S. Ct. 1027 (1996).  Mr. Whinston currently represents 140 employees of a division of Sara Lee Corp. and a putative class of Aramark Corporation employees in Title VII claims.

Mr. Whinston has successfully argued cases before the Second Circuit, *Duveen, supra*, and the Third Circuit, *Hoxworth, supra, Blasband v. Rales*, 971 F.2d 1034 (3d Cir. 1992), as well as the Delaware Supreme Court, *Rales v. Blasband*, 634 A.2d 927 (Del. Supr. 1993).  During the past two years, Mr. Whinston has successfully tried two cases to conclusion and settled one in mid-trial.

Mr. Whinston has testified before the United States House of Representatives and Senate subcommittees regarding civil rights enforcement policies. He has made numerous public presentations relating to his work on the Holocaust-related litigation, including one at the Millerville University Conference on the Holocaust in 2000.  He is the author of a forthcoming article in the Berkeley Journal of International Law on a related topic.  Mr. Whinston is active in various community organizations. He serves as a director of the Disabilities Law Center, a public interest law firm serving the physically and mentally disabled, and the Pennsylvania Prison Society, the oldest prison reform organization in the United States.

## Martin I. Twersky

Mr.  Twersky, a graduate of Yeshiva University (B.A. 1969, M.S. 1973), has practiced Antitrust Law and Complex Litigation at the firm for over 20 years, during which time he has successfully represented numerous plaintiffs and defendants in both individual and class actions pending in state and federal courts.  His practice has involved litigation in the oil and gas, banking, airline, waste hauling, agricultural chemicals and other regulated industries.  He is a graduate of the University of Pennsylvania Law School (J.D. 1980).  Among other cases, he has played a leading role in the following class action cases:  *In re: Graphite Antitrust Litigation* (E.D. Pa.)(Settlements of more than $70 million dollars); *In re: Catfish Antitrust Litigation* (N.D. Miss.) (As a member of the trial team he helped obtained settlements of more than $27 million dollars); *In re: Revco Securities Litigation* (N.D. Ohio)("Junk Bond" class action where settlements of $36 million were reached), and *Bogosian v.  Gulf Oil* (E.D. Pa.) (Landmark litigation with settlements and injunctive relief on behalf of a nationwide class of gasoline dealers.) Mr.  Twersky has also played a key role in various nonclass action cases, such as *Kutner Buick v.  America Motors* (3rd Circuit 1989)(breach of contract) and *Florham Park v.  Chevron* (D.N.J.  1988)(Petroleum Marketing Act case).

38

## Carole A. Broderick

Carole A. Broderick is a 1952 graduate of Cornell University where she received a Bachelor of Arts degree. She is a 1957 graduate of the University of Pennsylvania Law School, where she was awarded an L.L.B. and was a member of the *Law Review*. She has practiced before the Securities and Exchange Commission and actively participated in the prosecution and trial of complex securities and antitrust litigation. She is admitted to practice law in the Commonwealth of Pennsylvania.

## Barbara A. Podell

Barbara A. Podell, who joined the Berger firm as a shareholder in the Securities Group in early 2002, holds a Bachelor's degree from the University of Pennsylvania (B.A. 1972 *cum laude* with distinction in Art History). She attended the Institute of Fine Arts of New York University, and from 1973 to 1975, and was a full-time faculty member at Temple University, Philadelphia, Pennsylvania, in the Department of Art History. In 1978, Ms. Podell received a Juris Doctor degree (*magna cum laude*) from the Temple University School of Law, where she was one of the top nine students in the graduating class and was Editor-in-Chief of the Temple Law Quarterly (Volume 51). Prior to joining the Berger firm, Ms. Podell was a member of the firm of Savett Frutkin Podell & Ryan, P.C., and before that, a shareholder at Kohn, Savett, Klein & Graf, both in Philadelphia.

She is admitted to practice before the Supreme Court of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania. She is a member of the American, Pennsylvania, and Philadelphia Bar Associations and has achieved an "AV" rating (the highest rating) in Martindale-Hubbell.

## Peter R. Kahana

Peter R. Kahana is a Phi Beta Kappa graduate of Dickinson College (B.A. *magna cum laude* 1977) with a degree in Philosophy. Mr. Kahana graduated from Villanova Law School (J.D. 1980) where he was a member of the *Villanova Law Review*. He is admitted to practice in the Commonwealth of Pennsylvania and has clerked at the appellate court level for The Honorable Gwilym A. Price, Jr., of the Superior Court of Pennsylvania. Following his clerkship, Mr. Kahana joined the Berger firm in 1981. Mr. Kahana has diverse trial and appellate court experience in complex civil and class action litigation, and he has successfully represented both plaintiffs and defendants in numerous

state and federal courts across the country.  Mr. Kahana has also played a leading role in major antitrust and environmental litigation, including cases such as *In re Brand Name Prescription Drugs Antitrust Litigation* ($723 million settlement), *In re Ashland Oil Spill Litigation* ($30 million settlement), and *In re The Exxon Valdez* ($286 million compensatory damage and $5 billion punitive damage award – currently on appeal).  In connection with his work as a member of the litigation team that prosecuted *In re The Exxon Valdez*, Mr. Kahana was selected to share the 1995 Trial Lawyer of the Year Award by The Trial Lawyers for Public Justice Foundation.

### Ruthanne Gordon

Ruthanne Gordon is a graduate of the University of Michigan (B.A. 1974) and the University of Pennsylvania Law School (J.D. 1979).  Prior to joining the Berger firm, Ms. Gordon was an attorney with the United States Environmental Protection Agency specializing in hazardous waste litigation. Since joining the Berger firm in 1982, she has concentrated on the litigation of antitrust, securities and environmental class actions, and derivative litigation, including: *State of Connecticut v. Philip Morris, Inc., et al.*, in which the State of Connecticut recovered approximately $3.6 billion (excluding interest) from certain manufacturers of tobacco products; *In re Commercial Tissue Antitrust Litigation*; *RJR Nabisco Securities Litigation*; *Feldman v. Motorola*; *In re Philadelphia Electric Company Derivative Litigation*; *In re W.R. Grace Derivative Litigation*; *In re PSE&G Derivative Litigation* (appeal pending); and *In re Louisville Explosions Litigation*, a class action against Ralston Purina Company, on behalf of a class of Louisville, Kentucky residents who suffered property damage from extensive sewer explosions, which was prosecuted through a six-week trial and settled at the close of plaintiffs' case for more than one hundred percent of actual damages.

In addition, Ms. Gordon represented a class of Pennsylvania inmates in a federal civil rights class action, which resulted in the establishment of a statewide treatment program for Pennsylvania inmates suffering from post-traumatic stress disorder as a result of their service in the Vietnam war.

### Jeanne A. Markey

Jeanne A. Markey is a graduate of Colgate University (B.A. *cum laude* 1979) and the Cornell Law School (J.D. 1983), where she was on the Moot Court Board.  She was admitted to the Pennsylvania bar in 1983.  Since joining the Berger firm, she has been actively involved in various complex class action litigations, focusing primarily on securities class action litigation.

### Russ Henkin

Russ Henkin graduated from American University in Washington, D.C. in 1969 with a Bachelor of Science Degree with honors. He graduated from the University of Pennsylvania Law School in 1972. Mr. Henkin was law clerk to Honorable Maurice W. Sporkin in the Pennsylvania Court of Common Pleas for Philadelphia County from 1972 through 1975. From 1973 through 1975, he also worked in a small personal injury firm, trying plaintiffs' personal injury cases. He worked as an associate with the Berger firm from 1975 through 1980. During that time, he was involved in or tried complex civil litigation matters. His cases included fraud matters, securities matters, breach of contract, restrictive employment covenant litigation, eminent domain litigation, and divorce, among other fields.

From 1980 through 1991, he was associated with another firm, again involved in trials of complex civil litigation matters. His cases involved antitrust, bankruptcy litigation and reorganization, contracts, malpractice, products liability, employment discrimination, commercial disparagement litigation, business separation litigation, emotional distress litigation, claims and defense under the Racketeer Influenced and Corrupt Organization Act ("RICO"), stock fraud and foreclosure/workout and other trials. Representative results included confirmation of a $20 million plan of reorganization for a psychiatric hospital company, and successful defense against a $30 million RICO suit.

In June 1991, Mr. Henkin returned to the Berger firm, and is again trying complex civil matters. Those matters involve areas such as stock fraud, class action personal injury, breach of contract and consumer fraud, and lender liability. In one of his cases, he achieved a $30 million recovery in a claimed 10 year verbal contract case.

Mr. Henkin is admitted to practice law in the Commonwealth of Pennsylvania and the State of Florida.

### Peter Nordberg

Peter Nordberg is a graduate of Harvard College (A.B. 1980) and the University of Pennsylvania Law School (J.D. 1985), where he received the Fred G. Leebron Award in Constitutional Law and the John H. Maurer Memorial Prize in Criminal Procedure, and where he served as an Executive Editor of the *University of Pennsylvania Law Review*, authoring "The Petition Clause and Unauthorized Practice Rules," 132 U. Pa. L. Rev. 1515 (1984).

41

Since joining Berger & Montague in 1990, Mr. Nordberg has practiced in state and federal courts across the nation, in diverse areas of complex civil litigation including mass tort and environmental litigation, qui tam actions, antitrust matters, securities cases, and ERISA litigation.  He recently served as co-counsel for plaintiffs in the four-month trial of *Cook v. Rockwell Int'l Corp.*, where claims for trespass and nuisance against two former operators of the Rocky Flats Nuclear Weapons Plant were tried to verdict on behalf of a class of Colorado property owners, resulting in a half-billion dollar jury award.  In 2005, he served as a member of the plaintiffs' trial team in Washington State for the inaugural bellwether trial in the *Hanford Nuclear Reservation Litigation*, helping to win what is believed to be the first verdict in history in favor of personal injury plaintiffs suffering from cancer caused by offsite exposures to radiation released by operators of a nuclear weapons facility. In 2003, he was appellate counsel in *Ileto v. Glock*, in which the Ninth Circuit approved a public nuisance action against gun manufacturers for injuries inflicted by the unlawful use of their products.

Mr. Nordberg is also founder and author of the web site "Daubert on the Web," a nationally recognized resource on the law of expert evidence.  He is admitted to practice in Pennsylvania, and he is also a member of the bar of the United States Supreme Court and numerous U.S. Courts of Appeals.

### Lawrence Deutsch

Lawrence Deutsch is a graduate of Boston University (B.A. 1973), George Washington University's School of Government and Business  Administration (M.S.A. 1979), and Temple University's School of Law (J.D. 1985). He became a member of the Pennsylvania Bar in 1986 and the New Jersey Bar in 1987. He has also been admitted to practice in Eastern District of Pennsylvania, the First Circuit Court of Appeals, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, and the U.S. Court of Federal Claims.

Prior to joining the Berger firm, Mr. Deutsch was in the Peace Corps from 1973-1976, working in Costa Rica, the Dominican Republic and Belize. He then worked for ten years at the United States General Services Administration. At the Berger firm, Mr. Deutsch has been involved in numerous securities class action cases, currently serving as one of the lead counsel in the *In Re Sunbeam Securities Litigation* class action concerning "Chainsaw" Al Dunlap (resulting in settlements of over $128 million for the class).  Recently, Mr. Deutsch, as sole lead counsel, successfully argued to the

First Circuit, resulting in its ruling over-turning a dismissal order in *Aldridge v. A.T. Cross Corp., et al.*, 284 F.3d 72 (1st Cir. 2002). Mr. Deutsch has also represented plaintiffs in numerous matters of corporate governance, broker-dealer arbitrations, and general business litigation. Notably, Mr. Deutsch successfully argued before the Delaware Supreme Court in *Rossdeutscher v. Viacom*, 768 A.2d 8. (Del. Supr. 2001)

In addition to his litigation work, Mr. Deutsch has been a member of the firm's Administrative Committee and also supervises the firm's paralegals. Mr. Deutsch has been a member of the Philadelphia Bar Association's Committee on Securities Regulations and a participant in the Bar's VIP program to provide legal services for the indigent. Mr. Deutsch is also active in public activities on behalf of children with disabilities, serving as President of the Pathway Parents Association.

### Lawrence J. Lederer

Lawrence J. Lederer, a shareholder of the Berger firm, concentrates in complex commercial litigation. He has represented plaintiffs and defendants in class and individual actions for over a decade, particularly in the securities, bankruptcy and contract areas.

In securities litigation, Mr. Lederer participated in several class and individual actions resulting in multi-million dollar recoveries for plaintiff investors, including the celebrated Drexel/Milken/Boesky complex of cases. *See*, *e.g.*, *In re Michael R. Milken and Associates Securities Litigation*, MDL Dkt. No. 924, Master File No. M21-62 (MP), 1993 U.S. Dist. LEXIS 14242, 1993 WL 413673 (S.D.N.Y. Oct. 7, 1993) (approving approximately $1.3 billion overall settlement with Michael R. Milken and related persons and entities), *aff'd*, 995 F.2d 1138 (2d Cir. 1993); *Presidential Life Insurance Co. v. Milken, et al.*, 946 F. Supp. 267 (S.D.N.Y. 1996) ($50 million settlement in novel "global" class action of all previously unasserted claims against some 500 defendants); *In re Ivan F. Boesky Securities Litigation*, 948 F.2d 1358 (2d Cir. 1991) (affirming district court approval of "first tier" settlements totaling approximately $29 million against Ivan F. Boesky and others; related "second tier" class, derivative and other settlements subsequently approved totaling in excess of $200 million).

Mr. Lederer has also represented individuals in cases arising under the federal securities laws which have resulted in important judicial decisions regarding jurisdiction and procedure. *See, e.g.*, *Ginsburg v. Faragalli*, 776 F. Supp. 806 (S.D.N.Y. 1991) (holding that a federal court's jurisdiction

over a defendant encompasses the boundaries of the United States under the nationwide service of process provisions of the Securities Exchange Act of 1934, 15 U.S.C. 78aa). He also assisted in representing an individual charged with "insider trading" through a criminal jury trial in federal court, and in parallel civil proceedings brought by the SEC. *United States v. Pileggi*, No. 97-CR-612-2, 1998 U.S. Dist. LEXIS 8068 (E.D. Pa. June 3, 1998), aff'd, No. 98-1811, 1999 U.S. App. LEXIS 18592 (3d Cir. July 22, 1999).

In bankruptcy litigation, Mr. Lederer helped obtain millions of dollars for investors in the complex Chapter 11 proceedings involving the former investment banking and brokerage firm Drexel Burnham Lambert, including through appeals before the United States Court of Appeals for the Second Circuit and the United States Supreme Court. *See, e.g.*, *In re The Drexel Burnham Lambert Group, Inc.*, 130 B.R. 910 (Bankr. & S.D.N.Y. Aug. 20, 1991), aff'd, 960 F.2d 285 (2d Cir. 1992), cert. denied, 506 U.S. 1088 (1993).

Mr. Lederer currently serves as plaintiffs' counsel for the principals of a privately held corporation which merged into a large public company in a breach of contract and securities case pending in state court. In addition, he also currently represents investors in several class actions pending in federal and state courts who assert federal securities and other claims.

Mr. Lederer graduated from Georgetown University Law Center (LL.M. 1988); Western New England College School of Law (J.D. 1987), where he was a member of *Western New England Law Review*; and the University of Pittsburgh, where he was managing editor of *The Pitt News*, and co-captain (1983) and captain (1984) of the men's varsity tennis team (B.A. 1984).

Mr. Lederer is admitted to practice law in Pennsylvania, the District of Columbia, the United States District Courts for the Eastern and Western Districts of Pennsylvania, and has appeared *pro hac vice* in several other federal and state courts throughout the country. He is an active participant in The Hunger Project, an organization headquartered in New York which is committed to the sustainable end of chronic world hunger. *See* www.thp.org.

### **David F. Sorensen**

Mr. Sorensen graduated from Duke University (B.A. *magna cum laude* 1983) and from Yale University (J.D. 1989). He was Law Clerk to the Hon. Norma L. Shapiro (E.D. Pa.), in 1990-1991. He was admitted to the Pennsylvania bar in 1989, and is admitted to practice in various federal

courts, including the Eastern District of Pennsylvania, and the United States Courts of Appeals for the Ninth, Tenth, and Eleventh Circuits.

Mr. Sorensen practices in the areas of complex mass tort and antitrust class action litigation. He helped try a class action property damage case, *Cook v. Rockwell Corp.,* that resulted in a jury verdict of $554 million on February 14, 2006, after a four-month trial, on behalf of thousands of property owners near the former Rocky Flats nuclear weapons plant located outside Denver, Colorado. The jury verdict is the largest in Colorado history, and is the first time a jury has awarded damages to property owners living near one of the nation's nuclear weapons sites. The verdict included an award of $200 million in punitive damages against the former Rocky Flats contractors, Dow Chemical Company and Rockwell International Corporation. The case was filed in 1990, and has resulted in 10 published court opinions. The suit alleged that defendants negligently and recklessly caused plutonium to be released off-site from the plant onto class properties, damaging property values and putting residents at increased risk of developing cancer. The jury found for plaintiffs on both of their claims, for trespass and nuisance.

Mr. Sorensen also played a major role in the firm's representation of the State of Connecticut in *State of Connecticut v. Philip Morris, Inc., et al.*, in which Connecticut recovered approximately $3.6 billion (excluding interest) from certain manufacturers of tobacco products.

Mr. Sorensen also has been involved in a number of antitrust cases representing direct purchasers of prescription drugs. These cases have alleged that pharmaceutical manufacturers have conspired to keep less expensive generic drugs off of the market, in violation of federal antitrust laws. Several of these cases have resulted in substantial cash settlements, including *In re Terazosin Hydrochloride Antitrust Litigation*, MDL 1317 (S.D.Fla.) ($75 million); and *In re Remeron Antitrust Litig.* ($75 million).

Mr. Sorensen, along with his partner Eric L. Cramer, presented at a symposium in November 2004, focusing on antitrust issues in the pharmaceutical industry, at the University of San Francisco School of Law. Several articles from the symposium were published in the school's law review, including one co-authored by Mr. Sorensen and one of the school's law professors, Joshua P. Davis. The article is entitled, *Chimerical Class Conflicts in Federal Antitrust Litigation: The Fox Guarding the Chicken House in Valley Drug*, 39 U.S.F. Law Review 141 (Fall 2004).

Mr. Sorensen also has presented a seminar, with his partner Eric L. Cramer, on the law of class actions, sponsored by the National Business Institute in Philadelphia.  Mr. Sorensen was named as one Pennsylvania's "SuperLawyers" in 2005 in the Philadelphia Magazine; and has received the highest peer-review rating, "AV," in Martindale-Hubbell.

