Sherrie R. Savett (*Pro Hac Vice* Application pending)
Barbara A. Podell (*Pro Hac Vice* Application pending)
Phyllis M. Parker (*Pro Hac Vice* Application pending)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
Email: ssavett@bm.net
Email: bpodell@bm.net
Email: pparker@bm.net

*Proposed Lead Counsel for Plaintiffs*

Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO PEASE**
   **TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermanesq.com

*Proposed Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NUVELO, INC., et al.,<br><br>　　　　　　　Defendants. | No. 3:07-cv-04056-MJJ<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE PETRONIS GROUP AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF COUNSEL AS LEAD COUNSEL**<br><br>Date:　　October 2, 2007<br>TIME:　　9:30 a.m.<br>CTRM:　　Hon. Martin J. Jenkins |

[3:07-CV-04056-MJJ] - [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE PETRONIS GROUP AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF COUNSEL AS LEAD COUNSEL

Having considered the papers in support of and opposition to the various motions for appointment of lead plaintiff and consolidation of related actions filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), for good cause shown, the Court hereby enters the following Order:

## I.   CONSOLIDATION

1. Pursuant to Federal Rule of Civil Procedure 42 and § 78u-4(a)(3)(B)(ii) of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following actions are hereby consolidated for all purposes into one action:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Electrical Workers Pension Fund, Local 103, I.B.E.W. et al v. Nuvelo Inc. et al* | 3:07-cv-04056-MJJ | 08/08/07 |
| *Logan v. Nuvelo Inc. et al* | 3:07-cv-04057-MJJ | 08/08/07 |
| *Giles v. Nuvelo Inc. et al* | 3:07-cv-04058-MJJ | 08/08/07 |
| *Braker v. Nuvelo Inc. et al* | 3:07-cv-04059-MJJ | 08/08/07 |

2. These actions shall be referred to as the "Consolidated Action." This order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as in the Consolidated Action.

3. Every pleading in this Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
| --- | --- |
| In re NUVELO, INC. SECURITIES LITIGATION | ) ) ) Master File No. 07-cv-04056-MJJ ) ) CLASS ACTION |
| This Document Relates To: | ) ) [TITLE OF DOCUMENT] ) |

4. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a document applies to some, but not all, of the actions, the document shall list, immediately after the phrase

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE PETRONIS GROUP AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF COUNSEL AS LEAD COUNSEL - 1 -

1  "This Document Relates To:", the docket number for each individual action to which the
2  document applies, along with the name of the first-listed plaintiff in said action.
3         5.      This Court requests the assistance of counsel in calling to the attention of the Clerk
4  of this Court the filing or transfer of any case which might properly be consolidated as part of this
5  Consolidated Action.

6  **II.    MASTER DOCKET AND MASTER FILE**

7         6.      A Master Docket and Master File shall be established for the Consolidated Action.
8  The Master File shall be No. 07-cv-04056-MJJ.  All orders, pleadings, motions and other
9  documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each
10 individual case to the extent applicable.  When an order, pleading, motion or document is filed
11 with a caption indicating that it is applicable to fewer than all of these consolidated action, the
12 clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in
13 the docket of each action referenced.

14 **III.   NEWLY-FILED OR TRANSFERRED ACTIONS**

15        7.      When a case that arises out of the subject matter of this action is hereinafter filed in
16 this Court or transferred to this Court from another court, the Clerk of this Court shall:
17             a.   file a copy of this Order in the separate file for such action;
18             b.   mail a copy of this Order to the attorneys for the plaintiff(s) in the newly
19 filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and
20             c.   make the appropriate entry in the docket for this action.
21        8.      Each new case which arises out of the subject matter of this Consolidated Action
22 that is filed in this Court or transferred to this Court shall be consolidated with this action and this
23 Order shall apply thereto, unless a party objecting to this Order or any provision of this Order
24 shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for
25 such party, files an application for relief from this Order or any provision herein and this Court
26 deems it appropriate to grant such application.
27
28

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOLIDATING RELATED
ACTIONS, APPOINTING THE PETRONIS GROUP AS LEAD PLAINTIFF AND
APPROVING ITS  CHOICE OF COUNSEL AS LEAD COUNSEL                                    - 2 -

9. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to discovery of information relevant to the subject matter of the pending litigation.

## IV. APPOINTMENT OF LEAD PLAINTIFF AND LEAD PLAINTIFF'S COUNSEL

10. Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, Amy Stephens, Vincent E. DiFrancia and Candace L. DiFrancia (the "Petronis Group") have moved the Court to be appointed as Lead Plaintiff in the Consolidated Action and to approve its selection of Lead Counsel.

11. Having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby concludes that the Petronis Group is the "most adequate plaintiff" and that the Petronis Group satisfies the requirements of § 21D of the PSLRA. The Court hereby appoints the Petronis Group to be Co-Lead Plaintiff in the Consolidated Action against Nuvelo, Inc. and the other defendants and to represent the interests of the Class.

12. Pursuant to § 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Co-Lead Plaintiff has selected and retained the law firm of Berger & Montague, P.C. to serve as Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel.

13. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    a. to brief and argue motions;

    b. to initiate and conduct discovery including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions and requests for production of documents;

1      c. to direct and coordinate the examination of witnesses in depositions;

2      d. to act as spokesperson at pretrial conferences;

3      e. to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

5      f. to initiate and conduct any settlement negotiations with counsel for defendants;

7      g. to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

10      h. to consult and employ experts;

11      i. to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

14      j. to perform such other duties as may be expressly authorized by further order of this Court.

16.  14. Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

18.  15. No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiff, except through Lead Counsel.

20.  16. All notices, proposed orders, pleadings, motions, discovery, and memoranda shall be served upon Lead Counsel by overnight mail service, telecopy, or hand delivery.

22.  17. Lead Counsel for the Class shall be available and responsible for communications to and from the Court.

/ / /

/ / /

/ / /

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING THE PETRONIS GROUP AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF COUNSEL AS LEAD COUNSEL    - 4 -

18. Defendants' counsel may rely upon all agreements made with the Class Lead Counsel, or other duly authorized representatives of Lead Plaintiff.

IT IS SO ORDERED

DATED: _____

_____
THE HON. MARTIN J. JENKINS
UNITED STATES DISRICT JUDGE

Submitted by:

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By: _____
　　　Nicole Lavallee

425 California St., Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Proposed Liaison Counsel for Plaintiffs*

Sherrie R. Savett
Barbara A. Podell
Phyllis M. Parker
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Proposed Lead Counsel for Plaintiffs*