Sherrie R. Savett (*Pro Hac Vice* Application pending)
Barbara A. Podell (*Pro Hac Vice* Application pending)
Phyllis M. Parker (*Pro Hac Vice* Application pending)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: bpodell@bm.net
Email: pparker@bm.net

*Proposed Lead Counsel for Plaintiffs*

Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Proposed Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUVELO, INC., et al.,<br><br>Defendants. | No. 3:07-cv-04056-MJJ<br><br>CLASS ACTION<br><br>**CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIV. L.R. 3-7(D)** |

[3:07-cv-04056-MJJ] - CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIV. L.R. 3-7(D)

Pursuant to Northern District Local Rule 3-7(d), I, Nicole Lavallee, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of August 2007, at San Francisco, California.

Nicole Lavallee

[3:07-cv-04056-MJJ] - CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIV. L.R. 3-7(D)

- 1 -