Sherrie R. Savett (*Pro Hac Vice* Application pending)
Barbara A. Podell (*Pro Hac Vice* Application pending)
Phyllis M. Parker (*Pro Hac Vice* Application pending)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: bpodell@bm.net
Email: pparker@bm.net

*Proposed Lead Counsel for Plaintiffs*

Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO PEASE
   TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Proposed Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUVELO, INC., et al.,<br><br>Defendants. | No. 3:07-cv-04056-MJJ<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATE OF COUNSEL BARBARA A. PODELL PURSUANT TO CIV. L.R. 3-7(D)** |

[3:07-cv-04056-MJJ] - CERTIFICATE OF COUNSEL BARBARA A. PODELL PURSUANT TO CIV. L.R. 3-7(D)

1  Pursuant to Northern District Local Rule 3-7(d), I, Barbara A. Podell, declare as follows:

2  Exclusive of securities held through mutual funds or discretionary accounts managed by
3  professional money managers, I do not directly own or otherwise have a beneficial interest in the
4  securities that are the subject of this action.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.

7  Executed this 16th day of August 2007, at Philadelphia, Pennsylvania.

*Barbara A. Podell*
Barbara A. Podell

[3:07-cv-04056-MJJ] - CERTIFICATE OF COUNSEL BARBARA A. PODELL