Sherrie R. Savett (*Pro Hac Vice* Application pending)
Barbara A. Podell (*Pro Hac Vice* Application pending)
Phyllis M. Parker (*Pro Hac Vice* Application pending)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: bpodell@bm.net
Email: pparker@bm.net

*Proposed Lead Counsel for Plaintiffs*

Nicole Lavallee (SBN 165755)
**BERMAN DEVALERIO PEASE TABACCO
 BURT & PUCILLO**
425 California St., Suite 2100
San Francisco, CA 94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermanesq.com

*Proposed Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On behalf of Itself and All Others Similar Situated, <br><br> Plaintiff, <br><br> v. <br><br> NUVELO, INC., et al., <br><br> Defendants. | Case No. 3:07-cv-04056-MJJ <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATE OF SERVICE** |

[3:07-cv-04056-MJJ] CERTIFICATE OF SERVICE

1  I, Sheralyn Tuiasosopo, declare that I am over the age of 18 years and not a party to this
2  action. My business address is 425 California Street, Suite 2100, San Francisco, CA 94104. On
3  August 16, 2007, I served true copies of the following:

4  1.  NOTICE OF MOTION FOR CONSOLIDATION AND APPOINTMENT OF
5  LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD
6  COUNSEL;

7  2.  CERTIFICATE OF COUNSEL NICOLE LAVALLEE PURSUANT TO CIV.
8  L.R. 3-7(D);

9  3.  CERTIFICATE OF COUNSEL SHERRIE R. SAVETT PURSUANT TO CIV.
10  L.R. 3-7(D);

11  4.  CERTIFICATE OF COUNSEL BARBARA A. PODELL PURSUANT TO CIV.
12  L.R. 3-7(D);

13  5.  CERTIFICATE OF COUNSEL PHYLLIS M. PARKER PURSUANT TO CIV.
14  L.R. 3-7(D); and

15  6.  [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING
16  THE PETRONIS GROUP AS LEAD PLAINTIFF AND APPROVING ITS CHOICE OF
17  COUNSEL AS LEAD COUNSEL

18  on the following by placing same in sealed envelopes, addressed as shown below, affixing proper
19  first class postage, and depositing them in the United States Mail at San Francisco, California:

20  Marisa Megur Seifan
     COOLEY GODWARD KRONISH LLP
21  1114 Avenue of the Americas
    New York, NY  10036
22  ***Attorneys for Defendant Nuvelo, Inc.***

23

    Mario Alba
24  Samuel Howard Rudman
    LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
25  58 South Service Road, Suite 200
    Melville, NY  11747
26

    Evan J. Smith
27  BRODSKY & SMITH L.L.C.
    240 Mineola Blvd
28  Mineola, NY  11501

Richard A. Maniskas
D. Seamus Kaskela
Nicolette Tropiano
SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
280 King of Prussia Road
Radnor, PA 19087

David A.P. Brower
Elizabeth A. Schmid
BROWER PIVEN, P.C.
488 Madison Avenue, 8th Floor
New York, NY 10022

Charles J. Piven
Marshall N. Perkins
BROWER PIVEN, P.C.
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Deborah R. Gross
LAW OFFICES OF BERNARD M. GROSS, P.C.
100 Penn Square East, Suite 450
Wanamaker Bldg.
Philadelphia, PA 19107

I further declare, pursuant to Civil L.R. 23-2, that on the date hereof I served a copy of the above-listed document(s) on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse: scac@law.stanford.edu.

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on August 16, 2007.

_____
Sheralyn Tuiasosopo