ORIGINAL

RECEIVED
07 AUG 16 PM 2:52

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>NUVELO, INC., et al.,<br><br>     Defendants. | No. 3:07-cv-04056-MJJ<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY *PRO HAC VICE* |

[3:07-CV-04056-MJJ] - [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY PRO HAC VICE

1  Sherrie R. Savett, an active member in good standing of the bar of Pennsylvania and admitted
2  to practice before the United States District Court for the Eastern District of Pennsylvania, whose
3  business address and telephone number are

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiffs,

9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, Electronic Case Filing.

DATED: 8/20/07

UNITED STATES DISTRICT COURT JUDGE
MARTIN J. JENKINS

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF SHERRIE R. SAVETT AS ATTORNEY PRO HAC VICE      - 1 -