COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@csgrr.com
        – and –
SAMUEL H. RUDMAN                           SCHATZ NOBEL IZARD, P.C.
DAVID A. ROSENFELD                         ANDREW M. SCHATZ
MARIO ALBA, JR.                            JEFFREY S. NOBEL
58 South Service Road, Suite 200           One Corporate Center
Melville, NY  11747                        20 Church Street, Suite 1700
Telephone:  631/367-7100                   Hartford, CT  06103
631/367-1173 (fax)                         Telephone:  860/493-6292
srudman@csgrr.com                          860/493-6290 (fax)
drosenfeld@csgrr.com                       aschatz@snlaw.com
malba@csgrr.com                            jnobel@snlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NUVELO, INC., et al., <br><br> Defendants. | No. 3:07-cv-04056-MMJ <br><br> CLASS ACTION <br><br> NOTICE OF FIRM NAME CHANGE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    TO:    THE CLERK OF COURT AND ALL PARTIES

2           PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman &

3    Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

4           The addresses, telephone and facsimile numbers will remain the same.  Please update your

5    records accordingly.

6    DATED:  September 8, 2007              COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
7                                          DENNIS J. HERMAN

8

9                                          _____
                                                   s/ Dennis J. Herman
                                               DENNIS J. HERMAN
10

11                                         100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
                                           Telephone:  415/288-4545
12                                         415/288-4534 (fax)

13                                         COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
14                                         SAMUEL H. RUDMAN
                                           DAVID A. ROSENFELD
15                                         MARIO ALBA, JR.
                                           58 South Service Road, Suite 200
16                                         Melville, NY  11747
                                           Telephone:  631/367-7100
17                                         631/367-1173 (fax)

18                                         SCHATZ NOBEL IZARD, P.C.
                                           ANDREW M. SCHATZ
19                                         JEFFREY S. NOBEL
                                           One Corporate Center
20                                         20 Church Street, Suite 1700
                                           Hartford, CT  06103
21                                         Telephone:  860/493-6292
                                           860/493-6290 (fax)

22
                                           [Proposed] Co-Lead Counsel for Plaintiffs
23   S:\Notice Information\Nuvelo.doc

24

25

26

27

28

NOTICE OF FIRM NAME CHANGE - 3:07-cv-04056-MMJ                                    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on September 8, 2007, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on September 8, 2007.

9

10                                    s/Dennis J. Herman
                                      DENNIS J. HERMAN

11                                    COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
12                                    100 Pine Street, 26th Floor

13                                    San Francisco, CA  94111
                                      Telephone:  415/288-4545
14                                    415/288-4534 (fax)

15                                    E-mail: DennisH@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,sholloway@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Phyllis M. Parker
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Barbara A. Podell
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
```

Suite 200
New York, NY 11747

**Sherrie R. Savett**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087