1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  Robert M. Bramson, Of Counsel (Bar No. 102006)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California  94598
   Telephone:   (925) 945-0770
4  Facsimile:    (925) 945-8792

5  -and-

6
   Stuart L. Berman
7  Sean M. Handler
   Tammy D. Cummings
8  280 King of Prussia Road
   Radnor, PA 19087
9  Telephone:   (610) 667-7706
   Facsimile:    (610) 667-7056
10

11 Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA

14
                    SAN FRANCISCO
15

16 | ELECTRICAL WORKERS PENSION
   | FUND, LOCAL 103, I.B.E.W., *On Behalf of*   No. 3:07-cv-04056-MMJ
17 | *itself and all others similarly situated,*
   |                          Plaintiff,        CLASS ACTION
18 |
   |                                            WITHDRAWAL OF MOTION OF THE
19 |              vs.                           LIDARD GROUP TO CONSOLIDATE
   |                                            ACTIONS, TO BE APPOINTED LEAD
20 |                                            PLAINTIFF AND FOR APPROVAL OF
   | NUVELO, INC., TED W. LOVE, GARY S.         LEAD PLAINTIFF'S SELECTION OF
21 | TITUS and SHELLY D. GUYER,                 LEAD COUNSEL AND LIAISON
   |                                            COUNSEL
22 |
   |                          Defendants.
23 |                                            DATE: October 2, 2007
   |                                            TIME: 9:30 am.
24 |                                            COURTROOM: Hon. Martin J. Jenkins
25 |
26 |
27

28 WITHDRAWAL OF MOTION OF THE LIDARD GROUP
   No. 3:07-cv-04056-MMJ

1

2  BARRY LOGAN, *Individually and all others similarly situated,*

3                              Plaintiff,                    No. 3:07-cv-04057-MMJ

4                    vs.

5  NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

6

7                              Defendants.

8  ARNOLD GILES, *Individually and all others similarly situated,*

9                              Plaintiff,                    No. 3:07-cv-04058-MMJ

10                   vs.

11  NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

12

13                             Defendants.

14  HERBERT BAKER, *On Behalf of himself and all others similarly situated,*

15                             Plaintiff,                    No. 3:07-cv-04059-MMJ

16                   vs.

17  NUVELO, INC., TED W. LOVE, GARY S. TITUS and SHELLY D. GUYER,

18

19                             Defendants.

20

21

22

23

24

25

26

27

28  WITHDRAWAL OF MOTION OF THE LIDARD GROUP
    No. 3:07-cv-04056-MMJ

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Charles Lidard, Alec McMordie and Joseph Escher (collectively, the "Lidard Group"), hereby withdraw their motion to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel filed in this Court on August 16, 2007.[1] This withdrawal is made without prejudice to the rights of the members of the Lidard Group to participate in this action as members of the proposed class and to share in any settlement or recovery. As such, should the need arise, the Lidard Group respectfully requests the Court to consider its motion as it remains willing to serve in a leadership or representative capacity on behalf of the class.

Dated: September, 12, 2007

Respectfully submitted,

_____/s/_____
ALAN R. PLUTZIK

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Alan R. Plutzik, Of Counsel
Robert M. Bramson, Of Counsel
2125 Oak Grove Blvd., Suite 120
Walnut Creek, CA 94598
Telephone:   (925) 945-0770
Facsimile:    (925) 945-8792

-and-

Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:    (610) 667-7056

---

[1] Pursuant to the PSLRA, the Lidard Group timely filed its motion for appointment as lead plaintiff on April 10, 2007 in the United States District Court for the Southern District of New York. Following the transfer of the above-captioned actions to the Northern District of California on July 20, 2007, the Lidard Group refiled its lead plaintiff motion with this Court on August 16, 2007.

WITHDRAWAL OF MOTION OF THE LIDARD GROUP
No. 3:07-cv-04056-MMJ

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Lead Counsel


BRODSKY & SMITH, LLC
Evan J. Smith (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:     (516) 741-4977
Facsimile:     (516) 741-0626

Additional Counsel for the Lidard Group

WITHDRAWAL OF MOTION OF THE LIDARD GROUP
No. 3:07-cv-04056-MMJ

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing document was filed and served via electronic transmission with the clerk of court using the CM/ECF system on this 12th day of September, 2007 and thereby served upon all counsel of record.

s/Alan R. Plutzik
ALAN R. PLUTZIK

WITHDRAWAL OF MOTION OF THE LIDARD GROUP
No. 3:07-cv-04056-MMJ

3