| | |
|---|---|
| Sherrie R. Savett | Andrew M. Schatz |
| Barbara A. Podell | Jeffrey S. Nobel |
| Phyllis M. Parker | Nancy A. Kulesa |
| **BERGER & MONTAGUE, P.C.** | **SCHATZ NOBEL IZARD, P.C.** |
| 1622 Locust Street | One Corporate Center |
| Philadelphia, PA 19103 | 20 Church Street, Suite 1700 |
| Telephone: (215) 875-3000 | Hartford, CT 06103 |
| Facsimile: (215) 875-4604 | Telephone: (860) 493-6292 |
| Email: ssavett@bm.net | Facsimile: (860) 493-6290 |
| Email: bpodell@bm.net | Email: aschatz@snilaw.com |
| Email: pparker@bm.net | Email: jnobel@snilaw.com |
| | Email: nkulesa@snilaw.com |

*Proposed Co-Lead Counsel for Plaintiffs*

Dennis J. Herman (220163)
**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
Email: dennish@csgrr.com

*Proposed Liaison Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., On Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>NUVELO, INC., et al.,<br><br>            Defendants. | No. 3:07-cv-04056-MJJ<br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING JUAN PABLO CABRERA, FRANK C. PETRONIS AND PATRICIA A. PETRONIS AND TODD A. STEPHENS AND AMY STEPHENS AS LEAD PLAINTIFFS AND APPROVING THEIR CHOICE OF COUNSEL AS CO-LEAD COUNSEL**<br><br>DATE:        October 2, 2007<br>TIME:         9:30 a.m.<br>COURTROOM: The Hon. Martin J. Jenkins |

1

Having considered the papers in support of the various motions for appointment of lead plaintiff and consolidation of related actions filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and the Consolidated Response to Pending Motions of All Lead Applicants Regarding the Appointment of Lead Plaintiffs and Co-Lead Counsel for good cause shown, the Court hereby enters the following Order:

## I.   CONSOLIDATION

1.   Pursuant to Federal Rule of Civil Procedure 42 and § 78u-4(a)(3)(B)(ii) of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following actions are hereby consolidated for all purposes into one action:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Electrical Workers Pension Fund, Local 103, I.B.E.W. et al. v. Nuvelo, Inc. et al.* | 3:07-cv-04056-MJJ | 08/08/07 |
| *Logan v. Nuvelo, Inc. et al.* | 3:07-cv-04057-MJJ | 08/08/07 |
| *Giles v. Nuvelo, Inc. et al.* | 3:07-cv-04058-MJJ | 08/08/07 |
| *Braker v. Nuvelo, Inc. et al.* | 3:07-cv-04059-MJJ | 08/08/07 |

2.   These actions shall be referred to as the "Consolidated Action." This order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as in the Consolidated Action.

3.   Every pleading in this Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | ) ) ) ) ) ) | Master File No. 07-cv-04056-MJJ  CLASS ACTION |
| This Documents Relates To: | ) | [TITLE OF DOCUMENT] |

4.   When the document being filed pertains to all actions, the phrase "All Actions" shall

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

appear immediately after the phrase "This Document Relates To:." When a document applies to some, but not all, of the actions, the document shall list, immediately after "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of this Consolidated Action.

## II. MASTER DOCKET AND MASTER FILE

6. A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be No. 07-cv-04056-MJJ. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated action, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

## III. NEWLY-FILED OR TRANSFERRED ACTIONS

7. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

    a. file a copy of this Order in the separate file for such action;

    b. mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. make the appropriate entry in the docket for this action.

8. Each new case which arises out of the subject matter of this Consolidated Action that

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

- 2 -

is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

9. During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody or control, including computer-generated and stored information and materials such as computerized data and electronic mail, containing information that is relevant to or which may lead to discovery of information relevant to the subject matter of the pending litigation.

## IV. APPOINTMENT OF LEAD PLAINTIFFS AND LEAD PLAINTIFFS' COUNSEL

10. Juan Pablo Cabrera ("Cabrera") and Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, and Amy Stephens (the "Petronis Group") have moved the Court to be appointed as Lead Plaintiffs in the Consolidated Action and to approve their selection of Co-Lead Counsel.

11. Having considered the provisions of § 21D(a)(3)(B) of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), and each of the lead plaintiff motions, including the consolidated response, the Court hereby concludes that Cabrera and the Petronis Group are the "most adequate plaintiffs" and that they satisfy the requirements of § 21D of the PSLRA. The Court hereby appoints Cabrera and the Petronis Group to be Lead Plaintiffs in the Consolidated Action against Nuvelo, Inc. and the other defendants and to represent the interests of the Class.

