1  COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
   DENNIS J. HERMAN (220163)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   dennish@csgrr.com
6
   Liaison Counsel
7
                                                SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                      ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                            JEFFREY S. NOBEL
   BARBARA A. PODELL                            NANCY A. KULESA
9  PHYLLIS M. PARKER                            One Corporate Center
   1622 Locust Street                           20 Church Street, Suite 1700
10 Philadelphia, PA  19103                      Hartford, CT  06103
   Telephone:  215/875-3000                     Telephone:  860/493-6292
11 215/875-4604 (fax)                           860/493-6290 (fax)
   ssavett@bm.net                               aschatz@snilaw.com
12 bpodell@bm.net                               jnobel@snilaw.com
   pparker@bm.net                               nkulesa@snilaw.com
13
   Co-Lead Counsel for Plaintiffs

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MJJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING |
| ALL ACTIONS. | |

WHEREAS, pursuant to the Order entered on September 21, 2007, this Court consolidated the related actions, and appointed Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, and Amy Stephens (the "Petronis Group") and Juan Pablo Cabrera ("Cabrera") as Lead Plaintiffs in the now above-captioned Consolidated Action (the "Action"), and appointed Berger & Montague, P.C. and Schatz Nobel Izard, P.C. as Co-Lead Counsel and Coughlin Stoia Geller Rudman & Robbins LLP as Liaison Counsel for plaintiffs;

WHEREAS, Lead Plaintiffs will file a Consolidated Amended Class Action Complaint ("Complaint") in this Action;

WHEREAS, defendants anticipate filing a motion to dismiss the Complaint;

WHEREAS, this is an action brought pursuant to the Private Securities Litigation Reform Act of 1995, which provides for an automatic stay of discovery in federal securities actions where, as here, a defendant files a motion to dismiss a complaint (15 U.S.C. §78u-4(b)(3)(B));

WHEREAS, per the Court's August 8, 2007 Order Setting the Initial Case Management Conference and ADR Deadlines, the parties' deadline to complete initial disclosures and a Rule 26(f) report is November 6, 2007, and the Initial Case Management Conference is set for November 13, 2007; and

WHEREAS, the parties have met and conferred and believe that it would be premature to conduct the Initial Case Management Conference prior to this Court's decision on defendants' anticipated motion to dismiss.

NOW THEREFORE, the undersigned parties hereby stipulate, subject to approval of the Court, to the following deadlines:

1. Lead Plaintiffs shall file a Complaint on or before November 9, 2007.

2. Defendants shall answer or otherwise respond to the Complaint on or before December 21, 2007.

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING - 3:07-cv-04056-MJJ                                            - 1 -

3. Lead Plaintiffs shall file an opposition brief on or before February 4, 2008.

4. Defendants shall file a reply brief on or before March 5, 2008.

5. The Initial Case Management Conference scheduled for November 13, 2007, is continued to be rescheduled following the Court's decision on defendants' motion to dismiss. Similarly, the other scheduled dates previously issued in this case by the August 8, 2007 Order Setting the Initial Case Management Conference and ADR Deadlines, are continued pending the scheduling of the Initial Case Management Conference.

IT IS SO STIPULATED.

DATED: October 2, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
MONIQUE C. WINKLER (213031)


             /s/ Dennis J. Herman
            DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Liaison Counsel for Plaintiffs

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR
FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND
RELATED BRIEFING - 3:07-cv-04056-MJJ                                                                              - 2 -

1  DATED: October 1, 2007                COOLEY GODWARD KRONISH LLP
                                         SCOTT D. DEVEREAUX (146050)
2                                        GRANT P. FONDO (181530)
                                         JEFFREY KABAN (235743)
3

4
                                              /s/ Jeffrey Kaban
5                                             JEFFREY KABAN

6                                        5 Palo Alto Sq.
                                         3000 El Camino Real
7                                        Palo Alto, CA  94306
                                         Telephone:  650/843-5000
8                                        650/857-0663 (fax)

9                                        Counsel for Defendants Nuvelo, Inc., Ted W.
                                         Love, Gary S. Titus, and Shelly D. Guyer
10

11
     I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this
12  STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR FILING
     CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING. In
13  compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this
     filing.
14
                                              /s/ Dennis J. Herman
15                                            DENNIS J. HERMAN

16
                              *       *      *
17
                                    **O R D E R**
18
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
19

20  DATED: _____     _____
                                         THE HONORABLE MARTIN J. JENKINS
21                                       UNITED STATES DISTRICT JUDGE

22

23

24  T:\CasesSF\Nuvelo\STIP00046024.doc

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR
FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND
RELATED BRIEFING - 3:07-cv-04056-MJJ                                          - 3 -

1                                         CERTIFICATE OF SERVICE

2       I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on October 2, 2007.

                                                         s/ Dennis J. Herman
                                                         DENNIS J. HERMAN

                                                         COUGHLIN STOIA GELLER
                                                             RUDMAN & ROBBINS LLP
                                                        100 Pine Street, 26th Floor
                                                        San Francisco, CA  94111
                                                        Telephone:  415/288-4545
                                                        415/288-4534 (fax)

                                                        E-mail:Dennish@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

```
58 South Service Road
Suite 200
New York, NY 11747
```

**Marisa Megur Seifan**
```
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
```

**Evan J. Smith**
```
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
```

**Nicolette Tropiano**
```
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```