1  COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
   DENNIS J. HERMAN (220163)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   dennish@csgrr.com
6
   Liaison Counsel
7
                                                          SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                                ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                                      JEFFREY S. NOBEL
   BARBARA A. PODELL                                      NANCY A. KULESA
9  PHYLLIS M. PARKER                                      One Corporate Center
   1622 Locust Street                                     20 Church Street, Suite 1700
10 Philadelphia, PA  19103                                Hartford, CT  06103
   Telephone: 215/875-3000                                Telephone: 860/493-6292
11 215/875-4604 (fax)                                     860/493-6290 (fax)
   ssavett@bm.net                                         aschatz@snilaw.com
12 bpodell@bm.net                                         jnobel@snilaw.com
   pparker@bm.net                                         nkulesa@snilaw.com
13
   Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION ) ) ) | Master File No. 3:07-cv-04056-MJJ |
| ) | CLASS ACTION |
| This Document Relates To: ) ) | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING |
| ALL ACTIONS. ) ) | |

WHEREAS, pursuant to the Order entered on September 21, 2007, this Court consolidated the related actions, and appointed Frank C. Petronis, Patricia A. Petronis, Todd A. Stephens, and Amy Stephens (the "Petronis Group") and Juan Pablo Cabrera ("Cabrera") as Lead Plaintiffs in the now above-captioned Consolidated Action (the "Action"), and appointed Berger & Montague, P.C. and Schatz Nobel Izard, P.C. as Co-Lead Counsel and Coughlin Stoia Geller Rudman & Robbins LLP as Liaison Counsel for plaintiffs;

WHEREAS, Lead Plaintiffs will file a Consolidated Amended Class Action Complaint ("Complaint") in this Action;

WHEREAS, defendants anticipate filing a motion to dismiss the Complaint;

WHEREAS, this is an action brought pursuant to the Private Securities Litigation Reform Act of 1995, which provides for an automatic stay of discovery in federal securities actions where, as here, a defendant files a motion to dismiss a complaint (15 U.S.C. §78u-4(b)(3)(B));

WHEREAS, per the Court's August 8, 2007 Order Setting the Initial Case Management Conference and ADR Deadlines, the parties' deadline to complete initial disclosures and a Rule 26(f) report is November 6, 2007, and the Initial Case Management Conference is set for November 13, 2007; and

WHEREAS, the parties have met and conferred and believe that it would be premature to conduct the Initial Case Management Conference prior to this Court's decision on defendants' anticipated motion to dismiss.

NOW THEREFORE, the undersigned parties hereby stipulate, subject to approval of the Court, to the following deadlines:

1. Lead Plaintiffs shall file a Complaint on or before November 9, 2007.

2. Defendants shall answer or otherwise respond to the Complaint on or before December 21, 2007.

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR
FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND
RELATED BRIEFING - 3:07-cv-04056-MJJ - 1 -

1      3.    Lead Plaintiffs shall file an opposition brief on or before February 4, 2008.

2      4.    Defendants shall file a reply brief on or before March 5, 2008.

3      5.    The Initial Case Management Conference scheduled for November 13, 2007, is continued to be rescheduled following the Court's decision on defendants' motion to dismiss. Similarly, the other scheduled dates previously issued in this case by the August 8, 2007 Order Setting the Initial Case Management Conference and ADR Deadlines, are continued pending the scheduling of the Initial Case Management Conference.

IT IS SO STIPULATED.

DATED: October 2, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
MONIQUE C. WINKLER (213031)

        /s/ Dennis J. Herman
        DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Liaison Counsel for Plaintiffs

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR
FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND
RELATED BRIEFING - 3:07-cv-04056-MJJ - 2 -

| | |
|---|---|
| DATED: October 1, 2007 | COOLEY GODWARD KRONISH LLP<br>SCOTT D. DEVEREAUX (146050)<br>GRANT P. FONDO (181530)<br>JEFFREY KABAN (235743) |

                                                /s/ Jeffrey Kaban
                                              JEFFREY KABAN

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR FILING CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND RELATED BRIEFING. In compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

                                              /s/ Dennis J. Herman
                                              DENNIS J. HERMAN

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/17/07

                                              THE HONORABLE MARTIN J. JENKINS
                                              UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STIP00046024.doc