1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   MONIQUE C. WINKLER (213031)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dennish@csgrr.com
   moniquew@csgrr.com
6
   Liaison Counsel
7
                                          SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.               ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                     JEFFREY S. NOBEL
   CAROLE A. BRODERICK                   NANCY A. KULESA
9  BARBARA A. PODELL                     One Corporate Center
   PHYLLIS M. PARKER                     20 Church Street, Suite 1700
10 JOSHUA C. SCHUMACHER                  Hartford, CT 06103
   1622 Locust Street                    Telephone: 860/493-6292
11 Philadelphia, PA 19103                860/493-6290 (fax)
   Telephone: 215/875-3000               aschatz@snilaw.com
12 215/875-4604 (fax)                    jnobel@snilaw.com
   ssavett@bm.net                        nkulesa@snilaw.com
13 bpodell@bm.net
   pparker@bm.net
14
   Co-Lead Counsel for Plaintiffs
15
                       UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17

18 In re NUVELO, INC. SECURITIES        )  Master File No. 3:07-cv-04056-MMJ
   LITIGATION                           )
19 ─────────────────────────────────    )  CLASS ACTION
                                        )
20 This Document Relates To:            )  STIPULATION AND [PROPOSED] ORDER
                                        )  PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)
21     ALL ACTIONS.                     )  TO DISMISS DEFENDANT SHELLY D.
                                        )  GUYER WITHOUT PREJUDICE
22 ─────────────────────────────────    )

23

24

25

26

27

28

1    WHEREAS, Shelly D. Guyer ("Guyer") was named as a defendant in complaints filed in this

2  action; and

3    WHEREAS, Co-Lead Counsel for plaintiffs do not intend to name Guyer as a defendant in

4  this consolidated action; and

5    NOW, THEREFORE, the undersigned parties hereby stipulate pursuant to Fed. R. Civ. P.

6  41(a)(1)(ii) to dismiss Guyer as a defendant from this consolidated action without prejudice.  Each

7  party shall bear its own costs and fees.

8    IT IS SO STIPULATED.

9  DATED:  November 9, 2007              COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                       DENNIS J. HERMAN
                                         MONIQUE C. WINKLER
11

12
                                          _____/s/ Dennis J. Herman_____
13                                            DENNIS J. HERMAN

14                                       100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
15                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
16
                                         Liaison Counsel
17
                                         BERGER & MONTAGUE, P.C.
18                                       SHERRIE R. SAVETT
                                         CAROLE A. BRODERICK
19                                       BARBARA A. PODELL
                                         PHYLLIS M. PARKER
20                                       JOSHUA C. SCHUMACHER
                                         1622 Locust Street
21                                       Philadelphia, PA  19103
                                         Telephone:  215/875-3000
22                                       215/875-4604 (fax)

23                                       SCHATZ NOBEL IZARD, P.C.
                                         ANDREW M. SCHATZ
24                                       JEFFREY S. NOBEL
                                         NANCY A. KULESA
25                                       One Corporate Center
                                         20 Church Street, Suite 1700
26                                       Hartford, CT  06103
                                         Telephone:  860/493-6292
27                                       860/493-6290 (fax)

28                                       Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ          - 1 -

1

DATED:  November 9, 2007

2

COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
GRANT P. FONDO (181530)
JEFFREY KABAN (235743)

3

4

5

_____/s/ Jeffrey Kaban_____
JEFFREY KABAN

6

7

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
650/857-0663 (fax)

8

9

10

Counsel for Defendants Nuvelo, Inc., Ted W.
Love, Gary S. Titus, and Shelly D. Guyer

11

12

    I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this
STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE.  In compliance with
General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

13

14

15

_____/s/ Dennis J. Herman_____
DENNIS J. HERMAN

16

17

*      *      *

18

**O R D E R**

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

DATED:  _____

21

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

22

T:\CasesSF\Nuvelo\STIP00047133.doc

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on November 9, 2007.

9

10

   s/ Dennis J. Herman
DENNIS J. HERMAN

11

12

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP

13 100 Pine Street, 26th Floor
San Francisco, CA  94111

14 Telephone:  415/288-4545
415/288-4534 (fax)

15

16 E-mail:Dennish@csgrr.com

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

58 South Service Road
Suite 200
New York, NY 11747

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087