EXHIBIT C

## NUVELO, INC.
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Todd A. and Amy Stephens ("Plaintiffs"), duly swear and say, as to the claims asserted under the federal securities laws, that:

1. Plaintiffs have reviewed a complaint against Nuvelo, Inc. and certain of its officers, and Plaintiffs approve of its contents, and authorize their selected counsel, Berger & Montague, P.C. to file a complaint and/or lead plaintiff papers on their behalf.

2. Plaintiffs did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in this private action.

3. Plaintiffs are willing to serve as representative plaintiffs on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiffs' transactions in the securities of Nuvelo, Inc. between and including January 5, 2006 through December 8, 2006, inclusive (the "Class Period"), are as follows:

| Securities Purchased/Sold | Date of Purchase/Sale | Price per Security |
|---|---|---|
| *See* attached schedule | | |

5. Plaintiffs have not sought to serve as class representatives in any other action filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed.

6. Plaintiffs have not accepted and will not accept any payment for serving as representative plaintiffs on behalf of the class beyond their pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13 day of March , 2007.

By: _____
     Todd A. Stephens

By: _____
     Amy A. Stephens
     1901 Hamilton Street
     Allentown, PA 18104
     Tel. (610) 432-4155

413507_03.wpd

**Todd Stephens A/C #1 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|---|
| ZZCAW | 03/21/06 | | | | | 10 | $4.1000 | $ 0 * |
| CDQGD | 03/21/06 | 10 | $1.1500 | $ | 1,150 | | | |
| CDQDC | 03/21/06 | 10 | $2.4500 | $ | 2,450 | | | |
| CDQGD | 03/21/06 | 10 | $1.1500 | $ | 1,150 | | | |
| CDQJD | 03/21/06 | 10 | $1.9000 | $ | 1,900 | | | |
| CDQJD | 03/21/06 | 10 | $1.9000 | $ | 1,900 | | | |
| ZZCAW | 03/24/06 | | | | | 25 | $3.4000 | $ 0 * |
| CDQEC | 03/28/06 | 5 | $2.0500 | $ | 1,025 | | | |
| CDQEC | 04/06/06 | 10 | $3.2000 | $ | 3,200 | | | |
| CDQGW | 04/06/06 | 10 | $2.1000 | $ | 2,100 | | | |
| CDQDC | 04/06/06 | | | | | 10 | $2.9500 | $ 2,950 |
| CDQGW | 04/17/06 | 5 | $1.4500 | $ | 725 | | | |
| CDQGW | 04/17/06 | 5 | $1.4500 | $ | 725 | | | |
| ZZCAW | 04/19/06 | | | | | 10 | $4.1000 | $ 0 * |
| ZZCAW | 04/20/06 | | | | | 25 | $4.0000 | $ 0 * |
| ZZCAW | 04/20/06 | | | | | 10 | $4.0000 | $ 0 * |
| ZZCAW | 04/21/06 | | | | | 5 | $3.9000 | $ 0 * |
| CDQGC | 04/21/06 | 10 | $3.6000 | $ | 3,600 | | | |
| CDQGV | 04/27/06 | 5 | $4.6000 | $ | 2,300 | | | |
| CDQJD | 04/27/06 | 20 | $1.4500 | $ | 2,900 | | | |
| CDQFC | 04/27/06 | 10 | $2.4500 | $ | 2,450 | | | |
| ZZCAW | 04/27/06 | | | | | 5 | $3.4000 | $ 1,700 |
| ZZCAW | 04/27/06 | | | | | 5 | $3.4000 | $ 1,700 |
| ZZCAW | 04/27/06 | | | | | 5 | $3.5000 | $ 1,750 |
| CDQGV | 04/28/06 | 20 | $4.4000 | $ | 8,800 | | | |
| CDQFC | 05/01/06 | 10 | $2.1500 | $ | 2,150 | | | |
| ZZCAW | 05/04/06 | 5 | $3.2000 | $ | 1,600 | | | |
| CDQEC | 05/04/06 | | | | | 5 | $1.2000 | $ 600 |
| CDQGV | 05/05/06 | 5 | $5.2000 | $ | 2,600 | | | |
| CDQEC | 05/05/06 | | | | | 10 | $1.4000 | $ 1,400 |
| CDQGW | 05/05/06 | | | | | 10 | $1.4500 | $ 1,450 |
| CDQGW | 05/05/06 | | | | | 5 | $1.6000 | $ 800 |
| CDQFC | 05/05/06 | | | | | 10 | $2.0000 | $ 2,000 |
| CDQFC | 05/05/06 | | | | | 10 | $2.5000 | $ 2,500 |
| CDQGV | 05/08/06 | 10 | $4.8000 | $ | 4,800 | | | |
| CDQGV | 05/08/06 | 5 | $4.8000 | $ | 2,400 | | | |
| CDQGW | 05/08/06 | | | | | 5 | $1.2500 | $ 625 |
| CDQGW | 05/08/06 | | | | | 5 | $1.2500 | $ 625 |
| CDQGV | 05/09/06 | 5 | $4.6000 | $ | 2,300 | | | |
| ZZCAW | 05/09/06 | 5 | $3.7000 | $ | 1,850 | | | |
| ZZCAW | 05/11/06 | | | | | 5 | $3.5000 | $ 1,750 |
