1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   MONIQUE C. WINKLER (213031)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dennish@csgrr.com
   moniquew@csgrr.com
6
   Liaison Counsel
7
                                                SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                      ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                            JEFFREY S. NOBEL
   CAROLE A. BRODERICK                          NANCY A. KULESA
9  BARBARA A. PODELL                            One Corporate Center
   PHYLLIS M. PARKER                            20 Church Street, Suite 1700
10 JOSHUA C. SCHUMACHER                         Hartford, CT 06103
   1622 Locust Street                           Telephone: 860/493-6292
11 Philadelphia, PA 19103                       860/493-6290 (fax)
   Telephone: 215/875-3000                      aschatz@snilaw.com
12 215/875-4604 (fax)                           jnobel@snilaw.com
   ssavett@bm.net                               nkulesa@snilaw.com
13 bpodell@bm.net
   pparker@bm.net
14
   Co-Lead Counsel for Plaintiffs
15
                            UNITED STATES DISTRICT COURT
16
                          NORTHERN DISTRICT OF CALIFORNIA
17

18 In re NUVELO, INC. SECURITIES        )  Master File No. 3:07-cv-04056-MMJ
   LITIGATION                           )
19                                      )  CLASS ACTION
                                        )
20 This Document Relates To:            )  STIPULATION AND [PROPOSED] ORDER
                                        )  PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)
21       ALL ACTIONS.                   )  TO DISMISS DEFENDANT SHELLY D.
                                        )  GUYER WITHOUT PREJUDICE
22

1  WHEREAS, Shelly D. Guyer ("Guyer") was named as a defendant in complaints filed in this
2  action; and
3  WHEREAS, Co-Lead Counsel for plaintiffs do not intend to name Guyer as a defendant in
4  this consolidated action; and
5  NOW, THEREFORE, the undersigned parties hereby stipulate pursuant to Fed. R. Civ. P.
6  41(a)(1)(ii) to dismiss Guyer as a defendant from this consolidated action without prejudice. Each
7  party shall bear its own costs and fees.
8  IT IS SO STIPULATED.

9  DATED: November 9, 2007                          COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
10                                                   DENNIS J. HERMAN
                                                     MONIQUE C. WINKLER
11

12
                                                             /s/ Dennis J. Herman
13                                                   DENNIS J. HERMAN

14                                                   100 Pine Street, Suite 2600
                                                     San Francisco, CA 94111
15                                                   Telephone: 415/288-4545
                                                     415/288-4534 (fax)
16
                                                     Liaison Counsel
17
                                                     BERGER & MONTAGUE, P.C.
18                                                   SHERRIE R. SAVETT
                                                     CAROLE A. BRODERICK
19                                                   BARBARA A. PODELL
                                                     PHYLLIS M. PARKER
20                                                   JOSHUA C. SCHUMACHER
                                                     1622 Locust Street
21                                                   Philadelphia, PA 19103
                                                     Telephone: 215/875-3000
22                                                   215/875-4604 (fax)

23                                                   SCHATZ NOBEL IZARD, P.C.
                                                     ANDREW M. SCHATZ
24                                                   JEFFREY S. NOBEL
                                                     NANCY A. KULESA
25                                                   One Corporate Center
                                                     20 Church Street, Suite 1700
26                                                   Hartford, CT 06103
                                                     Telephone: 860/493-6292
27                                                   860/493-6290 (fax)

28                                                   Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ         - 1 -

| | |
|---|---|
| DATED:  November 9, 2007 | COOLEY GODWARD KRONISH LLP<br>SCOTT D. DEVEREAUX (146050)<br>GRANT P. FONDO (181530)<br>JEFFREY KABAN (235743) |

    /s/ Jeffrey Kaban<br>
JEFFREY KABAN

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE.  In compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

    /s/ Dennis J. Herman<br>
DENNIS J. HERMAN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/16/07

_(signature)_
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STIP00047133.doc

STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ — - 2 -

1                                         <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on November 9, 2007.

                                                    s/ Dennis J. Herman
                                                    DENNIS J. HERMAN

                                                    COUGHLIN STOIA GELLER
                                                        RUDMAN & ROBBINS LLP
                                                  100 Pine Street, 26th Floor
                                                  San Francisco, CA  94111
                                                  Telephone:  415/288-4545
                                                  415/288-4534 (fax)

                                                   E-mail:<u>Dennish@csgrr.com</u>

# Mailing Information for a Case 3:07-cv-04056-MJJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

58 South Service Road
Suite 200
New York, NY 11747

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087