1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   MONIQUE C. WINKLER (213031)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dennish@csgrr.com
   moniquew@csgrr.com
6
   Liaison Counsel
7
                                                SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                      ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                            JEFFREY S. NOBEL
   CAROLE A. BRODERICK                          NANCY A. KULESA
9  BARBARA A. PODELL                            One Corporate Center
   PHYLLIS M. PARKER                            20 Church Street, Suite 1700
10 JOSHUA C. SCHUMACHER                         Hartford, CT  06103
   1622 Locust Street                           Telephone: 860/493-6292
11 Philadelphia, PA  19103                      860/493-6290 (fax)
   Telephone: 215/875-3000                      aschatz@snilaw.com
12 215/875-4604 (fax)                           jnobel@snilaw.com
   ssavett@bm.net                               nkulesa@snilaw.com
13 bpodell@bm.net
   pparker@bm.net
14
   Co-Lead Counsel for Plaintiffs
15
                        UNITED STATES DISTRICT COURT
16
                       NORTHERN DISTRICT OF CALIFORNIA
17

18 | In re NUVELO, INC. SECURITIES | ) | Master File No. 3:07-cv-04056-MMJ |
   | LITIGATION | ) | |
19 | _____ | ) | CLASS ACTION |
   | | ) | |
20 | This Document Relates To: | ) | STIPULATION AND [PROPOSED] ORDER |
   | | ) | PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) |
21 | ALL ACTIONS. | ) | TO DISMISS DEFENDANT SHELLY D. |
   | _____ | ) | GUYER WITHOUT PREJUDICE |

1  WHEREAS, Shelly D. Guyer ("Guyer") was named as a defendant in complaints filed in this action; and

3  WHEREAS, Co-Lead Counsel for plaintiffs do not intend to name Guyer as a defendant in this consolidated action; and

5  NOW, THEREFORE, the undersigned parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss Guyer as a defendant from this consolidated action without prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

DATED:  November 9, 2007                COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        DENNIS J. HERMAN
                                        MONIQUE C. WINKLER


                                                 /s/ Dennis J. Herman
                                        DENNIS J. HERMAN

                                        100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)

                                        Liaison Counsel

                                        BERGER & MONTAGUE, P.C.
                                        SHERRIE R. SAVETT
                                        CAROLE A. BRODERICK
                                        BARBARA A. PODELL
                                        PHYLLIS M. PARKER
                                        JOSHUA C. SCHUMACHER
                                        1622 Locust Street
                                        Philadelphia, PA  19103
                                        Telephone:  215/875-3000
                                        215/875-4604 (fax)

                                        SCHATZ NOBEL IZARD, P.C.
                                        ANDREW M. SCHATZ
                                        JEFFREY S. NOBEL
                                        NANCY A. KULESA
                                        One Corporate Center
                                        20 Church Street, Suite 1700
                                        Hartford, CT  06103
                                        Telephone:  860/493-6292
                                        860/493-6290 (fax)

                                        Co-Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO
DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ         - 1 -

DATED: November 9, 2007

COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
GRANT P. FONDO (181530)
JEFFREY KABAN (235743)


        /s/ Jeffrey Kaban
JEFFREY KABAN

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

    I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE.  In compliance with General Order No. 45, X.B., I hereby attest that Jeffrey Kaban has concurred in this filing.

        /s/ Dennis J. Herman
DENNIS J. HERMAN

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/16/07

        *[signature]*
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STIP00047133.doc

STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO FED. R. CIV. P. 41(A)(1)(II) TO DISMISS DEFENDANT SHELLY D. GUYER WITHOUT PREJUDICE - 3:07-cv-04056-MMJ

- 2 -

1 CERTIFICATE OF SERVICE

2     I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk
3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.
7     I certify under penalty of perjury under the laws of the United States of America that the
8 foregoing is true and correct. Executed on November 9, 2007.

9
10                     s/ Dennis J. Herman
                    DENNIS J. HERMAN
11
12                     COUGHLIN STOIA GELLER
                        RUDMAN & ROBBINS LLP
13                     100 Pine Street, 26th Floor
                    San Francisco, CA 94111
14                     Telephone: 415/288-4545
                    415/288-4534 (fax)
15
16                     E-mail:Dennish@csgrr.com
17
18
19
20
21
22
23
24
25
26
27
28

CAND-ECF                                                                                                                         Page 1 of 2
            Case 3:07-cv-04056-CRB   Document 32   Filed 11/19/07   Page 5 of 6

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,e_file_sf@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

```
58 South Service Road
Suite 200
New York, NY 11747
```

**Marisa Megur Seifan**
```
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036
```

**Evan J. Smith**
```
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
```

**Nicolette Tropiano**
```
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```