AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Coughlin Stoia Geller Rudman & Robbins LLP</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Michael D. Levy</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>In re Nuvelo, Inc. Securities Litigation</u>,
(CAPTION OF ACTION)

which is case number <u>3:07-cv-04056-MJJ</u> in the United States District Court
(DOCKET NUMBER)

for the <u>NORTHERN</u> District of <u>CALIFORNIA</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after <u>November 14, 2007</u>,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

<u>11/26/2007</u>                    <u>(signature)</u>
(DATE)                                  (SIGNATURE)

Printed/Typed Name: <u>JEFFREY KABAN</u>

As <u>attorney for Michael Levy</u> of <u> </u>
(TITLE)                                    (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

In re Nuvelo, Inc. Securities Litigation

*Consolidated Complaint*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-cv-04056-MJJ

V.

TO: (Name and address of defendant)

Michael D. Levy
c/o Jeffrey Kaban
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
Dennis J. Herman
Monique C. Winkler
100 Pine St., Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SHEILA RASH
(BY) DEPUTY CLERK

DATE NOV 2 8 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                  *Date*                              *Signature of Server*

                                                     _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure