# APPENDIX

## APPENDIX

## CAUTIONARY STATEMENTS FROM DOCUMENTS CITED IN THE COMPLAINT AND/OR SUBJECT TO JUDICIAL NOTICE

The following cautionary statements are contained in documents attached to the Declaration of Grant P. Fondo in Support of Defendants' Motion to Dismiss and are reproduced here for the convenience of the Court. All emphases in italics is added.

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| 1. Nuvelo's Form 10-K for the fiscal year ended December 31, 2004, filed March 16, 2005 (pp. 16-27); (Fondo Dec, Ex. R.) | **Development of our products will take years, and our products require regulatory approval before they can be sold.**<br><br>We have three clinical stage drug candidates. All of our other potential products currently are in research or pre-clinical development and revenues from the sales of any products resulting from this research and development may not occur for several years, if at all. *We cannot be certain that any of our products will be demonstrated to be safe and effective or that we will obtain regulatory approvals. We cannot predict whether we will be able to develop and commercialize any of our drug candidates successfully. If we are unable to obtain regulatory approval and successfully commercialize our potential products, our business, results of operations and financial condition will be affected in a materially adverse manner.*<br><br>We do not yet have products in the commercial markets. *We must demonstrate that our product candidates satisfy rigorous standards of safety and efficacy before the FDA and comparable agencies in foreign markets. We cannot apply for regulatory approval of our potential products until we have performed significant additional research and development and testing. We cannot be certain that we,* or our strategic partners, will be permitted to undertake clinical testing of our potential products or continue clinical testing of alfimeprase, rNAPc2, or ARC183. If we are successful in initiating clinical trials, we may experience delays in conducting them. *Our clinical trials may not demonstrate the safety and efficacy of our potential products, and we may encounter unacceptable side effects or other problems in the clinical trials that may prevent or limit the use of our products.* Should this occur, we may have to delay or discontinue development of the potential product that causes the problem. *After a successful clinical trial, we cannot market products in the United States until we* |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | *receive regulatory approval. Even if we are able to gain regulatory approval of our products after successful clinical trials and then commercialize and sell those products, we may be unable to manufacture enough products to maintain our business, which could have a negative impact on our financial position.*<br><br>**Our clinical trials may not yield results that will enable us to obtain regulatory approval for our products.**<br><br>We will only receive regulatory approval for a drug candidate if we can demonstrate in carefully designed and conducted clinical trials that the drug candidate is safe and effective. *We do not know whether our pending or any future clinical trials will demonstrate sufficient safety and efficacy to obtain the requisite regulatory approvals or will result in marketable products. Clinical trials are lengthy, complex, and expensive processes with uncertain results. It will take us several years to complete our testing, and failure can occur at any stage of testing. Results attained in pre-clinical testing and early clinical studies, or trials, may not be predictive of results that are obtained in later studies. We may suffer significant setbacks in advanced clinical trials, even after promising results in earlier studies. Based on results at any stage of clinical trials, we may decide to repeat or redesign a trial or discontinue development of one or more of our drug candidates.* If we fail to adequately demonstrate the safety and efficacy of our products under development, we will not be able to obtain the required regulatory approvals to commercialize our drug candidates, and our business, results of operations and financial condition will be materially adversely affected.<br><br>Clinical trials are subject to continuing oversight by governmental regulatory authorities and institutional review boards, or IRBs, and must meet the requirements of these authorities in the United States, including those for informed consent and good clinical practices. We may not be able to comply with these requirements and the FDA, an IRB or we may suspend or terminate clinical trials at any time.<br><br>*Administering our drug candidates to humans may produce undesirable side effects. These side effects could interrupt, delay or halt clinical trials of our drug candidates and could result in the FDA or other regulatory authorities denying approval of our drug for any or all targeted indications.* |

