COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
(devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 07-CV-04056-MJJ<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |

I, Grant P. Fondo, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am a partner with the firm of Cooley Godward Kronish LLP, counsel of record for defendant Nuvelo, Inc. ("Nuvelo"), and individual defendants Michael D. Levy, Ted W. Love and Gary S. Titus ("Individual Defendants" and, collectively with Nuvelo, the "Defendants") in this action. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of Nuvelo's Press Release dated January 5, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a transcript of Nuvelo's

1 January 5, 2006 Conference Call.

2     4. Attached hereto as Exhibit C is a true and correct copy of Nuvelo's Press Release
3 dated February 27, 2006.

4     5. Attached hereto as Exhibit D is a true and correct copy of a transcript of Nuvelo's
5 February 27, 2006 Conference Call.

6     6. Attached hereto as Exhibit E is a true and correct copy of Nuvelo's Form 10-K for
7 the year ended December 31, 2005, filed with the Securities and Exchange Commission ("SEC")
8 on March 15, 2006.

9     7. Attached hereto as Exhibit F is a true and correct copy of Nuvelo's 2005 Annual
10 Shareholder Report.

11     8. Attached hereto as Exhibit G is a true and correct copy of Nuvelo's press release
12 dated April 10, 2006.

13     9. Attached hereto as Exhibit H is a true and correct copy of a transcript of Nuvelo's
14 May 5, 2006 Conference Call.

15     10. Attached hereto as Exhibit I is a true and correct copy of a transcript of Nuvelo's
16 August 3, 2006 Conference Call.

17     11. Attached hereto as Exhibit J is a true and correct copy of Nuvelo's Form 10-Q for
18 the period ended March 31, 2006, filed with the SEC on May 9, 2006.

19     12. Attached hereto as Exhibit K is a true and correct copy of Nuvelo's Press Release
20 dated April 18, 2005.

21     13. Attached hereto as Exhibit L is a true and correct copy of an analyst report
22 published by CIBC World Markets on February 28, 2006.

23     14. Attached hereto as Exhibit M is a true and correct copy of Nuvelo's Press Release
24 dated December 14, 2005.

25     15. Attached hereto as Exhibit N is a true and correct copy of a transcript of Nuvelo's
26 May 2, 2005 Conference Call.

27     16. Attached hereto as Exhibit O is a true and correct copy of an analyst report
28 published by CIBC World Markets on August 14, 2006.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

765270 v1/PA     2.     DECLARATION OF GRANT P. FONDO ISO MTD
CASE NO. 07-CV-04056-MJJ

17.   Attached hereto as Exhibit P is a true and correct copy of a powerpoint presentation made by Nuvelo in September 2004, at the Transcatheter Cardiovascular Therapeutics Scientific Symposium, available on Nuvelo's website at http://www.nuvelo.com/products/alfimeprase/publications.html.

18.   Attached hereto as Exhibit Q is a true and correct copy of Nuvelo's Press Release dated August 22, 2007.

19.   Attached hereto as Exhibit R is a true and correct copy of Nuvelo's Form 10-K for the year ended December 31, 2004 filed with the SEC on March 16, 2005.

20.   Attached hereto as Exhibit S is a true and correct copy of Nuvelo's Form 8-K filed on August 15, 2006.

21.   Attached hereto as Exhibit T is a true and correct copy of Form 4 forms reported by Gary S. Titus and filed with the SEC by Nuvelo on August 25, 2006 for the period ending August 24, 2006; on August 28, 2006 for the period ending August 25, 2006; on August 29, 2006 for the period ending August 29, 2006; and, on August 30, 2006 for the period ending August 30, 2006.

22.   Attached hereto as Exhibit U is a true and correct copy of a Form 4 reported by Mark L. Perry and filed with the SEC by Nuvelo on October 2, 2006.

23.   Attached hereto as Exhibit V is a true and correct copy of Nuvelo's Stock option plans – Nuvelo, Inc. Stock Option Agreement (Double Trigger Acceleration) attached as exhibit 10.56 to Form 10-Q for period ended September 30, 2004 filed with the SEC on November 9, 2004; Nuvelo, Inc. Stock Option Agreement (Single Trigger Acceleration) attached as exhibit 10.2 to Form 8-K for period ended September 14, 2004 filed with the SEC on September 20, 2004; Variagenics, Inc. Amended 1997 Employee, Director and Consultant Stock Option Plan attached as exhibit 4.1 to Nuvelo's Form S-8 filed with the SEC on February 7, 2003; and Amended and Restated Nuvelo, Inc. 2004 Equity Incentive Plan attached as exhibit 10.41 to Form 10-Q for the period ended June 30, 2005 filed with the SEC on August 8, 2005.

24.   Attached hereto as Exhibit W is a true and correct copy of a transcript of Nuvelo's August 4, 2005 Conference Call.

25. Attached hereto as Exhibit X is a true and correct copy of a transcript of Nuvelo's November 1, 2005 Conference Call.

26. Attached hereto as Exhibit Y is a true and correct copy of an article from the Journal of Vascular and Interventional Radiology, Vol. 12, No. 8, published August 2001, entitled "Recombinant Tissue Plasminogen Activator (Alteplase) for Restoration of Flow in Occluded Central Venous Access Devices: A Double-Blind Placebo-Controlled Trial—The Cardiovascular Thrombolytic to Open Occluded Lines (COOL) Efficacy Trial."

27. Attached hereto as Exhibit Z is a true and correct copy of Guidance for Industry Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products ("FDA Guidance"), published by the U.S. Food and Drug Administration ("FDA") May 1998 and available on the FDA's website at http://www.fda.gov/cber/gdlns/clineff.pdf.

28. Attached hereto as Exhibit AA is a true and correct copy of an article by Patrick F. Darken and Shu-Yen Ho, entitled "A Note on Sample Size Savings with the Use of a Single Well-Controlled Clinical Trial to Support the Efficacy of a New Drug," published in *Pharmaceutical Statistics*, in March of 2004.

29. Attached hereto as Exhibit BB is a true and correct copy of Nuvelo's Press Release dated September 5, 2006, entitled "Nuvelo Announces Completion of Patient Enrollment in NAPA-2, First Phase 3 Trial of Alfimeprase in Acute Peripheral Arterial Occlusion."

30. Attached hereto as Exhibit CC is a true and correct copy of Nuvelo's Press Release dated September 5, 2006, entitled "Nuvelo Announces Completion of Patient Enrollment in SONOMA-2, First Phase 3 Trial of Alfimeprase in Central Venous Catheter Occlusion."

///
///
///
///
///
///

31. Attached hereto as Exhibit DD is a true and correct copy of Nuvelo's Press Release dated December 9, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 21, 2007 at Palo Alto, California.

COOLEY GODWARD KRONISH LLP

*/s/ Grant P. Fondo*

Grant P. Fondo (181530)
Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY,
TED W. LOVE and GARY S. TITUS