# EXHIBIT B

## Thomson StreetEvents℠

### NUVO - Nuvelo, Inc. Conference Call

Event Date/Time: Jan. 05. 2006 / 8:30AM ET

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

## CORPORATE PARTICIPANTS

**Dr. Ted Love**
*Nuvelo, Inc. - Chairman, CEO*

**Dr. Michael Levy**
*Nuvelo, Inc. - SVP R&D*

## CONFERENCE CALL PARTICIPANTS

**Jim Birchenough**
*Lehman Brothers - Analyst*

**Gary Titus**
*Nuvelo, Inc. - CFO*

**Tariq Kassum**
*CIBC World Markets - Analyst*

**Mark Monane**
*Needham & Company - Analyst*

**Cory Kasimov**
*Oppenheimer & Co - Analyst*

**Liana Moussatos**
*Pacific Growth Equities - Analyst*

**Jennifer Chao**
*Deutsche Bank Securities - Analyst*

**Lauren Rick**
*Goldman Sachs - Analyst*

**Maged Shenouda**
*UBS - Analyst*

**Caroline Stewart**
*Morgan Joseph - Analyst*

**Robert Hoffman**
*Candlewood Capital - Analyst*

## PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to Novello's global partnership conference call. My name is Anne Marie, and I will be your coordinator for today. At this time all participants are in listen-only mode. We will conduct a question-and-answer session towards the end of today's conference. (OPERATOR INSTRUCTIONS) Presentations by Nuvelo management on this conference call will include statements regarding our collaboration agreement with Bayer HealthCare AG, the timing and amount of payments that Nuvelo may receive from Bayer under our collaboration agreement, the timing and progress of Nuvelo's clinical programs for Alfimeprase and the potential improvement or benefit that our Alfimeprase clinical programs may demonstrate. Which statements are hereby identified as forward-looking statements for purposes of the Safe Harbor provided by the private securities litigation act of 1995, such statements are based on our management's current expectations and involve risk and uncertainties.

Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including without limitation, uncertainties relating to drug discovery, clinical development processes, enrollment

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

rates for patients in our clinical trials, changes in relationships with strategic partners and dependent upon strategic partners for the performance of critical activities under collaborative agreement, the impact of competitive products and technological changes, uncertainties relating to patent protection and uncertainties relating to our ability to obtain funding. These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's recent Annual Report on form 10-K for the year ended December 31, 2004 and subsequent filings. We disclaim any intent or obligation to update these forward-looking statements.

I would now like to turn the call over to Dr. Ted Love, Chairman and CEO.

---

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Thank you all for joining us this morning. This is an exciting day for Nuvelo, and one we've been working diligently towards for over a year. We are very pleased to announce that we have entered into a comprehensive global collaboration agreement with Bayer HealthCare AG to maximize global development and commercialization of Alfimeprase.

Alfimeprase is a novel first-in-class direct acting thrombolytic or blood clot dissolver that has been shown in clinical studies to provide rapid clot dissolution with a well tolerated safety profile. Bayer shares our vision now Alfimeprase has potential to change the treatment paradigm for the more than 10 million patients in the Western world who suffer from blood clot related or thrombotic conditions each year.

As many of you know, in 2005 we articulated a strategy to pursue a partnership for Alfimeprase that would optimize its worldwide commercial potential and allow us to accelerate commercialization outside the United States while retaining rights within the United States. Specifically we plan to market Alfimeprase in the U.S. ourselves and establish a partnership with a top tier cardiovascular company to commercialize Alfimeprase outside the United States.

As part of this strategy we implemented a rigorous process that garnered substantial interest from multiple potential partners. Our collaboration with Bayer delivers exactly what we set out to accomplish. It enables Nuvelo to retain sole commercial rights for Alfimeprase in the United States while engaging a world-class partner who can best deliver Alfimeprase to patients in all territories outside the United States. Bayer proved to be the ideal partner from many perspectives, including its cardiovascular development and commercialization expertise, global reach and ability to provide significant resources to rapidly develop Alfimeprase's full commercial potential. In Bayer we have a partner who shares our vision for Alfimeprase and to seize its potential to transform the treatment of patients suffering from thrombotic-related disorders based on its demonstrated safety profile, ease of administration and ability to rapidly dissolve clots.

