# Exhibit E

Exhibit C

Nuvelo Patent Rights as of the Effective Date

**PATENTS**

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| ALBANIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 01133 |
| ARMENIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| AUSTRALIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 769313 |
| AUSTRIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| AZERBAIJAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| BELARUS | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| BELGIUM | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| CYPRUS | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| DENMARK | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| EURASIAN PATENT OFFICE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| EUROPEAN PATENT OFFICE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| FEDERATION OF RUSSIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| FINLAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| FRANCE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| GERMANY | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| GREAT BRITAIN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| GREECE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| HONG KONG | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | HK1049112 |
| IRELAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| ITALY | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| KAZAKHSTAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| KYRGYZSTAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| LATVIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENTS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| LITHUANIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| LUXEMBOURG | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| MACEDONIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | P-20040168 |
| MEXICO | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 230347 |
| MOLDOVA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| MONACO | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| NETHERLANDS | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| NEW ZEALAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 518007 |
| NEW ZEALAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 530959 |
| PORTUGAL | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| ROMANIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| SINGAPORE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 88065 |
| SLOVENIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| SOUTH AFRICA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 2002/2400 |
| SPAIN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | ES2218228 T3 |
| SWEDEN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| SWITZERLAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 1220685 |
| TAJIKISTAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| TURKMENISTAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 004627 |
| ALBANIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | AL-P-2005-01519 |
| AUSTRALIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 767827 |
| AUSTRIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| BELGIUM | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| CYPRUS | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| DENMARK | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENTS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| EURASIAN PATENT OFFICE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 005944 |
| EUROPEAN PATENT OFFICE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| FINLAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| FRANCE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| GERMANY | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 60019147.8 |
| GREAT BRITAIN | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| GREECE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 3053219 |
| HONG KONG | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | HK1049351 |
| IRELAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| ITALY | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| LATVIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| LITHUANIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| LUXEMBOURG | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| MACEDONIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| MONACO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| NETHERLANDS | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| NEW ZEALAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 517951 |
| PORTUGAL | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| ROMANIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| SINGAPORE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 87654 |
| SLOVENIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | P-200030687 |
| SPAIN | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | ES2240167 T3 |
| SOUTH AFRICA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 2002/2206 |
| SWEDEN | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENTS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| SWITZERLAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 1224298 |
| AUSTRIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | E298585 |
| BELGIUM | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| CYPRUS | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| DENMARK | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| EUROPEAN PATENT OFFICE | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| FINLAND | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| FRANCE | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| GERMANY | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 600211118.08 |
| GREAT BRITAIN | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| GREECE | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | EP/27757 |
| HONG KONG | USE OF FIBRINOLYTIC METALLOPROTEINASES FOR THE THERAPEUTIC TREATMENT OF A BLOOD CLOT | HK1050845 |
| IRELAND | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| ITALY | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| LITHUANIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| LUXEMBOURG | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENTS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| MACEDONIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| NETHERLANDS | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| PORTUGAL | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| ROMANIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| SLOVENIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| SOUTH AFRICA | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 2005/0610 |
| SPAIN | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| SWEDEN | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| SWITZERLAND | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 1239873 |
| TURKEY | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 2005/03702 |

