# EXHIBIT F



OUR STRATEGY IS SIMPLE: PROMISE AND DELIVER.

Nuvelo 2005 Annual Report





# WHEN WE SET GOALS, WE ACHIEVED THEM.

2005 was an important year for us. We achieved our clinical milestones, began to build a strong commercial organization and significantly strengthened Nuvelo's financial position. Continuing to execute is our top priority in 2006.




# WHEN WE SOUGHT PARTNERSHIPS, WE SECURED THEM.

In early 2006, we entered into a comprehensive global collaboration with Bayer HealthCare granting them rights to alfimeprase in all territories outside the U.S. while retaining all commercialization rights and profits from alfimeprase in the U.S.

 

# AS OUR THERAPIES ADVANCED, WE EXPANDED THEIR CLINICAL APPLICATIONS.

Having made progress on our initial clinical programs, in 2006 we will begin to expand the medical conditions for which we are developing both alfimeprase and rNAPc2. In addition to our programs in acute peripheral arterial occlusion and catheter occlusion, we are now pursuing development of alfimeprase for ischemic stroke and deep venous thrombosis.

rNAPc2 has shown promise as an anticoagulant for acute coronary syndromes and we are now evaluating and finalizing a clinical development program for rNAPc2 in cancer.





# TO OUR SHAREHOLDERS.

Over the past year, we have made excellent progress laying the foundation for the Company's transformation into a fully integrated biopharmaceutical company. Our lead candidate, alfimeprase, is in two Phase 3 programs that are now well under way; we advanced and expanded both our acute cardiovascular and oncology pipelines; we executed a financial strategy that has put us in the strongest financial position we have ever been in; and we formed a global alliance with an ideal international partner, who has the resources necessary to help us realize our vision for alfimeprase as a transformational therapy for the treatment of thrombotic conditions.

Our vision is to build a high value business through the realization of our corporate mission: improving the lives of patients through the discovery, development and commercialization of novel drugs for acute cardiovascular and cancer therapy. Throughout 2005, we thoughtfully executed each of our goals with this mission in mind.

**Our Strategic Drug Development**

*Expanding Cardiovascular Franchise*
**Alfimeprase**
*Transforming the Treatment of Blood Clots*
Alfimeprase is being developed as a clot dissolver and has the potential to fundamentally change the treatment of a wide range of clot-related disorders. We chose our initial clinical programs for alfimeprase in acute peripheral arterial occlusion (PAO) and catheter occlusion (CO), to permit more rapid and lower risk market entry, with the expectation that we would later expand our efforts into additional indications. We are well on our way to achieving this goal.

We are making significant progress with our initial clinical programs. In 2005, we began enrolling patients in two registration programs for alfimeprase: the NAPA (Novel Arterial Perfusion with Alfimeprase) program in patients with acute PAO, or "leg attack," and the SONOMA (Speedy Opening of Non-functional and Occluded catheters with Mini-dose Alfimeprase) program in patients with occluded central venous catheters. Each program is composed of two pivotal Phase 3 trials that will measure efficacy and safety.

These pivotal trials have been enrolling well and we expect to complete the first trial in both of our Phase 3 programs, NAPA-2 and SONOMA-2, in the second half of 2006.

With these initial programs advancing, we are now able to pursue high-value label expansion opportunities for alfimeprase in ischemic stroke and deep

### Cardiovascular Programs

| Drug Candidate | Potential Indication | Research | Preclinical | Phase 1 | Phase 2 | Phase 3 | BLA |
|---|---|---|---|---|---|---|---|
| Alfimeprase | Acute Peripheral Arterial Occlusion | | | | | ███████ | |
| | Catheter Occlusion | | | | | ███████ | |
| | Stroke (Starting Phase 2 in H2'06) | | | | ▒▒▒ | | |
| | Deep Venous Thrombosis (Starting Phase 2 in '07) | | | | ▒▒▒ | | |
| rNAPc2 | Acute Coronary Syndromes | | | | █████ | | |
| Thrombin Inhibitor Program | Coronary Artery Bypass Graft Surgery | | █████ | | | | |

venous thrombosis (DVT). We have the opportunity to transform both of these markets where currently-available clot dissolvers, all of which are plasminogen activators, have achieved little penetration because of the bleeding risks associated with their use.

