# EXHIBIT L



# CIBC World Markets

**Equity Research Earnings Update**

February 28, 2006

Biotechnology

**Stock Rating:**
**Sector Outperformer**

**Sector Weighting:**
**Overweight**

| | |
|---|---|
| 12-18 mo. Price Target | $20.00 |
| NUVO-OTC (2/27/06) | $18.26 |
| Key Indices: | Russ 2000 |
| | |
| 3-5-Yr. EPS Gr. Rate (E) | NM |
| 52-week Range | $5.75-$18.71 |
| Shares Outstanding | 50.6M |
| Float | 45.5M Shrs |
| Avg. Daily Trading Vol. | 927,477 |
| Market Capitalization | $923.9M |
| Dividend/Div Yield | Nil / Nil |
| Fiscal Year Ends | December |
| Book Value | $1.13 per Shr |
| 2006 ROE (E) | NM |
| LT Debt | $5.9M |
| Preferred | Nil |
| Common Equity | $57.3M |
| Convertible Available | No |

| Earnings per Share | Prev | Current |
|---|---|---|
| 2005 | ($1.70E) | ($1.72A) |
| 2006 | ($0.72E) | ($0.69E) |
| 2007 | | ($1.47E) |
| P/E | | |
| 2005 | NM | NM |
| 2006 | NM | NM |
| 2007 | | NM |

## Nuvelo, Inc.

### 4Q In Line; Continued Phase III Progress with Alfimeprase

- On 2/27, NUVO reported 4Q05 loss per share of $0.49, vs. our est of $0.46. The higher per-share loss was primarily due to R&D costs of $16.9M vs. our $15.7M est. G&A was $4.7M, slightly above our $4.3M est. At 4Q05 end, NUVO had ~$70.3M in cash and cash equivalents.

- NUVO expects to complete enrollment of NAPA-2, the 1st ph.III trial of alfimeprase in PAO, during 2H06. Top-line data will likely be reported in late 4Q06/early 1Q07. NAPA-3, the 2nd ph.III trial in PAO, is being conducted under an SPA and will begin shortly.

- Data from the phase IIb trial of rNAPc2 for heparin replacement is expected 1H06. The study evaluates escalating doses of rNAPc2 combined with decreasing doses of heparin in 50-100 pts. We believe rNAPc2 may have potential as a non-thrombocytopenia inducing anticoagulative agent.

- Alfimeprase is likely to be effective in PAO and CO. NUVO has appreciated following BAY deal, and though we see some further upside from current levels, significant upside would require rNAPc2 partnership or positive data for alfimeprase in stroke or DVT. Raising target slightly.

**Stock Price Performance**



Source: Reuters

All figures in US dollars, unless otherwise stated.

06-57416 © 2006

**Company Description**
Nuvelo develops novel therapeutics for a variety of anti-clotting/coagulation indications.

www.nuvelo.com

Bret Holley, Ph.D.
1 (212) 667-7289
Bret.Holley@us.cibc.com

Brian Abrahams, M.D.
1 (212) 667-6795
Brian.Abrahams@us.cibc.com

Michael Dinerman, M.D.
1 (212) 667-6557
Michael.Dinerman@us.cibc.com

CIBC World Markets does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

See "Important Disclosures" section at the end of this report for important required disclosures, including potential conflicts of interest.

See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

Find CIBC research on Bloomberg, Reuters, firstcall.com and cibcwm.com

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8   (416) 594-7000
CIBC World Markets Corp., 300 Madison Avenue, New York, NY 10017-6204   (212) 667-7000   (800) 999-6726

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

# 4Q05/2005 Financial Update

**Nuvelo reported 4Q05 and 2005 losses per share of $0.49 and $1.72, compared with our estimate of $0.46 and $1.70.** The higher per-share loss for 4Q05 was primarily due to higher than expected research and development expenses of $16.9 million versus our $15.7 million estimate. Additionally, general and administrative expenses of $4.7 million were slightly above our $4.3 million estimate. At the end of 4Q05, Nuvelo had approximately $70.3 million in cash and equivalents. During 1Q06, Nuvelo completed a secondary offering of 7,475,000 shares with proceeds of approximately $119.6 million.

