# EXHIBIT O



# CIBC World Markets

**Equity Research**
**Earnings Update**

August 4, 2006

Biotechnology

**Stock Rating:**
**Sector Outperformer**

**Sector Weighting:**
**Overweight**

| | |
|---|---|
| 12-18 mo. Price Target | $22.00 |
| NUVO-OTC (8/4/06) | $16.16 |
| Key Indices: | Russ 2000 |

| | |
|---|---|
| 3-5-Yr. EPS Gr. Rate (E) | NM |
| 52-week Range | $7.53-$18.71 |
| Shares Outstanding | 51.8M |
| Float | 49.6M Shrs |
| Avg. Daily Trading Vol. | 408,403 |
| Market Capitalization | $837.7M |
| Dividend/Div Yield | Nil / Nil |
| Fiscal Year Ends | December |
| Book Value | $2.71 per Shr |
| 2006 ROE (E) | NM |
| LT Debt | $3.8M |
| Preferred | Nil |
| Common Equity | $140.4M |
| Convertible Available | No |

| Earnings per Share | Prev | Current |
|---|---|---|
| 2005 | | ($1.72A) |
| 2006 | ($1.71E) | ($1.75E) |
| 2007 | ($2.06E) | ($2.12E) |
| P/E | | |
| 2005 | | NM |
| 2006 | NM | NM |
| 2007 | NM | NM |

## Nuvelo, Inc.

### 2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06

- On 8/3, NUVO reported a 2Q06 loss per share of $0.36, in line with our $0.38 est. NUVO increased 2006 cash burn guidance to $43.0-$53.0M from $33.5-43.5M, partly due to a payment to Archemix under a new agreement. At the end of 2Q06, NUVO had $180M in cash and equivalents.

- We expect top-line results from two ph.III trials for alfimeprase later in 2006. NAPA-2 is the first ph.III trial in peripheral arterial occlusion (PAO), and SONOMA-2 is the first ph.III in catheter occlusion (CO). NAPA-2, a second ph.III in PAO, began in 2Q. A ph.II trial in stroke will begin 2H06.

- Data from the phase IIb trial of rNAPc2 will be presented at the World Congress of Cardiology 9/06. We believe this will help clarify the potential of rNAPc2 as a non-thrombocytopenia inducing anticoagulative agent. Pending additional data, we view the rNAPc2 program as a call option for NUVO.

- We believe alfimeprase has a high probability of success in PAO and CO. We expect NUVO to appreciate into and following the ph.III results and believe the stock is attractive at current prices. Additional alfimeprase indications would be upside to our expectations. Raising target to $22 from $20.

**Stock Price Performance**



Source: Reuters
All figures in US dollars, unless otherwise stated.    06-63699 © 2006

**Company Description**
Nuvelo develops novel therapeutics for a variety of anti-clotting/coagulation indications.

www.nuvelo.com

**Bret Holley, Ph.D.**
1 (212) 667-7289
Bret.Holley@us.cibc.com

**Michael Dinerman, M.D.**
1 (212) 667-6557
Michael.Dinerman@us.cibc.com

**Brian Abrahams, M.D.**
1 (212) 667-6795
Brian.Abrahams@us.cibc.com

**Brian Lian, Ph.D.**
1 (212) 667-7217
Brian.Lian@us.cibc.com

CIBC World Markets does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.
Investors should consider this report as only a single factor in making their investment decision.
**See "Important Disclosures" section at the end of this report for important required disclosures, including potential conflicts of interest.**
See "Price Target Calculation" and "Key Risks to Price Target" sections at the end of this report, where applicable.

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

## 2Q06 Financial Update

**On 8/3, Nuvelo reported a 2Q06 GAAP loss per share of $0.36, in line with our estimate of $0.38.** Operating revenues were $1.0 million for the quarter, just slightly above our $1.1 million estimate. Operating expenses were $22.0 million, in line with our $22.0 million estimate. SG&A expenses were $7.3 million, slightly below our $7.7 million estimate, and were offset by R&D expenses of $14.7 million, slightly above our $14.4 million estimate. At the end of 2Q06, Nuvelo had approximately $180 million in cash, cash equivalents and short-term investments.

