# Exhibit P

# Alfimeprase:
# Phase 2 Multi-center Trial (NAPA-I)

Safety and Activity of Alfimeprase for Catheter-Directed Thrombolysis in Patients with Lower Extremity Acute Peripheral Arterial Occlusion: Report of a Phase 2, Multi-Center, Multi-National, Open-Label, Dose-Escalation Study (NAPA-1)

Kenneth Ouriel, M.D. for the Alfimeprase HA002 Study Investigator

## Acute PAO: Magnitude and Management of "Leg Attack"

- Peripheral arterial occlusion (PAO) due to atherosclerosis
  - Incidence of 5% in men and 2.5% in women
  - Up to 15-20% of chronic PAO patients develop acute PAO

- **Acute PAO management goals**
  - Rapid restoration of arterial patency and blood flow
  - Limb preservation and avoidance of treatment complications

- **Acute PAO management options**
  - Open surgery (e.g., thrombectomy, arterial bypass, endarterectomy)
  - Catheter-directed procedures (e.g., thrombolysis, percutaneous mechanical thrombectomy, angioplasty/stenting)

## Acute PAO:
## Management Causal Chain (Pathway)

*Rapid restoration of arterial flow*[A] → *Identification of underlying lesions* → *Facilitation of endovascular treatment* → *Avoidance of open vascular surgery* → *Avoidance of perioperative complications* → *Avoidance of death*

*Limb salvage*

= time sensitive and critical step