# Exhibit P

# Limitations of Current Thrombolytic Agents (tPA, UK, and rPA)

Limitations:

- Dependency on adequate plasminogen supply
- May not work well on PAI-1 rich, platelet-rich, arterial clots
- Greater than 24 hour mean duration of treatment to achieve flow[1,2]
- Systemic "lytic state"
- Hypofibrinogenemia
- 5-16% incidence of major hemorrhage
- 1-2% incidence of intracranial hemorrhage (ICH)

*[1]Ouriel et al., JVIR 1994; [2]Ouriel et al., NEJM 1998*

# Alfimeprase: Novel Acting Thrombolytic



Key characteristics:

- A direct fibrinolytic
- Not plasminogen dependent
- Ability to lyse large clots in 1-4 hours
- Lytic activity confined to the site of drug delivery
- Not inactivated by PAI-1
- No systemic "lytic state" at clinically relevant doses
- Potentially less bleeding including less ICH

# Alfimeprase: Novel Acting Thrombolytic

## Systemic Inactivation of Alfimeprase by Alpha-2 Macroglobulin Allows for Potentially Fewer Side Effects

CATHETER

ALFIMEPRASE

DEGRADES FIBRIN

DISSOLVES THROMBUS

ALFIMEPRASE RAPIDLY INACTIVATED IN SYSTEMIC CIRCULATION

BLOOD VESSEL

# HA002 Alfimeprase PAO Phase 2: Dose Escalation Trial

Open-label, multi-center, multi-national study (US, UK, Russia, Hungary, and S. Africa)

ACUTE PAO Patient

alfimeprase (mg/kg)

0.1

0.3

0.6

R

0.3

0.6

**Primary objectives:**

- Adverse event (AE) rate
- Serious adverse event (SAE) rate
- Major bleeding (including ICH) rate

**Secondary objectives:**

- Determination of alfimeprase activity
- Open-surgery free survival
- Severity of interventions

# HA002: Methodology

## Subjects

- Adults > 18 years of age with acute PAO of the lower limb
- Onset of symptoms within 14 days of enrollment
- Ischemia severity of SVS/ISCVS class I or IIA

## Dosing

- Intrathrombus alfimeprase 0.1, 0.3, or 0.6 mg/kg via a slit-hole catheter with 1 mL/min manual pulses
- Divided dose with 2/3 and 1/3 of total dose given 2 hours apart

## Primary endpoint

- AE, SAE, and major hemorrhage rates up to 30 days after dosing

## Secondary endpoints

- Open-surgery free survival at 14 and 30 days
- Patency as defined by restoration of flow
- Increase in ankle-brachial index by $\geq 0.15$
- Reduction in severity of planned surgical interventions