# Exhibit P

# HA002: Alfimeprase in Acute PAO Final Safety Results

| Safety Measure | Alfimeprase 0.1 mg/kg N=16 | Alfimeprase 0.3 mg/kg N=49 | Alfimeprase 0.6 mg/kg N=48 | Alfimeprase total N=113 |
|---|---|---|---|---|
| Any SAE[1,2] | 25 % | 29 % | 48 % | 36.3 % |
| Major hemorrhages[3] | 0 % | 4 %[4] | 10 % | 6.2 % |
| Hypotension | 6 % | 2 %[4] | 19 % | 9.7 % |
| Peripheral embolism | 0 % | 2 % | 4 % | 2.7 % |
| ICH or Death | 0 % | 0 % | 0 % | 0 % |

1 65.9% of reported SAEs were deemed not related or unlikely to be related to study drug
2 Only 2.3% of SAEs were deemed to have a definite relationship to study drug
3 No major hemorrhages were deemed probably or definitely related to study drug
4 Not related to study drug

# HA002: Alfimeprase in Acute PAO Bleeding Events

**16 Bleeding Events (SAE Level)**

**7 Major Bleeds**

6 unrelated to study drug

1 possibly related to study drug (groin hematoma)

**9 Minor Bleeds**

3 possibly related to study drug

6 unrelated or unlikely to be related to study drug

SAE bleed defined as bleeding that is fatal; life-threatening; requires hospitalization; results in significant disability; or that poses significant medical hazard
Major bleed defined as bleeding that requires an operation or transfusion, results in death, or any ICH

# HA002: Alfimeprase in Acute PAO
## Final Activity Results (Intention to Treat) [1]

| Activity Measure | Alfimeprase 0.1 mg/kg N=16 | Alfimeprase 0.3 mg/kg N=49 | Alfimeprase 0.6 mg/kg N=48 | Alfimeprase total N=113 |
|---|---|---|---|---|
| 30-Day Open-Vascular-Surgery-Free Survival | 69 % | 61 % | 52 % | 58 % |
| Partial to complete clot lysis (grade 1, 2 or 3 patency) [2] | 50 % | 76 % | 73 % | 73 % |
| Restoration of Arterial Flow (grade 2 or 3 patency) [2] | 31 % | 55 % | 60 % | 54 % |
| Increase in ABI by ≥ 0.15 | 50 % | 74 % | 85 % | 78 % |

An interim analysis presented at Vascular 2004 included activity results for "evaluable subjects." The current presentation is based on intention to treat (ITT) analysis. In ITT, previously unevaluable angiograms are now considered as grade 0.

Patency classifications:
0=no thrombolysis, defined as no change in the occlusion from baseline
1=incomplete (partial) thrombolysis without flow
2=incomplete (partial) thrombolysis with flow
3=near-complete or complete thrombolysis with flow

# Resolution of "Leg Attack" (Left SFA Acute PAO)

Diagnostic (baseline) angiogram

2 hours after 1st dose

2 hours after 2nd dose

# HA002: Discussion

This final analysis of 113 subjects reveals that:

- Alfimeprase was generally safe and well-tolerated in acute PAO

- SAE, major hemorrhage, and hypotension rates were dose-related

- ICH and death rates were zero in this phase 2 study in acute PAO

- Hypotensive episodes were easily managed by standard therapy

- 52% to 69% of subjects were able to avoid surgical intervention

- Investigators reported thrombolysis rates up to 76% and restoration of arterial flow rates up to 60%, <u>4 HOURS</u> after initiation of therapy

- Based on an anatomic endpoint (restoration of flow) and a physiologic endpoint (increase in ABI), there was dose-related activity

- Alfimeprase warrants further study in subjects with "Leg Attack"