# EXHIBIT S



# Form 8-K

## NUVELO INC - NUVO

Filed: August 15, 2006 (period: August 10, 2006)

Report of unscheduled material events or corporate changes.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the

Securities Exchange Act of 1934

Date of earliest event reported: August 10, 2006

## Nuvelo, Inc.

(Exact Name of Registrant as Specified in Charter)

| Delaware | 000-22873 | 36-3855489 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

201 Industrial Road, Suite 310, San Carlos, CA 94070-6211

(Address of Principal Executive Offices) (Zip Code)

(650) 517-8000

(Registrant's telephone number, including area code)

N/A

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

# Table of Contents

ITEM 5.02.   DEPARTURE OF DIRECTORS OR PRINCIPAL OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF PRINC

SIGNATURES

**ITEM 5.02. DEPARTURE OF DIRECTORS OR PRINCIPAL OFFICERS; ELECTION OF DIRECTORS; APPOINTMENT OF PRINCIPAL OFFICERS.**

On August 10, 2006, Gary S. Titus resigned from his position as the Vice President Finance and Chief Accounting Officer of Nuvelo, Inc. as of September 1, 2006. H. Ward Wolff, Nuvelo's Chief Financial Officer, will serve as both Nuvelo's principal financial officer and principal accounting officer.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Nuvelo, Inc.**

(Registrant)

By: /s/ Ted W. Love, MD
    Ted W. Love, MD
    Chairman and Chief Executive Officer

August 14, 2006

Created by 10KWizard    www.10KWizard.com  Source: NUVELO INC, 8-K, August 15, 2006