# EXHIBIT U

SEC FORM 4

SEC Form 4                                                                                          Page 1 of 2

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL |  |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**1. Name and Address of Reporting Person**
PERRY MARK L
(Last)         (First)        (Middle)
C/O NUVELO, INC.
201 INDUSTRIAL ROAD, SUITE 310
(Street)
SAN CARLOS    CA    94070
(City)        (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
NUVELO INC [ NUVO ]

**3. Date of Earliest Transaction (Month/Day/Year)**
09/28/2006

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)
X Director              10% Owner
  Officer (give title   Other (specify
  below)                below)

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
  Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 09/28/2006 | | M | | 3,333 (1) | A | $9.12 | 3,333 | D | |
| Common Stock | 09/28/2006 | | M | | 7,500 (2) | A | $11.109 | 10,833 | D | |
| Common Stock | 09/28/2006 | | M | | 25,000 (3) | A | $6.5 | 35,833 | D | |
| Common Stock | 09/28/2006 | | M | | 15,000 (4) | A | $6.725 | 50,833 | D | |
| Common Stock | 09/28/2006 | | M | | 15,000 (5) | A | $14.66 | 65,833 | D | |

SEC FORM 4

Page 2 of 2

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This option is 50% exercisable as of the date of grant 10/13/03, 25% exercisable on 10/13/04 and 10/13/05 respectively
2. This option is 100% exercisable as of the date of grant 05/06/04
3. This option is 50% exercisable as of the date of grant 03/23/05 and 50% exercisable on the one year anniversary 03/23/06
4. This option is 100% exercisable as of the date of grant 05/24/05
5. This option is 100% exercisable as of the date of grant 05/24/06

**Remarks:**

Lee Bendekgey    10/02/2006
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

http://www.sec.gov/Archives/edgar/data/9076540000090765406000035/xslF345X02/edgar.xml    3/26/2007