# EXHIBIT AA

PHARMACEUTICAL STATISTICS
*Pharmaceut. Statist.* 2004; **3**: 61–63 (DOI:10.1002/pst.084)

# A note on sample size savings with the use of a single well-controlled clinical trial to support the efficacy of a new drug


SHORT NOTE

Patrick F. Darken*,† and Shu-Yen Ho
*ALTANA Pharma US, Florham Park, NJ & GlaxoSmithKline, RTP, NC*

*In terms of the risk of making a Type I error in evaluating a null hypothesis of equality, requiring two independent confirmatory trials with two-sided p-values less than 0.05 is equivalent to requiring one confirmatory trial with two-sided p-value less than 0.00125. Furthermore, the use of a single confirmatory trial is gaining acceptability, with discussion in both ICH E9 and a CPMP Points to Consider document. Given the growing acceptance of this approach, this note provides a formula for the sample size savings that are obtained with the single clinical trial approach depending on the levels of Type I and Type II errors chosen. For two replicate trials each powered at 90%, which corresponds to a single larger trial powered at 81%, an approximate 19% reduction in total sample size is achieved with the single trial approach. Alternatively, a single trial with the same sample size as the total sample size from two smaller trials will have much greater power. For example, in the case where two trials are each powered at 90% for two-sided $\alpha = 0.05$ yielding an overall power of 81%, a single trial using two-sided $\alpha = 0.00125$ would have 91% power. Copyright © 2004 John Wiley & Sons Ltd.*

## INTRODUCTION

In terms of the risk of making a Type I error in evaluating a null hypothesis of equality, requiring two independent confirmatory trials with two-sided $p$-values less than 0.05 is equivalent to requiring one confirmatory trial with two-sided $p$-value less than 0.00125. This is because only rejections in favour of the active over the control are used for approval ($0.00125 = 2 \times 0.025^2$).

Using one-sided testing, requiring two trials with $p$-values less then 0.025 is equivalent to requiring one trial with a $p$-value less then 0.000625.

It is stated in ICH E9 that the evidence from a single trial can be considered sufficient in some circumstances [1]. Examples may be cases where benefits on mortality are seen or where the disease is difficult to study. Additional potential acceptance is expressed in the CPMP Points to Consider document labelled 'Points to Consider on Application with 1. Meta Analyses; 2. One Pivotal Study' [2]. Given the potential acceptance of this approach, this paper seeks to answer the question of which is more economical from a sample size

*Correspondence to: Patrick F. Darken, ALTANA Pharma US, Florham Park, NJ & GlaxoSmithKline, RTP, NC.
†E-mail: patrick.darken@altanapharma-us.com

perspective in the traditional location-shift problem – a single large confirmatory trial or two smaller confirmatory trials.

## RESULTS

Asymptotic sample size and power formulae for the two-sample location-shift problem ($H_0 : \mu_1 = \mu_2$) are given below. The sample size per treatment group is given by

$$N = \frac{2(z_{\alpha/2} + z_\beta)^2 \sigma^2}{\Delta^2} \quad (1)$$

where $\alpha$ is the risk of a Type I error, $\beta$ is the risk of a Type II error, $\sigma^2$ is the between-subject variance, $z_p$ is the expected standard normal percentile for which $P(Z < z_p) = \Phi(z_p) = p$, and $\Delta$ is the effect size. The power is given by

$$1 - \beta = 1 - \Phi\left(z_{1-\alpha/2} - \frac{\Delta}{\sigma}\sqrt{\frac{N}{2}}\right) \quad (2)$$

We distinguish two approaches. In Approach 1, statistical approval requires one trial with two-sided $p$-value less than $\alpha_1 = 2(\alpha_2/2)^2$. In Approach 2, statistical approval requires two independent trials with two-sided $p$-values less than $\alpha_2$. In the two-trial framework, it is assumed that the effect size and variance are the same in both trial populations, and that power is maximized by assigning equal sample sizes to both trials.

### Comparing approaches

*Sample size*

To compare sample sizes, let $R$ be the ratio of sample size needed in Approach 2 (two trials) to provide equivalent power to Approach 1 (single trial). Now, letting $N_1$ denote the sample size for each treatment group in Approach 1 and $N_2$ denote the sample size for each treatment group in each study in Approach 2, we have, using equation (1):

$$R = \frac{2N_2}{N_1} = \frac{2(z_{\alpha_2/2} + z_{\beta_2})^2}{(z_{\alpha_1/2} + z_{\beta_1})^2} \quad (3)$$

Since $1 - \beta_2 = \sqrt{1 - \beta_1}$, $z_{0.025} = -1.96$, and $z_{0.000625} = -3.25$, $R$ can be plotted against power in the traditional $\alpha_2 = 0.05$ situation as shown in Figure 1. As can be seen, unless power less than 0.003 is required, the single trial approach requires a smaller sample size.

For the common 81% ($=0.90^2$) level commonly used to power clinical trials, $R = 1.234$, meaning that an approximate 19% reduction in sample size



Figure 1. *R* versus overall power.

can be achieved with the single trial approach. Note that 81% would be the necessary level at which to power a single large trial to take the same risk of making a Type II error as requiring significance in two smaller trials each powered at 90%. Other values of $\alpha$ and/or power can be easily explored using equation (3).

*Power*

To compare power, consider $N_1 = 2N_2$, that is, let the sample size of the single trial be twice the sample size of one of the two independent trials. Hence, $R = 1$. Now compare power by choosing alpha levels and solving for the betas.

For example, consider the same $\alpha_1$ and $\alpha_2$ as above (0.00125 and 0.05, respectively) and let $\beta_2 = 0.1$ (overall power 81%). Then equation (3) is used to yield $Z_{\beta_1} = -1.335$, which implies $\beta_1 = 0.091$ (power = 91%), an increase of 12%.

In addition to adding sensitivity to detect treatment effects on the primary endpoint, this additional power can facilitate the use of exploratory analyses and the examination of secondary endpoints and subgroups. Note that if a dichotomous covariate of interest has both levels occurring at approximately the same frequency, effects in the subgroups could be examined with reasonable power depending on adjustment for multiple comparisons.

## CONCLUSIONS

In the traditional two-sample location-shift testing framework, as power is increased, the percentage of sample size needed with the single trial approach relative to the two trial approach decreases. Alternatively, if the same total sample size is used, then the single trial approach will increase power.

The single confirmatory clinical trial approach provides an opportunity to substantially reduce sample size requirements and hence development costs or to increase power in phase III/IV clinical programmes.

### REFERENCES

1. International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use. *Statistical Principles for Clinical Trials*. 1998. www.emea.eu.int
2. EMEA. CPMP Points to consider on application with 1. Meta Analysis; 2. One pivotal study. EMA: London, 2001. www.emea.eu.int