1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   ELI R. GREENSTEIN (217945)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dennish@csgrr.com
   elig@csgrr.com
6
   Liaison Counsel
7
                                              SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                    ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                          JEFFREY S. NOBEL
   BARBARA A. PODELL                          NANCY A. KULESA
9  PHYLLIS M. PARKER                          One Corporate Center
   1622 Locust Street                         20 Church Street, Suite 1700
10 Philadelphia, PA  19103                    Hartford, CT  06103
   Telephone: 215/875-3000                    Telephone: 860/493-6292
11 215/875-4604 (fax)                         860/493-6290 (fax)
   ssavett@bm.net                             aschatz@snilaw.com
12 bpodell@bm.net                             jnobel@snilaw.com
   pparker@bm.net                             nkulesa@snilaw.com
13
   Co-Lead Counsel for Plaintiffs

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MJJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS BRIEFING |
| ALL ACTIONS. | |

1   WHEREAS, on December 21, 2007, defendants filed their motion to dismiss Lead Plaintiffs'
2   Consolidated Complaint for Violations of the Federal Securities Laws;
3   WHEREAS, Lead Plaintiffs' opposition to defendants' motion to dismiss is scheduled to be
4   filed on or before February 4, 2008 and defendants' reply is scheduled to be filed on or before March
5   5, 2008;
6   WHEREAS, due to the nature and number of the arguments raised by the defendants in the
7   motion to dismiss, Lead Plaintiffs believe they cannot completely respond to the motion to dismiss
8   within the 25 pages allotted in Civil Local Rule 7-4(b) of the Northern District of California;
9   WHEREAS, the parties have met and conferred about a page-limit extension that would
10  apply to plaintiffs' opposition and defendants' reply; and
11  WHEREAS, the parties are amenable, as a courtesy, to a page-limit extension;
12  NOW, THEREFORE, the undersigned parties, subject to approval of the Court, hereby
13  stipulate and agree as follows:
14      1.  Lead Plaintiffs' page limit for their opposition to defendants' motion to dismiss shall
15  not exceed 35 pages; and
16      2.  Defendants' page limit for their reply to plaintiffs' opposition to defendants' motion
17  to dismiss shall not exceed 20 pages.
18  IT IS SO STIPULATED.

19  DATED: January 24, 2008               COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
20                                          DENNIS J. HERMAN
                                            ELI R. GREENSTEIN
21
22
                                             /s/ Dennis J. Herman
23                                          DENNIS J. HERMAN

24                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
25                                          Telephone:  415/288-4545
                                            415/288-4534 (fax)
26
                                            Liaison Counsel
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS
BRIEFING - 3:07-cv-04056-MJJ                                                              - 1 -

| | |
|---|---|
| | BERGER & MONTAGUE, P.C.<br>SHERRIE R. SAVETT<br>BARBARA A. PODELL<br>PHYLLIS M. PARKER<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Telephone:  215/875-3000<br>215/875-4604 (fax) |
| | SCHATZ NOBEL IZARD, P.C.<br>ANDREW M. SCHATZ<br>JEFFREY S. NOBEL<br>NANCY A. KULESA<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>Telephone:  860/493-6292<br>860/493-6290 (fax) |
| | Co-Lead Counsel for Plaintiffs |
| DATED:  January 24, 2008 | COOLEY GODWARD KRONISH LLP<br>SCOTT D. DEVEREAUX (146050)<br>GRANT P. FONDO (181530)<br>JEFFREY KABAN (235743) |
| | /s/ Grant P. Fondo<br>GRANT P. FONDO |
| | 5 Palo Alto Sq.<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>Telephone:  650/843-5000<br>650/857-0663 (fax) |
| | Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer |

    I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS BRIEFING.  In compliance with General Order No. 45, X.B., I hereby attest that Grant P. Fondo has concurred in this filing.

                                                       /s/ Dennis J. Herman<br>                                                       DENNIS J. HERMAN

*   *   *

# **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STP00048643.doc

1                                                         <u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on January 24, 2008.

9

                                                   <u>/s/ Dennis J. Herman</u>

10                                                      DENNIS J. HERMAN

11                                             COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP

12                                             100 Pine Street, 26th Floor
                                            San Francisco, CA  94111

13                                             Telephone:  415/288-4545

14                                             415/288-4534 (fax)
                                            E-mail: dennish@csgrr.com @csgrr.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

- **Monique C. Winkler**
  e_file_sd@csgrr.com,shawnw@csgrr.com,travisd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
```

**Samuel Howard Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087