1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DENNIS J. HERMAN (220163)
   ELI R. GREENSTEIN (217945)
3  100 Pine Street, Suite 2600
   San Francisco, CA 94111
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  dennish@csgrr.com
   elig@csgrr.com
6
7  Liaison Counsel

                                           SCHATZ NOBEL IZARD, P.C.
   BERGER & MONTAGUE, P.C.                 ANDREW M. SCHATZ
8  SHERRIE R. SAVETT                       JEFFREY S. NOBEL
   BARBARA A. PODELL                       NANCY A. KULESA
9  PHYLLIS M. PARKER                       One Corporate Center
   1622 Locust Street                      20 Church Street, Suite 1700
10 Philadelphia, PA 19103                  Hartford, CT 06103
   Telephone: 215/875-3000                 Telephone: 860/493-6292
11 215/875-4604 (fax)                      860/493-6290 (fax)
   ssavett@bm.net                          aschatz@snilaw.com
12 bpodell@bm.net                          jnobel@snilaw.com
   pparker@bm.net                          nkulesa@snilaw.com
13
   Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MJJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [~~~~~~~~~] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS BRIEFING |
| ALL ACTIONS. | |

1  WHEREAS, on December 21, 2007, defendants filed their motion to dismiss Lead Plaintiffs'
2  Consolidated Complaint for Violations of the Federal Securities Laws;
3  WHEREAS, Lead Plaintiffs' opposition to defendants' motion to dismiss is scheduled to be
4  filed on or before February 4, 2008 and defendants' reply is scheduled to be filed on or before March
5  5, 2008;
6  WHEREAS, due to the nature and number of the arguments raised by the defendants in the
7  motion to dismiss, Lead Plaintiffs believe they cannot completely respond to the motion to dismiss
8  within the 25 pages allotted in Civil Local Rule 7-4(b) of the Northern District of California;
9  WHEREAS, the parties have met and conferred about a page-limit extension that would
10 apply to plaintiffs' opposition and defendants' reply; and
11 WHEREAS, the parties are amenable, as a courtesy, to a page-limit extension;
12 NOW, THEREFORE, the undersigned parties, subject to approval of the Court, hereby
13 stipulate and agree as follows:
14  1.  Lead Plaintiffs' page limit for their opposition to defendants' motion to dismiss shall
15 not exceed 35 pages; and
16  2.  Defendants' page limit for their reply to plaintiffs' opposition to defendants' motion
17 to dismiss shall not exceed 20 pages.
18  IT IS SO STIPULATED.

DATED: January 24, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
ELI R. GREENSTEIN

       /s/ Dennis J. Herman
       DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Liaison Counsel

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  January 24, 2008

COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
GRANT P. FONDO (181530)
JEFFREY KABAN (235743)


                    /s/ Grant P. Fondo
                   GRANT P. FONDO

5 Palo Alto Sq.
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  650/843-5000
650/857-0663 (fax)

Counsel for Defendants Nuvelo, Inc., Ted W. Love, Gary S. Titus, and Shelly D. Guyer

   I, Dennis J. Herman, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON MOTION TO DISMISS BRIEFING.  In compliance with General Order No. 45, X.B., I hereby attest that Grant P. Fondo has concurred in this filing.

                    /s/ Dennis J. Herman
                   DENNIS J. HERMAN

*    *    *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  1/28/2008                              _____
                                                THE HONORABLE MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE

T:\CasesSF\Nuvelo\STP00048643.doc