1  COUGHLIN STOIA GELLER
2     RUDMAN & ROBBINS LLP
   DENNIS J. HERMAN (220163)
3  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
4  San Francisco, CA 94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   dennish@csgrr.com
6  elig@csgrr.com

7  Liaison Counsel

                                                 SCHATZ NOBEL IZARD, P.C.
8  BERGER & MONTAGUE, P.C.                       ANDREW M. SCHATZ
   SHERRIE R. SAVETT                             JEFFREY S. NOBEL
9  BARBARA A. PODELL                             NANCY A. KULESA
   PHYLLIS M. PARKER                             One Corporate Center
10 1622 Locust Street                            20 Church Street, Suite 1700
   Philadelphia, PA 19103                        Hartford, CT 06103
11 Telephone: 215/875-3000                       Telephone: 860/493-6292
   215/875-4604 (fax)                            860/493-6290 (fax)
12 ssavett@bm.net                                aschatz@snilaw.com
   bpodell@bm.net                                jnobel@snilaw.com
13 pparker@bm.net                                nkulesa@snilaw.com

14 Co-Lead Counsel for Plaintiffs

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                            SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF DENNIS J. HERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| ALL ACTIONS. | |
| | DATE: March 25, 2008<br>TIME: 9:30 a.m.<br>COURTROOM: 11<br>JUDGE: Hon. Martin J. Jenkins |

I, DENNIS J. HERMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Transcript of Nuvelo's Conference Call, dated December 11, 2006;

Exhibit 2: Press Release titled, "Nuvelo and Bayer Healthcare Announce Phase 3 Trials of Alfimeprase in Patients With Acute Peripheral Arterial Occlusion and Catheter Occlusion Did Not Meet Primary Endpoints," dated December 11, 2006;

Exhibit 3: Stephan Moll, *et al. Safety and Efficacy of Alfimeprase in Subjects with Occluded Central Venous Access Devices*: The SONOMA-2 Study (December 2007), http://www.nuvelo.com/downloads/ASH_120607_FinalSmall.pdf; and

Exhibit 4: Fred A. Weaver, *et al.*, *Efficacy and Safety of Alfimeprase in Subjects With Acute Peripheral Arterial Occlusion ("PAO"): The NAPA Phase 3 Program* (January 24, 2008), http://www.nuvelo.com/products/alfimeprase/documents/MicrosoftPoint-ISETPresentation.ppt.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of February, 2008, at San Francisco, California.

                                                                            Dennis J. Herman
                                                                             DENNIS J. HERMAN

T:\CasesSF\Nuvelo\DEC00048944.doc

1                                    CERTIFICATE OF SERVICE

2         I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2008.

                                             s/ Dennis J. Herman
                                             DENNIS J. HERMAN

                                             COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                             100 Pine Street, 26th Floor
                                             San Francisco, CA  94111
                                             Telephone:  415/288-4545
                                             415/288-4534 (fax)

                                             E-mail:Dennish@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

- **Monique C. Winkler**
  e_file_sd@csgrr.com,shawnw@csgrr.com,travisd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

Samuel Howard Rudman
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747
```

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087