# Exhibit 1

2 of 2 DOCUMENTS

Copyright 2006 Voxant, Inc.
All Rights Reserved.
Copyright 2006 CCBN, Inc.
All Rights Reserved.
FD (Fair Disclosure) Wire

December 11, 2006 Monday

**TRANSCRIPT:** 121106ah.773

**LENGTH:** 5305 words

**HEADLINE:** Nuvelo Phase 3 Results Conference Call - Final

**BODY:**

   OPERATOR: Good day ladies and gentlemen and welcome to the Nuvelo Phase III results conference call. My name is Carissa and I will be your coordinator for today. At this time all participants are in a listen-only mode. We will be facilitating a question-and-answer session toward the end of today's conference. (OPERATOR INSTRUCTIONS).

   I would now like to turn the presentation over to your host for today's conference, Ms. Nicole Foderaro. Please proceed, ma'am.

   NICOLE FODERARO, IR, NUVELO: Thank you. I will now read the forward-looking statements for the company. Presentations by Nuvelo management on this conference call will include forward-looking statements regarding the timing and progress of Nuvelo's clinical program including the timing of the availability of data from Nuvelo's Phase III alfimeprase trials and the potential improvement or benefit that current and future clinical trial programs may demonstrate which statements are hereby identified as forward-looking statements for purposes of the Safe Harbor provided by the Private Securities Litigation Reform Act of 1995.

   Such statements are based on our management's current expectations and involve risks and uncertainties. Actual results and performance could differ materially from those projected in the forward-looking statements as a result of many factors including without limitations uncertainties relating to drug discovery; clinical development processes; enrollment rates for patients in our clinical trials; changes in relationships with strategic partners and dependence upon strategic partners for the performance of critical activities under collaborative agreements; the impact of competitive products and technological changes and uncertainties relating to our abilities to obtain funding.

   These and other factors are identified and described in more detail in Nuvelo's filings with the SEC including without limitation Nuvelo's quarterly report on Form 10-Q for the quarter ended September 30, 2006 and subsequent filings. We disclaim any intent or obligation to update these forward-looking statements.

   I will now turn the call over to Dr. Ted W. Love, Chairman and CEO of Nuvelo.

   DR. TED W. LOVE, CHAIRMAN AND CEO, NUVELO: Thanks to all of you for joining us today. Here with me today are members of the Nuvelo senior management team. As you are now aware, we and Bayer announced top-line data demonstrating that the Phase III clinical trial of alfimeprase in acute peripheral arterial occlusion, RPAO, known as NAPA-2, did not meet its primary endpoint of avoidance of open vascular surgery at 30 days of treatment.

In addition, the Phase III trial in catheter occlusion, or CO, known as SONOMA-2, did not meet the endpoint of restoration of function at 15 minutes. We have also temporarily suspended enrollment in the ongoing Phase III trials NAPA-3 and SONOMA-3 until further analysis and discussion with outside experts and regulatory agencies are completed.

To be clear, we are not ending either of the ongoing trials at this time. We were obviously disappointed in the outcomes of the NAPA-2 and SONOMA-2 trials particularly for the patients with acute PAO who have few treatment options. The NAPA-2 trial also did not meet its secondary efficacy and safety endpoints.

We are confident that the NAPA-2 study compliance and conduct were excellent. One of the key observations from the trial suggest the possibility that a significant number of patients mechanical manipulation resulted in disruption of the clot allowing runoff of alfimeprase beyond the clot with an activation by alpha-2 macroglobulin. This may have negatively impacted the alfimeprase ARM.

While the data from the SONOMA-2 trial show a statistically significant difference in the rate at which alfimeprase and placebo dissolved clots in venous catheters at 15 minutes, this result did not meet the high threshold established by the FDA for regulatory approval based on only one control trial. We and our partner Bayer will conduct further analysis and have discussions with the data safety monitoring board members, outside experts, and regulatory authorities to determine how to proceed with the development of alfimeprase in these indications including the possibility of alternative dosing and delivery.

Although these outcomes were unexpected, we have managed our business prudently and are well positioned financially to pursue our multiple acute cardiovascular and cancer development programs. We are still planning to initiate our Phase I trial with NU206 as well as our Phase II trial with rNAPc2 in metastatic colorectal cancer. We have also started IND enabling studies with NU172 for the potential use in acute medical procedures.

We ended the third quarter 2006 with approximately $157 million in cash and continue to have access to approximately $50 million in cash through our committed equity financing facility.

