# Exhibit 3

**1866** (Publication No.)

# Safety and Efficacy of Alfimeprase in Subjects with Occluded Central Venous Access Devices: The SONOMA-2 Study

Stephan Moll[1], Nashat Gabrail[2], Jim Buchanan[3], Mohammad Hirmand[3], Michael Levy[3], Ralph Zitnik[3]

[1] University of North Carolina School of Medicine, Chapel Hill, NC; [2] Gabrail Cancer Center, Canton, OH; [3] Nuvelo, Inc., San Carlos, CA

## Abstract

**INTRODUCTION**

The infusion of chemotherapy and blood products is facilitated by central venous access devices (CVAD), and the occurrence of thrombotic CVAD occlusion results in delays in these clinical therapies. Alfimeprase is a direct-acting thrombolytic agent with the potential to rapidly re-establish catheter function.

**METHODS**

SONOMA-2 was a multicenter, multinational, randomized, double-blind, placebo-controlled Phase 3 study evaluating the efficacy and safety of alfimeprase in subjects with occluded CVADs. Subjects were randomized in a 3:1 ratio to receive either intra-luminal alfimeprase (A) or a dose of 3.0 mg or placebo (P). Study drug was delivered in a total volume of 2 mL. If re-establishment of catheter function was not established within 30 minutes, a second dose of the same study drug was instilled and allowed to dwell for an additional 30 minutes. Re-establishment of catheter function was assessed by an attempt to withdraw 3 mL of blood and infuse 5 mL of saline. The primary efficacy endpoint was re-establishment of a functional CVAD at 15 minutes past first infusion. The primary efficacy analysis prespecified a significance level of ≤ 0.00125.

**RESULTS**

A total of 353 patients (261 [A], 192 [P]) were randomized into the study. Treatment groups were well balanced at baseline with respect to overall demographics, catheter insertion site, and median days since last failed infusion or blood draw. The primary efficacy endpoint, re-establishment of a functional CVAD at 15 minutes past first infusion, was achieved in 54.5% (A) versus 31.4% (P) of subjects (p = 0.012). The cumulative proportion of subjects with re-establishment of a functional CVAD at 30 minutes past first or second infusions was 51.1% (A) and 30.4% (P) (p = 0.0002). Rates of adverse events (60.8% [A], 59.4% [P]), serious adverse events (10.5% [A], 16.8% [P]), and hemorrhagic adverse events (3.6% [A], 10.9% [P]) were comparable between treatment groups. No intracranial hemorrhages were observed.

**CONCLUSIONS**

Alfimeprase restored CVAD function in a numerically greater fraction of subjects than did placebo; however, the study did not achieve statistical significance for the primary endpoint at the prespecified p-value of ≤ 0.00125 necessary for demonstrating efficacy with a single pivotal study. Alfimeprase was well tolerated. Further clinical studies are underway that evaluate a higher and more concentrated alfimeprase dose which prevelinical studies predict will result in greater efficacy. Alfimeprase remains a promising potential candidate for use in patients with CVAD occlusion.

## Background

The infusion of chemotherapy, antibiotics, parenteral nutrition, and blood products as well as the frequent sampling of venous blood for laboratory testing are often facilitated by central venous access devices (CVADs). Although the most commonly implanted CVADs are manufactured of materials that have been shown to have minimal thrombogenicity, CVADs become occluded as a result of thrombosis. Catheter occlusion often necessitates the removal, exchange, or stripping of the catheter, resulting in a delay of therapy.

Alfimeprase is 22.6 kDa genetically modified form of fibrolase produced through recombinant technology from the yeast *Pichia pastoris*. Alfimeprase and fibrolase have similar fibrinolytic activity.



Alfimeprase directly degrades fibrinogen and fibrin and is not plasminogen-dependent.



