# Exhibit 4

# Efficacy and Safety of Alfimeprase in Subjects with Acute Peripheral Arterial Occlusion (PAO): The NAPA Phase 3 Program

Fred A. Weaver, Bruce A. Perler, Michael D. Levy, James Buchanan, Susan M. Begelman, Anthony J. Comerota

**Purpose:** Evaluate efficacy and safety of intra-thrombus alfimeprase (ITA), a direct-acting fibrinolytic agent, in the treatment of acute PAO.

**Methods:** NAPA-2 was a multicenter, randomized, placebo-controlled trial of patients with SCS/ISCVS Class I or IIa acute limb ischemia with symptom-onset within 14 days. Subjects were randomized 4:3:1 to ITA 0.3 mg/kg, intra-thrombus placebo (ITP), and peri-thrombus placebo (PTP), respectively. Study drug was delivered in split-doses: 2/3 of the total given initially and the remaining 1/3 given 2 hours later. NAPA-3 was of similar design, but with a 1:1 randomization between ITA and ITP. The final analysis of NAPA-2 and an unplanned interim analysis of NAPA-3 are presented here.

**Results:** 300 subjects in NAPA-2 were randomized to receive ITA (n=149), ITP (n=113), and PTP (n=38). The primary efficacy endpoint, 30 day open vascular surgery avoidance, was achieved in 34.9%, 37.2%, and 18.4% of subjects, respectively (p=0.70 for ITA vs. ITP). In NAPA-3 at interim, 102 subjects were randomized to receive ITA (n=51), and ITP (n=51) and 30 day open vascular surgery avoidance was achieved in 29% and 18%, respectively. Greater efficacy was observed with ITA in longer clots and with smaller drops in alpha-2-macroglobulin suggesting that improved drug retention might improve lysis. Overall adverse events (AE), as well as rates of hypotension and peripheral embolism, were numerically higher in both studies among subjects who received ITA. However, several AE rates, such as major hemorrhage, were higher in subjects receiving ITA in NAPA-2 but were higher in subjects receiving ITP in NAPA-3, when compared with the alternate treatment group(s). No intracranial hemorrhages were reported in either study.

**Conclusions:** Efficacy analyses did not demonstrate a significant difference between groups treated with ITA and ITP in NAPA-2. Interim analysis of NAPA-3 revealed favorable efficacy trends. The adverse event profile in alfimeprase-treated subjects differed between the two studies. Further evaluation is warranted to optimize the delivery system of alfimeprase to maximize retention of drug at the thrombus site and increase activity.

# Background Information: Alfimeprase

### Alfimeprase
- 22.6 kDa truncated form of fibrolase from the southern copperhead snake which is recombinantly produced from the yeast *Pichia pastoris*
- Directly cleaves fibrin and fibrinogen ($\alpha > \beta$ chains)
- Not plasminogen dependent
- No systemic activity due to rapid inactivation of alfimeprase through binding with alpha-2-macroglobulin



### Alpha-2-Macroglobulin
- Prevalent protease inhibitor found in mammalian serum
- Binding to alfimeprase occurs rapidly and is irreversible

### Drug Delivery
- Study drug was administered as split doses with 2/3 of the total dose given as the first infusion followed in 2 hours by the remaining 1/3 of the total dose
- Both infusions were given as 1 mL/min pulsed boluses via a multi-split side-hole catheter
- Subjects received both infusions unless otherwise indicated
- Depending upon the findings of the 4-hour follow-up arteriogram, the subject either received no further intervention or underwent endovascular therapy or open vascular surgery

Toombs CF. *Haemostasis*. 2001;31:141-147.  Jones G, et al. *Protein Science*. 2001;10:1264-1267.

