COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY,
TED W. LOVE and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 07-CV-04056-VRW<br>**CLASS ACTION**<br>NOTICE OF CHANGE IN COUNSEL |

   PLEASE TAKE NOTICE that, pursuant to General Order 45(IV)(C)(C), the undersigned counsel hereby withdraws her appearance on behalf of defendants in the above-captioned action. Defendants will continue to be represented by Scott D. Devereaux, Grant P. Fondo, and Jeffrey M. Kaban of the same firm, Cooley Godward Kronish LLP. Please remove Marisa Megur Seifan from the docket as counsel of record in this action.

Dated: February 28, 2008               COOLEY GODWARD KRONISH LLP

                                       /s/ Marisa Megur Seifan
                                       _____
                                       Marisa Megur Seifan
                                       Attorneys for Defendants
                                       NUVELO, INC., MICHAEL D. LEVY,
                                       TED W. LOVE and GARY S. TITUS

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Notice of Change in Counsel.

Dated:   February 28, 2008          COOLEY GODWARD KRONISH LLP


By: _____/s/ Jeffrey M. Kaban_____
           Jeffrey M. Kaban

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court at whose direction the service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. I served the **NOTICE OF CHANGE IN COUNSEL** in the manner indicated on the parties listed below:

☒ BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

Mario Alba, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Phyllis M. Parker, Esq.
Barbara A. Podell, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>Mineola, NY  11501 | Nicolette Tropiano, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 |

Andrew Schatz, Esq
Jeffrey S. Nobel, Esq.
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 28, 2008, at Palo Alto, California.

_____
Saundra L. Curry

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768834 v1/PA

4.

NOTICE OF CHANGE IN COUNSEL
CASE NO. 07-CV-04056-MJJ