| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>DENNIS J. HERMAN (220163)<br>ELI R. GREENSTEIN (217945)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>dennish@csgrr.com<br>elig@csgrr.com<br><br>Liaison Counsel<br><br>BERGER & MONTAGUE, P.C.<br>SHERRIE R. SAVETT<br>BARBARA A. PODELL<br>PHYLLIS M. PARKER<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Telephone: 215/875-3000<br>215/875-4604 (fax)<br>ssavett@bm.net<br>bpodell@bm.net<br>pparker@bm.net<br><br>Co-Lead Counsel for Plaintiffs | <br><br><br><br><br><br><br><br><br><br><br><br>SCHATZ NOBEL IZARD, P.C.<br>ANDREW M. SCHATZ<br>JEFFREY S. NOBEL<br>NANCY A. KULESA<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT  06103<br>Telephone: 860/493-6292<br>860/493-6290 (fax)<br>aschatz@snilaw.com<br>jnobel@snilaw.com<br>nkulesa@snilaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. 3:07-cv-04056-VRW<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to General Order 45(IV)(C)(2), Monique A. Winkler of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") withdraws her appearance as liaison counsel for the Lead Plaintiffs in the above-captioned action and is substituted by Eli R. Greenstein of the same firm. Accordingly, it is requested that Ms. Winkler's name be removed, and Mr. Greenstein's name be added to the parties' service lists, electronic or otherwise. The law firm of Coughlin Stoia will continue to represent the Lead Plaintiffs in this matter, along with Lead Counsel Berger & Montague, P.C. and Schatz Nobel Izard, P.C.

DATED: February 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
ELI R. GREENSTEIN

    s/ Dennis J. Herman
DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Liaison Counsel

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
PHYLLIS M. PARKER
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

SCHATZ NOBEL IZARD, P.C.
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
860/493-6290 (fax)

Co-Lead Counsel for Plaintiffs

T:\CasesSF\Nuvelo\NOT00049544.doc

1  CERTIFICATE OF SERVICE

2  I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on February 28, 2008.

 s/ Dennis J. Herman
 DENNIS J. HERMAN

 COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
 100 Pine Street, 26th Floor
 San Francisco, CA  94111
 Telephone:  415/288-4545
 415/288-4534 (fax)

 E-mail:Dennish@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,currysl@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

- **Monique C. Winkler**
  e_file_sd@csgrr.com,shawnw@csgrr.com,travisd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
```

**Samuel Howard Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

**Marisa Megur Seifan**
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, NY 10036

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087