COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE,
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER RESETTING HEARING ON NUVELO, INC.'S MOTION TO DISMISS FOR MAY 29, 2008**<br><br>Hearing Date:  May 29, 2008<br>Time:                2:30 p.m.<br>Courtroom:       6<br>Judge:               Hon. Vaughn R. Walker<br><br>Trial Date:        Not yet set |

Pursuant to Local Civil Rules 6-1 and 6-2 and this Court's Standing Order, counsel for plaintiffs and counsel for defendants Nuvelo, Inc. ("Nuvelo"), Michael D. Levy, Ted. W. Love, and Gary S. Titus (collectively "Defendants") jointly submit the following Stipulation and [Proposed] Order resetting the hearing date on Defendants' motion to dismiss for May 29, 2008 at 2:30 p.m. and resetting the date for Defendants' reply brief to March 12, 2008.

**WHEREAS**, on December 21, 2007, Defendants filed their motion to dismiss this action pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and Section 21D(b) of the Securities

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

1.

STIP. AND [PROPOSED] ORDER RESETTING HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO.  07-CV-04056-VRW

1  Exchange Act of 1934, 15 U.S.C. § 78u-4(b), ("Motion") and noticed the Motion for hearing on
2  March 25, 2008;

3    **WHEREAS**, on February 4, 2008, plaintiffs filed their opposition to Defendants' Motion;

4    **WHEREAS**, on February 15, 2008, the action was reassigned to the Honorable Vaughn R.
5  Walker;

6    **WHEREAS**, the hearing date noticed by Defendants is not the day during which the
7  Honorable Vaughn R. Walker hears civil law and motions;

8    **WHEREAS**, plaintiffs' counsel and Defendants' counsel agree that the Motion should be
9  set for hearing on May 29, 2008;

10    **WHEREAS**, plaintiffs' counsel and Defendants' counsel previously agreed by stipulation
11  that Defendants would file a reply brief on March 5, 2008;

12    **WHEREAS**, plaintiffs' counsel and Defendants' counsel agree that Defendants shall file a
13  reply brief on March 12, 2008.

14    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties
15  hereto through their respective counsel of record, that the hearing on Defendants' motion to
16  dismiss is rescheduled for May 29, 2008 and that Defendants' reply shall be filed on March 12,
17  2008.

18    **IT IS SO STIPULATED.**

19

20  Dated: February 28, 2008    COOLEY GODWARD KRONISH LLP

               /s/
               Grant P. Fondo

               5 Palo Alto Square
               3000 El Camino Real
               Palo Alto, CA  94306-2155
               Telephone:   (650) 843-5000
               Facsimile:     (650) 857-0663

               Attorneys for Defendants

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA    2.    **STIP. AND [PROPOSED] ORDER RESETTING HEARING ON MTN. TO DISMISS FOR MAY 29, 2008**
CASE NO. 07-CV-04056-VRW

| | | |
|---|---|---|
| 1 | Dated:   February 28, 2008 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

/s/
Dennis J. Herman

100 Pines Street, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 288-4545
Facsimile:     (415) 28804534

Liaison Counsel for Plaintiffs

Dated:   February 28, 2008          BERGER & MONTAGUE PC

/s/
Barbara A. Podell

1622 Locust Street
Philadelphia, PA  19103
Telephone:   (215) 875-3000
Facsimile:     (215) 875-4604

SCHATZ NOBEL IZARD P.C.
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone:   (860) 493-6292
Facsimile:     (860) 493-6290

Co-Lead Counsel for Plaintiffs

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Jeffrey M. Kaban, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of February, 2008, at Palo Alto, California.

/s/
Jeffrey M. Kaban

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA                 3.            STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO.  07-CV-04056-VRW

# [PROPOSED] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, it is hereby ordered that the hearing date on Defendants' motion to dismiss is hereby rescheduled for May 29, 2008 at 2:30 p.m. and that Defendants' reply shall be filed on March 12, 2008.

**IT IS SO ORDERED.**

Dated: ~~February~~ March 3 __, 2008



_____
THE HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

4.

STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court at whose direction the service was made. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. I served a **STIPULATION AND [PROPOSED] ORDER RESETTING HEARING ON NUVELO, INC.'S MOTION TO DISMISS FOR MAY 29, 2008** in the manner(s) indicated on the parties listed below:

☒ BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

Mario Alba, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Phyllis M. Parker, Esq.
Barbara A. Podell, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

5.

STIP. AND [PROPOSED] ORDER RESETTING HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501 | Nicolette Tropiano, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |

Andrew Schatz, Esq.
Jeffrey S. Nobel, Esq.
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 28, 2008, at Palo Alto, California.

_____
Saundra L. Curry

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768632 v2/PA

6.

STIP. AND [PROPOSED] ORDER RESETTING
HEARING ON MTN. TO DISMISS FOR MAY 29, 2008
CASE NO. 07-CV-04056-VRW