COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
(devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 07-CV-04056-VRW  **CLASS ACTION**  **DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**  Hearing Date: May 29, 2008  Time:             2:30 p.m.  Courtroom:    6  Judge:           Hon. Vaughn R. Walker  Trial Date:    Not yet set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Defendants hereby request that the Court take judicial notice of the following document in support of their Motion to Dismiss. The exhibit reference corresponds to Exhibit EE attached to the Supplemental Declaration of Grant P. Fondo, filed concurrently herewith.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769706/PA                             1.                    DEFS.' SUPP. REQUEST FOR JUDICIAL NOTICE
                                                                       CASE NO. 07-CV-04056-VRW

1  Exhibit EE: A U.S. Food and Drug Administration ("FDA") powerpoint presentation by Robert O'Neill, Ph.D., Director of the Office of Biostatistics of the FDA's Center for Drug Evaluation and Research ("CDER"), entitled "How Much Evidence Can One Trial Provide? Considerations on Strength and Consistency of Evidence," published by the FDA and available on the FDA's website at http://www.fda.gov/cder/Offices/Biostatistics/ONeill_52/ presentations.htm and a print out of the aforementioned website showing that the presentation was published on January 22, 2001.

## I. ARGUMENT

When ruling on a motion to dismiss, the court may consider any matter that is subject to judicial notice. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Judicial notice is appropriate for facts "not subject to reasonable dispute" that are either generally known within the jurisdiction of the trial court or are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Defendants request that this Court take judicial notice of Exhibit EE, an FDA presentation by Robert O'Neill, Ph.D. entitled, "How Much Evidence Can One Trial Provide? Considerations on Strength and Consistency of Evidence." Judicial notice of Exhibit EE is appropriate because it is from a source whose accuracy is "not subject to reasonable dispute" and is "capable of accurate and ready determination by resort to sources who accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Dr. O'Neill is the Director of the Office of Biostatistics in Center for Drug Evaluation and Research at the FDA. http://www.fda.gov/cder/Offices/Biostatistics/default.htm. His presentation was published by the FDA on January 22, 2001 and is readily available from the FDA website at http://www.fda.gov/cder/Offices/Biostatistics/ONeill_52/presentations.htm. *Noble Asset Management v. Allos Therapeutics, Inc.*, No. CIVA-04-CV-1030-RPM, 2005 WL 4164977, at *2 (D. Colo. Oct. 25, 2005) (denying a motion to strike FDA Guidance that was attached to a motion to dismiss). Nuvelo is not seeking judicial notice for the truth of the matters in Exhibit EE but merely to demonstrate the information available to the public. *In re Wet Seal, Inc. Sec. Litig.*, -- F. Supp. 2d --, No. CV 04-7159 GAF (CTx), 2007 WL 3197067, at * 10 (C.D. Cal. August 29, 2007) (taking judicial notice of press releases and other documents not referenced

1  in the complaint because they were submitted for the "availability of information to the market
2  . . . rather than for the truth of any matter"). Moreover, the information contained in the FDA
3  presentation was publicly available to potential investors, therefore providing a separate,
4  independent basis for judicial notice. *In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857,
5  864 (N.D. Cal. 2004) (holding it is appropriate to judicially notice information that was publicly
6  available to investors at the time the defendants made the allegedly false and misleading
7  statements). For the above reasons, Defendants request that the Court grants its supplementary
8  request for judicial notice.

## II. CONCLUSION

For the foregoing reasons, Nuvelo respectfully requests that the Court take judicial notice of Exhibit EE.

Dated:  March 12, 2008                COOLEY GODWARD KRONISH LLP

                                      /s/
                                      ─────────────────────────────
                                      Grant P. Fondo (181530)
                                      Attorneys for Defendants
                                      NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE and GARY S. TITUS