COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050)
(devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF GRANT P. FONDO IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing Date:   May 29, 2008<br>Time:               2:30 p.m.<br>Courtroom:       6<br>Judge:             Hon. Vaughn R. Walker<br><br>Trial Date:   Not yet set |

I, Grant P. Fondo, hereby declare as follows:

1.        I am an attorney duly licensed to practice law in the State of California and I am a partner with the firm of Cooley Godward Kronish LLP, counsel of record for defendant Nuvelo, Inc. ("Nuvelo"), and individual defendants Michael D. Levy, Ted W. Love and Gary S. Titus ("Individual Defendants" and, collectively with Nuvelo, the "Defendants") in this action.  I have personal knowledge of the facts set forth herein.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769794/PA                                                     1.                          SUPPLEMENTAL. DECLARATION
OF GRANT P. FONDO ISO MTD
CASE NO. 07-CV-04056-VRW

1      2.      Attached hereto as Exhibit EE is a true and correct copy of a U.S. Food and Drug

2  Administration ("FDA") powerpoint presentation by Robert O'Neill, Ph.D., Director of the Office

3  of Biostatistics of the FDA's Center for Drug Evaluation and Research ("CDER"), entitled "How

4  Much Evidence Can One Trial Provide? Considerations on Strength and Consistency of

5  Evidence," published by the FDA and available on the FDA's website at

6  http://www.fda.gov/cder/Offices/Biostatistics/ONeill_52/presentations.htm and a print out of the

7  aforementioned website showing that the presentation was published on January 22, 2001.

8      I declare under penalty of perjury under the laws of the State of California that the

9  foregoing is true and correct.

10      Executed on March 12, 2008 at Palo Alto, California.

11

12                                        COOLEY GODWARD KRONISH LLP

13

14

15                            _____/s/_____

16                            Grant P. Fondo (181530)
                             Attorneys for Defendants
17                            NUVELO, INC., MICHAEL D. LEVY,
                             TED W. LOVE and GARY S. TITUS

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769794/PA                              2.                              SUPPLEMENTAL DECLARATION
                                                                        OF GRANT P. FONDO ISO MTD
                                                                        CASE NO. 07-CV-04056-VRW

# EXHIBIT EE

# How much evidence can one trial provide ?

# Considerations on Strength and Consistency of evidence

Robert T. O'Neill, Ph.D.

Director, Office of Biostatistics, CDER

# Why are we concerned about having evidence from only one study ?

◆ Is the result from one study true ?

◆ How do you know ?

◆ Do you know enough about the circumstances of why a treatment works or why it may not ?

  ◆ E.g. dose, risk factors, target population

◆ Do we have a good estimate (precise, variation) of the treatment effect (endpoints )?

◆ Evaluating efficacy vs. safety – how much data ?

# Example: Aspirin for prevention of cardiovascular mortality

◆ Large mortality trials – the type you don't want to repeat

◆ Existence of prior evidence and studies already available for a potentially useful anti-thrombotic effect in vivo  (trials completed for prevention of venous thrombosis, for prevention of arterial thrombosis, and suggestive evidence of reduction of risk of reinfarction after recovery from M.I.

◆ Two studies on the new hypothesis which appear not to confirm each other

# The Two studies

- ◆ U.S. Physician's Health Study:

  - ◆ Whether 325 mg. of aspirin taken every other day reduces mortality from cardiovascular disease (22,071 physicians randomized)

- ◆ British Physicians Aspirin Study:

  - ◆ Six year trial among 5139 healthy male doctors to determine if 500 mg aspirin daily would reduce the incidence of and mortality from stroke, myocardial infarction, or other vascular conditions

# Results of two studies: Strong evidence from one study, weak from another

- ◆ Physician's Health Survey

  - ◆ fatal m.I. (p = .006, RR = 0.25)

  - ◆ non fatal m.I. (p < 0.0001, RR = 0.56)

  - ◆ total m.I. (p < 0.00001, RR = 0.53)

- ◆ British study

  - ◆ m.I. (no statistically sign. differences in rates of fatal or definite non-fatal m.I) (-24%, 27%)

# Why ?   Possible explanations :

◆ May be  differences in study design

◆ method of selection of male doctors for
   randomization

◆ sample size (22, 071 vs. 5,139)

U.S. Physician Health Study used a pre-
randomization run-in phase to exclude poor
compliers.

