COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE,
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 07-CV-04056-VRW |
|---|---|
| | **CLASS ACTION** |
| | **CERTIFICATE OF SERVICE (FRCP 5)** |
| | Hearing Date: May 29, 2008<br>Time: 2:30 p.m.<br>Courtroom: 6<br>Judge: Hon. Vaughn R. Walker |
| | Trial Date: Not yet set |

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court at whose direction the service was made. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. I served the following documents in the manner indicated on the parties listed below:

//

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

769828/PA

1.

**CERTIFICATE OF SERVICE**
**CASE NO. 07-CV-04056-VRW**

1. **DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE SECURITIES LAWS;**

2. **DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS;**

3. **SUPPLEMENTAL DECLARATION OF GRANT P. FONDO IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS; AND**

4. **DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.**

☒ BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

Mario Alba, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Phyllis M. Parker, Esq.
Barbara A. Podell, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

//

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>Mineola, NY  11501 | Nicolette Tropiano, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 |

Andrew Schatz, Esq.
Jeffrey S. Nobel, Esq.
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 12, 2008, at Palo Alto, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Saundra L. Curry