COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Dennis J. Herman (220163)
Eli R. Greenstein (217945)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534
Email: dennish@csgrr.com
       elig@csgrr.com

Liaison Counsel

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Carole A. Broderick
Barbara A. Podell
Phyllis M. Parker
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
      cbroderick@bm.net
      bpodell@bm.net
      pparker@bm.net

**SCHATZ NOBEL IZARD, P.C.**
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: aschatz@snilaw.com
      jnobel@snilaw.com
      nkulesa@snilaw.com

Co-Lead Counsel for Plaintiffs

FILED
08 MAR 31 PM 12:07
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION ) ) ) | Master File No. 3:07-cv-04056-VRW <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ) ) <br> ALL ACTIONS. ) | **APPLICATION FOR ADMISSION OF CAROLE A. BRODERICK AS ATTORNEY *PRO HAC VICE*** |

1    Pursuant to Civil L.R. 11-3, Carole A. Broderick, an active member in good standing of the
2  bar of Pennsylvania and admitted to practice before the United States District Court for the Eastern
3  District of Pennsylvania, hereby applies for admission to practice in the Northern District of
4  California on a *pro hac vice* basis representing plaintiffs in the above-entitled action.
5    In support of this application, I certify on oath that:
6    1.   I am an active member in good standing of a United States Court or of the highest
7  court of another State or the District of Columbia, as indicated above;
8    2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
10 Local Rules and the Alternative Dispute Resolution programs of this Court; and
11   3.   An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone numbers of that attorney is:

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Dennis J. Herman (220163)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534
Email: dennish@csgrr.com

19   I declare under penalty of perjury that the foregoing is true and correct.

21 Dated: March 27, 2008        By: *Carole Broderick*
                                  Carole A. Broderick

[3:07-CV-04056-VRM] - APPLICATION FOR ADMISSION
OF CAROLE A. BRODERICK AS ATTORNEY *PRO HAC VICE*                           - 2 -

