COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
Dennis J. Herman (220163)
Eli R. Greenstein (217945)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 288-4545
Fax: (415) 288-4534
Email: dennish@csgrr.com
elig@csgrr.com

Liaison Counsel

MAR 31 PM 12:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BERGER & MONTAGUE, P.C.
Sherrie R. Savett
Carole A. Broderick
Barbara A. Podell
Phyllis M. Parker
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: ssavett@bm.net
cbroderick@bm.net
bpodell@bm.net
pparker@bm.net

SCHATZ NOBEL IZARD, P.C.
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: aschatz@snilaw.com
jnobel@snilaw.com
nkulesa@snilaw.com

Co-Lead Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | ) | Master File No. 3:07-cv-04056-VRW |
| | ) | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | ) | ~~[PROPOSED]~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF CAROLE A. BRODERICK AS ATTORNEY *PRO HAC VICE*** |
| ALL ACTIONS. | ) | |

Carole A. Broderick, an active member in good standing of the bar of Pennsylvania and admitted to practice before the United States District Court for the Eastern District of Pennsylvania, whose business address and telephone number are

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 04/15/08

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Vaughn R Walker

Vaughn R. Walker
United States District Court Judge