IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE<br>NUVELO, INC.<br>SECURITIES LITIGATION, | No. C 07-4056 VRW<br><br>CLASS ACTION<br><br>**CLERK'S NOTICE** |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the court is resetting the time to hear Defendants' motion to dismiss currently scheduled for May 29, 2008 at 2:30 p.m.  **to 10:30 a.m.**

Please report to courtroom no. 6, 17th floor, 450 Golden Gate Ave. San Francisco, California.

Dated: April 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker