IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:

NUVELO INC., SECURITIES LITIGATION,

                                /

No. C 07-4056 VRW

**CLERK'S NOTICE**

RESETTING THE HEARING DATE

(Plaintiff is directed to serve a copy, and file with the court, proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the Motion to Dismiss Class Action Complaint to **June 12, 2008 at 2:30 PM.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Regardless of whether the Court reschedules the hearing date, briefing schedules may not be changed by stipulation. All Opposition and Reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L.R. 7-3.

Dated: April 30, 2008

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

                                              By: *Cora Klein*
                                              Courtroom Deputy Clerk to
                                              Chief Judge Vaughn R Walker