1  COUGHLIN STOIA GELLER
2    RUDMAN & ROBBINS LLP
   DENNIS J. HERMAN (220163)
3  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone: 415/288-4545
5  415/288-4534 (fax)
   dennish@csgrr.com
6  elig@csgrr.com

7  Liaison Counsel

                                            SCHATZ NOBEL IZARD, P.C.
8  BERGER & MONTAGUE, P.C.                  ANDREW M. SCHATZ
   SHERRIE R. SAVETT                        JEFFREY S. NOBEL
9  BARBARA A. PODELL                        NANCY A. KULESA
   PHYLLIS M. PARKER                        One Corporate Center
10 1622 Locust Street                       20 Church Street, Suite 1700
   Philadelphia, PA  19103                  Hartford, CT  06103
11 Telephone: 215/875-3000                  Telephone: 860/493-6292
   215/875-4604 (fax)                       860/493-6290 (fax)
12 ssavett@bm.net                           aschatz@snilaw.com
   bpodell@bm.net                           jnobel@snilaw.com
13 pparker@bm.net                           nkulesa@snilaw.com

14 Co-Lead Counsel for Plaintiffs

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 In re NUVELO, INC. SECURITIES     )  Master File No. 3:07-cv-04056-VRW
   LITIGATION                        )
19                                   )  CLASS ACTION
                                     )
20 This Document Relates To:         )  CERTIFICATE OF SERVICE BY U.S. MAIL
                                     )  OF CLERK'S NOTICE RESCHEDULING
21       ALL ACTIONS.                )  HEARING
                                     )

1  I hereby certify that I have caused the Clerk's Notice dated April 30, 2008 rescheduling the

2  hearing date on the Motion to Dismiss Class Action Complaint to June 12, 2008 at 2:30 p.m., to be

3  sent via U.S. Mail to the following:

4

5  Evan J. Smith
   Brodsky & Smith L.L.C.
6  240 Mineola Blvd.
   Mineola, NY  11501
7

8  Nicolette Tropiano
   Schiffrin Barroway Topaz & Kessler LLP
9  280 King of Prussia Road
   Radnor, PA  19087
10

11

12 DATED:  May 1, 2008                          COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
13                                              DENNIS J. HERMAN
                                                ELI R. GREENSTEIN
14

15                                                  s/ Dennis J. Herman
                                                  DENNIS J. HERMAN
16

17                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
18                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
19
                                                Liaison Counsel
20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY U.S. MAIL OF CLERK'S NOTICE
RESCHEDULING HEARING - 3:07-cv-04056-VRW                                              - 1 -

| | |
|---|---|
| 1 | |
| 2 | BERGER & MONTAGUE, P.C.<br>SHERRIE R. SAVETT<br>BARBARA A. PODELL |
| 3 | PHYLLIS M. PARKER<br>1622 Locust Street |
| 4 | Philadelphia, PA  19103<br>Telephone:  215/875-3000 |
| 5 | 215/875-4604 (fax) |
| 6 | SCHATZ NOBEL IZARD, P.C.<br>ANDREW M. SCHATZ |
| 7 | JEFFREY S. NOBEL<br>NANCY A. KULESA |
| 8 | One Corporate Center<br>20 Church Street, Suite 1700 |
| 9 | Hartford, CT  06103<br>Telephone:  860/493-6292 |
| 10 | 860/493-6290 (fax) |
| 11 | Co-Lead Counsel for Plaintiffs |

T:\CasesSF\Nuvelo\CERT00051018.doc

CERTIFICATE OF SERVICE BY U.S. MAIL OF CLERK'S NOTICE
RESCHEDULING HEARING - 3:07-cv-04056-VRW                                    - 2 -

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the |
| 3 | Court using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 4 | denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the |
| 5 | foregoing document or paper via the United States Postal Service to the non-CM/ECF participants |
| 6 | indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed on May 1, 2008. |
| 9 |  |
| 10 | s/ Dennis J. Herman<br>DENNIS J. HERMAN |
| 11 |  |
| 12 | COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP |
| 13 | 100 Pine Street, 26th Floor<br>San Francisco, CA  94111 |
| 14 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 15 |  |
| 16 | E-mail:  Dennish@csgrr.com |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carole A. Broderick**
  cbroderick@bm.net

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,currysl@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

58 South Service Road
Suite 200
Melville, NY 11747

**Samuel Howard Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087