1 | COUGHLIN STOIA GELLER
2 |   RUDMAN & ROBBINS LLP
    | DENNIS J. HERMAN (220163)
3 | ELI R. GREENSTEIN (217945)
    | 100 Pine Street, Suite 2600
4 | San Francisco, CA  94111
    | Telephone:  415/288-4545
5 | 415/288-4534 (fax)
    | dennish@csgrr.com
6 | elig@csgrr.com

7 | Liaison Counsel

8 | BERGER & MONTAGUE, P.C.            SCHATZ NOBEL IZARD, P.C.
    | SHERRIE R. SAVETT                 ANDREW M. SCHATZ
9 | BARBARA A. PODELL                  JEFFREY S. NOBEL
    | PHYLLIS M. PARKER                 NANCY A. KULESA
10| 1622 Locust Street                 One Corporate Center
    | Philadelphia, PA  19103           20 Church Street, Suite 1700
11| Telephone:  215/875-3000           Hartford, CT  06103
    | 215/875-4604 (fax)                Telephone:  860/493-6292
12| ssavett@bm.net                     860/493-6290 (fax)
    | bpodell@bm.net                    aschatz@snilaw.com
13| pparker@bm.net                     jnobel@snilaw.com
    |                                   nkulesa@snilaw.com

14 | Co-Lead Counsel for Plaintiffs

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-VRW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| ALL ACTIONS. | |
| | Date:      June 12, 2008 |
| | Time:      2:30 p.m. |
| | Judge:     Hon. Vaughn R. Walker, C.J. |
| | Courtroom: 6 |

Plaintiffs hereby submit the recent decision of the Ninth Circuit in *Berson v. Applied Signal Tech., Inc.*, No. 06-15454, slip op. (9th Cir. June 5, 2008), attached hereto as Exhibit A, in support of plaintiffs' opposition to defendants' motion to dismiss. The decision is relevant to the following issues raised by the motion:

1. *Particularity of Allegations and Confidential Witnesses*. Defendants' Notice of Motion and Motion to Dismiss Consolidated Complaint for Violations of the Federal Securities Laws; Memorandum of Points and Authorities ("Defs. Br.") (Dec. 21, 2007), at 12-17; Corrected Plaintiffs' Opposition to Defendants' Motion to Dismiss Consolidated Complaint for Violations of the Federal Securities Law ("Pls. Br.") (March 25, 2008), at 5-7. *Berson*, slip op., at 6392-94.

2. *Sufficiency of Allegations that Statements Were Misleading*. Defs. Br., at 17-19; Pls. Br., at 8-20. *Berson*, slip op., at 6394-97.

3. *Sufficiency of Scienter Allegations*. Defs. Br., at 20-22; Pls. Br., at 20-27. *Berson*, slip op., at 6397-6401.

4. *Statutory Safe-Harbor and "Forward-Looking" Statements*. Defs. Br., at 22; Pls. Br., at 28-30. *Berson*, slip op., at 6402.

5. *Loss causation.* Defs. Br., at 25; Pls. Br., at 32-34. *Berson*, slip op., at 6401-02.

DATED: June 6, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
ELI R. GREENSTEIN

s/ Dennis J. Herman
DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Liaison Counsel

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - 3:07-cv-04056-VRW     - 1 -

1
2  BERGER & MONTAGUE, P.C.
   SHERRIE R. SAVETT
   BARBARA A. PODELL
3  PHYLLIS M. PARKER
   1622 Locust Street
4  Philadelphia, PA  19103
   Telephone:  215/875-3000
5  215/875-4604 (fax)

6  SCHATZ NOBEL IZARD, P.C.
   ANDREW M. SCHATZ
7  JEFFREY S. NOBEL
   NANCY A. KULESA
8  One Corporate Center
   20 Church Street, Suite 1700
9  Hartford, CT  06103
   Telephone:  860/493-6292
10 860/493-6290 (fax)

11 Co-Lead Counsel for Plaintiffs

12 T:\CasesSF\Nuvelo\NOT00051855.doc

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 6, 2008.

    s/ Dennis J. Herman
    DENNIS J. HERMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: Dennish@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carole A. Broderick**
  cbroderick@bm.net

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  gfondo@cooley.com,mcintoshjc@cooley.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,currysl@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **David Avi Rosenfeld , Esq**
  drosenfeld@geller-rudman.com

- **Sherrie R. Savett**
  ssavett@bm.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mario Alba
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
```

58 South Service Road
Suite 200
Melville, NY 11747

**Samuel Howard Rudman**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
New York, NY 11747

**Evan J. Smith**
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087