| Clerk's Use Only |   |
|---|---|
| Initial for fee pd.: |   |

Jeffrey S. Nobel
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292
jnobel@snilaw.com

FILED
08 JUN 10 PM 3:00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:
NUVELO INC., SECURITIES
LITIGATION

Plaintiff(s),

v.

Defendant(s).

CASE NO. C 07-4056 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JEFFREY S. NOBEL, an active member in good standing of the bar of CONNECTICUT, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Juan Pablo Cabrera in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Dennis J. Herman, 100 Pine Street, Suite 2600, San Francisco, CA 94111; Telephone: (415) 288-4545

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2008