UNITED STATES DISTRICT COURT

Northern District of California

IN RE:
NUVELO INC., SECURITIES
LITIGATION

CASE NO. C 07-4056 VRW

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Defendant(s).
_____/

JEFFREY S. NOBEL ☒ , an active member in good standing of the bar of CONNECTICUT ☒ whose business address and telephone number (particular court to which applicant is admitted) is

20 Church Street, Suite 1700, Hartford, CT 06103; Telephone (860) 493-6292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF JUAN PABLO CABRERA ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
The Honorable Vaughn R. WALKER