COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     June 12, 2008<br>Time:    2:30 p.m.<br>Ctrm:    6<br>Judge:   Hon. Vaughn R. Walker |

Pursuant to Northern District of California Civil Local Rule 7-3(d), Defendants hereby submit the recent decision of the United States District Court Southern District of California, *Constr. Laborers Pension Trust, et al. v. Neurocrine Biosciences, Inc.*, *et al.*, No. 07CV1111-IEF-RBB, 2008 U.S. Dist. LEXIS 38899 (S.D. Cal. May 12, 2008), attached as Exhibit A, in support of Defendants' Motion to Dismiss.  In *Neurocrine Biosciences, Inc.*, the court dismissed plaintiffs' section 10(b) claims for failure to adequately plead falsity or scienter. *Id.* at *32. In addition, the court held that certain statements were protected by the PSLRA's safe harbor. *Id.* at *35. The decision is relevant to the following issues:

1. *Confidential Witness Allegations.* Defendants' Notice of Motion and Motion to Dismiss Consolidated Complaint for Violations of the Federal Securities Laws; Memorandum of Points and Authorities ("Defs. Br.") at 12-17; Corrected Plaintiffs' Opposition to Defendants' Motion to Dismiss Consolidated Complaint for Violations of the Federal Securities Laws ("Pls. Br."), at 5-7; Defendants' Reply Memorandum ins Support of Motion to Dismiss Consolidated Complaint for Violations of Securities Laws ("Defs. Rply. Br.") at 3-4. *Neurocrine Biosciences*, 2008 U.S. Dist. LEXIS 38899, at *17.

2. *Falsity and Scienter Allegations.* Defs. Br. at 13-22; Pls. Br. at 8-28; Defs. Rply. Br. at 5-17. *Neurocrine Biosciences*, 2008 U.S. Dist. LEXIS 38899, at *14-33.

3. *The PSLRA's Safe Harbor for Forward-Looking Statements.* Defs. Br. at 22-24; Pls Br. 29-30; Defs. Rply. Br. at 17-19. *Neurocrine Biosciences*, 2008 U.S. Dist. LEXIS 38899, at *32-40.

Dated: June 10, 2008          COOLEY GODWARD KRONISH LLP

                              /s/
                              ――――――――――――――――――――
                              Grant P. Fondo (181530)
                              Attorneys for Defendants
                              NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE and GARY S. TITUS

# CERTIFICATE OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California, over the age of 18 years, and not a party to the within action. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court at whose direction the service was made. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, CA 94306-2155. I served the **STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** in the manner indicated on the parties listed below:

☐ BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE – CCP § 1013(e)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile, and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☒ (BY OVERNIGHT MAIL – CCP § 1013(c)) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the undersigned.

Mario Alba, Esq.
Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Phyllis M. Parker, Esq.
Barbara A. Podell, Esq.
Berger & Montague PC
1622 Locust Street
Philadelphia, PA 19103

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsky & Smith LLC<br>240 Mineola Boulevard<br>Mineola, NY  11501 | Nicolette Tropiano, Esq.<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 |

Andrew Schatz, Esq.
Jeffrey S. Nobel, Esq.
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on June 10, 2008, at Palo Alto, California.

                                                                         /s/
                                                  Saundra L. Curry