UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE:   June 12, 2008

COURTROOM DEPUTY: Cora Klein           Court Reporter:    James Yeomans

CASE NO.  C 07-4056  VRW

CASE TITLE:   IN re NUVELO, INC. - SECURITIES LITIGATION

**COUNSEL FOR PLAINTIFF:**
Carole Broderick, Dennis Herman
Jeffrey Noble, Phyllis Parker

**COUNSEL FOR DEFENDANT:**
Scott Devereaux, Grant Fondo
Jeffrey Kaban

PROCEEDINGS:   1. Defendant's Motion to Dismiss Amended Consolidated Complaint
               2.

RESULTS:       The Court heard argument from counsel.
               The Court submitted the matter.
               The court to issue written ruling.