# UNITED STATES DISTRICT COURT
## Northern District of California

IN RE:
NUVELO INC., SECURITIES
LITIGATION

CASE NO. C 07-4056 VRW

Plaintiff(s),

v.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).
_____/

JEFFREY S. NOBEL, an active member in good standing of the bar of CONNECTICUT whose business address and telephone number (particular court to which applicant is admitted) is

20 Church Street, Suite 1700, Hartford, CT 06103; Telephone (860) 493-6292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF JUAN PABLO CABRERA.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/13/2008



GRANTED
Judge Vaughn R Walker