IZARD NOBEL LLP
JEFFREY S. NOBEL (*Admitted Pro Hac Vice*)
NANCY A. KULESA
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
Fax: 860/493-6290
firm@izardnobel.com
jnobel@izardnobel.com
nkulesa@izardnobel.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-CV-04056-VRW |
|---|---|
| | CLASS ACTION |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD PLAINTIFFS TO FILE CONSOLIDATED AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO: All Actions | |

WHEREAS, pursuant to the Order entered by the Court on December 4, 2008, lead plaintiffs' amended consolidated complaint is due on December 31, 2008;

WHEREAS, lead plaintiffs are still in the process of completing their amended consolidated complaint and counsel to lead plaintiffs anticipate that they will be unable to submit the amended consolidated complaint by December 31, 2008 due to holiday, travel and scheduling issues;

---

**STIPULATION RE EXTENSION OF TIME**
CASE NO. 3:07-CV-04056-VRW

| | |
|---|---|
| 1 | WHEREAS, counsel for lead plaintiffs have requested, and counsel for defendants have |
| 2 | agreed, that the deadline for lead plaintiffs to file an amended consolidated complaint be extended |
| 3 | to and including January 14, 2009; |
| 4 | WHEREAS, this is lead plaintiffs' first request for extension of time to file the amended |
| 5 | consolidated complaint; |
| 6 | WHEREAS, this extension of time will not impact any other deadlines that have been set |
| 7 | by the Court; |
| 8 | IT IS THEREFORE STIPULATED AND AGREED by lead plaintiffs and defendants, |
| 9 | through their respective counsel of record that, subject to the Court's approval, lead plaintiffs shall |
| 10 | have until January 14, 2009 to file their amended consolidated complaint. |

Dated: December 10, 2008

IZARD NOBEL LLP
JEFFREY S. NOBEL

/s/ Jeffrey S. Nobel
_____
JEFFREY S. NOBEL (*Admitted Pro Hac Vice*)
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: 860/493-6292
Fax: 860/493-6290
jnobel@izardnobel.com

*Co-Lead Counsel for Plaintiffs*

Dated: December 10, 2008

COOLEY GODWARD KRONISH LLP
SCOTT DEVEREAUX

/s/ Scott Devereaux
_____
SCOTT DEVEREAUX
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-5000
Fax: 650/857-0663
devereauxsd@cooley.com

*Counsel for Defendants*

**STIPULATION RE EXTENSION OF TIME**
CASE NO. 3:07-CV-04056-VRW

i

| | |
|---|---|
| 1 | I, Jeffrey S. Nobel, am the ECF User whose ID and password are being used to file this |
| 2 | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR LEAD |
| 3 | PLAINTIFF TO FILE AMENDED CONSOLIDATED COMPLAINT. In compliance with General |
| 4 | Order 45, X.B., I hereby attest that Scott Devereaux has concurred in this filing. Executed on |
| 5 | December 10, 2008 |
| 6 | |
| 7 | |
| 8 | /s/ Jeffrey S. Nobel |
| 9 | JEFFREY S. NOBEL |

STIPULATION RE EXTENSION OF TIME
CASE NO. 3:07-CV-04056-VRW

ii

## ORDER

PURSUANT TO STIPULATION, lead plaintiffs shall have until January 14, 2008 to file their amended consolidated complaint.

IT IS SO ORDERED.

DATED: 12/12/2008



THE HON. ~~~~~~~~ WALKER
UNITED ~~~~~~~~~~~~~~

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2008.

/s/ Jeffrey S. Nobel

JEFFREY S. NOBEL

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carole A. Broderick**
  cbroderick@bm.net

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  grant.fondo@usdoj.gov,jeanne.carstensen@usdoj.gov

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  mcintoshjc@cooley.com,kabanjm@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jeffrey S. Nobel**
  firm@snlaw.net

- **Phyllis Maza Parker**
  pparker@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **Sherrie R. Savett**
  ssavett@bm.net

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mario Alba**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087