```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  DENNIS J. HERMAN (220163)
    ELI R. GREENSTEIN (217945)
 3  100 Pine Street, Suite 2600
    San Francisco, CA  94111
 4  Telephone:  415/288-4545
    415/288-4534 (fax)
 5  dennish@csgrr.com
    elig@csgrr.com
 6
    Liaison Counsel
 7
    BERGER & MONTAGUE, P.C.
 8  SHERRIE R. SAVETT
    CAROLE A. BRODERICK                    IZARD NOBEL LLP
 9  BARBARA A. PODELL                      JEFFREY S. NOBEL
    PHYLLIS M. PARKER                      NANCY A. KULESA
10  1622 Locust Street                     29 South Main Street, Suite 215
    Philadelphia, PA  19103                West Hartford, CT  06107
11  Telephone:  215/875-3000               Telephone:  860/493-6292
    215/875-4604 (fax)                     860/493-6290 (fax)
12  ssavett@bm.net                         jnobel@inlaw.com
    bpodell@bm.net                         nkulesa@inlaw.com
13  pparker@bm.net
14
    Co-Lead Counsel for Plaintiffs
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No. 3:07-cv-04056-VRW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| ALL ACTIONS. | |

1  WHEREAS, lead plaintiffs filed their Corrected Second Consolidated Amended Complaint
2  ("SAC") on February 17, 2009;

3  WHEREAS, defendants Nuvelo, Inc., Michael D. Levy, Ted. W. Love and Gary S. Titus
4  (collectively, "defendants") filed their motion to dismiss the SAC on March 24, 2009;

5  WHEREAS, lead plaintiffs' opposition to defendants' motion to dismiss is due on or before
6  May 13, 2009;

7  WHEREAS, in light of the complexity of this case, the breadth of the legal and factual issues
8  raised by the Court's December 4, 2008 Order and the number of issues raised by defendants in their
9  renewed motion to dismiss, a ten-page extension of the page limits for lead plaintiffs' opposition
10  brief is reasonable and necessary to fully address defendants' motion and the Court's Order; and

11  WHEREAS, the parties have met and conferred and defendants have agreed to the proposed
12  extension;

13  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
14  parties hereto, through their respective counsel of record, subject to approval by the Court, that:

15  1.  Lead plaintiffs' opposition to defendants' motion to dismiss the SAC shall be no
16  longer than 35 pages in length.

17  IT IS SO STIPULATED.

18  DATED: May 11, 2009                    BERGER & MONTAGUE, P.C.
                                            SHERRIE R. SAVETT
19                                          CAROLE A. BRODERICK
                                            BARBARA A. PODELL
20                                          PHYLLIS M. PARKER

21

22                                            /s/ Carole A. Broderick
                                            CAROLE A. BRODERICK
23
                                            1622 Locust Street
24                                          Philadelphia, PA  19103
                                            Telephone:  215/875-3000
25                                          215/875-4604 (fax)

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR LEAD PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - 3:07-cv-04056-VRW — - 1 -

|   |   |
|---|---|
| | IZARD NOBEL LLP<br>JEFFREY S. NOBEL<br>NANCY A. KULESA<br>29 South Main Street, Suite 215<br>West Hartford, CT 06107<br>Telephone: 860/493-6292<br>860/493-6290 (fax)<br><br>Co-Lead Counsel for Plaintiffs<br><br>COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>DENNIS J. HERMAN<br>ELI R. GREENSTEIN<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>Liaison Counsel |
| DATED: May 11, 2009 | COOLEY GODWARD KRONISH LLP<br>SCOTT D. DEVEREAUX<br><br>      /s/ Scott D. Devereaux<br>SCOTT D. DEVEREAUX<br><br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: 650/843-5000<br>650/857-0663 (fax)<br><br>Attorneys for Defendants |

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Carole A. Broderick and Scott D. Devereaux have concurred in this filing.

      /s/ Eli R. Greenstein
ELI R. GREENSTEIN

\*    \*    \*

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS - 3:07-cv-04056-VRW - 2 -

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 13, 2009  _____
　　　　　　　　　　　　　　　　THE HONORABLE VAUGHN R WALKER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\casesSD\nuvelo\sTP00059306.doc

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 11, 2009.

      s/ Eli R. Greenstein
      ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carole A. Broderick**
  cbroderick@bm.net

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  grant.fondo@usdoj.gov,jeanne.carstensen@usdoj.gov

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  mcintoshjc@cooley.com,kabanjm@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jeffrey S. Nobel**
  jnobel@izardnobel.com

- **Phyllis Maza Parker**
  pparker@bm.net,emagnus@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **Sherrie R. Savett**
  ssavett@bm.net

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mario Alba**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087