```
 1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
 2  DENNIS J. HERMAN (220163)
    ELI R. GREENSTEIN
 3  100 Pine Street, Suite 2600
    San Francisco, CA 94111
 4  Telephone: 415/288-4545
    Fax: 415/288-4534
 5  dennish@csgrr.com
    elig@csgrr.com
 6
    Liaison Counsel
 7
    BERGER & MONTAGE, P.C.              IZARD NOBEL, LLP
 8  SHERRIE R. SAVETT                   JEFFREY S. NOBEL
    CAROLE A. BRODERICK                 MARK P. KINDALL
 9  BARBARA A. PODELL                   NANCY A. KULESA
    PHYLLIS M. PARKER                   SETH R. KLEIN
10  1622 Locust Street                  One Corporate Center
    Philadelphia, PA 19103              One Church Street, Suite 1700
11  Telephone: 215/875-300
    Fax: 215/875-4604                   Hartford, CT 06103
12  ssavett@bm.net                      Telephone: 860/493-6292
    cbroderick@bm.net                   Fax: 860/493-6290
13  bpodell@bm.et                       jnobel@snilaw.com
    pparker@bm.net                      mkindall@snilaw.com
14                                      nkulesa@snilaw.com
                                        sklein@snilaw.com
15
    Co-Lead Counsel for Plaintiffs
16
              UNITED STATES DISTRICT COURT
17            NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | ) Master File No. 3:07-cv-04056-VRW |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR OPPOSITION TO AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |
| ALL ACTIONS. | ) |
| | ) |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW — - 1 -

1. **WHEREAS**, lead plaintiffs filed their Second Consolidated Complaint on January 23, 2009;

2. **WHEREAS**, lead plaintiffs filed their Corrected Second Consolidated Amended Complaint ("SAC") on February 17, 2009;

3. **WHEREAS**, the hearing on Defendants' Motion to Dismiss was noticed for June 25, 2009 at 2:30 p.m., and was continued to July 15, 2009 at 2:30 p.m. pursuant to the Court's request;

4. **WHEREAS**, pursuant to the Stipulation and Order signed on March 31, 2009, lead plaintiffs' opposition to Defendants' Motion to Dismiss is due to be filed on or before May 13, 2009, and Defendants' reply brief is due to be field on or before June 8, 2009;

5. **WHEREAS**, plaintiffs requested an extension of time to complete their opposition brief in order to resolve internal problems and defendants agreed to give plaintiffs a 2 day extension from May 13, 2009 to May 15, 2009;

6. **WHEREAS**, the parties met and confirmed and defendants agreed to the proposed extension;

7. **WHEREAS**, this extension of time will not impact any other deadlines set by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto through their respective counsel of record, subject to the approval by the Court that:

1. Lead plaintiffs have through and including May 15, 2009 to file an opposition to Defendants' Motion to Dismiss; and

2. Defendants shall have through and including June 10, 2009 to file a reply brief.

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW

**IT IS SO STIPULATED.**

Dated: May 12, 2009                COOLEY GODWARD KRONISH LLP

/s/ Jeffrey M. Kaban
Jeffrey M. Kaban

*Attorneys for Defendants*

Dated: May 12, 2009                BERGER & MONTAGUE, P.C.

/s/ Barbara A. Podell
Barbara A. Podell

*Co-Lead Counsel for Plaintiffs*

IZARD NOBEL LLP
Jeffrey S. Nobel
Nancy A. Kulsea
29 S. Main Street, Suite 215
West Harford, CT 06107
Telephone: (860) 493-6292
Fax: (860) 493-6290

*Co-Lead Counsel for Plaintiffs*

COUGLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Dennis J. Herman
Eli R. Greenstein
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

*Liaison Counsel*

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW

DATED: May 12, 2009    COOLEY GODWARD KRONISH LLP
Jeffrey M. Kaban

/s/ Jeffrey M.. Kaban
Jeffrey M. Kaban

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Fax: (650) 857-0663

*Attorneys for Defendants*

I, Carole Broderick, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR LEAD PLAINITFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Jeffrey M. Kaban has concurred in this filing.

/s/Carole A. Broderick

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW

# ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 13, 2009



_____
THE HONORABLE VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW

Case 3:07-cv-04056-VRW  Document 68  Filed 05/13/2009  Page 6 of 8

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on May 12, 2009, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document of paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under the penalty of perjury under the laws of the United States of America that |
| 8 | the foregoing is true and correct, Executed on May 12, 2009. |

/s/ Carole A. Broderick
Carole A. Broderick

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO 3:07-cv-04056-VRW

# Mailing Information for a Case 3:07-cv-04056-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Carole A. Broderick**
  cbroderick@bm.net

- **Scott Devereaux**
  devereauxsd@cooley.com

- **Grant P. Fondo**
  grant.fondo@usdoj.gov,jeanne.carstensen@usdoj.gov

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dennis J. Herman**
  dennish@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey Michael Kaban**
  mcintoshjc@cooley.com,kabanjm@cooley.com

- **Christopher J. Keller**
  ckeller@labaton.com,cchan@labaton.com,electroniccasefiling@labaton.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jeffrey S. Nobel**
  jnobel@izardnobel.com

- **Phyllis Maza Parker**
  pparker@bm.net,emagnus@bm.net

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Barbara A Podell**
  bpodell@bm.net

- **Sherrie R. Savett**
  ssavett@bm.net

- **Evan Jason Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Mario Alba**
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747

**Nicolette Tropiano**
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087