COOLEY GODWARD KRONISH LLP
SCOTT D. DEVEREAUX (146050) (devereauxsd@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jsantamaria@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
VALERIE CASTELO (247540) (vcastelo@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE,
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>STIPULATION AND [~~Proposed~~] ORDER SETTING CASE MANAGEMENT CONFERENCE |

**WHEREAS**, lead plaintiffs filed their Second Consolidated Complaint on January 23, 2009;

**WHEREAS**, lead plaintiffs filed their Corrected Second Consolidated Amended Complaint ("SAC") on February 17, 2009;

**WHEREAS,** defendants Nuvelo, Inc., Michael D. Levy, Ted. W. Love and Gary S. Titus (collectively, "Defendants") filed their Motion to Dismiss the SAC on March 24, 2009;

**WHEREAS**, the Court issued an order granting in part and denying in part Defendants' motion on August 17, 2009 ("Order");

**WHEREAS**, the Court also ordered that the parties schedule a case management conference within sixty days of the entry of the Order, i.e. by October 16, 2009;

**WHEREAS**, pursuant to the Court's Order, the parties have met and conferred and agreed that a case management conference should be held on Thursday, October 15, 2009 at 3:30 p.m., a date that is mutually convenient for all parties;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto through their respective counsel of record, subject to the approval by the Court that:

1. A case management conference in this case will be held on Thursday, October 15, 2009 at 3:30 p.m.

**IT IS SO STIPULATED.**

Dated: September 29, 2009         COOLEY GODWARD KRONISH LLP

                                  /s/ Scott D. Devereaux
                                  Scott D. Devereaux

                                  *Attorneys for Defendants*

Dated:  September 29, 2009        BERGER & MONTAGUE P.C.

                                  /s/ Carole A. Broderick
                                  Carole A. Broderick

                                  *Co-Lead Counsel for Plaintiffs*

Dated:  September 29, 2009        IZARD NOBEL LLP

                                  /s/ Jeffrey S. Nobel
                                  Jeffrey S. Nobel

                                  *Co-Lead Counsel for Plaintiffs*

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802137 v1/PA                     2.             STIPULATION AND [PROPOSED] ORDER
                                                SETTING CASE MANAGEMENT CONFERENCE
                                                CASE NO. 07-CV-04056-VRW

1  Dated:  September 29, 2009            COUGHLIN STOIA GELLER
2                                         RUDMAN & ROBBINS LLP
3
                                          /s/ Eli R. Greenstein
4                                        ―――――――――――――――――――
                                         Eli R. Greenstein
5
                                         *Liaison Counsel for Plaintiffs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802137 v1/PA                3.            STIPULATION AND [PROPOSED] ORDER
                                          SETTING CASE MANAGEMENT CONFERENCE
                                          CASE NO. 07-CV-04056-VRW

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Scott D. Devereaux, attest that concurrence in the filing of this Stipulation and [Proposed] Order Setting Case Management Conference has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of September, 2009, at Palo Alto, California.

*/s/ Scott D. Devereaux*
Scott D. Devereaux

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802137 v1/PA

4.

STIPULATION AND [PROPOSED] ORDER
SETTING CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-04056-VRW

## [PROPOSED] ORDER

Upon Stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

1. A case management conference in this case will be held on Thursday, October 15, 2009 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: __09/30__, 2009

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — Judge Vaughn R Walker)*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802137 v1/PA

5.

STIPULATION AND [PROPOSED] ORDER
SETTING CASE MANAGEMENT CONFERENCE
CASE NO. 07-CV-04056-VRW