COOLEY LLP
SCOTT D. DEVEREAUX (146050)
(devereauxsd@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE
and GARY S. TITUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-VRW<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] **Order Extending Deadlines**<br><br>Judge:  Hon. Vaughn R. Walker<br>Courtroom 6 |

Upon Stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

**1.** The deadline for Defendants to produce all documents in response to document requests outstanding as of March 25, 2010 shall be extended to July 30, 2010;

**2.** The deadlines for Lead Plaintiff to serve Identification Interrogatories, for Defendants to file responses thereto, and for Lead Plaintiff to serve FRCP 30(b)(6) deposition notices shall each be extended by 60 days;

**3.** The parties shall work in good faith to resolve any outstanding discovery disputes in a manner that permits discovery necessary to mediation to be produced in a timely manner, and any delay in bringing such disputes to the attention of the Court until after the mediation

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

865548 v1/HN                              1.                              **[TITLE}**
                                                            **CASE NO.  07-CV-04056-VRW**

1  shall not operate to waive or otherwise prejudice the rights of the moving party to obtain the
2  discovery requested;

3   **4.**   The deadline for Plaintiffs to file a motion for class certification shall be extended
4  sixty days, to November 15, 2010;

5   **5.**   The hearing on Plaintiffs' motion for class certification shall be rescheduled to
6  _ January 27 _____, 2011. at 10:00 AM.

7

8  **IT IS SO ORDERED.**

9

10  Dated:__ July 7 _____, 2010

11

12  _____
    THE HONORABLE VAUGHN R. WALKER
13  UNITED STATES DISTRICT JUDGE

*[Signature stamp: "IT IS SO ORDERED" Judge Vaughn R Walker, United States District Court, Northern District of California]*

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

865548 v1/HN                                 2                              **[TITLE]**
                                                                    **CASE NO. 07-CV-04056-VRW**