United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUVELO, INC SECURITIES LITIGATION. / | No   C 07-4056 VRW<br><br>ORDER |

      The court is in receipt of defendants' letter of July 28, 2010, requesting that the deadline to respond to plaintiffs' document requests be extended to August 31, 2010.  Doc #127.  Plaintiffs are ORDERED to file a five-page response to defendants' request on or before August 2, 2010.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge