IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUVELO, INC SECURITIES LITIGATION. / | No   C 07-4056 VRW<br><br>ORDER |

The court is in receipt of defendants' letter of September 27, 2010, seeking leave to file a motion for protective order requiring plaintiffs to return or destroy all copies of twelve "inadvertently produced privileged documents." Doc #134. Plaintiffs are ORDERED to file a three-page response to defendants' request on or before October 4, 2010.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge