IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re NUVELO, INC, SECURITIES LITIGATION / | Master File No<br>C 07-4056 VRW |
| This Document Relates to:<br>All Actions / | Class Action<br><br>ORDER |

    Having received several letters concerning discovery, Docs #131, 133, 134 & 136, and considered the same, the court HEREBY ORDERS:

    (1) plaintiffs to file, on or before November 4, 2010, a letter brief of not more than seven pages stating how the discovery they seek that has not been produced is likely to lead to the discovery of admissible evidence; and

(2) defendants to submit, on or before November 4, 2010, a privilege log with respect to the twelve "inadvertently produced" documents and a memorandum of not more than seven pages explaining why the documents are privileged.  Defendants are further ORDERED to provide the court with copies of each of the twelve "privileged" documents.

If necessary and appropriate, the parties' responses to this order may be made ex parte or under seal.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge