IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN re NUVELO, INC, SECURITIES LITIGATION / | Master File No<br>C 07-4056 VRW |
| This Document Relates to:<br>All Actions / | Class Action<br>ORDER |

In response to the court's October 13, 2010 order, Doc #137, defendants provided the court copies of each of the twelve documents for which defendants claim an attorney-client privilege but which purportedly were produced inadvertently to plaintiffs. Two of those twelve documents contain redactions.

On or before January 18, 2011, defendants are ordered to:

(1) Produce in camera and ex parte complete unredacted copies of the two documents; and

(2) Explain in two pages or less how the production of the documents in question could be inadvertent given that these documents bear redactions.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge