IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NUVELO, INC SECURITIES
LITIGATION
                                      /

This Document Relates to:
All Actions
                                      /

Master File No

C 07-4056 VRW

Class Action

ORDER

The court is in receipt of a letter from defendants' counsel dated January 18, 2011.  Doc #147.  Defendants state that the parties have reached a settlement and are in the process of drafting settlement documents.  Defendants request a stay of the court's January 14, 2011 order, Doc #146, that defendants provide further briefing on the inadvertent production of certain documents that are the subject of an ongoing discovery dispute.  Doc #147.

The court finds that a brief stay of its January 14 order is appropriate.  Defendants shall provide the documents and briefing requested in the January 14 order no later than January 26, 2011.  Should the parties conclude the settlement process prior to that time, defendants may request a further stay.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge