IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NUVELO, INC SECURITIES LITIGATION _____ /<br><br>This Document Relates to:<br>All Actions<br>_____ / | Master File No<br>C 07-4056 VRW<br><br>Class Action<br><br>ORDER |

     On January 25, 2011, the parties submitted a stipulation stating that they are finalizing settlement documents and requesting a stay of the court's January 19, 2011 order ("January 19 order"). Doc #149. Upon stipulation of the parties and good cause appearing, it is hereby ordered that:

1. Any further litigation is stayed for fifteen (15) days until February 10, 2011;
2. The parties will file settlement documents and plaintiffs will file a motion for preliminary approval of the settlement on or before February 10, 2011 and
3. If the parties do not submit settlement documents to the court on or before February 10, 2011, defendants shall comply with the January 19 order on or before February 11, 2011.

//
//
//

Furthermore, the undersigned will be unavailable for any further proceedings after February 28, 2011, including a motion for preliminary approval of a class settlement in this case. The clerk is therefore directed to reassign the case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge