```
COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (220934)
(jsantamaria@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendants
NUVELO, INC., MICHAEL D. LEVY, TED W. LOVE,
and GARY S. TITUS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION | Master File No.  07-CV-04056-CRB<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] **ORDER CONTINUING STAY OF LITIGATION TO FINALIZE SETTLEMENT DOCUMENTS** |

Upon Stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

**1.** That any further litigation in this matter is stayed until February 24, 2011;

**2.** That the Parties will file the settlement documents and Plaintiffs will file a motion for preliminary approval of the settlement on or before February 24, 2011; and

**3.** That the Court's January 19, 2011 order (Doc #148) is stayed until February 24, 2011. If the Parties do not submit the settlement documents to the Court on or before February 24, 2011, Defendants will submit further briefing on the inadvertent production and will submit unredacted copies of the documents the Court requested on February 25, 2011.

**IT IS SO ORDERED.**

Dated:  February 10, 2011        _____
                                 The Hon. Charles R. Breyer
                                 Judge of the United States District Court

*[Signature and seal: IT IS SO ORDERED — Judge Charles R. Breyer]*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

917048/HN

[PROPOSED] ORDER CONTINUING STAY OF LITIGATION
CASE NO. 07-CV-04056-CRB