1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  DENNIS J. HERMAN (220163)
3  S. ASHAR AHMED (256711)
   Post Montgomery Center
4  One Montgomery Street, Suite 1800
5  San Francisco, CA  94104
   Telephone:  415/288-4545
6  415/288-4534 (fax)
7  dennish@rgrdlaw.com
   aahmed@rgrdlaw.com
8

9  *Liaison Counsel*

10
   BERGER & MONTAGUE, P.C.          IZARD NOBEL, LLP
11 SHERRIE R. SAVETT                JEFFREY S. NOBEL
   CAROLE A. BRODERICK              MARK P. KINDALL (138703)
12 PHYLLIS M. PARKER                NANCY A. KULESA
13 1622 Locust Street               SETH R. KLEIN
   Philadelphia, PA   19103         29 South Main Street
14 Telephone: 215/875-300           Suite 215
15 Fax: 215/875-4604                West Hartford, CT    06107
16 ssavett@bm.net                   Telephone: 860/493-6292
   cbroderick@bm.net                        Fax: 860/493-6290
17 pparker@bm.net                   jnobel@izardnobel.com
18                                  mkindall@izardnobel.com
                                    nkulesa@izardnobel.com
19                                  sklein@izardnobel.com
20 *Co-Lead Counsel for Plaintiffs*

21

22

23

24

25

26

27

28 [PROPOSED] ORDER RE HEARING ON UNOPPOSED MOTION
   CASE NO. 3:07-cv-04056-CRB

COOLEY LLP
Jessica Valenzuela Santamaria
Jeffrey M. Kaban
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: 650/843/5000
Fax: 650/857/0663
jsantamaria@cooley.com
jkaban@cooley.com

*Attorneys for Defendants Nuvelo, Inc., Michael D. Levy, Ted W. Love and Gary S. Titus*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NUVELO, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 3:07-cv-04056-CRB<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER CANCELLING HEARING ON LEAD PLAINTIFFS' UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUND AND ALLOWING PAYMENT OF SETTLEMENT ADMINISTRATION COSTS AND TAKING THE MOTION ON THE PAPERS |

[PROPOSED] ORDER RE HEARING ON UNOPPOSED MOTION
CASE NO. 3:07-cv-04056-CRB

WHEREAS, on June 26, 2012, Lead Plaintiffs filed an Unopposed Motion for Distribution of Settlement Fund and Allowing Payment of Settlement Administration Costs (the "Motion"); and

WHEREAS, Defendants have no objection to the granting of the Motion; and

WHEREAS, the Court notice required any and all objections to be filed by no later than July 10, 2012; and

WHEREAS, no other person or party has filed any objection to the granting of the Motion;

NOW THEREFORE, the Court cancels the hearing on the Motion presently scheduled for July 20, 2012.  The Court will decide the Motion on the papers submitted by Lead Plaintiffs on June 26, 2012.

**IT IS SO ORDERED.**

DATED:  July 13, 2012

HON. CHARLES R. BREYER
UNITED STATES DISTRICT



[PROPOSED] ORDER RE HEARING ON UNOPPOSED MOTION
CASE NO. 3:07-cv-04056-CRB

1