## Arthur Stock

Arthur Stock is a shareholder in the firm, who has concentrated on securities litigation.  Mr. Stock has litigated numerous significant cases vindicating the rights of investors, including: *Safety-Kleen Corp.* ($45 million stockholders settlement); *Synergen, Inc.* ($28 million settlement); *UICI Securities* Litigation ($16 million settlement); *Livent,* Inc. ($6.45 million settlements); *Worldport, Inc.* ($5.1 million settlement); *Datastream* ($5 million cash and stock settlement); *Blasband v. Rales (*favorable precedent for investors established in Delaware Supreme Court).

Mr. Stock is the co-author with Sherrie R. Savett of *What to Plead and How to Plead the Defendant's State of Mind in a Federal Securities Class Action: The Plaintiff's Perspective*, Practicing Law Institute, 30th Annual Institute of Securities Regulation, Vol. 2, p. 807 (1998), and author of *Justice Scalia's Use of Sources in Statutory and Constitutional Interpretation: How Congress Always Loses*, Duke L.J. 160 (1990). He has also written political commentary for *Slate.com* magazine.

Mr. Stock is a graduate of Yale University (B.A. *with distinction in economics* 1984) and the Duke University School of Law (J.D. *with high honors* 1990), where he served as Articles Editor of the *Duke Law Journal*.

From 1990 to 1991, Mr. Stock served as a law clerk to the Honorable Jackson L. Kiser, United States District Court for the Western District of Virginia. Mr. Stock is admitted to practice law in the Commonwealth of Pennsylvania.

## Jonathan D. Berger

Jonathan D. Berger is a graduate of the Wharton School of the University of Pennsylvania (B.S., Economics, 1980) and the Delaware Law School (J.D. 1985). Mr. Berger was a Judicial Law Clerk for the Honorable Charles P. Mirarchi, Jr., Court of Common Pleas of Philadelphia in 1986 and 1987. Since joining Berger & Montague, in September 1987, he has been involved in class actions and complex commercial litigation including the *Exxon Valdez Oil Spill Litigation*; *Norplant*

*Contraceptive Litigation*; *In re Domestic Airlines Antitrust Litigation*, 137 F.R.D. 677 (N.D. Ga. 1991); *Ford/Firestone MDL Litigation*; *Unisys ERISA Benefits Litigation*; *In re Asbestos School Litigation*, Master File No. 83-0268 (E.D. Pa); *Commercial Explosives Antitrust Litigation*; and *Vitamins Antitrust Litigation*. Additionally, Mr. Berger has been actively engaged in other complex cases including multi-party litigation involving hydraulic engineered systems.

### **Bart D. Cohen**

Bart Cohen graduated from the University of Pennsylvania in 1984 with two degrees, from the Wharton School and the School of Engineering and Applied Science. After working as a software developer, he graduated in 1989 from the Georgetown University Law Center, where he was a member of the American Criminal Law Review, and authored the "1987 Computer Crime Update" in the journal's survey of white collar crime. Since joining the Berger firm in 1991, Mr. Cohen has concentrated on antitrust litigation, including *In re Infant Formula Antitrust Litigation*, (N.D. Fla. 1993), *In re Carbon Dioxide Antitrust Litigation*, (M.D. Fla. 1996), and *Callahan v. A.E.V., Inc.*, 182 F.3d 237 (3rd Cir. 1999) (reversing dismissal of antitrust claims of several small beer distributors). He has also represented an automobile dealership in antitrust litigation against its franchisor, *Mercedes-Benz, U.S.A. v. Coast Automotive Group, Ltd.*, (D.N.J.). Mr. Cohen is admitted to practice in the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania and the Eleventh Circuit Court of Appeals.

### **Michael T. Fantini**

Michael T. Fantini is a graduate of Saint Joseph's University (B.S. *magna cum laude* 1986) and George Washington National Law Center (J.D. with honors 1989), where he was a member of the Moot Court Board. Prior to joining the Berger firm, he was a litigation associate in the Washington, D.C. office of Dechert, Price & Rhoads. Since joining the Berger firm in 1992, Mr. Fantini has concentrated in consumer and securities fraud class action litigation. Some notable consumer fraud cases include: *Fitz, Inc. v. Ralph Wilson Plastics Co.*, No: 1-94-CV-06017(D. N.J.) (defective contact adhesives); *Parker, et al v. American Isuzu Motors, Inc.*, No: 3476 (CCP, Philadelphia County) (faulty brakes); *Block v. McDonald's Corporation*, No: 01CH9137 (Cir. Ct. of Cook County, Ill.) (failure to disclose beef fat in french fries). Some notable securities cases include: *In re PSINet Securities Litigation*, No: 00-1850-A (E.D. Va.) and *In re Nesco Securities Litigation*, 4:01-CV-0827 (N.D. Okla.). Mr. Fantini also was involved in *Benzman, et al v. Whitman, et al*, No: 04-01888 (S.D. N.Y.), a class action suit brought by residents, students, and office workers of Lower

Manhattan against the Environmental Protection Agency and certain of its top officials for their failure to clean up hazardous substances after the September 11, 2001 terrorist attacks. Mr. Fantini is licensed to practice in the Commonwealth of Pennsylvania and the District of Columbia.

### Eric L. Cramer

Eric L. Cramer graduated *summa cum laude* from Princeton University (A.B. 1989), where he was selected for Phi Beta Kappa, and *cum laude* from Harvard Law School (J.D. 1993). He is admitted to practice in Pennsylvania and New York, and various federal courts.

In June 2005, Chambers USA *America's Leading Lawyers for Business* honored Mr. Cramer as one of Philadelphia's "up and coming" antitrust lawyers, noting that he is "admired [by his peers] for his strong analytical skills" and recognized for his "expert knowledge of the economic side of the law." Moreover, the June 2005 edition of Philadelphia Magazine selected Mr. Cramer as one of the City's *"Super Lawyers,"* based on his work in the antitrust field.

Since joining Berger & Montague in 1995, Mr. Cramer has concentrated his practice in complex public protection litigation, representing victims of mass torts and those injured by violations of antitrust and consumer protection laws. Mr. Cramer has spent the past five years prosecuting antitrust class actions on behalf of direct purchasers of brand name drugs, charging pharmaceutical manufacturers with illegally blocking the market entry of less expensive competitor drugs. In four such cases, Mr. Cramer was significantly responsible for winning class certification. *See In re Cardizem CD Antitrust Litig.*, 200 F.R.D. 297 (E.D. Mich. 2001); *In re Buspirone Patent & Antitrust Litig.*, 210 F.R.D. 43 (S.D.N.Y. 2002); *In re Premarin Antitrust Litig.*, 225 F.R.D. 208 (S.D. Ohio 2003); and *In re Relafen Antitrust Litig.*, 218 F.R.D. 337 (D. Mass. 2003).

In the last three years, Mr. Cramer and his colleagues have won substantial settlements in six of these cases for a combined total of more than $700 million: *Cardizem* settled in November 2002 for $110 million; *Buspirone* settled in April of 2003 for $220 million; *Relafen* settled in February 2004 for $175 million; *In re Platinol Antitrust Litig.* settled in November 2004 for $50 million; *In re Terazosin Hydrochloride Antitrust Litig.* settled in April 2005 for nearly $75 million; and *In re Remeron Antitrust Litig.* settled in November 2005 for $75 million.

In addition, Mr. Cramer was significantly responsible for winning class certification in *In re Microcrystalline Cellulose Antitrust Litigation*, No. 01-CV-111 (E.D. Pa. Aug. 13, 2003).

Mr. Cramer recently co-sponsored, and presented at, a symposium in November 2004, focusing on antitrust issues in the pharmaceutical industry, at the University of San Francisco School of Law. Several articles from the symposium were published in the Fall 2004 edition of that school's law review, including a piece co-authored by Mr. Cramer with his partner, Daniel Berger, entitled *The Superiority of Direct Proof of Monopoly Power and Anticompetitive Effects in Antitrust Cases Involving Delayed Entry of Generic Drugs*, 39 U.S.F. Law Rev. 81 (Fall 2004). Mr. Cramer has also taught several seminars on the law of class actions and expert witnesses sponsored by the National Business Institute in Philadelphia.

Mr. Cramer began his career representing victims of human radiation experimentation carried out by the federal government in conjunction with state and private actors as part of the U.S. atomic weapons program during the Cold War. He helped resolve two such cases for over $4.7 million combined, and was principally responsible for a reversal by the Ninth Circuit Court of Appeals of a summary judgment dismissal of one of those cases on statute of limitations grounds. *See Bibeau, et al. v. Pacific Northwest Research Foundation, et al.*, 188 F.3d 1105 (9th Cir. 1999).

Mr. Cramer is also active in community affairs, specifically those involving public education. He is a co-founder, current member, and past President of the Board of Trustees of the Independence Charter School, for which he also acted as litigation counsel. After a successful appeal to the Pennsylvania Charter School Appeal Board, which granted the school a charter, Mr. Cramer secured an affirmance by the Commonwealth Court. *See School District of Philadelphia v. Independence Charter School*, 2001 Pa. Commw. LEXIS 279 (May 3, 2001). The Center City Philadelphia charter school opened its doors to nearly three-hundred elementary age school children in the Fall of 2001. Mr. Cramer also serves on the Board of the Center for Literacy, one of largest non-profit adult literacy organizations in the country.

### Edward Millstein

Ted Millstein is a *summa cum laude* graduate of Temple University (B.A.1988) where he was selected as a Presidential Scholar and elected to Phi Alpha Theta, and the University of Pennsylvania Law School (J.D. 1991). He is admitted to practice in Pennsylvania and New Jersey and various federal courts.

Mr. Millstein has concentrated his practice in antitrust and human rights litigation. For example, he currently represents a publicly traded company in an action alleging price fixing in the carbon fiber

industry. He has also represented independent service organizations in litigation against a medical equipment manufacturer arising out of its restrictive parts and service policies. *See Red Lion Med. Safety, Inc. v. Ohmeda, Inc*., 63 F. Supp. 2d 1218 (E.D. Cal. 1999).

During the past two years, Mr. Millstein has spent a substantial portion of his time litigating cases arising from the Holocaust. He was counsel in cases filed against 14 German industrial companies and banks arising out of the use of slave labor and the Aryanization of Jewish assets during the Holocaust. He was among a small group of American lawyers who participated in international negotiations sponsored by the Governments of the United States and Germany which resulted in the creation of a German Foundation with assets of $5 billion which will be distributed to victims of slave labor and Aryanization, as well as other wrongs from the Nazi era. Mr. Millstein was a signatory to the Joint Statement affirming the establishment of the German Foundation. He was also one of the attorneys whose efforts were specifically referenced by Deputy Secretary of the Treasury Stuart Eizenstat in his remarks and published statements on behalf of the United States government. He is currently litigating a case against the Government of Poland arising out of the post-War campaign of murder, harassment and the discriminatory taking of property belonging to Polish Jews who survived the Holocaust.

Mr. Millstein has lectured to Holocaust survivor groups and is active in numerous charitable endeavors. He is also member of the Philadelphia Bar Association Federal Courts Committee.

### Bret Flaherty

Bret Flaherty graduated from the University of Pennsylvania (B.A. 1989 in Economics and Political Science) and from Tulane University Law School (J.D. *cum laude* 1992). He is admitted to practice in the Commonwealth of Pennsylvania.

He specializes in complex commercial and consumer protection litigation and transactional corporate law. He was the sole associate for a claimed 10 year verbal contract case which resulted in a $30 million recovery for the client. *See Provident American Corp. and Provident Indemnity Life Insurance Company v. The Loewen Group Inc. and Loewen Group International Inc.*, E.D. Pa., Civil Action No. 92-1964.

Lastly, Mr. Flaherty is actively involved with Asian American United, a community based organization located in Chinatown serving Philadelphia's diverse Asian communities.

### Charles P. Goodwin

Mr. Goodwin joined Berger & Montague, following his 1992 graduation *cum laude* from the University of Pennsylvania Law School, where he was an editor of the *University of Pennsylvania Law Review*. Prior to attending law school, Mr. Goodwin graduated *cum laude* from Williams College (where he received the Graves Essay Prize in economics), and enrolled in graduate studies in economics at Stanford University. Mr. Goodwin also has engaged in commercial litigation practice in New York. With Berger & Montague, Mr. Goodwin is concentrating in antitrust and employee benefits litigation. Mr. Goodwin is admitted to practice law in the Commonwealth of Pennsylvania.

### Susan Schneider Thomas

Susan Schneider Thomas is a graduate of Brandeis University (B.A. *magna cum laude* 1977) and Temple University School of Law (J.D. *cum laude* 1980), where she was a staff member and Associate Articles Editor of the *Temple Law Quarterly* and interned with the Hon. Edward R. Becker, then on the United States District Court for the Eastern District of Pennsylvania. She was admitted to the Pennsylvania Bar in 1980. In 1980-81, she was a law clerk to the Honorable Dolores K. Sloviter of the United States Court of Appeals for the Third Circuit. Subsequently she was an associate at Schnader, Harrison, Segal & Lewis, Philadelphia, and Greenfield & Chimicles, in Haverford, Pennsylvania, where she was actively involved in the litigation of complex securities fraud. From 1985 to 1989 as an associate at Berger & Montague, she concentrated her practice in complex securities and derivative actions. Upon leaving the Berger firm, Ms. Thomas was a partner in the law firm of Zlotnick & Thomas from 1989 through 1995, where she had primary responsibility for the litigation of several major securities class actions including *Geist v. New Jersey Turnpike Authority*, C.A. No. 92-2377 (D.N.J.), a bond redemption case that settled for $2.25 million; *Burstein v. Applied Extrusion Technologies*, C.A. No. 92-12166-PBS (D. Mass.), which settled for $3.4 million. Ms. Thomas returned to the Berger firm in 1996.

### Robin Switzenbaum

Robin Blumenfeld Switzenbaum is a graduate of Barnard College (B.A. *cum laude* 1976) and the University of Pennsylvania Law School (J.D. 1985). Before law school, Ms. Switzenbaum was engaged in the development of commercial and residential real estate in Pennsylvania and New

Jersey.  During that time, Ms. Switzenbaum served on the board of directors of the Home Owners Warranty Council for Southeastern Pennsylvania and the Home Builders Association for Montgomery and Bucks Counties.  Before becoming Of Counsel to the Berger firm in October, 1989, Ms. Switzenbaum was an associate with the Philadelphia firm of Saul, Ewing, Remick & Saul specializing in real estate, bankruptcy and zoning matters.  Since joining the Berger firm, Ms. Switzenbaum has concentrated in complex civil and securities litigation.  Ms. Switzenbaum has been a shareholder of the firm since 2002.  Ms. Switzenbaum has been involved in several securities class actions involving major banking institutions including *In re Northeast Bancorp,* Case No. N-90-24 (D. Conn) ($4.9 million settlement), *In re Chase Manhattan Bank,* Case No. 90 Civ. 6092 (S.D.N.Y. 1992) ($17.5 million settlement), and *In re Midlantic,* Case No. 90-1275 (D.N.J.) ($9 million settlement).  More recently, Ms. Switzenbaum was part of the litigation team in *In re Rite Aid Securities Litigation,* MDL 1360 (E.D. Pa.) ($334 million settlement) and *In re Sunbeam Securities Litigation*, 98-8258-Civ-Middlebrooks (S.D. Fla.) ($142 million settlement).  In addition, Ms. Switzenbaum served as one of the co-lead counsel in *In re ShopKo Stores, Inc. Securities Litigation,* Case No. 01-C-1034 (E.D. Wis.) ($4.9 million settlement).  Currently, Ms. Switzenbaum represents a class of holders of a publicly traded common stock who were denied their preemptive rights, *Korman v. InKine Pharmaceutical,* Case No. 04341 (CCP, Phila. County), and two trustees of liquidating trusts bringing actions against officers and directors of insolvent companies.  Ms. Switzenbaum is a member of the bar in Pennsylvania, New Jersey, Florida, and California and an arbitrator with the New York Stock Exchange.  Ms. Switzenbaum also serves as a volunteer guide at the Philadelphia Museum of Art and on the advocates board of the Mural Arts Program, chairing the Fundraising Committee.

## OUR ASSOCIATES:

### Elizabeth W. Fox

Elizabeth Williams Fox is a graduate of Bryn Mawr College (B.A., *cum laude*, with honors in Anthropology 1963) and the University of Pennsylvania (M.S. in Education 1972; J.D. 1980). Before attending law school, Ms. Fox taught history and social studies at the Baldwin School where she became Head of the History Department. After law school, Ms. Fox joined Ballard, Spahr, Andrews & Ingersoll as an associate where she practiced employment law and general commercial litigation. In 1985, she joined Hoyle, Morris & Kerr where she specialized in toxic torts and insurance coverage litigation, first as an associate and later as a partner. She joined Berger & Montague in July 2001 where she concentrates in securities litigation.

### Sheryl Saltzberg Levy

Sheryl S. Levy has been an associate at the firm since March, 1988. She received a Bachelor of Arts degree (*cum laude*) from the University of Pennsylvania in 1984, and a Juris Doctorate degree at the National Law Center of George Washington University in 1987 (*cum laude*). While attending law school, Ms. Levy served as an editor of the *George Washington Journal of International Law and Economics*. Prior to joining Berger & Montague, Ms. Levy was associated with the Philadelphia firm of Pechner, Dorfman, Wolffe, Rounick & Cabot. Ms. Levy has worked on a variety of complex litigation matters, primarily in the areas of commercial and mass tort litigation. She is admitted to practice law in Pennsylvania.

### Neil F. Mara

Neil F. Mara is a graduate of the College of the Holy Cross (B.A. 1987) and the University of Connecticut (J.D. 1991) where he was a member of the executive board of the Moot Court Honor Society. Mr. Mara was an Assistant District Attorney in Philadelphia, Pennsylvania, from 1991-1997. He was also a Special Assistant United States Attorney for the Eastern District of Pennsylvania, 1996-1997, where he prosecuted large narcotics organizations. Since joining the Berger firm, he has concentrated on environmental litigation and securities litigation. Mr. Mara is admitted to practice law in Connecticut, Pennsylvania, and various federal courts.

**Peter Russell Kohn**

Peter Kohn is a 1989 graduate of  the University of Pennsylvania (B.A., English) and a 1992 *cum laude* graduate of Temple University Law School, where he was senior staff for the *Temple Law Review* and recipient of awards for trial advocacy.  Prior to joining the firm in July of 2000, Mr. Kohn defended products liability, toxic and mass tort cases on behalf of insureds and self-insureds at LaBrum & Doak (1992-1994) and prosecuted toxic tort, civil rights, class, and MDL actions at Monheit, Monheit, Silverman & Fodera (1994-2000), where he specialized in lead-based paint-related litigation.  He is a member of the bars of the Supreme Court of Pennsylvania (1992-present), the United States District Court for the Eastern District of Pennsylvania (1995-present), and the United States Court of Appeals for the Third Circuit (2000-present), as well as of the Association of Trial Lawyers of America and Trial Lawyers for Public Justice.  Mr. Kohn is an member of the legal advisory board for Quackwatch, an affiliate of the National Council for Reliable Health Information.