12. Pursuant to § 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Lead Plaintiffs have selected and retained the law firms of Berger & Montague, P.C. and Schatz Nobel Izard, P.C. to serve as Co-Lead Counsel and Coughlin Stoia Geller Rudman & Robbins LLP as

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

- 3 -

Liaison Counsel.  The Court hereby appoints Schatz Nobel Izard, P.C. and Berger & Montague, P.C., as Co-Lead Counsel and Coughlin Stoia Geller Rudman & Robbins LLP as Liaison Counsel.

13. Co-Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation including, but not limited to, pre-trial proceedings, motion practice, trial and settlement, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort. Additionally, Co-Lead Counsel shall have the following responsibilities:

a. to brief and argue motions;

b. to initiate and conduct discovery including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions and requests for production of documents;

c. to direct and coordinate the examination of witnesses in depositions;

d. to act as spokesperson at pretrial conferences;

e. to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

f. to initiate and conduct any settlement negotiations with counsel for defendants;

g. to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

h. to consult and employ experts;

i. to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

- 4 -

j. to perform such other duties as may be expressly authorized by further order of this Court.

14. Co-Lead Counsel and Liaison Counsel shall be responsible for coordinating all activities and appearances on behalf of the Class and for disseminating notices and orders of this Court.

15. No motion, application or request for discovery shall be served or filed, or other pretrial proceedings initiated, on behalf of Lead Plaintiffs, except through Co-Lead Counsel or Liaison Counsel.

16. All notices, proposed orders, pleadings, motions, discovery, and memoranda shall be served upon Co-Lead Counsel and Liaison Counsel by overnight mail service, telecopy, e-mail, or hand delivery.

17. Co-Lead Counsel and Liaison Counsel for the Class shall be available and responsible for communications to and from the Court.

18. Defendants' counsel may rely upon all agreements made with the Co-Lead Counsel, Liaison Counsel or other duly authorized representatives of Lead Plaintiffs.

DATED: 9/19/2007 _____

THE HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Martin J. Jenkins

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

- 5 -

Submitted by:

DATED: September 11, 2007

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

/s/ Dennis J. Herman
-------------------------
Dennis J. Herman (220163)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

*Proposed Liaison Counsel for Plaintiffs*

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING JUAN PABLO CABRERA, FRANK C. PETRONIS AND PATRICIA A. PETRONIS AND TODD A. STEPHENS AND AMY STEPHENS AS LEAD PLAINTIFFS AND APPROVING THEIR CHOICE OF COUNSEL AS CO-LEAD COUNSEL. In compliance with General Order 45, X.B., I hereby attest that the undersigned have concurred in this filing.

/s/ Dennis J. Herman
DENNIS J. HERMAN

**SCHATZ NOBEL IZARD, P.C.**

/s/ Andrew M. Schatz
-------------------------
Jeffrey S. Nobel
Nancy A. Kulesa
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

*Proposed Co-Lead Counsel for Lead Plaintiff Movant Juan Pablo Cabrera*

**BERGER & MONTAGUE, P.C.**

/s/ Sherrie R. Savett
-------------------------
Barbara A. Podell
Phyllis M. Parker
1622 Locust Street
Philadelphia, PA 19103

*Proposed Co-Lead Counsel for Lead Plaintiff Movants*
*Frank C. Petronis and Patricia A. Petronis,*
*Todd A. Stephens and Amy Stephens*

T:\CasesSF\Nuvelo\ORD00045461.doc

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

1   CERTIFICATE OF SERVICE

2   I hereby certify that on September 11, 2007, I electronically filed the foregoing with the
3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6   participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct.  Executed on September 11, 2007.

                                                                s/ Dennis J. Herman
                                                              DENNIS J. HERMAN

                                                COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
                                                100 Pine Street, 26th Floor
                                                San Francisco, CA  94111
                                                Telephone:  415/288-4545
                                                415/288-4534 (fax)

                                                E-mail: dennish@csgrr.com

[3:07-cv-04056-MJJ] - [PROPOSED] ORDER CONSOL. RELATED ACTIONS, APPTING JUAN PABLO CABRERA, FRANK C. PETRONIS & PATRICIA A. PETRONIS & TODD A. STEPHENS & AMY STEPHENS AS LD PLTFFS & APPROVING THEIR CHOICE OF COUNSEL AS CO-LD COUNSEL

- 1 -

# Mailing Information for a Case 3:07-cv-04056-MJJ

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,sholloway@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Phyllis M. Parker
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Barbara A. Podell
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

Sherrie R. Savett
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Marisa Megur Seifan
Cooley Godward Kronish LLP
```

1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087