| ZZCAW | 05/12/06 | 5 | $3.3000 | $ | 1,650 | | | |
| ZZCAW | 05/12/06 | 5 | $3.3000 | $ | 1,650 | | | |
| CDQAW | 05/19/06 | 20 | $2.7500 | $ | 5,500 | | | |
| CDQAW | 05/19/06 | 10 | $2.6500 | $ | 2,650 | | | |
| CDQGW | 05/19/06 | 20 | $0.5000 | $ | 1,000 | | | |
| CDQGW | 05/19/06 | 5 | $0.5000 | $ | 250 | | | |
| CDQAW | 05/19/06 | 5 | $2.9500 | $ | 1,475 | | | |
| CDQAW | 05/19/06 | 5 | $2.8000 | $ | 1,400 | | | |
| CDQAW | 05/19/06 | 5 | $2.8000 | $ | 1,400 | | | |
| LWVAW | 05/19/06 | | | | | 9 | $4.3000 | $ 3,870 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LWVAW | 05/19/06 | | | | | 1 | $4.3000 | $ | 430 |
| LWVAW | 05/19/06 | | | | | 4 | $4.5000 | $ | 1,800 |
| LWVAW | 05/19/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| LWVAW | 05/19/06 | | | | | 1 | $4.5000 | $ | 450 |
| LWVAW | 05/22/06 | | | | | 4 | $4.3000 | $ | 1,720 |
| CDQGC | 05/31/06 | | | | | 10 | $2.1500 | $ | 2,150 |
| ZZCAD | 05/31/06 | | | | | 5 | $5.9000 | $ | 2,950 |
| ZZCAD | 05/31/06 | | | | | 10 | $5.9000 | $ | 5,900 |
| ZZCAD | 05/31/06 | | | | | 5 | $5.7000 | $ | 2,850 |
| LWVAW | 06/02/06 | 9 | $6.0000 | $ | 5,400 | | | |
| LWVAW | 06/02/06 | 1 | $6.0000 | $ | 600 | | | |
| LWVAW | 06/02/06 | 4 | $6.0000 | $ | 2,400 | | | |
| CDQGD | 06/02/06 | | | | | 10 | $0.3000 | $ | 300 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.1000 | $ | 3,050 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.1000 | $ | 3,050 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.0000 | $ | 3,000 |
| ZZCAD | 06/02/06 | | | | | 5 | $6.0000 | $ | 3,000 |
| ZZCAD | 06/02/06 | | | | | 10 | $6.0000 | $ | 6,000 |
| CDQAW | 06/05/06 | 10 | $3.8000 | $ | 3,800 | | | |
| CDQJV | 06/09/06 | 10 | $5.0000 | $ | 5,000 | | | |
| CDQAW | 06/09/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| CDQAW | 06/09/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| LWVAW | 06/09/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| LWVAW | 06/16/06 | 5 | $4.7000 | $ | 2,350 | | | |
| ZZCAW | 06/16/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| ZZCAW | 06/16/06 | | | | | 1 | $5.4000 | $ | 540 |
| ZZCAW | 06/16/06 | | | | | 2 | $5.4000 | $ | 1,080 |
| ZZCAD | 06/21/06 | | | | | 5 | $4.4000 | $ | 2,200 |
| ZZCAD | 06/23/06 | 5 | $4.6000 | $ | 2,300 | | | |
| ZZCAW | 06/23/06 | | | | | 5 | $5.2000 | $ | 2,600 |
| CDQHV | 07/06/06 | 10 | $4.9000 | $ | 4,900 | | | |
| ZZCAD | 07/07/06 | | | | | 20 | $5.2000 | | $ 0 ** |
| CDQAW | 07/07/06 | 20 | $3.2000 | $ | 6,400 | | | |
| LWVAW | 07/07/06 | 1 | $5.5000 | $ | 550 | | | |
| LWVAW | 07/07/06 | 4 | $5.5000 | $ | 2,200 | | | |
| LWVAW | 07/07/06 | 5 | $5.5000 | $ | 2,750 | | | |
| ZZCAD | 07/12/06 | | | | | 10 | $5.0000 | | $ 0 ** |
| CDQAW | 07/12/06 | 10 | $3.0000 | $ | 3,000 | | | |
| CDQJV | 07/12/06 | 10 | $5.1000 | $ | 5,100 | | | |
| ZZCAD | 07/14/06 | | | | | 10 | $4.0000 | | $ 0 ** |
| CDQJC | 07/14/06 | | | | | 10 | $2.1000 | $ | 2,100 |
| CDQJW | 07/19/06 | | | | | 10 | $1.5000 | $ | 1,500 |
| CDQHC | 07/20/06 | 9 | $2.2000 | $ | 1,980 | | | |
| CDQHC | 07/20/06 | 6 | $2.2000 | $ | 1,320 | | | |
| ZZCAW | 07/21/06 | | | | | 2 | $5.5000 | $ | 1,100 |
| ZZCAW | 07/21/06 | | | | | 5 | $5.5000 | $ | 2,750 |
| ZZCAW | 07/27/06 | | | | | 10 | $5.4000 | | $ 0 ** |
| CDQAW | 07/27/06 | 30 | $2.7000 | $ | 8,100 | | | |
| CDQJV | 07/27/06 | 10 | $4.8000 | $ | 4,800 | | | |
| ZZCAW | 07/27/06 | | | | | 5 | $5.4000 | $ | 2,700 |
| CDQJC | 07/28/06 | 10 | $2.8000 | $ | 2,800 | | | |
| CDQJW | 07/28/06 | | | | | 10 | $1.4500 | $ | 1,450 |
| ZZCAD | 08/03/06 | | | | | 10 | $4.5000 | | $ 0 ** |
| CDQIC | 08/03/06 | 7 | $2.1500 | $ | 1,505 | | | |
| ZZCAD | 08/04/06 | | | | | 10 | $4.1000 | | $ 0 ** |
| CDQJW | 08/04/06 | 10 | $1.0000 | $ | 1,000 | | | |