2

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | We rely on third parties, including contract research organizations and outside consultants, to assist us in managing and monitoring clinical trials. Our reliance on these third parties may result in delays in completing, or in failing to complete, these trials if they fail to perform with the speed and competency we expect.<br><br>*If the clinical trials for a drug candidate are unsuccessful, we will be unable to commercialize the drug candidate.* If one or more of our clinical trials are delayed, we will be unable to meet our anticipated development or commercialization timelines. Either circumstance could cause the price of shares to decline.<br><br>**We face heavy government regulation, and FDA regulatory approval of our products is uncertain.**<br><br>The research, testing, manufacturing and marketing of drug products such as those proposed to be developed by us or our collaboration partners are subject to extensive regulation by federal, state and local governmental authorities, including the FDA, and comparable agencies in other countries. *To obtain regulatory approval of a drug product, we or our collaboration partners must demonstrate to the satisfaction of the applicable regulatory agency, among other things, that the product is safe and effective for its intended uses.* In addition, we must show that the manufacturing facilities used to produce the products are in compliance with current Good Manufacturing Practices, or cGMP, requirements.<br><br>The process of obtaining FDA and other required regulatory approvals and clearances typically takes several years and will require us to expend substantial capital and resources. *Despite the time and expense expended, regulatory approval is never guaranteed. The number of pre-clinical and clinical tests that will be required for FDA approval varies depending on the drug candidate, the disease or the condition that the drug candidate is in development for, and the regulations applicable to that particular drug candidate.* The FDA or comparable international regulatory authorities can delay, limit or deny approval of a drug candidate for many reasons, including:<br><br>• *a drug candidate may not be safe and effective;*<br><br>• FDA or comparable international regulatory authorities may interpret data from pre-clinical and clinical testing in different |

3

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | ways than we and our collaboration partners interpret them; <br><br> • the FDA or comparable international regulatory authorities may not approve our manufacturing processes or facilities or the processes or facilities of our collaboration partners; or <br><br> • the FDA or comparable international regulatory officials may change their approval policies or adopt new regulations. <br><br>          \*     \*     \*     \* <br><br> Any delay or failure by us or our collaboration partners to obtain regulatory approvals for our product candidates: <br><br> • would adversely affect our ability to generate product and royalty revenues; <br><br> • could impose significant additional costs on us or our collaboration partners; <br><br> • could diminish competitive advantages that we may attain; <br><br> • would adversely affect the marketing of our products; and <br><br> • *could cause the price of our shares to decline.* <br><br>          \*     \*     \*     \* <br><br> **We may not achieve our projected development goals in the time frames we announce and expect.** <br><br> We set goals for and make public statements regarding the timing of certain accomplishments, such as the commencement and completion of clinical trials, anticipated regulatory approval dates and time of product launch, which we sometimes refer to as milestones. *The actual timing of these events can vary dramatically due to a number of factors such as delays or failure in our clinical trials, the uncertainties inherent in the regulatory approval process and delays in achieving manufacturing or marketing arrangements sufficient to commercialize our products. There can be no assurance that our clinical trials will be completed, that we will make regulatory submissions or receive regulatory approvals as planned or that we* |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | *will be able to adhere to our current schedule for the launch of any of our products.* If we fail to achieve one or more of these milestones as planned, our business will be materially adversely affected and the price of our shares could decline.<br><br>\* \* \* \*<br><br>**Our products may not be accepted in the marketplace, and we may not be able to generate significant revenue, if any.**<br><br>*Even if they are approved for marketing, our products, if any, may never achieve market acceptance among physicians, patients and the medical community.* Our products, if successfully developed, will compete with a number of traditional drugs and therapies manufactured and marketed by major pharmaceutical and other biotechnology companies. Our products will also compete with new products currently under development by such companies and others. The degree of market acceptance of any products developed by us, alone, or in conjunction with our collaboration partners, will depend on a number of factors, including:<br><br>• *the establishment and demonstration of the clinical efficacy and safety of the products;*<br><br>• convenience and ease of administration;<br><br>• cost-effectiveness;<br><br>• our products' potential advantages over alternative treatment methods;<br><br>• marketing, sales and distribution support of our products; and<br><br>• reimbursement policies of government and third-party payers.<br><br>Physicians, patients or the medical community in general may not accept and utilize any of the products that we alone, or in conjunction with our collaboration partners, develop. In practice, competitors may be more effective in marketing their drugs. The lack of such market acceptance would significantly harm our business, financial condition and results of operations. |