Bayer has a strong global cardiology and hematology franchise, and is committed to bringing novel therapies for thrombotic diseases to market with late stage programs in venous, thromboembolism, and the prevention of stroke in atrial fibrillation. Nuvelo and Bayer will jointly engage in a comprehensive global development program to maximize the clinical and commercial potential of Alfimeprase. Alfimeprase is currently in Phase III clinical trials for acute peripheral arterial occlusion or PAO, and catheter occlusion and may have utility in a wide range of additional thrombotic-related conditions, such as stroke, deep venous thrombosis and acute myocardial infarction. These disorders are among the most common causes of death and morbidity in the Western world.

In collaboration with Bayer we plan to expand beyond the current Phase III programs and initiate clinical programs with Alfimeprase in stroke and DVT. Specifically we plan to initiate a Phase II trial in stroke in the second half of 2006 and a Phase II trial in DVT sometime in 2007.

Alfimeprase is an enzyme produced by recombinant DNA technology that rapidly dissolves blood clots through a unique mechanism of action by directly degrading fibrin, a protein that provides the scaffolding for blood clots. In clinical studies to

---



FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

date Alfimeprase has been shown to have the potential to degrade clots within the arteries of the leg within four hours of initiation of dosing and to clear occluded catheters in 15 minutes or less.

In addition its thrombolytic activity is localized to the site of delivery due to its rapid inactivation by alpha-2 macroglobulin, a naturally occurring protein in the blood. In clinical testing this clearance mechanism appears to minimize bleeding side effects. Due to its unique clinical profile Alfimeprase has potential to establish a worldwide franchise that addresses the unmet medical need of the large number of patients with diseases caused by blood clot formation.

We initiated a development strategy and acute PAO in catheter occlusion to enable rapid market entry. Now with these clinical trials well underway we plan to initiate clinical programs to look at other strategic indications, including stroke and deep vein thrombosis which represent significantly larger market opportunities.

Our partnership with Bayer brings significant financial and human resources to the expanded development and commercial launch of Alfimeprase. This resource commitment demonstrates Bayer's confidence not only in the initial indications currently being pursued, but also in label expansion and the global market potential of additional indications. The depth of commercial experience and capability at Bayer positions us well to achieve our aggressive launch plans for Alfimeprase in multiple indications on a global scale.

Under the terms of this agreement Nuvelo will retain all commercialization rights and profits from Alfimeprase sales in the United States. Bayer will commercialize Alfimeprase in territories outside the United States. Reflecting Alfimeprase's late stage development status and significant commercial potential, Bayer will pay Nuvelo tier royalties ranging up to 37.5%. We are eligible to receive up to $385 million in milestone payments, including a $50 million upfront cash payment, up to 165 million in development milestones and up to 170 million in sales and commercialization milestones over the course of the agreement.

In addition, Bayer will be responsible for 40% of the cost for global development programs. Nuvelo will be responsible for 60% of the cost and will remain the lead for the design and conduct of the global development programs. In 2006 Nuvelo expects to receive payments totaling approximately $90 million. This includes a $50 million upfront payment and an additional 40 million consisting of shared development expenses and a milestone payment for initiating a Phase II proof-of-concept trial in stroke.

2006 promises to be a transformational year for Nuvelo. We look forward to collaborating with Bayer to progress the Alfimeprase development programs. We will move forward with Alfimeprase in additional indications in stroke and DVT and plan to event all the programs in both our cardiovascular and oncology pipeline through 2006. Today's agreement with Bayer represents a major milestone. And it brings us closer to our goal of improving the lives of patients through the discovery, development and commercialization of novel drugs for acute cardiovascular and cancer therapy.

Before we move to Q&A I would like to congratulate all the team members responsible for this partnership and acknowledge the fantastic relationship with Bayer that we've already begun to build. Joining us today for the Q&A portion of this call are Dr. Michael Levy, our Senior Vice President of research and development; Lee Bendekgey, our Senior Vice President and general counsel; Simon Allen, our Vice President of corporate and business development; and Gary Titus, our acting Chief Financial Officer and a Vice President of finance. I will now turn the call back over to the operator to take questions.