## PATENT APPLICATIONS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| AUSTRALIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 2004201694 |
| BRAZIL | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | PI 0014420-7 |
| BULGARIA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 106578 |
| CANADA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 2385966 |
| CHINA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 00816379.0 |
| CZECH REPUBLIC | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | PV 2002-1033 |
| EURASIAN PATENT OFFICE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 200400182 |
| EUROPEAN PATENT OFFICE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 04007657.2 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENT APPLICATIONS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| HONG KONG | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 05100485.7 |
| HUNGARY | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | P0202654 |
| ISRAEL | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 148842 |
| JAPAN | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 2001-527816 |
| NEW ZEALAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 540967 |
| NORWAY | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 0020021500 |
| POLAND | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | P-355016 |
| SERBIA & MONTENEGRO | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | P-233/02 |
| SINGAPORE | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 200400542-7 |
| SLOVAK REPUBLIC | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 424-2002 |
| SOUTH KOREA | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | 10-2002-7004128 |
| WIPO | PHARMACEUTICAL COMPOSITIONS OF FIBRINOLYTIC AGENT | PCT/US00/27022 |
| AUSTRALIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 2004200776 |
| BRAZIL | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PI 0014414-2 |
| BULGARIA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 106577 |
| CANADA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 2386185 |
| CHINA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 00816321.9 |
| CZECH REPUBLIC | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PV 2002-1034 |
| EURASIAN PATENT OFFICE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 200400290 |
| EUROPEAN PATENT OFFICE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 05006771.9 |
| HONG KONG | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | N/A |
| HUNGARY | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | P0202650 |
| ISRAEL | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 148787 |
| JAPAN | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 2001-528597 |
| MEXICO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PA/a/2002/003126 |
| MEXICO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PA/a/2004/012436 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENT APPLICATIONS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| NEW ZEALAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 530114 |
| NORWAY | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 20021501 |
| POLAND | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | P-355017 |
| SERBIA & MONTENEGRO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | P-225/02 |
| SERBIA & MONTENEGRO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | P-596/04 |
| SINGAPORE | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 200401889-1 |
| SLOVAK REPUBLIC | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PV0423-2002S |
| SOUTH KOREA | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | 10-2002-7004225 |
| WIPO | FIBRINOLYTICALLY ACTIVE POLYPEPTIDE | PCT/US00/27029 |
| AUSTRALIA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 24346/01 |
| CANADA | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 2394613 |
| EUROPEAN PATENT OFFICE | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 05013933.6 |
| HONG KONG | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | N/A |
| JAPAN | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | 2001-544901 |
| MEXICO | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | PA/a/2002/006024 |
| WIPO | METHOD FOR LOCALIZED ADMINISTRATION OF FIBRINOLYTIC METALLOPROTEINASES | PCT/US00/34143 |
| AUSTRALIA | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 2003279258 |
| BRAZIL | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | PI 0312149-6 |

Source: NUVELO INC, 10-K, March 15, 2006

## PATENT APPLICATIONS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| CANADA | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 2489997 |
| CHINA | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 03819829.0 |
| CZECH REPUBLIC | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | PV2005-23 |
| EURASIAN PATENT OFFICE | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 200500065 |
| EUROPEAN PATENT OFFICE | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 03742133.6 |
| HONG KONG | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 05105128.9 |
| ISRAEL | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 165834 |
| JAPAN | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 2004-516120 |
| MEXICO | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | PA/a/2004/012847 |
| NEW ZEALAND | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 537454 |
| NORWAY | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 20050328 |
| PHILIPPINES | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 1-2004-502094 |

## PATENT APPLICATIONS

| COUNTRY | TITLE | PATENT # |
|---|---|---|
| POLAND | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | N/A |
| SERBIA & MONTENEGRO | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | P-31/05 |
| SINGAPORE | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 200407561-0 |
| SLOVAK REPUBLIC | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | PV 5003-2005 |
| SOUTH KOREA | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | 10-2004-7020869 |
| WIPO | METHOD FOR TREATMENT OF INDWELLING CATHETER OCCLUSION USING FIBRINOLYTIC METALLOPROTEINASES | PCT/US03/19702 |

EXHIBIT D

BAYER'S EXCLUSIONS TO COMPETITIVE PRODUCTS

[ATTACHED]

Source: NUVELO INC, 10-K, March 15, 2006

**EXHIBIT D**

[ * ]

[*] Certain confidential information contained in this document, marked by brackets has been omitted and filed separately with the Securities and Exchange Commission pursuant to Rule 24b-2 of the Securities and Exchange Act of 1934, as amended.

Source: NUVELO INC, 10-K, March 15, 2006

EXHIBIT E

SUMMARY OF BUDGET FOR GLOBAL DEVELOPMENT PROGRAMS IN 2006

[ATTACHED]

Source: NUVELO INC, 10-K, March 15, 2006

**Alfimeprase Expenses (December Update)**

**Future Expenses**

figures are ('000)

| | 2006 Q1 | 2006 Q2 | 2006 Q3 | 2006 Q4 | 2006 Total |
|---|---|---|---|---|---|
| Clinical / Regulatory | | | | | |
| • PAO/CO | [ | | * | | |
| • DVT/ Stroke | | | * | | |
| • FTE Allocation ($) | | | * | | |
| • FTE Equivalent (#) | | | * | | |
| Manufacturing | | | | | |
| • Bulk Drug Substance (Avecia) | | | * | | |
| • Final Drug Product Production [ * ] | | | * | | |
| • Stability & Product Characterization [ * ] | | | * | | |
| • Other Product Characterization, Process Validation, Clinical Packaging & Distribution | | | * | | |
| • Consultants | | | * | | |
| • Headcount Related | | | * | | |
| • FTE Allocation ($) | | | * | | |
| • FTE Equivalent (#) | | | * | | |
| Capital & Software | | | | | |
| • SAS/CDM/Safety Database | | | * | | |
| • Formulation tanks & Other Capital | | | * | | |
| G&A (Allocation) | | | | | |
| Total cost | | | * | | ] |

**Notes:**

2006 expenses based on a $[ * ] FTE rate

---

[*] Certain confidential information contained in this document, marked by brackets, has been omitted and filed separately with the Securities and Exchange Commission pursuant to Rule 24b-2 of the Securities and Exchange Act of 1934, as amended.