Given alfimeprase's speed of action and safety profile, we believe it could offer a superior alternative to currently available therapies in these large and underserved markets. We expect to initiate a Phase 2 trial with alfimeprase in stroke in the second half of 2006 and a Phase 2 trial in DVT in 2007.

In addition to the progress of our clinical trials, we have also been making progress on the regulatory front for alfimeprase. Alfimeprase has been granted orphan drug status for the treatment of acute PAO from both the European Medicines Evaluation Agency (EMEA) and the U.S. Food and Drug Administration (FDA). The NAPA program has fast track designation from the FDA, which is reserved for drugs that demonstrate the potential to address unmet medical needs and are intended for the treatment of a serious or life-threatening condition. Fast track is designed to facilitate drug development and can lead to a priority review of a Biologics License Application (BLA). Finally, the NAPA-3 trial, which closely replicates the NAPA-2 trial, has received a Special Protocol Assessment (SPA) agreement, signifying the FDA's approval of the basis on which we conduct and analyze our pivotal trial in support of a regulatory submission.

### rNAPc2
*Novel Anticoagulant for Acute Coronary Syndromes*
In 2005, we continued to evaluate our second late-stage product candidate, rNAPc2, for the treatment of acute coronary syndromes (ACS). We completed a Phase 2a study, known as the ANTHEM (Anticoagulation with rNAPc2 To Help Eliminate Major adverse cardiac events)/TIMI 32 trial, with the TIMI Group at Brigham and Women's Hospital. In this trial, rNAPc2 was added on top of heparin, as well as other standard anti-thrombotic therapies. Results from this trial, which were presented at the 2005 American Heart Association annual meeting, showed that treatment with rNAPc2 resulted in a dose-related inhibition of thrombin generation without an increase in clinically significant bleeding. Additional data are now being generated from this trial based on surrogate endpoints, and we look forward to presenting this efficacy data sometime in the second half of 2006.

We are currently enrolling patients in a Phase 2 heparin replacement trial where we are progressively decreasing and ultimately replacing the use of heparin in patients with ACS. This study should



give us a good indication of rNAPc2's anticoagulation activity and its potential ability to replace heparin in this patient population. This trial is going well and we expect to complete enrollment in the first half of 2006.

*Emerging Oncology Pipeline*
Our approach in oncology is based on solid and exciting science, as exemplified by NU206, our first oncology candidate. In August of 2005, NU206 was featured in *Science* and subsequently in November of 2005, in *The New England Journal of Medicine*.

We are developing NU206, a novel and potent growth factor that is a highly specific stimulator of the epithelial cells that line the gastrointestinal tract, to reduce cancer therapy-induced mucositis. Gastrointestinal mucositis is a condition that causes extreme morbidity in patients undergoing radiation therapy or chemotherapy, and there are few treatment options available. We are currently focused on the preclinical development program for NU206 and expect to initiate a Phase 1 clinical study in the second half of 2006.

Our most recent oncology candidate actually comes from the expansion of one of our cardiovascular programs, rNAPc2. The factor VIIa and tissue factor protease complex has been shown to play a key role in the cellular signaling of both metastasis and angiogenesis in a variety of cancers, including colorectal carcinoma and melanoma. We are currently finalizing development plans with our oncology advisors to investigate the role of rNAPc2 as a potential cancer therapy, and look forward to elaborating on our plans with this program as the year progresses.

**Building Financial Strength**
In 2005, we developed a three-part strategy to enhance the Company's financial strength and I am pleased to report that we successfully executed all three components of this strategy.

Following a successful secondary offering in early 2005, we entered into a Committed Equity Financing Facility with Kingsbridge Capital Limited that gave us access, at our discretion, to up to $75 million over a three-year period. This facility enabled us to take the time necessary to negotiate an exciting partnership with Bayer HealthCare, which will provide additional financial, development and commercial resources to help realize our vision for alfimeprase. Following the announcement of this partnership, we completed a secondary offering in early 2006, with gross proceeds of approximately $120 million. With the successful execution of this strategy, the Company is in the strongest financial position in its history.