**Nuvelo issued 2006 financial guidance.** The company expects a net operating loss of $30-38 million for the year and a cash burn of $33.5-43.5 million. During 1Q06, Nuvelo received a $50.0 million upfront cash payment from Bayer (not rated) upon initiation of an ex-U.S. collaboration for alfimeprase. The company plans to amortize this payment over the development period of alfimeprase. Nuvelo also expects to receive a $10 million milestone payment from Bayer for initiation of a phase II trial of alfimeprase in stroke, and $30 million from Bayer for reimbursement of shared global development costs.

**On January 5th, Nuvelo announced an ex-U.S. partnership for alfimeprase with Bayer.** Under the agreement, Nuvelo will receive up to $385 million in milestone payments, including the $50M up-front cash payment received in 1Q06. Nuvelo will also receive a tiered royalty of up to 37.5% on ex-U.S. product sales of alfimeprase, while retaining all U.S. commercialization rights for the drug. Additionally, Bayer will assume responsibility for 40% of further global development costs for alfimeprase, and will be responsible for commercialization of the drug outside of the U.S.

## Changes to Our Model

Based on 4Q05/2005 results and company guidance, we are updating our model and introducing quarterly estimates for 2006. For 2006, we are slightly decreasing our loss per share estimate to $0.69 from $0.72 as the result of a higher contract and development revenue estimate of $50.7 million, increased from $40.7 million previously, offset primarily by higher than previously expected research and development costs of $70.6 million, compared to our prior estimate of $60.0 million. Our 2006 loss per share estimates are $0.22, $0.22, $0.03, and $0.22 for 1Q, 2Q, 3Q, and 4Q, respectively. For 2007, we are projecting a loss per share of $1.47.

# Pipeline Update

**Exhibit 1. Upcoming Milestones**

| Product | Event | Timeline |
| --- | --- | --- |
| Alfimeprase | Initiate NAPA-3 ph.III trial in PAO | 1Q06 |
| | Complete enrollment of NAPA-2 in PAO | 2H06 |
| | Complete enrollment of SONOMA-2 in CO | 2H06 |
| | Initiate ph.II trial in ischemic stroke | 2H06 |
| | Initiate ph.II trial in DVT | 2007 |
| rNAPc2 | Full data from ph.IIa study | 2H06 |
| | Complete ph.IIb study | 1H06 |
| NU206 | Initiate ph.I study in cancer therapy-induced mucositis | 2H06 |

Source: Company reports and CIBC World Markets Corp.

CIBC World Markets

4Q In Line; Continued Phase III Progress with Alfimeprase – February 28, 2006

**Exhibit 2. Product Pipeline**

| Product (Partner) | Indication | Stage |
|---|---|---|
| Alfimeprase | Peripheral arterial occlusion (PAO) | Phase III |
|  | Catheter occlusion (CO) | Phase III |
|  | Stroke | Pre-clinical |
|  | Deep Venous Thrombosis (DVT) | Pre-clinical |
| rNAPc2 | Acute coronary syndromes (ACS) | Phase IIb |
| NU206 | Chemo-induced mucositis | Pre-IND |

Source: Company reports and CIBC World Markets Corp.

# Alfimeprase Update

## Peripheral Arterial Occlusion (PAO) Update

**During 4Q05, Nuvelo was granted a Special Protocol Assessment (SPA) by the FDA for NAPA-3, the phase III trial of alfimeprase in PAO.** Based on prior discussions with management, we believe the FDA suggested the SPA in early 2005 as a way of reducing regulatory risk prior to the FDA's subsequent restructuring. While the SPA only covers NAPA-3, we believe it is a de facto SPA on the entire phase III PAO program, given that the NAPA-2 study is essentially identical in design. Nuvelo will initiate NAPA-3 shortly.

**In January, the FDA also granted alfimeprase Fast Track status for PAO.** This will allow Nuvelo to submit a "rolling" NDA for the drug. While the receipt of Fast Track status in PAO was not surprising, we believe it may signal a willingness by the FDA to consider accelerated review. Alfimeprase was also previously granted Orphan drug designation by the FDA and EMEA.