**Nuvelo updated 2006 financial guidance and now expects a cash burn of $43.0-$53.0 million for 2006.** Previously, the company expected a cash burn of $33.5-$43.5 million for the year. The $9.4 million increased cash burn includes a $5.4 million cash payment to settle a note and a $4.0 million up-front license fee paid to Archemix as a result of the expanded collaboration between the two companies announced in 3Q. This guidance includes $90 million in payments from Bayer under the recent ex-U.S. partnership agreement for alfimeprase. Nuvelo received the first $50 million as an upfront payment in January. The company expects to receive an additional $30 million from Bayer for reimbursement of shared global development costs and a $10 million milestone payment in 2H06 for the initiation of a phase II trial of alfimeprase in stroke.

## Changes to Our Model

Based on 2Q06 results and company guidance, we are updating our model. For 2006, we have increased our expectations for research and development expenses to account for an upfront payment of a $4.0M milestone payment to Archemix. As a result, our 3Q06 and 4Q06 loss per share estimates change to $0.51 and $0.47, respectively, from $0.44 and $0.48. Our 2006 loss per share estimate changes to $1.75 from $1.71. We expect a 2007 loss per share of $2.12, compared to $2.06, previously. For 2008-2011, our earnings per share estimates are ($1.68), $0.13, $1.11, and $2.30, respectively.

## Pipeline Update

**Exhibit 1. Upcoming Milestones**

| Product | Event | Timeline |
|---|---|---|
| Alfimeprase | Complete enrollment of NAPA-2 in PAO | 2H06 |
| | Complete enrollment of SONOMA-2 in CO | 2H06 |
| | Top-line results for NAPA-2 in PAO | 2H06 |
| | Top-line results for SONOMA-2 in CO | 2H06 |
| | Initiate ph.II trial in ischemic stroke | 2H06 |
| | Initiate ph.II trial in DVT | 2007 |
| rNAPc2 | Full data from ph.IIa study | Sep-06 |
| | Full data from ph.II heparin replacement study | Sep-06 |
| | Initiate ph. II study in colorectal cancer | 1H07 |
| NU206 | Initiate ph.I study in cancer therapy-induced mucositis | 2H06 |

Source: Company reports and CIBC World Markets Corp.



2

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

**Exhibit 2. Product Pipeline**

| Product (Partner) | Indication | Stage |
|---|---|---|
| Alfimeprase | Peripheral arterial occlusion (PAO) | Phase III |
| | Catheter occlusion (CO) | Phase III |
| | Stroke | Pre-clinical |
| | Deep Venous Thrombosis (DVT) | Pre-clinical |
| rNAPc2 | Acute coronary syndromes (ACS) | Phase IIb |
| NU206 | Chemo-induced mucositis | Pre-IND |
| NU172 | Acute cardiovascular indications | Pre-IND |

Source: Company reports and CIBC World Markets Corp.

# Alfimeprase Update

## Peripheral Arterial Occlusion (PAO)

**Nuvelo reported that the NAPA program is proceeding on schedule, with top-line results from the phase III NAPA-2 trial likely in 2H06.** NAPA-2 is testing 0.3 mg/kg of alfimeprase versus placebo in 300 patients. The primary endpoint of the trial is avoidance of open vascular surgery within 30 days. We believe the study is substantially overpowered and has a high probability of success. Powering in the trial was based on the assumption that 70% of alfimeprase patients would be successful on the primary endpoint compared to 5-6% of placebo patients. Given these assumptions, we estimate the trial would be 90% powered if it enrolled only 50 patients. Under the current protocol, the trial will reach statistical significance if there is a 22% difference in the rates of surgical avoidance between alfimeprase and placebo. Full data from the trial will be presented at a medical meeting following trial completion.

**In April, Nuvelo initiated NAPA-3, the second phase III trial in PAO.** NAPA-3 is identical in design to NAPA-2. In December 2005, the trial was granted a Special Protocol Assessment (SPA) by the FDA for the treatment of PAO. While the SPA only covers NAPA-3, we believe it is a de facto SPA on the entire phase III PAO program, given that the NAPA-2 study is identical in design. Alfimeprase has Fast Track status for PAO. This will allow Nuvelo to submit a "rolling" NDA for the drug and opens the door for a possible accelerated review. Alfimeprase also previously received an orphan drug designation from the FDA and EMEA, and the EMEA recently confirmed that the SONOMA trials are acceptable for potential registration.