In conclusion, I would like to thank the investigators and patients that participated in the trials and our employees for their dedication to the development of this drug.

Operator, can you please poll for questions?

OPERATOR: (OPERATOR INSTRUCTIONS) Jim Birchenough with Lehman Brothers.

JIM BIRCHENOUGH, ANALYST, LEHMAN BROTHERS: Hi, Ted. Just I guess the first question is whether there was any evidence of thrombolytic effect of alfimeprase in either NAPA-2 or SONOMA-2 and what that evidence of thrombolytic effect was? I'm somewhat baffled based on the prior Phase II results that we wouldn't have seen any thrombolytic effect here. I'm just wondering whether you can characterize any positives that you saw in the trial results?

DR. TED W. LOVE: Hi, Jim. I'd be happy to try to do that. We don't want to get into too many of the details until we obviously have a DSMB go through all of this. But to get to your point, we definitely did see thrombolytic effect. We saw it at what would traditionally be considered a statistically significant rate in the SONOMA trial. But we had an agreement with the FDA that the P-value would be far lower than .05 which would be the traditional number. We were below that number. So we did see thrombolytic effect in catheter occlusion.

In PAO, we actually saw a very profound effect of placebo. And in fact I think the best we can guess at this point is that the mechanical disruption of the clot facilitated a very high rate of clot dissolution and clot resolution. And it may have also facilitated very rapid washout of alfimeprase really allowing it not to demonstrate any particular advantage over the placebo.

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

JIM BIRCHENOUGH: So based on that assessment, could you comment on where you stand for pursuing alfimeprase in stroke and DVT, whether we should expect continued development in those areas?

DR. TED W. LOVE: I think what we want to do at this point is complete the analysis of all the data that we've got both efficacy and safety in making informed decisions. We obviously have suspended the enrollment in SONOMA-3 and NAPA-3 and obviously would not initiate enrollment in any other program until we've worked through all of these questions.

JIM BIRCHENOUGH: Is there some possibility you might amend the protocol for NAPA-3 and SONOMA-3 based on what you learned from NAPA-2 and SONOMA-2?

DR. TED W. LOVE: That is certainly possible and I think that's one of the things that we'd like to look at. But of course we really want to do it after carefully going through this. And we really want to do it with the benefit of outside experts because we want to be clear that we are doing things with the highest integrity possible particularly around safety. We didn't see the kind of efficacy that we want to see in PAO clearly to really justify dosing additional patients.

JIM BIRCHENOUGH: Final question and I'll jump in the queue. You've obviously had a chance to discuss these results with Bayer. Could you characterize their commitment to the program?

DR. TED W. LOVE: Well I would say that you often find out in these collaborations how great of a partner you have when things are unexpected. And Bayer have been tremendous. We've been working with them really every hour. And I think their position is exactly as our position which is we remain committed to the drug and we remain committed to understanding the drug and figuring out if there is an appropriate pathway forward.

JIM BIRCHENOUGH: Thanks, Ted.

OPERATOR: Geoff Meacham of JPMorgan.

GEOFF MEACHAM, ANALYST, JPMORGAN: Good morning. Can you comment to the extent that you can if there were differences in the primary endpoint either NAPA or SONOMA on a geographic basis? Have you looked at the detail in that level?

DR. TED W. LOVE: Well that is one of the things that we are definitely looking at. But I would tell you that the trial conduct was excellent. It was in fact I think from a technical protocol compliance perspective, it's one of the best trials I have ever seen. So I don't think that is likely to be where things are but we still are looking at all those kind of issues and we've obviously only been looking at the data for a couple of days. So we still have more investigation to do. But that doesn't appear to be the primary issue.

GEOFF MEACHAM: And then were there any differences in the manufacturing process or formulation or the clinical materials whatsoever in the Phase III versus your prior Phase II materials?

DR. TED W. LOVE: No, all the material we've been using was manufactured by Amgen. And we during the conduct of the trial have actually been very compulsive about analyzing material all along. So we don't think this is an issue of the enzyme not working. Recall as I said in the SONOMA trial, we saw enzymatic activity. In the PAO trial I think the best explanation that we can really come up with is that the mechanical disruption by delivering a placebo facilitated clot [lapses] in placebo and may have facilitated drug washout with alfimeprase in which case the active enzyme would not have a chance to work before it can get activated by alpha-2 macroglobulin.

GEOFF MEACHAM: Okay, thank you.