- Alpha-2-Macroglobulin rapidly inactivates alfimeprase
- Alpha-2-macroglobulin is a prevalent protease inhibitor found in mammalian serum
  - Through a "Venus fly-trap" interaction, alfimeprase and alpha-2-macroglobulin combine in a 1:1 molar ratio
  - Once bound by alpha-2-macroglobulin, alfimeprase is sterically hindered from further fibrinolytic activity
  - Binding of this complex occurs rapidly and is irreversible

Reference: Toombs CF (Vascunova). 2001; 51:141-151. Jones A, et al. Thromb Thrombolysis. 2001; 12:169-1341.

A Phase 1, randomized, double-blind, active-controlled, dose-ranging study compared the safety and efficacy of at 1 incertiveness of alfimeprase (0.3 mg, 1.0 mg, or 3.0 mg) or aliteplase 2 mg in re-establishing patency in occluded CVADs. Alfimeprase produced rapid catheter reopening at all tested doses. In this study the 3.0 mg alfimeprase dose produced the fastest opening and the highest patency rate. All tested doses of alfimeprase were well tolerated. Accordingly, a dose of 1 mg instilled in 5 mL (1.5 mg/mL) was taken forward into the Phase 3 program. The present study was conducted to evaluate alfimeprase compared with placebo in subjects with occluded CVADs.

Reference: Moll S, Kenyon P, Bertoli L, et al. Phase II trial of alfimeprase, a nonclotting fibrin degradation agent, for occluded central venous access devices. J Clin Oncol. 2006; 24(19):3056-3060.

## Methods

**STUDY DESIGN**



- Phase 3, multicenter, multinational, randomized, double-blind, placebo-controlled, parallel-group trial to compare the efficacy and safety of intraluminal alfimeprase 3 mg versus placebo in approximately 300 subjects with occluded CVADs.
- Eligible subjects were randomized in a 3:1 ratio to receive intraluminal alfimeprase 3 mg or placebo, each delivered in 2 mL (1.5 mg/mL).
- If CVAD function was not re-established 30 minutes after the initial instillation of study drug, the subject received a second instillation of the same dose of the same study drug. (see figure above).
- Re-establishment of catheter function was assessed by an attempt to withdraw 3 mL of blood and infuse 5 mL of sterile saline at 5, 15, and 30 minutes after instillation of a single dose of study drug.

**PRIMARY ENDPOINT**

- Re-establishment of a functional CVAD 15 minutes after the initial instillation of study drug

**SECONDARY ENDPOINTS**

- Re-establishment of a functional CVAD 30 minutes after the initial instillation of study drug
- Cumulative re-establishment of a functional CVAD 30 minutes after 1 or 2 doses of study drug

**MAJOR INCLUSION CRITERIA**

- The subject (or legally acceptable representative) must have given written informed consent
- Hemodynamically stable

**MAJOR EXCLUSION CRITERIA**

- Inability to infuse at least 1 mL of saline through the catheter
- Catheter placed < 48 hours prior to detection of occlusion
- Catheter used for hemodialysis or pheresis
- < 18 years of age
- Evidence of mechanical or nonthrombotic occlusion
- Receipt of any thrombolytic agent within 24 hours of randomization

**STATISTICAL ANALYSIS**

- The primary efficacy analysis was conducted at a p = 0.00125. All other statistical tests were conducted at α = 0.05.
- The safety population used for all safety reporting and analysis included all subjects who received at least 1 dose of study drug.
- The intent-to-treat (ITT) population included all subjects randomized to study drug.
- For the primary efficacy endpoint, the null hypothesis of no difference in proportion of subjects with re-establishment of a functional CVAD 15 minutes after the initial instillation of alfimeprase or placebo was tested against a 1-sided alternative of a difference by comparing the proportion of success between the treatment arms using Pearson's chi-square test.

## Results

**SUMMARY OF PRIMARY AND BASELINE CHARACTERISTICS**



**CENTRAL VENOUS ACCESS DEVICE HISTORY**





**SUBJECT DISPOSITION**





**SUMMARY OF PRIMARY AND SECONDARY EFFICACY ENDPOINTS** (Intent-to-treat Population)



**PATENCY RATES**



**OVERALL SAFETY SUMMARY**



**ADVERSE EVENTS**

**CARDIOVASCULAR ADVERSE EVENT ANALYSIS**

Review of adverse events by System Organ Class (SOC) and Preferred Term revealed an excess of events in the Cardiac Disorders SOC among alfimeprase recipients compared to placebo (6.7% vs. 3.6%, respectively).