# The NAPA Program: Two Randomized, Multi-center, Multi-national, Placebo-controlled Trials

SVS/ISCVS Class I or IIa acute limb ischemia and symptom-onset within 14 days

## NAPA-2



Partial-double blind study with 4:3:1 randomization between intra-thrombus alfimeprase, intra-thrombus placebo, and peri-thrombus placebo (150:113:37 subjects; total N=300)

## NAPA-3



Double-blind study with 1:1 randomization between intra-thrombus alfimeprase and intra-thrombus placebo (150:150 subjects; total N=300)

# NAPA Trials: Major Inclusion/Exclusion Criteria

## Inclusion

- Age 18 or older
- Acute PAO of the lower extremity with onset of symptoms within 14 days prior to randomization
- Acute limb ischemia classified as SVS/ISCVS Class I or IIA caused by occlusion of a native artery and/or bypass graft (vein or prosthetic)
- Need for surgical intervention in the event of unsuccessful thrombolysis
- Subject or legally acceptable representative give written informed consent
- Available for follow-up assessments

## Exclusion

- Contraindication to systemic anticoagulation
- History of endovascular procedure or open vascular surgery on the index limb within the last 30 days
- Investigator inability to advance the guidewire through the index occlusion
- Any thrombolytic therapy within 30 days (5 days in NAPA-3) prior to randomization
- History of significant acute or chronic kidney disease

- In NAPA-2 additional criteria of note included uncontrolled hypertension (SBP > 180 mmHg; DBP > 110 mmHg), hematocrit < 30% (if not actively bleeding subjects could be entered into the study if transfused to a HCT ≥ 30%), or a platelet count < 100x10$^9$/L

# NAPA Trials: Endpoints

## Primary Endpoint

- **Rate of 30 day open vascular surgery avoidance**

## Key Secondary Endpoints

- **Rate of arterial flow restoration at 4 hours after the initiation of the first dose of study drug**
- **Rate of improvement in Ankle Brachial Index (ABI) at 30 days**
- **AEs, SAEs, major bleeding events, intracranial hemorrhage, peripheral embolic events, all cause mortality, and amputation**

# NAPA Trials: Subject Demographics (ITT)

|  | NAPA-2 | | NAPA-3 (interim) | |
|---|---|---|---|---|
|  | Alfimeprase (n = 149) | IT Placebo (n = 113) | Alfimeprase (n = 51) | IT Placebo (n = 51) |
| **AGE (yrs)** | | | | |
| Mean (SD) | 61.8 ± 12.41 SD | 62.1 ± 11.73 SD | 61.1 ± 11.64 SD | 60.9 ± 11.41 SD |
| Median | 63 | 61 | 61 | 58.5 |
| Min, Max | 21, 93 | 37, 92 | 35, 83 | 41, 83 |
| **RACE (n)** | | | | |
| Caucasian | 136   91.3 % | 100   88.5 % | 47   92.2 % | 49   96.1 % |
| Black | 4   2.7 % | 3   2.7 % | 2   3.9 % | 0   - |
| Hispanic | 8   5.4 % | 9   8.0 % | 2   3.9 % | 1   2.0 % |
| Other | 1   0.7 % | 1   0.9 % | 0   - | 1   2.0 % |
| **GENDER (n)** | | | | |
| Male | 110   73.8 % | 78   69.0 % | 41   80.4 % | 40   78.4 % |
| Female | 39   26.2 % | 35   31.0 % | 10   19.6 % | 11   21.6 % |
| **WEIGHT (kg)** | | | | |
| Mean (SD) | 73.8 ± 13.50 SD | 73.0 ± 14.46 SD | 74.4 ± 13.84 SD | 73.2 ± 14.75 SD |
| Median | 72 | 72 | 72 | 70 |
| Min, Max | 40, 126 | 42, 127 | 47, 119 | 45, 109 |

(No statistically significant differences between treatment groups in NAPA-2 and NAPA-3)