◆ 59,285 respond, 33,223 eligible, 22071
   randomized



No run in period used in the British Study



# Lessons learned

◆ Reliance on one study, even with impressive statistical results of treatment effects, presents difficulties

◆ Subtle differences in study design may account for the demonstration or lack thereof of an intended treatment effect

◆ This is an example of when surrogate information was available and where a prior hypothesis with some prior plausibility was available

◆ What would one do differently in the 'modern drug development paradigm'

# Evidence of Effectiveness from a Single Study (FDA Guidance states)

◆ Large multi-center study

◆ no single study/site provides unusually large fraction of patients

◆ no single investigator or site provides a disproportionate favorable effect

◆ *Consistency across study subsets*

◆ Multiple studies in a single study

◆ Multiple endpoints involving different events

◆ *Statistically very persuasive finding*

# Evidence of Effectiveness from a Single Study(FDA Guidance states)

◆ Judgement

◆ Limited to situations where a clinically meaningful effect on:

  ◆ mortality

  ◆ irreversible morbidity

  ◆ prevention of a disease with a potentially serious outcome

Question: Wouldn't this be when we desire very firm evidence ?

# Considerations

◆ What constitutes a very persuasive statistical finding ?

◆ What is the likelihood the study reflects a true positive finding ?

◆ What is the likelihood that, if repeated, a similar finding would be observed ?

◆ Consistency of effects - how demonstrated?

◆ Confirmation, replication - what do these mean ?

# Interpretation of Results of a Single Clinical Trial : Design and Analysis Considertions

- Statistical certainty/ Uncertainty

- multiplicity

- Impact of Bias during conduct of study

- Dropouts and withdrawals

- Subgroup variability and differences

- Need for statistical adjustments

- Impact of missing data (informative censoring)

- Compliance and protocol violators

- Confirmatory vs. exploratory results

- Pre-specification prior to unblinding

# Strength of evidence: what constitutes a persuasive statistical finding ?

◆ Precision of the treatment effect – width of confidence interval

◆ Magnitude of the P-value and its robustness

◆ Bias is not responsible in any substantial manner for the statistical result

◆ Extent of heterogeneity observed

# Strength of evidence

◆ How is it quantified ?

  ◆ For a single study

◆ Can you borrow strength from another study ?

◆ From other data ?

◆ From simulations ?

# Concepts of statistical evidence

◆ Frequentist: the probability *of the data* given the assumed value of the hypothesis; the range of parameters consistent with the data

◆ P-values, confidence intervals, study power

◆ Bayesian: the probability *of the hypothesis*, given the data

◆ Posterior probability, Bayes factor

◆ Requires a prior assumption of the distribution of the hypothesis

# Theoretical outcomes from a series of 1000 clinical trials assuming 1 of 10 drugs are effective

100 trials with true efficacy: $H_0$ is false

$\beta = 0.20$ {
- 20 trials accept $H_0$
- 80 trials reject $H_0$

900 trials with no efficacy: $H_0$ is true

$\alpha = 0.05$ {
- 45 trials reject $H_0$
- 855 trials accept $H_0$

False positive trial rate = $45/(80 + 45) = 36\%$

Simon, R., Cancer Treatment Reports, V 66, 1982, 1083-1087

# The need for confirmation of a small clinical trial

◆ The previous analysis demonstrate the uncertainty associated with unconfirmed clinical trials.

◆ Positive findings from small or moderate-size clinical trials, whether well done using the best methodology or not, require confirmation by others.

One measure of strength of evidence:

The Chance of Repeating A
Statistically Significant Result in a
Confirmatory Study:

As A Function of the Initial
Observed P-Value

# Observed P-Values Should be Smaller Than You Think

◆ For planned experiments, when all the assumptions are correct about the size of the treatment effect, at least half of the observed p-values should be well below the type 1 error, $\alpha$.