**Ellen T. Noteware**

Ms. Noteware earned her undergraduate degree from Cornell University (B.S. 1989) and graduated first in her class from the University of Wisconsin Law School (J.D. 1993) where she served as Associate Editor of the Wisconsin Law Review.

Following graduation, Ms. Noteware clerked for the Honorable J. Calvitt Clarke, Jr. in the United States District Court for the Eastern District of Virginia.  Prior to joining Berger & Montague, Ms. Noteware handled complex commercial litigation, products liability, employment law, ERISA and trade secret disputes as an associate at Arnold & Porter in Washington, D.C. and at Morgan, Lewis & Bockius in Philadelphia.  Ms. Noteware continues to handle complex litigation and class action matters as a member of Berger & Montague's Antitrust Department.

**Phyllis Maza Parker**

Phyllis Maza Parker is a graduate of Yeshiva University (B.A. *cum laude* 1969), Columbia University (M.A. French Literature 1971), Boston University, Brussels Belgium (M.S. in Management), and Temple University School of Law (J.D. *cum laude* 1995), where she was a member of the *Temple Law Review* and published a Note on the subject of the Federal Sentencing Guidelines. After her first year of law school, Ms. Parker interned with the Honorable Dolores K.

Sloviter of the United States Court of Appeals for the Third Circuit. Following graduation from law school, Ms. Parker served as law clerk to the Honorable Murray C. Goldman of the Court of Common Pleas in Philadelphia, Pennsylvania. Since joining the Berger firm in September, 1996, Ms. Parker has been involved in various complex class action litigations, focusing primarily on securities class action litigation. She is admitted to practice in Pennsylvania and New Jersey as well as the Eastern District of Pennsylvania.

### Glen L. Abramson

Glen L. Abramson is a graduate of Cornell University (B.A. *with distinction* 1993), where he was a member of Phi Beta Kappa, and the Harvard Law School (J.D. *cum laude* 1996), where he was a member of the Harvard Legal Aid Bureau.

Upon graduation from law school, Mr. Abramson was an associate at Dechert, Price & Rhoads in Philadelphia, where he handled complex commercial litigation, product liability, intellectual property and civil rights disputes. Prior to joining Berger & Montague, P.C. in 2003, Mr. Abramson spent three years as a professional equities trader.

Mr. Abramson is admitted to practice law in Pennsylvania and New Jersey. He concentrates his practice in the area of complex securities class action litigation.

### Lane L. Vines

Lane L. Vines is a graduate of the University of Wisconsin-Madison (B.B.A.-Accounting, Graduated with Distinction, 1988) and Villanova University School of Law (J.D. 1997). During law school, Mr. Vines was a member of the *Villanova Law Review* and served as a Managing Editor of Outside Works. Prior to joining the Berger firm, Mr. Vines was a law clerk for the Honorable James R. Melinson, Chief U.S. Magistrate Judge for the Eastern District of Pennsylvania. He is admitted to practice in Pennsylvania and New Jersey, as well as several federal courts including the Supreme Court of the United States. He is a member of the Villanova Law J. Williard O'Brien American Inn of Court. Mr. Vines joined the Berger firm in 1999 and concentrates his practice in the area of securities and complex commercial litigation.

### Michael C. Dell'Angelo

Michael C. Dell'Angelo graduated from Connecticut College (B.A. 1994) and The Catholic University of America, Columbus School of Law (J.D. 1997). At the Columbus School of Law he was a member of the Moot Court Honor Society and Phi Delta Phi.

At Berger & Montague, Mr. Dell'Angelo specializes in antitrust, securities and complex litigation. Mr. Dell'Angelo currently serves as the Third Circuit Editor of the American Bar Association's quarterly publication, "Class Action and Derivative Suits." He is a member of the Philadelphia and American Bar Associations.

Prior to joining Berger & Montague, Mr. Dell'Angelo was an associate at Miller Faucher and Cafferty LLP, where he concentrated in antitrust, securities, and complex commercial litigation. In his capacity at Miller Faucher, Mr. Dell'Angelo also practiced before the Federal Trade Commission. He also devoted a substantial portion of his practice to the prosecution of numerous class action lawsuits on behalf of survivors of slave labor during the Holocaust. These suits, against German companies, resulted in a $5.2 billion German Foundation to pay Nazi-era claims.

Mr. Dell'Angelo's *pro bono* work includes the representation of an Alabama death row inmate. That representation resulted in a reversal of the client's sentencing by the Sixth Circuit and a grant of a writ of habeas corpus vacating the client's death sentence.

### Douglas M. Risen

Douglas Risen graduated from Penn State University (B.A. *magna cum laude* 1994) and from the University of Pennsylvania Law School (J.D. 1997). He is admitted to practice in Pennsylvania. Prior to joining the firm, Mr. Risen traded equities via the Philadelphia Stock Exchange. Mr. Risen joined the Berger firm in November, 1998 and practices in the complex securities class action litigation area.

### Neill W. Clark

Neill W. Clark graduated *cum laude* from Appalachian State University in 1994 (B.A.) and from Temple University School of Law in 1998 (J.D.), where he earned seven "distinguished class performance" awards, an oral advocacy award and a "best paper" award. After graduating from law

school, he clerked for Judge Stephen E. Levin, who handled pre-trial proceedings in all class actions filed in the Court of Common Pleas, Philadelphia County.

Since joining the firm in 1999, Mr. Clark has been significantly involved in prosecuting antitrust class actions on behalf of direct purchasers of brand name drugs and charging pharmaceutical manufacturers with illegally blocking the market entry of less expensive competitors.

Six of those cases have resulted in substantial settlements totaling over $700 million: *In re Cardizem CD Antitrust Litig.* settled in November 2002 for 110 million; *In re Buspirone Antitrust Litig.* settled in April 2003 for 220 million; *In re Relafen Antitrust Litig.* settled in  February 2004 for $175 million; *In re Platinol Antitrust Litig.* settled in November 2004 for $50 million; *In re Terazosin Antitrust Litig.* settled in April 2005 for $75 million; and *In re Remeron Antitrust Litig.* settled in November 2005 for $75 million.

Mr. Clark was selected as a "Rising Star" by Pennsylvania Super Lawyers and listed as one of the Top Young Lawyers in Pennsylvania in the December 2005 edition of Philadelphia Magazine.

An avid runner, Mr. Clark has won the Lawyer's Division of the annual Philadelphia Bar Association race seven consecutive times.

### Joy P. Clairmont

Joy P. Clairmont received her B.A. cum laude in international affairs from George Washington University in 1995, and her J.D. from George Washington University Law School in 1998. As a member of the Environmental Lawyer, Ms. Clairmont served as a managing editor and published a Note on the  transfrontier movement of hazardous waste. After graduating from law school, she clerked for the Honorable Richard J. Hodgson of the Montgomery County Court of Common Pleas. Since joining Berger & Montague in April 2000, she has concentrated her practice on complex securities class action litigation.

### David A. Langer

David A. Langer is a graduate of Haverford College (B.A. 1991) and Vermont Law School (J.D. *cum laude* 1999).  While in law school, Mr. Langer was a member of the *Vermont Law Review* and also served as a Managing Editor.  He was admitted to the Pennsylvania Bar in 1999.  Mr. Langer became

associated with Berger & Montague in September 1999 and practices in the antitrust complex litigation area.

### Shanon J. Carson

Shanon J. Carson is a graduate of the Indiana University of Pennsylvania (B.A. *cum laude* 1996 - Criminology) and the Dickinson School of Law of the Pennsylvania State University (J.D. 2000). While in law school, Mr. Carson was Senior Editor of the Dickinson Law Review, and also served as a law clerk for the Honorable William W. Caldwell, Senior Judge, United States District Court, Middle District of Pennsylvania. Since joining Berger & Montague in August of 2000, Mr. Carson has concentrated his practice in the areas of employment discrimination, civil rights, products liability and other commercial litigation, and complex class action litigation. Mr. Carson is admitted to practice in the Commonwealth of Pennsylvania.

### Casey M. Preston

Mr. Preston is a graduate of the Citadel (B.S. 1995) and the Villanova University School of Law (J.D. 2000). Upon graduation from law school, Mr. Preston served as a law clerk for the Honorable William J. Nealon of he United States District Court for the Middle District of Pennsylvania as well as for the Honorable Terrance R. Nelson of the Lackawanna County Court of Common Pleas. Mr. Preston joined Berger & Montague in July 2002 and practices in the complex securities class action litigation area. Mr. Preston is admitted to practice law in Pennsylvania.

### Daniel Simons

Mr. Simons is a member of Berger & Montague's Antitrust Department. He received a Bachelor of Arts in Political Science, magna cum laude, from Yeshiva University in l997. In addition to winning the Political Science departmental award two years running, Mr. Simons also garnered three awards for scholastics and student leadership upon graduation.

He earned his J.D. with honors, at Temple Law School in May, 2000, where he headed three student groups, served on Temple Law Review, and interned in the Health Care Fraud Unit of the United States Attorney's Office. Following graduation, he clerked for the Honorable Berle M. Schiller of the Eastern District of Pennsylvania. He has also served as a volunteer in the Philadelphia Reads Program.

Mr. Simons is admitted to practice in Pennsylvania and New Jersey, as well as in the United States District Courts for the Eastern District of Pennsylvania and for the District of New Jersey. He is a member of the American Bar Association and it Antitrust Section.

## Candace Enders

Candice Enders is a member of Berger & Montague's antitrust department. She received a B.A. in political science from the University of Delaware in 2000 and earned her J.D. from the University of Pennsylvania in 2003.

While in law school, Ms. Enders served as a senior editor on the Journal of Labor and Employment Law, volunteered as a legal advocate at the Custody and Support Assistance Clinic, and interned at Philadelphia City Council.

## Jon J. Lambiras

Jon J. Lambiras is a graduate of Pepperdine University School of Law (J.D. 2003), and Bryant College (B.S. in Accounting, cum laude 1996). While in law school, Mr. Lambiras was a Lead Articles Editor for the Pepperdine Law Review. He has published articles entitled *White-Collar Crime: Why the Sentencing Disparity Despite Uniform Guidelines?*, 30 PEPP. L. REV. 459 (2003) (named "Student Article of the Year" by the Pepperdine Law Review), and *Inside Job: A Guide to Insider Trading*, 17 THE WHITE PAPER 23 (July/Aug. 2003).

Mr. Lambiras is also a Certified Public Accountant and Certified Fraud Examiner. Prior to law school, he practiced accounting for four years as an auditor of public and private corporations.

Since joining Berger & Montague in September 2003, Mr. Lambiras has practiced primarily in the area of securities class action litigation.

## Shoshana Savett

Shoshana Savett received a B.A. from the University of Pennsylvania in 1999. She graduated from Temple Law School in 2003 and is admitted to practice law in Pennsylvania. Ms. Savett is an associate in the securities department.

## Jill I. Freeman

Jill Freeman received a B.A. from the University of Pittsburgh in 1996 and graduated from Widener University School of Law in 2000. Prior to joining Berger & Montague in 2005, Ms. Freeman practiced immigration law. During law school, Ms. Freeman worked for HIAS and Council Migration Services of Philadelphia, the Nationality Service Center, and clerked for the late Honorable Judge Joseph F. Battle in the Delaware County Courthouse in Media, PA.

Ms. Freeman is admitted to practice law in Pennsylvania and New Jersey.

## OF COUNSEL:

## Stanley R. Wolfe

Stanley R. Wolfe is a graduate of Cornell University (B.A. 1963) and Yale University (L.L.B. 1966). He was a senior shareholder of the firm and was Co-Chairperson of the firm's Securities Litigation Department for over 20 years. Mr. Wolfe is a former Special Assistant Attorney General (1970-1972) and a former Deputy Attorney General (1972-1974). He is admitted to practice law in the Commonwealth of Pennsylvania.

Mr. Wolfe served as chief trial counsel in several securities actions including, among others, the combined antitrust-securities action, *Allen Organ Co. v. Rockwell International*, which was successfully settled after four months of trial before Judge Troutman in June 1976, and *Kaplan v. T. Rowe Price Association, Inc.*, a securities class action which was successfully settled in May 1981, during a jury trial in Baltimore. He played a leading role in settled class and derivative actions including *In re Storage Technology Securities Litigation* and *Sally Felzen, et al. v. Ryal R. Poppa, et al. and Storage Technology Corp.*, where a $55 million settlement was approved on December 1, 1995; *In re Tucson Electric Power Company Securities Litigation*, where a $30 million settlement of class and derivative actions was approved, and *In re Philadelphia Electric Company Derivative Litigation*, where a $34 million settlement was approved. In the *Greenway Capital Corporation* arbitration in 1997, Mr. Wolfe secured an award of punitive damages for the firm's client.

Mr. Wolfe is active at the Jewish Federation of Greater Philadelphia where he has been a member of the Board of Trustees for the past ten years. He is currently chairman of the Allocations & Priorities Process Review Task Force and has been a member of the Committee on Allocations and

Planning for the past four years.  He is a member of the Board of Directors of the Public Interest Law Center of Philadelphia ("PILCOP") of which he was the Chairperson from 1982 to 1984.  He is also a member of the Board of Directors of the Germantown Jewish Center.

## Carey R. D'Avino

Mr. D'Avino is of counsel to Berger & Montague, P.C. in Philadelphia.  He has practiced in the field of international law for more than 20 years and his practice is currently concentrated in international human rights class action litigation.  He received a B.A., with honors, from Colgate University and his J.D., with honors, from Emory University Law School, where he served as an Editor, Emory Law Journal.  He is the inaugural John Henry Hobart Fellow in Ethics and Social Justice at Hobart and William Smith Colleges and he is a member of the Board of Directors of the American Anti-Slavery Group, a Boston based human rights foundation dedicated to the eradication of slavery and forced labor around the world.

Mr. D'Avino is a member of the Bar in New York State and the United States Virgin Islands.  He is admitted to practice law in the United States District Court for the  Eastern District of New York, the United States District Court for the Southern District of New York, the Virgin Islands District Court, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Second Circuit.

He served as class counsel in each of the following Holocaust related class actions: *In re Holocaust Victims Assets Litigation*, No. 96 CV 4849; *Helene Pollack, et al., v. Siemens A.G. et. al.*, No. 98 CV 5489; *Marta Cornell, et. al. v. Assicurazioni Generali S.p.a., et. al.*, No. 97 CV 2262; *Watman et. al. v. Deutsche Bank, Dresdner Bank, Creditanstalt, et al.*, No. 98 CV 9186; *Burger-Fisher, et. al. v Degussa*, No. 98 CV 3958; *Jack Bressler et. al. v. Phillip Holzmann AG, et. al.*, No. 98 CV 6335; *Anna Gutwillig, et. al. v.  Steyer-Daimler-Pusch A.G.*, 98 CV 6336 and *Kluge, et al. v. Raiffeisen Zentral, et, al.*, 00 CV 2851.  He is an individual signatory of the German and Austrian Holocaust settlement agreements including the Joint Statement  establishing the terms of the German Foundation  "Remembrance, Responsibility and Future" executed on July 17, 2000, the Joint Statement establishing the terms of the Austrian Fund "Reconciliation, Peace and Cooperation" executed on October 24, 2000, and the Joint Statement establishing the terms of the "Austrian General Settlement Fund", on January 17, 2001.

The international human rights matters currently being handled by Mr. D'Avino include cases against:

(a) Talisman Energy, Inc. and The Republic of Sudan for genocide complicity in Southern Sudan, *Presbyterian Church of Sudan v. Talisman Energy, Inc. and The Republic of Sudan,* 2003 U.S. Dist. Lexis 4085 (S.D.N.Y. March 19, 2003) (denying motion to dismiss);

(b) Royal Dutch/Shell for complicity in human rights violations in the Niger Delta against the Ogoni people, *Kiobel, et al. v. Royal Dutch Petroleum Co. and Shell Transport and Trading p.l.c.,* 02-CV-7618 (S.D.N.Y.); and

© Bayer AG and Schering AG for participation in the chemical sterilization of a concentration camp inmate. *Rozenkier v. Bayer*, No. 03-CV-1422 (E.D.N.Y.)

## Jay Robert Stiefel

Jay Robert Stiefel studied History at the University of Pennsylvania (B.A. with Distinction 1968, General Honors Program, Dean's List) and as a graduate student at Oxford University (Christ Church, 1968-69), where he was elected Chairman of the Graduate Common Room, chaired the Shakespeare at Stratford program and was a member of the Christ Church and Oxford University Boat Clubs. His International Relations degree from the University of Pennsylvania (M.A. 1971) was pursuant to an interdisciplinary program including courses in International Law at the Law School and Economics at the Wharton School of Business. He was elected a member of the Executive Committee of the International Relations Program of the Graduate School of Arts & Sciences (1970-71).

Mr. Stiefel worked at the British House of Commons as a member of the Conservative Parliamentary Power Committee's Subcommittee on Amendments, chaired by Sir John Eden, Bt., and as Parliamentary Personal Assistant to Sir Peter F.HP. Emery, P.C. (1969-70). Other residencies and work abroad, and nineteen years of linguistic studies, including at the Universités de Bordeaux et de la Toulouse (French, Certificat d'Assiduité 1965), have made Mr. Stiefel conversant in foreign languages, customs and practices. He was one of two U.S. Delegates to the International Conference on the U.S. Bicentennial, Philadelphia (1970).

Mr. Stiefel graduated from the Dickinson School of Law (J.D. 1974) where he was an editor of the Dickinson Law Review and a member of the Appellate Moot Court Board and of the Legal Aid Society. He completed programs on Public and Private International Law at the Hague Academy of

International Law, The Netherlands, where he served as U.S. Embassy Liaison (1972); and on the British legal system at Emmanuel College, Cambridge University (1997, 1998). He has lectured on law at Temple University and authored law review articles on International and Constitutional Law. For his paper, "The Rights of the Accused Before Trial," delivered at Oxford University (1977), Mr. Stiefel was awarded le Prix des Anciens Presidents, the top prize of the Association Internationale des Jeunes Avocats (Young Lawyers International Association), a bar association whose U.S. operations he was elected to head (1978).  He received the Outstanding Service Award of the Young Lawyers' Section of the Philadelphia Bar Association for his service on its Executive Committee (1981).  He has also served on the PBA's Committees on International Law, Services to the Spanish-speaking Community, the Federal Courts and Lawyers for the Arts.