| Symbol | Date | Qty | Price | | Amount | Qty | Price | | Amount |
|--------|------|-----|-------|---|--------|-----|-------|---|--------|
| CDQJW | 08/04/06 | 10 | $1.0000 | $ | 1,000 | | | | |
| CDQIC | 08/14/06 | 3 | $2.0500 | $ | 615 | | | | |
| CDQIC | 08/14/06 | 10 | $2.0500 | $ | 2,050 | | | | |
| CDQIC | 08/15/06 | 10 | $2.3500 | $ | 2,350 | | | | |
| CDQIC | 08/15/06 | 10 | $2.3500 | $ | 2,350 | | | | |
| CDQHC | 08/15/06 | | | | | 9 | $2.0000 | $ | 1,800 |
| CDQHC | 08/15/06 | | | | | 6 | $2.0500 | $ | 1,230 |
| CDQHV | 08/15/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQAW | 08/16/06 | | | | | 5 | $2.7000 | $ | 1,350 |
| CDQIW | 08/16/06 | | | | | 10 | $1.1000 | $ | 1,100 |
| CDQIW | 08/16/06 | | | | | 10 | $1.1000 | $ | 1,100 |
| CDQJV | 08/17/06 | 10 | $6.3000 | $ | 6,300 | | | | |
| CDQJV | 08/17/06 | 10 | $6.4000 | $ | 6,400 | | | | |
| CDQIC | 08/17/06 | | | | | 7 | $3.7000 | $ | 2,590 |
| CDQIC | 08/17/06 | | | | | 3 | $3.7000 | $ | 1,110 |
| CDQJW | 08/17/06 | | | | | 10 | $2.1000 | $ | 2,100 |
| CDQJW | 08/17/06 | | | | | 10 | $2.1500 | $ | 2,150 |
| ZZCAW | 08/18/06 | | | | | 10 | $6.5000 | | $ 0 ** |
| ZZCAD | 08/18/06 | 10 | $5.7000 | $ | 5,700 | | | | |
| ZZCAD | 08/18/06 | 5 | $5.6000 | $ | 2,800 | | | | |
| ZZCAD | 08/18/06 | 5 | $5.6000 | $ | 2,800 | | | | |
| CDQIC | 08/18/06 | 5 | $3.8000 | $ | 1,900 | | | | |
| CDQIC | 08/18/06 | 5 | $3.8000 | $ | 1,900 | | | | |
| CDQIC | 08/18/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQJW | 08/18/06 | | | | | 10 | $2.1000 | $ | 2,100 |
| CDQIW | 08/18/06 | | | | | 10 | $1.6000 | $ | 1,600 |
| ZZCAW | 08/22/06 | | | | | 5 | $7.2000 | | $ 0 ** |
| ZZCAW | 08/22/06 | | | | | 5 | $7.3000 | | $ 0 ** |
| ZZCAW | 08/22/06 | 5 | $7.3000 | $ | 3,650 | | | | |
| CDQJW | 08/22/06 | 10 | $2.8000 | $ | 2,800 | | | | |
| CDQJD | 08/22/06 | | | | | 10 | $1.3500 | $ | 1,350 |
| ZZCAW | 08/23/06 | | | | | 5 | $6.8000 | | $ 0 ** |
| CDQDC | 08/23/06 | 10 | $6.1000 | $ | 6,100 | | | | |
| CDQDD | 08/23/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| CDQDD | 08/23/06 | | | | | 5 | $3.3000 | $ | 1,650 |
| CDQIW | 08/24/06 | 10 | $2.1000 | $ | 2,100 | | | | |
| ZZCAD | 08/25/06 | 5 | $6.2000 | $ | 3,100 | | | | |
| ZZCAD | 08/25/06 | 5 | $6.2000 | $ | 3,100 | | | | |
| CDQJW | 08/25/06 | 10 | $3.1000 | $ | 3,100 | | | | |
| CDQJD | 08/25/06 | | | | | 10 | $1.4500 | $ | 1,450 |
| CDQDX | 08/25/06 | | | | | 10 | $2.6000 | $ | 2,600 |
| CDQJC | 08/28/06 | 5 | $5.3000 | $ | 2,650 | | | | |
| CDQJD | 08/29/06 | 15 | $1.6000 | $ | 2,400 | | | | |
| CDQJW | 08/29/06 | 10 | $3.5000 | $ | 3,500 | | | | |
| CDQIC | 08/29/06 | | | | | 10 | $5.5000 | $ | 5,500 |
| ZZCAX | 08/31/06 | | | | | 5 | $5.6000 | | $ 0 ** |
| ZZCAX | 08/31/06 | | | | | 5 | $5.6000 | | $ 0 ** |
| ZZCAX | 08/31/06 | | | | | 10 | $5.7000 | | $ 0 ** |
| CDQAW | 08/31/06 | 5 | $4.7000 | $ | 2,350 | | | | |
| ZZCAW | 08/31/06 | 1 | $8.5000 | $ | 850 | | | | |
| ZZCAW | 08/31/06 | 2 | $8.4000 | $ | 1,680 | | | | |
| ZZCAW | 08/31/06 | 5 | $8.4000 | $ | 4,200 | | | | |
| ZZCAW | 08/31/06 | 2 | $8.4000 | $ | 1,680 | | | | |
| CDQJC | 08/31/06 | 7 | $6.1000 | $ | 4,270 | | | | |
| CDQJC | 08/31/06 | 3 | $6.1000 | $ | 1,830 | | | | |
| CDQIC | 08/31/06 | | | | | 10 | $5.5000 | $ | 5,500 |