| Document; (Reference to Complaint and Fondo Declaration) | Cautionary Statement |
|---|---|
| | **We face intense competition.**<br><br>The biopharmaceutical industry is intensely competitive and is accentuated by the rapid pace of technological development. We expect to face increased competition in the future as new companies enter our markets. Research and discoveries by others may result in breakthroughs that render our potential products obsolete even before they can begin to generate any revenue. Our competitors include major pharmaceutical and biotechnology firms, many of which have substantially greater research and product development capabilities and financial, scientific, marketing and human resources than we have. *Our lead product candidate alfimeprase, if approved, will face competition in the catheter occlusion indication from alteplase, an approved Genentech, Inc. product, and will potentially face competition in the peripheral arterial occlusion, or PAO, indication from product candidates being developed and/or marketed by Abbot Laboratories, Centocor, Inc. and Genentech.* |
| 2. **Nuvelo's January 5, 2006 Press Release;** (Complaint ¶ 92; Fondo, Dec., Ex. A.) | *This press release contains 'forward-looking statements' regarding . . ., the timing and progress of Nuvelo's alfimeprase's clinical programs, the potential improvement or benefit that Nuvelo's alfimeprase clinical programs may demonstrate and alfimeprase's market potential, which statements are hereby identified as 'forward-looking statements' for purposes of safe harbor provided by the Private Securities Litigation Reform Act of 1995.* Such statements are based on our management's current expectations and involve risks and uncertainties. *Actual results and performance could differ materially from those projected in the forward looking statements as a result of many factors, including without limitation, uncertainties relating to drug discovery; clinical development processes;* enrollment rates for patients in our clinical trials; changes in relationships with strategic partners and dependence upon strategic partners for performance of critical activities under collaborative agreements; *the impact of competitive products and technological changes;. . . . These factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's recent annual report on Form 10-K for the year ended December 31, 2004 and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements." |

6

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| 3. **Nuvelo's January 5, 2006 Conference Call**; (Complaint ¶¶ 93, 94; Fondo Dec., Ex B.) | Presentations by Nuvelo management on this conference call will include statements regarding our collaboration agreement with Bayer HealthCare AG, the timing and amount of payments that Nuvelo may receive from Bayer under our collaboration agreement, *the timing and progress of Nuvelo's clinical programs for Alfimeprase and the potential improvement or benefit that our Alfimeprase clinical programs may demonstrate. Which statements are hereby identified as forward-looking statements for purposes of the Safe Harbor provided by the private securities litigation reform act of 1995, such statements are based on our management's current expectations and involve risk and uncertainties.*<br><br>*Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including without limitation, uncertainties relating to drug discovery, clinical development processes, enrollment rates for patients in our clinical trials*, changes in relationships with strategic partners and dependent upon strategic partners for the performance of critical activities under collaborative agreement, *the impact of competitive products and technological changes, . . . . These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's recent Annual Report on form 10-K for the year ended December 31, 2004 and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements. |
| 4. **Nuvelo's February 27, 2006 Press Release**; (Complaint ¶ 100; Fondo Dec., Ex. C.) | *This press release contains "forward-looking statements" regarding the timing and progress of Nuvelo's alfimeprase clinical programs, the potential improvement or benefit that current and future clinical trial programs may demonstrate, the potential for regulatory approval for alfimeprase, and the numbers of patients who may be eligible for treatment by alfimeprase, which statements are hereby identified as "forward-looking statements" for the purposes of the safe harbor provided by the Private Securities Litigation Reform Act of 1995.* Such statements are based on our management's current expectations and involve risks and uncertainties. *Actual results and performance could differ materially from those projected in the forward looking statements as a result of many factors, including, without limitation, uncertainties relating to drug discovery; clinical development processes; enrollment rates for patients in our clinical trials*; changes in relationships with strategic partners and dependence upon strategic partners for the performance of critical activities under |