## QUESTIONS AND ANSWERS

**Operator**

(OPERATOR INSTRUCTIONS) Jim Birchenough, Lehman Brothers.

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Jim Birchenough** - *Lehman Brothers - Analyst*

Good morning and congratulations. I am just wondering, Ted, if you could provide some detail of the ex-U.S. market that you envision for Alfimeprase in PAO and catheter occlusion, as well as stroke. And then if you can provide some detail on how the tiering of royalties works. And in particular at what sales level would you expect to see that higher 37.5% royalties?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Thanks, Jim. I think the first thing I would say is that obviously the economics of this deal are based on a belief that this drug has blockbuster potential. The specific numbers in terms of target we have not agreed upon and are not releasing but obviously economic to support a very significant commercial potential and anticipates obviously the drug being utilized in PAO catheter occlusion, but also in larger indications like stroke and deep vein thrombosis as well.

In terms of the royalties, I think Bayer has been incredibly supportive of us being quite transparent about the deal but did not want us to go into specific details of exactly how the royalty rates tier out but we do thing that the 37.5% royalty rate is an unachievable target.

**Jim Birchenough** - *Lehman Brothers - Analyst*

And just one follow-up and this may be for Lee, but any guidance on the net impact of this collaboration agreement on your cash burn in '06, or should we expect that later on your fourth-quarter earnings call?

**Gary Titus** - *Nuvelo, Inc. - CFO*

Regarding the burn, in 2006 as you've heard we anticipate receiving about $90 million in funding from our new partner; that is the $50 million upfront, the $30 million in development funding and the $10 million milestone for initiating the proof of concept in the Phase II clinical trial for stroke. This will significantly reduce our burn rate for 2006. We do plan to provide updated guidance on our total burn rate for 2006 very, very soon.

**Jim Birchenough** - *Lehman Brothers - Analyst*

Thanks for the added detail.

**Operator**

Tariq Kassum, CIBC.

**Tariq Kassum** - *CIBC World Markets - Analyst*

Congratulations on your deal. First question I should follow-up on Jim's question, would you be able to provide the extended penetration of thrombolytic in PAO ex-U.S.?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

That is not a number at least that I have available. I can tell you that one of the things we've all been convinced of is that the penetration of thrombolytics into many of these indications including stroke, is very modest. And it is modest at least in the belief of -- in our belief and also the belief of almost every partner, potential partner that we talk to that it is because of the

THOMSON | www.streetevents.com | Contact Us 

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

concerns about the side effects of those drugs. And also the relatively low speed of action in those indications. So that is why we've talked primarily about Alfimeprase being a transformational therapy that would actually reach into markets that have not previously been well penetrated.

**Tariq Kassum** - *CIBC World Markets - Analyst*

And just a sort of housekeeping question I wanted to check on, you talk about the 60/40 global development split for development costs. I'm just wondering if -- I want to verify that the Napa and Sonoma trials are included in that cost split.

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

They absolutely are.

**Tariq Kassum** - *CIBC World Markets - Analyst*

Great. Thank you very much.

**Operator**

Mark Monane, Needham.

**Mark Monane** - *Needham & Company - Analyst*

Good morning, and congratulations to you, Ted and Nicole and Lee, Michael, Jerry, Simon -- I hope I got everybody. Good news for Nuvelo, good news for biotech. Two questions please. One is which part of the Alfimeprase story was most attractive to the buyer? Was it the current Phase III trials underway, or was it really the promise of the future of going where class R like PE in stroke and MI?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Well, I think everyone that came in the door quite frankly was consistently impressed with the data that we generated with Alfimeprase, suggesting a dramatic feat of action and also its safety profile which emanates from the inactivation by alpha-2 macroglobulin. And it is really that profile and the confidence that that profile will be demonstrated in Phase III that generated excitement at Bayer and generated excitement quite frankly in every organization that we spoke with. So I think people really do see this as a transformational therapy, much like serotonin reuptake inhibitors were in Depression or the HMG-CoA reductase inhibitors were in the treatment of hyperlipidemia. So I think it really is looking forward recognizing that there are a great deal of thromboembolic disease out there, probably 10 million patients worldwide that really are not being well served with current therapies and Alfimeprase could deliver that unmet medical need.