Alfimeprase Financials (Dec Update)

Exhibit 21.1

LIST OF SUBSIDIARIES
AS OF DECEMBER 31, 2005

1. Hyseq Diagnostics, Inc., a Nevada corporation.

Source: NUVELO INC, 10-K, March 15, 2006

Exhibit 23.1

## Consent of Independent Registered Public Accounting Firm

The Board of Directors and Stockholders
Nuvelo, Inc.:

We consent to the incorporation by reference in the registration statements on Form S-3 (Nos. 333-131392, 333-128316, 333-126591, 333-118821, 333-112209, 333-106873, 333-103257, 333-90458 and 333-70134) and the registration statements on Form S-8 (Nos. 333-115747, 333-108563, 333-103055, 333-101276, 333-96313, 333-91471, 333-68172, 333-68170, 333-53089, 333-53087, 333-41663, 333-39194 and 333-08978) of Nuvelo, Inc. and subsidiary of our reports dated March 15, 2006, with respect to the consolidated balance sheets of Nuvelo, Inc. and subsidiary as of December 31, 2005 and 2004 and the related consolidated statements of operations, stockholders' equity (deficit) and cash flows for each of the years in the three-year period ended December 31, 2005, management's assessment of the effectiveness of internal control over financial reporting as of December 31, 2005, and the effectiveness of internal control over financial reporting as of December 31, 2005, which reports appear in the December 31, 2005 annual report on Form 10-K of Nuvelo, Inc.

/s/ KPMG LLP

San Francisco, California
March 15, 2006

Source: NUVELO INC, 10-K, March 15, 2006

Exhibit 31.1

## CERTIFICATION

I, Ted W. Love, certify that:

1. I have reviewed this annual report on Form 10-K of Nuvelo, Inc.;

2. Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3. Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this annual report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in the report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this annual report based on such evaluation;

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 15, 2006

/s/   Ted W. Love
Ted W. Love
*Chairman of the Board and Chief Executive Officer*

Source: NUVELO INC, 10-K, March 15, 2006

Exhibit 31.2

## CERTIFICATION

I, Gary S. Titus, certify that:

1. I have reviewed this annual report on Form 10-K of Nuvelo, Inc.;

2. Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this annual report;

3. Based on my knowledge, the financial statements, and other financial information included in this annual report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this annual report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a) designed such disclosure controls and procedures or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    b) designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in the report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this annual report based on such evaluation;

    d) disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a) all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: March 15, 2006

/s/ GARY S. TITUS
Gary S. Titus
Vice President and acting Chief Financial Officer

Source: NUVELO INC, 10-K, March 15, 2006

Exhibit 32.1

NUVELO, INC.

CERTIFICATION PURSUANT TO
18 U.S.C. SEC. 1350
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

Pursuant to the requirement set forth in Rule 13a-14(b) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and Section 1350 of Chapter 63 of Title 18 of the United States Code (18 U.S.C. §1350), Ted W. Love, Chief Executive Officer of Nuvelo, Inc. (the "Company"), and Gary S. Titus, Chief Financial Officer of the Company, each hereby certifies that, to the best of his or her knowledge:

(1) The Company's Annual Report on Form 10-K for the period ended December 31, 2005, to which this Certification is attached as Exhibit 32.1 (the "Annual Report") fully complies with the requirements of Section 13(a) or Section 15(d) of the Exchange Act, and

(2) The information contained in the Annual Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

In Witness Whereof, the undersigned have set their hands hereto as of the 15th day of March, 2006.

| /s/ Ted W. Love | /s/ Gary S. Titus |
|---|---|
| Ted W. Love | Gary S. Titus |
| Chairman of the Board and Chief Executive Officer | Vice President and acting Chief Financial Officer |

"This certification accompanies the Form 10-K to which it relates, is not deemed filed with the Securities and Exchange Commission and is not to be incorporated by reference into any filing of Nuvelo, Inc. under the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended (whether made before or after the date of the Form 10-K), irrespective of any general incorporation language contained in such filing."

Date: March 15, 2006

Created by 10KWizard   www.10KWizard.com