# WE HAVE PROVEN OUR ABILITY TO EXECUTE AND DELIVER.

**Commercialization Strategy**

As we continue to advance all of our product opportunities, we have begun to put a commercial organization into place. Our strategy is to sell our products in the U.S. through a modest-size, hospital-based sales force and to seek partners for commercialization outside of the U.S. As part of this strategy, we entered into a global collaboration with Bayer in early 2006, granting them the exclusive rights to commercialize alfimeprase outside the U.S., while retaining rights to commercialize alfimeprase in the U.S. We believe we have chosen the ideal partner in Bayer as they share our vision of alfimeprase as a transformational therapy for a wide range of thrombotic conditions. Their significant development and commercialization capabilities outside the U.S. and our complementary capabilities in cardiovascular therapies should allow us to develop and commercialize alfimeprase to its full worldwide potential.

**Delivering on Our Promise**

2005 was an important year for us. We were focused on execution and delivered on every goal that we set out for ourselves. We achieved our clinical milestones, secured an ideal worldwide partner for alfimeprase and reached a new level of financial strength.

We have set the stage for success and are already making significant progress building on the solid foundation we have created. We have important milestones to achieve in 2006 and are confident in our ability to continue the transformation of Nuvelo into a fully integrated biopharmaceutical company.

Thank you for your support and I look forward to sharing continued success in the future.

Ted W. Love, MD
Chairman and CEO



Statements contained in this annual report that are not historical in nature are intended to be, and are hereby identified as, "forward-looking statements" for purposes of the safe harbor provided by the Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by words such as "believe," "expect," "anticipate," "should," "may," "estimate," "goals" and "potential," among others. Such statements are based on our management's current expectations and involve risks and uncertainties. Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors, including, without limitation, uncertainties relating to drug discovery and clinical development processes; enrollment rates for patients in our clinical trials; changes in relationships with strategic partners and dependence upon strategic partners for the performance of critical activities under collaborative agreements; the impact of competitive products and technological changes; uncertainties relating to patent protection and regulatory approval; and uncertainties relating to our ability to obtain substantial additional funds. These and other factors are identified and described in more detail in Nuvelo filings with the SEC, including without limitation Nuvelo's annual report on Form 10-K for the year ended December 31, 2005. We disclaim any intent or obligation to update these forward-looking statements.

**Senior Management**

Ted W. Love, MD
Chairman and
Chief Executive Officer

Lee L. Bendekgey
Senior Vice President and
General Counsel

Michael D. Levy, MD
Senior Vice President
Research and Development

Steven R. Deitcher, MD
Vice President Medical Sciences

Michael A. Fleming
Vice President Commercial
Operations

Walter D. Funk, PhD
Vice President Research

Shelly D. Guyer
Vice President
Business Development and
Investor Relations

Gary S. Titus
Chief Financial Officer and
Chief Accounting Officer

**Directors**

George B. Rathmann, PhD
Chairman Emeritus

Ted W. Love, MD
Chairman and
Chief Executive Officer

Mary K. Pendergast, JD, LLM

Mark L. Perry, JD

Kimberly J. Popovits

Burton E. Sobel, MD

Barry L. Zubrow
Vice Chairman of the Board
and Lead Independent Director

**Auditors**
KPMG, LLP

**Common Stock**
Listed on NASDAQ as NUVO

**Transfer Agent and Registry**
U.S. Stock Transfer Corporation
1745 Gardena Avenue
Glendale, CA 92104
800-835-8778

**Sec Form 10-K**

A copy of the Company's Annual Report filed with the Securities Exchange Commission on Form 10-K is available without charge upon written request to:

201 Industrial Road, Suite 310
San Carlos, CA 94070

**Annual Meeting**

The Annual Meeting of Stockholders will be held Wednesday, May 24, 2006, at 11:00 am at:

Sofitel San Francisco Bay
223 Twin Dolphin Drive
Redwood City, CA 94065
Tel: 650-598-9000
Fax: 650-413-1640

**Website**
You can obtain more information about Nuvelo and read our press releases at www.nuvelo.com.

**Trademark Information**
Nuvelo is a trademark of Nuvelo, Inc.