**Nuvelo expects to complete enrollment of NAPA-2, the first phase III trial of alfimeprase in PAO during 2H06.** NAPA-2 is testing the 0.3 mg/kg dose of alfimeprase versus placebo in 300 patients. The primary endpoint of the trial is avoidance of open vascular surgery within 30 days. We believe the study is substantially overpowered and has a high probability of success. On the primary endpoint, avoidance of open vascular surgery at 30 days, powering is based on 70% of alfimeprase patients meeting this primary endpoint compared with 5-6% for placebo. Using these assumptions, the trial would be 90% powered if it enrolled only 50 patients. Top-line data from this trial is likely in late 2006/early 2007, and full data will likely be presented at a subsequent medical meeting.

## Catheter Occlusion (CO) Update

**In September, Nuvelo initiated the first of two overlapping trials evaluating alfimeprase in central venous CO.** The trial, Speedy Opening of Non-functional and Occluded Catheters with Mini-Dose Alfimeprase (SONOMA-2), will enroll 300 patients, randomized 2:1 to receive alfimeprase 3mg or placebo. The primary endpoint will be restoration of catheter function within 15 minutes. The phase II data in this indication demonstrated strongly superior efficacy at 15 minutes to alteplase (Cathflo Activase, DNA–Sector Performer) at all tested doses, and based on this data we believe the phase III program has a high probability of success. Nuvelo expects to complete enrollment of this trial in 2H06.

**On February 27th, Nuvelo announced the initiation of SONOMA-3, the second phase III trial in CO.** SONOMA-3 will be an open-label safety trial in



3

800 patients. This phase III clinical program mirrors the phase III program for alteplase.

## Additional Indications

**Nuvelo expects to initiate a phase II program of alfimeprase in ischemic stroke in 2H06.** The company believes alfimeprase could offer two key advantages over alteplase in this indication. Given the drug's mechanism of action, alfimeprase could potentially decrease the risk of bleeding relative to alteplase. Additionally, Nuvelo believes that alfimeprase has the potential to expand the therapeutic window following ischemic stroke beyond the 3-hour treatment window required with alteplase.

**Nuvelo will also initiate a phase II trial of alfimeprase in deep venous thrombosis,** another potentially life threatening condition. This trial is expected to begin in 2007.

## Market Opportunity

**We believe the U.S. market for Alfimeprase in PAO could exceed $350 million,** based on an annual market size of 100,000 patients and conservative penetration rates. We believe pricing for this indication could be in the $7,000-$9,000 range per treatment. In catheter occlusion, we believe U.S. sales could reach approximately $40 million, based on conservative penetration of the approximately 1.25 million patient occluded catheter market. Pricing in this indication would likely be less than $100 per patient.

# rNAPc2

## Acute Coronary Syndrome (ACS) Update

**In November, at the American Heart Association conference, Nuvelo reported full phase IIa data for rNAPc2, its novel anticoagulant.** The company had previously reported that the study, conducted by Dr. Eugene Braunwald's TIMI group, had met its primary endpoint of an acceptable safety profile. The trial, which enrolled 203 patients with acute coronary syndromes, was a dose-escalating study in combination with other antithrombotics (aspirin and heparin).

**Treatment with rNAPc2 resulted in a dose-dependent inhibition of thrombin generation without an increase in clinically significant bleeding compared to placebo.** The bleeding rate was ~5% in most dose groups, and about 2.5% in placebo. At the highest dose level, 10 mcg/kg, there was a 7.5% bleed rate, and all bleeds were considered major bleeds. However, two-thirds were thought potentially to be due to CABG surgery that patients subsequently received. There were no differences between dose groups and placebo in clinical outcome.

**Data from the phase IIb heparin replacement trial of rNAPc2 is expected 1H06.** The study is a single-arm, open-label trial in 50 to 100 patients in North America. Patients who present within 48 hours of ACS symptoms will be enrolled in 25 patient cohorts. The first cohort will receive a half-dose of heparin and a full dose of rNAPc2 (10 mcg/kg). The next cohort will receive no heparin and the same dose of rNAPc2. Subsequent cohorts may be enrolled at the discretion of the Data Safety Monitoring Board. We believe data from this study will be important in defining rNAPc2's potential advantages over heparin.