## Catheter Occlusion (CO)

**Phase III SONOMA program in CO is proceeding on schedule, and top-line results from SONOMA-2 are expected in 2H06.** In September 2005, Nuvelo initiated the first of two overlapping trials evaluating alfimeprase in central venous CO. SONOMA-2 (Speedy Opening of Non-functional and Occluded Catheters with Mini-Dose Alfimeprase), the first phase III trial, is expected to complete enrollment in 2H06 for a total of approximately 300 patients. Patients are being randomized 2:1 to receive alfimeprase 3mg or placebo. The primary endpoint of the trial is restoration of catheter function within 15 minutes. The recently published phase II data for alfimeprase in this indication demonstrated superior efficacy at 15 minutes to alteplase at all tested doses (*J Clin Oncol.* 2006 Jul 1;24(19):3056-60). Based on this data, we believe the phase III program has a high probability of success. In February, Nuvelo initiated SONOMA-3, the second phase III trial of alfimeprase in CO. Unlike SONOMA-2, SONOMA-3 is an open-label safety study of the drug in 800 patients. This SONOMA program was designed to mirror the phase III registration studies for alteplase.

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

## Additional Indications for Alfimeprase

**Nuvelo will initiate a phase II trial of alfimeprase in ischemic stroke in 2H06.** This proof of concept trial, named CARNEROS-1 (Catheter-Directed Alfimeprase for Restoration of Neurologic Function and Rapid Opening of Arteries in Stroke), will enroll up to 90 patients with stroke symptoms within 3-9 hours of onset. The first 42 patients in trial will receive escalating doses, then the subsequent 48 will be randomized to receive placebo or one of 2 doses of alfimeprase to be determined by the dose-escalation portion. Alfimeprase will be administered by intra-arterial catheter-directed infusions over a period of a few minutes. The primary endpoint will be safety and recanalization rate assessed by cerebral arteriographies. The relationship between achievement of reperfusions and neurological outcomes will also be examined, and hemorrhagic conversion will be closely monitored.

The company believes alfimeprase could offer two key advantages over alteplase in this indication. Given the drug's mechanism of action, alfimeprase could potentially decrease the risk of bleeding relative to alteplase. In addition, Nuvelo believes that alfimeprase has the potential to expand the therapeutic window following ischemic stroke beyond the 3-hour treatment window allowed for alteplase.

**Nuvelo will initiate a phase II trial of alfimeprase in deep venous thrombosis (DVT) in 2007.** While management did not provide details on this program at the investors' R&D day, we believe they outlined a strong rationale for the development of alfimeprase in this new indication. Few patients get thrombolytic therapy for DVT because the risks of therapy are so large. Major bleeding occurs in 5-11% of patients who receive plasminogen activators, and the lengthy infusion times often require ICU monitoring. We believe that alfimeprase could provide a safer and more convenient alternative in this indication, given its reduced bleeding risk through alpha-2-macroglobulin elimination, rapid onset of action, and convenient route of administration (bolus injection vs. prolonged infusion).

# rNAPc2 Update

## Acute Coronary Syndrome (ACS)

**Efficacy data from the phase IIb heparin replacement trial of Nuvelo's novel anticoagulant, rNAPc2, will be presented at the World Congress of Cardiology in September 2006.** The company will host a conference call in conjunction with the data presentation at the conference. The phase IIb study, completed in 2Q06, is a single-arm, open-label trial in 50 to 100 patients in North America. Patients who present within 48 hours of experiencing ACS symptoms will be enrolled in cohorts of 25 patients. The first cohort receives a half-dose of heparin and a full dose of rNAPc2 (10 mcg/kg). The next cohort receives no heparin and the same dose of rNAPc2. In our opinion, data from this study will be important in defining rNAPc2's potential versus heparin.

**In 2005, Nuvelo reported positive data from a phase IIa study of rNAPc2 in 203 patients with ACS.** The study demonstrated that treatment with rNAPc2 resulted in a dose-dependent inhibition of thrombin generation without an increase in clinically significant bleeding compared to placebo. The bleeding rate was approximately 5% in most dose groups, and about 2.5% in placebo. At the highest dose level, 10 mcg/kg, there was a 7.5% bleed rate, and all bleeds were considered major. However, according to the investigators, two-thirds of these could have been attributed to subsequent CABG surgeries. There were no differences between dose groups and placebo in clinical outcomes. Full


CIBC World Markets

4

data from this trial will also be presented at the World Congress of Cardiology in September.