OPERATOR: William Ho of Banc of America.

WILLIAM HO, ANALYST, BANK OF AMERICA: A quick question. You mentioned that you have to round up

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

with the DSMB. Were there any safety issues that in terms of a risk reward from safety versus efficacy that you saw? Or concerns?

DR. TED W. LOVE: Well one of the things are I always say with any active drug, you'll always have side effect profile. And one of the things that we're trying to do right now, William, is trying to really use external experts to help us really go through complicated issues of drug-relatedness or not, those are very complicated things, as you well know. So we really want to engage the DSMB, the FDA and outside experts in that process. We did see more bleeding in the alfimeprase ARM, apparently, and we went on to understand that better. We did not see any intracerebral hemorrhages in any of the trials.

WILLIAM HO: Were those -- was the bleeding at the entry site?

DR. TED W. LOVE: Again, I don't really want to get into specifics. But the bleeding was something that we need to go through very, very carefully and I actually don't have all the data in front of me. But the intent really is to let a DSMB go through all of this. Our intent, quite frankly, is to be fully transparent about this. I think one of the things that has occurred to me is this will probably be regarded as one of the seminal trials in PAO because of how well it was conducted, number one. But also because of the information that we're going to get from the trial about how simply putting a catheter and squirting in placebo made the effect of that in these patients.

So we really want to make sure we go through this data carefully, interpret it carefully with the help of outside experts and then fully and transparently present but not prematurely.

WILLIAM HO: Thank you.

OPERATOR: Bret Holley of CIBC World Markets.

BRET HOLLEY, ANALYST, CIBC WORLD MARKETS: A lot of my questions have been answered. I guess the question I would have now is whether this outcome really accelerates your plans for additional in-licensing and how you are thinking about that at this point in the game?

DR. TED W. LOVE: Well, I think we've always thought about in-licensing more candidates. I think we've done a good job here at the company of building a nice portfolio. We do obviously have a portfolio that we can focus on but I think we would look at more opportunities because that has been our course heretofore and I think this certainly would probably increase our interest in looking at something, yes.

BRET HOLLEY: Is it, can you characterize whether you have any late stage discussions or kind of how fast or how soon we can expect to see any kind of movement on that front?

DR. TED W. LOVE: No I really couldn't. As you well know BD discussions has another partner on the other side and you don't have control of that. So we really don't comment on those until we have something definitive to say.

BRET HOLLEY: All right. Fair enough. Thank you.

OPERATOR: George Farmer of Wachovia Securities.

GEORGE FARMER, ANALYST, WACHOVIA CAPITAL MARKETS: Thanks for taking my question. Ted, do you think this data argues for use? I mean you touched on this before, for use of mechanical disruption in breaking down clots in the leg. And can you also comment as to the bleeding rate in the placebo ARM of the trial?

DR. TED W. LOVE: So to be clear, its always been known that mechanical devices can work and probably what mechanical devices do is increase the surface area of the clot which is in contact with uncoagulated blood and that facilitates much like breaking an ice cube apart would facilitate dissolution in water. And there was surprisingly a significant amount of that at least based upon what we've seen with the simple introduction of a drug delivery catheter.

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

I think that mechanical thrombolysis does work. I think it has been known to work. I don't think people felt that this minimal amount of mechanical thrombolysis would work as well as it did. I do think however though that adding a drug that would work and stay at the site and dissolve the clot would be dramatically better than mechanical thrombolysis.

GEORGE FARMER: And bleeding in the placebo ARM. Can you comment on that?

DR. TED W. LOVE: We saw bleeding in both ARMs. We did see more in the alfimeprase ARM and again, that is one of the things that we're trying to work through in terms of drug related, [NIFs] or not, etc. But we did see bleeding in both ARMs.

GEORGE FARMER: Okay, thanks.

OPERATOR: [Kim Lee] of Pacific Growth Equities.

KIM LEE, ANALYST, PACIFIC GROWTH EQUITIES: Thanks for taking the question. What is the status of initiation of the Phase II trials in stroke and DVT?

DR. TED W. LOVE: So as I mentioned we put the enrollment of all the trials with alfimeprase on hold. And we really want to work carefully through all the data that we've got before we move forward with any of the -- any further enrollment in NAPA-3 or SONOMA-3 or any of the other programs. So all those programs will wait for review of all the data.

KIM LEE: Thank you.

OPERATOR: Jason Zhang of Prudential.