A review of baseline medical histories identified an imbalance in a number of cardiac conditions that appeared more frequently in the alfimeprase group. Specifically, these included myocardial infarction, myocardial ischemia, coronary artery disease and hypertension. Diabetes, a risk factor for cardiovascular disorders, was more frequent among alfimeprase recipients.

**BASELINE MEDICAL HISTORIES** (more frequent)



Data were evaluated using a multivariate logistic regression analysis of cardiac events, treatment assignment and baseline cardiac conditions including coronary artery disease, hypertension, diabetes, myocardial infarction and myocardial ischemia. In this model, only baseline presence of coronary artery disease was significantly associated with cardiac events (p = 0.0007). When the data were adjusted for the presence of coronary artery disease, there was no association between treatment assignment and cardiac events (p = 0.1734).

**SUMMARY**

- The primary endpoint met the standard level of statistical significance for hypothesis testing with placebo-treated subjects having catheter function restored at 15 minutes after the first infusion (54.5% versus 31.6%, p = 0.0130) but the difference did not meet the predefined statistical criterion for registration with the FDA with one pivotal study (p = 0.00125).
- A higher proportion of alfimeprase-treated subjects than placebo-treated subjects had catheter function restored at 30 minutes after the first infusion (57.1% versus 33.5%, p = 0.0154; p < 0.05) and 30 minutes after the first or second infusion (53.7% versus 30.4%, p = 0.0002; p < 0.05).
- Adverse events were reported for 63.6% of subjects in the alfimeprase group and 59.4% in the placebo group. Most adverse events were mild or moderate.
- Cardiac-related events were reported at a higher rate in the alfimeprase group than the placebo group, 6.7% versus 3.6%. Multivariate analyses indicated that the excess of cardiac-related events in the alfimeprase group can be explained by an imbalance in the distribution of subjects with coronary artery disease at baseline.
- Serious adverse events were reported for 15.5% of subjects in the alfimeprase group and 16.8% of subjects in the placebo group, including 6 subjects in the alfimeprase group (6.1%) and 1 subject in the placebo group (0.6%). None of the serious adverse events were considered related to study drug.
- Hemorrhagic events were reported for 3.6% of subjects in the alfimeprase group and 10.9% of subjects in the placebo group, with no events in the alfimeprase group considered related to study drug.
- There were no notable changes in clinical laboratory tests or vital signs in either treatment group. One subject in the alfimeprase group was positive for anti-alfimeprase antibodies at both baseline and day 30.

## Conclusions

- The primary endpoint met the standard level of statistical significance for hypothesis testing, although it failed to achieve the stringent criteria in the prespecified analysis. Alfimeprase was active in clearing catheters at the dose tested, and was generally well tolerated.

- An unpublished interim analysis of 349 subjects in SONOMA-2, a second open-label study of alfimeprase in catheter occlusion, performed using the same dosing paradigm (3 mg alfimeprase in 2 mL, repeated after 30 minutes if needed) revealed very similar opening rates, and a favorable adverse event profile, including a cardiovascular event rate for alfimeprase that was similar to the placebo group in the currently reported study.

- Preclinical data as in vitro clot lysis rates reveal greater activity at higher alfimeprase concentrations (data on file, Nuvelo, Inc.)

- In order to determine whether a higher dose and concentration will improve clinical effectiveness, while maintaining a favorable risk-benefit profile, the open-label study has been modified to test a single dose of 10mg in 2mL (5mg/mL). 148 additional patients will be studied. If the results reveal a more compelling profile, further controlled studies at the higher dose will be initiated.

- Alfimeprase remains a promising potential candidate for use in patients with CVAD occlusion.

**INVESTIGATORS**