# NAPA Trials: Subject Baseline Disease Status (ITT)

| | NAPA-2 | | NAPA-3 (interim) | |
|---|---|---|---|---|
| | Alfimeprase (n = 149) | IT Placebo (n = 113) | Alfimeprase (n = 51) | IT Placebo (n = 51) |
| **CLOT SIZE (cm)** | | | | |
| Mean (SD) | 19.9 ± 14.66 SD | 18.9 ± 16.44 SD | 17.8 ± 12.68 SD | 15.7 ± 14.21 SD |
| Median | 15.0 | 15.0 | 13.0 | 11.0 |
| Min, Max | 3, 70 | 2, 120 | 2, 50 | 2, 70 |
| **SYMPTOM DURATION (days)** | | | | |
| Mean (SD) | 7.9 ± 3.74 SD | 8.3 ± 3.82 SD | 8.3 ± 3.75 SD | 8.2 ± 3.45 SD |
| Median | 8.0 | 8.0 | 8.0 | 8.0 |
| Min, Max | 1, 21 | 1, 19 | 1, 14 | 2, 14 |
| **VESSEL TYPE (n)** | | | | |
| Native artery | 99    66.4 % | 81    71.7 % | 37    72.5 % | 39    76.5 % |
| Vein graft | 15    10.1 % | 12    10.6 % | 3    5.9 % | 1    2.0 % |
| Prosthetic graft | 35    23.5 % | 20    17.7 % | 11    21.6 % | 11    21.6 % |
| **OCCLUSION TYPE (n)** | | | | |
| Thrombotic | 130    87.2 % | 104    92.0 % | 48    94.1 % | 40    78.4 % |
| Embolic | 19    12.8 % | 9    8.0 % | 3    5.9 % | 11    21.6 % |

(No statistically significant differences between treatment groups in NAPA-2 and NAPA-3)

# NAPA: Primary and Key Secondary Efficacy Endpoints (ITT)

|  | NAPA-2 | | | NAPA-3 (interim) | |
| --- | --- | --- | --- | --- | --- |
|  | Alfimeprase (n = 149) | IT Placebo (n = 113) | PT Placebo (n = 38) | Alfimeprase (n = 51) | IT Placebo (n = 51) |
| Rate of 30-day open vascular surgery avoidance | 34.9 % | 37.2 % | 18.4 % | 29.4 % | 17.6 % |
| Rate of restoration of arterial flow at four hours | 46.3 % | 37.2 % | 15.8 % | 35.3 % | 23.5 % |

\* p=0.7045 for intrathrombus alfimeprase versus intrathrombus placebo

\*\* p=0.1381 for intrathrombus alfimeprase versus intrathrombus placebo

# NAPA Trials: Safety Results

|  | NAPA-2 ||| NAPA-3 (interim) ||
|---|---|---|---|---|---|
|  | Alfimeprase (n = 148) | IT Placebo (n = 111) | PT Placebo (n = 38) | Alfimeprase (n = 51) | IT Placebo (n = 50) |
| All AE | 119  80.4 % | 74  66.7 % | 27  71.1 % | 34  66.7 % | 31  62.0 % |
| All SAE | 55  37.2 % | 32  28.8 % | 10  26.3 % | 8  15.7 % | 9  18.0 % |
| Major hemorrhage | 8  5.4 % | 1  0.9 % | 2  5.3 % | 2  3.8 % | 3  6.0 % |
| ICH | 0  - | 0  - | 0  - | 0  - | 0  - |
| Hypotension* (AE) | 29  19.6 % | 4  3.6 % | 0  - | 8  15.7 % | 2  4.0 % |
| Hypotension* (SAE) | 4  2.7 % | 0  - | 0  - | 0  - | 0  - |
| Peripheral embolism | 15  10.1 % | 5  4.5 % | 0  - | 6  11.8 % | 0  - |
| Cardiac disorder (AE) | 24  16.2 % | 2  1.8 % | 5  13.2 % | 3  5.9 % | 4  8.0 % |
| Cardiac disorder (SAE) | 10  6.8 % | 0  - | 2  5.3 % | 0  - | 0  - |
| Infections (AE) | 26  17.6 % | 9  8.1 % | 3  7.9 % | 2  3.9 % | 6  12.0 % |
| Infections (SAE) | 19  12.8 % | 4  3.6 % | 2  5.3 % | 1  2.0 % | 2  4.0 % |
| Major amputation | 20  13.5 % | 11  9.9 % | 2  5.3 % | 3  5.8 % | 6  12.0 % |
| Death | 9  6.1 % | 4  3.6 % | 1  2.6 % | 0  - | 0  - |