◆ For $\alpha = 0.05$, half of the observed p-values should be less than:

.015   for   70%   power

.006   for   80%   power

.001   for   90%   power

# Why do we see so many clinical trials whose results have P = 0.05

- ◆ Study is under – powered for the true treatment effect

- ◆ The true treatment effect is overstated

- ◆ Other uncontrollable sources of noise interfere with estimating the treatment effect

- ◆ Ethical concerns: stopping a trial, minimizing subjects on the control arm

# Replicating a Study Result

**Probability of observing a statistically significant result (e.g. p < 0.05) upon repetition of a clinical trial when the effect ES observed in the first trial is assumed to be the true effect**

| Observed P-Value | Probability of a significant result (Power) |
|---|---|
| 0.10 | 0.37 |
| 0.05 | 0.50 |
| 0.03 | 0.58 |
| 0.01 | 0.73 |
| 0.005 | 0.80 |
| 0.001 | 0.91 |

Source: Goodman (1992) Stat. in Med., 875 - 879

# Replication Probability

◆ It is equal to the power of a study against the observed treatment effect in that study

◆ It can be interpreted as the probability, that if the observed treatment is assumed to be the true treatment effect ( alternative hypothesis) , of repeating a significant result (at same type 1 error) in another study of the same size and circumstances.

# Two Studies
## Initial Study

|  | **Reject** Power = .60 | **Accept** Type 2 = .40 |
|---|---|---|
| **Reject** Power = .20 | $(.60 \times .20)$ = .12 | $(.40 \times .20)$ = .80 |
| **Accept** Type 2 = .80 | $(.60 \times .80)$ = .48 | $(.40 \times .80)$ = .32 |

**Replication Study**

Probability of failing to detect any effect = .32

Probability of replicating an effect = .12

# Another measure of strength of evidence

- ◆ The confidence interval for the treatment effect – how precisely do we know the effect

- ◆ Important to interpretation of the clinical effect

- ◆ Important to the exploration and interpretation of consistency of effect



Expected Width of 95% Confidence Interval For Studies Powered at 90% For An Assumed Treatment Effect of ES

ource: Bristol, Stat. in Med, 8, 803-811 (1989)

# Consistency (Lack of Consistency) of Study Results

◆ *What does it mean*

◆ *Why would it occur*

◆ How much variation / difference in observed treatment effects within a study signals lack of consistency of effects within a single study

◆ How is it statistically assessed and evaluated

# Quantifying Consistency
# What Should Be Expected ?

## Consistency within a single study

# The Expected Variation in Treatment Effects Between Subgroups:

*For an Adequately Powered Study When A Treatment Effect of Size ES Exists*

◆ Gender, age (geriatrics), ethnic subpopulation, renal impaired

◆ Subgroups determined in advance

◆ Strata: regions/sites

# The Expected Variation in Treatment Effects Between Subgroups:

*For an Adequately Powered Study When A Treatment Effect of Size ES Exists*

◆ Continuous outcomes

◆ like blood pressure, cholesterol levels

# Four Subgroups



**Male**

< Age 40          >= Age 40

| T | C |
|---|---|
| N | N |

| T | C |
|---|---|
| N | N |

**Female**

< Age 40          >= Age 40

| T | C |
|---|---|
| N | N |

| T | C |
|---|---|
| N | N |

Equal sample size 2N in each subgroup

# Expected Treatment Effects Among Four Subgroups Rank Ordered From Smallest to Largest

## α = 0.05                    β = .10

| ES | Group 1 | Group 2 | Group 3 | Group 4 |
|----|---------|---------|---------|---------|
| .30 | .110 | .245 | .355 | .49 |
| .50 | .184 | .409 | .590 | .816 |
| .70 | .256 | .572 | .628 | 1.14 |
| 1.0 | .379 | .821 | 1.179 | 1.621 |