Mr. Stiefel has played a lead or principal role in complex securities actions throughout the country, in which many legal precedents were established and significant monetary and remedial benefits achieved. These include, among others, *Employee Solutions Securities Litigation*, Master File No. Civ-97-545-PHX-RGS (OMP) (D. Ariz.) (class settlement of in excess of $15 million); *Rospatch Corporation Securities Litigation*, Case No. 1:90-CV-806 et al. (W.D. Mich.) (class settlement of in excess of $6.5 million); *Long Island Lighting Company Securities Litigation*, 84-CIV-0588 (LDW) (E.D.N.Y.) (class settlement of in excess of $48.5 million); *Washington Public Power Supply System Securities Litigation*, M.D.L. 551 (W.D. Wash) (class settlements of over $700 million); *Charal v. Andes* (re *The Franklin Mint*), C.A. Nos. 77-1725 and 78-1610 (E.D. Pa.) ($6 million class settlement); *Dura-Bilt Corporation v. Chase Manhattan Corp.*, 79 Civ. 4666, 71 Civ. 3800 (S.D.N.Y.); *Berman v. HNC Mortgage & Realty Investors*, C.A. No. B78-111 (D.Conn.); *AM International, Inc. Securities Litigation*, M.D.L. No. 494 (S.D.N.Y.) (class settlements of cash and warrants valued at approximately $20 million); *Cincinnati Gas & Electric Company Securities Litigation*, Master File No. C-1-83-1721 (S.D. Ohio) (class settlement of $13.9 million); *Consumers Power Company Securities Litigation*, Civ. Act. No. 83-CV-6448 AA(E.D. Mich); *Oak Industries Securities Litigation*, No. 83-0537-G(M) (S.D. Cal.) (class settlement of in excess of $33 million); *Lundy v. Interfirst Corporation*, No. 3-84-0952H (N.D. Tex.) (class settlement of $6.7 million); and *Council on Social Work Education, Inc., et al. v. Texas Instruments Inc.*, et al., C.A. No. CA-83-1083-H (N.D. Tex.)(class settlement of $12 million).

Mr. Stiefel has been a board member of various cultural and civic organizations in Philadelphia, including the Philadelphia Chamber Orchestra, Historic Rittenhouse, Inc., the Oxford & Cambridge Society, which he co-founded, and the Center City Residents' Association, chairing its Celebration of Center City Living (1995). He is also a shareholder of the Library Company of Philadelphia and

serves on the Advisory Board of the American Philosophical Society Library. He is a member of the Numismatic & Antiquarian Society of Philadelphia. Mr. Stiefel's philanthropic interests include Independence Hall National Historical Park and various university museums and libraries, for which he was inducted into the De La Salle Society (2001). His sports are squash, tennis, and hiking. He is a member of the Philadelphia Club.

Mr. Stiefel is also an historian of early American commerce and the decorative arts. He has lectured at Winterthur Museum, the American Philosophical Society, Oxford University, the American Museum in Britain, and also before the Decorative Arts Trust, The Washington Decorative Arts Forum, and the Alexandria Association, among other venues. Mr. Stiefel serves on the Advisory Committee of the Delaware Antiques Show for Winterthur (1998-present). He has been admitted to various educational programs of the Attingham Trust in Great Britain and elsewhere (Summer School, 1996; and several Study Weeks since). Mr. Stiefel's "Philadelphia Cabinetmaking and Commerce, 1718-1753: the Account Book of John Head, Joiner" and "The Head Account Book as Artifact" inaugurated the American Philosophical Society's online historical journal, the *Library Bulletin, vol. 1, no. 1*, new series (Winter 2001); and were the subject of two feature articles: Lita Solis-Cohen, "Account Book Becomes Rosetta Stone for Philadelphia Furniture," Maine Antiques Digest (April 2001), and "The Cabinetmaker's Account," Masterpiece (June 2001). Mr. Stiefel's articles on Philadelphia's colonial craftsmen have appeared in various publications, including the Bulletin of the Pewter Collectors' Club of America (Winter 2002); the Catalogue of Antiques and Fine Art (Spring 2003 and 2004) and the Magazine Antiques (August 2006).

Mr. Stiefel is admitted to practice in the Commonwealth of Pennsylvania and before other federal courts throughout the country.

408177_02.wpd--3/8/07

# Exhibit G



# LABATON SUCHAROW & RUDOFF LLP

## INVESTOR PROTECTION LITIGATION

# THE FIRM AND ITS ACHIEVEMENTS

## Table of Contents

CORPORATE GOVERNANCE ............................................................................................2

NOTABLE LEAD COUNSEL APPOINTMENTS.........................................................4

TRIAL EXPERIENCE ......................................................................................................5

NOTABLE SUCCESSES ..................................................................................................6

COMMENTS ABOUT OUR FIRM BY THE COURTS.............................................12

PRO BONO ACTIVITIES ..............................................................................................13

ATTORNEYS.....................................................................................................................13

    EDWARD LABATON, PARTNER ..............................................................................13

    LAWRENCE A. SUCHAROW, MANAGING PARTNER.......................................15

    ERIC J. BELFI, PARTNER .........................................................................................17

    JOEL H. BERNSTEIN, PARTNER ............................................................................18

    THOMAS A. DUBBS, PARTNER .............................................................................20

    LOUIS GOTTLIEB, PARTNER .................................................................................21

    LYNDA J. GRANT, PARTNER ..................................................................................23

    BARBARA J. HART, PARTNER ................................................................................24

    JAMES W. JOHNSON, PARTNER.............................................................................26

    CHRISTOPHER J. KELLER, PARTNER ...................................................................27

    EMILY C. KOMLOSSY, PARTNER ..........................................................................28

    JONATHAN M. PLASSE, PARTNER ........................................................................28

    HOLLIS L. SALZMAN, PARTNER ...........................................................................29

    IRA A. SCHOCHET, PARTNER ................................................................................31

    JOSEPH V. STERNBERG, PARTNER ........................................................................32

LISA BUCKSER-SCHULZ, OF COUNSEL ............................................................ 34

JOSEPH H. EINSTEIN, OF COUNSEL ............................................................ 35

JONATHAN GARDNER, OF COUNSEL ............................................................ 35

DAVID J. GOLDSMITH, OF COUNSEL ............................................................ 36

RICHARD T. JOFFE, OF COUNSEL ............................................................ 38

ANTHONY J. HARWOOD, OF COUNSEL ............................................................ 39

JON ADAMS, ASSOCIATE ............................................................ 40

PETER W. BRUEGGEN, ASSOCIATE ............................................................ 41

JEFFREY CATANZARO, ASSOCIATE ............................................................ 41

CONOR R. CROWLEY, ASSOCIATE ............................................................ 42

ALAN I. ELLMAN, ASSOCIATE ............................................................ 43

STACEY B. FISHBEIN, ASSOCIATE ............................................................ 44

BETH HOFFMAN, ASSOCIATE ............................................................ 45

MICHAEL S. MARKS, ASSOCIATE ............................................................ 46

CRAIG A. MARTIN, ASSOCIATE ............................................................ 47

ANDREI V. RADO, ASSOCIATE ............................................................ 48

ZACHARY M. RATZMAN, ASSOCIATE ............................................................ 48

ERIC S. SCHACHTER, ASSOCIATE ............................................................ 49

MICHAEL W. STOCKER, ASSOCIATE ............................................................ 50

STEFANIE J. SUNDEL, ASSOCIATE ............................................................ 51

SHELLEY THOMPSON, ASSOCIATE ............................................................ 51

ETHAN D. WOHL, ASSOCIATE ............................................................ 52

NICOLE M. ZEISS, ASSOCIATE ............................................................ 53

Founded in 1963, Labaton Sucharow & Rudoff LLP ("Labaton Sucharow") is an internationally respected law firm with offices in New York and Florida and relationships throughout Europe. The Firm consists of more than 60 attorneys and a professional support staff that includes certified public accountants, licensed private investigators, resident securities analysts and 10 paralegals. The Firm prosecutes major complex litigation in the United States, and has successfully conducted a wide array of representative actions (principally class, mass and derivative) in the areas of securities, antitrust, merger/acquisition, limited partnership, ERISA, product liability, and consumer litigation. Labaton Sucharow's Investor Protection Litigation Group offers comprehensive services for our institutional investor clients and has recovered, through trial and settlement, more than $3 billion for the benefit of investors who have been victimized by such diverse schemes as stock price manipulation, mismanagement, and fraudulent offerings of securities. Through its efforts, the litigation group has also obtained meaningful corporate governance reforms to minimize the likelihood of repetitive wrongful conduct. Visit our website at **www.labaton.com** for more information about our dynamic firm.

# CORPORATE GOVERNANCE

Labaton Sucharow is committed to corporate governance reform.  The Firm is a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware ("The Center").  The Center provides a forum for business leaders, directors of corporate boards, the legal community, academics, practitioners, graduate and undergraduate students, and others interested in corporate governance issues to meet and exchange ideas.  One of Labaton Sucharow's senior partners, Edward Labaton, is a member of the Advisory Committee of The Center.  Additionally, Mr. Labaton has for more than 10 years served as a member of the Program Planning Committee for the annual ALI-ABA Corporate Governance Institute, and serves on the Task Force on the Role of Lawyers in Corporate Governance of the New York City Bar Association (formerly known as the Association of the Bar of the City of New York).

On behalf of its institutional and individual investor clients, Labaton Sucharow has achieved some of the largest precedent-setting settlements since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and has helped avert future instances of securities fraud by negotiating substantial corporate governance reforms as conditions of many of its largest settlements.

Because of the depth of their experience and deep commitment to the principles of corporate governance, many Labaton Sucharow partners have served as featured speakers on topics relating to corporate governance and reform at various symposia and lectures.

As a result of Labaton Sucharow's extensive experience and commitment to corporate governance reform, the Firm's clients have secured meaningful reforms, in addition to substantial monetary recoveries, in significant settlements such as:

- ***In re Waste Management, Inc. Securities Litigation***, Civ. No. H-99-2183

  (S.D. Tex.):  Labaton Sucharow, acting as Lead Counsel for the State of Connecticut

Retirement Plans & Trust Funds, caused the Company to present a binding resolution to declassify its board of directors, which was approved by its shareholders.  As a consequence of Labaton Sucharow's efforts, the Company further agreed to amend its Audit Committee charter, which led to its enhanced effectiveness.

- *In re Vesta Insurance Group Securities Litigation*, Civ. No. CV-98-W-1407-S (N.D. Ala.):  Labaton Sucharow, acting as Lead Counsel for the Florida State Board of Administration, caused the Company to adopt provisions requiring that: (i) a majority of its Board members be independent; (ii) at least one independent director be experienced in corporate governance; (iii) the audit, nominating and compensation committees be comprised entirely of independent directors; and (iv) the audit committee comply with the recommendations of the Blue Ribbon Panel on the effectiveness of audit committees.

- *In re Orbital Sciences Corporation Securities Litigation*, Civ. No. 99-197-A (E.D. Va.):  Labaton Sucharow, acting as Lead Counsel for the New York City Pension Funds, negotiated the implementation of measures concerning the Company's quarterly review of its financial results, the composition, role and responsibilities of its Audit and Finance committee, and the adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.

- *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (D.N.J.): Labaton Sucharow, acting as Lead Counsel for the LongView Collective Investment Fund of the Amalgamated Bank, negotiated noteworthy corporate governance

reforms. Bristol-Myers Squibb ("BMS") has agreed to publicly disclose the following information concerning all of its drugs marketed for at least one indication: a description of the clinical study design and methodology; results of the clinical trials; and safety results, including the reporting of adverse events seen during the clinical trials. The disclosures will be posted on BMS's website, *www.BMS.com*, as well as an industry website, *www.clinicalstudyresults.org*. BMS has agreed to post these disclosures for a 10-year period following approval of the settlement, and has further agreed that any modifications to the disclosure protocol must be approved by the Court, at the request of Labaton Sucharow as Lead Counsel, unless the modifications increase the scope of the disclosures. The corporate reform measures obtained in this case exceed the scope of reforms obtained by New York State Attorney General Eliot Spitzer in his settlement of an action against GlaxoSmithKline ("GSK") arising from the sale of Paxil, an antidepressant. The Paxil settlement is limited to drugs sold in the United States, whereas as a result of the BMS settlement, the company must post the clinical trial results of drugs marketed in any country throughout the world.

## NOTABLE LEAD COUNSEL APPOINTMENTS

Labaton Sucharow's institutional and individual investor clients are regularly appointed by federal courts to serve as lead plaintiffs in prominent securities litigations brought under the PSLRA. Since January 2003, dozens of state, city and county public pension funds and union funds have selected Labaton Sucharow to represent them in federal securities class actions and advise them as securities litigation/investigation counsel. Listed below are a few of our current notable Lead Counsel appointments.

*IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION,*
*No. 04 Civ. 8141 (JES) (S.D.N.Y.)*

Representing the State of Ohio as Lead Plaintiff.

*IN RE ST. PAUL TRAVELERS SECURITIES LITIGATION II,*
*Civ. No. 04-CV-4697 (JRT/FLN)  (D. Minn.)*

Representing the Educational Retirement Board of New Mexico as Lead Plaintiff.

*IN RE JDS UNIPHASE CORP. SECURITIES LITIGATION,*
*Civ. No. C 02-1486 CW (N.D. Cal.)*

Representing the Connecticut Retirement Plans and Trust Funds as Lead Plaintiff.

*IN RE HEALTHSOUTH CORPORATION SECURITIES LITIGATION,*
*Consolidated Case No. CV-03-BE-1501-S (N.D. Ala.)*

Representing New Mexico State Investment Counsel,
the Educational Retirement Board of New Mexico,
and the State of Michigan Retirement System
as Co-Lead Plaintiffs.

*IN RE EL PASO CORPORATION LITIGATION,*
*Civ. No. H-02-2717 (S.D. Tex.)*

Representing a major private investor as Lead Plaintiff.

## TRIAL EXPERIENCE

Few securities class action cases go to trial.  But when it is in the best interests of its clients

and the class, Labaton Sucharow repeatedly has demonstrated its willingness and ability to try these

complex securities cases before a jury.

Labaton Sucharow's recognized willingness and ability to bring cases to trial significantly

increases the ultimate settlement value for shareholders.  For example, in *In re Real Estate Associates*

*Limited Partnership Litigation*, when defendants were unwilling to settle for an amount Labaton

Sucharow and its clients viewed as fair, we tried the case with co-counsel for six weeks and obtained

a landmark $184 million jury verdict in November 2002.  The jury supported plaintiffs' position that

defendants knowingly violated the federal securities laws, and that the general partner had breached

his fiduciary duties to plaintiffs. The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the plaintiff class, consisting of 18,000 investors, recovered 100% of their damages.

## NOTABLE SUCCESSES

Labaton Sucharow has achieved notable successes in major securities litigations on behalf of its clients and certified investor classes.

- Labaton Sucharow served as Lead Counsel to the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation*, Civ. No. H-99-2183 (S.D. Tex.). In 2002, Judge Melinda Harmon approved an extraordinary settlement that provided for recovery of $457 million in cash, plus an array of far-reaching corporate governance measures. At that time, this settlement was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third-largest achieved in any federal court in the nation. Judge Harmon noted, among other things, that Labaton Sucharow "obtained an outstanding result by virtue of the quality of the work and vigorous representation of the Class."

- Labaton Sucharow served as Lead Counsel representing the class and Lead Plaintiff, the LongView Collective Investment Fund of the Amalgamated Bank, in *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (D.N.J.). After prosecuting securities fraud claims against BMS for more than five years, Labaton Sucharow reached an agreement to settle the claims for $185 million and significant corporate governance reforms. This settlement is the second largest recovery against

a pharmaceutical company, and it is the largest recovery ever obtained against a pharmaceutical company in a securities fraud case involving the development of a new drug. Moreover, the settlement is the largest ever obtained against a pharmaceutical company in a securities fraud case that did not involve a restatement of financial results.

- Labaton Sucharow represented the Florida State Board of Administration as Lead Plaintiff in *In re Vesta Insurance Group, Inc. Securities Litigation*, Civ. No. CV-98-AR-1407 (N.D. Ala.). After years of protracted litigation, Labaton Sucharow secured a settlement of $78 million on the eve of trial.

- In *Abrams v. VanKampen Funds, Inc.*,  01 C 7538 (N.D. Ill.), in January 2006 Labaton Sucharow obtained final approval of a $31.5 million settlement in an innovative class action concerning VanKampen's senior loan mutual fund, alleging that the fund overpriced certain senior loan interests where market quotations were readily available. The gross settlement fund constitutes a recovery of about 70% of the class's damages as determined by plaintiffs' counsel.

- Labaton Sucharow represented the named New York City pension funds as Lead Plaintiff in *In re Orbital Sciences Corp. Securities Litigation*, Civ. No. 99-197-A (E.D. Va.). After cross-motions for summary judgment were fully briefed, defendants (and Orbital's auditor in a related proceeding) agreed to a $23.5 million cash settlement, warrants, and substantial corporate governance measures.

- In *In re CapRock Communications Corp. Securities Litigation*, Civ. No. 3-00-CV-1613-R (N.D. Tex.), Labaton Sucharow represented a prominent

Louisiana-based investment adviser in claims alleging violations of the federal securities laws.  The case settled for $11 million in 2003.

- In the well-known *In re Prudential Securities Inc. Limited Partnership Litigation*, Civ. No. M-21-67 (S.D.N.Y.), the late Judge Milton Pollack cited the "Herculean" efforts of Labaton Sucharow and its Co-Lead Counsel and, in approving a $110 million partial settlement, stated that "this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case."

- In *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94 Civ. 832/7 (SHS) (S.D.N.Y.), Judge Sidney H. Stein approved a settlement valued at $200 million and found "that Class Counsel's representation of the Class has been of high caliber in conferences, in oral arguments and in work product."

- In *Rosengarten v. International Telephone & Telegraph Corp.*, Civ. No. 76-1249 (N.D.N.Y.), Judge Morris Lasker noted that the Firm "served the corporation and its stockholders with professional competence as well as admirable intelligence, imagination and tenacity."

- In *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888, an action in which Labaton Sucharow served on the Executive Committee of Plaintiffs' Counsel, Judge Marcel Livaudais, Jr., of the United States District Court for the Eastern District of Louisiana, observed that:

> Counsel were all experienced, possessed high professional reputations and were known for their abilities.  Their cooperative effort in efficiently bringing this litigation to a successful conclusion is the best indicator of their experience and ability . . . .