| Symbol | Date | Qty | Price | | Amount | Qty | Price | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CDQIC | 08/31/06 | | | | | 10 | $5.8000 | $ | 5,800 |
| CDQIC | 08/31/06 | | | | | 5 | $5.8000 | $ | 2,900 |
| CDQIW | 09/01/06 | 10 | $3.3000 | $ | 3,300 | | | | |
| CDQIW | 09/01/06 | 10 | $3.3000 | $ | 3,300 | | | | |
| CDQJC | 09/01/06 | 5 | $5.8000 | $ | 2,900 | | | | |
| CDQDX | 09/01/06 | | | | | 10 | $3.0000 | $ | 3,000 |
| CDQJD | 09/08/06 | 5 | $1.1000 | $ | 550 | | | | |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQIC | 09/08/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQDX | 09/11/06 | 10 | $2.5000 | $ | 2,500 | | | | |
| ZZCAD | 09/14/06 | 5 | $6.0000 | $ | 3,000 | | | | |
| ZZCAD | 09/18/06 | | | | | 10 | $5.4000 | | $ 0 ** |
| ZZCAX | 09/21/06 | | | | | 5 | $4.0000 | | $ 0 ** |
| ZZCAW | 09/22/06 | | | | | 5 | $5.8000 | | $ 0 ** |
| ZZCAW | 09/22/06 | | | | | 5 | $5.9000 | | $ 0 ** |
| ZZCAX | 09/22/06 | 5 | $4.2000 | $ | 2,100 | | | | |
| CDQDX | 09/22/06 | 10 | $1.8000 | $ | 1,800 | | | | |
| ZZCAX | 09/26/06 | | | | | 5 | $4.1000 | | $ 0 ** |
| CDQJC | 09/26/06 | 2 | $3.2000 | $ | 640 | | | | |
| ZZCAX | 10/04/06 | | | | | 10 | $4.2000 | | $ 0 ** |
| CDQJC | 10/04/06 | | | | | 5 | $3.4000 | $ | 1,700 |
| CDQJC | 10/04/06 | | | | | 7 | $3.4000 | $ | 2,380 |
| CDQKC | 10/05/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQKC | 10/05/06 | 10 | $3.8000 | $ | 3,800 | | | | |
| CDQJC | 10/09/06 | | | | | 3 | $4.5000 | $ | 1,350 |
| CDQJC | 10/09/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQJC | 10/09/06 | | | | | 2 | $4.5000 | $ | 900 |
| ZZCAD | 10/10/06 | | | | | 10 | $5.8000 | | $ 0 ** |
| CDQKC | 10/10/06 | 5 | $4.9000 | $ | 2,450 | | | | |
| CDQKC | 10/10/06 | 5 | $4.9000 | $ | 2,450 | | | | |
| CDQKC | 10/10/06 | 10 | $4.5000 | $ | 4,500 | | | | |
| ZZCAX | 10/13/06 | | | | | 5 | $4.9000 | $ | 2,450 |
| ZZCAD | 10/13/06 | | | | | 5 | $5.8000 | | $ 0 ** |
| CDQDD | 10/24/06 | 5 | $3.3000 | $ | 1,650 | | | | |
| CDQDX | 10/30/06 | | | | | 5 | $2.1500 | | $ 0 * |
| ZZCAD | 11/03/06 | 10 | $5.1000 | $ | 5,100 | | | | |
| ZZCAD | 11/03/06 | 5 | $5.0000 | $ | 2,500 | | | | |
| ZZCAW | 11/06/06 | 5 | $6.1000 | $ | 3,050 | | | | |
| ZZCAW | 11/06/06 | 5 | $6.1000 | $ | 3,050 | | | | |
| CDQKC | 11/06/06 | | | | | 10 | $2.4000 | $ | 2,400 |
| CDQLC | 11/08/06 | 10 | $3.2000 | $ | 3,200 | | | | |
| CDQLC | 11/09/06 | 10 | $3.5000 | $ | 3,500 | | | | |
| CDQKC | 11/09/06 | | | | | 10 | $3.0000 | $ | 3,000 |
| CDQKC | 11/09/06 | | | | | 5 | $3.0000 | $ | 1,500 |
| CDQKC | 11/10/06 | | | | | 5 | $3.1000 | $ | 1,550 |
| CDQKC | 11/10/06 | | | | | 10 | $3.1000 | $ | 3,100 |
| CDQLC | 11/13/06 | 5 | $4.7000 | $ | 2,350 | | | | |
| CDQAC | 11/16/06 | 10 | $5.9000 | $ | 5,900 | | | | |
| CDQDX | 12/08/06 | | | | | 5 | $2.2000 | | $ 0 * |
| CDQAV | 12/08/06 | 10 | $7.8000 | $ | 7,800 | | | | |
| CDQDD | 12/08/06 | 5 | $3.6000 | $ | 1,800 | | | | |
| CDQLC | 12/08/06 | | | | | 10 | $4.4000 | $ | 4,400 |
| CDQLC | 12/08/06 | | | | | 10 | $4.4000 | $ | 4,400 |
| CDQLC | 12/08/06 | | | | | 5 | $4.4000 | $ | 2,200 |
| CDQAC | 12/08/06 | | | | | 10 | $5.6000 | $ | 5,600 |
| **TOTAL** | | | | $ | 305,620 | | | $ | 189,400 |