7

| Document; (Reference to Complaint and Fondo Declaration) | Cautionary Statement |
|---|---|
| | collaborative agreements; *the impact of competitive products and technological changes; . . . . These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's recent annual report on Form 10-K for the year ended December 31, 2004 and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements. |
| 5. **Nuvelo's February 27, 2006 Conference Call**; (Complaint ¶ 101; Fondo Dec., Ex. D.) | Presentations by Nuvelo management on this conference call will include statements on our anticipated use of cash and financial results in the fiscal year 2006. The success of our collaboration with Bayer Healthcare AG, *the timing and progress of Nuvelo's clinical stage and internal research programs. The potential market for our clinical stage compounds and the expenses, revenues, and potential for profit from sales of any drug product resulting from such programs which statements are hereby identified as forward-looking statements for the purposes of the Safe Harbor provided by the Private Securities Litigation Reform Act of 1995.* Such statements are based on our management's current expectations and involve risks and uncertainties.<br><br>*Actual results and performance could differ materially from those project in the forward-looking statements as a result of many factors including without limitation uncertainties relating to drug discovery, clinical development processes, enrollment rates for patients in our clinical trials.* Changes and relationships with strategic partners and dependence upon strategic partners for the performance of critical activities under collaborative agreements, . . . . *The impact of competitive products and technological changes. . . . . These and other factors are identified and described in more detail in Nuvelo filings with the SEC including without limitation Nuvelo's annual report on Form 10-K for the year ended December 31, 2004, and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements. |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| 6. Nuvelo's Form 10-K for the fiscal year ended December 31, 2005, filed March 15, 2006 (pp. 16-28); (Complaint ¶¶ 108, 133, 134; Fondo Dec. Ex. E.)<br><br>7. Nuvelo's Form 10-Q for the period ended March 31, 2006 filed May 9, 2006 (pp. 21-28); (Complaint ¶¶ 136-138; Fondo Dec. Ex. J.) | **Our near-term success is dependent on the success of our lead product, alfimeprase, and we cannot be certain that it will receive regulatory approval or be successfully commercialized.**<br><br>Alfimeprase is currently being evaluated in Phase 3 clinical trials for the treatment of each of acute PAO and catheter occlusion and will require the successful completion of these or other planned Phase 3 clinical trials before we are able to submit a biologics license application, or BLA, to the FDA for approval. *If our Phase 3 or other clinical trials fail to demonstrate that alfimeprase is safe and effective, it will not receive regulatory approval. Even if alfimeprase receives FDA approval, it may never be successfully commercialized.* We may also have inadequate financial or other resources to pursue this product candidate through the clinical trial process or through commercialization. *In addition, prior to initiating our current Phase 3 trials for alfimeprase, we had never conducted a Phase 3 clinical trial, and we may be unable to successfully complete clinical trials involving the number of clinical sites and patients as planned for our alfimeprase Phase 3 clinical trials.* If we are unable to successfully commercialize or obtain regulatory approval for alfimeprase, we may not be able to generate revenue, become profitable or continue our operations. *One of our Phase 3 trials of alfimeprase, NAPA-3, is the subject of a special protocol assessment agreement with the FDA. Under this agreement, the FDA provides guidance on the design of a trial prior to its initiation. We have also been granted fast track designation by the FDA for alfimeprase in acute PAO. The special protocol assessment agreement and the fast track designation do not offer any assurance that alfimeprase will receive FDA approval, and the FDA is in no way constrained by the agreement or the designation in its ability to deny approval for alfimeprase.*<br><br>**Development of our other products will take years, and our products require regulatory approval before they can be sold.**<br><br>We currently have two clinical stage drug candidates. All of our other potential products currently are in research or pre-clinical development, and revenues from the sales of any products may not occur for several years, if at all. *We cannot be certain that any of our products will be demonstrated to be safe and effective or that we will obtain regulatory approvals for any indication. We cannot predict whether we will be able to develop and commercialize any of our drug candidates successfully.* If we are unable to obtain regulatory |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | approval and successfully commercialize our potential products, our business, results of operations and financial condition will be affected in a materially adverse manner.<br><br>**Our clinical trials may not yield results that will enable us to obtain regulatory approval for our products.