**Mark Monane** - *Needham & Company - Analyst*

That was helpful. One more question. Such a nice deal of course depends on the progress of the current Phase III trials. Could you -- would you be kind enough to update us on the current status of enrollment and how are the four Phase III trials moving along at this point?

---

THOMSON        www.streetevents.com        Contact Us        

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

What I will say to that is that obviously all the discussion that we had with potential partners was fully transparent about the conduct of the current trials. And I can tell you that all those efforts have been going extremely well. And very consistent with the promises that we've made to you and everyone. We will be giving you some updates on enrollment projections very soon.

**Mark Monane** - *Needham & Company - Analyst*

Terrific. Again, congratulations.

**Operator**

Cory Kasimov, Oppenheimer.

**Cory Kasimov** - *Oppenheimer & Co - Analyst*

Good morning, guys, and congratulations from me as well on really a great deal. Many of my questions have already been answered. A couple more here. You have long talked about the potential market opportunity for Alfimeprase and the number you've consistently thrown out there is greater than $500 million in worldwide market potential. How does that change now with the confirmation that you will indeed be taking Alfimeprase into the clinic to evaluate it against both stroke and DVT?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

The number certainly goes up quite dramatically. The $500 million number that you reference is in fact an accurate number. We built that number off looking at two indications. And with the two indications that we had under study, that is acute PAO and catheter occlusion. It has been very clear to us from the very beginning that stroke and DVT are much larger market opportunities. But we did not start with those indications because of the development strategy was really focused on going after indications which will be rapid to market, which would demonstrate the superior advantage of the compound in terms of its fast speed of action and would provide a low-risk regulatory path for approval. Now that we've got those programs obviously well underway, we plan to turn our attention to DVT, stroke, other indications to really exploit the full commercial potential and the full medical benefit of the product.

**Cory Kasimov** - *Oppenheimer & Co - Analyst*

Okay, great. And a financial question I guess for Gary here. How do you plan on recognizing the milestone payments as they come in? Will this be a onetime recognition, or you amortizing?

**Gary Titus** - *Nuvelo, Inc. - CFO*

It will be amortized almost certainly. We haven't been able to complete all of our analysis on the upfront payment, the $50 million payment. But most likely that will be amortized over the development period. It is not entirely clear to us at this point exactly what that period will be, whether it will relate specifically to our lead indications or whether it will include others. So we will have to update you as we get through this analysis. Hopefully we can provide some more guidance on our earnings call for year end.


© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Cory Kasimov** - *Oppenheimer & Co - Analyst*

Okay, and a final question here is with regards to a sales force, maybe a little bit premature asking about this at this point in time, but can you discuss the number of reps that you think you would need for the U.S. market for these indications? And then also whether or not Bayer is going to also be subsidizing any of these costs as well?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

In terms of the market it is a bit early but we are thinking a great deal about this, and I think roughly we have been expecting that to cover the United States we would expect to field a sales force of approximately 100 people. The way this collaboration is structured is, is Bayer is responsible for executing and paying for the commercialization outside the United States. Nuvelo is responsible for executing and paying for the commercialization inside the United States. Obviously we do not pay Bayer any royalties on U.S. sales, and they pay us royalties and milestones based upon ex-U.S. sales.

**Cory Kasimov** - *Oppenheimer & Co - Analyst*

Great. Thanks, and congratulations again.

**Operator**

Liana Moussatos, Pacific Growth Equities.

**Liana Moussatos** - *Pacific Growth Equities - Analyst*

Congratulations, you guys. I was a little worried with the announcement yesterday because there was no information so it was a big relief this morning. When -- okay, how much -- okay first let's start off -- why is Bayer the best partner for you outside the U.S.? What do they have outside the U.S. that the other partners you were considering might not have had? And then can you talk about what you're going to have to pay Amgen out of these payments? And then when are you reporting Q4?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Maybe I will leave the last question to Gary, but I will start out with the initial question relating to Bayer. We really were in an extremely positive position. We talked to a number of multinationals who had capacity to do we think a great job with selling Alfimeprase ex-U.S. But it was very clear to me early on that Bayer was the Company that really shared the vision for the potential of Alfimeprase. And that is very important to us because obviously sharing a vision means that you're willing to put the resources, you also have the expertise and understanding to really exploit the potential of the product. So Bayer I think was front and center the one that (least) impressed me as sharing our vision.