4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

**Nuvelo currently owns worldwide rights to rNAPc2.** Although the company does not have a development partner, we believe a partnership would be required to effectively market rNAPc2 in a large indication such as ACS. We would expect a decision on partnering rNAPc2 to be announced when further data, and further details on the development strategy details, become available. Nuvelo originally purchased worldwide development rights to rNAPc2 from Dendreon (not rated) in early 2004. As a result, Nuvelo will also pay Dendreon a 10% royalty on worldwide net sales of rNAPc2.

## Price Target Calculation

We are slightly raising our 12- to 18-month probability-adjusted price target for Nuvelo to $20 from $19. This is the result of a decrease in the number of years our 2011 probability-adjusted EPS of $1.25 is discounted, to 4.5 years from 5.0 years, as well as a decrease in the shares outstanding to 55.7 million from 58.8 million due to a decrease in the need for additional capital raises. We estimate a 50% probability of approval for alfimeprase in PAO and CO, and a 25% probability of approval for rNAPc2. To arrive at our price target we also apply a 30X multiple to our $1.25 probability-adjusted 2011 EPS estimate, discounted at 15% over 4.5 years. We believe a 15% discount rate and 30X multiple are reasonable assumptions for a biotechnology company at Nuvelo's stage of development.

**Exhibit 3. Present Value of the Pipeline**

| Product | Probability of approval | 2011 WW net revs if successful (1) | Net to NUVO (2) | EPS Contribution | Weighted EPS Contribution * |
|---|---|---|---|---|---|
| Alfimeprase PAO | 50% | $439 | 26% | $2.06 | $1.03 |
| Alfimeprase CO | 50% | $46 | 26% | $0.22 | $0.11 |
| rNAPc2 | 25% | $186 | 13% | $0.43 | $0.11 |
| Total pipeline | | $671 | | | $1.25 |

* Assumes 55.7 million shares out in 2011
(1) Total worldwide revenues
(2) Includes impact of partnership

| | 2011E EPS: | $1.25 | | | | | |
| | Years | 4.50 | | Discount Rate | | | |
| Multiple | 5% | 10% | 15% | 20% | 25% | 30% | 35% |
| 10 | 10 | 8 | 7 | 5 | 5 | 4 | 3 |
| 15 | 15 | 12 | 10 | 8 | 7 | 6 | 5 |
| 20 | 20 | 16 | 13 | 11 | 9 | 8 | 6 |
| 25 | 25 | 20 | 17 | 14 | 11 | 10 | 8 |
| 30 | 30 | 24 | 20 | 16 | 14 | 11 | 10 |
| 35 | 35 | 28 | 23 | 19 | 16 | 13 | 11 |
| 40 | 40 | 32 | 27 | 22 | 18 | 15 | 13 |
| 45 | 45 | 37 | 30 | 25 | 21 | 17 | 15 |

Source: Company reports and CIBC World Markets Corp.

## Key Risks to Price Target

Key risks to our price target include, but are not limited to, clinical failure of any of Nuvelo's compounds, difficulties in obtaining FDA approval for any pipeline products, disruptions or disagreements in current or future commercial partnerships, and commercial failure of any of Nuvelo's compounds.



5

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

## Our EPS estimates are shown below:

|              | 1 Qtr.    | 2 Qtr.    | 3 Qtr.    | 4 Qtr.    | Yearly    |
|--------------|-----------|-----------|-----------|-----------|-----------|
| 2005 Prior   | ($0.39A)  | ($0.40A)  | ($0.44A)  | ($0.46E)  | ($1.70E)  |
| 2005 Current | ($0.39A)  | ($0.40A)  | ($0.44A)  | ($0.49A)  | ($1.72A)  |
| 2006 Prior   | --        | --        | --        | --        | ($0.72E)  |
| 2006 Current | ($0.22E)  | ($0.22E)  | ($0.03E)  | ($0.22E)  | ($0.69E)  |
| 2007 Current | --        | --        | --        | --        | ($1.47E)  |