## Additional Indications for rNAPc2

**At the recent investors' R&D day, Nuvelo announced plans to initiate a phase II trial in 1H07 of rNAPc2 in colorectal cancer,** based on preclinical data suggesting that blockade of the factor VIIa/tissue factor complex could inhibit angiogenesis and metastasis. The study will enroll up to 120 patients with metastatic colorectal cancer. Efficacy endpoints include progression-free survival, metastasis-free survival and overall survival. The first 40 patients in trial will receive escalating doses in an open-label arm of the trial, then the next 80 patients will be randomized into one of four dose cohorts. Nuvelo will use safety from the dose-escalation portion of the trial to determine the dosing for the randomized portions of the trial.

Nuvelo reiterated that the company will not seek a partnership for rNAPc2 until clinical data in both ACS and cancer is available to present to a potential partner sometime in 2007.

## Price Target Calculation

We are increasing our 12- to 18-month price target for Nuvelo to $22 from $20. Our price target is based on revised probability-adjusted 2011 EPS of $1.35. We are estimating a 65% probability of approval for alfimeprase in PAO and CO, and a 25% probability of approval for rNAPc2. To arrive at our price target, we also apply a 30X multiple and a 15% discount rate over 4.5 years. We believe a 15% discount rate and a 30X multiple are reasonable assumptions for a biotechnology company at Nuvelo's stage of development.

**Exhibit 3. Present Value of the Pipeline**

| Product | Probability of approval | 2011 WW net revs if successful (1) | Net to NUVO (2) | EPS Contribution | Weighted EPS Contribution * |
|---|---|---|---|---|---|
| Alfimeprase PAO | 65% | $439 | 23% | $1.73 | $1.13 |
| Alfimeprase CO | 65% | $46 | 23% | $0.18 | $0.12 |
| rNAPc2 | 25% | $186 | 13% | $0.40 | $0.10 |
| Total pipeline | | $671 | | | $1.35 |

* Assumes 58.3 million shares out in 2011
(1) Total worldwide revenues
(2) Includes impact of partnership

|  | 2011E EPS: | $1.35 | | | | | |
|---|---|---|---|---|---|---|---|
|  | Years | 4.50 | | Discount Rate | | | |
| Multiple | 5% | 10% | 15% | 20% | 25% | 30% | 35% |
| 10 | 11 | 9 | 7 | 6 | 5 | 4 | 3 |
| 15 | 16 | 13 | 11 | 9 | 7 | 6 | 5 |
| 20 | 22 | 18 | 14 | 12 | 10 | 8 | 7 |
| 25 | 27 | 22 | 18 | 15 | 12 | 10 | 9 |
| 30 | 32 | 26 | 22 | 18 | 15 | 12 | 10 |
| 35 | 38 | 31 | 25 | 21 | 17 | 14 | 12 |
| 40 | 43 | 35 | 29 | 24 | 20 | 17 | 14 |
| 45 | 49 | 39 | 32 | 27 | 22 | 19 | 16 |

Source: Company reports and CIBC World Markets Corp.

## Key Risks to Price Target

Key risks to our price target include, but are not limited to, clinical failure of any of Nuvelo's compounds, difficulties in obtaining FDA approval for any pipeline



**2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006**

products, disruptions or disagreements in current or future commercial partnerships, and commercial failure of any of Nuvelo's compounds.

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

# Our EPS estimates are shown below:

|  | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Yearly |
|---|---|---|---|---|---|
| 2005 Current | ($0.39A) | ($0.40A) | ($0.44A) | ($0.49A) | ($1.72A) |
| 2006 Prior | ($0.40A) | ($0.38E) | ($0.44E) | ($0.48E) | ($1.71E) |
| 2006 Current | ($0.40A) | ($0.36A) | ($0.51E) | ($0.47E) | ($1.75E) |
| 2007 Prior | -- | -- | -- | -- | ($2.06E) |
| 2007 Current | -- | -- | -- | -- | ($2.12E) |