JASON ZHANG, ANALYST, PRUDENTIAL: A couple questions, Ted. One, is your mission in the acute PAO trial; the placebo is doing better I guess because of the mechanical devices work somehow. I was just wandering across the trial, are the devices used uniform or is it really based on physicians' choice? And also how are those devices used in the Phase III trial different than the ones used in the Phase II trial?

DR. TED W. LOVE: Right. So let me explain begin. This wasn't mechanical device effect. This was simply the effect of putting the drug delivery catheter in and giving placebo that was not a mechanical device. It was a simple drug delivery blend that had the effect we would imagine of mechanically disrupting the clot and facilitating the clot life. So this was not a mechanical device. This was simply the drug delivery catheter itself.

JASON ZHANG: Was the catheter used in the Phase III trial the same as the one that used in the Phase II trial?

DR. TED W. LOVE: Yes it was.

JASON ZHANG: Okay. And the second question I have is we all know that patient base line may have a great deal of impact on outcome. And particularly in the Phase II trial some of the formal tPA studies where acute PAO seems to be found but the chronic PAO doesn't seem to respond to a (indiscernible) like this. So I wonder whether you have any information on whether you were able to restrict the patient to only those who have seven days or less of attack and whether you actually have some patients that were more on the chronic side? And maybe that somehow you don't get the data you want?

DR. TED W. LOVE: It's a good point; all your points are very good. We actually knew all of that obviously going into the trial and those issues were designed into the trial. So we only took acute PAO patients as defined by previous thrombolytic trials as benefiting from reperfusion therapy. So we did have the right patient population in the trial.

JASON ZHANG: Okay thanks.

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

OPERATOR: Jonathan Aschoff of Brean Murray.

JONATHAN ASCHOFF, ANALYST, BREAN MURRAY: I was wondering what percentage of NAPA-3 and SONOMA-3 are enrolled? Can you tell us that?

DR. TED W. LOVE: Sure. I don't have the exact numbers in front of me but I believe we have approximately 100 patients in the NAPA-3 trial and approximately 250 in SONOMA-3.

JONATHAN ASCHOFF: Okay, I just wanted to understand what was involved if you were to change them in some way and continue. Thanks a lot.

DR. TED W. LOVE: You're welcome.

OPERATOR: Maged Shenouda of UBS.

MAGED SHENOUDA, ANALYST, UBS: Thanks for taking my questions. Most have been answered. But, Ted, you mentioned that you would have hit the primary endpoint in SONOMA-2 if the standard P-value was used; that is a P of .05. I'm just wondering what you saw in subsequent looks beyond the 15 minutes? Did you see improvement in efficacy at that point? And what I'm leading to here is could you possibly use more alfimeprase to hit the primary endpoint in subsequent trials?

DR. TED W. LOVE: Maged, your speculation is actually quite accurate. Over time we did see a continuing separation of the opening rates between placebo and alfimeprase in SONOMA-2. And I do think that the speculation might be that we could get even better opening rates, more rapid opening with a higher dose. But that is the kind of thing that we want to look at all the data and think through carefully. And that is part of our decision for how we may or may not go forward.

MAGED SHENOUDA: But I guess the resistance here is if I take that one step further to say NAPA-3 and just a revision there, the resistance would be that you have increased bleeding. And what I'm hearing is that you saw more bleeding than you previously anticipated. So maybe you can just talk through the cutoffs for bleeding and what would stop you from moving to a higher dose in PAO?

DR. TED W. LOVE: Well, I actually didn't say that we saw more bleeding than we expected.

MAGED SHENOUDA: Okay.

DR. TED W. LOVE: What I said is that there was more bleeding in the alfimeprase ARM than in the placebo ARM. What I think we really want to do, Maged, is go through those bleeds and understand those bleeds well because some of those bleeds will likely be determined to be clearly unrelated. But it is not a good idea for the company to really be trying to do those kinds of determinations. Our number one focus obviously is excellent science and primary focus on patient safety. And the best way that the company does that is to leverage outside independent expertise particularly for understanding safety.

MAGED SHENOUDA: Okay. Thank you.

OPERATOR: Shiv Kapoor of Montgomery & Company.

SHIV KAPOOR, ANALYST, MONTGOMERY & CO.: Thanks for taking my questions. Let me start with one on bleeding. You mentioned there was a little more bleeding in the alfimeprase ARM. Can you confirm if there were any intracerebral hemorrhage?