AE = adverse event   SAE = serious adverse event        * Defined as "hypotension" or "decreased blood pressure"

# NAPA-2 & NAPA-3 Safety Findings

### Hemorrhage
- **NAPA-2: Majority were due to catheter site bleeding (23.0% ITA versus 10.8% ITP) and surgical bleeding (6.1% ITA versus 1.7% ITP). Major hemorrhage rate higher with ITA (5.4%) vs ITP (0.9%).**
- **NAPA-3: Confirmed catheter site bleeding but not surgical bleeding or major hemorrhage risk**

### Hypotension
- **NAPA-2 & NAPA-3: Majority of hypotensive episodes occurred within 15 minutes of alfimeprase administration without apparent clinical sequelae**
- **Risk of hypotension increases with use of anti-hypertensives, particularly renin-angiotensin antagonists**
- **May be related to local bradykinin generation**

### Peripheral Embolism
- **NAPA-2 & NAPA-3: Intra-thrombus alfimeprase adds a degree of risk above mechanical manipulation/disruption of the clot, possibly by achievement of partial/complete thrombolysis**

### Cardiac Disorders
- **NAPA-2: Unexpected clustering of various cardiac events in the alfimeprase group, not explained by an imbalance in individual or composite risk factors between groups. No time-related pattern to event onset.**
- **NAPA-3: Cardiac disorders <u>not</u> more frequent in the alfimeprase group.**

### Infection
- **NAPA-2: Unexpected higher rate of various infections in the alfimeprase group, variable in time to onset, unrelated to distribution of baseline conditions. Cluster of post-operative infectious events.**
- **NAPA-3: Infectious events <u>not</u> more frequent in the alfimeprase group.**

# NAPA-2: Occlusion Length and Degree of Alpha-2-Macroglobulin Binding May Impact Lysis Success (ITT)

| Occlusion Length | Prevalence | Flow Restoration Rate at 4 hours — Alfimeprase | Flow Restoration Rate at 4 hours — IT Placebo | Odds Ratio (95% CI) | Mean Δ in α2M* at 4 hrs as a % of baseline in the alfimeprase group |
|---|---|---|---|---|---|
| < 10 cm | 27.9 % | 59.5 % | 54.8 % | 1.21 (0.47-3.09) | - 31.3 % |
| 10 to < 20 cm | 31.3 % | 33.3 % | 32.5 % | 1.04 (0.41-2.61) | - 36.3 % |
| 20 to < 30 cm | 13.7 % | 41.7 % | 41.7 % | 1.00 (0.25-4.08) | - 31.0 % |
| 30 to < 40 cm | 13.4 % | 52.6 % | 31.3 % | 2.44 (0.61-9.80) | - 37.6 % |
| ≥ 40 cm | 13.0 % | 45.5 % | 16.7 % | 4.17 (0.74-23.61) | - 21.0 % |

| | Flow Restoration Rate at 4 hours — Alfimeprase | IT Placebo |
|---|---|---|
| No early α2M decline | 70 % | 37 % |
| Rapid α2M decline | 45 % | 37 % |

*α2M = alpha-2-macroglobulin

# Acute PAO Phase 3 Program: Conclusions

**Efficacy findings differed between studies**

- NAPA-2 failed to meet the primary endpoint and did not demonstrate a significant difference between the ITA and ITP groups
- Greater efficacy was observed in longer clots and with smaller drops in alpha-2-macroglobulin in NAPA-2
- NAPA-3 interim analysis showed trends toward efficacy. The futility analysis demonstrated a 70% conditional power to achieve the primary endpoint, avoidance of open vascular surgery at 30 days, at trial completion assuming current trends

**Safety findings were also different**

| Consistent Between Studies | Inconsistent Between Studies |
|---|---|
| Hypotension | Major hemorrhage |
| Peripheral embolism | Cardiac events |
| Injection site bleeding | Infection events |

**Further evaluation is warranted to optimize the delivery system of alfimeprase in order to maximize retention of drug at the thrombus site and increase activity**