## α = 0.05                    β = .20

| ES | Group 1 | Group 2 | Group 3 | Group 4 |
|----|---------|---------|---------|---------|
| .30 | .08 | .236 | .364 | .52 |
| .50 | .113 | .394 | .606 | .867 |
| .70 | .193 | .554 | .846 | 1.207 |
| 1.0 | .272 | .790 | 1.21 | 1.728 |

# Expected Difference in Treatment Effect Between the Largest and Smallest Subgroup

## α = 0.05    β = .10

| ES | 4 Groups | 2 Groups |
|---|---|---|
| .30 | .38 | .148 |
| .50 | .632 | .244 |
| .70 | .884 | .344 |
| 1.0 | 1.242 | .482 |

## α = 0.05    β = .20

| ES | 4 Groups | 2 Groups |
|---|---|---|
| .30 | .460 | .170 |
| .50 | .734 | .284 |
| .70 | 1.014 | .392 |
| 1.0 | 1.456 | .564 |

# Probability of a treatment effect reversal in the least favorable of k centers (subgroups) of equal size, given the p-value observed

| Number of Center's | P = .05 | P = .0027 | P = .00006 |
| --- | --- | --- | --- |
| | 2 Std | 3 Std | 4 Std |
| 2 | 0.15 | 0.03 | 0.005 |
| 4 | 0.50 | 0.24 | 0.09 |
| 8 | 0.80 | 0.71 | 0.48 |

# Why P = 0.05 alone is not impressive for a single study

- ◆ Replication probability is 50%

- ◆ Probability of internal reversal of treatment effect is high

- ◆ Confidence interval just excludes zero so as not to be informative about the effect size

- ◆ High chance for reversal in overall effect when monitoring :Coronary Drug Project

# Why P =0.001 and below is more impressive for a single study

◆ Equivalent to evidence from two studies , each with a one-sided p-value of 0.025; ie, 0.025 x 0.025 = 0.000625 x 2 = 0.00125

◆ Replication probability is high: 90%

◆ Probability of internal reversal of treatment effect is low

◆ Confidence interval is bounded away from zero, assuring better precision of effect

◆ Consistent with meta-analysis: (Peto- 3 std)

# Prior belief in the alternative hypothesis: $H_1$

◆ Its role in standard frequentist power calculations and sample size planning

◆ Its role in Bayesian analysis of the data, the posterior distribution of the parameter

◆ Its role in anticipating the range of observed treatment effects and uncertainty

# Bayesian Probabilities to Supplement Frequentist Probabilities

alpha error $\alpha$:    made by declaring a significant difference between treatments when it does not exist

beta error $\beta$:    made by failing to declare a significant difference between treatments when it truly is present

delta error $\delta$: the expected proportion of positive study results that are false - positives

epsilon error $\varepsilon$:   the expected proportion of negative study results that are false - negatives

# A Bayesian Formulation of the Uncertainty in evaluating positive treatment effects

$\pi$ = the true effectiveness ratio defined as the ratio of true positive results to the total number of drugs studied - Never known !

$\delta$ = the expected percent of positive results that are false-positive

$\epsilon$ = the expected percent of negative results that are false-negatives

Staquet et al. Cancer Treatment Reports, V63, 1979, 1917-1921

# The Epsilon error
# The false negative rate

$$\varepsilon = \frac{\pi\,\beta}{\pi\,\beta + (1-\pi)\,(1-\alpha)}$$

# The Delta error
# The False – positive rate

$$\delta = \frac{(1-\pi)\,\alpha}{(1-\pi)\,\alpha + \pi\,(1-\beta)}$$

# A Bayesian Formulation of Uncertainty in evaluating positive treatment effects

◆ The ratios of false positive trials to the total number of positive trials and of false negative trials to the total number of negative trials represent Bayesian probabilities that could be used to judge if significant or non-significant results achieved in a trial are likely to reflect the true situation in the population of interest.

◆ These concepts are similar to the use of posterior probabilities in the statistical evaluation of diagnostic tests.