> The Executive Committee is comprised of law firms with national reputations in the prosecution of securities class

action and derivative litigation.  The biographical summaries submitted by each member of the Executive Committee attest to the accumulated experience and record of success these firms have compiled.

- In *New York City Employees' Retirement System v. Adelphia Communications Corp.*, Civ. No. 02-CV-3778 (E.D. Pa.), Labaton Sucharow is prosecuting two individual securities actions on behalf of certain New York City Pension Funds and on behalf of the New Jersey Division of Investment, each against Adelphia Communications Corp., its directors, officers, underwriters and auditors. To date, the Court has issued several decisions resolving aspects of the motions to dismiss made by defendants.  One of those decisions upheld the standing of the New Jersey Division to sue on behalf of the pension and retirement funds of certain New Jersey State agencies.  In addition, the New York City Funds and the New Jersey Division have moved for partial summary judgment against three individual defendants, including John and Timothy Rigas, based upon those defendants' convictions in related criminal proceedings.

- In *STI Classic Funds v. Bollinger Industries, Inc.*, No. 96-CV-0823-R (N.D. Tex.), Labaton Sucharow commenced related suits in both state and federal courts in Texas on behalf of STI Classic Funds and STI Classic Sunbelt Equity Fund, affiliates of the SunTrust Bank, the fifth-largest bank in the United States.  As a result of Labaton Sucharow's efforts, the class of Bollinger Industries, Inc. investors on whose behalf the bank sued obtained the maximum recovery possible from the individual defendants and a substantial recovery from the underwriter defendants. Notwithstanding a strongly unfavorable trend in the law in the State of Texas, and

strong opposition by the remaining accountant firm defendant, Labaton Sucharow has obtained class certification and continues to prosecute the case against that firm.

- In *In re Just for Feet Noteholder Litigation*, Civ. No. CV-00-C-1404-S (N.D. Ala.), Labaton Sucharow, as Lead Counsel, represents Lead Plaintiff Delaware Management and the Aid Association for Lutherans with respect to claims brought on behalf of noteholders. On October 21, 2005, Chief Judge Clemon of the U.S. District Court for the Northern District of Alabama preliminarily approved Plaintiffs' settlement with Banc of America Securities LLC, the sole remaining defendant in the case, for $17.75 million. During the course of the litigation, Labaton Sucharow obtained certification for a class of corporate bond purchasers in a ground-breaking decision, *AAL High Yield Bond Fund v. Ruttenberg*, 229 F.R.D. 676 (N.D. Ala. 2005), which is the first decision by a federal court to explicitly hold that the market for high-yield bonds such as those at issue in the action was efficient.

- In *In re Intermune Securities Litigation*, Master File No. 03-2454 SI (N.D. Cal. 2005), Labaton Sucharow commenced an action on behalf of its client, a substantial investor, against Intermune, a biopharmaceutical firm, and certain of its officers, alleging securities fraud in connection with InterMune's sales and marketing of a drug for off-label purposes. Notwithstanding higher pleading and proof standards in the jurisdiction in which the action had been filed, Labaton Sucharow utilized its substantial investigative resources and creative alternative theories of liability to successfully obtain an early, pre-discovery settlement of $10.4 million. The Court complimented Labaton Sucharow on its ability to obtain a substantial benefit for the Class in such an effective manner.

- In *In re St. Paul Travelers Securities Litigation*, 04-CV-3801 (D. Minn.), Labaton Sucharow was able to successfully negotiate the creation of an all cash settlement fund to compensate investors in the amount of $67.5 million in November 2005. This settlement represents the third-largest securities class action settlement in the Eighth Circuit and one of the top 100 largest settlements of all time.

Among the institutional investor clients Labaton Sucharow represents and advises are:

Academy Capital Management

Metropolitan Atlanta Rapid Transit Authority

Baltimore County Employees' Retirement System

Boston Retirement Board

California Public Employees' Retirement System

Connecticut Retirement Plans and Trust Funds

Diamond A. Partners, L.P.

Employees' Retirement System of Georgia

Florida State Board of Administration

Genesee County Employees' Retirement System

Greenway Partners, L.P.

Lawndale Capital Management

LongView Collective Investment Fund of the Amalgamated Bank

Maryland State Retirement System

The Commonwealth of Massachusetts

The State of Michigan Retirement System

The State of New Mexico

New Jersey Investment Division

New York City Pension Funds

The State of Ohio

Pirate Capital

RS Holdings LLC

San Francisco Employees' Retirement System

St. Denis J. Villere & Co.

State of Wisconsin Investment Board

Steamship Trade Association of Baltimore, Inc. –
International Longshoremen's Association Pension Fund

SunTrust Bank

## COMMENTS ABOUT OUR FIRM BY THE COURTS

Many federal judges have commented favorably on the Firm's expertise and results achieved in securities class action litigation. Judge John E. Sprizzo complimented the Firm's work in *In re Revlon Pension Plan Litigation*, Civ. No. 91-4996 (JES) (S.D.N.Y.). In granting final approval to the settlement, Judge Sprizzo stated that "[t]he recovery is all they could have gotten if they had been successful. I have probably never seen a better result for the class than you have gotten here."

Labaton Sucharow was a member of the Executive Committee of Plaintiffs' Counsel in *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94 Civ. 8547 (SHS). In approving a class-wide settlement valued at $200 million, Judge Sidney H. Stein of the Southern District of New York stated:

> The Court, having had the opportunity to observe first hand the quality of Class Counsel's representation during this litigation, finds that Class Counsel's representation of the Class has been of high caliber in conferences, in oral arguments and in work product.

Judge Lechner, presiding over the $15 million settlement in *In re Computron Software Inc. Securities Class Action Litigation*, Civ. No. 96-1911 (AJL) (D.N.J.), where Labaton Sucharow served as Co-Lead Counsel, commented that

> I think it's a terrific effort in all of the parties involved . . . , and the co-lead firms . . . I think just did a terrific job.
>
> You [co-lead counsel and] Mr. Plasse, just did terrific work in the case, in putting it all together . . . .

## PRO BONO ACTIVITIES

Our attorneys devote substantial time to pro bono activities. Many of our attorneys participated in the Election Protection Program sponsored in 2004 by the Lawyers Committee for Civil Rights Under the Law to ensure that every voter could vote and every vote would count. In addition, the Firm's attorneys devote their time to pro bono activities in the fields of the arts, foundations, education, and health and welfare issues.

## ATTORNEYS

Among the attorneys at Labaton Sucharow who are involved in the prosecution of securities actions are partners Edward Labaton, Lawrence A. Sucharow, Eric J. Belfi, Joel H. Bernstein, Thomas A. Dubbs, Louis Gottlieb, Lynda J. Grant, Barbara J. Hart, James W. Johnson, Christopher J. Keller, Emily C. Komlossy, Jonathan M. Plasse, Hollis L. Salzman, Ira A. Schochet, Joseph V. Sternberg; of counsel attorneys Lisa Buckser-Schulz, Joseph H. Einstein, Jonathan Gardner, David J. Goldsmith, Richard T. Joffe, Anthony J. Harwood; and associates Jon Adams, Peter W. Brueggen, Jeffrey Catanzaro, Conor R. Crowley, Alan I. Ellman, Stacey B. Fishbein, Beth Hoffman, Vicky Ku, Michael S. Marks, Craig A. Martin, Andrei V. Rado, Zachary M. Ratzman, Eric S. Schachter, Michael W. Stocker, Stefanie J. Sundel, Shelley Thompson, Ethan D. Wohl, and Nicole M. Zeiss. A short description of the qualifications and accomplishments of each follows.

### *EDWARD LABATON, PARTNER*      *elabaton@labaton.com*

*Edward Labaton* is recognized not only as a top securities litigation attorney, but as a leading expert on corporate governance initiatives. He is admitted to practice in the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, the United States Courts of Appeals for the

Fifth, Sixth, Seventh, Ninth, and Tenth Circuits, and the Supreme Court of the United States. Mr. Labaton received his J.D. from Yale Law School in 1955 and has specialized in the areas of securities and corporate litigation since 1957. He has prosecuted numerous securities actions as well as other class and derivative actions, and was lead attorney and chief trial counsel in *Kriendler v. Sambo's* and *Weckstein v. Breitbart* and acted as Lead Counsel on behalf of Labaton Sucharow in the *Financial Corporation of America*, *Petro Lewis*, *PepsiCo*, *Jim Walter*, *American Brands*, *GAF Co.*, *Revlon,* and *Dun & Bradstreet* law suits.

Mr. Labaton has substantial trial experience in class and derivative actions. He has also acted as trial counsel in other cases in the Southern District of New York, Western District of Oklahoma and in the state courts of New York. Additionally, Mr. Labaton has argued numerous appeals involving important issues in securities law and federal procedure including appeals in the Second, Sixth, Seventh, Ninth, and Tenth Circuits and in the New York State appellate courts.

Since its formation in 1996, he has served as President of the Institute for Law and Economic Policy, a public policy institution dealing with the civil practice legal system. The Institute has sponsored 12 symposia since its formation. In each symposium, the co-sponsoring law school's principal law review has devoted an entire issue to a special Symposium Issue, publishing the papers presented at the symposium. Co-sponsoring law schools have included Columbia Law School, Duke Law School, Vanderbilt Law School, Washington University Law School, and the University of Arizona College of Law.

A member of the American Law Institute since 1986, Mr. Labaton has served as a lecturer in the Federal Civil Practice and Corporate Governance programs for ALI/ABA and PLI programs on the subjects of federal civil practice, securities litigation, class actions, and corporate governance. Among his many associations, he served as a member of the Board of Directors of the New York County Lawyers' Association and was Chairman of its Federal Courts Committee. Mr. Labaton has

also chaired the Senior Lawyers Committee of the New York City Bar Association and has served as a member of the Federal Courts Committee, the Committee on Securities Regulation, the Corporation Law Committee, the Committee on International Human Rights, and the Federal Legislation Committee of that Association.

Mr. Labaton is a Director of the Lawyers Committee for Civil Rights Under Law. Since its formation in 1996, he has been an Officer and Member of the Executive Committee of the Ovarian Cancer Research Fund (OCRF), which has become the premier organization funding research in ovarian cancer.

## LAWRENCE A. SUCHAROW, MANAGING PARTNER  *lsucharow@labaton.com*

**Lawrence A. Sucharow,** the managing partner at Labaton Sucharow, is admitted to practice in the States of New York and New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the United States Court of Appeals for the Second Circuit, and the Supreme Court of the United States. Mr. Sucharow received his B.B.A. *cum laude* from the Baruch School of the City College of New York in 1971, and his J.D. *cum laude* from Brooklyn Law School in 1975 and has specialized in complex securities and other class action litigation since that date. In addition to prosecuting actions for which he has principal responsibility, Mr. Sucharow oversees and coordinates the work of the professionals who comprise the Firm's contingent litigation and Securities Investor Protection Litigation departments.

Mr. Sucharow has prosecuted, and is currently prosecuting, numerous class actions in the securities, limited partnership, consumer, and products liability fields both as sole Lead Counsel and as a member or co-chair of executive committees of plaintiffs' counsel. Mr. Sucharow has successfully prosecuted actions, recovering hundreds of millions of dollars, on behalf of shareholders of public companies such as PepsiCo, American Express, Ames Department Stores,

Gambro AB, Dun & Bradstreet Corporation, Medco Containment, Time Warner, Xerox, Emersons Ltd., Maxtor Corp., Todd Shipyards, and others; on behalf of bondholders of the New York City Housing Development Corporation; on behalf of purchasers of limited partnership interests from Prudential Securities, New York Life Insurance Company, and PaineWebber, Inc.; and on behalf of manufacturers for antitrust violations.  He played a leading role in the prosecution of the *Waste Management*, *Prudential*, *Paine Webber*, *Real Estate Associates Limited Partnership*, *Mylan*, *Bayer AG*, *Ram Funding* and *Berkshire Realty* litigations.

Mr. Sucharow was successful trial counsel in the important business law case of *Data Probe v. Datatab* (N.Y. Sup. Ct.), and one of the principal trial counsel in *In re Real Estate Associates Limited Partnership Litigation*, which resulted in a plaintiffs' jury verdict of $184 million.  Some of the settled actions in which Mr. Sucharow has undertaken a lead role include obtaining benefits for class members of $200 million (*In re PaineWebber Incorporated Limited Partnerships Litigation*, 94 Civ. 8547(SHS) (S.D.N.Y.) – member of six-lawyer executive committee); $110 million partial settlement (*In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL No.1005 (S.D.N.Y.) – chairman of eight-lawyer executive committee); $91 million (*In re Prudential Bache Energy Income Partnerships Securities Litigation*, MDL 888(ML) (D. La.) – member six-lawyer executive committee); more than $92 million (*Shea v. New York Life Insurance Company*, Civ. 96 0746 (S.D. Fla.) – Co-Lead Counsel); and more than $70 million (*Sumitomo Copper Consumer Products Litigation*, (Superior Court, San Diego, Cal.) – Co-Lead Counsel).  In approving the *Prudential* settlement, Judge Milton Pollack, citing the "Herculean" effort of plaintiffs' counsel, stated:  "*But this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case.*"

Mr. Sucharow is a member of the Federal Bar Council's Committee on Second Circuit Courts, the Federal Courts Committee of the New York County Lawyers Association, and the Securities Law Committee of the New Jersey State Bar Association.  Mr. Sucharow, who lectures on

class actions, complex civil litigation, and related topics in continuing legal education programs, has earned an "AV" rating from Martindale Hubbell Law Directory and was the founding chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association from 1988-1994. Mr. Sucharow is the former President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 80 law firms which practice complex civil litigation, including class actions.

## ERIC J. BELFI, PARTNER                                            ebelfi@labaton.com

*Eric J. Belfi*  joined Labaton Sucharow's New York office in May 2006 as a partner. Eric is very active in investigating and initiating securities and shareholder class actions. He concentrates his efforts on speaking with international institutional investors to keep them apprised of developing trends in the law and new case theories. Eric is a regular speaker at institutional investor gatherings in Europe.

Eric co-authored *The Proportionate Trading Model: Real Science or Junk Science?*, 52 CLEVELAND ST. L. REV. 391 (2004-05); and *International Strategic Partnerships to Prosecute Securities Class Actions, Investment & Pensions Europe*, May 2006, and was a panelist at " '*Class Action' etutela internazionale degli investimenti finanziari*" in Vicenzia, Italy in July 2005, and "U.S. Securities Class Actions Workshop: Portfolios' Management and Investors' Rights Protection" in Milan, Italy in May 2006.

Prior to joining Labaton Sucharow, Eric was a class action litigation partner at Murray, Frank & Sailer LLP in New York. He also served as Assistant Attorney General for the State of New York and Assistant District Attorney for the County of Westchester. As a prosecutor, Eric investigated and prosecuted numerous white-collar crime cases, including securities violations. In this capacity, he presented hundreds of cases to the grand jury and obtained numerous felony convictions after

jury trials.  Most notably, Eric successfully convicted two defendants of 31 counts in a four-week jury trial.

Eric is admitted to the bars of the State of New York and the United States District Court for the Southern and Eastern Districts of New York; United States District Court for the Eastern District of Michigan; the United States District Court of Colorado; the United States District Court for the District of Nebraska; and the United States District Court for the Eastern District of Wisconsin.  He graduated from Georgetown University with a B.A. in 1992 and received a J.D. from St. John's University School of Law in 1995.  Eric is an associate prosecutor for the Village of New Hyde Park, and is also a member of the Federal Bar Council and the Association of the Bar for the City of New York.

## JOEL H. BERNSTEIN, PARTNER                    jbernstein@labaton.com

**Joel H. Bernstein** is a senior partner managing complex litigation including securities, RICO and antitrust litigations and has attained a rating of "AV" from Martindale-Hubbell.

Mr. Bernstein received his J.D. from Brooklyn Law School and was admitted to practice in New York State in 1976.  He is a member of the New York Bar, and is admitted to practice in all courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Third Circuits.  Mr. Bernstein has served on the Panel of Arbitrators of the New York Stock Exchange and National Association of Securities Dealers.  Mr. Bernstein is also a charter member of the Personal Investors Arbitration Bar Association and has been a lecturer at programs conducted by that organization.  Further, he is a member of the New York State Bar Association and New York County Lawyers Association.

Mr. Bernstein has extensive experience managing complex litigation.  He served as a member of the Executive Committee and Chair of the Litigation Committee in *In re Prudential Securities Limited Partnerships Litigation*, MDL No. 1005 (S.D.N.Y.), a complex RICO class action in which plaintiffs sued the brokers and sponsors of more than 700 limited partnerships.  That case resulted in approval of a final settlement of $110 million.

After approving a $22.5 million settlement with additional defendants in the *Prudential* litigation, Judge Pollack specifically commended Mr. Bernstein's efforts in coordinating a litigation committee and stated "[t]he responsibility undertaken by Class Counsel was enormous, and, as the vigor with which they litigated demonstrates, was carried out by Class Counsel with an understanding of the importance of their efforts to plaintiffs and members of the Class . . . .  With respect to each item of work the Court observed Class Counsel perform, the Court is of the opinion that the work product was of the highest caliber." *In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL 1005 (Order No. 142, December 2, 1997, S.D.N.Y.).

Mr. Bernstein also served on the Executive Committee of *In re PaineWebber Incorporated Limited Partnerships Litigation*, 94 Civ. 8547 (SHS) (S.D.N.Y.), a RICO class action which was recently settled with a $125 million cash settlement fund plus significant additional non-cash benefits with a total value of $200 million.

Mr. Bernstein has extensive experience in securities litigation, including class actions and securities arbitrations, representing investors as well as brokers and brokerage firms.  He is a co-author of *Class Actions and Multiple Parties*, SECURITIES ARBITRATION 1993, PRODUCTS, PROCEDURES AND CAUSES OF ACTION, Practicing Law Institute 1993 and *Beyond Selling Fraud: Extending the Life of Finite Life Partnerships*, SECURITIES ARBITRATION 1998, REDEFINING PRACTICES AND TECHNIQUES, Practicing Law Institute 1998.  He is a co-author of the book STAND UP TO YOUR STOCKBROKER, YOUR RIGHTS AS AN INVESTOR, published by Consumer Reports Books in 1991.