**Excess of Cost of Purchases Over Proceeds from Sales = $   (116,220)**

**TOTAL LOSS = $   (116,220)**

---

\* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 95 contracts purchased at earlier dates.)
\*\* Indicates the covering purchase was made after the end of the class period.

**Todd A Stephens A/C #2 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | | No. Contracts Sold | Price per Contract | Proceeds of Sale | |
|---|---|---|---|---|---|---|---|---|---|
| CDQGV | 05/31/06 | 10 | $4.1000 | $ | 4,100 | | | | |
| ZZCAD | 05/31/06 | | | | | 9 | $5.6000 | | $ 0 * |
| CDQAW | 05/31/06 | | | | | 3 | $3.2000 | $ | 960 |
| ZZCAD | 06/02/06 | | | | | 11 | $6.0000 | | $ 0 * |
| CDQGV | 06/02/06 | | | | | 10 | $4.8000 | $ | 4,800 |
| CDQAW | 06/16/06 | 3 | $2.5500 | $ | 765 | | | | |
| CDQAW | 06/16/06 | 7 | $2.5500 | $ | 1,785 | | | | |
| ZZCAD | 06/21/06 | | | | | 5 | $4.4000 | | $ 0 * |
| CDQJV | 06/26/06 | 8 | $4.0000 | $ | 3,200 | | | | |
| ZZCAD | 06/30/06 | | | | | 5 | $4.7000 | $ | 2,350 |
| CDQHV | 07/05/06 | 5 | $4.2000 | $ | 2,100 | | | | |
| CDQJV | 07/06/06 | | | | | 8 | $5.3000 | $ | 4,240 |
| CDQHV | 07/06/06 | | | | | 5 | $5.0000 | $ | 2,500 |
| CDQHC | 07/07/06 | 5 | $2.8500 | $ | 1,425 | | | | |
| CDQJV | 07/07/06 | 2 | $5.3000 | $ | 1,060 | | | | |
| CDQJV | 07/07/06 | 3 | $5.3000 | $ | 1,590 | | | | |
| CDQJV | 07/07/06 | 5 | $5.3000 | $ | 2,650 | | | | |
| CDQIC | 08/14/06 | 10 | $2.0500 | $ | 2,050 | | | | |
| ZZCAD | 08/14/06 | | | | | 5 | $4.3000 | $ | 2,150 |
| CDQHC | 08/15/06 | | | | | 5 | $2.0000 | $ | 1,000 |
| CDQJV | 08/17/06 | 2 | $6.5000 | | EXERCISED | | | | |
| CDQIC | 08/22/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQJC | 08/25/06 | 8 | $5.2000 | $ | 4,160 | | | | |
| ZZCAD | 08/31/06 | 5 | $7.2000 | $ | 3,600 | | | | |
| ZZCAD | 08/31/06 | 5 | $7.1000 | $ | 3,550 | | | | |
| ZZCAX | 08/31/06 | | | | | 5 | $5.6000 | | $ 0 * |
| ZZCAX | 08/31/06 | | | | | 5 | $5.5000 | | $ 0 * |
| CDQJV | 08/31/06 | | | | | 2 | $8.3000 | $ | 1,660 |
| ZZCAX | 10/04/06 | | | | | 2 | $4.1000 | | $ 0 * |
| CDQJC | 10/04/06 | | | | | 8 | $3.4000 | $ | 2,720 |
| CDQJV | 10/09/06 | | | | | 3 | $7.1000 | $ | 2,130 |
| CDQKC | 10/10/06 | 6 | $4.9000 | $ | 2,940 | | | | |
| CDQKC | 10/20/06 | 1 | $4.2000 | $ | 420 | | | | |
| CDQKC | 10/20/06 | 7 | $4.2000 | $ | 2,940 | | | | |
| CDQJV | 10/20/06 | | | | | 5 | $6.4000 | $ | 3,200 |
| CDQLC | 11/09/06 | 6 | $3.6000 | $ | 2,160 | | | | |
| CDQKC | 11/09/06 | | | | | 6 | $3.1000 | $ | 1,860 |
| CDQKC | 11/09/06 | | | | | 1 | $3.1000 | $ | 310 |
| CDQKC | 11/09/06 | | | | | 7 | $3.1000 | $ | 2,170 |
| CDQLC | 12/08/06 | | | | | 6 | $4.5000 | $ | 2,700 |
| **TOTAL** | | | | $ | 40,495 | | | $ | 39,250 |