**<br><br>We, and our collaborators, will only receive regulatory approval for a drug candidate if we can demonstrate in carefully designed and conducted clinical trials that the drug candidate is safe and effective. *We do not know whether our current or any future clinical trials will demonstrate sufficient safety and efficacy to obtain the requisite regulatory approvals or will result in marketable products. Clinical trials are lengthy, complex and expensive processes with uncertain results. It will take us several years to complete our testing, and failure can occur at any stage. To date, we have not successfully completed any Phase 3 clinical trials*, and we have not completed all planned pre-clinical and Phase 1 clinical trials for each of our product candidates. *The results we obtain in pre-clinical testing and early clinical trials may not be predictive of results that are obtained in later studies. We may suffer significant setbacks in advanced clinical trials, even after promising results in earlier studies. Based on results at any stage of clinical trials, we may decide to repeat or redesign a trial or discontinue development of one or more of our drug candidates. If we fail to adequately demonstrate the safety and efficacy of our products under development, we will not be able to obtain the required regulatory approvals to commercialize our drug candidates, and our business, results of operations and financial condition will be materially adversely affected.*<br><br>**We face heavy government regulation, and FDA regulatory approval of our products is uncertain.**<br><br>The research, testing, manufacturing and marketing of drug products such as those proposed to be developed by us or our collaboration partners are subject to extensive regulation by federal, state and local governmental authorities, including the FDA, and comparable agencies in other countries. *To obtain regulatory approval of a drug product, we or our collaboration partners must demonstrate to the satisfaction of the applicable regulatory agency, among other things, that the product is safe and effective for its intended uses.*<br>      \*      \*      \*      \* |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | The process of obtaining FDA and other required regulatory approvals and clearances typically takes several years and will require us to expend substantial capital and resources. *Despite the time and expense expended, regulatory approval is never guaranteed.* The number of pre-clinical and clinical tests that will be required for FDA and international regulatory approval varies depending on the drug candidate, the disease or the condition that the drug candidate is in development for, and the regulations applicable to that particular drug candidate. The FDA or comparable international regulatory authorities can delay, limit or deny approval of a drug candidate for many reasons, including:<br><br>• *a drug candidate may not be safe and effective;*<br><br>• FDA or comparable international regulatory authorities may interpret data from pre-clinical and clinical testing in different ways than we and our collaboration partners interpret them;<br><br>• the FDA or comparable international regulatory authorities may not approve our manufacturing processes or facilities or the processes or facilities of our collaboration partners; or<br><br>• the FDA or comparable international regulatory officials may change their approval policies or adopt new regulations.<br><br>      \*    \*    \*    \*<br><br>Any delay or failure by us or our collaboration partners to obtain regulatory approvals for our product candidates:<br><br>• would adversely affect our ability to generate product, milestone and royalty revenues;<br><br>• could impose significant additional costs on us or our collaboration partners;<br><br>• could diminish competitive advantages that we may attain;<br><br>• would adversely affect the marketing of our products; and |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | • *could cause the price of our shares to decline.* |
| | \* \* \* \* |
| | **We may not achieve our projected development goals in the time frames we announce and expect.** |
| | We set goals for and make public statements regarding the timing of certain accomplishments, such as the commencement and completion of clinical trials, anticipated regulatory approval dates and time of product launch, which we sometimes refer to as milestones. *These milestones may not be achieved, and the actual timing of these events can vary dramatically due to a number of factors such as delays or failure in our clinical trials, disagreements with current or future clinical development collaborative partners, the uncertainties inherent in the regulatory approval process and manufacturing scale-up and delays in achieving manufacturing or marketing arrangements sufficient to commercialize our products. There can be no assurance that our clinical trials will be completed, that we will make regulatory submissions or receive regulatory approvals as planned or that we will be able to adhere to our current schedule for the launch of any of our products.* If we fail to achieve one or more of these milestones as planned, our business will be materially adversely affected and the price of shares will decline. |
| | \* \* \* \* |
| | **Our products may not be accepted in the marketplace, and we may not be able to generate significant revenue, if any.** |
| | *Even if they are approved for marketing, our products, if any, may never achieve market acceptance among physicians, patients and the medical community.* Our products, if successfully developed, will compete with a number of traditional drugs and therapies manufactured and marketed by major pharmaceutical, medical device and other biotechnology companies. Our products will also compete with new products currently under development by such companies and others. The degree of market acceptance of any products developed by us, alone, or in conjunction with our collaboration partners, will depend on a number of factors, including: |
| | • the establishment and demonstration of the clinical efficacy and |