They clearly have capability as you well know, they (indiscernible) they also, as you know, have a Xa inhibitor that they are moving forward with venous thromboembolic disease in atrial fibrillation. And obviously they've had a long-standing history in cardiovascular disease starting with Bayer aspirin. So they've been around in this space for a long time. They've got a global reach. They have sales force in all the territories that we are interested in including Japan, Canada and all across Europe, as well as South America. So they really were a perfect fit in terms of vision, a perfect fit in terms of sales force, global reach and perfect in terms of development and commercial expertise. And obviously the finances of the deal reflect their excitement about partnering with us.

THOMSON     www.streetevents.com     Contact Us     

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Gary Titus** - *Nuvelo, Inc. - CFO*

Sorry to concern you yesterday without too much information, but anyway we want to try to fill in all the blanks as much as possible today. I think you also had a question about how it impact Amgen related to our payments here. Our agreement with Amgen is we had worldwide rights to Alfimeprase and we have decided to, as you've seen outlicensed the ex-U.S. rights. It doesn't change the economics at all with Amgen. Everything remains exactly the same. The payments that we are receiving related to milestones and upfronts and so forth will be solely for Nuvelo. So I think that was the Amgen question. Related to when you will hear updates on our earnings call we haven't announced a date yet. We do plan to provide information today and perhaps a bit more information at JPMorgan. So keep your eye on that as well. And we will announce a date for our earnings call very soon.

---

**Liana Moussatos** - *Pacific Growth Equities - Analyst*

Thank you.

---

**Operator**

Jennifer Chao, Deutsche Bank.

---

**Jennifer Chao** - *Deutsche Bank Securities - Analyst*

I want to say congratulations as well. The first question I had was just along the lines of what was just being asked with regard to the transaction. Is there a first right of refusal clause or language there like that comes along with this agreement in an acquisition scenario?

Second, can you give us just a sense -- you had talked about an ex-U.S. partnership going back almost a year ago. Kudos for bringing this through and I am just trying to get a sense from an industry standpoint how long it took to go from term sheet to actually closing the deal? And if you can just give us a sense of the number of bidders so we can understand some of the dynamics that happened.

---

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Let me start with the easy question related to right of first refusal. There is absolutely no such agreement in this agreement regarding the right of first refusal. In terms of the specifics of some of the negotiating process I think I want to be silent on some of them, but I can tell you that we did spend the better part of a year canvassing and having conversations. Over a period of time those conversations gained more and more momentum. More and more parties came to the table. I probably don't want to comment too much specifically on Bayer other than saying that they were very impressive in terms of their capacity to move forward. And I think it relates back to my comment about the shared vision. They saw this. They looked at it very quickly. They looked at it in a great bit of detail. They came to a real conclusion very quickly that they wanted to be our partner, and we were very impressed by the speed with which they moved.

---

**Jennifer Chao** - *Deutsche Bank Securities - Analyst*

And just in terms of the overall corporate strategy and how this impacts other programs in the pipeline with respect to rNAPc2, is that also on the table, Ted, for a partnership opportunity that is something you had talked about in the past and then kind of softened the edges around more recently. And how active are those potential discussions?

---



FINAL TRANSCRIPT

| Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call |

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Well, clearly we've had a focus on Alfimeprase as a business in terms of building our value. We have also I think as you pointed out here been very clear that rNAPc2 in terms of approval in ACS will require extremely large and likely very expensive pivotal trials. And we have felt as a company that we would be unlikely to fund that kind of effort without a corporate partner. In terms of our corporate strategy, though, we have really focused on Alfimeprase of getting this done now allows us to come back and focus on a potential partnership with rNAPc2.

I think one of the points to make also is that every potential partner that we had a discussion with expressed interest actually in our whole portfolio. So we've I think very nicely set the stage to go back and enter in discussions with people that we talked to about Alfimeprase around a potential partnership for rNAPc2 and other programs that we have here.

**Jennifer Chao** - *Deutsche Bank Securities - Analyst*

Good to hear, congratulations.

**Operator**

[Lauren Rick], Goldman Sachs.