CIBC CIBC World Markets

6

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

### Exhibit 4. Nuvelo- Quarterly Statement of Operations

*(in thousands of U.S. dollars except per share amounts)*

|  | 2004A | Prior 2004E | 1QA | 2QA | 3QA | 2005 4QA | Prior 4QE | 2005A | Prior 2005E | 1QE | 2QE | 3QE | 2006 4QE | 2006E | Prior 2006E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | | | | |
| Contract and Development revenue | $195 | $2,858 | $42 | $197 | $123 | $183 | $150 | $545 | $512 | $9,788 | $10,038 | $20,288 | $10,538 | $50,650 | $40,650 |
| Net U.S. Alfimeprase Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Royalty Revenues | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Revenues** | $195 | $2,858 | $42 | $197 | $123 | $183 | $150 | $545 | $512 | $9,788 | $10,038 | $20,288 | $10,538 | $50,650 | $40,650 |
| **Operating expenses:** | | | | | | | | | | | | | | | |
| Cost of goods | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Research and Development | 39,970 | 54,044 | 11,057 | 14,486 | 14,798 | 16,876 | 15,689 | 57,217 | 56,030 | 16,950 | 17,450 | 17,940 | 18,235 | 70,575 | 60,000 |
| Sales and Marketing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General and administrative | 8,702 | 9,268 | 3,813 | 3,151 | 4,175 | 4,663 | 4,342 | 15,802 | 15,481 | 4,750 | 4,875 | 4,985 | 5,035 | 19,645 | 18,000 |
| Loss (Gain) on asset sales | 167 | 225 | 24 | (1) | 2 | (21) | (1) | 4 | 25 | - | - | - | - | - | - |
| **Total operating expenses** | 48,839 | 63,537 | 14,894 | 17,636 | 18,975 | 21,518 | 20,031 | 73,023 | 71,536 | 21,700 | 22,325 | 22,925 | 23,270 | 90,220 | 78,000 |
| **Operating Income** | (48,644) | (60,679) | (14,852) | (17,439) | (18,852) | (21,335) | (19,881) | (72,478) | (71,024) | (11,913) | (12,288) | (2,638) | (12,733) | (39,570) | (37,350) |
| **Other income (expense)** | | | | | | | | | | | | | | | |
| Realized gain on investment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net interest income (expense) | (298) | (463) | 190 | 432 | 393 | 411 | 193 | 1,426 | 1,208 | 813 | 1,347 | 1,282 | 1,215 | 4,657 | 1,817 |
| Loss from discontinued operations | (3,547) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total other income** | (3,845) | (463) | 190 | 432 | 393 | 411 | 193 | 1,426 | 1,208 | 813 | 1,347 | 1,282 | 1,215 | 4,657 | 1,817 |
| **Pretax income (loss)** | (52,489) | (61,142) | (14,662) | (17,007) | (18,459) | (20,924) | (19,688) | (71,051) | (69,816) | (11,100) | (10,940) | (1,355) | (11,517) | (34,913) | (35,533) |
| Income tax benefit (expense) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | (52,489) | (61,142) | (14,662) | (17,007) | (18,459) | (20,924) | (19,688) | (71,051) | (69,816) | ($11,100) | ($10,940) | ($1,355) | ($11,517) | ($34,913) | ($35,533) |
| **Basic and Diluted Loss Per Share** | ($1.70) | ($1.98) | ($0.39) | ($0.40) | ($0.44) | ($0.49) | ($0.46) | ($1.72) | ($1.70) | ($0.22) | ($0.22) | ($0.03) | ($0.22) | ($0.69) | ($0.72) |
| Shares Outstanding (Diluted) | 30,874 | 30,855 | 37,960 | 42,027 | 42,163 | 42,920 | 42,363 | 41,279 | 41,128 | 50,595 | 50,795 | 50,995 | 51,195 | 50,895 | 49,428 |

Source: Company reports and CIBC World Markets Corp.