### Exhibit 4. Nuvelo- Quarterly Statement of Operations, 2005A-2006E

*(in thousands of U.S. dollars except per share amounts)*

|  | 2005A | 1QA | 2QA | Prior 2QE | 3QE | Prior 3QE | 4QE | Prior 4QE | 2006E | Prior 2006E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Contract and development revenue | $545 | $1,065 | $1,005 | $1,107 | $1,265 | $1,265 | $1,445 | $1,445 | $4,780 | $4,882 |
| Net U.S. Alfimeprase Revenues | - | - | - | - | - | - | - | - | - | - |
| Royalty Revenues | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Revenues** | $545 | $1,065 | $1,005 | $1,107 | $1,265 | $1,265 | $1,445 | $1,445 | $4,780 | $4,882 |
| **Operating expenses:** | | | | | | | | | | |
| Cost of goods | - | - | - | - | - | - | - | - | - | - |
| Research and development | 57,217 | 12,099 | 14,695 | 14,350 | 20,325 | 16,325 | 18,400 | 18,400 | 65,519 | 61,174 |
| Sales and Marketing | - | - | - | - | - | - | - | - | - | - |
| General and administrative | 15,802 | 10,208 | 7,262 | 7,725 | 8,900 | 8,900 | 9,125 | 9,125 | 35,495 | 35,958 |
| Loss (Gain) on asset sales | 4 | (7) | 3 | - | - | - | - | - | (4) | (7) |
| **Total operating expenses** | 73,023 | 22,300 | 21,960 | 22,075 | 29,225 | 25,225 | 27,525 | 27,525 | 101,010 | 97,125 |
| **Operating Income** | (72,478) | (21,235) | (20,955) | (20,968) | (27,960) | (23,960) | (26,080) | (26,080) | (96,230) | (92,243) |
| Other income (expense) | | | | | | | | | | |
| Net interest/other income (expense) | 1,426 | 1,584 | 2,057 | 1,124 | 1,525 | 957 | 1,289 | 807 | 6,455 | 4,473 |
| **Total other income** | 1,426 | 1,584 | 2,057 | 1,124 | 1,525 | 957 | 1,289 | 807 | 6,455 | 4,473 |
| **Pretax income (loss)** | (71,051) | (19,651) | (18,898) | (19,844) | (26,435) | (23,003) | (24,791) | (25,273) | (89,775) | (87,770) |
| Income tax benefit (expense) | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | (71,051) | ($19,651) | ($18,898) | ($19,844) | ($26,435) | ($23,003) | ($24,791) | ($25,273) | ($89,775) | ($87,770) |
| **Loss Per Share** | ($1.72) | ($0.40) | ($0.36) | ($0.38) | ($0.51) | ($0.44) | ($0.47) | ($0.48) | ($1.75) | ($1.71) |
| Shares Outstanding (Basic) | 41,279 | 48,913 | 51,837 | 51,825 | 52,037 | 52,025 | 52,237 | 52,225 | 51,256 | 51,247 |
| Shares Outstanding (Diluted) | 50,079 | 57,713 | 57,937 | 57,925 | 58,137 | 58,125 | 58,337 | 58,325 | 57,356 | 57,347 |

Source: Company reports and CIBC World Markets Corp.

**CIBC World Markets**

7

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

### Exhibit 5. Nuvelo- Annual Statement of Operations, 2005A-2011E

*(in thousands of U.S. dollars except per share amounts)*

|  | 2005A | 2006E | Prior 2006E | 2007E | Prior 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | |
| Contract and development revenue | $545 | $4,780 | $4,882 | $1,570 | $1,570 | $1,670 | $1,770 | $1,870 | $1,970 |
| Net U.S. Alfimeprase Revenues | - | - | - | - | - | 38,015 | 158,052 | 234,952 | 324,876 |
| Royalty Revenues | - | - | - | - | - | - | 8,347 | 41,835 | 84,068 |
| **Total Operating Revenues** | $545 | $4,780 | $4,882 | $1,570 | $1,570 | $39,685 | $168,169 | $278,657 | $410,913 |
| **Operating expenses:** | | | | | | | | | |
| Cost of goods | - | - | - | - | - | 4,562 | 18,966 | 28,194 | 38,985 |
| Research and development | 57,217 | 65,519 | 61,174 | 68,795 | 64,233 | 72,235 | 75,846 | 79,639 | 83,621 |
| Sales and Marketing | - | - | - | 8,000 | 8,000 | 19,000 | 19,950 | 20,948 | 21,995 |
| General and administrative | 15,802 | 35,495 | 35,958 | 36,995 | 37,458 | 38,495 | 39,995 | 41,495 | 42,995 |
| Loss (Gain) on asset sales | 4 | (4) | (7) | - | - | - | - | - | - |
| **Total operating expenses** | 73,023 | 101,010 | 97,125 | 113,790 | 109,691 | 134,292 | 154,758 | 170,275 | 187,596 |
| **Operating Income** | (72,478) | (96,230) | (92,243) | (112,220) | (108,121) | (94,606) | 13,411 | 108,382 | 223,317 |
| Other income (expense) | | | | | | | | | |
| Net interest/other income (expense) | 1,426 | 6,455 | 4,473 | 2,044 | 1,373 | (230) | (103) | 983 | 4,242 |
| **Total other income** | 1,426 | 6,455 | 4,473 | 2,044 | 1,373 | (230) | (103) | 983 | 4,242 |
| **Pretax income (loss)** | (71,051) | (89,775) | (87,770) | (110,176) | (106,748) | (94,836) | 13,308 | 109,365 | 227,559 |
| Income tax benefit (expense) | - | - | - | - | - | - | 4,658 | 38,278 | 79,646 |
| **Net Income** | (71,051) | ($89,775) | ($87,770) | ($110,176) | ($106,748) | ($94,836) | $8,650 | $71,087 | $147,914 |
| Loss Per Share | ($1.72) | ($1.75) | ($1.71) | ($2.12) | ($2.06) | ($1.68) | $0.13 | $1.11 | $2.30 |
| Shares Outstanding (Basic) | 41,279 | 51,256 | 51,247 | 51,856 | 51,847 | 56,456 | 57,056 | 57,656 | 58,256 |
| Shares Outstanding (Diluted) | 50,079 | 57,356 | 57,347 | 57,956 | 57,947 | 62,556 | 65,856 | 63,756 | 64,356 |