DR. TED W. LOVE: So we don't want to comment on the amount of bleeding because we want the numbers to really be properly adjudicated and thought through by a DSMB. But we did not see any intracerebral hemorrhage in any

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

of the trials in either of the ARMs.

SHIV KAPOOR: Okay. Second question on the endpoint. Can you remind us what exactly the primary endpoints were? And the secondary endpoints, and whether you saw any signals in the secondary endpoints?

DR. TED W. LOVE: So starting with catheter occlusion in SONOMA-2, the primary endpoint was the rate of restoration of catheter function at 15 minutes. And in that trial the efficacy endpoints were primarily looking at the rate of opening at subsequent time points. And obviously the safety endpoints would be essentially everything, you're essentially looking for any potential safety signals.

In the NAPA-2 trial, the primary endpoint was avoidance of open vascular surgery 30 days after randomization. The primary efficacy endpoints were related to angiography in terms of resolution or dissolution of the clot. And the safety endpoints were obviously focused on any kind of safety events with a particular focus obviously on bleeding and hypertension since hypotension was a safety signal that we had seen in Phase II.

SHIV KAPOOR: Where there any important secondary endpoints in NAPA-2?

Dr. Ted m W. Love: The NAPA-2 endpoints, those are the once I was just mentioning. The restoration of flow and looking at bleeding as well as hypotension and essentially you collect all the safety events and try to analyze them at the end of the trial.

SHIV KAPOOR: What I'm trying to understand is are there other data points apart from the avoidance of surgery that can give us clues about how similar this was to the Phase II and how you can design more trials to actually have success here?

DR. TED W. LOVE: Well, I don't want to get into all the specifics of the data because what we want to do is to not present the data in any kind of piecemeal way. We really want to understand the data thoroughly and present it in a way that people can walk away with a real sense of what it means. But the primary reason that you would expect a patient to avoid surgery is because you resolve their clot and they get restoration of blood flow. That really is the main signal that we focused on and that was the primary endpoint of our Phase II program. So we did look at that program and we can compare those numbers back to Phase II but we are not talking about those numbers right now.

What I have said is that we saw a much, much higher rate of restoring blood flow with placebo than anyone that I've ever talked to whether it be a scientist, physician, anywhere around the world would have expected. So we saw a high rate of opening with simple introduction of the drug to deliver catheter and installation of placebo.

SHIV KAPOOR: Thanks.

OPERATOR: Caroline Stewart of Piper Jaffray.

CAROLINE STEWART, ANALYST, PIPER JAFFRAY: Good morning. I just wanted to -- most of my questions have been answered but I just had a quick follow up. In the Phase II, you had angiograms taken at base line and then at a time point after the first bolus and after the second bolus. Was that also true for this Phase III study?

DR. TED W. LOVE: We definitely had angiograms at base line and we had angiograms at four hours. I can't recall specifically. Michael we -- we did --

MICHAEL LEVY, SVP OF RESEARCH AND DEVELOPMENT, NUVELO: Yes.

DR. TED W. LOVE: Yes, we had them at two hours as well.

CAROLINE STEWART: Can you comment on what you might have seen I guess and the angiograms following the first bolus? Because I know you give the dose two-thirds up front. And then my question is did everybody including

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

the placebo ARM get a second bolus whether it was alfimeprase or placebo? Did they get the second one-third dose?

DR. TED W. LOVE: Yes, they did, they did. The protocol compliance, Caroline, was remarkably outstanding. In fact I think that is one of the things that I really want to highlight in terms of how these investigators conducted themselves and how the CRO and our employees did in terms of managing the trial. The trial was really extremely well conducted. I'm very confident that this is not an artifact of poor conduct in terms of the trial.

CAROLINE STEWART: Okay. And then I guess just one I'd double check. There is no callback provision for the buyer deal is there on the up front?

DR. TED W. LOVE: No, there is not.

CAROLINE STEWART: Okay. Thanks.

OPERATOR: Maged Shenouda of UBS.

MAGED SHENOUDA: Thanks for allowing the follow-up. Just in terms of absolute magnitude of effect of restoration of blood flow or avoidance of surgery at 30 days. Can you comment on whether that was similar to the Phase II data set with alfimeprase?

DR. TED W. LOVE: We're trying to specifically avoid getting rates out there. But I can tell you that overall in the trial the avoidance of surgery, it was about what one would have expected based upon extrapolation of the efficacy rates that we would have expected for the drug and limited efficacy with placebo. But as it turned out that the placebo rate was much, much, much higher than anyone would have expected. But we are not getting into actual numbers because we really want to make sure that those numbers are very, very carefully thought through and worked through before we present them.