# The false positive rate for a positive Phase 2 and positive Phase 3 trial sequence

$$\delta = \frac{(1 - \pi) \, \alpha_1 \alpha_2}{(1 - \pi) \, \alpha_1 \alpha_2 \; + \pi \, (1 - \beta_1) \, (1 - \beta_2)}$$

where $\alpha_1$    is the type 1 error for Phase 2 study

$\alpha_2$    is the type 1 error for Phase 3 study

$\beta_1$    is the type 2 error for the Phase 2 study

$\beta_2$    is the type 2 error for the Phase 3 study

# Two stage strategy

- First stage trial need not be large

- First stage type one errors in excess or 0.05, but not too high, otherwise spurious treatments go into larger second stage trials

- Relationship to learn/confirm model ?

# Consistency of evidence among several studies

- Concepts of:

  - heterogeneity of evidence

  - conflicting evidence

  - inconsistent evidence

# Using data and estimates from multiple independent sources : Lessons from meta-analyses

◆ Variation in baseline risk as an explanation of heterogeneity in meta-analysis, S.D. Walter, Stat. In Medicine, 16, 2883-2900 (1997)

◆ An empirical study of the effect of the control rate as a predictor of treatment efficacy in meta-analysis of clinical trials, Schmid,Lau,McIntosh and Cappelleri, Stat. In Medicine, 17, 1923-1942 (1998)

# Using data and estimates from multiple independent sources : Lessons from meta-analyses (cont.)

◆ Explaining heterogeneity in meta-analysis: a comparison of methods. Thompson and Sharp, Stat. In Medicine, 18, 2693-2708 (1999)

◆ Assessing the potential for bias in meta-analysis due to selective reporting of subgroup analyses within studies. Hahn, Williamson, Hutton, Garner and Flynn, Stat. In Medicine, 19, 3325-3336 (2000)

# Using data and estimates from multiple independent sources : Lessons from meta-analyses (cont.)

◆ Large trials vs.meta -analysis of smaller trials – How do their results compare ? Cappelleri,Ioannidis ,Sc hmid, de Ferranti,A ubert,Chalmers ,Lau . JAMA, 16 1332-1338, 1996

◆ Discordance between meta-analysis and large-scale randomized controlled trials: examples from the management of acute myocardial infarction. Borzak and Ridker, Ann. Internal Med.,123, 873-877 (1995)

◆ Discrepancies between meta-analysis and subsequent large randomized controlled trials.LeLori er,Gregoir e, Benhaddad,Lapierre ,Derderian. NEJM, 337, 536-42 (1997)

# Lessons learned from pooling clinical trials when individual trials do not stand on their own

◆ Type I error rate inflation with a post hoc pooled test of several studies

◆ Selective choice of studies and results usually after the outcomes are known

◆ No prospective protocol on how combining would occur in advance of observing the data

◆ Debate on its role as an exploratory or confirmatory exercise

# Some other approaches/ideas

◆ Placing trials in context, using Bayesian analysis - GUSTO Revisited by Reverend Bayes. Brophy and Joseph, JAMA, 273, 871-875 (1995) [GUSTO, GISSI-2, ISIS-3]

◆ Comments on Bayesian and Frequentist analysis and interpretation of clinical trials. L. Fisher, Cont. Clinical Trials, 17, 423-434 (1996) [refers to above]

# Some other approaches/ ideas (cont.)

◆ The design of replicated studies. Lindsay and Ehrenberg, American Statistician, 47, 217-228 (1993) [replication needed not only to validate findings but to establish the increasing range of radically different conditions under which the findings hold, and the predictable exceptions]

◆ Statistical Testing and Defense Acquisition - New approaches and methodological improvements. National Research Council, National Academy Press, (1998) :Chapter 9, Using modeling and simulation in test design and evaluation.