## THOMAS A. DUBBS, PARTNER                    *tdubbs@labaton.com*

**Thomas A. Dubbs** is a senior partner with Labaton Sucharow in the New York office. Since the passage of the PSLRA, Mr. Dubbs has specialized in representing institutional investors and pension funds in securities fraud and other types of litigation. Mr. Dubbs represented an affiliate of SunTrust Bank, the first major private institutional investor to become a lead plaintiff in a class action under the Act, against an issuer, a major accounting firm, and major underwriters. He frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference of Public Employee Retirement Systems, and the Council of Institutional Investors. Mr. Dubbs served as Lead Counsel for the class and Lead Plaintiff New Mexico (the New Mexico Public Employees Retirement Association, the New Mexico State Investment Council and the New Mexico Educational Retirement Board) in the securities class actions against St. Paul Travelers Companies, Inc. in relation to the merger between The St. Paul Companies and Travelers Property Casualty Corporation. That case recently resulted in a $67.5 million settlement. In addition, he served as Lead Counsel to the LongView Fund of Amalgamated Bank in *In re Bristol-Myers Squibb*, which resulted in a $185 million settlement and sweeping corporate governance reforms.

Mr. Dubbs has extensive experience in antitrust litigation, including the representation of a plaintiff in a major antitrust action against an arm of the French Government.

Mr. Dubbs led the team of Labaton Sucharow attorneys who represented the Lead Plaintiff, the Florida State Board of Administrators, in the *Vesta Insurance Group* class action. To date, settlements with the Company and its auditor, KPMG, total more than $79 million, which is more than 37% of the damages sustained by the Class. Mr. Dubbs currently serves as Lead Counsel in the federal securities fraud class action brought against American International Group, Inc. on behalf of Lead Plaintiff Ohio (comprised of several of Ohio's retirement systems). He also serves as Lead

Counsel in the Federal securities fraud class action brought against HealthSouth on behalf of Co-Lead Plaintiffs New Mexico (comprised of several of New Mexico's retirement systems) and the State of Michigan Retirement System.

Prior to joining Labaton Sucharow, Mr. Dubbs served for seven years as Senior Vice President and Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated ("Kidder"). While at Kidder, he represented the company in many class actions, including the *First Executive* and *Orange County* litigations. Before joining Kidder, Mr. Dubbs was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in litigation matters including class actions such as the *Petro Lewis* and *Baldwin United* cases.

Mr. Dubbs received his B.A. from the University of Wisconsin and his J.D. from the University of Wisconsin Law School. He also has a Masters in International Relations from the Fletcher School of Law and Diplomacy at Tufts University. Mr. Dubbs is a member of the New York State Bar Association and the New York City Bar Association.

## LOUIS GOTTLIEB, PARTNER                      lgottlieb@labaton.com

*Louis Gottlieb* graduated first in his class and *magna cum laude* from St. John's University School of Law in 1990 where he earned his J.D. and was a member of the Law Review. He is admitted to practice in the States of New York and Connecticut as well as the United States District Court for the Southern and Eastern Districts of New York. From 1991 to 1993 he was a law clerk to the Hon. Leonard B. Wexler of the U.S. District Court for the Eastern District of New York. Before joining Labaton Sucharow, he was an associate at Skadden Arps Slate Meagher & Flom, LLP.

Since joining Labaton Sucharow, Mr. Gottlieb has successfully represented institutional and individual investors in numerous securities class action cases, resulting in cumulative settlements well in excess of $500 million.  He also has represented consumers in class action cases against a wide variety of defendants, including the New York Life Annuities Corporation, numerous life insurance companies, and the tobacco industry.

Mr. Gottlieb was an integral part of the litigation team in *In re Waste Management, Inc. Securities Litigation*, Civ. No. H-99-2183 (S.D. Tex.), wherein the Firm represented the Connecticut Retirement Plans and Trust Fund.  The litigation resulted in a $457 million settlement, one of the largest settlements ever achieved in a securities class action.  The settlement also included corporate governance reforms, including an agreement by management to support a campaign to obtain shareholder approval of a resolution to declassify its board of directors, and a resolution to encourage and safeguard whistleblowers among the company's employees.

In the early stages of *In re JDS Uniphase Corporation Securities Litigation*, it was difficult to conduct an investigation of the Company's alleged wrongdoing because former employees were constrained by draconian confidentiality agreements.  Mr. Gottlieb successfully argued that those agreements must be severely limited in scope.  Subsequently, the Firm was able to obtain statements from more than 50 former JDS employees related to the allegations in the Second Amended Complaint, which the Court sustained.

Mr. Gottlieb successfully led litigation teams in the *Metromedia Fiber Networks* and *PriceSmart* securities fraud class action litigations.  He currently is helping to lead a major class action case against AIG and more than a dozen related defendants in *In re American International Group Inc. Securities Litigation*, Civ. 04-8141 (S.D.N.Y.).

Mr. Gottlieb has made presentations on punitive damages at Federal Bar Association meetings and has often spoken to institutional investors on securities class actions.

## LYNDA J. GRANT, PARTNER                                    lgrant@labaton.com

**Lynda J. Grant** specializes in class and derivative actions. Her practice has ranged from actions to enjoin unfair transactions, such as tender offers and leveraged buy outs, to securities fraud cases, involving private equity funds and publicly traded securities. Most recently, Ms. Grant has been involved in ERISA and similar type actions on behalf of defrauded and wronged employees. She has represented small shareholders, sophisticated hedge fund managers, and state and city pension funds. She has been quoted in various publications and periodicals, while her cases have been featured in a number of significant business magazines, including *Private Equity International*, *Forbes*, and *Business Week*.

The highlights of Ms. Grant's career include: acting as lead or co-lead counsel in *The Gillett Family Trust v. Insignia Financial Group, Inc, et al.* (the "Shelter Properties" Action); *Warren Heller v. McNeil Partners, L.P., et al.*; *Irving Zakin v. William Dockser, et al.* (the "CRITEF" Action); *Joan King v. Oxford Tax Exempt Fund II Corporation*, and *William Wallace v. Devon Associates, et al.* (the "Growth Hotel Investors" Action), among others; helping to obtain a preliminary injunction after trial stopping a $160 million defensive recapitalization of a public limited partnership in *Carlstrom v. Arvida/JMB, Managers, Inc.*, and commencing *In re Real Estate Associates Limited Partnership Litigation*, an action which was eventually litigated by partner Lawrence Sucharow, among others, to a $184 million jury verdict.

Additionally, at the end of 2003, Ms. Grant was part of a team which successfully tried the action *Gelfman, et al. v. Weeden Investors, L.P.*, and helped obtain an injunction in the action *In re MONY Group Inc. Shareholder Lit.*, temporarily stopping the $1.5 billion buyout of MONY Insurance Co. by AXA Financial.  In April 2005, Ms. Grant successfully tried the books and records action captioned *Forsythe, et al. v. CIBC Employee Private Equity Fund (U.S.) L.P., et al.*, and in December 2005, was instrumental in obtaining a $67.5 million settlement for the class in *In re St. Paul Travelers*

*Securities Litigation.* In June 2006, she again was part of a team which settled the action *In re DHB Industries, inc. Class Action Litigation* for $40 million in cash and stock and significant corporate governance measures.

Ms. Grant is a member of the American Bar Association, and serves as a co-chairperson of the Class and Derivative subcommittee on securities litigation. Her article entitled, *CAFA: Is the Remedy Worse than the Illness?* was recently published in the ABA CLASS AND DERIVATIVE ACTION newsletter. In June 2006, she was a panelist on the ABA Teleconference, *Class Certification: Looking Beyond the Pleadings*, and will be attending the ABA Annual Meeting in August 2006 as a panelist for the program *It's a Small World After All: The Increasing Influence of Foreign and Multinational Class Actions.* Ms. Grant is a graduate of the Cornell Law School.

## BARBARA J. HART, PARTNER                              *bhart@labaton.com*

*Barbara J. Hart,* a partner of the Firm, is counsel to the health and welfare funds of Local 237 of the United Federation of Teachers and of New York State Teachers in various cases combating the rising cost of prescription drugs. She is also counsel to the Office of the Treasurer of the States of Connecticut, including having represented the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation.* That litigation involved securities fraud and was settled for $457 million, then the third largest securities class action settlement in U.S. history.

In July 2002, Ms. Hart's client, the Office of the Treasurer of the State of Connecticut, was appointed Lead Plaintiff, and Labaton Sucharow as Lead Counsel, in the *JDS Uniphase Securities Litigation*, where she represents shareholders that lost billions when the value of JDSU shares collapsed. Ms. Hart was interviewed by the Canadian Broadcasting Corporation, in a piece which aired on television in August 2002, regarding the JDS litigation, which involves Canadian as well as U.S. investors, and allegations of massive insider selling in excess of $3 billion.

Ms. Hart represented consumers and prescription benefit insurers (both private insurers and union funds) in litigation against DuPont, regarding its marketing of Coumadin, that was settled for $44.5 million. (See: *www.coumadinsettlement.com*)

Ms. Hart was one of the principal litigators responsible for a $65 million settlement with brand name drug manufacturers whose conduct allegedly caused pharmacy customers to overpay for their prescription drugs.  The settlement benefited consumers in thirteen states, including Kansas, where, in approving the settlement, Judge Steve Leben noted that "a substantial expertise was required to prosecute this litigation."  In Arizona, where Ms. Hart appeared before Judge Robert M. Brutinel, the Judge commented in approving the settlement, "I think the quality of counsel is excellent."  In Maine, Judge Bradford similarly approved, stating, "I'll join my learned colleagues from this and other jurisdiction[s] in commending counsel in arriving at something that represents a great deal of hard work and a great deal of ingenuity in putting together a settlement of this magnitude and complexity, and especially the cost effective way in which this settlement is proposed to be distributed."

Ms. Hart received her J.D. from Fordham University School of Law in 1992 where she was a member of the Law Review and on the Dean's List.  She received a Master of Arts from the University of North Carolina at Chapel Hill and a B.A. from Vanderbilt University. She is the co-author of an article entitled "Antitrust Protections Expanded in New York," NEW YORK LAW JOURNAL, June 22, 1999.  Ms. Hart has spoken on various litigation issues before the Council of Institutional Investors, The Federalist Society, The Institute for Law and Economic Policy, the Public Funds Forum, and the Practicing Law Institute.

## JAMES W. JOHNSON, PARTNER                jjohnson@labaton.com

**James W. Johnson** received his J.D. with honors from New York University School of Law in 1980.  He is admitted to practice in the States of Illinois and New York, the United States Supreme Court, the United States Courts of Appeals for the Second and Seventh Circuits, and the District Courts for the Eastern, Northern and Southern Districts of New York and the Northern District of Illinois.

Mr. Johnson has specialized in complex class action litigation and has prosecuted numerous class actions involving RICO, securities, and environmental issues.  In *County of Suffolk v. Long Island Lighting Co.*, 685 F. Supp. 38 (E.D.N.Y. 1988), *aff'd*, 907 F.2d 1295, 1327 (2d Cir. 1990), Mr. Johnson was one of five trial counsel for plaintiff in a RICO class action in which a jury verdict was obtained for plaintiff County of Suffolk after a two-month trial, resulting in a $400 million settlement.  The Second Circuit, in awarding attorneys' fees to plaintiff, quoted the trial judge, Honorable Jack B. Weinstein, as stating "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried."

In *Murphy v. Perelman*, Case No. 659511 (Cal. Sup. Ct.), Mr. Johnson and Labaton Sucharow acted as Co-Lead Counsel in this derivative action against nominal defendant National Health Laboratories, Inc.  Along with a co-counsel in a companion federal action, *In re National Health Laboratories, Inc. Sec. Litig.*, No. CV-92-1949-B (RBB) (S.D. Cal.), Co-Lead Counsel obtained a settlement fund of $80 million.  Mr. Johnson also served on the team in *In re Vesta Insurance Group, Inc. Securities Litigation*, which resulted in a partial recovery of $78 million for the plaintiff class.

Mr. Johnson was a lead partner for the team litigating the *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (D.N.J.) case, and represents Amalgamated Bank and the class alleging that BMS defrauded investors by heavily promoting a drug they knew caused serious health issues to

patients.  The case recently settled for $185 million, which is the second-largest settlement ever obtained against a pharmaceutical company for violations of the Federal securities laws.

Mr. Johnson also assisted in prosecuting environmental damage claims on behalf of Native Americans resulting from the Exxon Valdez oil spill.  In addition, Mr. Johnson has published articles on various RICO-related issues in THE NATIONAL LAW JOURNAL and for the Practicing Law Institute.

## CHRISTOPHER J. KELLER, PARTNER                    ckeller@labaton.com

*Christopher J. Keller* joined Labaton Sucharow's New York office in May 2000 and is a partner in the class action securities department.  During his tenure at Labaton Sucharow, Mr. Keller has achieved numerous successes.  Notably, he was a member of the trial team that successfully litigated the *In re Real Estate Associates Limited Partnership Litigation* in the United States District Court for the Central District of California.  The six-week jury trial resulted in a landmark $184 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the PSLRA.

Mr. Keller leads Labaton Sucharow's Case Development Group and oversees a team of attorneys, investigators, analysts, and specialists who review new class actions on behalf of our institutional clients.  He coordinates with our institutional investor clients to keep them apprised of developing trends in the law and new case theories.  Mr. Keller is a regular speaker at institutional investor gatherings as well as a frequent speaker at continuing legal education seminars relating to securities class action litigation.

Mr. Keller received his J.D. from St. John's University School of Law in 1997 and is admitted to practice in New York and the Southern and Eastern Districts of New York.  He is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.

## EMILY C. KOMLOSSY, PARTNER                    ekomlossy@labaton.com

**Emily C. Komlossy** is a partner in Labaton Sucharow's Florida office.  Her practice focuses on representing clients in securities law and class action litigation.  Ms. Komlossy currently represents the Genesee County Employees' Retirement System in pending securities litigation and provides monitoring services.

Ms. Komlossy's involvement in class action litigation has brought significant praise for the Firm.  In *Yud v. Saf T. Lok*, 98 CV 8507 (S.D. Fla.), Magistrate Judge Linnea R. Johnson noted "the attorneys have done an outstanding amount of work in a short period of time to bring this class action to resolution in a successful fashion."

Similarly, in *Miller v. Daniel Industries Inc.*, C.A. No. 17176 (Del. Ch. Dec. 20, 1999), Vice Chancellor Leo E. Strine, Jr. approved the settlement and award fees in the action and noted the following :

> Given the skill of counsel which is undisputed, the skill of their adversaries, which is also undisputed and this was expedited litigation, I think that the plaintiffs' counsel did a good job of getting what they sought in the complaint on an efficient basis, and it justifies the award sought.

Ms. Komlossy received her B.A. from the State University of New York at Oneonta in 1983 and her J.D. from New York Law School in 1989.  She is admitted to practice in the States of New York and Florida and the United States District Courts for the Southern District of New York, Southern District of Florida and the Western District of Michigan.

## JONATHAN M. PLASSE, PARTNER                    jplasse@labaton.com

**Jonathan M. Plasse** received his J.D. from Brooklyn Law School in 1976.  Over the span of his twenty-five year career at Labaton Sucharow, Mr. Plasse has concentrated his practice on the litigation of securities class actions.  Mr. Plasse is a member of the New York City Bar Association

and has lectured on securities law and consumer class actions.  Mr. Plasse has successfully

prosecuted numerous securities fraud, M&A transaction-related, and consumer class actions,

including the following cases in which the Firm served as Lead or Co-Lead Counsel:

> *In re Waste Management Inc. Securities Litigation*, H-99-2183 (S.D. Texas)
> (class action settlement of $457 million);

> *In re Orbital Sciences Securities Litigation*, Civ. No. 99-197-A (E.D. Va.)
> (class action settlement of $23.5 million);

> *In re National Health Laboratories Derivative Litig.*, Civ. No. 92-1949-B (S.D. Cal.)
> (derivative settlement of $20 million);

> *Kaplan v. General Motors Corp.*, Civ. No. 81-1252 (HB) (E.D.N.Y.)
> (consumer class action settlement of $22.5 million);

> *In re Computron Software Inc. Sec. Litig.*, Civ. No. 96-1911 (D.N.J.) (AJL)
> (securities class action settlement of $15 million);

> *In re Home Shopping Network Shareholders Litig.*, Civ. No. 12868 (Del. Ch.)
> (transaction case settlement of $13.9 million).

> Mr. Plasse currently serves as the Lead Counsel in the securities class action, *In re El Paso

*Corporation Litigation*, H-02-2717 (S.D. Tex.).

## HOLLIS L. SALZMAN, PARTNER                          hsalzman@labaton.com

**Hollis L. Salzman** is a partner with Labaton Sucharow in the New York office.  Ms.

Salzman is part of the Firm's Securities and Litigation Antitrust Practice Group as well as playing an

active role in litigating the Firm's securities fraud litigation cases. Ms. Salzman's practice includes

representing institutional investors in securities litigation as well as businesses and consumers in

cases involving corporate antitrust conspiracies and other antitrust law violations.  She also serves as

the chief advisor to several institutional investor clients of Labaton Sucharow in securities litigation

portfolio monitoring and analysis.

Ms. Salzman is presently involved in in the federal securities fraud class actions brought against American International Group, Inc. (AIG) on behalf of lead plaintiff Ohio (comprised of several of Ohio's retirement systems) and the recently settled *In re Maxim Pharmaceuticals*.

In the antitrust arena, she is currently actively engaged in the prosecution of major antitrust class actions pending throughout the United States. She is presently co-lead counsel in many antitrust cases, including: *In re Abbott Labs Norvir Antitrust Litigation* (N.D.Cal.), *In re OxyContin Antitrust Litigation* (S.D.N.Y), *In re Tamoxifen Antitrust Litigation* (S.D.N.Y.), and *In re Ciprofloxacin Antitrust Litigation* (E.D.N.Y.). She is also actively involved in other pending major antitrust litigations, including *In re Funeral Antitrust Litigation* (N.D.Cal.), *In re Pineapple Antitrust Litigation* (S.D.N.Y.), *In re New Motor Vehicles Canadian Export Antitrust Litigation* (D. Me.), and *County of Suffolk v. Smithkline Beecham Corporation* (E.D. Pa.).

She also served as co-lead counsel in several antitrust class actions which resulted in extraordinary settlements for consumers and third-party payors. *In re Buspirone Antitrust Litigation* (MDL 1413) (S.D.N.Y.) ($90 million settlement); *In re Lorazepam & Clorazepate Antitrust Litigation* (MDL 1290) (D.D.C.) ($35.4 million on behalf of third-party payors, and $100 million on behalf of consumers in conjunction with the Federal Trade Commission and State Attorneys General's actions); also *In re Maltol Antitrust Litigation* (99 Civ 5931) (S.D.N.Y.), and *Continental Seasonings Inc. v. Pfizer, Inc., et al.*, (99 Civ. 12055) (S.D.N.Y.) ($18.45 million on behalf of direct purchasers of chemical food additives). Additionally, she was principally responsible for administering a $65 million settlement with certain brand-name prescription drug manufacturers where their conduct allegedly caused retail pharmacy customers to overpay for their prescription drugs.