Excess of Cost of Purchases Over Proceeds from Sales =  $    (1,245)

TOTAL LOSS =  $    (1,245)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 37 contracts purchased at earlier dates.)

**Todd Stephens A/C #3 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| CDQGW | 02/02/06 | | | | 1 | $2.3304 | $ 233 |
| CDQGW | 02/02/06 | | | | 9 | $2.3304 | $ 2,097 |
| CDQGW | 02/02/06 | | | | 11 | $2.2333 | $ 2,457 |
| CDQGW | 02/08/06 | | | | 3 | $2.2141 | $ 664 |
| CDQGW | 02/08/06 | | | | 6 | $2.2333 | $ 1,340 |
| LWVAW | 02/14/06 | | | | 5 | $5.8815 | $ 2,941 |
| LWVAW | 02/14/06 | | | | 5 | $5.8815 | $ 2,941 |
| LWVAW | 02/14/06 | | | | 2 | $5.8815 | $ 1,176 |
| CDQGW | 02/17/06 | 9 | $3.0203 | $ 2,718 | | | |
| CDQGD | 02/17/06 | | | | 10 | $1.8333 | $ 1,833 |
| CDQGD | 02/17/06 | | | | 7 | $1.8333 | $ 1,283 |
| CDQGD | 03/01/06 | 10 | $1.5195 | $ 1,520 | | | |
| CDQGD | 03/01/06 | 7 | $1.5725 | $ 1,101 | | | |
| CDQJD | 03/01/06 | | | | 8 | $2.1804 | $ 1,744 |
| CDQJD | 03/01/06 | | | | 2 | $2.1804 | $ 436 |
| CDQJD | 03/01/06 | | | | 7 | $2.2274 | $ 1,559 |
| CDQGW | 03/06/06 | 1 | $2.4195 | $ 242 | | | |
| CDQGW | 03/06/06 | 11 | $2.4189 | $ 2,661 | | | |
| CDQGW | 03/06/06 | 3 | $2.4195 | $ 726 | | | |
| CDQGW | 03/06/06 | 6 | $2.4195 | $ 1,452 | | | |
| CDQJW | 03/06/06 | | | | 10 | $3.0804 | $ 3,080 |
| ZZCAW | 03/10/06 | | | | 4 | $3.8699 | $ 0 * |
| ZZCAW | 03/14/06 | | | | 6 | $4.3757 | $ 0 * |
| CDQEC | 03/28/06 | 2 | $2.0625 | $ 413 | | | |
| CDQEC | 03/28/06 | 5 | $2.0765 | $ 1,038 | | | |
| CDQJD | 04/19/06 | 7 | $1.8725 | $ 1,311 | | | |
| CDQJD | 04/27/06 | 8 | $1.4125 | $ 1,130 | | | |
| CDQJD | 04/27/06 | 2 | $1.4475 | $ 290 | | | |
| CDQFC | 04/27/06 | 5 | $2.4765 | $ 1,238 | | | |
| ZZCAW | 04/27/06 | | | | 7 | $3.4774 | $ 0 * |
| CDQEC | 04/27/06 | | | | 2 | $1.9274 | $ 385 |
| CDQEC | 04/27/06 | | | | 5 | $1.9274 | $ 964 |
| CDQGV | 05/01/06 | 5 | $4.4242 | $ 2,212 | | | |
| CDQGV | 05/01/06 | 1 | $4.4242 | $ 442 | | | |
| ZZCAW | 05/01/06 | | | | 6 | $3.3757 | $ 0 * |
| ZZCAW | 05/02/06 | 3 | $3.1358 | $ 941 | | | |
| LWVAW | 05/02/06 | | | | 3 | $4.4640 | $ 1,339 |
| CDQGV | 05/04/06 | 2 | $4.0475 | $ 810 | | | |
| ZZCAW | 05/04/06 | | | | 2 | $2.9524 | $ 0 * |
| ZZCAW | 05/04/06 | | | | 3 | $2.9641 | $ 0 * |
| CDQJW | 05/05/06 | 10 | $2.6195 | $ 2,620 | | | |
| ZZCAW | 05/05/06 | | | | 7 | $3.7804 | $ 0 * |
| CDQFC | 05/05/06 | | | | 5 | $2.0534 | $ 1,027 |
| ZZCAW | 05/05/06 | | | | 3 | $3.7804 | $ 1,134 |
| CDQGV | 05/08/06 | 2 | $5.0475 | $ 1,010 | | | |
| CDQAW | 05/19/06 | 4 | $2.7765 | $ 1,111 | | | |
| CDQAW | 05/19/06 | 10 | $2.7195 | $ 2,720 | | | |
| CDQAW | 05/19/06 | 1 | $2.7765 | $ 278 | | | |
| CDQAW | 05/19/06 | 10 | $2.8695 | $ 2,870 | | | |
| LWVAW | 05/19/06 | | | | 2 | $4.2815 | $ 856 |
| LWVAW | 05/19/06 | | | | 10 | $4.2815 | $ 4,282 |
| CDQAW | 05/23/06 | | | | 4 | $2.5699 | $ 1,028 |
| LWVAW | 06/02/06 | 2 | $5.9475 | $ 1,190 | | | |
| CDQAW | 06/02/06 | 14 | $4.0175 | $ 5,625 | | | |
| ZZCAD | 06/02/06 | | | | 1 | $5.9873 | $ 0 * |
| ZZCAD | 06/02/06 | | | | 9 | $5.9795 | $ 0 * |
| ZZCAD | 06/02/06 | | | | 10 | $5.8803 | $ 0 * |
| CDQJV | 06/09/06 | 1 | $4.6125 | $ 461 | | | |
| CDQJV | 06/09/06 | 4 | $4.6203 | $ 1,848 | | | |
| CDQJV | 06/09/06 | 5 | $4.6203 | $ 2,310 | | | |
| ZZCAD | 06/09/06 | | | | 5 | $5.0733 | $ 0 * |
| LWVAW | 06/16/06 | 5 | $4.7265 | $ 2,363 | | | |
| CDQGV | 06/21/06 | | | | 5 | $2.9734 | $ 1,487 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CDQHV | 07/05/06 | 5 | $4.2265 | $ | 2,113 | | | |
| CDQGV | 07/05/06 | | | | | 2 | $4.1734 | $ | 835 |
| CDQGV | 07/05/06 | | | | | 1 | $4.1734 | $ | 417 |
| CDQGV | 07/05/06 | | | | | 2 | $4.1734 | $ | 835 |
| ZZCAD | 07/06/06 | | | | | 5 | $4.9733 | $ 0 * |
| CDQHV | 07/06/06 | | | | | 5 | $4.8733 | $ | 2,437 |
| CDQJV | 07/06/06 | | | | | 1 | $5.1733 | $ | 517 |
| CDQJV | 07/06/06 | | | | | 4 | $5.1733 | $ | 2,069 |
| LWVAW | 07/07/06 | 5 | $5.4195 | $ | 2,710 | | | |
| LWVAW | 07/07/06 | 3 | $5.4195 | $ | 1,626 | | | |
| LWVAW | 07/07/06 | 2 | $5.4195 | $ | 1,084 | | | |
| LWVAW | 07/07/06 | 10 | $5.5195 | $ | 5,520 | | | |
| ZZCAD | 07/14/06 | | | | | 10 | $3.9804 | $ 0 * |
| CDQJW | 07/14/06 | | | | | 5 | $1.0735 | $ | 537 |
| CDQJW | 08/08/06 | 5 | $1.0265 | $ | 513 | | | |
| CDQIC | 08/08/06 | 5 | $1.8695 | $ | 935 | | | |
| CDQIC | 08/08/06 | 5 | $1.8695 | $ | 935 | | | |
| CDQIC | 08/14/06 | 5 | $2.1765 | $ | 1,088 | | | |
| ZZCAD | 08/16/06 | | | | | 5 | $4.6804 | $ 0 * |
| ZZCAD | 08/16/06 | | | | | 5 | $4.6804 | $ | 2,340 |
| CDQJV | 08/17/06 | 10 | $6.5195 | $ | 6,520 | | | |
| CDQIC | 08/18/06 | 10 | $3.7195 | $ | 3,720 | | | |
| CDQIC | 08/18/06 | | | | | 5 | $3.8734 | $ | 1,937 |
| CDQJC | 08/22/06 | 7 | $4.7225 | $ | 3,306 | | | |
| CDQIC | 08/22/06 | | | | | 5 | $4.3804 | $ | 2,190 |
| CDQIC | 08/22/06 | | | | | 5 | $4.3804 | $ | 2,190 |
| CDQIC | 08/23/06 | 5 | $4.2195 | $ | 2,110 | | | |
| CDQIC | 08/23/06 | 5 | $4.2195 | $ | 2,110 | | | |
| CDQJC | 08/25/06 | 1 | $5.3825 | $ | 538 | | | |
| CDQJC | 08/25/06 | 2 | $5.2475 | $ | 1,050 | | | |
| CDQIC | 09/05/06 | | | | | 10 | $5.8000 | $ | 5,800 |
| CDQJC | 09/08/06 | 10 | $4.7000 | $ | 4,700 | | | |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQIC | 09/08/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| CDQJC | 09/21/06 | | | | | 7 | $3.0787 | $ | 2,155 |
| CDQJC | 09/21/06 | | | | | 1 | $3.0787 | $ | 308 |
| CDQJC | 09/26/06 | | | | | 2 | $3.1524 | $ | 630 |
| ZZCAX | 10/09/06 | | | | | 10 | $4.4000 | $ 0 * |
| ZZCAX | 10/09/06 | | | | | 5 | $4.7000 | $ | 2,350 |
| ZZCAD | 11/03/06 | 5 | $4.9000 | $ | 2,450 | | | |
| ZZCAX | 11/06/06 | 5 | $4.3000 | $ | 2,150 | | | |
| CDQLC | 11/09/06 | 10 | $3.6000 | $ | 3,600 | | | |
| CDQLC | 11/13/06 | 5 | $4.7000 | $ | 2,350 | | | |
| CDQLC | 12/08/06 | | | | | 10 | $4.5000 | $ | 4,500 |
| CDQLC | 12/08/06 | | | | | 5 | $4.5000 | $ | 2,250 |
| **TOTAL** | | | | **$** | **95,771** | | | **$** | **75,085** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (20,686)