12

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | safety of the products; |
| | • convenience and ease of administration; |
| | • cost-effectiveness; |
| | • our products' potential advantages over alternative treatment methods; |
| | • marketing, sales and distribution support of our products; and |
| | • reimbursement policies of government and third-party payers. |
| | Physicians, patients or the medical community in general may not accept and utilize any of the products that we alone, or in conjunction with our collaboration partners, develop. In practice, competitors may be more effective in marketing their drugs. The lack of such market acceptance would significantly harm our business, financial condition and results of operations. |
| | *Even if our product candidates are approved for marketing and are accepted by physicians, patients and the medical community, the size of the market for these products may be insufficient to sustain our business, or may not provide an acceptable return on our investment in the development of these products. For example, our lead product, alfimeprase, is undergoing clinical trials for the treatment of acute PAO. There are currently no thrombolytic agents specifically approved for the treatment of acute PAO in the United States or overseas, and as a result there is currently limited market data available for us to use in judging the market size for a therapeutic product of this nature. The number of incidents of acute PAO that are treatable with an approved thrombolytic agent may not be sufficient to create a sustainable market for alfimeprase, if approved. As a result, the commercialization of alfimeprase for the treatment of acute PAO, or any of our other product candidates, could fail even if we receive marketing approval from the FDA or similar foreign authority, and acceptance by the medical and patient communities.* |
| | **We face intense competition.** |
| | The biopharmaceutical industry is intensely competitive and is accentuated by the rapid pace of technological development. We |

13

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| | expect to face increased competition in the future as new companies enter our markets. Research and discoveries by others may result in breakthroughs that render our potential products obsolete even before they can begin to generate any revenue. Our competitors include major pharmaceutical, medical device and biotechnology firms, many of which have substantially greater research and product development capabilities and financial, scientific, marketing and human resources than we have. *Our lead product candidate alfimeprase, if approved, will face competition in the catheter occlusion indication from alteplase, an approved Genentech, Inc. product, and will potentially face competition in the acute PAO indication from product candidates being developed and/or marketed by PDL BioPharma, Inc. and Genentech.* |
| 8. **Nuvelo's 2005 Annual Report**; (Complaint ¶ 109; Fondo Dec., Ex. F.) | *Statements contained in this annual report that are not historical in nature are intended to be, and are hereby identified as, "forward-looking statements" for the purposes of the safe harbor provided by the Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by words such as "believe," "expect," "anticipate," "should," "may," "estimate," "goals" and "potential," among others.* Such statements are based on our management's current expectations and involve risks and uncertainties. *Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including, without limitation, uncertainties relating to drug discovery and clinical development processes; enrollment rates for patients in our clinical trials*; changes in our relationships with strategic partners and dependence upon strategic partners for the performance of critical activities under collaborative agreements; the impact of competitive products and technological changes; uncertainties relating to patent protection and regulatory approval; and uncertainties relating to our ability to obtain substantial additional funds. *These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's annual report on Form 10-K for the year ended December 31, 2005.* We disclaim any intent or obligation to update these forward-looking statements. |