**Lauren Rick** - *Goldman Sachs - Analyst*

Just have a quick question, it's probably still early days but could you give us an idea of what you expect treatment timing to be for Alfimeprase in stroke, please?

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

It is a little early, but I think I could go back to a couple of reference points to give you some perspective. Obviously the time out for tPA is up to three hours. But as you probably know I was at Genentech when we did the filing for tPA with stroke. And it actually if you look at the data carefully, there is some evidence that tPA is active out as long as six hours. What happens, though, with plasminogen activators is that as time goes forward the risk of a hemorrhagic conversion increases with those drugs? We think that Alfimeprase not having the systemic activity that we could extend that window somewhat by simply obliterating the systemic lytic activity that you generate with plasminogen activators.

The second issue is as the occlusion remains in the brain you also now are increasing the risk of bleeding, and you obviously are minimizing the potential for benefit. And so the speed of Alfimeprase is both potentially an advance on the safety side as well as the efficacy side. So I think right now it is hard to be clear but I think we are looking at trying to get somewhere out into the range of nine hours or so.

**Operator**

Maged Shenouda, UBS.

**Maged Shenouda** - *UBS - Analyst*

Thank you for taking my question, and also I want to offer my congratulations. Just two remaining questions here. With regard to the stroke indication how do you plan on delivering Alfimeprase? And then with regard to the DVT indication, I know

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

Alfimeprase has short half-life, maybe you can just address that and how that would correspond with future development of rNAPc2.

---

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

In terms of delivery of Alfimeprase, the beauty of this drug is that it is really only active at the site of delivery. And as I think you already know, in the United States there are already a very large number of acute stroke centers where acute intervention or acute invasive delivery of therapy is entirely feasible. One of the things that we've already done by the way -- earlier and during the fourth quarter -- is invite about 10 of the top thought leaders in stroke from around the world to help us think about how we would move into stroke. And everyone here felt that the profile of Alfimeprase is actually ideal for stroke, and in fact fully understood that it would be an advantage to deliver the drug locally and have the enzymatic activity only be at the site of delivery.

In terms of the half-life or the short activity of Alfimeprase, that probably is an advantage in terms of combination with other drugs like rNAPc2 or anticoagulants because obviously those drugs can interact with each other to have an exacerbation or kind of a synergistic risk around bleeding. So I think that would be a further reason to imagine this a safety advantage to using Alfimeprase in conjunction with other anticoagulants.

---

**Maged Shenouda** - *UBS - Analyst*

Thank you.

---

**Operator**

Jim Birchenough, Lehman Brothers.

---

**Jim Birchenough** - *Lehman Brothers - Analyst*

Just wanted to follow up on Maged's question and that is to extend that to how you would envision a Phase II proof-of-concept study playing out? What do you think the parameters would be, how many patients would be required and what would be required to establish proof-of-concept? Would you actually look at patients with acute stroke and look for evidence of lytic activity?

---

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

Actually Michael Levy has probably given this even more thought than I have, so Michael would you want to take that?

---

**Dr. Michael Levy** - *Nuvelo, Inc. - SVP R&D*

Sure, thanks for the question. Thanks for the question. I think the first thing to say is that we look forward to developing the program and the trial in particular with our new partner Bayer who has a lot of expertise in this area. But I think the headlines are that yes, as you intimate the trial would probably be relatively small. A gestimate 100 patients or less, and we would be looking at surrogate endpoints, such as the ability to break down the blood clot and see improvement in an MRI scan. And with that data in hand we would hope to gain the confidence to afford to a Phase III program with clinical outcomes.

---



FINAL TRANSCRIPT

**Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call**

**Jim Birchenough** - *Lehman Brothers - Analyst*

And just one maintenance then, can you remind us what the registration plan for Alfimeprase is outside of the U.S.? Are you planning to file at the same time as you file an NDA or is there some time lag we should expect?

**Dr. Michael Levy** - *Nuvelo, Inc. - SVP R&D*

We haven't really given guidance on that at this time because that depends on when we complete the clinical trial program and looking forward to giving more information on when we finish the first clinical trials very shortly. And when we have that information in hand we will talk a bit more about the regulatory strategy.