### Exhibit 5. Nuvelo- Annual Statement of Operations

*(in thousands of U.S. dollars except per share amounts)*

|  | 2004A | 2005A | Prior 2005E | 2006E | Prior 2006E | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Contract and Development revenue | $195 | $545 | $512 | $50,650 | $40,650 | $25,650 | $20,650 | $15,650 | $5,650 | $650 |
| Net U.S. Alfimeprase Revenues | - | - | - | - | - | - | 38,015 | 158,052 | 234,952 | 324,876 |
| Royalty Revenues | - | - | - | - | - | - | - | 8,347 | 41,835 | 84,068 |
| **Total Operating Revenues** | $195 | $545 | $512 | $50,650 | $40,650 | $25,650 | $58,665 | $182,049 | $282,437 | $409,593 |
| **Operating expenses:** | | | | | | | | | | |
| Cost of goods | - | - | - | - | - | - | 4,562 | 18,966 | 28,194 | 38,985 |
| Research and Development | 39,970 | 57,217 | 56,030 | 70,575 | 60,000 | 74,104 | 77,809 | 81,699 | 85,784 | 90,074 |
| Sales and Marketing | - | - | - | - | - | 10,000 | 22,000 | 23,100 | 24,255 | 25,468 |
| General and administrative | 8,702 | 15,802 | 15,481 | 19,645 | 18,000 | 21,145 | 22,645 | 24,145 | 25,645 | 27,145 |
| Loss (Gain) on asset sales | 167 | 4 | 25 | - | - | - | - | - | - | - |
| **Total operating expenses** | 48,839 | 73,023 | 71,536 | 90,220 | 78,000 | 105,249 | 127,016 | 147,911 | 163,879 | 181,671 |
| **Operating Income** | (48,644) | (72,478) | (71,024) | (39,570) | (37,350) | (79,599) | (68,351) | 34,138 | 118,559 | 227,922 |
| **Other income (expense)** | | | | | | | | | | |
| Realized gain on investment | - | - | - | - | - | - | - | - | - | - |
| Net interest income (expense) | (298) | 1,426 | 1,208 | 4,657 | 1,817 | 3,357 | 902 | (78) | 1,121 | 4,403 |
| Loss from discontinued operations | (3,547) | - | - | - | - | - | - | - | - | - |
| **Total other income** | (3,845) | 1,426 | 1,208 | 4,657 | 1,817 | 3,357 | 902 | (78) | 1,121 | 4,403 |
| **Pretax income (loss)** | (52,489) | (71,051) | (69,816) | (34,913) | (35,533) | (76,242) | (67,449) | 34,060 | 119,680 | 232,325 |
| Income tax benefit (expense) | - | - | - | - | - | - | - | 11,921 | 41,888 | 81,314 |
| **Net Income** | (52,489) | (71,051) | (69,816) | ($34,913) | ($35,533) | ($76,242) | ($67,449) | $22,139 | $77,792 | $151,011 |
| **Basic and Diluted Loss Per Share** | ($1.70) | ($1.72) | ($1.70) | ($0.69) | ($0.72) | ($1.47) | ($1.28) | $0.41 | $1.42 | $2.71 |
| Shares Outstanding (Diluted) | 30,874 | 41,279 | 41,128 | 50,895 | 49,428 | 51,695 | 52,695 | 53,695 | 54,695 | 55,695 |

Source: Company reports and CIBC World Markets Corp.


CIBC World Markets

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

## IMPORTANT DISCLOSURES:

**Analyst Certification:** Each CIBC World Markets research analyst named on the front page of this research report, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this report and all other companies and securities mentioned in this report that are covered by such research analyst and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this report.

**Potential Conflicts of Interest:** Equity research analysts employed by CIBC World Markets are compensated from revenues generated by various CIBC World Markets businesses, including the CIBC World Markets Investment Banking Department within the Corporate and Leveraged Finance Division. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. CIBC World Markets generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, CIBC World Markets generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers.

In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, CIBC World Markets may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon.

Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Nuvelo, Inc. (NUVO)

1   CIBC World Markets Corp. makes a market in the securities of Nuvelo, Inc.
2a  Nuvelo, Inc. is a client for which a CIBC World Markets company has performed investment banking services in the past 12 months.
2d  CIBC World Markets Corp. has received compensation for investment banking services from Nuvelo, Inc. in the past 12 months.

**Important Disclosure Footnotes for Companies Mentioned in this Report that Are Covered by CIBC World Markets:**

**Stock Prices as of 02/28/2006:**
Genentech (DNA-NYSE, $86.09, Sector Performer)

**Companies Mentioned in this Report that Are Not Covered by CIBC World Markets:**

**Stock Prices as of 02/28/2006:**
Bayer (BAY-NYSE, $41.10, Not Rated)
Dendreon Corp (DNDN-OTC, $5.02, Not Rated)

**Important disclosure footnotes that correspond to the footnotes in this table may be found in the "Key to Important Disclosure Footnotes" section of this report.**