Source: Company reports and CIBC World Markets Corp.



CIBC World Markets

8

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

# IMPORTANT DISCLOSURES:

**Analyst Certification:** Each CIBC World Markets research analyst named on the front page of this research report, or at the beginning of any subsection hereof, hereby certifies that (i) the recommendations and opinions expressed herein accurately reflect such research analyst's personal views about the company and securities that are the subject of this report and all other companies and securities mentioned in this report that are covered by such research analyst and (ii) no part of the research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by such research analyst in this report.

**Potential Conflicts of Interest:** Equity research analysts employed by CIBC World Markets are compensated from revenues generated by various CIBC World Markets businesses, including the CIBC World Markets Investment Banking Department within the Corporate and Leveraged Finance Division. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. CIBC World Markets generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, CIBC World Markets generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers.

In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, CIBC World Markets may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon.

Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.

## Important Disclosure Footnotes for Nuvelo, Inc. (NUVO)

1   CIBC World Markets Corp. makes a market in the securities of Nuvelo, Inc.



CIBC World Markets

9

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

**Companies Mentioned in this Report that Are Not Covered by CIBC World Markets:**

**Stock Prices as of 08/04/2006:**
Bayer (BAY-NYSE, $48.82, Not Rated)

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

# CIBC World Markets Price Chart



### HISTORICAL PERFORMANCE OF CIBC WORLD MARKETS' RECOMMENDATIONS FOR NUVELO, INC. (NUVO)

| Date | Change Type | Closing Price | Rating | Price Target | Coverage |
|---|---|---|---|---|---|
| 06/30/2004 | ▲●☐ | 9.62 | SP | 13.00 | Matt Geller, Ph.D. |
| 01/31/2005 | ▨ | 7.90 | R | - | Matt Geller, Ph.D. |
| 02/02/2005 | ▨ | 8.28 | SP | 13.00 | Matt Geller, Ph.D. |
| 08/04/2005 | ☐ | 9.09 | SP | 13.00 | Tariq Kassum, M.D. |
| 01/05/2006 | ▲● | 12.67 | SO | 19.00 | Tariq Kassum, M.D. |
| 02/03/2006 | ☐ | 16.55 | SO | 19.00 | Bret Holley, Ph.D. |
| 02/28/2006 | ▲ | 17.14 | SO | 20.00 | Bret Holley, Ph.D. |

CIBC World Markets

11

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

# CIBC World Markets' Stock Rating System

| Abbreviation | Rating | Description |
|---|---|---|
| **Stock Ratings** | | |
| SO | Sector Outperformer | Stock is expected to outperform the sector during the next 12-18 months. |
| SP | Sector Performer | Stock is expected to perform in line with the sector during the next 12-18 months. |
| SU | Sector Underperformer | Stock is expected to underperform the sector during the next 12-18 months. |
| NR | Not Rated | CIBC World Markets does not maintain an investment recommendation on the stock. |
| R | Restricted | CIBC World Markets is restricted*** from rating the stock. |
| **Sector Weightings**** | | |
| O | Overweight | Sector is expected to outperform the broader market averages. |
| M | Market Weight | Sector is expected to equal the performance of the broader market averages. |
| U | Underweight | Sector is expected to underperform the broader market averages. |
| NA | None | Sector rating is not applicable. |

**Broader market averages refer to the S&P 500 in the U.S. and the S&P/TSX Composite in Canada.
"Speculative" indicates that an investment in this security involves a high amount of risk due to volatility and/or liquidity issues.
***Restricted due to a potential conflict of interest.