MAGED SHENOUDA: Okay, so this was just largely a difference in the placebo effect rather than a difference in what you would have expected, just to be clear, with alfimeprase?

DR. TED W. LOVE: No. What I was trying to be clear on is that we actually did not see the level of clot dissolution that we would have expected with alfimeprase, that we would have expected. And we think that may be because the mechanical disruption of the clot immediately facilitated blood flow through the clot and wiped the drug out of the clot very quickly. So it didn't really allow the drug to have much more efficacy over the pretty high risk that we already saw with placebo.

MAGED SHENOUDA: Okay, thank you.

OPERATOR: Jim Birchenough of Lehman Brothers.

JIM BIRCHENOUGH: So just wondering, is there any way of knowing whether physicians are targeting intra thrombus delivery of alfimeprase over shot and one on the other side of the thrombus? Is that one of the things you might be suggesting?

DR. TED W. LOVE: We don't think that is likely to be the case. That could be the case but if you just look at the data and see the -- ultimately you will see the rate of clot dissolution with putting the drug catheter in. I think the more likely speculation is that we immediately by putting the catheter in and mechanically disrupting the clot possibly with placebo or drug begin to create channels through the clot and I think the more likely explanation is that that facilitated drug wipeout from the clot and also facilitated spontaneous clot lapses in placebo.

JIM BIRCHENOUGH: So I'm just trying to understand why that might not have happened in the Phase II experience where it seems that you had higher thrombolysis rates?

Nuvelo Phase 3 Results Conference Call - Final FD (Fair Disclosure) Wire December 11, 2006 Monday

DR. TED W. LOVE: I think it probably did but that's the kind of stuff we need to go through. I actually think it did probably happen in Phase II. And when we were seeing it, when we were seeing high rates of opening, we expected that was all due to drug.

JIM BIRCHENOUGH: So is it fair to say that other trials for tPA in urokinease have not instilled drug or placebo directly into the clot in retrospect? Is that probably the biggest mistake here and does it make the case that if this is developed further you will not do intra thrombus delivery but pre-thrombus?

DR. TED W. LOVE: So, if I want to make sure, Michael Levy has a chance to add to the question. But the previously conducted trials in PAO have never used a placebo control. And one of the challenges for a plasminogen activator has been the rate at which they open is so slow that no one has ever even tried to use a placebo-control. We had felt that the rate of opening with alfimeprase really allowed us to use that control and so this really is the first data that gives that data. But I think Michael Levy may have something to add.

MICHAEL LEVY: No, I think you've captured the situation well and you reminded people that we did not have a placebo in our Phase II trial. With respect to the second part of your question on different ways forward, obviously we are still looking at that with our partner Bayer and plan to be discussing those very issues with external experts and with regulators. But as you suggest, we will look at the possibility of delivering the drug in either ways perhaps perithrombus or using a variety of other techniques to localize the drug to the site of the clot and allow it a chance to work before it dissolves into the bloodstream.

JIM BIRCHENOUGH: And just on bleeding, just to sum up there. Could you compare bleeding rates that you saw here with what we've seen with tPA in urokinease? Clearly the rates were higher than placebo but were they in line with what you might in fact expect with a systemic [lytic] effect or better?

DR. TED W. LOVE: It's really pretty impossible for us to be comparing your cross trials. What I really want to do is to make sure that we just maintain the discipline to let the appropriate safety analysis be done and then come out with all that data in block rather than kind of drilling it out because we are still looking at a lot of issues. And as you well know, it is a very complicated analysis.

JIM BIRCHENOUGH: And then just finally, presumably you would like to present this at some conference. Any idea at this point what the most appropriate form would be?

DR. TED W. LOVE: No. We are definitely going to try to get it out as soon as possible. But we don't know the appropriate format at this point.

JIM BIRCHENOUGH: Okay, thanks.

OPERATOR: At this time this concludes the question-and-answer session of this call. I would now like to the call back over to Dr. Ted W. Love for closing remarks.

DR. TED W. LOVE: I'd simply like to close by thanking you all for joining us today.

OPERATOR: Thank you for your participation in today's conference. This concludes the presentation. You may now disconnect. Good day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any

forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**LOAD-DATE:** January 9, 2007