# Confirmatory evidence
## What is it ?

◆ Where does it come from within an NDA to support a single study

◆ simulations (planning at best) – interpolation vs. extrapolation

◆ surrogates – strength of confirmation of surrogacy

◆ smaller, or shorter length studies or studies that don't reach traditional standards of evidence

# Concluding remarks

The relationship between substantial evidence, confirmatory evidence and single studies of clinical outcomes poses challenges for our methods and approaches to quantifying evidence – reliance on single studies may be the exception, not the rule

**Petty, Sarah**

| | |
|---|---|
| **From:** | Anderson, Laura |
| **Sent:** | Wednesday, March 12, 2008 2:45 PM |
| **To:** | Petty, Sarah |
| **Subject:** | RE: Meeting |

How about Tuesday at 1:30 or 3:30, or Wednesday at 11:30 or 1:00?

---

| | |
|---|---|
| **From:** | Petty, Sarah |
| **Sent:** | Wednesday, March 12, 2008 2:45 PM |
| **To:** | Anderson, Laura |
| **Subject:** | RE: Meeting |

Laura, no, he is out of the office on Friday.   He is back in the office on Monday, and Monday am is bad, afternoon is more open. Sarah

---

| | |
|---|---|
| **From:** | Anderson, Laura |
| **Sent:** | Wednesday, March 12, 2008 2:07 PM |
| **To:** | Petty, Sarah |
| **Subject:** | FW: Meeting |

Sarah,

Can Mark do Friday at 2:00 in Hanover?

Thanks,
Laura

---

| | |
|---|---|
| **From:** | Larson, Jo Anne |
| **Sent:** | Wednesday, March 12, 2008 1:55 PM |
| **To:** | Anderson, Laura |
| **Subject:** | Meeting |

Laura - please arrange a meeting among myself, Megan Propp, Mark Pitchford and Arj Martin to discuss Cooley sponsorship of Stanford's Law, Economics & Business Program and its Law, Science & Technology Program.  It would be about a half hour meeting.  Thanks.

**Jo Anne Larson**
Director - Human Resources and Attorney Recruiting
Cooley Godward Kronish LLP
**Mailing Address:**
Five Palo Alto Square • 3000 El Camino Real
Palo Alto, CA  94306-2155
**Physical Address:**
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: 650/843-5050 • Fax: 650/849-7400



**U.S. Food and Drug Administration**

CENTER FOR DRUG EVALUATION AND RESEARCH

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER



## Office of Biostatistics

### Presentations

What We Do

Organization and
Responsibilities

Programs and
Activities

Regulations,
Guidances, and
MAPPs

Publications and
Presentations

Contact Us

#### Office of the Director:

Meta-Analysis: Does it Have a Role in Drug Development?,
Charles Anello, American Association for the Advancement of
Science, Boston Mass., 2/14/2002

Inference From Multiple Studies, Charles Anello, Fourth
Annual FDA\Industry workshop "The information Revolution -
who is mining the store?" sponsored by the American Statistical
Association, Biopharmaceutical Section, Bethesda, MD,
1/17/2002

A Perspective on Exposure Response Relationships, Robert
O'Neill, American Association of Pharmaceutical Scientists,
Arlington, Virginia, 6/3/2002

Exploring New Strategies for Safety Assessment and Analysis,
Robert O'Neill, 13th International Workshop on Statistical
Methodology in Clinical R&D, Venice, Italy, 4/8/2002

Monitoring the Safety of Medical Products: Historical
Approaches, CATS workshop of statistical methods for
monitoring the safety of medical products, NRC, Washington
DC, 12/11/2001

Integrated Summaries of Safety and Integrated Summaries of
Efficacy: Is this Meta-Analysis? Charles Anello, Joint
Statistical Meetings, Baltimore, 8/8/1999

Making Better Use of All Clinical Studies in an NDA, Charles
Anello, PhRMA Biostatistics Subcommittee, Biostatistics and
Clinical Data Management, Opportunities and Challenges for
Industry and FDA Annual Workshop, Bethesda, Maryland,
11/9/1998.

The Analysis of Adverse Drug Reactions in Clinical Trials: A Basis for Communicating and Managing Risk, Robert O'Neill, Society for Clinical Trials 22 nd Annual Meeting, Denver, Colorado, 5/22/2001.