Ms. Salzman is a committee member of the New York State Bar Association, Commercial & Federal Litigation Section, and is co-author of an article entitled "The State of State Antitrust Enforcement," *NYSBA NYLitigator*, Winter 2003, Vol. 8, No. 1. She is also a member of the

Association of the Bar of the City of New York Antitrust Committee and Women's Antitrust Bar Association. Ms. Salzman also provides pro bono representation to indigent and working-poor women in matrimonial and family law matters.

## IRA A. SCHOCHET, PARTNER                    *ischochet@labaton.com*

**Ira A. Schochet**  is recognized for his expertise in the areas of securities and class action litigation, chairing a bar association committee, lecturing and writing articles relating to those areas of law.

Mr. Schochet is a partner in the class action litigation department of Labaton Sucharow in its New York office.  For more than fifteen years, the focus of his practice has been in the area of securities fraud.  However, he has also represented investors, shareholders and consumers in corporate transactions, consumer and antitrust actions.

Examples of actions in which Mr. Schochet acted as sole or Co-Lead Counsel and which resulted in a large multimillion dollar recovery for class members include those brought against Caterpillar, Inc., Spectrum Information Technologies, Inc., and InterMune, Inc.  In *Kamarasy v. Coopers & Lybrand*, No. 591 Civ. 00124 (TFGD) (D. Conn.), a securities fraud class action, Mr. Schochet and a team of Labaton Sucharow attorneys under his supervision obtained a settlement for the class equal to approximately 75% of the highest possible damages that class members could have recovered, notwithstanding the impecunious condition of the corporate defendant.  The Court in that case complimented him for "the superior quality of the representation provided to the class." The Court further stated that Mr. Schochet possessed "the necessary experience and ability to represent the interest of the class effectively and fairly" and had done so in that case.

Mr. Schochet represented one of the first institutional investors acting as a Lead Plaintiff in a post-PSLRA case, *STI Classic Funds v. Bollinger, Inc.*, and successfully obtained one of the first rulings with an interpretation of that statute's intent provision favorable to investors.

Most recently, the district court in the action against InterMune, Inc. approved a settlement on behalf of investors that Mr. Schochet achieved as a result of his leadership in the litigation and negotiation with defendants. At the hearing, the court complimented him on his ability to obtain a very significant cash benefit for the class in a very efficient manner, saving the class from additional years of time, expense, and substantial risk.

Since 1996, Mr. Schochet has acted as chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association. In that capacity, he has sat as a member of the Executive Committee of the Section and was the primary author of articles and reports, some of which have been published in the Section's journal, NYLITIGATOR, on a wide variety of issues relating to class action procedure. Such issues include revisions to that procedure proposed over the years by both houses of the United States Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference. Examples include "Proposed Changes in Federal Class Action Procedure," "Opting Out On Opting In," and "The Interstate Class Action Jurisdiction Act of 1999." Mr. Schochet has also lectured on securities litigation at continuing legal education seminars.

Mr. Schochet earned his J.D. from Duke University School of Law and received his B.A. *summa cum laude* from the State University of New York at Binghamton.

## JOSEPH V. STERNBERG, PARTNER                jsternberg@labaton.com

**Joseph V. Sternberg** received his J.D. from the New York University School of Law in 1966 and has practiced in the area of securities litigation and class and derivative actions for more

than thirty years.  Mr. Sternberg was one of the Labaton Sucharow attorneys who participated in the successful prosecution of the landmark *Van Gemert v. Boeing* action.  Mr. Sternberg has played a major part in many of the most significant class actions prosecuted by Labaton Sucharow, including *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 in the Eastern District of Louisiana; *In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL No. 1005 in the Southern District of New York; *In re Granada Partnerships Securities Litigation*, MDL No. 837 in the Southern District of Texas; and *In re Energy Systems Equipment Leasing Securities Litigation*, MDL No. 637 in the Eastern District of New York.  His work in the *In re Energy Systems Equipment Leasing Securities Litigation* was commented on by Judge Wexler when he complimented the Firm for the efficient and cooperative manner in which that complex litigation was prosecuted.

During the course of his representation and participation in the representation of classes of plaintiffs, Mr. Sternberg has prosecuted cases that have resulted in the return of hundreds of millions of dollars to class members.  Among the numerous landmark cases in which Mr. Sternberg participated are:  *Limmer v. Medallion Group, Inc.*, 75 A.D.2d 299, 428 N.Y.S.2d 961 (1st Dep't 1980); *In re Energy Systems Equipment Leasing Securities Litigation*, 642 F. Supp. 718 (E.D.N.Y. 1986); *Koppel v. 4987 Corp.*, 167 F.3d 125 (2d Cir. 1999); *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190 (3d Cir. 2000); and *In re Real Estate Associates Limited Partnership Litigation*, 223 F. Supp. 2d 1109 (C.D. Calif. 2002).

Mr. Sternberg has earned an "AV" rating from the Martindale-Hubbell Law Directory while practicing in both the New York state and federal courts.  He has prosecuted and argued appeals in the First and Second Departments of the Appellate Divisions of the Supreme Court of the State of New York, United States Court of Appeals for the Second Circuit, and the Chancery Court and the Supreme Court of Delaware, in cases involving complex issues of fiduciary duty and corporate responsibility.  Mr. Sternberg is the co-author of *Using and Protecting Against Rule 12(b)(6) and 9(b) Motions*, The Practical Litigator, Vol. 4, No. 5, Sept. 1993.

## LISA BUCKSER-SCHULZ, OF COUNSEL                    lbuckser@labaton.com

*Lisa Buckser-Schulz* joined Labaton Sucharow as an associate in the securities litigation practice group in 2002. Ms. Buckser-Schulz has been prosecuting securities class actions on behalf of public pension funds (including State of Wisconsin Investment Board, the General Retirement System of the City of Detroit and the Jacksonville Police and Fire Retirement Fund) and other institutional clients since January 1996. Ms. Buckser-Schulz concentrates primarily on cases involving accounting fraud which, as a Certified Public Accountant, she is uniquely qualified to do. She worked on the *Waste Management* case, which settled for $457 million. She has also successfully prosecuted cases against Physician Computer Network, Computron Software, Inc., Navigant Consulting Inc., and ICN Pharmaceuticals, Inc., as well as others. Ms. Buckser-Schulz is currently representing the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in an action against the Fund's former independent auditor and a member of the Fund's general partner. Ms. Buckser-Schulz is also actively involved in the *Van der Moolen* and *Polaroid* securities class action cases.

Ms. Buckser-Schulz received a B.S. in accounting from Rutgers College in 1986. She received her J.D. *magna cum laude* from Fordham University School of Law in February 1993 where she was a member of the Law Review and the Order of the Coif and was on the Dean's List. Ms. Buckser-Schulz also received American Jurisprudence Awards in Criminal Law and Insurance Law. Ms. Buckser-Schulz is a member of the American Bar Association, where she served as Co-Chair of the Accounting Issues Subcommittee of the Securities Litigation Committee of the Litigation Section.

Ms. Buckser-Schulz worked as an auditor upon graduating from college in 1986 and obtained her CPA license in 1988. Ms. Buckser-Schulz has performed numerous audits and served as the Chief Financial Officer of a New York-based hedge fund.

## JOSEPH H. EINSTEIN, OF COUNSEL                    jeinstein@labaton.com

**Joseph H. Einstein** is a Phi Beta Kappa graduate of the University College of Arts and Sciences of New York University. He attended N.Y.U. Law School and received his LL.B. in 1960. Mr. Einstein served on the Law Review and was a John Norton Pomeroy and Hirschman Foundation Scholar. Mr. Einstein also holds an LL.M. with a major in trade regulation.

Mr. Einstein was admitted to the bar in 1960 and specializes in sophisticated corporate and commercial litigation before the courts and arbitration panels, general corporate representation and computer software and employment law. He has handled litigation in both the state and federal courts, including trials and appeals, and argued a major securities law case, *Burks v. Lasker*, 441 U.S. 471 (1979), before the United States Supreme Court. Mr. Einstein is general counsel to a large computer software vendor. He is a member of the Committee on the Civil Practice Law and Rules of the New York State Bar Association and the Council on Judicial Administration of the New York City Bar Association. Mr. Einstein is certified as an arbitrator by the American Arbitration Association and serves as a Mediator for the United States District Court for the Southern District of New York.

## JONATHAN GARDNER, OF COUNSEL                    jgardner@labaton.com

**Jonathan Gardner** focuses his practice on securities class action litigation. Mr. Gardner currently represents the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in an action against the Fund's former independent auditor and a member of the Fund's general partner as well as numerous former limited partners who received excess distributions. He has successfully recovered over $2 million for the Successor Liquidating Trustee to date.

Recently Mr. Gardner has worked on a number of significant cases including *In re Mercury Interactive Corp. Securities Litigation*, *In re Just for Feet Securities Litigation*, *In re St. Paul Travelers Securities Litigation*, and *In re Escala Group, Inc. Securities Litigation*.

Mr. Gardner recently litigated claims of securities fraud, common law fraud, breach of contract, defamation, and civil RICO violations against CFI Mortgage Inc. and its principals in federal court. Following a five-day jury trial, Mr. Gardner secured a verdict of over $50 million. In April 2005, he participated in the successful trial of a books and records action captioned *Forsythe, et al. v. CIBC Private Equity Fund*.

For the past 15 years, Mr. Gardner was actively involved in litigating all aspects of commercial and business disputes from pre-dispute investigation and settlement to trials and appeals before state and federal courts, as well as arbitration and mediation forums.

Mr. Gardner earned a B.S.B.A. from American University in 1987 and a J.D. from St. John's University Law School in 1990. He is a member of the New York State Bar Association and The Association of the Bar of the City of New York.

Mr. Gardner is admitted to practice in New York and before the United States District Courts for the Southern and Eastern Districts of New York.

## DAVID J. GOLDSMITH, OF COUNSEL                    dgoldsmith@labaton.com

**David J. Goldsmith** represents institutional and individual investors in all manner of securities fraud and corporate governance litigation, and has achieved substantial recoveries for the Firm's clients and certified classes of investors.

Mr. Goldsmith presently manages the prosecution and settlement of a wide array of complex securities litigations, including a well-publicized series of innovative cases alleging that mutual funds that invested their assets in senior bank loans overpriced certain loans for which market quotations

were readily available. These cases settled for more than $50 million combined. Mr. Goldsmith was instrumental in obtaining a decision in one of these actions excluding before trial certain opinions of a nationally known economist who regularly serves as a defense expert in securities cases.

Mr. Goldsmith is a member of the Firm's Lead Counsel team representing the Genesee County (Mich.) Employees' Retirement System in a major securities class action against Transaction Systems Architects, Inc., premised on a restatement of previously reported financial results.

Mr. Goldsmith also assisted in the representation of a series of state pension funds as Lead Plaintiff in the *Waste Management* securities litigation. In 2002, the court approved an extraordinary settlement of $457 million, the third-largest common fund settlement ever achieved up to that time. Mr. Goldsmith was a member of the Firm's Lead Counsel team representing several New York City Pension Funds in a class action against Orbital Sciences Corporation. In 2001, Mr. Goldsmith obtained one of the earliest decisions finding that a class action had been improperly removed under the Securities Litigation Uniform Standards Act of 1998.

Mr. Goldsmith has lectured on class actions and securities litigation in various cities as part of several continuing legal education programs and investment symposia. In 2003, Mr. Goldsmith was appointed to the Steering Group of the First Decade Committee of the Federal Bar Council, the bar association for practitioners in Second Circuit federal courts. He is also a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association, and the New York County Lawyers' Association.

Mr. Goldsmith received B.A. and M.A. degrees from the University of Pennsylvania in 1993. He received his J.D. in 1996 from the Benjamin N. Cardozo School of Law, where he was managing editor of the CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL. During law school, Mr. Goldsmith served as a judicial intern to the Hon. Michael B. Mukasey, United States District Judge for the Southern District of New York.

## RICHARD T. JOFFE, OF COUNSEL                rjoffe@labaton.com

**Richard T. Joffe** joined Labaton Sucharow's New York office in the fall of 2001. His practice primarily involves class action litigation, including securities fraud, antitrust and consumer fraud. Since joining the Firm, Mr. Joffe has represented such clients as institutional purchasers of corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when they purchased annuities.

Prior to joining Labaton Sucharow, Mr. Joffe was an associate at Gibson, Dunn & Crutcher LLP, where he played a key role in obtaining a dismissal of claims against his client, Merrill Lynch & Co., Inc., and a dozen other of America's largest investment banks and brokerage firms, who, in *Friedman v. Salomon/Smith Barney, Inc.*, 2000 WL 1804719 (S.D.N.Y. 2000), *aff'd*, 313 F.3d 796 (2d Cir. 2002), were alleged to have conspired to fix the prices of initial public offerings.

Mr. Joffe was also an associate at Fried, Frank, Harris, Shriver & Jacobson where he defended Goldman Sachs & Co. from allegations of securities fraud and professional negligence, and obtained a successful settlement for several older women who alleged that they had been victims of age and sex discrimination when they were selected for termination by New York City's Health and Hospitals Corporation during a city-wide reduction in force. He is also co-author of *Protection Against Contribution and Indemnification Claims* in SETTLEMENT AGREEMENTS IN COMMERCIAL DISPUTES (Aspen Law & Business, 2000).

Mr. Joffe received his J.D. from Columbia Law School in 1993. Prior to attending law school, he earned a Ph.D. from Harvard University in History of American Civilization.

Long before becoming a lawyer, Mr. Joffe was a founding member of the internationally famous rock-and-roll group, *Sha Na Na*.

## ANTHONY J. HARWOOD, OF COUNSEL                     aharwood@labaton.com

**Anthony J. Harwood** is a trial lawyer with Labaton Sucharow. He focuses primarily on prosecuting class action litigation for investors and consumers who have been injured by violations of federal securities and antitrust laws. Mr. Harwood has more than eighteen years of experience representing both plaintiffs and defendants in complex litigation involving a wide variety of matters in addition to securities and antitrust, including white collar criminal defense and intellectual property.

Mr. Harwood is currently one of the lawyers acting as Lead Counsel for the State of Connecticut's Retirement Plans and Trust Funds, which is seeking to recover billions of dollars in investment losses on behalf of its beneficiaries and a class of investors who purchased securities of JDS Uniphase. He also prosecuted securities fraud claims for a group of investors who purchased limited partnership interests in an oil and gas exploration company, achieving a settlement in which his clients recovered their entire investment.

Mr. Harwood's white collar criminal defense practice has involved several high profile investigations including Enron's accounting fraud, market timing in the mutual fund industry and public corruption. He has represented clients before the United States Department of Justice, the Securities and Exchange Commission and state prosecutors.

In the field of intellectual property litigation, Mr. Harwood's experience includes the prosecution of copyright, trademark and patent infringement claims, and the representation of clients in lawsuits over licensing rights to technology and entertainment products.

Mr. Harwood has frequently contributed articles and made presentations to professional associations on legal topics including securities and trademark litigation, alternative dispute resolution and international litigation.

Mr. Harwood is a member of the New York State Bar Association, where he serves on the Executive Committee of the Litigation Section as co-chair of the Committee on Ethics and Professionalism, and is a member of the Securities Litigation Committee.  He is also a member of the American Bar Association, where he has served as the vice-chair of the Membership Committee for the Section of International Law and Practice, the chair of the International Law Committee of the Young Lawyers Division and on the Executive Committee of the Young Lawyers Division.

Mr. Harwood received his B.A. from Cornell University in 1983.  He earned his J.D. from Fordham University in 1987, where he was a member of the Law Review.  He served as a law clerk to the Honorable William C. Conner, U.S. District Judge, Southern District of New York from 1987 to 1988.

## JON ADAMS, ASSOCIATE                                       jadams@labaton.com

**Jon Adams** joined Labaton Sucharow's New York office as an associate in 2004.  He works primarily on securities and consumer class action litigation.

Prior to joining Labaton Sucharow, Mr. Adams held the position of Assistant Attorney General for the State of New Mexico.  Prior to that, he practiced general commercial litigation in New York at Kelley Drye & Warren after clerking in the Southern District of Indiana, for Chief United States Magistrate Judge John Paul Godich.  He received a B.A. from Haverford College and his J.D. from Columbia Law School, where he was a Stone Honor Scholar and Executive Editor of the JOURNAL OF ENVIRONMENTAL LAW.

Mr. Adams published *Applying Greater State Constitutional Protections In Federal Court* in the TEMPLE POLITICAL AND CIVIL RIGHTS LAW REVIEW, and *Rights at U.S. Borders* in the BYU JOURNAL OF PUBLIC LAW.  In addition, Mr. Adams has served as an adjunct professor of philosophy.

Mr. Adams is admitted to practice law in New York and New Mexico, the Southern and Eastern Districts of New York, and the Southern District of Indiana.

## PETER W. BRUEGGEN, ASSOCIATE                    pbrueggen@labaton.com

*Peter W. Brueggen* joined Labaton Sucharow's New York office in 1997 and became involved in consumer class action litigation against the tobacco industry, as well as representing numerous residents and firefighters who were injured as a result of a chemical plant explosion in New Jersey.  Mr. Brueggen has also represented plaintiffs in various class actions against manufacturers of orthopedic bone screws.  More recently, Mr. Brueggen has practiced in the areas of antitrust and securities class action litigation.  He was a member of the litigation team in the *In re Bristol-Myers Squibb Securities Litigation*, pending in the U.S. District Court of New Jersey.

Mr. Brueggen graduated from New York University in 1987 with a B.A. in Journalism and worked for ABC News before attending Albany Law School, where he received his J.D. in 1996.  He is admitted to the New York and New Jersey State Bars, and he is a member of the American Bar Association, the New York State Bar Association and the New York County Lawyers' Association.

## JEFFREY CATANZARO, ASSOCIATE                    jcatanzaro@labaton.com

*Jeffrey Catanzaro* joined the Firm's New York office in the Fall of 2005.  The focus of Mr. Catanzaro's practice is primarily in the area of securities fraud litigation.  He is a member of the Labaton Sucharow teams actively litigating *In re HealthSouth Corporation* and *In re JDS Uniphase*.

Mr. Catanzaro graduated with joint J.D./LL.M in Taxation from The John Marshall Law School in Chicago, Illinois with a specialization in corporate taxation and received his B.S. from St. John's University.

While in law school, Mr. Catanzaro was an Executive Editor of The John Marshall Law School JOURNAL OF COMPUTER AND INFORMATION LAW, and competed in the American Bar

Association Client Counseling, Negotiation, and Section of Criminal Justice Trial Advocacy competitions, as well as The American Academy of ADR Attorneys Law School Mediation competition.