TOTAL LOSS = $ (20,686)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 90 contracts purchased at earlier dates.)

**Todd Stephens A/C #4 - Transactions in Nuvelo Options 1/5/06 through 12/8/06**

| Option Type | Date | No. Contracts Purchased | Price per Contract | Cost of Purchase | No. Contracts Sold | Price per Contract | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| CDQGW | 02/02/06 | | | | 10 | $2.3804 | $ 0 * |
| CDQGW | 02/07/06 | | | | 10 | $2.0851 | $ 0 * |
| CDQGW | 02/07/06 | | | | 10 | $2.0851 | $ 2,085 |
| CDQGW | 02/07/06 | | | | 10 | $2.0851 | $ 2,085 |
| CDQGW | 02/09/06 | | | | 10 | $2.5874 | $ 2,587 |
| CDQGW | 02/09/06 | | | | 10 | $2.5851 | $ 2,585 |
| CDQGW | 02/09/06 | | | | 9 | $2.5851 | $ 2,327 |
| CDQGW | 02/09/06 | | | | 1 | $2.5851 | $ 259 |
| CDQGW | 02/09/06 | | | | 10 | $2.5851 | $ 2,585 |
| CDQGD | 02/17/06 | | | | 2 | $1.8374 | $ 0 * |
| CDQGD | 02/17/06 | | | | 8 | $1.8287 | $ 0 * |
| CDQGD | 02/17/06 | | | | 10 | $1.8357 | $ 0 * |
| CDQGW | 02/17/06 | 10 | $3.0195 | $ 3,020 | | | |
| CDQGW | 02/17/06 | 10 | $3.1125 | $ 3,113 | | | |
| CDQGW | 02/17/06 | 10 | $3.1125 | $ 3,113 | | | |
| CDQGW | 02/17/06 | 10 | $3.1195 | $ 3,120 | | | |
| CDQGD | 02/17/06 | | | | 1 | $1.8357 | $ 184 |
| CDQGD | 02/17/06 | | | | 4 | $1.8357 | $ 734 |
| CDQGD | 02/17/06 | | | | 10 | $1.8357 | $ 1,836 |
| CDQGD | 02/17/06 | | | | 15 | $1.8357 | $ 2,754 |
| CDQGD | 02/28/06 | 1 | $1.1625 | $ 116 | | | |
| CDQGD | 02/28/06 | 4 | $1.1625 | $ 465 | | | |
| CDQGD | 02/28/06 | 10 | $1.1695 | $ 1,170 | | | |
| CDQJD | 03/01/06 | | | | 5 | $2.1734 | $ 0 * |
| CDQJD | 03/01/06 | | | | 10 | $2.2304 | $ 0 * |
| CDQJD | 03/01/06 | | | | 10 | $2.2804 | $ 0 * |
| CDQJD | 03/06/06 | | | | 10 | $2.0304 | $ 0 * |
| CDQGW | 03/06/06 | 9 | $2.4203 | $ 2,178 | | | |
| ZZCAW | 03/10/06 | | | | 10 | $3.8804 | $ 0 * |
| ZZCAW | 03/14/06 | | | | 10 | $4.3804 | $ 0 * |
| CDQJD | 03/14/06 | | | | 5 | $1.9734 | $ 0 * |
| CDQGD | 03/14/06 | 15 | $1.3000 | $ 1,950 | | | |
| CDQGW | 03/14/06 | 1 | $2.1625 | $ 216 | | | |
| CDQGW | 03/14/06 | 10 | $2.1695 | $ 2,170 | | | |
| **TOTAL** | | | | **$ 20,629** | | | **$ 20,020** |

Excess of Cost of Purchases Over Proceeds from Sales = $    (609)

TOTAL LOSS = $    (609)

* Indicates sale of contracts purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 100 contracts purchased at earlier dates.)

**Todd & Amy Stephens A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 10/09/06 | 500 | $12.5000 | $ 6,250 | | | |
| 10/09/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 11/03/06 | | | | 500 | $17.3201 | $ 0 * |
| 11/06/06 | | | | 500 | $17.2400 | $ 0 * |
| **TOTAL** | | | $ 18,750 | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $ (18,750)

Less Settle-Out Value** of 1,500 shares held at End of Class Period = $ 5,402

TOTAL LOSS = $ (13,348)

---

\* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 5,000 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #1 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 04/20/06 | 700 | $17.4300 | $ 12,201 | | | |
| 04/20/06 | 200 | $17.5000 | $ 3,500 | | | |
| 04/20/06 | 100 | $17.5200 | $ 1,752 | | | |
| 04/21/06 | 500 | $17.2800 | $ 8,640 | | | |
| 04/27/06 | | | | 500 | $16.4095 | $ 0 * |
| 04/28/06 | | | | 1,000 | $16.4595 | $ 0 * |
| 05/04/06 | | | | 500 | $15.9339 | $ 0 * |
| 05/12/06 | | | | 300 | $15.5686 | $ 0 * |
| 05/12/06 | | | | 500 | $15.5795 | $ 0 * |
| 05/17/06 | | | | 200 | $15.3508 | $ 0 * |
| 05/22/06 | | | | 85 | $14.6220 | $ 0 * |
| 05/22/06 | | | | 100 | $14.6396 | $ 0 * |
| 05/22/06 | | | | 415 | $14.8755 | $ 0 * |
| 05/23/06 | | | | 400 | $14.9646 | $ 0 * |
| 05/31/06 | 500 | $12.5000 | $ 6,280 | | | |
| 05/31/06 | 1,000 | $12.5000 | $ 12,500 | | | |
| 06/02/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/02/06 | 500 | $12.5000 | $ 6,280 | | | |
| 06/07/06 | 500 | $16.2084 | $ 8,104 | | | |
| 06/07/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/09/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 06/19/06 | | | | 170 | $15.3387 | $ 0 * |
| 06/23/06 | | | | 330 | $15.5816 | $ 0 * |
| 07/06/06 | 500 | $17.4879 | $ 8,744 | | | |
| 07/14/06 | | | | 400 | $15.8087 | $ 0 * |
| 07/27/06 | 100 | $17.0899 | $ 1,709 | | | |
| 08/16/06 | 100 | $17.7775 | $ 1,778 | | | |
| 08/16/06 | 200 | $17.7100 | $ 3,542 | | | |
| 08/31/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 09/01/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 09/14/06 | | | | 300 | $19.4561 | $ 0 * |
| 09/19/06 | | | | 100 | $18.3094 | $ 0 * |
| 09/19/06 | | | | 100 | $18.2195 | $ 0 * |
| 09/25/06 | | | | 500 | $17.7295 | $ 0 * |
| 09/25/06 | 500 | $12.5000 | $ 6,280 | | | |
| 10/04/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 10/09/06 | 1,000 | $12.5000 | $ 12,530 | | | |
| 10/10/06 | 500 | $12.5000 | $ 6,280 | | | |
| 10/17/06 | 400 | $18.9226 | $ 7,569 | | | |
| 10/18/06 | 100 | $19.5516 | $ 1,955 | | | |
| 11/03/06 | | | | 15 | $17.3393 | $ 0 * |
| 11/03/06 | | | | 485 | $17.3189 | $ 0 * |
| 11/03/06 | | | | 1,000 | $17.5596 | $ 0 * |
| 11/06/06 | | | | 1,000 | $17.3296 | $ 0 * |
| **TOTAL** | | | **$ 184,824** | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (184,824)

Less Settle-Out Value** of 13,400 shares held at End of Class Period = $ 48,260

TOTAL LOSS = $ (136,564)

---

* Indicates sale of shares purchased prior to class period, on a first-in, first-out basis.
(At the start of the class period, the client owned 21,500 shares purchased at earlier dates.)
** Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