| DOCUMENT; (REFERENCE TO COMPLAINT AND FONDO DECLARATION) | CAUTIONARY STATEMENT |
|---|---|
| 9. **Nuvelo's April 10, 2006 Press Release**; (Complaint ¶ 116; Fondo Dec., Ex. G.) | The press release contains "forward-looking statements" regarding the timing and progress of Nuvelo's alfimeprase clinical programs, the potential improvement or benefit that current and future clinical trial programs may demonstrate, the potential for regulatory approval for alfimeprase, and the numbers of patients who may be eligible for treatment by alfimeprase, which statements are hereby identified as "forward-looking statements" for purposes of the safe harbor provided by the Private Securities Litigation Reform Act of 1995. Such statements are based on our management's current expectations and involve risks and uncertainties. *Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including without limitation, uncertainties relating to drug discovery; clinical development processes; enrollment rates for patients in our clinical trials;* changes in relationships with strategic partners for the performance of critical activities under collaborative agreements; the *impact of competitive products and technological changes; . . . . These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's recent annual report on Form 10-K for the year ended December 31, 2005 and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements. |
| 10. **Nuvelo's May 5, 2006 Conference Call**; (Complaint ¶ 120; Fondo Dec., Ex. H.) | Presentations by Nuvelo's management on this conference call will include statements regarding our anticipated use of cash and financial results for the fiscal year 2006, the success of our collaboration with Bayer HealthCare AG, *the timing and progress of Nuvelo's clinical stage and internal research program, the potential market for our clinical stage compounds and the expenses, revenues, and potential for profits and sales from any drug products resulting from such programs, which statements are hereby identified as forward-looking statements for purposes of the Safe Harbor provided by the Securities Litigation Reform Act of 1995.* Such statements are based on our management's current expectations and involve risks and uncertainties.<br><br>*Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including without limitation, uncertainties related to drug discovery, clinical development processes, enrollment rates for patients in our clinical trials*, changes in relations set with strategic partners and dependence upon strategic partners for performance of |

15

| Document; (Reference to Complaint and Fondo Declaration) | Cautionary Statement |
|---|---|
| | critical activities under collaborative agreements; . . . , *the impact of competitive products and technological changes,. . . . . These and other factors are identified and discussed in more detail in Nuvelo's filings with the SEC, including without limitation, Nuvelo's Annual Report on Form 10-K for the year ended December 31, 2005, and subsequent filings.* We disclaim any intent or obligation to update these forward-looking statements. |
| 11. **Nuvelo's August 3, 2006 Conference Call;** (Complaint ¶ 124-125; Fondo Dec., Ex. I.) | Presentations by Nuvelo management on this conference call will include statements regarding our anticipated use of cash and financial results in the fiscal year 2006, the success of our collaboration with Bayer HealthCare AG, *the timing and progress of Nuvelo's clinical stage and research program, the potential markets for our clinical-stage compounds, our plans for the commercial launch of alfimeprase and the expenses, revenues and potentials for profits from sales of any drug product resulting from such programs, which statements are hereby identified as forward-looking statements for the purpose of the Safe Harbor provided by the Private Securities Litigation Reform Act of 1995.*<br><br>Such statements are based on management's current expectations and involve risks and uncertainties. *Actual results and performance could differ materially from those projected in the forward-looking statements, as a result of many factors, including, without limitation, uncertainties relating to drug discoveries, clinical development processes, enrollment rates for patients in our clinical trials*, changes in relationships with strategic partners and dependence upon strategic partners for the performance of clinical activities under collaborative agreements, . . . , *the impact of competitive products and technological changes, . . . .*<br><br>*These and other factors are identified and described in more detail with Nuvelo's filings with the SEC, including, without limitation, Nuvelo's quarterly report on Form 10-Q for the quarter ended March 31st, 2006, and subsequent filings.* We disclaim any intent or obligation to update these forward looking statements. |

765072 v2/PA