**Jim Birchenough** - *Lehman Brothers - Analyst*

Okay. Thanks.

**Operator**

Caroline Stewart, Morgan Joseph.

**Caroline Stewart** - *Morgan Joseph - Analyst*

Congratulations first of all on the deal. Most of my questions have been answered but I had a quick one. I was wondering you mentioned obviously that Alfimeprase could potentially be a paradigm shift in the treatment for acute PAO. And I guess I'm wondering in terms of the embedded treatment so far which include the thrombectomies and endarterectomies, as well as putting stents into people now. I guess I'm wondering what the more recent trends are both in the U.S. and ex-U.S. in particular relating to stents and how that might affect Alfimeprase.

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

I will try — Michael, feel free to plug-in at the end here — the way we've seen this and I think with the way almost every thought leader we've interacted with sees it is that when a patient presents with acute PAO there is often a significant thrombus burden on top of an atherosclerotic fixed lesion. The clot could be potentially totally resolved with Alfimeprase which would actually facilitate the use of perhaps less invasive, less aggressive mechanical — either percutaneous or open surgical approach. So we see Alfimeprase as being the lead approach to really define what is going on in terms of thrombus versus underlying atherosclerotic disease to provide immediate rescue of the patient, provide delivery of blood and to allow a more thoughtful and guided strategy to deal with the underlying atherosclerotic disease. Michael feel free to add to that.

**Dr. Michael Levy** - *Nuvelo, Inc. - SVP R&D*

No, I would just echo your thoughts. I think that is exactly right, and one of the problems that radiologists and surgeons face today is it is very difficult to put stents in place when you can't visualize the lesion so that by removing the clot as Ted said, we really facilitate the use of some of these other technologies.

**Caroline Stewart** - *Morgan Joseph - Analyst*

Thanks very much, and congratulations.

---

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Operator**

Robert Hoffman, Candlewood Capital.

**Robert Hoffman** - *Candlewood Capital - Analyst*

Congratulations again. I just wanted to follow up on your CEFF, committed equity financing facility that you had announced a couple of months ago and assuming that this basically becomes — makes that a mute issue that your financing needs will probably be taken care of by the upfront payments.

**Gary Titus** - *Nuvelo, Inc. - CFO*

Well, last year we did articulate a three-prong financing strategy that included our $100 million shelf which we haven't used. The $75 million committed equity financing facility which we have taken two draws down for 14.4 million, and this strategy around an ex-U.S. partner. We have executed on this strategy. This new partnership certainly reduces our cash requirements in 2006 and beyond. But it enables us to consider financing options from a position of strength. So we will be looking at the future, and we will continue to have cash needs. We have as someone mentioned previously on this call four Phase III trials going on in 2006. So we will be able to approach financing, as I said, from a position of strength.

**Robert Hoffman** - *Candlewood Capital - Analyst*

Did the ability to or did having the committed equity in your back pocket on the shelf, could you tell whether that helped in your negotiations with Bayer?

**Gary Titus** - *Nuvelo, Inc. - CFO*

It is certainly not clear whether that helped or not but typically having resources for companies such as ours would be very helpful.

**Robert Hoffman** - *Candlewood Capital - Analyst*

Thanks again.

**Operator**

At this time we will conclude the Q&A portion of this call. I would like to return the conference back to Dr. Love for any closing comments.

**Dr. Ted Love** - *Nuvelo, Inc. - Chairman, CEO*

I want to just end by thanking you all for joining us today. At Nuvelo we are very excited to embark on 2006 with a strong global partner for Alfimeprase and a number of major upcoming milestones. We look forward to providing an update on all of our programs including a discussion of the expansion opportunities for Alfimeprase in stroke and DVT at the JPMorgan Healthcare Conference held in San Francisco next week. Information on this conference and upcoming events can be found on our website. Again, thank you all and we wish you all a good day.

---

| THOMSON | www.streetevents.com | Contact Us |  |

© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 05. 2006 / 8:30AM, NUVO - Nuvelo, Inc. Conference Call

**Operator**

Once again, ladies and gentlemen, thank you so much for your participation on today's conference. This does conclude the presentation, and you may now disconnect. Have a great day.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2006, Thomson Financial. All Rights Reserved.


© 2006 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.