**4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006**

### Key to Important Disclosure Footnotes:

1     CIBC World Markets Corp. makes a market in the securities of this company.
2a    This company is a client for which a CIBC World Markets company has performed investment banking services in the past 12 months.
2b    CIBC World Markets Corp. has managed or co-managed a public offering of securities for this company in the past 12 months.
2c    CIBC World Markets Inc. has managed or co-managed a public offering of securities for this company in the past 12 months.
2d    CIBC World Markets Corp. has received compensation for investment banking services from this company in the past 12 months.
2e    CIBC World Markets Inc. has received compensation for investment banking services from this company in the past 12 months.
2f    CIBC World Markets Corp. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.
2g    CIBC World Markets Inc. expects to receive or intends to seek compensation for investment banking services from this company in the next 3 months.
3a    This company is a client for which a CIBC World Markets company has performed non-investment banking, securities-related services in the past 12 months.
3b    CIBC World Markets Corp. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.
3c    CIBC World Markets Inc. has received compensation for non-investment banking, securities-related services from this company in the past 12 months.
4a    This company is a client for which a CIBC World Markets company has performed non-investment banking, non-securities-related services in the past 12 months.
4b    CIBC World Markets Corp. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.
4c    CIBC World Markets Inc. has received compensation for non-investment banking, non-securities-related services from this company in the past 12 months.
5a    The CIBC World Markets Corp. analyst(s) who covers this company also has a long position in its common equity securities.
5b    A member of the household of a CIBC World Markets Corp. research analyst who covers this company has a long position in the common equity securities of this company.
6a    The CIBC World Markets Inc. fundamental analyst(s) who covers this company also has a long position in its common equity securities.
6b    A member of the household of a CIBC World Markets Inc. fundamental research analyst who covers this company has a long position in the common equity securities of this company.
7     CIBC World Markets Corp., CIBC World Markets Inc., and their affiliates, in the aggregate, beneficially own 1% or more of a class of equity securities issued by this company.
8     A partner, director or officer of CIBC World Markets Inc. or any analyst involved in the preparation of this research report has provided services to this company for remuneration in the past 12 months.
9     A senior executive member or director of Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., or a member of his/her household is an officer, director or advisory board member of this company or one of its subsidiaries.
10    Canadian Imperial Bank of Commerce ("CIBC"), the parent company to CIBC World Markets Inc. and CIBC World Markets Corp., has a significant credit relationship with this company.
11    The equity securities of this company are restricted voting shares.
12    The equity securities of this company are subordinate voting shares.
13    The equity securities of this company are non-voting shares.
14    The equity securities of this company are limited voting shares.



CIBC World Markets

10

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

## CIBC World Markets Price Chart



### HISTORICAL PERFORMANCE OF CIBC WORLD MARKETS' RECOMMENDATIONS FOR NUVELO, INC. (NUVO)

| Date | Change Type | Closing Price | Rating | Price Target | Coverage |
|---|---|---|---|---|---|
| 06/30/2004 | | 9.62 | SP | 13.00 | Matt Geller, Ph.D. |
| 01/31/2005 | | 7.90 | R | - | Matt Geller, Ph.D. |
| 02/02/2005 | | 8.28 | SP | 13.00 | Matt Geller, Ph.D. |
| 08/04/2005 | | 9.09 | SP | 13.00 | Tariq Kassum, M.D. |
| 01/05/2006 | | 12.67 | SO | 19.00 | Tariq Kassum, M.D. |
| 02/03/2006 | | 16.55 | SO | 19.00 | Bret Holley, Ph.D. |

CIBC World Markets

11

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

# CIBC World Markets' Stock Rating System

| Abbreviation | Rating | Description |
|---|---|---|
| **Stock Ratings** | | |
| SO | Sector Outperformer | Stock is expected to outperform the sector during the next 12-18 months. |
| SP | Sector Performer | Stock is expected to perform in line with the sector during the next 12-18 months. |
| SU | Sector Underperformer | Stock is expected to underperform the sector during the next 12-18 months. |
| NR | Not Rated | CIBC does not maintain an investment recommendation on the stock. |
| R | Restricted | CIBC World Markets is restricted*** from rating the stock. |
| **Sector Weightings**** | | |
| O | Overweight | Sector is expected to outperform the broader market averages. |
| M | Market Weight | Sector is expected to equal the performance of the broader market averages. |
| U | Underweight | Sector is expected to underperform the broader market averages. |
| NA | None | Sector rating is not applicable. |

**Broader market averages refer to the S&P 500 in the U.S. and the S&P/TSX Composite in Canada.
"Speculative" indicates that an investment in this security involves a high amount of risk due to volatility and/or liquidity issues.
***Restricted due to a potential conflict of interest.
"CC" indicates Commencement of Coverage. The analyst named started covering the security on the date specified.