### Ratings Distribution*: CIBC World Markets' Coverage Universe

| (as of 04 Aug 2006) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 317 | 39.7% | Sector Outperformer (Buy) | 167 | 52.7% |
| Sector Performer (Hold/Neutral) | 387 | 48.5% | Sector Performer (Hold/Neutral) | 182 | 47.0% |
| Sector Underperformer (Sell) | 66 | 8.3% | Sector Underperformer (Sell) | 34 | 51.5% |
| Restricted | 21 | 2.6% | Restricted | 19 | 90.5% |

### Ratings Distribution: Biotechnology Coverage Universe

| (as of 04 Aug 2006) | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Sector Outperformer (Buy) | 17 | 42.5% | Sector Outperformer (Buy) | 12 | 70.6% |
| Sector Performer (Hold/Neutral) | 23 | 57.5% | Sector Performer (Hold/Neutral) | 15 | 65.2% |
| Sector Underperformer (Sell) | 0 | 0.0% | Sector Underperformer (Sell) | 0 | 0.0% |
| Restricted | 0 | 0.0% | Restricted | 0 | 0.0% |

Biotechnology Sector includes the following tickers: AMGN, ARNA, ARQL, AVNR, BIIB, BIVN, CEPH, CRME, CTIC, CTRX, CVTX, CYPB, DNA, DOVP, DVAX, EXEL, FVRL, GILD, ICGN, KOSN, MEDI, MEMY, MLNM, MNTA, MYOG, NBIX, NRMX, NUVO, PDLI, PGNX, POTP, PXSL, RNAI, RNVS, SGEN, SGXP, THLD, TNOX, TRGT, VION.

*Although the investment recommendations within the three-tiered, relative stock rating system utilized by CIBC World Markets do not correlate to buy, hold and sell recommendations, for the purposes of complying with NYSE and NASD rules, CIBC World Markets has assigned buy ratings to securities rated Sector Outperformer, hold ratings to securities rated Sector Performer, and sell ratings to securities rated Sector Underperformer without taking into consideration the analyst's sector weighting.

2Q Update: Expect Ph.III Results for Alfimeprase to Drive Upside in 2H06 - August 04, 2006

# Legal Disclaimer

This report is issued and approved for distribution by (i) in the United States, CIBC World Markets Corp., a member of the New York Stock Exchange ("NYSE"), NASD and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the Investment Dealers Association ("IDA"), the Toronto Stock Exchange, the TSX Venture Exchange and CIPF, (iii) in the United Kingdom, CIBC World Markets plc, which is regulated by the Financial Services Authority ("FSA"), and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC (collectively, "CIBC World Markets"). This report is provided, for informational purposes only, to institutional investor clients of CIBC World Markets in the United States and Canada and retail clients of CIBC World Markets in Canada, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. This document and any of the products and information contained herein are not intended for the use of private investors in the United Kingdom. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc. The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited.

The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of CIBC World Markets. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitute for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. CIBC World Markets suggests that, prior to acting on any of the recommendations herein, Canadian retail clients of CIBC World Markets contact one of our client advisers in your jurisdiction to discuss your particular circumstances. Non-client recipients of this report who are not institutional investor clients of CIBC World Markets should consult with an independent financial advisor prior to making any investment decision based on this report or for any necessary explanation of its contents. CIBC World Markets will not treat non-client recipients as its clients solely by virtue of their receiving this report.

Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. CIBC World Markets accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to CIBC World Markets.

Information, opinions and statistical data contained in this report were obtained or derived from sources believed to be reliable, but CIBC World Markets does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by CIBC World Markets or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice.

Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser.

This report may provide addresses of, or contain hyperlinks to, Internet web sites. CIBC World Markets has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third-party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation ("FDIC"), the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2006 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved. Unauthorized use, distribution, duplication or disclosure without the prior written permission of CIBC World Markets is prohibited by law and may result in prosecution.



13