How much evidence can one trial provide? Considerations on strength and consistency of evidence, Robert O'Neill, 1/22/2001.

A Discussion of Bayesian Data Mining in Large Frequency Tables, with an Application to the FDA Spontaneous Reporting System, Robert T. O'Neill, Ana Szarfman, ASA Annual Meeting, Baltimore, Maryland, 8/8/1999

---

**Division of Biometrics I:**

Hypotheses and Type I Error in Active Control Non-Inferiority Trials, Gang Chen; et al, 11/4/2002

Clinical Benefits, Decision Rules, and Multiple Inferences, George Y. H. Chi, CDER Scientific Rounds, 2/12/2003

Active Control Non-Superiority Trials - What it is all About, George Y. H. Chi, 2002 ICSA Applied Statistics Symposium, Plymouth Meeting, PA, 6/6/2002

Adaptive Statistical Inference Following Sample Size Modification Based on Interim Review of Effect Size, James H. M. Hung; et al, ASA Joint Meeting, New York, NY, 8/12/2002

Comparison of Non-Inferiority Methods for Mortality Trials, Mark Rothmann, 2002 PharMa meeting, Bethesda, MD, 11/4/2002

Evaluating Surrogate Endpoints Using Sensitivity and Specificity Analyses, Rajishwari Sridhara, et al, 12/11/2002

---

**Division of Biometrics II:**

Three Nonproblems in the Frequentist Approach to Clinical Trials, Thomas Permutt, CDER, 8/8/1999 [Word version]

Some Fundamental Issues with Non-Inferiority Testing in

Active Controlled Trials, H.M. James Hung et.al., ASA Joint Meetings, Atlanta, GA, 8/6/2002

Dropping a Treatment Arm in A Clinical Trial: "Redistributing Remaining Sample Size" Scheme (Word) Wang, Sue-Jane; et al, 8/6/2001

Statistical Consideration: Exploration of Multivariate Failure Time Analysis Method - An approach for Alcohol Treatment Clinical Trials, Sue-Jane Wang, Second Seattle Symposium in Biostatistics: Analysis of Correlated Data, Seattle, Washington, 11/20/2000

Issues, Analysis Approaches, and Adaptive Testing in Active Controlled Trials, Sue-Jane Wang, Office of Biostatistics Seminar, 4/21/2000

---

**Division of Biometrics III:**

Efficacy Evaluation in Acne Clinical Trials Dermatologic and Ophthalmic Drug Advisory Committee, Mohamed Al-Osh, 11/4/2002

Surrogate Markers: Their Role in Regulatory Decision Process Surrogate Markers, Surrogate Endpoints, Accelerated Approval, Biomarkers, Aloka Chakravarty, 9/27/2002

Modeling Correlated Binary Data in Clinical Trials, Mohamed Al-Osh, Presentation at the ASA Annual Meeting in Baltimore, 8/1999

Evidence and P-Values Given Multiple Endpoints, Multiple Comparisons and Multiple Studies, Mohammad Huque, Joint Statistical Meeting, New Delhi, Sponsored by the International Indian Statistical Association (IISA), 12/31/2000

Multiplicity Challenges and Problems in the Design and Review of Controlled Clinical Trials Regulatory Experiences and Concerns, Mohammad Huque, PhRMA Biostatistics and Clinical Data Management Workshop, 11/5/2001

A Flexible Multiplicity Adjustment Approach and Its Application to Evaluating Several Independently Conducted Studies, Qian Li and Mohammad Huque, 12/31/2000

**Division of Biometrics IV:**

Times "R" A Changing: FDA Perspectives on Use of "Open Source," [PDF].  B. Sue Bell, Joint Statistics Meeting 8/6/2006

PDF requires the free Adobe Acrobat Reader

↑Back to Top    ↖Back to Office of Biostatistics

Created: September 9, 2003
Updated: August 31, 2006

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

FDA/Center for Drug Evaluation and Research

http://www.fda.gov/cder/Offices/Biostatistics/presentations.htm    3/12/2008