A two-time recipient of the American Bar Association Law Student Division Silver Key Award (the second highest award granted by the ABA Law Student Division), he was elected to two terms on the ABA Law Student Division Board of Governors where he served as the Secretary-Treasurer. Then American Bar Association President Robert Hirshon appointed him to the ABA Presidential Commission on Loan Repayment and Forgiveness. The purpose of the Commission was to examine law graduates' debt burdens and the extent to which debt impedes graduates' ability to pursue and remain in public service legal careers.

## CONOR R. CROWLEY, ASSOCIATE                    ccrowley@labaton.com

**Conor R. Crowley** joined the Firm's New York office as an associate in Fall 2005. Mr. Crowley concentrates his practice in the area of securities class action litigation. He is currently the senior associate in charge of prosecuting a number of the Firm's securities cases. Prior to joining Labaton Sucharow, Mr. Crowley practiced securities class action litigation as an associate with Much Shelist Freed Denenberg Ament & Rubenstein in Chicago, and Finkelstein, Thompson & Loughran in Washington, D.C.

Mr. Crowley is a leading expert in electronic discovery. He is a member of the Steering Committee of The Sedona Conference Working Group on Electronic Document Retention and Production and has contributed to the drafting of a number of The Sedona Conference publications. The Sedona Conference is a nonprofit research and educational institute dedicated to the advanced study of law and policy, responsible for such authoritative publications as *The Sedona Principles: Best Practices Recommendations & Principles for Addressing Electronic Document Production*, *The Sedona Conference*

*Glossary For E-Discovery and Digital Information Management* and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors.* Conor is also a member of the Advisory Board of Georgetown University Law Center's Advanced E-Discovery Institute and is regularly invited to speak on the topic of electronic discovery at continuing legal education seminars throughout the United States.

Mr. Crowley received his J.D. from The Catholic University of America Columbus School of Law in Washington, D.C. During law school, he interned with the Honorable Russell F. Canan at the District of Columbia Superior Court, in addition to working at the Securities and Exchange Commission. Mr. Crowley received a B.S. in Finance from the Smith School of Business at the University of Maryland. Mr. Crowley is admitted to practice in Virginia, the U.S. District Courts for the Southern District of New York, the Eastern District of Virginia and the Northern District of Illinois, and the U.S. Courts of Appeals for the Fourth and Eleventh Circuits.

## ALAN I. ELLMAN, ASSOCIATE                    *aellman@labaton.com*

*Alan I. Ellman* joined Labaton Sucharow's New York office as an associate in 2006. Mr. Ellman works primarily in the Case Development Group, where he is actively involved in analyzing and researching the potential liability of issuer companies, their officers and directors, and third-party defendants on behalf of individual and institutional investors, as well as beneficiaries of retirement plans. Mr. Ellman is also involved in litigating securities fraud class actions.

Prior to joining Labaton Sucharow, Mr. Ellman practiced securities litigation and regulatory enforcement defense as an associate in the New York office of Chadbourne & Parke LLP. In a pro bono case, Mr. Ellman successfully appealed the conviction of a criminal defendant in state court. He received his J.D. from Georgetown University Law Center in 2003, and a B.S. in Finance and a B.A. in Political Science, *cum laude*, from Binghamton University in 1999. Mr. Ellman is admitted to

practice in the State of New York and the U.S. District Courts for the Southern and Eastern Districts of New York.

## STACEY B. FISHBEIN, ASSOCIATE                    *sfishbein@labaton.com*

**Stacey B. Fishbein** joined the New York office in 2000. Ms. Fishbein's practice areas include securities class action litigation, securities arbitration and consumer litigation. Since joining the Firm, Ms. Fishbein has had a primary role in prosecuting *In re Vesta Insurance Group, Inc. Securities Litigation*, *In re PriceSmart Securities Litigation,* and *In re Phoenix Leasing Limited Partnership Litigation* and others. Currently, Ms. Fishbein is the senior associate in charge of *In re El Paso Securities Litigation*.

Ms. Fishbein graduated with a B.A. from the State University of New York College at Geneseo in 1993. She received her J.D. from Hofstra University School of Law School in 2000. While at Hofstra University, Ms. Fishbein served as a staff member and Research Editor of the HOFSTRA LAW REVIEW, and her Note entitled *Pre-Conviction Mandatory HIV Testing: Rape, AIDS and the Fourth Amendment* was published in volume 28:3 of the HOFSTRA LAW REVIEW. Ms. Fishbein also participated in several clinical and practical experience programs, including the Unemployment Action Center where she represented indigent individuals seeking unemployment benefits in appearances before administrative law judges. In addition, while a law student, Ms. Fishbein interned for Magistrate Judge E. Thomas Boyle in the United States District Court for the Eastern District of New York.

Ms. Fishbein is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York, and Ms. Fishbein is a member of the American Bar Association, the New York State Bar Association, and the New York City Bar Association.

BETH HOFFMAN, ASSOCIATE                              *bhoffman@labaton.com*

**Beth Hoffman** is an associate with Labaton Sucharow.  Since joining the Firm in 2003, Ms. Hoffman has been actively involved in litigation representing mutual fund investors who have been injured as a result of improper trading practices such as "late trading" and "market timing."

Prior to joining Labaton Sucharow, Ms. Hoffman worked for five years as an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, representing the City of New York and the individual officers of the New York City Police Department, the New York City Department of Correction and the New York City Fire Department, in federal civil rights actions.  While at the Law Department, Ms. Hoffman litigated and managed numerous cases, including several class actions.  In addition, many of her cases were high profile matters involving contemporaneous federal and state criminal investigations.  As a result, Ms. Hoffman has gained significant experience in federal litigation, including trial, discovery, oral arguments, settlement negotiations, and mediation.  Further, she was the Law Department coordinator of a Mock Trial and Constitutional Law program for New York City High School students and she was awarded the Legal Rookie of the Year award by the City of New York, Office of the Corporation Counsel.

Ms. Hoffman graduated with a B.A. from the University of Delaware in 1993, where she majored in Criminal Justice.  She received her J.D. from Brooklyn Law School in 1998.  While at Brooklyn Law School, she participated in several clinical and practical experience programs, including interning at the United States Attorney's Office for the Eastern District of New York and the Brooklyn and Queens District Attorneys' Offices.

Ms. Hoffman is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York.

## MICHAEL S. MARKS, ASSOCIATE                    *mmarks@labaton.com*

**Michael S. Marks** joined Labaton Sucharow in 2005 as an associate in the securities class action group, after two years of clerking for the Firm.  Mr. Marks is not only a new addition to the Firm's associate ranks, but also rounds out the Firm's ever-growing accounting expertise, as a CPA who has worked as a public accounting auditor in Ernst and Young's New York office.

During his five-year term at E&Y, Mr. Marks played an integral role in the audits of several leading global investment companies and partnerships in the hedge fund, investment banking, and financial service industries.

Mr. Marks obtained his B.A. in Accounting and Finance from the State University of New York at Buffalo in 1998, where he graduated *summa cum laude*, and was recognized for obtaining the highest overall GPA in the School of Management.  Mr. Marks received his J.D. from Brooklyn Law School in 2005, graduating as a Carswell Scholar and was the recipient of the Alexander Gurevitch Memorial Scholarship, awarded by the American Association of Attorney – Certified Public Accountants.  This award is presented to the upper-class student most "committed to the profession of accounting" who has a record of "outstanding academic performance and leadership in school and the community."

Currently, Mr. Marks works on some of the Firm's larger securities actions, including *In re JDS Uniphase Corporation Securities Litigation*, *Desert Orchid Partners, L.L.C. v. Transaction Systems Architects, Inc.*; *Consolidated Edison, Inc. v. Northeast Utilities*; and *In re St. Paul Travelers Securities Litigation*.

Mr. Marks is a member of the American Bar Association and American Institute of Certified Public Accountants.

## CRAIG A. MARTIN, ASSOCIATE                                    cmartin@labaton.com

**Craig A. Martin** joined Labaton Sucharow as an associate in 2004.  Mr. Martin focuses his practice in the area of Securities and Investor Protection Litigation.  As a Certified Public Accountant, he specializes in prosecuting cases involving accounting fraud.

Mr. Martin is currently part of the Labaton Sucharow team representing the Successor Liquidating Trustee of Lipper Convertibles and Lipper Fixed Income, failed convertible arbitrage hedge funds, in actions against the Fund's former independent auditors and members of the Fund's management team.  He has also prepared "Blue Ribbon Reports," which are distributed to institutional investors, analyzing potential securities claims against St. Paul Travelers, the Federal National Mortgage Association ("FannieMae"), the Marsh & McLennan Companies, Inc., American International Group, Inc., and HealthSouth.  He also is a member of the Labaton Sucharow team actively litigating *In re American International Group, Inc.*

Mr. Martin graduated from Ithaca College with a B.S. in Accounting in 1990, and accumulated almost eleven years of accounting and finance experience before returning to law school and business school.  Mr. Martin began his professional career with Deloitte & Touche, one of the "Big Four" public accounting firms, and specialized in auditing financial services companies.  Mr. Martin's professional career in accounting and finance is further complemented by positions in corporate accounting, operational and corporate finance, and treasury with Fortune 500 companies, including a global advertising agency, a top pharmaceutical company, and an industry-leading insurance broker.

In 2004, Mr. Martin earned a J.D. from Seton Hall University's School of Law.  While at Seton Hall Law School, Mr. Martin was a participant in the Eugene Gressman Moot Court Competition, was appointed a member of the Appellate Advocacy Moot Court Board, and was awarded Best Brief and Best Oralist in his Appellate Advocacy class

In 2004, Mr. Martin also earned an M.B.A., with concentrations in Finance, Management, and Entrepreneurship and Innovation, from New York University's Leonard N. Stern School of Business.  During his tenure at NYU's Stern School of Business, Mr. Martin volunteered as an orientation leader for incoming M.B.A. candidates and was elected a Core Group Leader by his fellow students.

Mr. Martin is admitted to practice in New Jersey and New York and the U.S. District Court for the District of New Jersey.  He is also a member of the American Institute of Certified Public Accountants and the American Bar Association.

## ANDREI V. RADO, ASSOCIATE                          arado@labaton.com

*Andrei V. Rado* joined Labaton Sucharow's New York office as an associate in the summer of 2006.  His practice focuses primarily on securities class action litigation.

Prior to joining Labaton Sucharow, Mr. Rado practiced securities and consumer class action litigation as an associate at another New York-based securities class action firm.

Mr. Rado obtained his J.D. from St. John's University School of Law in 1999, graduating *cum laude*.  During law school, he served as a member of the NEW YORK INTERNATIONAL LAW REVIEW. Mr. Rado obtained his B.A. in Psychology from the State University of New York at Buffalo in 1996, graduating *summa cum laude*.

Mr. Rado is admitted to practice in New York, the Southern District of New York and the Eastern District of New York.

## ZACHARY M. RATZMAN, ASSOCIATE                    zratzman@labaton.com

*Zachary M. Ratzman*  joined Labaton Sucharow in 2004.  His practice focuses primarily on securities fraud litigation.  He is currently the senior associate in charge of prosecuting *In re American International Group, Inc. Securities Litigation*, and has worked on behalf of shareholders in other

matters, including *In re Bristol-Myers Squibb Securities Litigation*, *Consolidated Edison, Inc. v. Northeast Utilities*, and others.  Mr. Ratzman's pro bono activities include serving as a non-partisan election monitor in Cleveland, Ohio during the 2004 presidential election, as well as representing indigent criminal defendants throughout the appellate process in the New York state courts.

Prior to joining Labaton Sucharow, Mr. Ratzman practiced white collar criminal defense and complex commercial litigation as an associate in the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Patterson, Belknap, Webb & Tyler LLP.  He also served as a law clerk to the Honorable Harold Baer, Jr., U.S. District Judge in the U.S. District Court for the Southern District of New York.

Mr. Ratzman received his J.D. from the University of Michigan Law School, where he graduated *magna cum laude* and as a member of the Order of the Coif.  While at Michigan, he was co-chair of the law school chapter of the National Lawyers' Guild and served as a teaching assistant in the University's Department of Communications Studies.  Mr. Ratzman received his B.A. in Political Science and Sociology, with a Certificate in Political Communications, from Ohio State University, where he graduated *summa cum laude* and with Phi Beta Kappa honors.

He is admitted to practice in the New York State courts and the U.S. District Courts for the Southern and Eastern Districts of New York.

## ERIC S. SCHACHTER, ASSOCIATE                     eschachter@labaton.com

**Eric S. Schachter**  joined the securities class action litigation department of the Firm in August 2005.  Since joining the Firm, Mr. Schachter has had a primary role in *In re El Paso Corp. Securities Litigation*.

Mr. Schachter began his relationship with the Firm as a summer law clerk in 2004.  During this clerkship, among other assignments, he edited the New York portion of the American Bar

Association's STATE SURVEY OF CLASS ACTIONS FOR 2004.  In the summer of 2003, Mr. Schachter

clerked for Nassau County Court of Claims Justice Victor M. Ort.

Mr. Schachter graduated with a B.A. in Sociology from Syracuse University in 2000, and

earned a J.D. from the Hofstra University School of Law in May 2005.  Prior to attending law

school, Mr. Schachter worked for a New York City law firm, and was responsible for managing and

disbursing many of the Firm's largest settlement funds to claimants.

## MICHAEL W. STOCKER, ASSOCIATE                    mstocker@labaton.com

**Michael W. Stocker**  joined Labaton Sucharow as an associate in the New York office in

the fall of 2005.  His practice focuses on class action litigation.

Prior to joining Labaton Sucharow, Mr. Stocker worked as a senior associate at Berman

DeValerio Pease Tabacco Burt & Pucillo on securities and antitrust class action cases.  Mr. Stocker

worked for four years as a senior staff attorney with the United States Court of Appeals for the

Ninth Circuit, and completed a legal externship with United States Magistrate Judge (now District

Judge) Phyllis J. Hamilton of the Northern District of California.

Mr. Stocker has served on the boards of the University of California San Francisco's AIDS

Health Project and AIDS Benefits Counselors, and has worked for the Immigrant HIV Assistance

Project and the Volunteer Legal Services Program in San Francisco as well as Legal Assistance for

Seniors in Oakland, California.

Mr. Stocker received his B.A. from the University of California at Berkeley, his M.A. from

the University of Sydney, Australia, and his J.D. from the University of California at Hastings.  He is

admitted to the bars of the State of California, the Northern District of California, the Central

District of California, and the Ninth Circuit Court of Appeals.

## STEFANIE J. SUNDEL, ASSOCIATE                    ssundel@labaton.com

**Stefanie J. Sundel** joined Labaton Sucharow as an associate in the New York office in the summer of 2006. Ms. Sundel's practice focuses primarily on securities fraud litigation.

Prior to joining Labaton Sucharow, Ms. Sundel was an associate at the law firm of Abbey Gardy LLP, where she focused on securities fraud litigation. During her time at Abbey Gardy LLP, she was a member of the team actively litigating *In re Adelphia Communications Corp. Securities & Derivative Litigation*.

Ms. Sundel obtained her B.A. in International Relations from Franklin College Switzerland in 2001, where she graduated *magna cum laude*. She received her J.D. from New York Law School with honors in 2004. She is fluent in Italian.

Ms. Sundel is admitted to practice in New York State, as well as the United States District Court for the Southern District of New York. She is a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association and the New York County Lawyer's Association.

## SHELLEY THOMPSON, ASSOCIATE                    sthompson@labaton.com

**Shelley Thompson** has been representing plaintiffs in securities, antitrust, and consumer class actions for more than five years. Between 2004 and 2006, she assisted in initiating several of the Firm's important securities-related matters, including suits against American International Group, Inc. ("AIG"), The St. Paul Travelers Companies Inc., R&G Financial Corp., Marsh & McLennan Companies Inc., Federal National Mortgage Association ("Fannie Mae"), HealthSouth Corp., Mercury Interactive Corp., General Motors Corp., DHB Industries, Inc., International Business Machines Corp. ("IBM"), Hilb Rogal & Hobbs Co., Veritas Software Corporation, and

iMergent, Inc.  Since then, Shelley has become active in litigating securities and consumer cases at the Firm, including a securities case on behalf of major European institutional investors.

Shelley is admitted in state and federal courts in New York and New Jersey.  She is a member of the International Section of the American Bar Association, the New York State Bar Association, and the International Bar Association.  Shelley has also performed extensive pro bono litigation and volunteer work on behalf of foreign-born residents in Queens.

Shelley received her J.D. and Masters of Arts in International Affairs from American University, and her B.A. in Political Science from the University of Colorado.  While in law school, she completed an internship on the United States Court of Appeals for the Fourth Circuit, and served as a student attorney in the International Human Rights Law Clinic.  Prior to attending law school, Shelley was the Director of Investor Relations for a company that traded on U.S. and international exchanges.

## ETHAN D. WOHL, ASSOCIATE                                       ewohl@labaton.com

**Ethan D. Wohl**  joined Labaton Sucharow's New York office as an associate in 2005.  He practices primarily in the area of securities class action litigation.

Prior to joining Labaton Sucharow, Ethan was an associate at a large New York defense firm and served as law clerk to the Honorable Denis R. Hurley, United States District Judge, Eastern District of New York.

Ethan also was general counsel of the New York City Housing Partnership and served in management positions at New York City's housing and public assistance agencies.  He also established a community-based job training program for ex-offenders in Brooklyn, New York.

Ethan received his J.D. from New York University School of Law in 1993, where he graduated *magna cum laude* and was a member of the Order of the Coif.  He received a B.A. in

political science, with honors, from the University of Chicago in 1989.  He is admitted to the bar in the states of New York, New Jersey and Florida.

## NICOLE M. ZEISS, ASSOCIATE                    *nzeiss@labaton.com*

**Nicole M. Zeiss** joined the Firm as an associate in 2001 after practicing for several years in the areas of poverty law and general civil litigation.  She now practices in the class action securities litigation department.  Ms. Zeiss was part of the trial team litigating *In re Bristol-Myers Squibb Securities Litigation*, 00-1999 (SRC) (D.N.J.), which recently settled for $185 million, the second-largest settlement ever obtained against a pharmaceutical company for violation of the federal securities laws.  The settlement also requires the disclosure of clinical trial results and the registry of Bristol's clinical trials.  Ms. Zeiss is involved in litigation on behalf of investors who have been damaged by fraud in the telecommunications, software, defense contracting, and banking industries.

Ms. Zeiss maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters—from eviction proceedings to trust administration.

Ms. Zeiss graduated from Barnard College, Columbia University in 1991 where she received a B.A. in Philosophy.  She received her J.D. from the Benjamin N. Cardozo School of Law, Yeshiva University in 1995.  She is admitted to practice in the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.