Todd Stephens A/C #2 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/27/06 | 100 | $15.2700 | $ 1,527 | | | |
| 01/27/06 | 200 | $15.2875 | $ 3,058 | | | |
| 01/27/06 | 200 | $15.2875 | $ 3,058 | | | |
| 01/27/06 | 1,000 | $15.2699 | $ 15,270 | | | |
| 01/30/06 | 100 | $16.2000 | $ 1,620 | | | |
| 01/30/06 | 100 | $16.2700 | $ 1,627 | | | |
| 01/30/06 | 300 | $16.2000 | $ 4,860 | | | |
| 01/30/06 | 500 | $15.9140 | $ 7,957 | | | |
| 01/31/06 | 500 | $17.1640 | $ 8,582 | | | |
| 02/02/06 | 700 | $16.7790 | $ 11,745 | | | |
| 02/08/06 | 300 | $16.8932 | $ 5,068 | | | |
| 05/19/06 | | | | 100 | $14.6963 | $ 1,470 |
| 05/19/06 | | | | 200 | $14.6963 | $ 2,939 |
| 06/02/06 | 300 | $17.3132 | $ 5,194 | | | |
| **TOTAL** | | | $ 69,565 | | | $ 4,409 |

Excess of Cost of Purchases Over Proceeds from Sales = $ (65,156)

Less Settle-Out Value* of 4,000 shares held at End of Class Period = $ 14,406

TOTAL LOSS = $ (50,750)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

Todd Stephens A/C #3 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | | No. Shares Sold | Price per Share | Proceeds of Sale |
|---|---|---|---|---|---|---|---|
| 01/26/06 | 475 | $15.4390 | $ | 7,334 | | | |
| 01/31/06 | 475 | $17.2300 | $ | 8,184 | | | |
| 02/01/06 | 50 | $16.8300 | $ | 842 | | | |
| 02/09/06 | 378 | $17.4690 | $ | 6,603 | | | |
| 02/09/06 | 222 | $17.4000 | $ | 3,863 | | | |
| 02/10/06 | 900 | $17.0700 | $ | 15,363 | | | |
| **TOTAL** | | | $ | 42,188 | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $    (42,188)

Less Settle-Out Value* of 2,500 shares held at End of Class Period = $    9,004

TOTAL LOSS = $    (33,185)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #4 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares Purchased | Price per Share | Cost of Purchase | No. Shares Sold | Price per Share | Proceeds of Sale |
|------|------|------|------|------|------|------|
| 01/26/06 | 7 | $15.4400 | $ 108 | | | |
| 01/26/06 | 20 | $15.4300 | $ 309 | | | |
| 01/26/06 | 22 | $15.4400 | $ 340 | | | |
| 01/26/06 | 56 | $15.4900 | $ 867 | | | |
| 01/26/06 | 67 | $15.5345 | $ 1,041 | | | |
| 01/26/06 | 83 | $15.5043 | $ 1,287 | | | |
| 01/26/06 | 100 | $15.3500 | $ 1,535 | | | |
| 01/26/06 | 100 | $15.4300 | $ 1,543 | | | |
| 01/26/06 | 100 | $15.4400 | $ 1,544 | | | |
| 01/26/06 | 100 | $15.4400 | $ 1,544 | | | |
| 01/26/06 | 100 | $15.4700 | $ 1,547 | | | |
| 01/26/06 | 100 | $15.5000 | $ 1,550 | | | |
| 01/26/06 | 200 | $15.3600 | $ 3,072 | | | |
| 01/26/06 | 317 | $15.4300 | $ 4,891 | | | |
| 01/26/06 | 344 | $15.3500 | $ 5,280 | | | |
| 01/26/06 | 500 | $15.4600 | $ 7,730 | | | |
| 01/26/06 | 600 | $15.5100 | $ 9,306 | | | |
| 01/26/06 | 684 | $15.4400 | $ 10,561 | | | |
| 01/30/06 | 500 | $15.8640 | $ 7,932 | | | |
| 02/02/06 | 700 | $16.7290 | $ 11,710 | | | |
| 02/06/06 | 74 | $16.6000 | $ 1,228 | | | |
| 02/06/06 | 100 | $16.2200 | $ 1,622 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6000 | $ 1,660 | | | |
| 02/06/06 | 100 | $16.6500 | $ 1,665 | | | |
| 02/06/06 | 200 | $16.6000 | $ 3,320 | | | |
| 02/06/06 | 500 | $16.3040 | $ 8,152 | | | |
| 02/06/06 | 526 | $16.6000 | $ 8,732 | | | |
| 02/06/06 | 900 | $16.1500 | $ 14,535 | | | |
| 02/06/06 | 1,000 | $16.5570 | $ 16,557 | | | |
| 02/07/06 | 100 | $16.1500 | $ 1,615 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.3500 | $ 1,635 | | | |
| 02/07/06 | 100 | $16.4200 | $ 1,642 | | | |
| 02/07/06 | 300 | $16.3500 | $ 4,905 | | | |
| 02/07/06 | 400 | $16.1675 | $ 6,467 | | | |
| 02/08/06 | 1,000 | $16.9569 | $ 16,957 | | | |
| 02/15/06 | 100 | $18.0600 | $ 1,806 | | | |
| 02/15/06 | 100 | $18.0600 | $ 1,806 | | | |
| 02/15/06 | 800 | $18.0688 | $ 14,455 | | | |
| **TOTAL** | | | **$ 195,611** | | | **$ -** |

Excess of Cost of Purchases Over Proceeds from Sales = $ (195,611)

Less Settle-Out Value* of 12,000 shares held at End of Class Period = $ 43,218

TOTAL LOSS = $ (152,393)

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015

**Todd Stephens A/C #5 - Transactions in Nuvelo Stock 1/5/06 through 12/8/06**

| Date | No. Shares | Price per Share | Cost of Purchase | | No. Shares | Price per Share | Proceeds of Sale |
|------|-----------|-----------------|-------------------|---|-----------|-----------------|------------------|
| 05/31/06 | 100 | $16.3000 | $ | 1,640 | | | |
| 06/02/06 | 175 | $17.2464 | $ | 3,028 | | | |
| 06/02/06 | 125 | $17.2000 | $ | 2,160 | | | |
| 06/08/06 | 200 | $16.3817 | $ | 3,286 | | | |
| 10/04/06 | 200 | $12.5000 | $ | 2,530 | | | |
| **TOTAL** | | | $ | **12,644** | | | $ - |

Excess of Cost of Purchases Over Proceeds from Sales = $ (12,644)

Less Settle-Out Value* of 800 shares held at End of Class Period = $ 2,881

TOTAL LOSS = $ (9,763)

---

* Settle-out value (average closing price 12/11/06 - 03/08/07) = $3.6015