### Ratings Distribution*: CIBC World Markets' Coverage Universe

| (as of 28 Feb 2006) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 296 | 36.1% | Sector Outperformer (Buy) | 164 | 55.4% |
| Sector Performer (Hold/Neutral) | 396 | 48.2% | Sector Performer (Hold/Neutral) | 175 | 44.2% |
| Sector Underperformer (Sell) | 109 | 13.3% | Sector Underperformer (Sell) | 54 | 49.5% |
| Restricted | 9 | 1.1% | Restricted | 9 | 100.0% |

### Ratings Distribution: Biotechnology Coverage Universe

| (as of 28 Feb 2006) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 19 | 50.0% | Sector Outperformer (Buy) | 18 | 94.7% |
| Sector Performer (Hold/Neutral) | 19 | 50.0% | Sector Performer (Hold/Neutral) | 12 | 63.2% |
| Sector Underperformer (Sell) | 0 | 0.0% | Sector Underperformer (Sell) | 0 | 0.0% |
| Restricted | 0 | 0.0% | Restricted | 0 | 0.0% |

Biotechnology Sector includes the following tickers: AMGN, ARNA, AVN-R, BIIB, BIVN, CEPH, CRME, CTIC, CTRX, CVTX, CYPB, DNA, DOVP, DVAX, EXEL, FVRL, GILD, ICGN, KOSN, MEDI, MLNM, MNTA, MYOG, NBIX, NRMX, NUVO, PDLI, PGNX, POTP, PTIE, PXSL, RNVS, SGEN, SRLSE, THLD, TNOX, VION, VXGN.PK.

*Although the investment recommendations within the three-tiered, relative stock rating system utilized by CIBC World Markets do not correlate to buy, hold and sell recommendations, for the purposes of complying with NYSE and NASD rules, CIBC World Markets has assigned buy ratings to securities rated Sector Outperformer, hold ratings to securities rated Sector Performer, and sell ratings to securities rated Sector Underperformer without taking into consideration the analyst's sector weighting.

CIBC World Markets

4Q In Line; Continued Phase III Progress with Alfimeprase - February 28, 2006

## Legal Disclaimer

This report is issued and approved for distribution by (i) in the United States, CIBC World Markets Corp., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the Investment Dealers Association ("IDA"), the Toronto Stock Exchange, the TSX Venture Exchange and CIPF, (iii) in the United Kingdom, CIBC World Markets plc, which is regulated by the Financial Services Authority ("FSA"), and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC (collectively, "CIBC World Markets"). This report is provided, for informational purposes only, to institutional investor clients of CIBC World Markets in the United States and Canada and retail clients of CIBC World Markets in Canada, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. This document and any of the products and information contained herein are not intended for the use of private investors in the United Kingdom. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc. The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited.

The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of CIBC World Markets. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. CIBC World Markets suggests that, prior to acting on any of the recommendations herein, Canadian retail clients of CIBC World Markets contact one of our client advisers in your jurisdiction to discuss your particular circumstances. Non-client recipients of this report who are not institutional investor clients of CIBC World Markets should consult with an independent financial advisor prior to making any investment decision based on this report or for any necessary explanation of its contents. CIBC World Markets will not treat non-client recipients as its clients solely by virtue of their receiving this report.

Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. CIBC World Markets accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to CIBC World Markets.

Information, opinions and statistical data contained in this report were obtained or derived from sources believed to be reliable, but CIBC World Markets does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by CIBC World Markets or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.

Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.

This report may provide addresses of, or contain hyperlinks to, Internet web sites. CIBC World Markets has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third-party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2006 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved. Unauthorized use, distribution, duplication or disclosure without the prior written permission of CIBC World Markets is prohibited by law and may result in prosecution.



13